IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**SERENA L. HERNANDEZ,**

Plaintiff,

Case No. 25-CV-647

vs.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

Defendants.

---

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff, Serena Hernandez, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The Plaintiff's full name is Serena Hernandez;

2. Not applicable; and

3. No other person presently serves as counsel for Plaintiff in this matter.

Dated: May 5, 2025.

By: *_/s/ Brook E. Tylka_*

Brook E. Tylka, WI State Bar No. 1126886
Jessa L. Victor, WI State Bar No. 1099144
Attorneys for Plaintiff, Serena L. Hernandez
Hawks Quindel, S.C.
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Email: btylka@hq-law.com; jvictor@hq-law.com