Civil Action No. 25-CV-647

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company was received by me on *(date)* May 15, 2025.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrew Schumacher, Administrative Assistant, Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National Life Insurance Company, c/o Corporation Service Company on *(date)* Fri, May 16 2025 ; or

☐ I returned the summons unexecuted because: ____________; or

☐ Other: ____________; or

My fees are $ 00.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: May 16, 2025

[signature]

*Server's signature*

Michael Jesse

*Printed name and title*

345 W Washington Ave Suite 201, Madison, WI 53703

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 16, 2025, 10:35 am CDT at Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703 received by Andrew Schumacher, Administrative Assistant, Corporation Service Company. Age: 55-60; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'2"; Hair: Brown;
Served on an individual who is authorized to accept service, per this facility's policies and procedures.

The following documents were also served: Complaint, Civil Cover Sheet, Consent to Proceed Before a Magistrate Judge