# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**SERENA L. HERNANDEZ,**

Plaintiff,

v.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Defendant.

**RULE 16 TELEPHONE SCHEDULING CONFERENCE**

Case No. 25-CV-647

---

HONORABLE BYRON B. CONWAY, presiding
Proceeding Held: July 8, 2025
Deputy Clerk: Joleen

Time Called: 10:05 a.m.
Time Concluded: 10:09 a.m.
Tape: Zoom 070825

**Appearances:**

**Plaintiff**: Brook Tylka

**Defendant:** Iwana Rademaekers does not appear

---

Iwana Rademaekers does not appear. Her assistant called the court prior to the hearing to indicate that she does not object to the court adopting the dates as proposed by the parties.
Ms. Tylka indicates that she received an email from Ms. Rademaekers regarding her inability to appear at today's hearing due to a scheduling conflict.
The court notes that there is some disagreement between the parties regarding discovery.
Ms. Tylka does not anticipate serving discovery at this time.
The court adopts the dates as provided by the parties in the Joint Rule 26(f) Plan, Dkt. No. 9 as follows:
Defendant to produce Administrative Record by 7/29/2025
Plaintiff to Dispute Administrative Record due 8/26/2025
Defendant to file Administrative Record by 9/9/2025
Dispositive Motions due by 2/4/2026
Dispositive Motions Responses due by 3/2/2026