UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SERENA L. HERNANDEZ,
Plaintiff,

v. Case No. 25-CV-647

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
Defendant.

---

## SCHEDULING ORDER

---

The court held a telephone scheduling conference with the plaintiff's attorney on July 8, 2025, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Defendant's attorney was unable to appear due to an unforeseen scheduling conflict but notified the court that they agree to the dates as presented to the court. Accordingly, the parties shall comply with the following schedule and procedures.

### DISCOVERY

1. The parties agree to opt out of the initial disclosure requirement. Instead, the Defendant shall produce the Administrative Record on or before July 29, 2025. Plaintiff shall have until August 26, 2025, to raise any challenge to the information, materials and/or documentation contained therein. Defendant shall file the Administrative Record by September 9, 2025.

### SUMMARY JUDGMENT MOTIONS

2. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L.R. 7 and shall be served and filed on or before February 4, 2026, with responses due by March 2, 2026.

3. Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

## FINAL PRETRIAL AND TRIAL

4. The clerk will schedule a Telephone Scheduling Conference upon entry of the decision and order on summary judgment or once the summary judgment deadline has passed to schedule a Final Pretrial Conference and Jury Trial.

## ADDITIONAL PROCEDURES

5. All requests of the court must be made by formal motion in accordance with Civil L.R. 7 and the Federal Rules of Civil Procedure.
6. Expedited non-dispositive motions must comply with Civil L.R. 7(h).
7. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.
8. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.
9. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.
10. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

**SO ORDERED** at Green Bay, Wisconsin this 9th day of July, 2025.

s/ Byron B. Conway
BYRON B. CONWAY
United States District Judge