**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

**SERENA L. HERNANDEZ,**

**Plaintiff,**

**CIVIL ACTION NO. 1:25-cv-00647-BBC**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on July 9, 2025 (Document 11).

1. Group Disability Income Policy (Lincoln/Hernandez 001-067);
2. September 16, 2022, correspondence containing decision on appeal (Lincoln/Hernandez 116-125);
3. The Administrative Record pertaining to LTD claim (Lincoln/Hernandez 068-115 and 126-971).

Dated this 8th day of September 2025.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Brook Tylka
Email: btylka@hq-law.com

September 8, 2025 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers