**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10970673 Claim Last Updated 09/16/2022 Printed On 5/19/2025

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SERENA L HERNANDEZ | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3251.73 | Mode | M |
| | | Date of Hire | 10/14/2013 | | |
| | | Last Work Date | 08/15/2020 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | ( | Phys Demands | Sedentary | | |

JobDesc REP 1, CUST SVC VIDEO REPAIR

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 01/21/2021 |
| Disability Date | 08/16/2020 | Close Date | 05/06/2022 | Reopen Date | 04/12/2021 |
| Sick Days Left | | Max Ben Date | 02/13/2023 | RTW FT / PT | |
| Ben Begin Date | 02/14/2021 | Apprv Thru Date | 05/05/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc F43.12 Post-traumatic stress disorder, chronic

Diagnosis 2 Code/Desc F41.9 Anxiety disorder, unspecified

Policyholder Information

Customer ID 04 - 444809 CHARTER COMMUNICATIONS, INC.

Subsidiary CUSO CUSTOMER OPERATIONS

Location 10000000 CUSTOMER OPERATIONS

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2017

Class 02 ALL EMPLOYEES WITH BASE ANNUAL EARNINGS OF LESS THAN $100,000

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 182 Mental-Nervous COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 10.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 10/14/2014 |

Additional Information:

EXHIBIT

3, part 1

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 10970673 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**05/19/2025 8:53 AM - CLAIM Note 113**
Claim/Event/Leave: 10970673
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/19/2025 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**04/25/2025 3:03 PM - CLAIM Note 112**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : RESENT 9/16/22
Text: [04/25/2025 - CARIGNAN, HEATHER]RESENT VIA EMAIL TO CLMT, THE 9/16/22 APPEAL DECISION LETTER.

**04/25/2025 3:02 PM - PHONE Note 62**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [04/25/2025 - CARIGNAN, HEATHER]CRS RECD PHONE CALL FROM CLMT WHO PROVIDED THIS CLAIM #. SAID SHE HASN'T BEEN GETTING HELP FROM LF IN A WHILE AND PREVIOUSLY WAS GETTING $2K. HER IDSAIBLITY DIDN'T GO THROUGH BECAUSE SHE DIDN'T GET THE PAPERWORK IN ANDWAS TOO MENTALLY ILL. SHE IS A NATIVE AMERICA MEMBER OF THE ONEIDA NATION OF WISCONSIN AND THE TRIBE GAVE HER SUPPORT UNTIL SHE GOT DISABILITY FOR OVER A YEAR. SHE WAS TOLD SHE HAD A CERTAIN # OF WEEKS TO APPEAL AND WAS CALLING TO CONFIRM THAT. I REVIEWED CLAIM, EXPLAINED THAT AN APPEAL WAS PREVIOUSLY REVIEWED FOR HER AND ON 9/16/22 THE APPEAL DECISION WAS COMPLETED. EXPLAINED THAT IT WAS THE FINAL APPEAL REVIEW AND NO FURTHER APPEAL AVAILABLE. STATED THAT IF SHE FEELS NECESSARY, SHE CAN FILE SUIT BUT THE LETTER OUTLINES THE TIMEFRAME THAT IS REQUIRED TO DO SO. OFFERED TO RESEND THE LETTER TO HER. SHE SAID THAT WOULD BE WONDERFUL. SHE PROVIDED HER EMAIL ADDRESS SHERNANDEZ068@AOL.COM. SHE SAID IT USED TO BE A YAHOO.COM. I ACKNOW, SAID THE PRIOR LETTER WAS SENT TO THE YAHOO ADDRESS. SAID I WOULD UPDATE HER EMAIL ADDRESS AND RESEND TO HER TODAY. EXPLAINED EMAIL IS COMING FROM LFGNOTIFICATIONS. SHE UNDERSTOOD AND THANKED, WISHED ME A NICE WEEKEND. I DID THE SAME. CALL ENDED.

**03/20/2024 8:50 PM - CLAIM Note 111**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO KIMBERLY DODGE.

**03/20/2024 8:50 PM - CLAIM Note 110**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLEASE REVIEW SSDB OVP

**03/20/2024 3:17 PM - OVERPMT Note 3**
Claim/Event/Leave: 10970673
NoteSubject : OP/SS
Other Subject : NO OP DUE
Text: [03/20/2024 - DODGE, KIMBERLY]PER NOA RECEIVED FROM VENDOR DOE: 8/1/23 - CLAIM ONLY APPROVED THROUGH 5/5/22 - THEREFORE NO OP DUE ********************************************** FROM: DODGE, KIMBERLY SENT: WEDNESDAY, MARCH 20, 2024 3:17 PM TO: OVERPAYMENTS@IBIONLINE.COM SUBJECT: SERENA HERNANDEZ - CLAIM: 10970673 GOOD AFTERNOON, PLEASE BE ADVISED THERE IS NO OVERPAYMENT FOR THE CLAIMANT LISTED ABOVE AS THE LTD CLAIM WAS ONLY APPROVED THROUGH 5/5/22 AND THE DOE IS 8/1/23. SINCERELY. KIMBERLY DODGE RECOVERY SPECIALIST II.

RECALC & RECOVERY GP CLM SHARED SERVICES LINCOLN FINANCIAL GROUP LINCOLNFINANCIAL.COM PHONE & EXTENSION - OFFICE 888-437-7611 EXT 69033 FAX # 603-334-0401

**03/20/2024 1:47 PM - CLAIM Note 109**
Claim/Event/Leave: 10970673
NoteSubject : Social Security
Other Subject : NOA
Text: [03/20/2024 - DUMAIS, SARAH]SS VENDOR: IBI, DATE OF ENTITLEMENT 8/2023. BENEFIT AMOUNT IS $1460/MO. UNABLE TO PLACE OFFSET, MAXIMUM BENEFIT DATE 2/13/2023 IS BEFORE ENT DATE 8/2023. NO DEPENDENTS. PLEASE REFER TO AWD OR DOC LIST FOR DETAILED AWARD INFORMATION. UNABLE TO CONTACT CLAIMANT, BOTH PHONE NUMBERS IN FILE ARE NO LONGER IN SERVICE.

**03/20/2024 12:16 PM - OVERPMT Note 2**
Claim/Event/Leave: 10970673
NoteSubject : OP/SS
Other Subject : NOA
Text: [03/20/2024 - LANCHESTER, TANYA]INFORMATION RECEIVED TODAY FROM THE SOCIAL SECURITY VENDOR, IBI. THE CLAIMANT HAS BEEN AWARDED A SOCIAL SECURITY BENEFIT. THE DOC LIST WILL BE UPDATED WITHIN 5 BUSINESS DAYS OF THE NOTICE OF AWARD RECEIPT AT THE SCANNING FACILITY.

**03/19/2024 12:51 PM - CLAIM Note 108**
Claim/Event/Leave: 10970673
NoteSubject : Social Security
Other Subject : AWARD
Text: [03/19/2024 - NEMETH, KELSEY]RECEIVED SS AWARD NOTICE FROM IBI. SS FOUND EE DISABLED AS OF 2/11/23 AND FIRST ELIGIBLE FOR BENEFITS 8/2023. NO FURTHER ACTION TAKEN AS CLAIM CLOSED PRIOR TO AWARD DATE AND NO OVERLAP IN BENEFITS.

**12/28/2023 2:24 PM - CLAIM Note 107**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/28/2023 - HOFFNER, FAYE]SS VENDOR MEDICAL/ APPROVAL LETTER DOCUMENT REQUEST- SUBMITTED TO PROVIDED EMAIL KENZY.SMITH@IBIONLINE.COM FOR REVIEW

**12/02/2022 12:30 PM - PHONE Note 61**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : APPEAL
Text: [12/02/2022 - YOUNKER, KERI]EE LM STATING SHE SENT LTR IN AUGUST, TRIED TO APPEAL CLAIM AND WAS REALLY SICK WITH COVID. CALLING BECAUSE LTR SAID SHE CAN APPEAL IN 6M, WASNT ABLE TO DO ANYTHING, BUT IS BETTER NOW, BUT NEED TO KNOW IF THERE IS ANOTHERWAY TO APPEAL. TRIED TO CALL OTHER NUMBERS IN CRS AS WELL. CALLED EE AND DISCUSSED THAT SHE HAD ALREADY APPEALED HER CLAIM WHICH WAS UPHELD. SHE ASKED IF THERE IS ANYTHING ELSE SHE CAN DO, AND LET HER KNOW THERE IS ONLY ONE APPEAL. SHE SAID THELTR MENTIONED SOMETHING ABOUT 3Y AND SHE DIDN'T UNDERSTAND THAT SINCE SHE IS NOT A LAWYER. ADVISED IF SHE WISHES TO SEEK FURTHER REVIEW, SHE WOULD NEED TO GO THROUGH LITIGATION. SHE THANKED ME FOR EXPLAINING.

**09/21/2022 5:26 PM - PHONE Note 60**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : APPEAL
Text: [09/21/2022 - YOUNKER, KERI]EE LM STATING SHE REC D OUR LTR, SAID SHE HAD COVID LAST MONTH AND WAS REALLY SICK, AND THAT WE SHOULD HAVE CALLED HER; IS JUST NOW RECOVERING. SHE SAID MAYBE SHE SHOULD HAVE CALLED SOONER, BUT IT IS HARD TO WORK WHEN SICK. SHE HAD A LOT OF INFO TO SEND AND CAN SEND. EE ALSO SAID SHE TRIED TO EMAIL BACK BUT MESSAGE FAILED. LM FOR EE RETURNING CALL, ADVISED WHEN WE LAST SPOKE ON 8/17/22, INFORMED HER THAT ANY INFO NEEDED TO BE SENT IN BY 9/7/22 OR THAT SHE SHOULD CALLME BEFORE 9/7/22 IF SHE NEEDED MORE TIME. WE RECD NO FURTHER INFO NOR DID WE HEAR FROM HER, THUS APPEAL UPHELD OR DENIED. CALL IF FURTHER QUESTIONS.

**09/16/2022 4:17 PM - CLAIM Note 106**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : UPHOLD
Text: [09/16/2022 - YOUNKER, KERI]EMPLOYEE IS A 54 Y/O CUST SERV REP (SEDENTARY OA), DOD 8/16/20, BBD 2/14/21, BH MBD 2/13/23. EE WENT OFF WORK FOR DEPRESSION AND LBP. CLMT COMORBIDITIES INCLUDE MORBID OBESITY, DMII, HTN, OSA, SEIZURES, KNEE OA AND COVID-19 W/PNEUMONIA, AS WELL AS CHRONIC TOBACCO USE, PTSD, ANXIETY D/O, AND HX OF COCAINE AND MARIJUANA ABUSE. CLAIM PD THRU 5/5/22 AFTER IM AND PSYCH PEERS. ON APPEAL, NO ADD'L INFO REC'D, AND FILE WAS SENT FOR OCC MED AND PSYCH PEERS IN WHICH BOTH FOUND NO R&LS. RTR LTR SENT TO EE WHO STATED SHE WOULD BE SUBMITTING MORE INFO, HOWEVER, WE RECD NO FURTHER RESPONSE. APPEAL UPHOLD -- THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. THEDETERMINATION TO DENY BENEFITS IS BEING MAINTAINED ON APPEAL. UPHOLD LETTER SENT TO EMPLOYEE.

**09/15/2022 5:26 PM - CLAIM Note 105**

Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : NO RESPONSE
Text: [09/15/2022 - YOUNKER, KERI]AS OF TODAY, NO ADDL INFO RECD FROM EE OR PROVIDERS. WILL BEGIN FINALIZING

**08/19/2022 4:47 PM - CLAIM Note 104**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : TAN
Text: [08/19/2022 - YOUNKER, KERI]REC ' PEER LTR STATING CLMT SEE BY EGBERT TAN MD NOT YOGESH PAREEK WITH NO OTHER INFO

**08/17/2022 4:14 PM - PHONE Note 59**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/17/2022 - YOUNKER, KERI]ADDENDUM TO PRIOR CALL: EE STATED SHE DID NOT GET THE 21D RTR LTR THAT WAS EMAILED EARLIER TODAY. ATTEMPTED SEVERAL TIMES TO VERIFY EMAIL, AND EE STATED IT IS THE SAME AS IT HAS BEEN FOR 2Y. INFORMED EE I WANT TO BE CERTAIN, AND EE VERIFIED THE EMAIL WE HAVE IS CORRECT. SHE WILL CHECK EMAIL TO VERIFY RECEIPT.

**08/17/2022 4:11 PM - PHONE Note 58**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/17/2022 - YOUNKER, KERI]EE RETURNED CALL AND BEGAN TO LET HER KNOW THAT I REC D MED REVIEWS FOR APPEAL. CLMT WAS VERY ARGUMENTATIVE, SAID SHE HAS BRONCHITIS, AND SAID IT IS NOT RIGHT TO CLOSE OUT HER CASE. SHE ASKED HOW WE CAN CLOSE HER FILE WHENJUST A FEW DAYS AGO I TOLD HER THAT WE WOULD ALLOW TIME FOR HER TO SEND IN INFORMATION. SHE SAID SHE IS NOT JOE BIDEN. I TRIED TO EXPLAIN AND REMIND HER CLAIM WAS ALREADY DENIED AND THAT DURING OUR LAST CONVERSATION, I LET HER KNOW THAT SINCE WE DIDN T HEAR FROM HER INITIALLY WITH THE APPEAL THAT WE HAD ALREADY SENT HER FILE FOR MED REVIEW AND WERE WAITING FOR THE REPORTS. SHE SAID I WAS LYING AND THAT WE DIDN T GIVE HER TIME TO SEND INFO IN. WHILE TRYING TO FURTHER EXPLAIN APPEAL PROCESS,CLMT TALKED OVER ME. I ALLOWED TIME FOR HER TO SPEAK, THEN FURTHER EXPLAINED THAT I HAVE EMAILED HER A LTR WITH THE MED REVIEWS AND WE ARE ALLOWING HER TIME UNTIL 9/7/22 TO PROVIDE ANY ADD L INFO TO BE REVIEWED PRIOR TO FINALIZING HER APPEAL. ADVISED WE CANNOT REOPEN HER CLAIM AT THIS TIME SINCE THE INFORMATION DOES NOT SUPPORT HER DISABILITY. SHE SAID SHE HAS TONS OF INFO TO SEND IN FROM CURRENT DR, SHE IS TRYING TO WORK WITH SS AS WELL. SHE SAID SHE CAN T GET EVERYTHING TO US IN 2 DAYS, AGAIN LET HER KNOW SHE HAS UNTIL 9/7/22, AND IF SHE NEEDS MORE TIME TO LET ME KNOW BEFORE THAT DATE. UNSURE WHAT EE ACTUALLY HEARD SINCE SHE TALKED THROUGHOUT CONVERSATION.

**08/17/2022 3:31 PM - CLAIM Note 103**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : 21D
Text: [08/17/2022 - YOUNKER, KERI]SENT 21D RTR LTR TO EE WITH PEER REPORTS, DUE 9/7/22

**08/17/2022 3:30 PM - PHONE Note 57**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : APPEAL
Text: [08/17/2022 - YOUNKER, KERI]CALLED EE RE APPEAL, BEGAN TO TELL HER ABOUT MED REVIEWS AND SHE INTERRUPTED STATING THIS IS NOT A GOOD TIME AS SHE IS WITH SOMEONE. ADVISED THAT I SENT HER A LETTER TODAY VIA EMAIL, AND SHE CAN REVIEW IT AND CALL ME BACKWHEN SHE HAS TIME OR IF SHE HAS QUESTIONS.

**08/17/2022 3:09 PM - CLAIM Note 102**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : PEER
Text: [08/17/2022 - YOUNKER, KERI]REC'D ICP SCOTT LURIE MD (PSYCHIATRY) 8/16/22 INDICATING PRI DX DEPRESSION NOS, PTSD, COCAINE USE D/O, CANNABIS USE D/O. COMORBID DX MULTIPLE COMORBID MEDICAL DIAGNOSES. THE AVAILABLE RECORD DOES NOT DOCUMENT ANY PSYCHIATRIC OR BEHAVIORAL HEALTH VISITS SINCE 2-25-22 AND SO DOES NOT DOCUMENT ANY SYMPTOMS, EXAM FINDINGS, OR TREATMENT INTERVENTIONS TO SUPPORT ANY ONGOING PSYCHIATRIC IMPAIRMENT. THEREFORE IT DOES NOT SUPPORT ANY PSYCHIATRIC RESTRICTIONS OR LIMITATIONS BEYOND 5-5-22.[08/17/2022 - YOUNKER, KERI]PEER LTR SENT TO YOGESH PAREEK MD

**08/17/2022 3:03 PM - CLAIM Note 101**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject :
Text: [08/17/2022 - YOUNKER, KERI]AWAITING PSYCH PEER

**08/17/2022 3:03 PM - CLAIM Note 100**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : PEER

Other Subject : PEER
Text: [08/17/2022 - YOUNKER, KERI]REC'D ICP ROBERT SWOTINSKY MD (OCC MED) 8/16/22 NO PRI DX. COMORBID DX ASTHMA, LBP, OBESITY. THE MEDICAL DOCUMENTATION DOES NOT DEMONSTRATE A MEDICAL (PHYSICAL) BASIS FOR ACTIVITY LIMITATIONS OR RESTRICTIONS.

**08/16/2022 4:08 PM - PHONE Note 56**
Claim/Event/Leave: 10970673
NoteSubject : Other Called
Other Subject : APPEAL
Text: [08/16/2022 - YOUNKER, KERI]LYNN RETURNED CALL STATING CLMT IS RECEIVING MH THRU THEIR OFC AND GIVEN REFERRAL TO HELP WITH RESOURCES. SHE SENT AUTH TO SEE HOW SHE IS DOING ON APPEAL, NOT SURE IF THEY CAN BE OF HELP AS THEY WOULD NOT APPROVE TD THRU SW. CLMT HAS APPLIED FOR SSD, ASKED FOR ME TO CALL AS SHE IS IN OFC ALL DAY. LM FOR LYNN RETURNING CALL, SHE SAID THAT THEY DID TELL EE THAT THEY WON T PROVIDE PERMANENT DISABILITY SHE SAID THAT SHE DOESN T KNOW WHO DANIELLE IS, AND SHE CAN BE THE MA FOR DR EPIREDDY. LYNN SAID SHE CAN PROVIDE A LTR THAT STATES WHAT THEY ARE DOING, BUT THEY WOULD NOT RECOMMEND PERMANENT DISABILITY. FAX AND EMAIL PROVIDED.

**08/16/2022 1:58 PM - PHONE Note 55**
Claim/Event/Leave: 10970673
NoteSubject : Called Other
Other Subject : APPEAL
Text: [08/16/2022 - YOUNKER, KERI]DANIEL MA FROM ONEIDA LM CALLING TO VERIFY FAX AND WHAT WAS NEEDED SO THEY CAN SEND AND ASKED TO CALL HER IN TRIAGE AT 920-869-2711. CALLED NUMBER PROVIDED 920-869-2711 OPT #3 FOR ONEIDA BH, RECEPTIONIST SAID THERE IS NODANIELLE WHO IS AN MA IN THEIR CLINIC. INFORMED HER THAT LYNN INITIALLY CALLED ME AND SHE TRX ME TO LYNN IN CASE SHE KNOWS WHO DANIELLE IS AND HOW TO REACH HER. LM FOR LYNN STATING I WAS RETURNING CALL TO DANIELLE, THEY CAN FAX ANY MED RECS TO US; FAX NUMBER PROVIDED.

**08/15/2022 11:09 AM - CLAIM Note 99**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : ACTION PLAN
Text: [08/15/2022 - YOUNKER, KERI]ALTHOUGH EE CALLED STATING SHE IS SENDING IN NEW INFO, WE HAD ALREADY REFERRED FILE FOR PEER REVIEWS WHICH SHOULD BE REC'D SOON. IF MORE INFO IS REC'D, WILL LIKELY NEED TO SEND FOR ADDENDUMS.

**08/15/2022 11:07 AM - PHONE Note 54**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : APPEAL
Text: [08/15/2022 - YOUNKER, KERI]CLMT CALLED FOR FAX NUMBER, SAID SHE CALLED A FEW WEEKS AGO BUT DIDN T HEAR BACK FROM ME. INFORMED EE THAT I DID TRY CALLING HER ON 8/2/22 BUT THE CALL WENT STRAIGHT TO VM AND HER VM WAS FULL SO I COULDN T LEAVE MSG. SHESAID SHE HAS A NEW PHONE NOW AND PROVIDED NEW PHONE NUMBER, AND WILL UPDATE FILE. SHE SAID SHE SIGNED RELEASE FOR DR AND NURSE TO CALL US IF NEEDED. ASKED IF WE NEEDED FORMS OR WHAT IS NEEDED, ADVISED MOST IMPORTANT IS OFC/PRX NOTES,DX TEST RESULTS, THERAPY NOTES, HOSPITAL ADMITTING NOTE AND/OR D/C SUMMARIES. SHE SAID SHE IS VERY SICK AND HAS BEEN IN AND OUT OF HOSPITAL MANY TIMES, SAID SHE NOW HAS BRONCHITIS. SHE ALSO HAS A NEW PCP STEPHANIE EPIHARDY. SAW MULTIPLE DRS INCLUDING CARDI, SAID SHE THOUGHT SHE WAS DYING A FEW TIMES, FOUND SHE WAS ALLERGIC TO SOME MEDICINE. REVIEWED AGAIN TYPES OF MED RECS SHE CAN PROVIDE AND AFTER SHE ASKED, ADVISED SHE NEEDS TO SEND IN ANY INFO SHE WOULD LIKE US TO REVIEW SINCE HER CLAIM ISCLOSED AND ON APPEAL. SHE SEEMED TO UNDERSTAND. ACTION: CONT TOLLING.

**08/12/2022 3:03 PM - PHONE Note 53**
Claim/Event/Leave: 10970673
NoteSubject : Called Other
Other Subject : APPEAL
Text: [08/12/2022 - YOUNKER, KERI]LM FOR LYNN MATOXEN AT ONEIDA BH, RETURNING CALL SINCE AUTH REC'D. LEFT MY CALL BACK NUMBER.

**08/12/2022 3:01 PM - CLAIM Note 98**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : ONEIDA AUTH
Text: [08/12/2022 - YOUNKER, KERI]REC D ONEIDA BH AUTH SIGNED BY EE 8/4/22

**08/12/2022 3:00 PM - CLAIM Note 97**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : LTR
Text: [08/12/2022 - YOUNKER, KERI]REC D PEER LTR TO DR SCHEY

**08/11/2022 12:46 PM - PHONE Note 52**
Claim/Event/Leave: 10970673
NoteSubject : Called Other
Other Subject : APPEAL
Text: [08/11/2022 - YOUNKER, KERI]LM FOR LYNN AT ONEIDA BH TO PLEASE SEND AUTH IF SHE WISHES TO DISCUSS THIS

FILE

**08/10/2022 5:41 PM - PHONE Note 51**
Claim/Event/Leave: 10970673
NoteSubject : Other Called
Other Subject : APPEAL
Text: [08/10/2022 - YOUNKER, KERI]LYNN MATOXIN SW FROM ONEIDA BH LM STATING SHE THINKS AN AUTH IS ON FILE, CHECKING CURRENT STATUS SO SHE KNOWS WHAT IS GOING ON WITH EE LTD CLAIM WITH ER SPECTRUM AND IF THIS IS FOR ER OR SS SO SHE CAN LET PROVIDERS KNOW.CALLED NUMBER PROVIDED BUT OFC WAS CLOSED SO UNABLE TO LM FOR LYNN.

**08/02/2022 4:06 PM - CLAIM Note 96**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : REFERRAL
Text: [08/02/2022 - YOUNKER, KERI]REFERRED FOR OCC MED AND PSYCH PEERS

**08/02/2022 3:28 PM - PHONE Note 50**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : APPEAL
Text: [08/02/2022 - YOUNKER, KERI]EE LM RE STATUS. ATTEMPTED CALL TO EE, HOWEVER CALL WENT STRAIGHT TO VM WHICH WAS FULL AND UNABLE TO LM.

**08/01/2022 2:35 PM - PHONE Note 49**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/01/2022 - MORGAN, LAKEISHA]EE CALLED FOR STATUS AS SHE SENT OVER INFO TO KELSEY HER PREVIOUS DCM TO RE OPEN CLAIM, DCM ADVISE THAT INFO WAS RCVD AND CLAIM ASSIGNED TO APPEAL UNIT TO REVIEW. DCM ADVISE THAT LETTER WENT OUT ON 7/29/22 AND PROVIDERAPPEAL DCM NAME AND EXT AND THIS WAS UNDERSTOOD AND EE TOOK ALL THE INFO DOWN THANKED C/E

**07/29/2022 8:19 PM - CLAIM Note 95**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/29/2022 - YOUNKER, KERI]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 01/21/2021. JD ON FILE. AUTH ON FILE. CLAIM DENIED NTDOO, DATE OF DENIAL WAS 05/05/2022. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 11/01/2022. LETTER OF APPEAL RECEIVED 07/25/2022. ACTION PLAN: EMPLOYEE IS A 54 Y/O CUST SERV REP (SEDENTARY OA), DOD 8/16/20, BBD 2/14/21, CID 2/14/23, BH MBD 2/13/23. EE WENT OFF WORK FOR BIPOLAR, DEPRESSION, AND LBP. CLMT COMORDITIES INCLUDE MORBID OBESITY, DMII, HTN, OSA, SEIZURES, KNEE OA AND COVID-19 W/PNEUMONIA, AS WELL AS CHRONIC TOBACCO USE, PTSD, ANXIETY D/O, AND HX OF COCAINE AND MARIJUANA ABUSE. CLAIM PD THRU 5/5/22 AFTER IM AND PSYCH PEERS. ON APPEAL, NO ADD'L INFO REC'D. ACK LTR TO EE AND IF NO RESPONSE, WILL BEGIN REVIEW.

**07/27/2022 8:05 AM - CLAIM Note 94**
Claim/Event/Leave: 10970673
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/27/2022 - AVERILL, REBECCA]ASSIGNED TO KERI YOUNKER

**07/26/2022 8:50 PM - CLAIM Note 93**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/26/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/26/2022 7:49 AM - CLAIM Note 92**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [07/26/2022 - BILL, ERIN]AGREE W/ REFERRAL TO ARU

**07/25/2022 4:37 PM - CLAIM Note 91**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Appeals
Other Subject :
Text: [07/25/2022 - NEMETH, KELSEY]RECOMMENDING REFERRAL TO ARU PER LETTER RECEIVED FROM EE. *REFERRED TO MGR FOR SIGN OFF.

**07/25/2022 4:35 PM - CLAIM Note 90**
Claim/Event/Leave: 10970673
NoteSubject : Appeal

Other Subject : RECEIVED
Text: [07/25/2022 - NEMETH, KELSEY]RECEIVED EMAIL FROM EE REQUESTING APPEAL

**07/22/2022 2:10 PM - CLAIM Note 89**
Claim/Event/Leave: 10970673
NoteSubject : LTR to Other
Other Subject :
Text: [07/22/2022 - NEMETH, KELSEY]FAXED LETTER TO JENNIFER AT GREENBAY SS @ 833-950-3739 WITH LTD STATUS.

**07/22/2022 1:48 PM - PHONE Note 48**
Claim/Event/Leave: 10970673
NoteSubject : Other Called
Other Subject : SS
Text: [07/22/2022 - NEMETH, KELSEY]RECEIVED VMX 7/21 12:37PM FROM JENNIFER AT GREENBAY SS. STATED THAT SHE WAS LOOKING FOR STATUS ON EE, IF SHE WAS PAID FROM ER OR GETTING LTD, CAN FAX TO HER AT 833-950-3739 OR CALL HER BACK AT 888-862-8815 X 31921.

**07/07/2022 3:02 PM - PHONE Note 47**
Claim/Event/Leave: 10970673
NoteSubject : AP Called
Other Subject : ONEIDA
Text: [07/07/2022 - NEMETH, KELSEY]RECEIVED CALL FROM MARYBETH AT ONEIDA BEHAVIORAL TO REVIEW APPEAL PROCESS FOR EE. DCM EXPLAINED 180 DAY TIMEFRAME TO SUBMIT FROM CLOSURE DATE, EE NEEDS TO SUBMIT LETTER REQUESTING APPEAL IN WRITING, AND THEN CAN SUBMIT ANY MEDICAL RECORDS THAT WOULD HELP SUPPORT HER CLAIM. ADVISED MORE INFO DOES NOT HURT SO SUGGESTED EE SUBMIT ALL RECORDS AVAILABLE, EVEN IF DUPLICATE. CONFIRMED ONCE RECEIVED FILE WOULD GO TO ARU FOR NEW REVIEW AND A NEW REVIEWER WOULD LOOK AT MEDICAL RECORDS. ADVISED TYPICAL TIMEFRAME IS 45 DAYS ONCE SUBMITTED BUT CAN TAKE LONGER, ARC WOULD KEEP EE UPDATED. NO OTHER QUESTIONS AT THIS TIME.

**07/07/2022 2:32 PM - PHONE Note 46**
Claim/Event/Leave: 10970673
NoteSubject : AP Called
Other Subject :
Text: [07/07/2022 - MILLER, SHAWN]MARY BETH WITH ONEIDA BEHAVIORAL HEALTH CALLED AND ASKED TO SPEAK TO KELSEY OR BRITTANY. DCM OBTAINED CLAIM NUMBER AND ASKED IF HE COULD ASSIST. MARY BETH ADVISED SHE NEEDED SOMEONE WHO WAS FAMILIAR WITH CLAIM, BUT ESSENTIALLY SHE NEEDS TO KNOW HOW SHE CAN ASSIST EE WITH THE CLAIM. DCM EXPLAINED THAT CLAIM IS CLOSED SO EE WOULD NEED TO MAKE A WRITTEN REQUEST FOR AN APPEAL. DCM WOULD ENCOURAGE EE TO SEND IN ADDITIONAL RECORDS THAT SHE FEELS WOULD HELP SUPPORT THE CLAIM. AS THE PROVIDER, MARY BETH CAN EITHER SEND RECORDS DIRECTLY TO LFG OR PROVIDE TO EE SO SHE MAY INCLUDE THE RECORDS WITH HER APPEAL. NOTED THAT IF AP SENDS DIRECTLY TO LFG, EE WILL STILL NEED TO SUBMIT A WRITTEN APPEAL PRIOR TO ANY ADDITIONAL RECORDS BEING REVIEWED. MARY BETH ACKNOWLEDGED AND ASKED WHAT SPECIFICALLY WE NEEDED. DCM NOTED THAT CLAIM WAS CLOSED BEYOND 5/5 SO WOULD ENCOURAGE AP TO SEND ANY RECORDS FROM 5/5 - PRESENT. MARY BETH ACKNOWLEDGED AND STILL WISHED TO SPEAK TO ADCM SO DCM TRANSFERRED TO KELSEY.

**06/24/2022 11:46 AM - PHONE Note 45**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : F/U
Text: [06/24/2022 - KING, SHELLEY]EE CALLED TO SEE WHAT IS NEEDED TO APPEAL. EE ADVISED SHE HAS BEEN DIAGNOSES WITH CONGESTIVE HEART FAILURE AND THAT AUGUST WILL BE ONE YEAR THAT SHE HAS HAD COVID. EE ALSO ASKED IF SSDI IS APPROVED WILL LTD CLAIM BE REOPENED. ADVISED EE SSDI SEPARATE FROM LTD. ADVISED EE SHE WOULD NEED TO SUBMIT WRITTEN REQUEST FOR APPEAL AND INCLUDE ANY ADDITIONAL MEDICAL THAT WOULD HELP SUPPORT HER CLAIM. ADVISED EE SHE HAS 180 DAYS FROM DATE OF CLOSURE LETTER. EE UNDERSTOOD. EE REQUESTED CLOSURE LETTER BE RESENT. CONFIRMED EMAIL ADDRESS ON FILE. THANKED AND CALL ENDED.

**06/22/2022 3:18 PM - PHONE Note 44**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : RTC
Text: [06/22/2022 - NEMETH, KELSEY]EE LEFT VMX 6/21 4:44PM WITH QUESTIONS ON APPEAL. CALLED EE @
CALL RANG OUT TO VMX. LEFT DETAILED MESSAGE ADVISING EE OF APPEALS PROCESS, SHE NEEDS TO SUBMIT LETTER REQUESTING APPEAL, AND ANY MEDICAL RECORDS THAT ARE AVAILABLE THAT WOULD HELP SUPPORT HER CLAIM. URGED EE TO CALL BACK WITH ANY OTHER QUESTIONS.

**05/19/2022 2:55 PM - OVERPMT Note 1**
Claim/Event/Leave: 10970673
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [05/19/2022 - OTOOLE MURPHY, HEATHER]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (VENDOR). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**05/09/2022 8:50 PM - CLAIM Note 88**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO HEATHER O'TOOLE MURPHY.

**05/09/2022 8:50 PM - CLAIM Note 87**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: CLAIM CLOSED NO TD. SS PENDING.

**05/06/2022 2:04 PM - PHONE Note 43**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [05/06/2022 - FERNANDEZ, RAMON]ASSC ASKED ABOUT CLAIM. DCM ADVISED THAT CLAIM CLOSED AND SHE SHOULD HAVE CLOSURE LETTER IN EMAIL. DCM ADVISED SHE CAN FOLLOW DIRECTIONS IF SHE AGREES WITH DECISION. ASSC WAS TEARFUL, DCM EMPATHIZED, BUT STATED THATIF SHE FOLLOWS STEPS CLAIM COULD POSSIBLY BE REOPENED. ASSC THANKED AND CALL ENDED.

**05/05/2022 11:56 AM - CLAIM Note 86**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [05/05/2022 - STOCKHAUSEN, BRITTANY]SENT CLOSURE LTR FOR NOT TD TO EE.

**05/05/2022 11:56 AM - PHONE Note 42**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject :
Text: [05/05/2022 - STOCKHAUSEN, BRITTANY]CALLED EE AT AND COULD NOT LVM DUE TO MAILBOX BEING FULL.

**05/03/2022 3:56 PM - CLAIM Note 85**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/03/2022 - RICE, RACHEL]AGREE WITH RECOMMENDATION TO CLOSE FOR NOT TD OO - EE REACHED OUT TO US REGARDING RECENT HOSPITAL STAY AND NEEDING TO SEE CARDIOLOGIST HOWEVER EE HAS NOT RESPONDED TO RECENT PHONE CALLS AND HAS NOT PROVIDED US WITH THE CONTACT INFORMATION OF THE PROVIDER OR THE UPDATED MEDICAL RECORDS

**05/03/2022 12:57 PM - CLAIM Note 84**
Claim/Event/Leave: 10970673
NoteSubject : Closed
Other Subject : REF TO M1
Text: [05/03/2022 - STOCKHAUSEN, BRITTANY]53 YOF. JOB: CUSTOMER SERVICE REP, SEDENTARY (PER OA). LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21. CID / MN MAX: 2/13/23. DX: ASTHMA. COMORBIDS: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER, KNEE OA, GI REFLUX, DIABETES TYPE II, SLEEP APNEA, OBESITY, SMOKER, RECENT COVID INFECTION W/ PNEUMONIA. ERTW: UNKNOWN. WC/SUBRO: N/A. SS: NOT FILED. OTHER INCOME: NONE. DEPENDENTS: 0. FORMS: APRIL 2021. INT MED CP REVIEW COMPLETEDON 5/1/22 CONCLUDED THAT BASED ON THE DOCUMENTATION IN THE RECORDS PROVIDED TO ME AND TAKING INTO ACCOUNT THE ENTIRE CLINICAL PICTURE, THE CLAIMANT HAS SOME MODEST ONGOING IMPAIRMENT IN HER ABILITY TO RELIABLY PERFORM HER USUAL LIFE AND WORK ACTIVITIES, PRIMARILY IN TERMS OF LIMITS ON PERFORMING STRENUOUS PHYSICAL EXERTION DUE TO HER ASTHMA, CONTINUED TOBACCO USE, MORBID OBESITY AND POSSIBLY HER PSYCHIATRIC AND SUBSTANCE ABUSE ISSUES WHICH INTERFERE WITH HER ADHERENCE TO RECOMMENDED TREATMENTS. NO RESTRICTIONS OR LIMITATIONS ON SITTING OR USING HER ARMS, HANDS AND FINGERS FOR REACHING, GRIPPING, GRASPING, OR OPERATING A COMPUTER KEYBOARD OR OTHER COMMON OFFICE EQUIPMENT. SHE CAN STAND AND WALK DISTANCES UP TO 100 YARDS OCCASIONALLY,AND CONTINUOUSLY FOR UP TO 10 MINUTES AT A TIME OR UP TO A TOTAL OF 1-1.5 HOURS IN A TYPICAL 8-HOUR WORKDAY. SHE CAN BEND OR TWIST OCCASIONALLY AND CAN LIFT, CARRY, PUSH OR PULL ITEMS UP TO TEN POUNDS OCCASIONALLY. SHE CANNOT CROUCH, STOOP, KNEEL,CRAWL OR CLIMB. THESE RESTRICTIONS AND LIMITATIONS ARE PRESENT FROM THE CURRENT TIME AND GOING FORWARD BUT THE CLAIMANT HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITHIN THESE RESTRICTIONS AND LIMITATIONS DURING THIS PERIOD. HER PROGNOSIS FOR IMPROVEMENT OR RECOVERY OF FUNCTIONAL CAPACITY IS LIMITED AND, IN VIEW OF HER MORBID OBESITY, DIABETES, HYPERTENSION AND CONTINUED SMOKING, THERE IS POTENTIAL FOR HER TO DEVELOP OTHER COMPLICATIONS OR END ORGAN DAMAGE THAT COULD FURTHER DIMINISH HER FUNCTIONAL CAPACITY. POSSIBLE IMPAIRMENT RELATED TO ANY OF THE CLAIMANTS PSYCHIATRIC DIAGNOSES SHOULD BE EVALUATED AND DETERMINED BY A REVIEWER OTHER THAN MYSELF AND REVIEW OF FURTHER RECORDS OF CARE IN 3-4 MONTHS MAY BE ADVISABLE AND POSSIBLY HELPFUL IN DETERMINING THE NATURE AND DURATION OF FUTURE IMPAIRMENT.[05/03/2022 - STOCKHAUSEN, BRITTANY]**RECOMMEND CLOSURE FOR NOT TD OO.

**04/21/2022 7:00 PM - CLAIM Note 83**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : ADDENDUM

Text: [04/21/2022 - NEMETH, KELSEY]REFERRED FOR INTERNAL MED CP ADDENDUM TO REPORT 12/25/21.

**04/18/2022 3:09 PM - PHONE Note 41**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : AP INFO
Text: [04/18/2022 - NEMETH, KELSEY]CALLED EE @ FOR CARDIO AP CONTACT INFO AND ANY UPDATES ON NEW PSYCH PROVIDERS. CALL RANG OUT TO VMX, LEFT MESSAGE REQUESTING CALL BACK.

**04/18/2022 3:06 PM - CLAIM Note 82**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject :
Text: [04/18/2022 - NEMETH, KELSEY]NMR REPLIED AND CONFIRMED NO REPLY ON P2P LETTER

**04/18/2022 9:25 AM - CLAIM Note 81**
Claim/Event/Leave: 10970673
NoteSubject : Social Security
Other Subject :
Text: [04/18/2022 - NEMETH, KELSEY]RECEIVED NOTICE FROM IBI THAT INITIAL APP WAS FILED.

**04/12/2022 9:34 AM - CLAIM Note 80**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/12/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #716319, IN THE AMOUNT OF $14.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**04/08/2022 2:17 PM - PHONE Note 40**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : AP INFO NEEDED
Text: [04/08/2022 - NEMETH, KELSEY]CALLED EE @ CALL RANG OUT TO VMX, LEFT MESSAGE REQUESTING CALL BACK FOR CARDIO AP CONTACT INFO.

**04/08/2022 2:04 PM - PHONE Note 39**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : VMX, UPDATE
Text: [04/08/2022 - NEMETH, KELSEY]EE LEFT VMX 4/7 7:48AM STATING SHE SAW CARDIO TODAY AND TALKED TO CLINICAL SUPERVISOR AT ONEIDA BEHAVIORAL, THEY ARE WORKING ON GETTING EE SEEN BY NEW PROVIDER THERE. INDICATED TO CALL BACK IF ANY QUESTIONS.

**04/04/2022 4:32 PM - PHONE Note 38**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [04/04/2022 - NEMETH, KELSEY]EE CALLED IN. HAS BEEN TALKING TO THE HEAD PERSON AT ONEIDA. UNSURE WHAT LFG NEEDS. DCM EXPLAINED THAT THE MEDICAL RECORDS NEED TO DOCUMENT WHY EE WOULD STILL BE UNABLE TO WORK. THE RECORDS LACK EXAM FINDINGS DURING VISITS. EE STATED THAT IS HOW AP PAREEK IS, HE HAS GOTTEN IN TROUBLE FOR THIS BEFORE. THEY ARE WORKING ON SETTING EE UP WITH ANOTHER PROVIDER. EE ALSO MENTIONED THAT SHE TORE HER BELLY BUTTON OPEN. AT THIS TIME SHE STATED SOMEONE ELSE WAS CALLINGHER AND SHE HAD TO GO.

**03/31/2022 4:19 PM - PHONE Note 37**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : UPDATES
Text: [03/31/2022 - NEMETH, KELSEY]EE CALLED IN. STATED WAS IN HOSPITAL FOR A FEW DAYS IN FEBRUARY FOR SOB, WAS DX'D WITH CHF. WILL SEE CARDIO 4/7 FOR FIRST EVAL. EE WAS UNSURE OF PROVIDER NAME AND INFO. DCM ADVISED PSYCH REVIEW WAS COMPLETED AND MED INFO AVAILABLE FROM AP PAREEK WAS REALLY NOT SUFFICIENT ENOUGH TO CONTINUE DISABILITY. ADVISED THAT I CAN FOLLOW UP AFTER NOV 4/7 FOR UPDATES ON TX PLAN AND RECORDS FROM CARDIO WOULD BE NEEDED TO REVIEW FOR ONGOING DISABILITY. EE ADVISED THAT HER AND DR PAREEK ARGUE A LOT ABOUT HER ADDICTION. EE HAS NOT CONSIDERED OBTAINING A NEW PROVIDER BUT STATED SHE CAN IF DCM NEEDS HER TOO. DCM ADVISED WHO SHE TREATS WITH IS UP TO EE BUT WOULD NEED TO KNOW IF SHE STARTS SEEING ANYONE DIFFERENT. EE EXPRESSED UNDERSTANDING, NO OTHER QUESTIONS.

**03/30/2022 11:37 AM - CLAIM Note 79**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/30/2022 - SPRAGUE, TAYLA]INVOICE DATED 3/28/22 FROM NMR. INV #6244021 IN THE AMT OF $1050.00 FOR PEER REVIEW INVOICE PAID IN FULL.

**03/29/2022 8:51 PM - CLAIM Note 78**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject : P2P LETTER
Text: [03/29/2022 - NEMETH, KELSEY]P2P LETTER SENT FROM NMR TO AP PAREEK 3/28/22 ASKING FOR REPLY WITHIN 5 BUSINESS DAYS.

**03/29/2022 8:50 PM - CLAIM Note 77**
Claim/Event/Leave: 10970673
NoteSubject : Peer Review
Other Subject : NMR-PSYCH
Text: [03/29/2022 - NEMETH, KELSEY]BASED ON A COMPREHENSIVE REVIEW OF ALL AVAILABLE DOCUMENTATION, WHILE THE AVAILABLE RECORDS REFLECT THE CLAIMANT IS RECEIVING TREATMENT FOR THE PSYCHIATRIC CONDITION OF POST-TRAUMATIC STRESS DISORDER, THE RECORDS DO NOTSUPPORT THE PRESENCE OF SYMPTOMS ASSOCIATED WITH THIS CONDITION THAT WOULD BE CONSIDERED IMPAIRING DURING THE TIME PERIOD IN QUESTION.

**03/17/2022 8:51 PM - CLAIM Note 76**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/17/2022 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**03/15/2022 4:24 PM - CLAIM Note 75**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FFR
Text: [03/15/2022 - NEMETH, KELSEY]REFERRED VIA CRT FOR CCS TO CP CROUCH. REFERRED FOR PSYCH FFR WITH AP CONTACT TO GENERAL QUE.[03/17/2022 - NEMETH, KELSEY]*ICP NOT AVAILABLE, REFERRED TO NMR. RECORDS SENT TODAY.

**03/15/2022 4:07 PM - CLAIM Note 74**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : PSYCH CONSULT
Text: [03/15/2022 - AMBRIEL, JUNIPER]CLAIM REVIEWED IN PSYCH CONSULT W/DR. CROUCH 3/15/22, RLS UNCLEAR, RECOMMEND FFR W/AP OUTREACH FOR CLARIFICATION OF CONDITION DIRECTION AND RLS

**03/14/2022 9:45 AM - CLAIM Note 73**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/14/2022 - MAURICE, DANIELLE]INVOICE RECEIVED ON 02/03/2022 FROM RELEASEPOINT. INV # 715895-568, IN THE AMOUNT OF $96.95 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**03/11/2022 1:01 PM - CLAIM Note 72**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/11/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #716119, IN THE AMOUNT OF $9.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**03/11/2022 10:35 AM - CLAIM Note 71**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : NO OTHER RECORDS
Text: [03/11/2022 - NEMETH, KELSEY]PER RP, NO ADDTL RECORDS AVAILABLE FROM ONEIDA COMMUNITY HEALTH. LOV WAS 2/4/22.

**03/06/2022 11:40 AM - CLAIM Note 70**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : PSYCH CCS 3/15/22
Text: [03/06/2022 - NEMETH, KELSEY]DOD: 8/16/20. LTD BBD: 2/14/21. DX: PTSD, ANXIETY, SUBSTANCE ABUSE. EE REPORTS BIPOLAR DISORDER, BUT NOT LISTED IN RECORDS. 54 YOF W/ BACK PAIN, ASTHMA, HBP, DYSLEXIA. AP INFO: DR. PAREEK WITH ONEIDA BEHAVIORAL. MEDS: SEROQUEL. ERTW: NONE. OCC: CUSTOMER SERVICE REP. BASED ON AVAILABLE RECORDS FROM ONEIDA BEHAVIORAL, WOULD R&LS CONTINUE TO BE REASONABLY SUPPORTED? IF SO, PLEASE COMMENT ON REASONABLE DURATION.

**03/06/2022 11:32 AM - CLAIM Note 69**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA BEHAVIORAL
Text: [03/06/2022 - NEMETH, KELSEY]RECEIVED OVNS 12/1/21-2/25/22

**03/02/2022 1:06 PM - CLAIM Note 68**

Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : SS
Text: [03/02/2022 - NEMETH, KELSEY]SS FOLLOW UP LETTER SENT TO EE

**03/02/2022 1:04 PM - CLAIM Note 67**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject :
Text: [03/02/2022 - NEMETH, KELSEY]MED REQUEST SENT TO ONEIDA BEHAVIORAL FOR ALL RECORDS 12/2/21 TO PRESENT (LOV NOTE IS 12/1/21) AND TO ONEIDA COMMUNITY HEALTH FOR ALL RECORDS 2/5/22 TO PRESENT (LOV NOTE IS 2/4/22).

**03/02/2022 1:03 PM - CLAIM Note 66**
Claim/Event/Leave: 10970673
NoteSubject : LTR to Other
Other Subject : IBI
Text: [03/02/2022 - NEMETH, KELSEY]EMAILED IBI TO HAVE THEM REACH OUT TO EE AGAIN FOR FILING ASSISTANCE. PROVIDED EE PHONE NUMBER.

**03/02/2022 1:02 PM - PHONE Note 36**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : N&P DAY 30
Text: [03/02/2022 - NEMETH, KELSEY]CALLED EE @ EE ADVISED SHE HAS NOT HEARD FROM IBI ON SS FILING. DCM ADVISED HER THEIR SITE LOG THEY HAVE REACHED OUT 4 TIMES BY PHONE AND LEFT MESSAGES. EE DENIES GETTING THESE MESSAGES. DCM WILL HAVE IBI REACH OUT AGAIN AND CONFIRM THE PHONE NUMBER THEY HAVE ON FILE IS CORRECT. EE EXPRESSED UNDERSTANDING, STATING SHE WOULD LIKE THE ASSISTANCE AS THE SS FILING PROCESS IS TOO OVERWHELMING. DCM ADVISED RECORDS AVAILABLE FROM PCP THRU 2/4 AND PSYCH THRU 10/26. EE STATED SHE WAS SEEN BY BOTH MULTIPLE TIMES AFTER THAT. DCM AGREED TO FOLLOW UP FOR THAT INFO. EE INDICATED THAT SHE IS WORKING ON GETTING INTO AN INPATIENT TX FACILITY, IT WOULD BE 2 MONTHS, BUT SHE NEEDS TO BE HEALTHY TO DO THAT ANDSHE ISN'T AT THE MOMENT. *EE DID SOUND A LITTLE SOB, LIKE SHE HAD A COLD, DURING THE CALL*. EE HAD NO QUESTIONS FOR DCM AT THIS TIME.

**02/27/2022 9:58 AM - CLAIM Note 65**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : COMMUNITY HEALTH
Text: [02/27/2022 - NEMETH, KELSEY]RECEIVED OVNS 10/1/21-2/4/22 FROM ONEIDA COMMUNITY HEALTH CENTER

**02/09/2022 8:51 PM - CLAIM Note 64**
Claim/Event/Leave: 10970673
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 2/9/2022 - REFERRED TO OTHER AS SS ADVOCATE.

**02/09/2022 1:27 PM - CLAIM Note 63**
Claim/Event/Leave: 10970673
NoteSubject : Life Waiver
Other Subject :
Text: MED REQUEST SENT VIA RELEASEPOINT TO ONEIDA COMMUNITY HEALTH FOR ALL RECORDS 10/1/21 TO PRESENT.

**02/09/2022 1:23 PM - CLAIM Note 62**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : N&P
Text: [02/09/2022 - NEMETH, KELSEY]COPY OF N&P LETTER ISSUED OUT TO EE BY MAIL.

**02/09/2022 1:22 PM - CLAIM Note 61**
Claim/Event/Leave: 10970673
NoteSubject : Ref to SS Vendor
Other Subject :
Text: [02/09/2022 - NEMETH, KELSEY]REFERRED TO IBI FOR SS FILING

**02/09/2022 1:22 PM - PHONE Note 35**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : UPDATES, N&P
Text: [02/09/2022 - NEMETH, KELSEY]EE CALLED IN. STATED NEW PHONE NUMBER IS SHE HAD BEEN INVOLVED IN A DOMESTIC VIOLENCE SITUATION WITH HER BOYFRIEND, WASN'T GETTING CALLS OR MAIL. SHE HAD TO GET A NEW PHONE AND NEW NUMBER. HER PARTNER ISGONE NOW, BUT SHE HASN'T GOTTEN SOME MAIL AS HE WAS OPENING IT AND THROWING IT OUT. DCM ADVISED WILL RESEND N&P LETTER TO EE. EE CONFIRMED ADDRESS IS STILL THE SAME. EE ADVISED SHE HAS BEEN WORKING WITH AN ADVOCATE AND THEY WERE PLANNING TO FILEFOR SS THIS WEEK, BUT EE WOULD LIKE REFERRAL TO SS VENDOR FOR MORE ASSISTANCE. DCM AGREED TO COMPLETE REFERRAL TODAY. ADVISED THAT ONCE SS APPROVED, THE SS AMOUNT WOULD BE OFFSET FROM LTD AMOUNT. EE EXPRESSED

UNDERSTANDING. REVIEWED MEDICAL RECORDS NEEDED, AS THE PREVIOUS RECORDS FROM AP SCHEY DID NOT SUPPORT FROM A PHYSICAL PERSPECTIVE AND NO RECENT PSYCH RECORDS WERE AVAILABLE. ADVISED EE THAT INSTEAD OF CLOSING THE CLAIM I AM ALLOWING ANOTHER N&P PERIOD AND RECORDS WILL BE DUE BY 4/10/22.EE EXPRESSED UNDERSTANDING. EE STATED ALL HER TX IS THRU ONEIDA, SHE SEES PSYCH PROVIDER PAREEK THERE WITH NOV 2/25. THEY ARE WORKING ON GETTING HER INTO AN INPATIENT PROGRAM. SEES PCP KENNARD THRU COMMUNITY HEALTH. DCM ADVISED WILL REACH BACKOUT TO ONEIDA FOR ANY RECENT RECORDS, URGED EE TO KEEP DCM UPDATED ON ANY UPDATES TO TX PLAN.

**01/30/2022 12:00 PM - CLAIM Note 60**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA BEHAVIORAL
Text: [01/30/2022 - NEMETH, KELSEY]RECEIVED OVNS 6/4/21, 10/26/21 (NOTES FOLLOW UP IN 3MONTHS). STAFFING NOTE 7/12/21 (TRANSFERRING TO NEW PROVIDER IN PRACTICE), 12/1/21.

**01/26/2022 3:05 PM - CLAIM Note 59**
Claim/Event/Leave: 10970673
NoteSubject : Action Plan
Other Subject : RTW OO APR 2022
Text: [01/26/2022 - NEMETH, KELSEY]53 YOF. JOB: CUSTOMER SERVICE REP, SEDENTARY (PER OA). LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21. CID / MN MAX: 2/13/23. DX: ASTHMA. COMORBIDS: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER, KNEE OA, GI REFLUX, DIABETES TYPE II, SLEEP APNEA, OBESITY, SMOKER, RECENT COVID INFECTION W/ PNEUMONIA. MED REVIEW: PSYCH FFR 5/2021 SUPPORTED R&LS THRU ABOUT 7/13/21. EE CONTRACTED COVID AND ASSOCIATED PNEUMONIA. INT MED FFR COMPLETED INDICATED ONLY CURRENT PHYSICAL DISABLING DX WAS ASTHMA AND SUPPORTED SEDENTARY R&LS RELATED TO ASTHMA. OCC IS SEDENTARY THEREFORE EE IS NOT TD RELATED TO PHYSICAL CONDITIONS. N&P WAS DUE 12/11/21 AND NO RECENT RECORDS RECEIVED RELATED TO PSYCH TX TO ASSESS MN R&LS. PROVIDERS: KERRI SCHEY NP (PULMONOLOGY). ERTW: UNKNOWN. WC/SUBRO: N/A. SS: NOT FILED. OTHER INCOME: NONE. DEPENDENTS: 0. FORMS: APRIL 2021. PLAN: GIVEN CONVERSATIONS WITH EE, DCM TO ALLOW ADDITIONAL N&P TIMEFRAME FOR EE TO RECEIVE PSYCH TX AND FOR RECORDS TO BE SUBMITTED; N&P LTR ISSUED REQUESTED CONTACT (RECENTLY UNABLE TO CONTACT), SS FILING (DUE IN 75 DAYS OF WILL OFFSET), UPDATED CI FORM, AND ANY MEDICAL RECORDS / TX CONFIRMATION; DCM TO SUSPEND AT DAY 45 IF INFO NOT RECEIVED; IF ADDTL RECORDS BECOME AVAILABLE, DCM WILL REVIEW IN PSYCH CCS OR FFR AS NEEDED AND CONSIDER INT MED ADDENDUM.

**01/26/2022 1:59 PM - CLAIM Note 58**
Claim/Event/Leave: 10970673
NoteSubject : Notice/Proof Review
Other Subject : DUE 4/10/22
Text: [01/26/2022 - NEMETH, KELSEY]N&P LETTER ISSUED TO EE WITH REQUEST FOR CSS AND CONTACT (NEED TO VERIFY PROVIDERS AND PSYCH TX). FAXED MED REQUEST VIA RELEASEPOINT TO ONEIDA BEHAVIORAL FOR ALL RECORDS 6/2/21 TO PRESENT. ALSO REQUEST SS FILING OROFFSET TO BE ADDED. 75 DAYS DUE 4/10/22.[01/26/2022 - NEMETH, KELSEY] **CORRECTION: REQUEST CLAIMANT INFO FORM, NOT CSS

**01/26/2022 1:56 PM - PHONE Note 34**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : UPDATES, N&P
Text: [01/26/2022 - NEMETH, KELSEY]CALLED EE @ (920) 413-8560. REACHED MESSAGE THAT STATED 'WELCOME TO VERIZON WIRELESS, CALL CANNOT BE COMPLETED AS DIALED'. UNABLE TO LEAVE MESSAGE. **DCM TO ADVISED R&LS NOT SUPPORTED FOR PHYSICAL CONDITIONS, NO RECENTPSYCH RECORDS. WILL ALLOW ANOTHER N&P FOR PSYCH TX TO TAKE PLACE OR CLAIM WILL CLOSE*

**01/24/2022 9:36 AM - CLAIM Note 57**
Claim/Event/Leave: 10970673
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2022
Text: [01/24/2022 - NEMETH, KELSEY]53 YOF. JOB: CUSTOMER SERVICE REP. LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21. MN MAX: 2/13/23. DX: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER. COMORBIDS: ASTHMA, HBP. CURRENT PROVIDERS: ONEIDA BEHAVIORAL. MED REVIEW: PSYCH FFR 5/2021; R&LS SUPPORTED THRU ABOUT 7/13/21 AND RECOMMEND GETTING UPDATED RECORDS FOR ONGOING REVIEW. EE REPORTS A DELAY N TX DUE TO COVID DX. EE REPORTS SEEN IN EMERGENCY ROOM 2X FOR COVID ISSUES BUT NOTADMITTED AND NO FOLLOW UP WITH PCP OR SPECIALIST. ERTW: UNKNOWN. WC/SUBRO: N/A. SS: NOT FILED. OTHER INCOME: NONE. DEPENDENTS: 0. FORMS: APRIL 2021. PLAN: N&P DUE 12/13/21 FOR UPDATED MEDICAL RECORDS AND SS FILING; ONCE UPDATED RECORDS AVAILABLE WILL REVIEW WITH PHYSICIAN LEVEL REVIEW TO DETERMINE ONGOING R&LS.

**12/30/2021 9:57 AM - CLAIM Note 56**
Claim/Event/Leave: 10970673
NoteSubject : Voc Rehab
Other Subject : OA
Text: [12/30/2021 - SOUTH, SARAH]THE PHYSICAL DEMAND LEVEL OF THE JOB IS EQUIVALENT TO THE PHYSICAL DEMAND LEVEL OF THE OCCUPATION. IN THE NATIONAL ECONOMY, THE OCCUPATION REQUIRES SEDENTARY WORK. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE,COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION.

**12/29/2021 8:51 PM - CLAIM Note 55**

**12/29/2021 8:51 PM - CLAIM Note 55**
Claim/Event/Leave: 10970673
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/29/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SOUTH, SARAH. CLAIM/AS EVENT IS PENDING REVIEW.

**12/28/2021 8:52 PM - CLAIM Note 54**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/28/2021 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**12/28/2021 7:13 PM - CLAIM Note 53**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: [12/28/2021 - NEMETH, KELSEY]REFERRED TO VOC FOR OA

**12/28/2021 7:12 PM - CLAIM Note 52**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : INT MED CP REVIEW
Text: [12/28/2021 - NEMETH, KELSEY]BASED ON THE DOCUMENTATION IN THE RECORDS PROVIDED TO ME AND TAKING INTO ACCOUNT THE ENTIRE CLINICAL PICTURE, THE CLAIMANT HAS SOME MODEST ONGOING IMPAIRMENT IN HER ABILITY TO RELIABLY PERFORM HER USUAL LIFE AND WORK ACTIVITIES, PRIMARILY IN TERMS OF LIMITS ON PERFORMING STRENUOUS PHYSICAL EXERTION DUE TO HER ASTHMA, CONTINUED TOBACCO USE, MORBID OBESITY AND POSSIBLY HER PSYCHIATRIC AND SUBSTANCE ABUSE ISSUES WHICH INTERFERE WITH HER ADHERENCE TO RECOMMENDED TREATMENTS. SHE HAS NO RESTRICTIONS OR LIMITATIONS ON SITTING OR USING HER ARMS, HANDS AND FINGERS FOR REACHING, GRIPPING, GRASPING, OR OPERATING A COMPUTER KEYBOARD OR OTHER COMMON OFFICE EQUIPMENT. SHE CAN STAND AND WALK DISTANCES UP TO 100 YARDS OCCASIONALLY, AND CONTINUOUSLY FOR UP TO 10 MINUTES AT A TIME OR UP TO A TOTAL OF 1-1.5 HOURS IN A TYPICAL 8-HOUR WORKDAY. SHE CAN BEND OR TWIST OCCASIONALLY AND CAN LIFT, CARRY, PUSH OR PULL ITEMS UP TO TEN POUNDS OCCASIONALLY. SHE CANNOT CROUCH, STOOP, KNEEL, CRAWL OR CLIMB. THESE RESTRICTIONS AND LIMITATIONS ARE PRESENT FROM THE CURRENT TIME AND GOING FORWARD BUT THE CLAIMANT HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITHIN THESE RESTRICTIONS AND LIMITATIONS DURING THIS PERIOD. HER PROGNOSIS FOR IMPROVEMENT OR RECOVERY OF FUNCTIONAL CAPACITY IS LIMITED AND, IN VIEW OF HER MORBID OBESITY, DIABETES, HYPERTENSION AND CONTINUED SMOKING, THERE IS POTENTIAL FOR HER TO DEVELOP OTHER COMPLICATIONS OR END ORGAN DAMAGE THAT COULD FURTHER DIMINISH HER FUNCTIONAL CAPACITY. ADHERENCE TO HER DIET AND MEDICATION REGIMEN TO CONTROL HER WEIGHT (OR IDEALLY TO LOSE WEIGHT TO GET FROM HER CURRENT BMI OF 39 TO APPROACH THE NORMAL RANGE OF 25), BLOOD PRESSURE, BLOOD SUGAR AND CHOLESTEROL WILL BEIMPORTANT IN HELPING TO DECREASE THE CHANCES AND/OR POSTPONE THE DEVELOPMENT OF FURTHER COMPLICATIONS OR ORGAN DAMAGE IN THE FUTURE. POSSIBLE IMPAIRMENT RELATED TO ANY OF THE CLAIMANT S PSYCHIATRIC DIAGNOSES SHOULD BE EVALUATED AND DETERMINED BYA REVIEWER OTHER THAN MYSELF AND REVIEW OF FURTHER RECORDS OF CARE IN 3-4 MONTHS MAY BE ADVISABLE AND POSSIBLY HELPFUL IN DETERMINING THE NATURE AND DURATION OF FUTURE IMPAIRMENT.

**12/14/2021 8:41 AM - CLAIM Note 51**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FFR
Text: [12/14/2021 - NEMETH, KELSEY]REFERRED VIA CRT FOR INT MED FFR

**12/13/2021 3:27 PM - CLAIM Note 50**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/13/2021 - BELANGER, JESSICA]AGREE WITH CLINICAL REVIEW TO EVALUATE ONGOING R&L'S AS OUTLINED

**12/13/2021 3:20 PM - CLAIM Note 49**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : CLINICAL REVIEW
Text: [12/13/2021 - NEMETH, KELSEY]RECOMMENDING REFERRAL TO INTERNAL MED FOR FFR. DOD 8/16/20. LTD BBD 2/14/21. DX PNEUMONIA AND BRONCHITIS S/P COVID, BIPOLAR DISORDER, ANXIETY. N&P DUE 12/11. RECORDS AVAILABLE FROM PULMONOLOGY THRU 11/5, FROM PSYCH THRU 6/2021. OUTSTANDING RECORDS FROM ST MARYS (WHERE EE WAS SEEN FOR COVID). GIVEN AVAILABLE RECORDS, N&P DUE, ALONG WITH DX, DCM FINDS REFERRAL FOR FFR REASONABLE TO ADDRESS ALL ONGOING R&LS. *REFERRED TO MGR FOR REVIEW.

**12/13/2021 3:16 PM - PHONE Note 33**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : RTC, MED REVIEW
Text: [12/13/2021 - NEMETH, KELSEY]EE LEFT VMX 12/10 2:53PM REQUESTING CALL BACK, WOULD NEED EXT ON FORMS AND SS FILING AS SHE HAD PNEUMONIA AND THEN BRONCHITIS AND THEN NO INTERNET ACCESS. CALLED EE @ 920-413-8560 TO DISCUSS EXTENSION AND MED REVIEW TO BEGIN. CALL WAS ANSWERED BY A MALE. DCM ASKED FOR EE BY NAME AND MALE ON THE OTHER END KEPT ASKING WHO?. DCM ADVISED LOOKING FOR EE. MALE AGAIN ASKED WHO AND

WAS SPEAKING WITH MUMBLED VOICE AND DCM UNABLE TO UNDERSTAND, DCM DISCONNECTED CALL.

**12/07/2021 2:42 PM - CLAIM Note 48**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : SCHEY
Text: [12/07/2021 - NEMETH, KELSEY]RECEIVED MED RECORDS 4/5/21-11/5/21

**11/15/2021 12:09 PM - PHONE Note 32**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [11/15/2021 - NEMETH, KELSEY]EE CALLED IN WITH QUESTIONS ON LETTERS SENT TO EE. DCM ASKED FOR DATES OF LETTERS, BUT EE DIDN'T HAVE HER GLASSES AND COULDN'T TELL DATES OR WHAT THEY WERE ABOUT. DCM ADVISED OF N&P LETTER ISSUED 9/29 TO ADVISE ALL MEDINFO DUE BY 12/11. ALSO EXPLAINED THAT, AS PREVIOUSLY DISCUSSED, IF EE NEEDED ADDITIONAL TIME WITH HER FORMS THAT WAS OK, BUT RECORDS NEEDED BY 12/11. EE INDICATED SHE HAD TALKED TO SOMEONE OVER PHONE FOR SS FILING. DCM ADVISED THAT SHE CAN COMPLETE FILING ONLINE OF VENDOR AVAILABLE. EE ADVISED SHE WOULD CALL TO COMPLETE THE APPLICATION AND CALL EE BACK IF ANYTHING ELSE IS NEEDED. REVIEWED OUTSTANDING RECORDS FROM AP SCHEY AND ST MARYS WITH FACILITY AUTH NEEDED FORM ST MARYS THAT WAS SENT TO EE TODAY, NO ESIGN AVAILABLE RIGHT NOW FOR THIS FACILITY. EE HAD NO OTHER QUESTIONS.

**11/14/2021 4:30 PM - CLAIM Note 47**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : AUTH NEEDED
Text: [11/14/2021 - NEMETH, KELSEY]RECEIVED NOTICE FROM ST MARYS (FROM RP REQUEST) THAT FACILITY AUTH IS NEEDED TO COMPLETE REQUEST. RECEIVED BLANK FACILITY AUTH. **MAILED TO EE TODAY**

**11/09/2021 2:57 PM - PHONE Note 31**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : N&P DAY 45
Text: [11/09/2021 - NEMETH, KELSEY]EE CALLED IN TO CHECK PAYMENT STATUS. CONFIRMED PAYMENT ISSUED 11/8. EE STATED THAT SHE IS FEELING MUCH BETTER, HAS BEEN ON ANTIBIOTICS AND STEROIDS FOR PNEUMONIA AND FEELING BETTER AND CAN COMPLETE PAPERWORK. DCM ADVISED WILL BE ON LOOKOUT FOR AUTH AND FORMS. EE HAD NO OTHER QUESTIONS.

**11/05/2021 1:29 PM - CLAIM Note 46**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : AUTH
Text: [11/05/2021 - NEMETH, KELSEY]FACILITY AUTH FOR AP SCHEY ISSUED TO EE BY MAIL AND EMAIL.

**11/05/2021 1:28 PM - PHONE Note 30**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : AUTH NEEDED
Text: [11/05/2021 - NEMETH, KELSEY]CALLED EE @ 920-413-8560. ADVISED EE THAT FACILITY AUTH FOR AP SCHEY IS NEEDED AND WILL SEND OUT TO TODAY. EE ASKED TO HAVE IT MAILED AND EMAILED. DCM ADVISED WILL SEND BOTH WAYS, EMAIL WILL HAVE ATTACHMENT THAT SHE CAN PRINT AND SIGN OR LINK FOR ESIGN. EE ADVISED SHE STILL ISN'T FEELING WELL, STILL HAS PNEUMONIA AND IS A COVID LONG HAULER. SHE REPORTS SHE IS VERY WEEK AND SLEEPING A LOT. WAS ON ANTIBIOTICS AND STEROIDS PER AP SCHEY BUT THOSE HAVE BEEN COMPLETED AND WILL HAVE A FOLLOW UP VIRTUAL VISIT TODAY AT 3PM. EE HAD NO OTHER QUESTIONS.

**10/31/2021 3:00 PM - CLAIM Note 45**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : AUTH NEEDED
Text: [10/31/2021 - NEMETH, KELSEY]RECEIVED NOTICE FROM RP THAT FACILITY AUTH FOR AP SCHEY IS NEEDED. AUTH ADDED TO DOC LIST.

**10/31/2021 2:59 PM - CLAIM Note 44**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : NO RECORDS
Text: [10/31/2021 - NEMETH, KELSEY]RECEIVED NOTICE FROM RP THAT NO RECORDS ARE AVAILABLE FOR TIME REQUESTED FROM AURORA.

**10/25/2021 9:18 AM - CLAIM Note 43**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject : SCHEY
Text: [10/25/2021 - NEMETH, KELSEY]FAXED MED REQUEST VIA RP TO AP SCHEY FOR OVN 10/22

**10/24/2021 9:26 AM - CLAIM Note 42**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA BEHAVORIAL
Text: [10/24/2021 - NEMETH, KELSEY]RECEIVED OVNS 5/11/21-6/1/21

**10/22/2021 11:44 AM - CLAIM Note 41**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject : ST MARYS
Text: [10/22/2021 - NEMETH, KELSEY]FAXED MED REQUEST VIA RELEASEPOINT TO ST MARYS HOSPITAL FOR ALL RECORDS 8/1/21 TO PRESENT.

**10/22/2021 11:44 AM - PHONE Note 29**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : RTC, UPDATES, N&P
Text: [10/22/2021 - NEMETH, KELSEY]EE LEFT VMX 10/21 10:23AM AND 3:35PM STATING SHE STILL HAS PNEUMONIA, SINCE SHE WAS DX'D WITH COVID. WAS SEEN IN EMERGENCY ROOM SEVERAL TIMES AT ST MARYS, AND TAKEN BY AMBULANCE A FEW DAYS AGO. STATED SHE WILL BE SEEINGCARDIO (OV PENDING) AND WILL SEE PULMONOLOGY KERRI SWAY WITH AURORA BAYCARE ON GREENBRIAR RD 10/22. ALSO STATED THAT SHE HASN'T BEEN ABLE TO COMPLETE LTD FORMS SINCE SHE HAS BEEN SO SICK. CALLED EE @ 920-413-8560. SPOKE WITH EE AND CONFIRMED MESSAGES RECEIVED, WILL SEND REQUESTS TO ST MARYS AND AP SWAY FOR INFO. ADVISED NO PROBLEM IF EE NEEDS ADDTL TIMES TO FILL OUT FORMS, WILL MAKE NOTE. EE INDICATED SHE MAY BE ADMITTED AFTER THE PULMONOLOGY OV TODAY, BUT IS ON ANTIBIOTICS ALREADY. EE ASKED IF SHE WOULD BE PAID FOR NOVEMBER. CONFIRMED PAYMENT SCHEDULED TO ISSUE 11/8. NO OTHER QUESTIONS.

**10/12/2021 8:48 AM - CLAIM Note 40**
Claim/Event/Leave: 10970673
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2021
Text: [10/12/2021 - NEMETH, KELSEY]53 YOF. JOB: CUSTOMER SERVICE REP. LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21. MN MAX: 2/13/23. DX: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER. COMORBIDS: ASTHMA, HBP. CURRENT PROVIDERS: ONEIDA BEHAVIORAL. MED REVIEW: PSYCH FFR 5/2021; R&LS SUPPORTED THRU ABOUT 7/13/21 AND RECOMMEND GETTING UPDATED RECORDS FOR ONGOING REVIEW. EE REPORTS A DELAY N TX DUE TO COVID DX. EE REPORTS SEEN IN EMERGENCY ROOM 2X FOR COVID ISSUES BUT NOTADMITTED AND NO FOLLOW UP WITH PCP OR SPECIALIST. ERTW: UNKNOWN. WC/SUBRO: N/A. SS: NOT FILED. OTHER INCOME: NONE. DEPENDENTS: 0. FORMS: APRIL 2021. PLAN: N&P DUE 12/13/21 FOR UPDATED MEDICAL RECORDS AND SS FILING; ONCE UPDATED RECORDS AVAILABLE WILL REVIEW WITH PHYSICIAN LEVEL REVIEW TO DETERMINE ONGOING R&LS.

**10/03/2021 4:20 PM - CLAIM Note 39**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA COMM HOSP
Text: [10/03/2021 - NEMETH, KELSEY]RECEIVED OVNS AND LABS DATED 5/4/21-9/8/21

**10/03/2021 4:08 PM - CLAIM Note 38**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : NO RECORDS
Text: [10/03/2021 - NEMETH, KELSEY]RECEIVED NOTICE FROM RELEASEPOINT THAT THERE ARE NO RECORDS FOR TIME PERIOD REQUESTED FROM BELLIN BEHAVIORAL (LOV 11/13/20) OR WILLOW CREEK (LOV 5/6/19)

**09/29/2021 3:41 PM - CLAIM Note 37**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : VANDOORP
Text: [09/29/2021 - NEMETH, KELSEY]RECEIVED OVN 5/21/21

**09/29/2021 3:40 PM - CLAIM Note 36**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject : BAYCARE
Text: [09/29/2021 - NEMETH, KELSEY]REQUEST SENT VIA RELEASEPOINT TO AURORA BAYCARE FOR ALL RECORDS 7/1/21 TO PRESENT.

**09/29/2021 3:35 PM - PHONE Note 28**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : UPDATES
Text: [09/29/2021 - NEMETH, KELSEY]EE CALLED BACK IN. EE CONFIRMED HASN'T BEEN SEEN AT BELLIN AND REALLY HASN'T SEEN ANYONE SINCE SHE HAS BEEN SO SICK, SINCE GETTING COVID IN AUGUST. EE REPORTS HAD A COUPLE OVS SCHEDULED WITH PCP/PULM BUT THEY GOT CANCELLED AS THE AP WAS SICK TOO. EE REPORTED HAVING TROUBLE WITH BREATHING DURING CONVERSATION, AND DCM DID NOT EE SEEMED WINDED WHILE SPEAKING. EE

TROUBLE WITH BREATHING DURING CONVERSATION, AND DCM DID NOT EE SEEMED WINDED WHILE SPEAKING. EE ADVISED WAS SEEN IN AURORA BAYCARE EMERGENCY ROOM 2X, NOT ADMITTED. EE REPORTS NO TELEHEALTH VISITS EITHER. DCM ADVISED REQUESTS HAVE GONE OUT TO ALL PROVIDERS ON FILE FOR ANY RECORDS 4/1/21 TO PRESENT. IF EE HASN'T BEEN SEEN BY SOMEONE, THAT IS OK, BUT THIS WAY WE REACHED OUT TO EVERYONE FOR ANYTHING THAT MAY BE MISSING. ADVISED WILL ALSO SEND REQUEST TO BAYCARE FOR RECORDS TOO. EE ADVISED PHONE FOR MAIN LINE IS 920-288-4060. EE EXPRESSED UNDERSTANDING, ASKED IF SHE WOULD BE PAID NEXT WEEK. DCM CONFIRMED PAYMENT WILL ISSUE NIGHT OF 10/7 LIKE USUAL. EE EXPRESSED UNDERSTANDING. EE STATED THIS CONVERSATION WENT MUCH BETTER, HAS HAD TROUBLE WITH DCM DURING PRIOR CALLS DUE TO HER BI-POLAR DISORDER, BUT APPRECIATES THIS CALL WITH DCM TODAY. EE HAD NO OTHER QUESTIONS AT THIS TIME.

**09/29/2021 2:25 PM - CLAIM Note 35**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject :
Text: [09/29/2021 - NEMETH, KELSEY]CI FORM ISSUED TO EE TO OBTAIN NEW PROVIDER INFO

**09/29/2021 2:24 PM - PHONE Note 27**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : RTC
Text: [09/29/2021 - NEMETH, KELSEY]EE LEFT VMX 9/28 3:42PM TO RTC TO DCM AND FINISH UP STATUS UPDATES, MENTIONED ALL OF THE PROVIDERS ON FILE ARE STILL CURRENT BUT THERE ARE NEW ONES AVAILABLE SINCE SHE HAS BEEN SICK WITH COVID SINCE AUGUST. **CALLED EE BACK @ 920-413-8560 TO OBTAIN ADDTL PROVIDER INFO. CALL RANG OUT TO VMX, RECORDING STATED VMX WAS FULL AND DCM UNABLE TO LEAVE MESSAGE.**

**09/28/2021 3:36 PM - PHONE Note 26**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [09/28/2021 - MILLER, SHAWN]EE CALLED AND PROVIDED HER NAME. DCM ACKNOWLEDGED AND ASKED IF EE HAD A CLAIM NUMBER. EE PROVIDED CLAIM NUMBER TO DCM BUT DID NOT STATE THE REASON FOR HER CALL. DCM ASKED IF HE COULD ASSIST EE WITH ANYTHING AND EE STATED SHE WANTED A NEW DCM AND WANTED TO SPEAK TO A SUPERVISOR. DCM ADVISED HE CANNOT GUARANTEE THAT CLAIM WOULD BE REASSIGNED BUT WOULD ATTEMPT TO TRANSFER TO THE SENIOR WHO PREVIOUSLY CALLED EE. SR WAS UNAVAILABLE SO DCM TRANSFERRED TO VM.

**09/28/2021 8:16 AM - CLAIM Note 34**
Claim/Event/Leave: 10970673
NoteSubject : Notice/Proof Review
Other Subject : DUE 12/11/21
Text: [09/28/2021 - NEMETH, KELSEY]N&P LETTER ISSUED TO EE WITH REQUEST FOR TEE AND FI. FAXED MED REQUESTS VIA RELEASEPOINT TO BELLIN PSYCH CENTER, ONEIDA BEHAVIORAL, ONEIDA COMMUNITY HOSP, WILLOW CREEK BEHAVIORAL, AP HAASL, AP VANDORP FOR ALL RECORDS5/1/21 TO PRESENT. 75 DAYS DUE 12/11/21.[09/28/2021 - NEMETH, KELSEY]**SS FILING ALSO REQUESTED. WILL OFFSET IF NO PROOF RECEIVED WITHIN 75 DAYS.

**09/22/2021 9:53 AM - PHONE Note 25**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : VM-LATE ENTRY
Text: [09/22/2021 - STOCKHAUSEN, BRITTANY]**EE LVM ON 9/21/21 AT 4:41 PM - LVM ABOUT COMPLAINT/CONCERN ABOUT ONE OF THE WORKERS FOR HER CLAIM 10970673. ADVISED SHE WAS UNSURE IF ADCM SENT HER TO THE CORRECT PLACE OR NOT, WOULD LIKE THE MESSAGE FORWARDED TOSUPERVISOR.[09/22/2021 - STOCKHAUSEN, BRITTANY]**VM LEFT ON 9/20/21, CALL RETURNED ON 9/21/21

**09/21/2021 1:11 PM - PHONE Note 24**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject :
Text: [09/21/2021 - STOCKHAUSEN, BRITTANY]CALLED EE AT (920) 413-8560 AND LVM TO RETURN DCM CALL IF SR IS ABLE TO ASSIST EE FURTHER. DCM EXPRESSED EMPATHY REGARDING RECENT ER VISIT AND WISHED EE WELL. PROVIDED DCM CONTACT NUMBER AND DIRECT EXT.

**09/20/2021 4:44 PM - PHONE Note 23**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : RTC
Text: [09/20/2021 - NEMETH, KELSEY]EE CALLED IN TO RTC TO ADCM. EE MENTIONED THAT SHE HAS BEEN SO SICK WITH COVID, SHE ALMOST DIED. DCM ASKED WHERE EE HAD BEEN TREATED/HOSPITAL ADMITS/FOLLOW UP EVALS. EE INDICATED THAT THERE WAS NO HOSPITAL ADMITS, ONLYSEEN IN EMERGENCY ROOM AT AURORA BAY. EE AGAIN REPORTED THAT SHE WAS SO SICK SHE ALMOST DIED. DCM ATTEMPTED TO GET CLARIFICATION ON CONDITION AND SYMPTOMS, GIVEN THE SEVERITY OF CASE EE WAS REPORTING BUT NOT HOSPITALIZED FOR. EE INDICATED THAT JUST BECAUSE DCM MAY GO TO HOSPITAL FOR EVERY OTHER THING DOESN'T MEAN SHE HAS TO. DCM ASKED EE WHEN SHE HAD LAST BEEN SEEN BY A DOCTOR PRIOR TO COVID. EE STATED SHE DIDN'T KNOW, SHE DIDN'T KNOW WHEN HER FOLLOW UPS WERE SINCE SHE HAS COVID. DCM STATED I WAS ASKED FOR OVS PRIOR TO COVID DX. EE CONTINUED TO TALK OVER ADCM, WOULD NOT ANSWER QUESTIONS CLEARLY, WOULD NOT PROVIDE ANY INFORMATION WILLINGLY. DCM ATTEMPTED TO EXPLAIN THAT MY JOB IS TO OBTAIN THESE UPDATES IN ORDER TO ENSURE DISABILITYIS STILL

SUPPORTED AND THAT BENEFITS CAN STILL BE ISSUED. ASKED EE TO NOT SPEAK OVER ADCM AND TO PLEASE ANSWER QUESTIONS. EE STATED THAT SHE WILL TALK OVER ADCM SINCE ADCM TALKS OVER HER. EE MENTIONED THAT ADCM MAKES A LOT OF ASSUMPTIONS AND SHEWILL CORRECT ADCM WHEN SHES WRONG AND THAT WILL BE A LOT OF CORRECTING. DCM OFFERED TO TRANSFER CALL TO SUPERVISOR. EE AGREED, AS SHE NEVER SPOKE WITH SUPERVISOR IN THE PAST. DCM PLACED EE ON HOLD AND REACHED OUT TO MGR. EE DISCONNECTED CALL PRIOR TO TRANSFER TO MGR.

**09/09/2021 11:36 AM - PHONE Note 22**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : UPDATES NEEDED
Text: [09/09/2021 - NEMETH, KELSEY]CALLED EE @ (920) 413-8560 FOR UPDATES AND RTW PLANS, N&P NEEDED IF NO RTW. CALL WENT RIGHT TO VMX, LEFT MESSAGE REQUESTING CALL BACK.

**09/01/2021 4:38 PM - PHONE Note 21**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [09/01/2021 - CAREY, BRENDON]EE CALLED TO INQUIRE ABOUT IF SHE'S GETTING A PAYMENT THIS MONTH. ADVISED HER NEXT PAYMENT IS DUE 9/13. SHE SAID KELSEY TOLD HER HER CLAIM WAS UP FOR A REVIEW AND SHE NEVER HEARD ANYTHING MORE SO DIDN'T KNOW WHAT CAME OFTHAT. CHECKED NOTES AND ADVISED I DON'T SEE ANYTHING NOTED RECENTLY OR REFERENCED IN TASKS ABOUT A REVIEW OUTSTANDING AT THIS TIME. SHE ASKED WHY PAYMENT IS NOT ON 9/7 OR 9/8 AS KELSEY SENT HER A LETTER SHE COULD READ TO ME SAYING THAT HER PAYMENT ISON THE 8TH. EXPLAINED I WILL NOT QUIBBLE WITH WHATEVER KELSEY WROTE OR SAID TO HER, BUT IF SHE IS ASKING ME WHEN HER NEXT PAYMENT IS DUE, I AM LETTING HER KNOW THAT HER LAST PAYMENT WAS DUE ON 8/13 AND HER NEXT PAYMENT IS DUE ON 9/13, AND THAT WOULDBE THE CASE REGARDLESS OF WHAT SHE WAS TOLD BEFORE AS WE SHOULD NOT BE GUARANTEEING EARLIER PAY DATES, AS THESE CAN FLUCTUATE MONTH OVER MONTH BUT I AM LETTING HER KNOW WHEN PAYMENTS ARE DUE/EXPECTED TO HER. SHE THANKED AND WITH NFQ, WE ENDED.

**08/09/2021 10:25 AM - PHONE Note 20**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [08/09/2021 - WALLACH, KRYSTAL]ASC WAS CALLING REGARDING PAYMENT AND DISCREPANCIES BETWEEN WORKER AND HERSELF. IN PAPERWORK IT SAYS HER PAYMENTS SHOULD GO OUT ON THE 7TH OF THE MONTH BUT SHE HAS NOT RECEIVED IT. DCM ADVISED THAT THE 7TH FELL ON A WEEKEND SO THE PAYMENT WILL ISSUE THE FOLLOWING BUSINESS DAY AND IN THIS CASE TODAY AND THEN CAN TAKE 3 BUSINESS DAYS FOR HER TO RECEIVE IT. EE ASKED WHY SHE WAS NEVER TOLD THAT - SHE HAS HAD 2 PEOPLE DIE FROM COVID, SHE HAS IT NOW, AND HER BF AND SHE IS NATIVE AMERICAN SO IS SUSCEPTIBLE TO COVID AND NOW SHE IS NOT GETTING HER PAY AND IS FRUSTRATED. DCM ACK AND ADVISED WILL DISCUSS WITH ADCM BUT GOING FORWARD ANY PAYMENTS SCHEDULED FOR WEEKEND OR HOLIDAY WILL BE ISSUED ON FOLLOWING BUSINESS DAY. EE ASKED DCM TO STOP READING FROM DIALOGUE AND TELL HER IF IT IS PENDED. DCM EXPLAINED CAN SEE THE PAYMENT IS SCHEDULED BUT HAS NOT ISSUED YET AND IF SHE WOULD LIKE SHE CAN CALL US TOMORROW AM AND CONFIRM THE PAYMENT HAS BEEN ISSUED. EE ACK ANDHAD NFQ. CALL ENDED.[08/09/2021 - WALLACH, KRYSTAL]**

**07/29/2021 8:33 AM - PHONE Note 19**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : PAYMENTS
Text: [07/29/2021 - NEMETH, KELSEY]RECEIVED CALL FROM EE ASKING ABOUT HOW TO EXPEDITE PAYMENTS, EE THOUGHT DCM HAD TOLD HER IT WOULD BE DOABLE DUE TO A DEATH IN THE FAMILY. DCM ADVISED THIS IS NOT CORRECT AND THAT INFORMATION WAS NEVER PROVIDED TO EE. EXPLAINED THERE IS NO WAY TO EXPEDITE PAYMENTS AS THE ISSUE DATE IS HARD CODED IN THE SYSTEM. EE ASKED IF DCM WOULD BE ABLE TO SPEAK TO A SUPERVISOR ABOUT THIS. DCM ADVISED THAT I COULD AND COULD LET EE TALK TO SUPERVISOR AS WELL, BUT THERE IS NO WAYTO ALTER PAYMENT ISSUE DATE. EE STATED HER FIRST COUSIN DIED AND SHE IS IN MILWAUKEE CURRENTLY AND HAS NO MONEY. DCM APOLOGIZED FOR INCONVENIENCE AGAIN STATED NO WAY TO ALTER ISSUE DATE AND PAYMENT WOULD ISSUE ON 8/7 AND EE SHOULD ALLOW ABOUT 3 BUSINESS DAYS FOR FUNDS TO BE TRANSFERRED AND DEPOSITED. NO OTHER QUESTIONS AT THIS TIME.

**07/29/2021 8:26 AM - PHONE Note 18**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : PAY
Text: [07/29/2021 - MORGAN, LAKEISHA]EE CALLED ABOUT PAY AND ADVISE THAT SHE HAD A DEATH IN HER FAMILY AND WAS TOLD BY A REP IT WAS A WAY TO EXPEDIATE PAYMENT. DCM WAS UNSURE OF THIS AND ASKED DID LTD DCM ADVISED OF THIS IF SO DCM CAN XFER CALL, EE SAID SHE THINKS SO AND THIS IS WHY SHE IS CALLING. DCM SAID OKAY AND XFER CALL TO DCM.

**07/12/2021 1:46 PM - PHONE Note 17**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : LEFT VM
Text: [07/12/2021 - BILL, ERIN]CALLED EE AT (920) 413-8560. UNABLE TO REACH EE. LEFT VM ADVISING CALLING PER HER REQ TO DCM S. HUNTER FOR A RTC WHEN I RETURNED TO THE OFFICE THIS WEEK. PROVIDED MY CONTACT INFORMATION FOR RTC

INFORMATION FOR RTC.

**07/08/2021 2:38 PM - PHONE Note 16**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [07/08/2021 - NEMETH, KELSEY]EE CALLED IN. STATED SHE TALKED TO 2 DIFFERENT PEOPLE TODAY AND THEY TOOLD HER DIFFERENT THINGS. SHE SAID SHE IS VERY UPSET ABOUT PAYMENT ISSUE AND FEELS LIKE ADCM HAS BEEN CONDESCENDING TO HER. EE STATED THAT THE DD PROCESS WAS NEVER EXPLAINED TO HER AND THAT ADCM TOLD HER DURING CALL YESTERDAY THAT MONEY WOULD BE IN ACCOUNT TODAY. DCM ADVISED THAT IS NOT CORRECT. EXPLAINED THAT DURING CALL YESTERDAY I EXPLAINED THAT PAYMENT WOULD ISSUED 7/7 AND THEN IT CAN TAKE ABOUT 3 BUSINESS DAYS FOR FUNDS TO BE AVAILABLE IN ACCOUNT. DCM ADVISED IF SHE DOES NOT RECALL REVIEWING DD PROCESS PRIOR BUT CONFIRMED IT WAS ISSUED IN WRITING TO EE WITH APPROVAL LETTER. EE INDICATED THAT ADCM WILL BE APART OF EE'S LIFE FOR 2 YEARS AND THINGS WILL HAVE TO BE COMMUNICATED BETTER. EE ASKED WHAT TIME THE PAYMENT WAS ISSUED. EE ALSO STATED AGAIN THAT SHE HAD BORROWED MONEY FROM 2 PEOPLE BECAUSE SOMEONE HAD PASSED AWAY AND THEY NEED TO BE REPAID. DCM ADVISED THAT I AM UNABLETO SEE A TIME STAMP ON THE PAYMENT ISSUE AND I CANNOT CONFIRM EXACTLY WHEN THE PAYMENT WILL BE AVAILABLE IN HER ACCOUNT, AS IT IS DIFFERENT WITH EACH CASE. EE HAD NO OTHER QUESTIONS.

**07/08/2021 1:29 PM - PHONE Note 15**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [07/08/2021 - HUNTER, SHANNON]EE CALLED IN REGARDING HER PAYMENT. EE STATED THAT SHE HAD CALLED IN ABOUT 2HRS AGO AND SPOKE TO ANOTHER DCM THAT ADVISED HER THAT HER PAYMENT WAS PROCESSED ON 07/07 AT MIDNIGHT, BUT WHEN SHE CALLED HER BANK THERE WAS NOPENDING DEPOSITS. DCM ADVISED EE THAT THE PAYMENT WAS PROCESSED AS OF 07/07, HOWEVER SHE NEEDS TO ALLOW UP TO 3-5 BUSINESS DAYS TO ALLOW TIME FOR FUNDS TO REFLECT IN ACCOUNT. DCM ADVISED THAT SHE COULD CHECK BACK WITH BANK ON TOMORROW TO SEE IF PAYMENT HAS BEEN RECEIVED. DCM ADVISED THAT SHE WAS NOT SAYING THAT THE FUNDS WOULD REFLECT IN HER ACCOUNT TOMORROW, BUT TO CHECK. EE STATED THAT SHE WAS FRUSTRATED THAT SHE HASN'T GOTTEN HER PAYMENT. EE STATED THAT WHEN SHE TALKED TO HER DCM SHE WAS ADVISED THAT PAYMENT WOULD BE RECEIVED ON 07/07, AND SHE DOES NOT UNDERSTAND WHY HER PAYMENT IS NOT HERE. EE STATED THAT SHE OWES TWO PEOPLE MONEY AND KEEPS GETTING CALLED ABOUT THE MONEY OWED AND THAT SHE HAS NO MONEY AT THIS TIME. DCM ACK AND ADVISEDEE THAT SHE UNDERSTOOD AND APOLOGIZED IF EE FELT THAT THE DD PROCESS WAS NOT EXPLAINED TO HER PREVIOUSLY. EE STATED THAT SHE FEELS REALLY STUPID RIGHT NOW AND THAT DCM WAS NOT VERY NICE TO HER AND THAT SHE IS A PERSON JUST LIKE ANYONE ELSE AND THATSHE SHOULD BE TREATED BETTER. EE STATED THAT CHARTER IS A REALLY BIG COMPANY AND IF LFG WERE TO LOSE THEIR CONTRACT THEN THE COMPANY WOULD BE DONE. EE STATED THAT SHE NEVER HAD ANY PROBLEMS RECEIVING HER PAYMENT DURING STD WITH SEDGWICK. EE STATED THAT SHE WANTED TO SPEAK TO HER DCM SUPERVISOR. DCM ADVISED THAT MANAGER IS OUT UNTIL NEXT WEEK, HOWEVER DCM COULD SEND HER AN EMAIL TO FOLLOW UP WITH EE ONCE SHE RETURNS TO THE OFFICE. EE STATED THAT SHE WANTS TO SPEAK TO MANAGER ABOUT HER EXPERIENCEAND THAT SHE WANTED TO MAKE SURE THE MANAGER DID REACH BACK OUT TO HER. DCM ACK- EE STATED THAT SHE DID NOT WANT TO CONTINUE TO VENT, HOWEVER LFG NEEDS TO HAVE BETTER CUSTOMER SERVICE- THEY NEED TO HAVE A-1 SERVICE TO BE EXACT B/C AGAIN CHARTER IS ABIG DEAL. EE STATED THAT SHE IS IN PAIN DUE TO THE INJURY TO HER LEGS AT WORK AND WILL NOT BE ABLE TO COME BACK FROM THE INJURY AND IF SHE COULD SHE WOULD BE WORKING. DCM ACK- ADVISED THAT SHE UPDATED CLAIM FILE WITH CONVERSATION AND WOULD SEND EMAILTO MANAGER TO FOLLOW BACK UP. PHONE NUMBER WAS VERIFIED AT TIME OF CALL- CALL ENDED.

**07/08/2021 11:48 AM - PHONE Note 14**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [07/08/2021 - CAREY, BRENDON]RCVD CALL FROM EE FRUSTRATED THAT SHE HASN'T GOTTEN HER PAYMENT. CHECKED AND DID ADVISE PAYMENT HAS ISSUED TO HER BANK BUT IS NOT DUE UNTIL 7/13 SO WOULD NEED TO ALLOW TIME FOR THEM TO PROCESS. DID EXPLAIN THIS CAN TAKE 3-5 BUSINESS DAYS BUT MAY OFTEN BE SOONER. SHE SAID A LETTER SHE RCVD SAID SHE'LL HAVE PAYMENT ON THE 7TH. ASKED HER IF SHE CAN POINT ME TO DATE ON SAID LETTER SO I CAN LOOK AT IT WITH HER. SHE PROVIDED 7/2/21. PULLED UP DOC LIST AND RVWD LETTER W/ EE. DID ADVISE PAYMENT DATE OF 7/7 IS INACCURATE, BUT ADVISED APPEARS ADCM FREEFORMED THIS LETTER AS NONE OF OUR STANDARD LETTERS PROVIDE A DATE ON WHICH PAYMENTS ISSUE OR ARE DUE. DID EXPRESS WHEN PAYMENT IS SCHEDULED ON THE 7TH IT DOESN'T ISSUE TO THE BANK OR A CHECK DOESN'T GET CUT UNTIL LATE EVENING/EARLY MORNING SO WHILE IT HAS ISSUED TO BANK ALREADY, THEY WOULDN'T HAVE RCVD IT BEFORE THIS MORNING, 7/8 AS IT WOULDN'T HAVE ISSUED DURING THEIR BUSINESS HOURS (OR OUR BUSINESS HOURS) ON THE 7TH.DID ADVISE NONE OF THAT REFLECTS A DELAY IN PAYMENT, AS IT'S NOT DUE UNTIL THE 13TH AND SHE SHOULD HAVE IT ON OR BEFORE THAT DATE. DID REFER HER BACK TO DD ENROLLMENT FORM WHICH GOES OVER THAT EXPECTATION. SHE THANKED AND SAID NOBODY EVER EXPLAINED THAT TO HER BEFORE AND S/O DIED IN HER FAMILY RECENTLY AND SHE HELPED OUT WITH WHAT SHE HAD SO NOW SHE HAS NOTHING LEFT AS SHE WAITS ON OUR PAYMENT. SHE DID EXPRESS THAT SHE UNDERSTANDS NOW THAT SHE SHOULDN'T EXPECT PAYMENT EARLIER THAN THE 13TH THOUGH SHE MAY GET IT BEFORE THAT SOMETIMES. DID EXPRESS IT'S A COMMON CALL I RCV WITH PEOPLE FRUSTRATED THEY ARE NOT GETTING A PAYMENT ON A CERTAIN DATE WHEN THE PAYMENT IS NOT ACTUALLY DUE YET, AND IT IS UP TO EACH ADCM INDIVIDUALLY TO ENSURE THEIR CLAIMANTS ARE AWARE OF THE EXPECTATIONS. ADVISED SOME COMMUNICATE THAT BETTER THAN OTHERS AND SOME DO NOT UNDERSTAND THE PAYMENT PROCESS AS IT'S NOT WHAT ONE WOULD EXPECT, AND ACKNOWLEDGED HER FRUSTRATION WITH THAT IN HER CASE. SHE THANKED ME FOR THE DETAILED EXPLANATION AND SAID NOBODY HAD EVER TAKEN THE TIME TO EXPLAIN THIS TO HER BEFORE AND SHE APPRECIATED MY TAKING THE TIME TO DO SO. WITH UNDERSTANDING, WE ENDED IN THANKS.

**07/07/2021 10:17 AM - PHONE Note 13**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : PAYMENT STATUS
Text: [07/07/2021 - NEMETH, KELSEY]EE CALLED IN WITH CONCERNS ABOUT PAYMENTS, NOT AVAILABLE IN ACCOUNT YET. DCM ADVISED PAYMENT IS TO ISSUE TODAY AND CAN TAKE UP TO 3 BUSINESS DAYS TO SHOW IN ACCOUNT. CONFIRMED THAT PAYMENT IS SCHEDULED TO ISSUE TODAY.EE ASKED WHAT TIME AND IF IT COULD BE EXPEDITED. DCM ADVISED THE PAYMENT IS NOT TIME STAMPED AND UNABLE TO ALTER OR EXPEDITE THE PAYMENT. ADVISED AS THIS TIME THERE IS NO DELAY IN PAYMENTS, THEY ARE ISSUING OUT TO HER ON THE NORMAL SCHEDULE. EE ASKED WHAT HAPPENS IF FUNDS NOT AVAILABLE IN ACCOUNT TOMORROW. DCM ADVISED AGAIN THAT SHE WOULD NEED TO ALLOW UP TO 3 BUSINESS DAYS FOR FUNDS TO BE TRANSFERRED AND DEPOSITED INTO ACCOUNT. EE HAD NO OTHER QUESTIONS AND DISCONNECTED CALL.

**07/02/2021 12:38 PM - CLAIM Note 33**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [07/02/2021 - NEMETH, KELSEY]EMAILED EE COPY OF APPROVAL LETTER. ALSO WROTE UP QUICK LETTER STATING BENEFIT AMOUNT AND SCHEDULED ISSUE DATE.

**07/02/2021 12:38 PM - PHONE Note 12**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [07/02/2021 - NEMETH, KELSEY]EE CALLED IN FOR PAYMENT STATUS. ADVISED NEXT PAYMENT TO ISSUE 7/7. EE ASKED IF THAT COULD BE EXPEDITED. DCM ADVISED NO, THE SYSTEM IS SET UP FOR THE PAYMENTS TO ISSUE THE SAME DATE EACH MONTH AND NO WAY TO ALTER THAT.EE ASKED TO HAVE PAYMENT INFO SENT TO OUT FOR FINANCIAL ASSISTANCE. DCM AGREED. EE ADVISED SHE HAD BEEN IN THE HOSPITAL. HER MOM HAS PARKINSONS' AND SHE FELL DOWN THE STAIRS AND EE WAS INJURED AT THE SAME TIME. EE INJURED KNEE AND NEEDS THERAPY. NO OTHER QUESTIONS.

**05/24/2021 9:32 AM - CLAIM Note 32**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [05/24/2021 - BLAIR, BRENDAN]SET UP SCHEDULED PAYMENT FROM 02/14/2021 THROUGH 02/13/2023 BASED ON SALARY INFO IN DOC LIST 8/6/20- $450.24 / 24 = $18.76 HOURLY * 40 * 52 / 12 = BME $3251.73. THE BENEFIT IS 60% OR $1,951.04. MAX BEN DATE CALCULATE AT 02/13/2023 . THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**05/20/2021 3:42 PM - CLAIM Note 31**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/20/2021 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 05/14/2021 AND DATED 05/13/2021 FROM NETWORK MEDICAL REVIEW COMPANY, LTD. INV# 478238-1, IN THE AMOUNT OF $787.50. PAID INVOICE IN FULL

**05/19/2021 10:02 AM - CLAIM Note 30**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : PAYMENTS
Text: [05/19/2021 - BLAIR, BRENDAN]EMAILED ER FOR SALARY INFO.

**05/18/2021 8:50 PM - CLAIM Note 29**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO BRENDAN BLAIR.

**05/18/2021 3:07 PM - PHONE Note 11**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : STATUS/APPROVAL
Text: [05/18/2021 - NEMETH, KELSEY]EE CALLED IN FOR STATUS. DCM ADVISED OF APPROVAL, PAYMENTS PENDING AND FOLLOW UP PLAN. EE HAD NO OTHER QUESTIONS.

**05/17/2021 8:51 PM - CLAIM Note 28**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: CLAIM APPROVED, PLEASE COMPLETE INITIAL CALC

**05/17/2021 4:11 PM - CLAIM Note 27**

Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [05/17/2021 - NEMETH, KELSEY]LETTER ISSUED TO EE. INCLUDED MN LIMIT LANGUAGE. ALSO INCLUDED TEE, SSRA, FI, DD AND W4S.

**05/17/2021 4:11 PM - PHONE Note 10**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [05/17/2021 - NEMETH, KELSEY]CALLED EE @ 920-413-8560 TO REVIEW APPROVAL. CALL RANG OUT AND THEN DISCONNECTED, UNABLE TO LEAVE VMX.

**05/17/2021 4:06 PM - CLAIM Note 26**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : PSU
Text: [05/17/2021 - NEMETH, KELSEY]REFERRED TO PSU FOR INITIAL CALC

**05/17/2021 4:05 PM - CLAIM Note 25**
Claim/Event/Leave: 10970673
NoteSubject : Status Report
Other Subject : APPROVED
Text: APPROVED OWN OCC

**05/17/2021 2:57 PM - CLAIM Note 24**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/17/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #714098, IN THE AMOUNT OF $41.12 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**05/17/2021 1:40 PM - CLAIM Note 23**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [05/17/2021 - BILL, ERIN]AGREE W/ APPROVAL AND ACTION PLAN

**05/17/2021 10:08 AM - CLAIM Note 22**
Claim/Event/Leave: 10970673
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2021
Text: [05/17/2021 - NEMETH, KELSEY]53 YOF. JOB: CUSTOMER SERVICE REP. LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21. MN MAX: 2/13/23. DX: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER. COMORBIDS: ASTHMA, HBP. CURRENT PROVIDERS: ONEIDA BEHAVIORAL. MED REVIEW: PSYCH FFR 5/2021; R&LS SUPPORTED THRU ABOUT 7/13/21 AND RECOMMEND GETTING UPDATED RECORDS FOR ONGOING REVIEW. ERTW: UNKNOWN. WC/SUBRO: N/A. SS: NOT FILED. OTHER INCOME: NONE. DEPENDENTS: 0. FORMS: APRIL 2021.PLAN: DCM TO CONTINUE STATUS CALLS; WILL UPDATE MEDICAL RECORDS MID JULY 2021 IF NO RTW PLANS AT THAT TIME; WILL REVIEW AND REQUEST SS FILING AS NEEDED.

**05/17/2021 10:08 AM - CLAIM Note 21**
Claim/Event/Leave: 10970673
NoteSubject : Approved
Other Subject : OWN OCC
Text: [05/17/2021 - NEMETH, KELSEY]RECOMMEND APPROVAL FOR OWN OCC. DOH: 10/14/13. EE CONTRIB: NO. CLASS 2, ER PAID BENEFITS. EDOC: 10/14/14. PRE-X: N/A. LDW: 8/15/20. DOD: 8/16/20. LTD BBD: 2/14/21 (END OF STD). DX: PTSD, ANXIETY, DEPRESSION, COCAINE USE DISORDER, CANNABIS USE DISORDER. COMORBIDS: 53 YOF W/ ASTHMA, HBP. OCC: CUSTOMER SERVICE REP. ERTW: UNKNOWN. RATIONALE FOR APPROVAL: REASONABLE TO APPROVE GIVEN SUPPORTED R&LS PER PSYCH PEER FFR. WC/SUBRO: N/A. FINANCIAL: WILL REFER TOPSU FOR INITIAL CALC. SS: NOT FILED. DEPENDENTS: 0. COMMUNICATION PLAN: CALL TO EE, LTR TO EE WITH MN LIMIT LANGUAGE. *REFERRED TO MGR FOR REVIEW.

**05/17/2021 10:00 AM - CLAIM Note 20**
Claim/Event/Leave: 10970673
NoteSubject : Peer Review
Other Subject : PSYCH REVIEW
Text: [05/17/2021 - NEMETH, KELSEY]TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING STANDARDS OF CARE AND EVIDENCE-BASED MEDICINE, AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, FROM THE PERSPECTIVE OF PSYCHIATRY, THE CLAIMANT HAS BEEN UNABLE TO WORK IN ANY CAPACITY FROM FEBRUARY 14, 2021 TO THE PRESENT, AS ALTHOUGH SHE WAS DOING BETTER ON HER PSYCHIATRIC FOLLOW UP ON FEBRUARY 16, 2021, SHE CONTINUED TO USE COCAINE EVERY NIGHT, HAD TO BE REFERRED BACK TO IOP ON APRIL 9, 2021,AND HAD ADDITIONAL MEDICATION CHANGES FROM THE PRIMARY CARE PROVIDER. IT WAS ALSO NOTED THAT SHE WAS ON CLONIDINE FOR HEROIN WITHDRAWAL DURING THE APPOINTMENT. SHE WILL NEED TO BE REASSESSED IN TWO MONTHS FROM THE DATE OF THIS REPORT (JULY 13, 2021), TO SEE IF SHE HAS IMPROVED SUFFICIENTLY TO TRANSITION BACK TO WORK

BACK TO WORK.

**05/07/2021 4:15 PM - PHONE Note 9**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject : STATUS?
Text: [05/07/2021 - NEMETH, KELSEY]EE CALLED IN FOR STATUS. DCM EXPLAINED FILE UNDER MED REVIEW AND ONCE COMPLETED ADCM WILL CALL WITH STATUS UPDATE AND DETAILS. NO OTHER QUESTIONS.

**05/03/2021 8:50 PM - CLAIM Note 19**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/3/2021 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**04/29/2021 12:57 PM - CLAIM Note 18**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject :
Text: [04/29/2021 - HUNTER, SHANNON]REQUEST FOR MEDICAL RECORDS MAILED OUT TO AP PAUL HAASL

**04/29/2021 12:56 PM - PHONE Note 8**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [04/29/2021 - HUNTER, SHANNON]EE CALLED IN TO REPORT AN ADDITIONAL PROVIDER. EE STATED THAT SHE HAS A CERTIFIED PEER SPECIALIST (ALCOHOL/SUBSTANCE ABUSE) PAUL HAASL PHONE# 715-600-6134 MAILING ADDRESS- 1018 SHAWANO ST GREEN BAY WI 54304. EE STATED THERE WAS NO A FAX# THAT SHE COULD PROVIDE.

**04/29/2021 12:08 PM - CLAIM Note 17**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : FFR
Text: [04/29/2021 - RAINESWOODLEY, ROSE]REFERRAL MADE FOR FFR TO REVIEW SINCE NOI IOP HAS BEEN CONFIRMED

**04/29/2021 11:54 AM - CLAIM Note 16**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : PSYCH CCS
Text: [04/29/2021 - RAINESWOODLEY, ROSE]CALIM REVIEWED IN PSYCH CCS WITH DR. BROWN PRESENT AND RECOMMENDED TO CLARIFY IF IOP BEGAN WITH WILLOW CREEK (ADDITIONAL PROVIDER ON CIF) AND IF NOT REFER FOR FRR TO CONCLUDE RLS AS THEY CANNOT BE DETERMINED UPON CCSREVIEW.

**04/29/2021 11:50 AM - CLAIM Note 15**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : WILLOW CREEK
Text: [04/29/2021 - RAINESWOODLEY, ROSE]RECEIVED STATEMENT OF NO TX 4/15 TO PRESENT

**04/27/2021 2:05 PM - CLAIM Note 14**
Claim/Event/Leave: 10970673
NoteSubject : LTR to AP
Other Subject : WILLOW CREEK
Text: [04/27/2021 - RAINESWOODLEY, ROSE]SENT MED REQ FOR RECORDS 4/15 TO PRESENT

**04/27/2021 2:05 PM - PHONE Note 7**
Claim/Event/Leave: 10970673
NoteSubject : Called AP
Other Subject : WILLOW CREEK BEHAVIO
Text: [04/27/2021 - RAINESWOODLEY, ROSE]CALLED AP AND LVMM FOR A RTC TO CONFIRM IF EE IS IN IOP THERE

**04/26/2021 1:48 PM - CLAIM Note 13**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : PSYCH CCS 4/27/21
Text: [04/26/2021 - NEMETH, KELSEY]DOD: 8/16/20. LTD BBD: 2/14/21. DX: BIPOLAR DISORDER, DEPRESSION, SUBSTANCE ABUSE. 53 YOF W/ BACK PAIN, ASTHMA, HBP, DYSLEXIA. AP INFO: DR. PAREEK AND ELIZABETH KELLY (THERAPIST) WITH ONEIDA BEHAVIORAL. ERTW: UNKNOWN. OCC: CUSTOMER SERVICE REP. BASED ON AVAILABLE RECORDS FROM ONEIDA BEHAVIORAL, WOULD R&LS BE REASONABLY SUPPORTED? IF SO, PLEASE COMMENT ON REASONABLE DURATION.

**04/26/2021 1:38 PM - PHONE Note 6**
Claim/Event/Leave: 10970673
NoteSubject : Called AP
Other Subject : BELLIN PSYCH
Text: [04/26/2021 - NEMETH, KELSEY]CALLED BELLIN BEHAVIORAL HEALTH @ (920) 433-3630. SPOKE WITH MELANIE WHO

Text: [04/26/2021 - NEMETH, KELSEY]CALLED BELLIN BEHAVIORAL HEALTH @ (920) [illegible]. SPOKE WITH MELANIE WHO ADVISED THAT SHE DOES NOT HAVE EE LISTED FOR ANY IOP OR REGULAR OVNS.

**04/26/2021 1:26 PM - CLAIM Note 12**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA BEHAVIORAL
Text: [04/26/2021 - NEMETH, KELSEY]RECEIVED OVNS DATED 9/1/20-4/9/21 FROM ONEIDA BEHAVIORAL

**04/22/2021 10:52 AM - CLAIM Note 11**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : ONEIDA COMM HEALTH
Text: [04/22/2021 - NEMETH, KELSEY]RECEIVED OVNS AND LABS DATED 8/3/20-4/5/21

**04/22/2021 10:51 AM - CLAIM Note 10**
Claim/Event/Leave: 10970673
NoteSubject : Med Records Rcvd
Other Subject : VANDORP
Text: [04/22/2021 - NEMETH, KELSEY]RECEIVED OVNS 8/14/20-11/20/20

**04/22/2021 10:50 AM - CLAIM Note 9**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : NO RECORDS
Text: [04/22/2021 - NEMETH, KELSEY]PER RP, NO RECORDS AVAILABLE FOR TIME REQUESTED FROM BELLIN BEHAVIORAL HEALTH.

**04/19/2021 2:49 PM - CLAIM Note 8**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject : FORMS
Text: [04/19/2021 - NEMETH, KELSEY]CLAIM FORMS. AQ-COMPLETED. CSS-LISTED STD AND TRIBAL FUNDS FOR RENT, NO OTHER INCOME. SURV-COMPLETED. LICENSE RECEIVED. AUTH-SIGNED AND DATED 4/9/21.

**04/15/2021 3:36 PM - CLAIM Note 7**
Claim/Event/Leave: 10970673
NoteSubject : Notice/Proof Review
Other Subject : DUE 5/29/21
Text: [04/15/2021 - NEMETH, KELSEY]N&P LETTER EMAILED TO EE. FAXED MED REQUEST VIA RELEASEPOINT TO AP VANSADERS, ONEIDA BEHAVIORAL HEALTH, ONEIDA COMMUNITY HEALTH FOR ALL RECORDS 8/1/20 TO PRESENT. FAXED VIA RELEASEPOINT TO BELLIN HEALTH FOR IOP START DATE AND ESTIMATED DURATION. 45 DAYS DUE 5/29/21.

**04/15/2021 3:26 PM - PHONE Note 5**
Claim/Event/Leave: 10970673
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [04/15/2021 - NEMETH, KELSEY]RECEIVED CALL FROM EE. CONFIRMD DOD 8/16/20. DX BIPOLAR DISORDER, DEPRESSION, LOWER BACK PAIN. EE ADVISED TREATING FOR PSYCH ISSUES WITH ONEIDA BEHOVORAL HEALTH BUT WILL BEGIN IOP AT BELLIN TODAY 4/15 FOR ABOUT 6 WEEKS. SEES AP PREEK (PSYCH ABOUT EVERY 6 WEEKS) AND THERAPIST MARYBETH ABOUT EVERY 2 WEEKS (EE WAS SEEING ANOTHER THERAPIST SUSAN WHILE MARYBETH WAS OUT). EE REPORTS HOSPITALIZATION 2X SINCE DOD DUE TO DEPRESSION AND SI. EE ALSO SEEING AP VANSADERS (P) 920-272-3333 (F)920-272-3433 OR 920-496-4737 FOR BACK. HAS HAD INJECTIONS, DONE PT (NOT CURRENTLY), DRY NEEDLING AND IS ON LYRICA ND ZYMBALTA, BUT NOTHING SEEMS TO BE WORKING. EE REPORTS PAIN RADIATING DOWN RIGHT LEG AND PAIN IN FEET. EE REPORTSUSING A WALKER WHEN OUTSIDE HER HOME. EE ADVISED SHE HURT HER BACK AT WORK ABOUT 3 YEARS AGO, FELL OUT OF CHAIR AND HAS PERMANENT DAMAGE TO SI JOINT. EE ADVISED WC WAS DENIED AND SHE DOES HAVE AN ATTORNEY WORKING ON THIS WITH HER. COMORBIDS: HBP,ASTHMA, DYSLEXIA, 250LBS, 5'5.5. OCC: REP 1 CUSTOMER SERVICE. EE CONFIRMS NO OTHER JOBS, INCOME, BENEFITS. EE PROVIDED DD INFO, GREENDOTBANK, ROUTING ACCOUNT DCM REVIEWED LTD BBD, MONTHLY PAYMENTS ISSUED FORM LFG AT 60%WITH DD AVAILABLE AND NO DEDUCTIONS. ADVISED OF OWN OCC ON LTD, NOT JOB. ADVISED OF OWN OCC FOR 2 YEARS AND THEN CID REVIEW. ADVISED OF MN MAX AFTER 2 YEARS. ADVISED OF SS FILING NEEDED IF NO RTW WITHIN 1 YEAR, SS OFFSET TO LTD, AND VENDOR AVAILABLE FOR ASSISTANCE. ADVISED OF N&P NEEDED, WILL REACH OUT TO ALL PROVIDERS FOR RECORDS (NOT FORMS) AND INFO WILL BE DUE IN 45 DAYS. EE ADVISED SHE PREFERS TO HAVE INFO EMAILED TO HER. CONFIRMED EMAIL IS SHERNANDEZ068@YAHOO.COM.

**04/12/2021 11:28 AM - CLAIM Note 6**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject :
Text: [04/12/2021 - HALL, TIFFANY]FORMS RECEIVED, CLAIM REOPENED AND ASSIGNED TO LTD DCM.

**03/11/2021 1:29 PM - CLAIM Note 5**
Claim/Event/Leave: 10970673
NoteSubject : Ref to Other
Other Subject : RECOMMEND DENIAL

Text: [03/11/2021 - HALL, TIFFANY]LTD FORMS WERE DUE MARCH 6, 2021. FORMS WERE NOT RECEIVED. RECOMMENDING DENIAL FOR EP NOT MET

**03/11/2021 1:28 PM - PHONE Note 4**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : DAY 46 DENY
Text: [03/11/2021 - HALL, TIFFANY]ATTEMPTED TO REACH ASC TO NOTIFY OF DECISION. LINE RANG BUSY

**02/19/2021 12:28 PM - CLAIM Note 4**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject :
Text: [02/19/2021 - WOOTEN, CAMERON]LTD FORMS SENT TO SHERNANDEZ068@YAHOO.COM.

**02/19/2021 12:27 PM - PHONE Note 3**
Claim/Event/Leave: 10970673
NoteSubject : EE Called
Other Subject :
Text: [02/19/2021 - WOOTEN, CAMERON]ASC CALLED & STATED SHE WAS ADVISED TO CONTACT LF ABOUT LTD CLAIM. DCM ACK & CX CORRECT ADDRESS IN FILE & ADVISED FORMS HAVE BEEN SENT TO ASC FOR COMPLETION & ONCE RECD, CLAIM WILL BE ASSIGNED TO ADCM. ASC ACK & ASKED IFFORMS COULD BE EMAILED. DCM ACK & CX EMAIL ADDRESS AS SHERNANDEZ068@YAHOO.COM & ADVISED DCM WILL RESEND. ASC UNDERSTOOD & THANKED DCM, NFQ.

**02/18/2021 10:41 AM - CLAIM Note 3**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [02/18/2021 - HARRINGTON, SUSAN]SENT 15 DAY WARNING LTR WITH ANOTHER COPY OF LTD FORMS ATTACHED. DEADLINE TO RETURN ALL FORMS: 3/6/21

**02/18/2021 10:39 AM - PHONE Note 2**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : LTD BEN
Text: [02/18/2021 - HARRINGTON, SUSAN]CALLED EE AT TO F/U ON LTD FORMS. BUSY SIGNAL ON MULTIPLE ATTEMPTS, UNABLE TO SPEAK WITH EE OR LEAVE VM

**01/21/2021 2:42 PM - CLAIM Note 2**
Claim/Event/Leave: 10970673
NoteSubject : LTR to EE
Other Subject : ACK AND FORMS
Text: [01/21/2021 - HALL, TIFFANY]AUTH TO OBTAIN AND RELEASE INFORMATION, MEDICAL AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, PSYCHOTHERAPY TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS. AUTHORIZATION ACTIVITIES QUESTIONNAIRE, CLAIMANT INFORMATION FORM, CLAIMANT SUPPLEMENTARY STATEMENT, SURVIVOR ESTATE FORM COPY OF YOUR DRIVERS LICENSE WM RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE 2/19/21

**01/21/2021 2:41 PM - PHONE Note 1**
Claim/Event/Leave: 10970673
NoteSubject : Called EE
Other Subject : REG LTD BENS
Text: [01/21/2021 - HALL, TIFFANY]TA CALLED ASC TO DISCUSS LTD BENS. NO V/M SET UP, SO TA COULD NOT LEAVE V/M. @

**01/21/2021 9:12 AM - CLAIM Note 1**
Claim/Event/Leave: 10970673
NoteSubject : Other
Other Subject :
Text: [01/21/2021 - HALL, TIFFANY]DCM CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO TRIAGE

From: LFGNotifications@LFG.com
Sent: Friday, April 25, 2025 2:58:02 PM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez
Attachments: v2ayywgan4wef7mw2izf_20321696.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 25, 2025

Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Serena:

As discussed today and requested, attached is the appeal decision letter completed and sent to you on September 16, 2022.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather C.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-0401

Attachments: 10970673-DENY-FREEFORM-09.16.2022

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 16, 2022 4:21:07 PM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | lhry66ihsu3ku0lvxjon_13582252.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 16, 2022

MS SERENA L HERNANDEZ

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Hernandez:

Lincoln National Life Insurance Company, a Lincoln Financial Group company, is responsible for managing claims for Long Term Disability (LTD) Benefits under Charter Communications Inc's Long Term Disability Policy. We are writing in regards to your appeal request for Long Term Disability (LTD) Benefits under the Policy.

We reviewed your appeal request for Long Term Disability ("LTD") benefits and maintained the decision to deny benefits.

**Initial Claim Decision**

We received your submitted claim for your absence from work as of August 16, 2020, as a result of depression and low back pain. Your LTD benefits began on February 14, 2021, after the Policy's 182-day elimination period was completed. However, your claim was denied as the evaluation concluded you were not disabled beyond May 5, 2022.

The basis for the decision was outlined in a letter dated May 5, 2022. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information:

> *Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, mental status exam findings, mental status testing, psychology notes, psychiatry notes, counselor notes, therapy records, referrals, consultations, restrictions, limitations, 5 of 6 treatment plans, and any other medical information from all treating providers from February 25, 2022 through present that support your inability to perform your own occupation.*

*You should also provide any additional information that you feel will support your claim.*

Please refer to the May 5, 2022 letter for further details regarding your claim determination.

**Appeal**

In your letter of appeal dated July 25, 2022, you requested that your claim be reopened so you can appeal to continue benefits. In support of your claim, you submitted no additional records or medical information.

**Appeal Evaluation**

During the initial claim evaluation, your claim was reviewed by Paul Stander MD and Brandon Erdos MD, who are physicians Board Certified in Internal Medicine and Psychiatry respectively.

Dr. Paul Stander indicated that your primary diagnosis was asthma. Comorbid diagnoses included recent infection with COVID-19 virus with associated pneumonia, chronic tobacco use, diabetes, morbid obesity, hypertension, knee osteoarthritis, obstructive sleep apnea, gastroesophageal reflux disease, depression, post-traumatic stress disorder, anxiety disorder, as well as history of cocaine and marijuana abuse.

On December 25, 2021, Dr. Stander further stated the following, in part:

> *Based on the documentation in the records provided to me and taking into account the entire clinical picture, the claimant has some modest ongoing impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing strenuous physical exertion due to her Asthma, continued tobacco use, Morbid Obesity and possibly her psychiatric and substance abuse issues which interfere with her adherence to recommended treatments. She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and, in view of her morbid obesity, diabetes, hypertension and continued smoking, there is potential for her to develop other complications or end organ damage that could further diminish her functional capacity. Adherence to her diet and medication regimen to control her weight (or ideally to lose weight to get from her current BMI of 39 to approach the normal range of 25), blood pressure, blood sugar and cholesterol will be important in helping to decrease the chances and/or postpone the development of further complications or organ damage in the future. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.*

On March 28, 2022, Brandon Erdos MD stated the following, in part:

*Based on a comprehensive review of all available documentation, while the available records reflect the claimant is receiving treatment for the psychiatric condition of post-traumatic stress disorder, the records do not support the presence of symptoms associated with this condition that would be considered impairing during the time period in question.*

*Based on a comprehensive review of all available documentation, and taking into consideration the entire clinical picture including evidence based medicine and any medication or other treatment side effects, the available findings do not support the presence of symptoms associated with psychiatric conditions that would support a level of impairment that translates into restrictions and limitations for the time frame from - present to - ongoing. The documentation reflects the claimant has received outpatient medication management and therapy services for the primary diagnostic condition of post-traumatic stress disorder, as well as other psychiatric diagnoses that include generalized anxiety disorder and cocaine use disorder. However, during the time period in question, the available documentation does not demonstrate in the form of direct behavioral observations nor through examination findings or mental status impressions, symptoms associated with these conditions that would be considered functionally impairing. Dr. Pareek on 01/28/2022 notes the claimant reports having anxiety and restless leg syndrome. On 02/25/2022, the claimant reports experiencing poor sleep, restless leg, bronchitis and notes she has been sober for three weeks. Dr. Pareek's notes did not identify direct behavioral observations of impairing psychiatric symptoms. Furthermore, examination findings and mental status impressions were unremarkable and within normal limits. I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided. There was no objective medical evidence of any clinical findings that were of a severity that would support disability due to a mental health condition during the time period in question. Based on a review of all of the available data, the information does not support psychiatric disability.*

Dr. Erdos spoke to Dr. Yogesh Pareek on March 22, 2022, who indicated that you have diagnoses of major depressive disorder and post-traumatic stress disorder, as well as substance use history (coaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. However, no other clinical data was provided.

A medical peer review addendum was requested with Dr. Paul Stander. On May 1, 2022, Dr. Stander stated the following, in part:

*There are limited new records provided to me since my previous report of 12/25/2021 which consist of documentation of visits in February 2022 that the claimant had with her treating medical and behavioral health providers. At one of her visits with a medical provider, the claimant reported having pain in her feet and legs and reports of her toes turning purple on occasion leading to difficulty ambulating and the need for a walker. The claimant was not fully cooperative with her provider in providing information and*

*responding to questions, and there were no significant abnormal findings to substantiate the presence of peripheral vascular disease that might account for her reports of color changes in her feet and toes, and her treating provider did not feel that the claimant needed or would benefit from a walker. The documentation at the other medical visit in February 2022 indicates that the claimant was reporting ongoing symptoms of constipation for which she had previously gone to the Emergency Department where she reportedly underwent an extensive evaluation including an abdominal CT scan, that also failed to demonstrate significant abnormal findings to account for her symptoms. Her constipation was attributed to side effects from the use of opioid pain medication that the claimant had been prescribed for a recent dental procedure. There is no information in these new records that provides evidence that the claimant's asthma is poorly controlled at this time that would cause significant respiratory problems, or that she has significant complications or end-organ damage from her diabetes and/or other chronic medical conditions that would limit her usual life and work activities. Furthermore, there is some documentation in the records that the claimant may have discontinued tobacco use which, if valid, would no doubt improve her asthma and respiratory symptoms, and improve her overall physical conditioning and functional capacity. In summary, based on the documentation in the records provided to me and taking into account the entire clinical picture, there is insufficient evidence to conclude that significant impairment warranting restrictions or limitations on the claimant's usual life and work activities is supported from the present time and going forward. Possible impairment related to any of the claimant's psychiatric conditions has been, and should continue to be, evaluated and determined by a reviewer other than myself.*

*Based on the documentation in the records provided to me and taking into account the entire clinical picture, the claimant has some modest ongoing impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing strenuous physical exertion due to her Asthma, continued tobacco use, Morbid Obesity and possibly her psychiatric and substance abuse issues which interfere with her adherence to recommended treatments. She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and, in view of her morbid obesity, diabetes, hypertension and continued smoking, there is potential for her to develop other complications or end organ damage that could further diminish her functional capacity. Adherence to her diet and medication regimen to control her weight (or ideally to lose weight to get from her current BMI of 39 to approach the normal range of 25), blood pressure, blood sugar and cholesterol will be important in helping to decrease the chances and/or postpone the development of further complications or organ damage in the future. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.*

Your claim was previously reviewed by a vocational consultant, who completed an Occupational Analysis in order to identify the material and substantial duties of your occupation as it is normally performed in the national economy. The analysis showed that your job title of Customer Relations Coordinator compares most closely to that of a Customer Service Representative in the national economy, which is a sedentary physical demand.

Please refer to our May 5, 2022 letter for further details of the above reports and claim determination.

Upon receipt of your appeal, a letter dated July 30, 2022 was emailed to you acknowledging your appeal, and we asked you to contact us if you had more information for the appeal. We also attempted to contact you on August 2, 2022, however, the call went straight to voice mail. Since the voice mail was full, we could not leave a message. Thus, your appeal was referred for a medical review based on what was in your file.

We did receive a phone call from you on August 15, 2022, at which time we informed you that we did try to contact you, and we were waiting for the medical review reports. You were able to notify us that your phone number had changed. We informed you that your file had been sent for medical review, and we discussed the types of medical records and documentation to provide in support of you disability. You stated that you are very sick and had been in and out of the hospital many times, and you now had bronchitis. We informed you at that time, that you could provide any other medical information for your appeal, and we discussed that you could submit records such as office or progress notes, diagnostic test results, therapy notes, hospital admitting notes, hospital discharge summaries, etc. We also advised you that since your claim was closed, that you would need to provide any information you wished for us to review for your appeal.

During the review of your appeal, your claim was reviewed by Robert Swotinsky MD and Scott Lurie MD, who are physicians Board Certified in Occupational Medicine and Psychiatry, respectively.

Since benefits were paid through May 5, 2022, the focus of our review is from this date forward.

On August 16, 2022, Dr. Robert Swotinsky stated that you had no primary impairing diagnoses. Comorbid diagnoses included asthma, low back pain, and obesity.

Dr. Swotinsky further stated the following, in part:

> *The medical documentation does not demonstrate a medical (physical) basis for activity limitations or restrictions.*
>
> *The records describe events associated with pain, e.g., knee pain last Summer with an infection and abdominal pain in February 2022 with constipation. The records do not corroborate a medical diagnosis or pathology accounting for persistent pain and thus do not corroborate a medical (physical) basis for ongoing limitations/restrictions based on pain.*

> *The medical documentation indicates primary medical concerns of a history of asthma, low back pain, obesity, and hypertension. The medical documentation does not demonstrate medical (physical) pathology that accounts for activity limitations or restrictions, especially with respect to her previous job activities as a customer service representative.*
>
> *The claimant stopped work for mental/behavioral health reasons. She lost her job and remained off work for reasons other than medical (physical) injury or illness.*

Dr. Swotinsky left a message for Kerry Schey NP to discuss your conditions and treatment. However, since Ms. Schey was not available, thus a letter was faxed to her with questions. No response was received.

Scott Lurie MD indicated that your primary diagnoses include Depression NOS, Posttraumatic Stress Disorder, Cocaine use disorder, and Cannabis use disorder. There were multiple comorbid medical diagnoses. On August 16, 2022, Dr. Lurie stated the following, in part:

> *The available record does not document any psychiatric or behavioral health visits since 2-25-22 and so does not document any symptoms, exam findings, or treatment interventions to support any ongoing psychiatric impairment. Therefore it does not support any psychiatric restrictions or limitations beyond 5-5-22.*
>
> *The providers do not propose any restrictions or limitations from 5-5-22 or beyond.*

Dr. Lurie left messages for Dr. Yogesh Pareek on August 4 and 9, 2022, and a letter was sent to Dr. Pareek on August 16, 2022. In response, we received a note stating that you see Egbert Tan MD not Yogesh Pareek. No other information was provided.

To afford your claim every consideration, on August 17, 2022, we sent you a copy of the medical peer reviews completed by Drs. Robert Swotinsky and Scott Lurie, to review and provide any additional or missing information or comments you wished to have considered. We asked that any additional information you wished for us to consider be returned to us no later than September 7, 2022, at which time we would proceed with making a determination on your appeal.

In response, we received your phone call on August 17, 2022, stating that you have bronchitis and you discussed the closure of your claim. We discussed our August 17, 2022 letter that includes the medical reviews, and that we are allowing you until September 7, 2022, to provide any additional medical documentation prior to finalizing your appeal. You stated that you do have more medical information to provide, and we advised that you did have until September 7, 2022 to provide any additional information, and to contact us prior to that date if you need more time to submit any information. To date, we have received no further response from you or your physicians. Therefore, no further medical review was required.

Significant psychosocial and/or cognitive dysfunction was not found to be documented consistently throughout the medical examinations. There was insufficient documentation identifying significant ongoing difficulty with thinking or behavior (e.g. observed significant memory, concentration and attention problems, disorientation, profound psychomotor agitation) or more serious evidence of clinical decompensation (e.g., delusions, hallucinations, suicide attempts, homicidal ideations, emergency evaluations or admission to psychiatric facilities for more intensive care).

In addition, we have no medical records, hospital records, or any medical documentation from any provider beyond February 25, 2022, for review.

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation. We are not required to ensure the availability of this occupation or that you return to active employment with your former employer in the same or different position.

In our review of your claim, Lincoln National Life Insurance Company has fully considered the Social Security Administration's (SSA) ruling to approve Social Security Disability (SSD) benefits. We notified you on July 29, 2022, that you can provide your Social Security information which includes the Administrative Law Judge's Decision letter or file; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter. It should also be noted, however, that while we consider the SSA's ruling, a decision by the SSA does not determine entitlement to benefits under the terms and conditions of Charter Communications Inc's Long Term Disability Policy.

## Conclusion

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may have continued to experience some impairments and symptoms associated with your condition. However, the information contains insufficient psychological or physical examination findings, diagnostic test results or other forms of medical documentation supporting your impairments and symptoms remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering you unable to perform the duties of your occupation beyond May 5, 2022.

Having carefully considered all of the information submitted in support of your claim, our position remains that proof of your continued disability in accordance with the Policy provisions has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

## Policy Provisions

In order to receive benefits, you must satisfy the requirements of all Policy provisions that state, in part:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the*

*Material and Substantial Duties of Any Occupation*

***"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***"Material and Substantial Duties"**, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation***
*The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Charter Communications Inc's Long Term Disability Policy contains the below provision:

***Legal Proceedings***
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required

reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three year(s), which means that a lawsuit must be brought within three year(s) after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is May 5, 2025.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in Charter Communications Inc's Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosiníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazhó'ó bik'idí'deeshtį́įł nínízingo dóó bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'ègi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claim Resolution Specialist
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 21, 2024

Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Serena:

Your Disability Claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of August 1, 2023.

Based on our financial review of your claim we have determined there is no overpayment due back to Lincoln Life Assurance Company of Boston.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Dodge
Recalc & Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 69033
Secure Fax No.: (603) 334-0401

Subject: FW: Serena Hernandez Award Summary 10970673
From: Claims_SSVA <Claims_SSVA@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2024-03-19 09:08:45

---

From: Denise Sapp <denise.sapp@ibionline.com>
Sent: Tuesday, March 19, 2024 1:07:14 PM (UTC+00:00) Monrovia, Reykjavik
To: Claims_SSVA <Claims_SSVA@lfg.com>
Subject: Serena Hernandez Award Summary 10970673

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
<https://rs5.ibionline.com/rs/a04YKS_T>
Denise Sapp
Social Security Specialist
Integrated Benefits, Inc.

T: 1-800-535-6575, ext 267
E:denise.sapp@ibionline.com
<https://valleydesign.com/>PO Box 7200 Jefferson City Missouri 65102

THE COMMUNICATIONS IN THIS MESSAGE ARE PRIVILEGED AND CONFIDENTIAL AND ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE.

IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE CONTACT ME IMMEDIATELY.

NOTE: The Missouri Bar requires Missouri lawyers to notify all recipients of e-mail that: (1) e-mail is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive e-mail communications.

If you change your mind and want future communications to be sent differently, please advise.

# Lincoln Life NOA Cover sheet

---

**SYSTEMONE: Please e-mail this completed form with NOA attached to CLAIMS_SSVA@LFG.COM**
**DOCSNET: Please e-mail this completed form with NOA attached to SSVENDOR@LFG.COM**
**Date: 03/19/2024**

**NOA**

Claimant #: 10970673

Claimant Name: Serena Hernandez

EFT (Y/N): Y

Dependents (Y/N): N

Dependent Name & DOB:

Award Level: Reconsideration

Date of Entitlement: August 2023

Past Due Benefit Amount: $10,361.00

Past Due Benefits Time Period: August 2023 through February 2024

DOE for Medicare Part A:

DOE for Medical Part B:

**Payment History (in chronological order)**

Initial Entitlement Amount: $1,460.00

(COLA/CAE in order): COLA: $1,507.00

CAE: $

STAT/WC offset? If Benefit reduction – what is full benefit amt:

**Additional Comments:**

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: March 10, 2024
BNC#: 24MS796B02925-HA

*0325QHG5D0437* 0001056

SERENA L HERNANDEZ

You are entitled to monthly disability benefits beginning August 2023.

**The Date You Became Disabled**

We found that you became disabled under our rules on February 11, 2023.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2023.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $10,361.00 around March 11, 2024.
- This is the money you are due for August 2023 through February 2024.
- Your next payment of $1,507.00, which is for March 2024, will be received on or about the third of April 2024.
- After that you will receive $1,507.00 on or about the third of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2023 | $1,460.40 | Entitlement began |
| December | 2023 | $1,507.10 | Cost-of-living adjustment |

## Information About Representatives Fees

We generally must approve any fee your representative wants to charge for helping with your Social Security claim. The representative should send us a fee request when he or she has finished all work on the claim. If the representative will not charge a fee, he or she must tell us by sending a signed and dated statement.

However, the representative has asked us to send all past due benefits to you.

Any request for fee approval should be sent to:

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

*0303SQHC5004337* 0001056

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to THEODORE ANGENENDT NORWOOD III.

**Do You Disagree With The Decision?**

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at online. You can also contact us to request the form or if you need help filling it out.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-888-862-4811.

SOCIAL SECURITY
1561 DOUSMAN ST.
GREEN BAY WI 54303

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Notice of Disapproved Claim**

Date: 06/06/2023
Claim Number: 5120956

SERENA LYNN HERNANDEZ

We are writing about your claim for Social Security disability benefits. Based on a review of your medical conditions, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Explanation.

**About The Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. A person who did not make the first decision will decide the case. We will review the case and look at any new facts you have. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You can go to our website at https://www.ssa.gov/forms to locate this form. Or, you can submit your appeal request online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling out the form.
- In addition, you should complete form SSA-3441 "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. You can also contact us to request this form or if you need help filling out the form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (888) 862-4811.

GREEN BAY WI
SOCIAL SECURITY
1561 DOUSMAN ST.
GREEN BAY WI 54303 - 3207

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

CC: Theodore A. Norwood, III; INTEGRATED BENEFITS INC

Enclosure(s):
Social Security Disability Rules
Explanation

## Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your medical conditions must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

### Information About Substantial Gainful Activity

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2023, we will find that your work is substantial gainful activity if your gross earnings average over $1,470 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,460. This amount changes each year.

Your work may be different from before your medical conditions began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

## Explanation

We used the following medical and non-medical reports to decide your claim:
ONEIDA BEHAVIORAL HEALTH SVCS received on 04/28/2023
BAYCARE HEALTH SYSTEMS received on 04/21/2023
HSHS ST MARYS HOSPITAL MEDICAL CTR received on 04/19/2023
ONEIDA COMMUNITY HEALTH CTR received on 04/13/2023
THEDACARE received on 04/05/2023
Information from you received on 09/12/2022
Information from you received on 08/09/2022

You said you were unable to work as of 08/15/2020 because of post-traumatic stress disorder, bipolar disorder, and long haul COVID.

Under the law, the applicant is responsible for furnishing evidence to support the claim. Although you have been requested to furnish additional evidence, you have not done so. Therefore, a determination has been made based on the evidence in file. This evidence does not show that you are disabled.

INTEGRATED BENEFITS, INC.

6-22-2023

Re: Serena Hernandez
Lincoln Financial Group Claim Number: 10970673

Good Afternoon:

Attached is the Initial claim denial received today. After correspondence with Ms. Hernandez, a request for Reconsideration has been filed on their behalf. We will work with Social Security on the development of the claim and notify Lincoln Financial Group when a decision is made.

Thank you for allowing IBI to assist with the claim for Ms. Hernandez.

If you have any questions, please call IBI at (800) 535-6575.

Stephanie Howard
Claim Associate
Integrated Benefits, Inc.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, August 17, 2022 4:13:12 PM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | dvkbxomfqnivdjbimcdj_13375111.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 17, 2022

MS SERENA L HERNANDEZ

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Hernandez:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Charter Communications Inc s Group Disability Policy. We are writing regarding your claim appeal for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the medical peer review reports completed by Board Certified Physicians, which is new evidence in connection with your appeal. You may review the medical reports, and provide any additional medical information or a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or September 7, 2022, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by September 7, 2022, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications. Any additional information may be expedited via fax 603-422-7909 or email disabilitydocuments@lfg.com.

If you have any questions regarding this correspondence, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claim Resolution Specialist
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 422-7909

Attachments: 10970673-MEDICAL-CP/PEER REVIEW-08.16.2022
10970673-MEDICAL-CP/PEER REVIEW-08.16.2022
10970673-MEDICAL-CORRESPONDENCE-08.16.2022

## Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Charter Communications, Inc. | Serena Hernandez | | 10970673 |
| **Report Date:** | 08/16/2022 | | |
| **Referred By:** | Keri Younker | **Claimant DOB:** | |
| **Referral Date:** | 08/02/2022 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 08/16/2022 | **Medical/ Surgical Condition:** | POST COVID-19 with pneumonia, diabetes, hypertension, sleep apnea, seizures, knee osteoarthritis, behavioral health conditions |
| **Referral Type:** | Appeal Referral | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*
A1. None.

*Q2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Asthma | J45 |
| 2. | Low back pain | M54.5 |
| 3. | Obesity | E66 |

*Q3. Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 05/05/2022 and beyond.*
*A3.* The medical documentation does not demonstrate a medical (physical) basis for activity limitations or restrictions.

*a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.*
N/A

*b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.*
The medical documentation does not demonstrate a medical (physical) basis for activity limitations or restrictions.

*c. Please provide hours per day and/or week the claimant can function in a work setting? Please be as specific as possible.*
The medical documentation does not demonstrate a medical/physical basis for working only a certain number of hours per day or days per week.

*d. Discuss the claimant's pain complaints and provide any restrictions or limitations based on the pain.*
The records describe events associated with pain, e.g., knee pain last Summer with an infection and abdominal pain in February 2022 with constipation. The records do not corroborate a medical diagnosis or pathology accounting for persistent pain and thus do not corroborate a medical (physical) basis for ongoing limitations/restrictions based on pain.

*e. Does the claimant have reliable and sustainable capacity?*
The medical documentation does not demonstrate a medical/physical basis for activity limitations or restrictions.

*f. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.*
The medical documentation indicates primary medical concerns of a history of asthma, low back pain, obesity, and hypertension. The medical documentation does not demonstrate medical (physical) pathology that accounts for activity limitations or restrictions, especially with respect to her previous job activities as a customer service representative.

*g. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.*
The records that I reviewed do not address restrictions or limitations placed upon the claimant's physical activities by the attending provider(s).

*h. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts-child or elder care issues, or legal issues)?*
The claimant stopped work for mental/behavioral health reasons. She lost her job and remained off work for reasons other than medical (physical) injury or illness.

*Q4. Based on this claimant's medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate on the effects along with your clinical rationale.*

A4. No. The records do not mention medication side effects or changes to medications to mitigate side effects.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

A. By diagnosis/condition

1. Asthma

Pulmonary function measurements were not submitted to demonstrate the presence and severity of pulmonary dysfunction. I asked pulmonary Kerri Schey NP for this information and got no response.

2. Low back pain

The records lack abnormal clinical findings to demonstrate the presence and severity of a lower back injury or illness.

B. Combined/summarized impairment

The claimant stopped work for mental/behavioral reasons. She lost her job and remained off work for mental health/behavioral health reasons. The claimant's records include 39 entries on the "problem list" as of 02/25/22. They also include 34 medications listed as of 02/25/22. (On 10/01/21, PCP David Danby MD questioned the accuracy of the medication list.)

The medical documentation indicates primary medical concerns of a history of asthma, low back pain, obesity, and hypertension. The medical documentation does not demonstrate medical/physical pathology that accounts for activity limitations or restrictions, especially with respect to her previous job activities as a customer service representative.

Summary of the Records

The claimant is 54 years old. She used to work in customer services, in a job with sedentary physical demands. She has been off work since an August 2020 suicide attempt and hospitalization and additional psychiatric hospitalization(s) in the following months. The records also reference longstanding use of cocaine, marijuana, and alcohol.

I am not a psychiatrist. My review instead addresses medical/physical injuries and illnesses.

The non-psychiatric records that were submitted to support this claim end with two notes from early February 2022:

- 02/01/22. Michele Kreft, NP. This visit did not go well: The claimant was demanding, nonresponsive to Ms. Kreft's questions, and "frequently verbally

interruptive…pt became argumentative when I said I did not think she needed a walker, so the appointment was ended. Patient should follow up as needed."

- 02/04/22. Lori Thiry, NP. The claimant reports constipation. She should avoid narcotic use and try taking magnesium citrate and/or other laxatives. Follow-up as needed.

A. Medical conditions

1. Asthma

» June 2014. Pulmonary function tests (PFTs). "Mild obstructive, positive reversibility," according to August 2020 office notes by family medicine David Danby, MD.

» 04/23/21. Kerri Schey, NP. Pulmonary. Order for PFTs.

» 10/22/21. Kerri Schey, NP. Pulmonary. Follow-up visit for asthma. Normal oxygen saturation, normal physical exam findings. Asthma inhalers re-prescribed to use as needed.

2. Low back pain

» 10/25/19, 11/20/20, 05/21/21. William Vandorp, MD. Physical medicine and rehabilitation. Right SI joint injections.

» 10/20/20. Dr. Vandorp. The claimant had electrodiagnostic tests of the lower extremities by Dr. Kanneganti that showed no evidence of a large fiber peripheral polyneuropathy.

» 06/07/21. Dr. Vandorp. The claimant reports right buttock pain, e.g., with prolonged sitting, that is consistent with right SI joint dysfunction. She has "diffuse dysesthesias in her distal lower extremities of unclear etiology."

After 06/07/21, the file lacks records of evaluation/treatment of low back pain.

3. Obesity

The claimant's BMI was 43 on 08/03/20, and on 02/01/22.

4. Essential (primary) hypertension

This preceded the claimant stopping work. The claimant has been prescribed blood pressure medicine. Blood pressure readings in the file range from normal to slightly high.

B. Work fitness opinions and related information

1. 12/09/20. Susan Exworthy, MSW. The claimant states "I was fired from job."

2. 04/09/21. Claimant. I cannot work because of pain radiating from my buttocks to my right leg, and I am bipolar.

3. 05/21/21. Candice Crabb, NP. The claimant hurt her right knee while helping her mother downstairs in a wheelchair.

4. 05/13/21. Elejna Dlugach, MD. Psychiatry/NMR. Record review. Unsuccessful attempt to speak with the attending psychiatrist. Dr. Dlugach's review found psychiatric support for the inability to work.

5. 12/25/21. Paul Stander, MD. Internal medicine. Record review at the insurer's request. The claimant has limited ability to perform strenuous physical exertion due to asthma, smoking, obesity, and possibly her psychiatric and substance abuse issues. Able to stand and walk up to 100 yards occasionally, up to 1-1½ hrs per 8-hour workday. No restrictions/limitations in the use of her upper extremities. No crouching, stooping, kneeling, crawling, or climbing.

6. 03/28/22. Brandon Erdos, MD. Psychiatry/NMR. Record review. Discussion with attending psychiatrist Dr. Pareek. The available information does not support current psychiatric impairment.

7. 05/01/22. Dr. Stander. Record review at the insurer's request. Similar report as 12/25/21.

8. 07/25/22. Claimant. Email to the insurer appealing the May 2022 decision to terminate disability benefits.

9. 07/30/22. Insurer. Letter to the claimant acknowledging her request for appeal, and inviting her to submit additional medical evidence.

Peer-to-Peer Outreach

Kerri Schey NP. Pulmonary.

Contact attempt #1. 1 p.m. EST 08/11/22 t/c to 920-288-8100 x0. Brianna said Ms. Schey was with a patient and off-site. I l/m for c/b from Ms. Schey.

Contact attempt #2. 1:30 p.m. EST 08/11/22 fax to Ms. Schey at 920-288-8145 with the claimant's signed release form and a cover page asking for a response within five days to these questions:

*Q1. Have you seen the claimant since 10/22/21? If yes, what on what date?*

*Q2. Do you have a pulmonary function test report or methacholine challenge test report from the claimant? If yes, please fax the report(s) to the insurer.*

As of 08/16/22, no response.

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is 02/25/22.*

---

*Electronically Signed:*

Robert Swotinsky MD
Bd Cert, Occupational Medicine

8-16-22
Claim 10970673
Serena Hernandez
DOB:

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | SERENA HERNANDEZ | 10970673 |

| | | | |
|---|---|---|---|
| **Report Date:** | 8-16-22 | | |
| **Referred By:** | Keri Younker | **Claimant DOB:** | |
| **Referral Date:** | 08/02/2022 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 08/16/2022 | **Medical/ Surgical Condition:** | POST COVID-19 with pneumonia, bipolar, depression, anxiety, PTSD, substance abuse; diabetes, hypertension, sleep apnea, seizures |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

- **Depression NOS F33.9**
- **Posttraumatic stress disorder F43.1**
- **Cocaine use disorder**
- **Cannabis use disorder**

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

- **Multiple comorbid medical diagnoses.**

8-16-22
Claim 10970673
Serena Hernandez
DOB:

3. Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 05/05/2022 and beyond. a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply. b. Please provide the maximal functional capacities the claimant retains and can safely perform at with specific from and to dates. c. Please provide hours per day and/or week the claimant can function in a work setting? Please be as specific as possible. d. Does the claimant have reliable and sustainable capacity? e. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

- **The available record does not document any psychiatric or behavioral health visits since 2-25-22 and so does not document any symptoms, exam findings, or treatment interventions to support any ongoing psychiatric impairment. Therefore it does not support any psychiatric restrictions or limitations beyond 5-5-22.**

4. Are the restrictions or limitations placed upon the claimant's functional activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.

- **The providers do not propose any restrictions or limitations from 5-5-22 or beyond.**

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts-child or elder care issues, or legal issues)?

- **None are identified.**

6. Based on this claimant's medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate the effects along with your clinical rationale.

- **The available record does not document any impairment due to side effects of medication.**

7. If AP contact may clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Oneida Behavioral Health Yogesh Pareek MD 920-490-3790, 920-490-3883**

Date of call: 8-4-22 5:20 pm

8-16-22
Claim 10970673
Serena Hernandez
DOB:
Date of Call 8-9-22 2:50 pm

Date letter sent 8-16-22. Excerpt follows.

*Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. I tried to reach you and left messages on 8-4 and 8-9-22 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations beginning 5-5-22.*

*The records available to me support diagnoses of depression not otherwise specified, posttraumatic stress disorder, cocaine use disorder, and cannabis use disorder. The records available do not include any notes after 2-25-22, and therefore do not support any psychiatric impairment requiring restrictions or limitations on function beyond 5-5-22.*

**Kerri Schey APNP (pulm) 920-288-8100, 920-288-8145**

As I am reviewing this claim psychiatrically, I did not call this provider.

Please note this claim is being reviewed by the following specialties: Occ Med and Psychiatry.

***Analysis of Medical Documentation and Support for Responses to Referral Questions:***

The claimant is a 54-year-old customer service representative with multiple medical diagnoses and psychiatric diagnoses of posttraumatic stress disorder (PTSD) and major depression as well as a history of substance abuse (Cocaine and Cannabis). She stopped work on 8-16-20 with reports of increased symptoms related to PTSD. She has been followed psychiatrically by Yogesh Pareek at Oneida Behavioral Health. She reports a history of suicide attempt by overdose and a previous psychiatric hospitalization in 2020.

The record also documents a history of childhood abuse, nightmares, intense and unstable interpersonal relationships, and parasuicidal behavior-she reports burning herself to manage painful affect. The record documents some auditory hallucinations, but these appear to be stress related and not sustained as one would see in someone with schizophrenia.

These symptoms and the exam findings support the diagnoses of depression NOS and PTSD, although it should be noted that the record does not document symptoms meeting the full criteria for PTSD.

These symptoms also indicate that borderline personality disorder should be in the differential diagnosis, but the record does not document findings to meet the full criteria.

8-16-22
Claim 10970673
Serena Hernandez
DOB:

The available record includes a 9-8-20 visit with Dr. Pareek at which the Effexor and Ativan were discontinued and she started on Cymbalta 90 mg, Prazosin 2 mg, and Topamax 25 mg. Dr. Pareek also recommended that she seek treatment to stop using cocaine, which she reported using every other day. The record does not document any such treatment.

On 12-22-20 the claimant continues to report depression with chronic suicidal ideation without plan and continued to use cocaine. Dr. Pareek pointed out that ongoing cocaine use would interfere with the antidepressants, and she should stop. He added Abilify 10 mg.

On 2-16-21 she reported that she stopped cocaine two weeks previously and that her mood is improving. On 4-9-21 she reported that she was five days sober from cocaine and on 2-25-22 she reports being sober for three weeks.

The claimant was seen on 1-28-22 and 2-25-22. There are no subsequent notes form Dr. Pareek or any other psychiatrist.

The claimant saw Susan Exworthy LCSW for therapy on 11-24, 12-09, and 12-14 of 202o. These notes document that the claimant was anxious, depressed, talkative, and reported that felt like she could become suicidal and requested voluntary psychiatric admission.

The record also contains some therapy notes from Mary Beth King LCSW, CSAC. On 9-1-20 and 5-11 through 6-1-21 the exam findings notable for irritable, agitated mood, talkative and no suicidal ideation.

On 2-1-22 she is agitated and irritable at first, but this improved as the session went on. On 2-10-22 she reports doing better and has not used. Complains of fatigue due to restless legs affecting her sleep. In this video visit she is in bed in pajamas and falls asleep toward the end of the session. She is dysthymic/dysphoric and denies suicidal ideation. She expresses willingness to go to another inpatient treatment and has contacted one.

The record does not document any psychiatric contact since 2-25-22.

***All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is 2-25-22.***

**Electronically Signed:**

Scott Lurie MD
Board Certified in Psychiatry
Consulting Physician

Scott Lurie M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9898
841-1415

8-16-22
Yogesh Pareek MD
Fax 920-490-3883

Re: Disability Benefits
Claimant Name: Serena Hernandez
Claimant DOB:
Claim Number: 10970673

Dear Dr. Pareek,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. I tried to reach you and left messages on 8-4 and 8-9-22 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations beginning 5-5-22.

The records available to me support diagnoses of depression not otherwise specified, posttraumatic stress disorder, cocaine use disorder, and cannabis use disorder. The records available do not include any notes after 2-25-22, and therefore do not support any psychiatric impairment requiring restrictions or limitations on function beyond 5-5-22.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Scott Lurie M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/ comments as noted above

______________________ _______
Yogesh Pareek MD Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO:** Lincoln Financial Group **ATTN:**

**FAX#:** 866.841.1415 **DATE:** 8/17/22

**SENDER:** **#OF PAGES:** 3
**(INLCUDING COVER SHEET)**

**SUBJECT:**
S.H. -
DOB:

**COMMENTS:** This patient seen by Egbert Tan MD, not Yogesh Pareek.

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and send to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln
Financial Group®

**To:** Yogesh Pareek MD
Company:
Fax: 9204903883
Phone:

**From:**
Fax:
Phone:

## NOTES:

Letter concerning one of your patients.

Thank you for your time.

Scott Lurie MD

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, August 16, 2022 2:54:40 PM
**Number of pages including this cover sheet:** 02

Scott Lurie M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

8-16-22
Yogesh Pareek MD
Fax 920-490-3883

Re: Disability Benefits 841-1415
Claimant Name: Serena Hernandez
Claimant DOB:
Claim Number: 10970673

Dear Dr. Pareek,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. I tried to reach you and left messages on 8-4 and 8-9-22 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations beginning 5-5-22.

The records available to me support diagnoses of depression not otherwise specified, posttraumatic stress disorder, cocaine use disorder, and cannabis use disorder. The records available do not include any notes after 2-25-22, and therefore do not support any psychiatric impairment requiring restrictions or limitations on function beyond 5-5-22.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Scott Lurie M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

____________________ ______

Yogesh Pareek MD Date

# Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Charter Communications, Inc. | Serena Hernandez | | 10970673 |
| **Report Date:** | 08/16/2022 | | |
| **Referred By:** | Keri Younker | **Claimant DOB:** | |
| **Referral Date:** | 08/02/2022 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 08/16/2022 | **Medical/ Surgical Condition:** | POST COVID-19 with pneumonia, diabetes, hypertension, sleep apnea, seizures, knee osteoarthritis, behavioral health conditions |
| **Referral Type:** | Appeal Referral | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

## Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*
A1. None.

*Q2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Asthma | J45 |
| 2. | Low back pain | M54.5 |
| 3. | Obesity | E66 |

*Q3. Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 05/05/2022 and beyond.*
*A3.* The medical documentation does not demonstrate a medical (physical) basis for activity limitations or restrictions.

*a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.*
N/A

*b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.*
The medical documentation does not demonstrate a medical (physical) basis for activity limitations or restrictions.

*c. Please provide hours per day and/or week the claimant can function in a work setting? Please be as specific as possible.*
The medical documentation does not demonstrate a medical/physical basis for working only a certain number of hours per day or days per week.

*d. Discuss the claimant's pain complaints and provide any restrictions or limitations based on the pain.*
The records describe events associated with pain, e.g., knee pain last Summer with an infection and abdominal pain in February 2022 with constipation. The records do not corroborate a medical diagnosis or pathology accounting for persistent pain and thus do not corroborate a medical (physical) basis for ongoing limitations/restrictions based on pain.

*e. Does the claimant have reliable and sustainable capacity?*
The medical documentation does not demonstrate a medical/physical basis for activity limitations or restrictions.

*f. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.*
The medical documentation indicates primary medical concerns of a history of asthma, low back pain, obesity, and hypertension. The medical documentation does not demonstrate medical (physical) pathology that accounts for activity limitations or restrictions, especially with respect to her previous job activities as a customer service representative.

*g. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.*
The records that I reviewed do not address restrictions or limitations placed upon the claimant's physical activities by the attending provider(s).

*h. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts-child or elder care issues, or legal issues*)?
The claimant stopped work for mental/behavioral health reasons. She lost her job and remained off work for reasons other than medical (physical) injury or illness.

*Q4. Based on this claimant's medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate on the effects along with your clinical rationale.*

A4. No. The records do not mention medication side effects or changes to medications to mitigate side effects.

## Analysis of Medical Documentation and Support for Responses to Referral Questions:

A. By diagnosis/condition

1. Asthma

Pulmonary function measurements were not submitted to demonstrate the presence and severity of pulmonary dysfunction. I asked pulmonary Kerri Schey NP for this information and got no response.

2. Low back pain

The records lack abnormal clinical findings to demonstrate the presence and severity of a lower back injury or illness.

B. Combined/summarized impairment

The claimant stopped work for mental/behavioral reasons. She lost her job and remained off work for mental health/behavioral health reasons. The claimant's records include 39 entries on the "problem list" as of 02/25/22. They also include 34 medications listed as of 02/25/22. (On 10/01/21, PCP David Danby MD questioned the accuracy of the medication list.)

The medical documentation indicates primary medical concerns of a history of asthma, low back pain, obesity, and hypertension. The medical documentation does not demonstrate medical/physical pathology that accounts for activity limitations or restrictions, especially with respect to her previous job activities as a customer service representative.

## Summary of the Records

The claimant is 54 years old. She used to work in customer services, in a job with sedentary physical demands. She has been off work since an August 2020 suicide attempt and hospitalization and additional psychiatric hospitalization(s) in the following months. The records also reference longstanding use of cocaine, marijuana, and alcohol.

I am not a psychiatrist. My review instead addresses medical/physical injuries and illnesses.

The non-psychiatric records that were submitted to support this claim end with two notes from early February 2022:

- 02/01/22. Michele Kreft, NP. This visit did not go well: The claimant was demanding, nonresponsive to Ms. Kreft's questions, and "frequently verbally

interruptive… pt became argumentative when I said I did not think she needed a walker, so the appointment was ended. Patient should follow up as needed."

- 02/04/22. Lori Thiry, NP. The claimant reports constipation. She should avoid narcotic use and try taking magnesium citrate and/or other laxatives. Follow-up as needed.

A. Medical conditions

1. Asthma

» June 2014. Pulmonary function tests (PFTs). "Mild obstructive, positive reversibility," according to August 2020 office notes by family medicine David Danby, MD.

» 04/23/21. Kerri Schey, NP. Pulmonary. Order for PFTs.

» 10/22/21. Kerri Schey, NP. Pulmonary. Follow-up visit for asthma. Normal oxygen saturation, normal physical exam findings. Asthma inhalers re-prescribed to use as needed.

2. Low back pain

» 10/25/19, 11/20/20, 05/21/21. William Vandorp, MD. Physical medicine and rehabilitation. Right SI joint injections.

» 10/20/20. Dr. Vandorp. The claimant had electrodiagnostic tests of the lower extremities by Dr. Kanneganti that showed no evidence of a large fiber peripheral polyneuropathy.

» 06/07/21. Dr. Vandorp. The claimant reports right buttock pain, e.g., with prolonged sitting, that is consistent with right SI joint dysfunction. She has "diffuse dysesthesias in her distal lower extremities of unclear etiology."

After 06/07/21, the file lacks records of evaluation/treatment of low back pain.

3. Obesity

The claimant's BMI was 43 on 08/03/20, and on 02/01/22.

4. Essential (primary) hypertension

This preceded the claimant stopping work. The claimant has been prescribed blood pressure medicine. Blood pressure readings in the file range from normal to slightly high.

B. Work fitness opinions and related information

1. 12/09/20. Susan Exworthy, MSW. The claimant states “I was fired from job.”

2. 04/09/21. Claimant. I cannot work because of pain radiating from my buttocks to my right leg, and I am bipolar.

3. 05/21/21. Candice Crabb, NP. The claimant hurt her right knee while helping her mother downstairs in a wheelchair.

4. 05/13/21. Elejna Dlugach, MD. Psychiatry/NMR. Record review. Unsuccessful attempt to speak with the attending psychiatrist. Dr. Dlugach's review found psychiatric support for the inability to work.

5. 12/25/21. Paul Stander, MD. Internal medicine. Record review at the insurer’s request. The claimant has limited ability to perform strenuous physical exertion due to asthma, smoking, obesity, and possibly her psychiatric and substance abuse issues. Able to stand and walk up to 100 yards occasionally, up to 1-1½ hrs per 8-hour workday. No restrictions/limitations in the use of her upper extremities. No crouching, stooping, kneeling, crawling, or climbing.

6. 03/28/22. Brandon Erdos, MD. Psychiatry/NMR. Record review. Discussion with attending psychiatrist Dr. Pareek. The available information does not support current psychiatric impairment.

7. 05/01/22. Dr. Stander. Record review at the insurer’s request. Similar report as 12/25/21.

8. 07/25/22. Claimant. Email to the insurer appealing the May 2022 decision to terminate disability benefits.

9. 07/30/22. Insurer. Letter to the claimant acknowledging her request for appeal, and inviting her to submit additional medical evidence.

## Peer-to-Peer Outreach

Kerri Schey NP. Pulmonary.

<u>Contact attempt #1</u>. 1 p.m. EST 08/11/22 t/c to 920-288-8100 x0. Brianna said Ms. Schey was with a patient and off-site. I l/m for c/b from Ms. Schey.

<u>Contact attempt #2</u>. 1:30 p.m. EST 08/11/22 fax to Ms. Schey at 920-288-8145 with the claimant's signed release form and a cover page asking for a response within five days to these questions:

*Q1. Have you seen the claimant since 10/22/21? If yes, what on what date?*

*Q2. Do you have a pulmonary function test report or methacholine challenge test report from the claimant? If yes, please fax the report(s) to the insurer.*

As of 08/16/22, no response.

________________

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is 02/25/22.*

________________

*Electronically Signed:*

Robert Swotinsky MD
Bd Cert, Occupational Medicine

8-16-22
Claim 10970673
Serena Hernandez
DOB:

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | SERENA HERNANDEZ | 10970673 |

| | | | |
|---|---|---|---|
| **Report Date:** | 8-16-22 | | |
| **Referred By:** | Keri Younker | **Claimant DOB:** | |
| **Referral Date:** | 08/02/2022 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 08/16/2022 | **Medical/ Surgical Condition:** | POST COVID-19 with pneumonia, bipolar, depression, anxiety, PTSD, substance abuse; diabetes, hypertension, sleep apnea, seizures |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

- **Depression NOS F33.9**
- **Posttraumatic stress disorder F43.1**
- **Cocaine use disorder**
- **Cannabis use disorder**

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

- **Multiple comorbid medical diagnoses.**

8-16-22
Claim 10970673
Serena Hernandez
DOB:

3. Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and any treatment side effects, please provide a review of the medical findings. Please state your findings upon review of the medical information and describe how any supported level of impairment translates into restrictions and limitations from 05/05/2022 and beyond. a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply. b. Please provide the maximal functional capacities the claimant retains and can safely perform at with specific from and to dates. c. Please provide hours per day and/or week the claimant can function in a work setting? Please be as specific as possible. d. Does the claimant have reliable and sustainable capacity? e. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

- **The available record does not document any psychiatric or behavioral health visits since 2-25-22 and so does not document any symptoms, exam findings, or treatment interventions to support any ongoing psychiatric impairment. Therefore it does not support any psychiatric restrictions or limitations beyond 5-5-22.**

4. Are the restrictions or limitations placed upon the claimant's functional activities by the attending physician(s) reasonable and consistent with the medical findings? If your findings are different, please explain.

- **The providers do not propose any restrictions or limitations from 5-5-22 or beyond.**

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts-child or elder care issues, or legal issues)?

- **None are identified.**

6. Based on this claimant’s medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate the effects along with your clinical rationale.

- **The available record does not document any impairment due to side effects of medication.**

7. If AP contact may clarify any significant area such as diagnosis, R&L treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Oneida Behavioral Health Yogesh Pareek MD 920-490-3790, 920-490-3883**

Date of call: 8-4-22 5:20 pm

8-16-22
Claim 10970673
Serena Hernandez
DOB:
Date of Call 8-9-22 2:50 pm

Date letter sent 8-16-22. Excerpt follows.

*Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. I tried to reach you and left messages on 8-4 and 8-9-22 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations beginning 5-5-22.*

*The records available to me support diagnoses of depression not otherwise specified, posttraumatic stress disorder, cocaine use disorder, and cannabis use disorder. The records available do not include any notes after 2-25-22, and therefore do not support any psychiatric impairment requiring restrictions or limitations on function beyond 5-5-22.*

**Kerri Schey APNP (pulm) 920-288-8100, 920-288-8145**

As I am reviewing this claim psychiatrically, I did not call this provider.

Please note this claim is being reviewed by the following specialties: Occ Med and Psychiatry.

***Analysis of Medical Documentation and Support for Responses to Referral Questions:***

The claimant is a 54-year-old customer service representative with multiple medical diagnoses and psychiatric diagnoses of posttraumatic stress disorder (PTSD) and major depression as well as a history of substance abuse (Cocaine and Cannabis). She stopped work on 8-16-20 with reports of increased symptoms related to PTSD. She has been followed psychiatrically by Yogesh Pareek at Oneida Behavioral Health. She reports a history of suicide attempt by overdose and a previous psychiatric hospitalization in 2020.

The record also documents a history of childhood abuse, nightmares, intense and unstable interpersonal relationships, and parasuicidal behavior-she reports burning herself to manage painful affect. The record documents some auditory hallucinations, but these appear to be stress related and not sustained as one would see in someone with schizophrenia.

These symptoms and the exam findings support the diagnoses of depression NOS and PTSD, although it should be noted that the record does not document symptoms meeting the full criteria for PTSD.

These symptoms also indicate that borderline personality disorder should be in the differential diagnosis, but the record does not document findings to meet the full criteria.

8-16-22
Claim 10970673
Serena Hernandez
DOB:

The available record includes a 9-8-20 visit with Dr. Pareek at which the Effexor and Ativan were discontinued and she started on Cymbalta 90 mg, Prazosin 2 mg, and Topamax 25 mg. Dr. Pareek also recommended that she seek treatment to stop using cocaine, which she reported using every other day. The record does not document any such treatment.

On 12-22-20 the claimant continues to report depression with chronic suicidal ideation without plan and continued to use cocaine. Dr. Pareek pointed out that ongoing cocaine use would interfere with the antidepressants, and she should stop. He added Abilify 10 mg.

On 2-16-21 she reported that she stopped cocaine two weeks previously and that her mood is improving. On 4-9-21 she reported that she was five days sober from cocaine and on 2-25-22 she reports being sober for three weeks.

The claimant was seen on 1-28-22 and 2-25-22. There are no subsequent notes form Dr. Pareek or any other psychiatrist.

The claimant saw Susan Exworthy LCSW for therapy on 11-24, 12-09, and 12-14 of 202o. These notes document that the claimant was anxious, depressed, talkative, and reported that felt like she could become suicidal and requested voluntary psychiatric admission.

The record also contains some therapy notes from Mary Beth King LCSW, CSAC. On 9-1-20 and 5-11 through 6-1-21 the exam findings notable for irritable, agitated mood, talkative and no suicidal ideation.

On 2-1-22 she is agitated and irritable at first, but this improved as the session went on. On 2-10-22 she reports doing better and has not used. Complains of fatigue due to restless legs affecting her sleep. In this video visit she is in bed in pajamas and falls asleep toward the end of the session. She is dysthymic/dysphoric and denies suicidal ideation. She expresses willingness to go to another inpatient treatment and has contacted one.

The record does not document any psychiatric contact since 2-25-22.

***All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is 2-25-22.***

**Electronically Signed:**

Scott Lurie MD
Board Certified in Psychiatry
Consulting Physician

# Scott Lurie M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

8-16-22
Yogesh Pareek MD
Fax 920-490-3883

Re: Disability Benefits
Claimant Name: Serena Hernandez
Claimant DOB:
Claim Number: 10970673

Dear Dr. Pareek,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. I tried to reach you and left messages on 8-4 and 8-9-22 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations beginning 5-5-22.

The records available to me support diagnoses of depression not otherwise specified, posttraumatic stress disorder, cocaine use disorder, and cannabis use disorder. The records available do not include any notes after 2-25-22, and therefore do not support any psychiatric impairment requiring restrictions or limitations on function beyond 5-5-22.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Scott Lurie M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

______________________ ______

Yogesh Pareek MD Date

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Tue, 16 Aug 2022 14:58:31 -0400
**To:**Lurie, Scott
**Subject:**Your fax has been successfully sent to Yogesh Pareek MD at 9204903883.

Your fax has been successfully sent to Yogesh Pareek MD at 9204903883.
----------------------------------------------------------
Matter: claim 10970673
----------------------------------------------------------
2:55:04 PM 8/16/2022 Conversion Error Record
[10970673 apl 8 16 22.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (21ms)
Aspose #1: Success (2594ms)
Field Replacement #1: Success (66ms)
Word Automation #1: Microsoft Word is not installed on this server. (46ms)

2:55:15 PM 8/16/2022 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (522ms)
Image Optimization #1: Success (149ms)
PCL6 #1: Success (479ms)

8/16/2022 2:55:21 PM Transmission Record
Sent to 9204903883 with remote ID "9204903883"
Inbound user ID SCCLU1, routing code 100
Result: (0) Success
Page record: 1 - 2
Elapsed time: 02:36 on channel 2

Lincoln
Financial Group®

| | |
|---|---|
| **To:** | **Kerri Schey NP** |
| Company: | Aurora Medical Group |
| Fax: | 920-288-8145 |
| Phone: | 920-288-8100 |
| **From:** | **Robert Swotinsky MD** |
| Fax: | 866 841 1415 |
| Phone: | 978 337 4479 |

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Thursday, August 11, 2022 1:27:28 PM
**Number of pages including this cover sheet:** 04

Robert Swotinsky, M.D.


Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

August 11, 2022

Kerri Schey, NP
Aurora Medical Group
28945 Greenbrier Rd
Green Bay, WI 54311-6519
By fax: 920-288-8145

Re: Disability Benefits
Claimant Name: Serena Hernandez
Claimant DOB:
Claim Number:10970673

Dear Ms. Schey:

Serena Hernandez' disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. This letter follows the message I left with Brianna at your office earlier today. The records sent to Lincoln Financial include your office notes re: evaluation/treatment for asthma. I am asking for your help clarifying the severity of Ms. Hernandez' asthma. My questions are:

*Q1. Have you seen Ms. Hernandez since 10/22/21?*

A1. ☐ Yes, on: ________________ ☐ No

*Q2. Do you have a pulmonary function test report or methacholine challenge test report from Ms. Hernandez?*

A2. ☐ Yes. (Please fax the report/s to Lincoln Financial at 866 841 1415) ☐ No

Ms. Hernandez' disability claims specialist Keri Younker is requesting your response within five business days. Please sign in the space provided, and return this letter and, if available, the PFT and/or methacholine challenge test report(s) via toll-free and secure fax number to (866) 841-1415. It is my understanding that Lincoln Financial Group is willing to reimburse JCH Medical Group for reasonable costs incurred in responding to requests for information. To discuss reimbursement, please contact Keri Younker at 402-361-7987.

Thank you for your assistance.

-Electronically Signed-

Robert Swotinsky MD
Board Certified, Occupational Medicine
978 337 4479 c

Responses as above ...

______________________ ______________
Kerri Schey NP Date

** please fax w/PFT and/or methacholine challenge test report(s) to 866 841 1415 **

Enclosures: Signed release form

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD: 00001882

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

**To: Kerri Schey NP**
Company: Aurora Medical Group
Fax: 920-288-8145
Phone: 920-288-8100

**From: Robert Swotinsky MD**
Company:
Fax:
Phone: 978 337 4479
Email:

**Sent:** 8/11/2022 1:28:22 PM
Duration: 00:03:29
Number dialed:
Remote ID: 9202888145
Result: Success
Pages: 4

Lincoln Financial Group®

**To: Kerri Schey NP**
Company: Aurora Medical Group
Fax: 920-288-8145
Phone: 920-288-8100

**From: Robert Swotinsky MD**
Fax: 866 841 1415
Phone: 978 337 4479

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Thursday, August 11, 2022 1:27:28 PM
**Number of pages including this cover sheet:** 04

Confirmation receipt generated by ROASW8 on 8/11/2022 1:34:46 PM.

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO:** Lincoln Financial

**ATTN:** Keri

**FAX#:** (603) 422-7909

**DATE:** 8/11/22

**SENDER:** Lynn M. Metoxen

**#OF PAGES: (INLCUDING COVER SHEET)** 2

**SUBJECT:** Adult Social Wkr.

**COMMENTS:** Long-Term Care Status

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**

**DISCLAIMER:**

The Information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.

If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and send to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

ONEIDA BEHAVIORAL HEALTH SERVICES
Alcohol, Tobacco and Other Drug Abuse and Mental Health Services
*Mailing*- PO Box 365 Oneida WI, 54155 / *Physical*- 2640 West Point Road Green Bay, WI 54304
Main: (920) 490-3790 FAX: (920) 490-3883

ONEIDA
A good mind. A good heart. A strong fire.

**AUTHORIZATION FOR EXCHANGE OF PROTECTED HEALTH INFORMATION (PHI) MR#** 12041

| LAST NAME | FIRST NAME | DOB | PHONE NUMBER |
|---|---|---|---|
| Hernandez | Serena | | |

**PURPOSE OF DISCLOSURE:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ Continuing Care | __Legal Action | __Personal | ✓ Insurance Eligibility/Benefits Veteran/Military | __Referral/Testing | __Billing | __Other |

*I voluntarily authorize and request disclosure of this health information (including oral, paper, and electronic interchange). I have the right to refuse to sign this form. OBH will not condition treatment, payment, enrollment or eligibility in a health care plan based on my decision to sign this disclosure. If I voluntarily refuse to sign this form, the information may NOT be released. A photocopy or facsimile (fax) of this Disclosure Form is as valid as the original.

✓ TO MUTUALLY EXCHANGE WITH: _____ Check here if Authorization is for DISCLOSURE ONLY

| Name OR Facility | | | |
|---|---|---|---|
| Oneida Behavioral Health | | | |
| Address | City | State | Zip Code |
| 2640 W. Point Rd. | Green Bay | WI | 54304 |
| Phone #: (920) 490-3790 | Fax #: (920) 490-3883 | | |

| Name OR Facility | | | |
|---|---|---|---|
| Keri Jorinke Lincoln FN | | | |
| Address | City | State | Zip Code |
| ext 7987 | | | |
| Phone #: 1(800) 423-2765 | Fax #: (603) 422-7909 | | |

*A statement that the consent is subject to revocation at any time except to the extent that the part 2 program or other lawful holder of patient identifying information that is permitted to make the disclosure has already acted in reliance on it. Acting in reliance includes the provision of treatment services in reliance on a valid consent to disclose information to a third-party payer.

* Federal and Wisconsin Confidentiality laws protect this information. Such laws prohibit the re-disclosure of such information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by such laws.

*I understand that the information disclosed may potentially be re-disclosed by the recipient and may no longer be protected by the Federal Privacy and Confidentiality rules.

*I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so by submitting my revocation in writing to the Oneida Behavioral Health Medical Records Department. My revocation will not apply to confidential information that has already been released in response to this or another Disclosure form.

**INFORMATION TO BE USED/DISCLOSED:** Check all that apply
**TIMEFRAME:** FROM_

| | | |
|---|---|---|
| ✓ ATODA and/or MENTAL HEALTH Assessment/Evaluation which may include HIV information | ✓ ATODA and/or MENTAL HEALTH Treatment Plan | |
| ✓ Psychiatric History and Evaluation | ✓ Psychological Reports | ✓ Diagnosis/Prognosis |
| __MENTAL HEALTH Progress Notes | __ATODA Staffing Notes | __ATODA and/or MENTAL HEALTH Discharge Summary which may include HIV information |
| __Case Management Logs | ✓ Recommendations | __Psycho Social History |
| __Legal History/Status | __Other (Please Specify): | |

__Psychotherapy Notes (**If this is checked then this Release can only be used for this purpose. A separate form must be used for the disclosure of any other information).**

**AUTHORIZED PERSON TO PICK UP OTHER THAN NAME LISTED ABOVE**

| Last Name | First Name | Relationship to Patient |
|---|---|---|
| | | |

**INFORMATION WILL BE DISCLOSED BY:**
___Fax ___U.S. Mail ___Pick-Up
*I authorize use of a facsimile (fax) machine in disclosing this information.

* All Oneida Behavioral Health employees and attending physicians are released from legal responsibility or liability for the release of information as indicated on this form. If I have questions about the disclosure of my health information, I can contact Dave Larson, Privacy Official, at (920) 869-2711.

* All of Oneida Behavioral Health Services respect the patient's right to privacy of confidential medical information. I have had an opportunity to review and understand the content of this Disclosure form. I understand that I may inspect or receive a copy of the information to be used or disclosed.

**EXPIRATION DATE:** This Authorization is good until the following date or event: 8/4/23; If left blank authorization will expire in ONE YEAR FROM the date signed below.

In accordance with the conditions listed above, I understand the disclosure of my/the above person's patient health information.

| Signature | Date |
|---|---|
| Serena L. Hernandez | 8-4-2022 |

__Parent/Legal Representative: I declare that I am the above named minor child's parent and I represent I have not been denied access to this child by a court of law and/or denied periods of physical placement with the child.

___Legal Guardian (Proof of Guardianship Received) ___Other (Please specify): ______

Witness ______ Date______ Relationship______

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of Behavioral Health or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**FOR OBH OFFICE USE ONLY**

☐ Date Faxed:__/__/__ ☐ Date Mailed-Out:__/__/__ ☐ Date Picked-up:__/__/__ ☐ Date Emailed:__/__/__

ID Verified With: ☐ Driver's License ☐ Tribal ID ☐ Other(Please specify): ______

REVOCATION

___ WRITTEN REVOCATION: Signature of Patient ______ Date______

___ VERBAL REVOCATION: Communicated to Staff Member: ______ Date______

From: LFGNotifications@LFG.com
Sent: Friday, July 29, 2022 8:18:45 PM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez
Attachments: i85gfhnoazheqreohbhz_13252473.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

July 30, 2022

MS SERENA L HERNANDEZ

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Hernandez:

Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications Inc s Group Disability Policy. We are writing in reference to your claim appeal for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on July 25, 2022. No additional information received with your appeal.

It is important that we have all available medical records so that we have a clear picture of your current condition. Please be aware that since your claim is closed, it is your responsibility to provide additional medical evidence for your appeal if you wish to do so. If it is your intent to send in updated medical information, please contact me.

We are beginning our review of your appeal at this time and will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of your appeal, you may also submit information associated with the Social Security Disability Award for our consideration, which may include a copy of the Administrative Law Judge's Favorable Decision letter or a complete copy of the administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

I will be your Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me toll-free at 1-800-423-2765 extension 7987 during the hours of 8:30am to 5:00pm CST. For your convenience, all documents may be faxed to 603-422-7909 or emailed to disabilitydocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Younker
Claim Resolution Specialist
Phone No.: (800) 423-2765 Ext. 7987
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | BILL, ERIN | Case Mgr: | NEMETH, KELSEY |

| | | | |
|---|---|---|---|
| Claimant Name: | SERENA L HERNANDEZ | Claim #: | 10970673 |
| Occupation (Job Title): | REP 1, CUST SVC VIDEO REPAIR | Date Sent: | 7/26/2022 |
| Diagnosis: | F43.12 Post-traumatic stress disorder, chronic, F41.9 Anxiety disorder, unspecified | | |
| Date of Disability: | 8/16/2020 | Date Benefits Began: | 2/14/2021 |
| Maximum Duration: | 2/13/2023 | Paid Through: | 5/5/2022 |
| Date of Denial or (DB451): | 5/6/2022 | Date Appeal Received: | 7/25/2022 |

**This is the date that the full appeal was received by the Field Claim Office*

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | CHARTER COMMUNICATIONS, INC. |
| Product: | LTD |
| Funding: | CON |
| Is Claimant Eligible for LTD? | Y |
| Erisa or Non-Erisa? | ERISA Plan |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Charter

ER Contact Addresses (including email address):

Charter.ESCleaves@charter.com

Phone No. 0000000000 FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

appeal letter from claimant in doc list.

**From:**Serena Hernandez <
**Sent:**Mon, 25 Jul 2022 15:01:29 -0500
**To:**Nemeth, Kelsey
**Subject:**Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon Kelsey:

I am writing this email as my right to appeal your decision that was dated May 2022 to make my benefits stop through your company Lincoln financial group

I am asking to open up my closed case so I can appeal to continue my benefits at Lincoln financial group

If you have any questions or if I'm not doing this correctly please let me know as soon as possible my phone number is My email address is S Hernandez 068@yahoo.com

Sincerely,

Serena Hernandez

Sent from my iPhone

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 22, 2022 |
| To: | JENNIFER<br>GREENBAY SS |
| Attn: | |
| Fax: | (833) 950-3739 |
| From: | Kelsey Nemeth<br>LTD Claims Specialist<br>Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 10970673<br>Claimant: Serena Hernandez<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

July 22, 2022

Jennifer
Greenbay SS

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673
Claimant: Serena Hernandez

Dear Jennifer:

We are writing in regards to the LTD claim for Serena Hernandez.

The LTD claim began on February 14, 2021. Ms. Hernandez was paid by Lincoln Financial from February 14, 2021 through May 5, 2022. The claim was closed as of May 6, 2022.

Any questions related to her employment status should be directed to her employer, Charter Communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (603) 334-0380

From: LFGNotifications@LFG.com
Sent: Friday, June 24, 2022 11:43:08 AM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez
Attachments: yzqvqkrobsqiortppqka_13011417.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

June 24, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

As requested, please see the attached correspondence.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Shelley King
Senior Claims Examiner, Claims
On Behalf Of: Kelsey Nemeth
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (877) 353-6412

Attachments: 10970673-CLOSE-NOT DISABLED-05.03.2022

From: LFGNotifications@LFG.com
Sent: Thursday, May 5, 2022 11:56:58 AM
To: .COM;
CC:
BCC:
Subject: [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez
Attachments: pjghcb10t0h5dnbaxuuo_12680615.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 556-3278
Secure Fax No.: (603) 559-8608

May 5, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 5, 2022. Charter Communications, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>     i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>     ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>     ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*
>
> ***"Own Occupation"*** *means the Covered Person's occupation that he was performing when*

*his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since February 14, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for asthma, PTSD, depression, and anxiety and your claim file contains the following medical documentation:

- Received medical records from Sedgwick, Dr. Vandorp, Oneida Community Health Center, Oneida Behavioral Health, and Kerri Schey APNP. Records included office visit notes, test results, Attending Physician Statement Forms, ranging from September 11, 2020 through February 25, 2022.
- We received a phone call from you On March 31, 2022 regarding a hospital stay and the need to see a cardiologist on April 7, 2022. We did not receive a response to our phone calls on April 8, 2022 or April 18, 2022 when we asked for the cardiologist contact information, and have not received the updated records from you.

To determine your level of functionality, your claim was referred for clinical review and assessment by the following: a Physician, Board Certified in Psychiatry.

In order to better understand your need for restrictions and limitations, the reviewing Physician attempted to contact your treating providers.

> "1) AP NAME: Dr. Yogesh Pareek
> 2) PHONE: (920) 490 3790
> *3) DATE(S): 3/21/2022, 3/22/2022, 3/22/2022*
> *4) TIME(S): 3:12 PM CDT, 7:39 AM CDT, 5:10 PM CDT*
> *5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Dr. Pareek*
> *6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Treating provider*
>
> *SUMMARY OF DISCUSSION(S): I left a message requesting a return call.*
>
> *I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided."*

The Physician concluded the following after reviewing the medical records on file:

*"The claimant is a female (DOB: who ceased work on 08/16/2020 due to an increase in symptoms related to post-traumatic stress disorder. A request has been made to assist in determining the claimant's functionality and to determine any limitations in functionality due to*

*psychiatric conditions for a time frame of present to ongoing. A comprehensive review of all available documentation was conducted with psychiatric findings relevant to the time frame in question summarized below.*

*Based on a comprehensive review of all available documentation, and taking into consideration the entire clinical picture including evidence based medicine and any medication or other treatment side effects, the available findings do not support the presence of symptoms associated with psychiatric conditions that would support a level of impairment that translates into restrictions and limitations for the time frame from - present to - ongoing. The documentation reflects the claimant has received outpatient medication management and therapy services for the primary diagnostic condition of post-traumatic stress disorder, as well as other psychiatric diagnoses that include generalized anxiety disorder and cocaine use disorder. However, during the time period in question, the available documentation does not demonstrate in the form of direct behavioral observations nor through examination findings or mental status impressions, symptoms associated with these conditions that would be considered functionally impairing. Dr. Pareek on 01/28/2022 notes the claimant reports having anxiety and restless leg syndrome. On 02/25/2022, the claimant reports experiencing poor sleep, restless leg, bronchitis and notes she has been sober for three weeks. Dr. Pareek's notes did not identify direct behavioral observations of impairing psychiatric symptoms. Furthermore, examination findings and mental status impressions were unremarkable and within normal limits. I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided. There was no objective medical evidence of any clinical findings that were of a severity that would support disability due to a mental health condition during the time period in question. Based on a review of all of the available data, the information does not support psychiatric disability."*

To determine your level of functionality, your claim was referred for clinical review and assessment by the following: a Physician, Board Certified in Internal Medicine.

The Physician concluded the following after reviewing the medical records on file:

*"The records document that the claimant is a 53 year-old female with a myriad of diagnoses listed in her records, the most significant of which are indicated above. Her most significant issue is moderate persistent asthma with her most recent visits with her treating pulmonary nurse practitioner being a telephone visit on November 5, 2021 and a face-to-face visit occurring on October 22, 2021. These records document that the claimant's asthma is generally stable and fairly well compensated with multiple oral and inhaled medications, but that the claimant continues to smoke and acknowledged using crack cocaine sometime in October. Furthermore, the claimant has periodic exacerbations of her asthma related to intermittent infections and/or lack of medication adherence or her psychiatric and substance abuse issues. The claimant also tested positive for infection with the novel coronavirus COVID-19 in early August 2021 at which time a CTA (CT angiogram) study of the chest showed evidence of COVID pneumonia but no pulmonary embolus. She was not hospitalized at that time but was treated with steroids and other medications and there is no documentation in the records that the claimant has had significant complications or issues from COVID at this time. The claimant has multiple other comorbid conditions including morbid obesity, diabetes, hypertension and knee osteoarthritis that complicate her situation. Therefore, as stated above, the claimant has ongoing impairment in her ability to reliably perform*

*her usual life and work activities with restrictions and limitations as described above but she has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and there is potential for her to develop other complications that could further diminish her functional capacity. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment."*

We compared your restrictions and limitations to the requirements of your occupation.

Your occupation as a(n) Customer Relations Coordinator requires you to:

> Job Duties:
> Provides basic customer service support related to Charter Services, including handling billing inquiries and payments. Employees in this role are responsible for establishing and maintaining professional and positive relationships with customers on behalf of Charter and ensuring issues are addressed consistently with company policies and practices. Works under general supervision.
>
> Job Physical Demands: sedentary- Never lift up to 25 pounds, drive, climb, crawl. Rarely lift 5 pounds, bending, stooping, crouching, reaching at shoulder level, reaching at above shoulder level, walking, kneeling, twisting, balancing, using hands repetitively, grasping, gripping, and turning. Occasional standing, pulling, and pushing. Frequently seeing, sitting, speaking, reading, typing, and flexing neck.
>
> Occupational Duties:
> Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May Also Include: May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment
> problems.

Occupational Physical Demands: sedentary

- Constantly: talking, and hearing
- Frequent: fingering, talking, hearing, and accommodation
- Occasionally: reaching, handling, and near acuity

The supported restrictions and limitations do not preclude you from performing any of the above job duties.

The reviewing Physician concluded the following restrictions are supported:

*"She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period."*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, mental status exam findings, mental status testing, psychology notes, psychiatry notes, counselor notes, therapy records, referrals, consultations, restrictions, limitations,

treatment plans, and any other medical information from all treating providers from February 25, 2022 through present that support your inability to perform your own occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist II
On Behalf Of: Kelsey Nemeth
Phone No.: (844) 556-3278 Ext. 59560
Secure Fax No.: (603) 559-8608

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, May 5, 2022 11:56:58 AM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | pjghcb10t0h5dnbaxuuo_12680615.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 556-3278
Secure Fax No.: (603) 559-8608

May 5, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 5, 2022. Charter Communications, Inc. s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>    ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*
>
> ***"Own Occupation"*** *means the Covered Person's occupation that he was performing when*

*his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since February 14, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for asthma, PTSD, depression, and anxiety and your claim file contains the following medical documentation:

- Received medical records from Sedgwick, Dr. Vandorp, Oneida Community Health Center, Oneida Behavioral Health, and Kerri Schey APNP. Records included office visit notes, test results, Attending Physician Statement Forms, ranging from September 11, 2020 through February 25, 2022.
- We received a phone call from you On March 31, 2022 regarding a hospital stay and the need to see a cardiologist on April 7, 2022. We did not receive a response to our phone calls on April 8, 2022 or April 18, 2022 when we asked for the cardiologist contact information, and have not received the updated records from you.

To determine your level of functionality, your claim was referred for clinical review and assessment by the following: a Physician, Board Certified in Psychiatry.

In order to better understand your need for restrictions and limitations, the reviewing Physician attempted to contact your treating providers.

1) AP NAME: Dr. Yogesh Pareek
2) PHONE: (920) 490 3790
*3) DATE(S): 3/21/2022, 3/22/2022, 3/22/2022*
*4) TIME(S): 3:12 PM CDT, 7:39 AM CDT, 5:10 PM CDT*
*5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Dr. Pareek*
*6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Treating provider*

*SUMMARY OF DISCUSSION(S): I left a message requesting a return call.*

*I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided."*

The Physician concluded the following after reviewing the medical records on file:

*"The claimant is a female (DOB: who ceased work on 08/16/2020 due to an increase in symptoms related to post-traumatic stress disorder. A request has been made to assist in determining the claimant's functionality and to determine any limitations in functionality due to*

*psychiatric conditions for a time frame of present to ongoing. A comprehensive review of all available documentation was conducted with psychiatric findings relevant to the time frame in question summarized below.*

*Based on a comprehensive review of all available documentation, and taking into consideration the entire clinical picture including evidence based medicine and any medication or other treatment side effects, the available findings do not support the presence of symptoms associated with psychiatric conditions that would support a level of impairment that translates into restrictions and limitations for the time frame from - present to - ongoing. The documentation reflects the claimant has received outpatient medication management and therapy services for the primary diagnostic condition of post-traumatic stress disorder, as well as other psychiatric diagnoses that include generalized anxiety disorder and cocaine use disorder. However, during the time period in question, the available documentation does not demonstrate in the form of direct behavioral observations nor through examination findings or mental status impressions, symptoms associated with these conditions that would be considered functionally impairing. Dr. Pareek on 01/28/2022 notes the claimant reports having anxiety and restless leg syndrome. On 02/25/2022, the claimant reports experiencing poor sleep, restless leg, bronchitis and notes she has been sober for three weeks. Dr. Pareek's notes did not identify direct behavioral observations of impairing psychiatric symptoms. Furthermore, examination findings and mental status impressions were unremarkable and within normal limits. I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided. There was no objective medical evidence of any clinical findings that were of a severity that would support disability due to a mental health condition during the time period in question. Based on a review of all of the available data, the information does not support psychiatric disability."*

To determine your level of functionality, your claim was referred for clinical review and assessment by the following: a Physician, Board Certified in Internal Medicine.

The Physician concluded the following after reviewing the medical records on file:

*"The records document that the claimant is a 53 year-old female with a myriad of diagnoses listed in her records, the most significant of which are indicated above. Her most significant issue is moderate persistent asthma with her most recent visits with her treating pulmonary nurse practitioner being a telephone visit on November 5, 2021 and a face-to-face visit occurring on October 22, 2021. These records document that the claimant's asthma is generally stable and fairly well compensated with multiple oral and inhaled medications, but that the claimant continues to smoke and acknowledged using crack cocaine sometime in October. Furthermore, the claimant has periodic exacerbations of her asthma related to intermittent infections and/or lack of medication adherence or her psychiatric and substance abuse issues. The claimant also tested positive for infection with the novel coronavirus COVID-19 in early August 2021 at which time a CTA (CT angiogram) study of the chest showed evidence of COVID pneumonia but no pulmonary embolus. She was not hospitalized at that time but was treated with steroids and other medications and there is no documentation in the records that the claimant has had significant complications or issues from COVID at this time. The claimant has multiple other comorbid conditions including morbid obesity, diabetes, hypertension and knee osteoarthritis that complicate her situation. Therefore, as stated above, the claimant has ongoing impairment in her ability to reliably perform*

*her usual life and work activities with restrictions and limitations as described above but she has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and there is potential for her to develop other complications that could further diminish her functional capacity. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment."*

We compared your restrictions and limitations to the requirements of your occupation.

Your occupation as a(n) Customer Relations Coordinator requires you to:

Job Duties:
Provides basic customer service support related to Charter Services, including handling billing inquiries and payments. Employees in this role are responsible for establishing and maintaining professional and positive relationships with customers on behalf of Charter and ensuring issues are addressed consistently with company policies and practices. Works under general supervision.

Job Physical Demands: sedentary- Never lift up to 25 pounds, drive, climb, crawl. Rarely lift 5 pounds, bending, stooping, crouching, reaching at shoulder level, reaching at above shoulder level, walking, kneeling, twisting, balancing, using hands repetitively, grasping, gripping, and turning. Occasional standing, pulling, and pushing. Frequently seeing, sitting, speaking, reading, typing, and flexing neck.

Occupational Duties:
Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May Also Include: May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment
problems.

Occupational Physical Demands: sedentary

- Constantly: talking, and hearing
- Frequent: fingering, talking, hearing, and accommodation
- Occasionally: reaching, handling, and near acuity

The supported restrictions and limitations do not preclude you from performing any of the above job duties.

The reviewing Physician concluded the following restrictions are supported:

*"She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period."*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, mental status exam findings, mental status testing, psychology notes, psychiatry notes, counselor notes, therapy records, referrals, consultations, restrictions, limitations,

treatment plans, and any other medical information from all treating providers from February 25, 2022 through present that support your inability to perform your own occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist II
On Behalf Of: Kelsey Nemeth
Phone No.: (844) 556-3278 Ext. 59560
Secure Fax No.: (603) 559-8608

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | SERENA HERNANDEZ | 10970673 |

| | | | |
|---|---|---|---|
| **Report Date:** | 05/01/2022 | | |
| **Referred By:** | Kelsey Nemeth | **Claimant DOB:** | |
| **Referral Date:** | 12/14/2021 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 12/29/2021 | **Medical/ Surgical Condition:** | Asthma, Morbid Obesity |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Addendum:

**Based on updated medical records from Oneida Community Health:**

**1. Please identify the primary impairing Diagnosis(es).**

The records document that the claimant's primary diagnosis is Asthma (J45.4).

**2. If applicable please identify clinically significant comorbid Diagnosis(es).**

The records document that the claimant has comorbid conditions of Morbid Obesity (BMI 39 - E66.01), Type II Diabetes Mellitus (E11.9), Hypertension (I10), Obstructive Sleep Apnea (G47.33), Seizures (R56.9), Knee Osteoarthritis (M17), Gastroesophageal Reflux disease (K21.9), past infection with COVID-19 virus (U07.1/Z86.16) with associated pneumonia (J12.82), chronic tobacco use (F17.200), Depression (F32.9), Post-Traumatic Stress Disorder (F43.10), Anxiety Disorder (F41.9) and history of cocaine and marijuana abuse.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from the present time and ongoing, and comment on the expected duration.**

There are limited new records provided to me since my previous report of 12/25/2021 which consist of documentation of visits in February 2022 that the claimant had with her treating medical and behavioral health providers. At one of her visits with a medical provider, the claimant reported having pain in her feet and legs and reports of her toes turning purple on occasion leading to difficulty ambulating and the need for a walker. The claimant was not fully cooperative with her provider in providing information and responding to questions, and there

were no significant abnormal findings to substantiate the presence of peripheral vascular disease that might account for her reports of color changes in her feet and toes, and her treating provider did not feel that the claimant needed or would benefit from a walker. The documentation at the other medical visit in February 2022 indicates that the claimant was reporting ongoing symptoms of constipation for which she had previously gone to the Emergency Department where she reportedly underwent an extensive evaluation including an abdominal CT scan, that also failed to demonstrate significant abnormal findings to account for her symptoms. Her constipation was attributed to side effects from the use of opioid pain medication that the claimant had been prescribed for a recent dental procedure. There is no information in these new records that provides evidence that the claimant's asthma is poorly controlled at this time that would cause significant respiratory problems, or that she has significant complications or end-organ damage from her diabetes and/or other chronic medical conditions that would limit her usual life and work activities. Furthermore, there is some documentation in the records that the claimant may have discontinued tobacco use which, if valid, would no doubt improve her asthma and respiratory symptoms, and improve her overall physical conditioning and functional capacity. In summary, based on the documentation in the records provided to me and taking into account the entire clinical picture, there is insufficient evidence to conclude that significant impairment warranting restrictions or limitations on the claimant's usual life and work activities is supported from the present time and going forward. Possible impairment related to any of the claimant's psychiatric conditions has been, and should continue to be, evaluated and determined by a reviewer other than myself.

**Previous Report of 12/25/2021:**

**Referral Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.**

The records document that the claimant's primary diagnosis is Asthma (J45.4).

**2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**

The records document that the claimant has comorbid conditions of recent infection with COVID-19 virus (U07.1/Z86.16) with associated pneumonia (J12.82), chronic tobacco use (F17.200), Type II Diabetes Mellitus (E11.9), Morbid Obesity (E66.010), Hypertension (I10), Knee Osteoarthritis (M17), Obstructive Sleep Apnea (G47.33), Seizures (R56.9), Gastroesophageal Reflux disease (K21.9), Depression (F32.9), Post-Traumatic Stress Disorder (F43.10), Anxiety Disorder (F41.9) and history of cocaine and marijuana abuse.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from the present time and ongoing, and comment on the expected duration.**

Based on the documentation in the records provided to me and taking into account the entire clinical picture, the claimant has some modest ongoing impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing strenuous physical exertion due to her Asthma, continued tobacco use, Morbid Obesity and possibly her psychiatric and substance abuse issues which interfere with her adherence to

recommended treatments. She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and, in view of her morbid obesity, diabetes, hypertension and continued smoking, there is potential for her to develop other complications or end organ damage that could further diminish her functional capacity. Adherence to her diet and medication regimen to control her weight (or ideally to lose weight to get from her current BMI of 39 to approach the normal range of 25), blood pressure, blood sugar and cholesterol will be important in helping to decrease the chances and/or postpone the development of further complications or organ damage in the future. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

Yes.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

Yes.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No.

**7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:**
**Name: Kerri Schey, NP, Pulmonology**
**Phone Number: 920 288 8100 Fax Number: 920 288 8668**

It is not necessary to contact this nurse practitioner at this time.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The records document that the claimant is a 53 year-old female with a myriad of diagnoses listed in her records, the most significant of which are indicated above. Her most significant issue is moderate persistent asthma with her most recent visits with her treating pulmonary nurse practitioner being a telephone visit on November 5, 2021 and a face-to-face visit occurring on October 22, 2021. These records document that the claimant's asthma is generally stable and fairly well compensated with multiple oral and inhaled medications, but that the claimant continues to smoke and acknowledged using crack cocaine sometime in October. Furthermore, the claimant has periodic exacerbations of her asthma related to intermittent infections and/or lack of medication adherence or her psychiatric and substance abuse issues. The claimant also tested positive for infection with the novel coronavirus COVID-19 in early August 2021 at which time a CTA (CT angiogram) study of the chest showed evidence of COVID pneumonia but no pulmonary embolus. She was not hospitalized at that time but was treated with steroids and other medications and there is no documentation in the records that the claimant has had significant complications or issues from COVID at this time. The claimant has multiple other comorbid conditions including morbid obesity, diabetes, hypertension and knee osteoarthritis that complicate her situation. Therefore, as stated above, the claimant has ongoing impairment in her ability to reliably perform her usual life and work activities with restrictions and limitations as described above but she has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and there is potential for her to develop other complications that could further diminish her functional capacity. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

October 22, 2021 – face-to-face visit.
November 05, 2021 – telephone encounter.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**
**Board Certified, Internal Medicine**

INTEGRATED BENEFITS, INC.

4-14-2022

Re: Serena Hernandez
Lincoln Financial Group Claim Number: 10970673

Good Afternoon:

An initial claim has been submitted to SSA on behalf of Ms. Hernandez. We will work with Social Security on the development of the claim and notify Lincoln Financial Group when a decision is made.

Thank you for allowing IBI to assist with the claim for Ms. Hernandez.

If you have any questions, please call IBI at (800) 535-6575.

Courtney Crum
Claim Associate
Integrated Benefits, Inc.

## Billing Statement:

**Invoice Date: 04/05/2022** **Invoice #: 716319-668**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Mar 1 2022 and Mar 31 2022**

**L-CLTMJR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9008181<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA COMMUNITY HEALTH CENTER | Canceled | 03/02/22 | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 9008178<br>10970673 | HERNANDEZ, SERENA L<br>ONEIDA BEHAVIORAL HEALTH | Complete | 03/02/22 | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>17 | **$ 9.00** |

**ReleasePoint**

**Total Amount Due:** **$ 14.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**From:**Dawn Peterson <Dawn.Peterson@nmrexamworks.com>
**Sent:**Fri, 8 Apr 2022 18:39:28 +0000
**To:**Nemeth, Kelsey
**Subject:**RE: NMR report notification for case - Case #: 10970673 - NMR# 624402

Good afternoon Kelsey,

We have not received the signed TC letter/reply back from Dr. Yogesh Pareek

**Thank you,**


**Dawn Peterson**
Disability Client Coordinator

Network Medical Review Co. Ltd.

An ExamWorks Company

Network Medical Review Co. Ltd.
1252 Bell Valley Road
Suite 210
Rockford, IL 61108

Phone: 815.964.6334 Extension 241114
Fax: 815.964.1162
www.nmrco.com



*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*


---

**From:** Nemeth, Kelsey <Kelsey.Nemeth@lfg.com>
**Sent:** Friday, April 8, 2022 1:20 PM
**To:** Scott J. Grasley <Scott.Grasley@nmrexamworks.com>
**Subject:** RE: NMR report notification for case - Case #: 10970673 - NMR# 624402

Hi Scott,

Can you please confirm if a reply came in from Dr. Pareek on the peer to peer letter?

Thank you!

**Kelsey Nemeth**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

Phone: (844) 556-3278
Ext. *59560
Fax: (603) 334-0380

Kelsey.Nemeth@lfg.com
LincolnFinancial.com

**Follow us on:**

---

**From:** scott.grasley@nmrexamworks.com <scott.grasley@nmrexamworks.com>
**Sent:** Monday, March 28, 2022 5:44 PM
**To:** Nemeth, Kelsey <Kelsey.Nemeth@lfg.com>; VendorReferrals <VendorReferrals@lfg.com>
**Subject:** NMR report notification for case - Case #: 10970673 - NMR# 624402

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #10970673 (NMR # 624402-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**March 28, 2022**

**Attending Physician Confirmatory Letter**

Re: Serena L Hernandez

Dear Dr. Yogesh Pareek,

I have completed a review on Serena L Hernandez (DOB: a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 3/22/2022 at 5:10 PM CT. You stated the claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 4/4/2022 to the fax number below.

Sincerely,

Brandon Z. Erdos, M.D.
Board Certified in Psychiatry
Board Certified in Psychosomatic Medicine
Expertise in Forensic Psychiatry 03/28/2022

Name Date

Respectfully Yours,
Dawn E Peterson
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** Kelsey Nemeth
**CLIENT:** Lincoln Life Insurance
**NAME:** Serena L Hernandez
**CLAIM #:** 10970673
**NMR #:** 624402
**DATE:** 3/28/2022

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | Oneida Behavioral Health Services | 09/01/20 - 02/25/22 & Undated |
| PROGRESS NOTES | Oneida Community Health Center | 08/03/20 - 02/04/22 & Undated |
| PROGRESS NOTES | Prevea Health (St Mary's) Pain and Spine Care | 08/14/20 - 06/07/21 |
| PROGRESS NOTES | Aurora Pulmonary Medicine | 04/23/21 - 11/05/21 |
| PROGRESS NOTES | ABMC Emergency Services / Aurora Baycare Medical Center / City of Green Bay Fire | 08/07/21 - 08/10/21 |
| PROGRESS NOTES | Lab Services in Aurora Laboratory ABMC | 04/13/21 - 06/02/21 |
| PROGRESS NOTES | ABMC ABHC Mason Urgent Care | 05/04/21 |
| X-RAY | St Marys Hospital Green Bay Imaging Services | 01/25/21 - 04/05/21 |
| ECG / EKG | Advocate Aurora Healthcare | 08/10/21 |
| LAB | Oneida Community Health Center | 12/08/20 - 05/10/21 & Undated |
| LAB | Lab Services in Aurora Laboratory ABMC | 04/23/21 |
| ULTRASOUND | St. Vincent Hospital Green Bay | 05/10/21 |
| ROI | | 04/09/21, 11/10/21 |
| MISCELLANEOUS | | 02/17/21 - 03/17/22 & Undated |

TELECONFERENCE
1) AP NAME: Dr. Yogesh Pareek
2) PHONE: (920) 490 3790

3) DATE(S): 3/21/2022, 3/22/2022, 3/22/2022
4) TIME(S): 3:12 PM CDT, 7:39 AM CDT, 5:10 PM CDT
5) PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Dr. Pareek
6) POSITION OF PERSON(S) SPOKEN WITH: Office voicemail, Office voicemail, Treating provider

SUMMARY OF DISCUSSION(S): I left a message requesting a return call.

I left a message requesting a return call.

I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided.

**ASSESSMENT:** The claimant is a female (DOB: who ceased work on 08/16/2020 due to an increase in symptoms related to post-traumatic stress disorder. A request has been made to assist in determining the claimant's functionality and to determine any limitations in functionality due to psychiatric conditions for a time frame of present to ongoing. A comprehensive review of all available documentation was conducted with psychiatric findings relevant to the time frame in question summarized below.

The claimant met with nurse practitioner, Candice Crabb, APNP, for an office visit related to medical diagnoses of asthma and psychiatric diagnosis of anxiety on 08/12/2020. The diagnosis is generalized anxiety disorder (F41.1). The claimant reports that she was not doing great last week, but denies suicidal or homicidal ideation and declines transportation to inpatient saying she is planning to see her behavioral health team. Ms. Crabb indicates that the claimant's medication list for anxiety includes lorazepam 1 mg two at bedtime and venlafaxine 75 mg one tablet a day. The psychiatric review of systems indicates that the claimant is not suicidal but frustrated, anxious and agitated and afraid she will lose her job.

The claimant met with Ms. Crabb for a followup visit on 08/31/2020 and reports that she recently had a 9-day stay in the psychiatric hospital due to thoughts of suicide. The claimant reported that she attempted suicide via benzodiazepine overdose. The claimant is scheduled to see OBH early September.

The claimant met with psychiatrist, Yogesh Pareek, MD, for psychiatric visits on 09/08/2020. The claimant had a PHQ-2 score of 5 and a moderate risk of suicide on the Columbia Suicide Severity Rating Scale. The assessment listed at this visit is PTSD and cocaine use disorder. Dr. Pareek cancelled the claimant's Effexor and Ativan and began the claimant on Cymbalta 90 mg, prazosin 2 mg and Topamax 25 mg. The claimant admits to using cocaine every other day and Dr. Pareek indicates that the claimant should discontinue and detox.

The claimant met with Dr. Pareek for subsequent visits to address diagnosis of post-traumatic stress disorder and cocaine use disorder on 10/30/2020, 12/22, 2021 dates of 02/16, 04/09, 05/11, 10/26, and 2022 dates of 01/28 and 02/25/2022. At the visit on 10/30/2020, the claimant had a PHQ-2 score of 4. Dr. Pareek continued the claimant on Cymbalta 90 mg.

At the visit on 12/22/2020, the claimant reported that she continues to feel depressed and is chronically suicidal but denies plan. The claimant admits to ongoing cocaine use and Dr. Pareek indicated that cocaine could also cause depression and medication may not work if the cocaine use does not discontinue. Dr. Pareek added Abilify 10 mg in the morning.

At the visit on 02/16/2021, the claimant reported that she stopped using cocaine two weeks ago and mood is improving. Dr. Pareek continued the claimant on Topamax, Cymbalta, and Abilify.

At the visit with Dr. Pareek on 04/09/2021, the claimant reported that she is five days sober from cocaine.

On 05/11/2021, the claimant met with Dr. Pareek at which the claimant continued Cymbalta, clonidine, Topamax, prazosin and hydroxyzine.

At the visit with Dr. Pareek on 10/26/2021, the claimant was to continue Cymbalta.

At the visit with Dr. Pareek on 01/28/2022, the claimant reports that she is having anxiety and restless leg syndrome. Dr. Pareek discontinued clonidine, and continued Topamax, Minipress and Cymbalta.

At the most recent visit with Dr. Pareek on 02/25/2022, the claimant reported that she has been having poor sleep, restless legs, bronchitis and has been sober for three weeks. Dr. Pareek added Seroquel 50 mg before bedtime. There were no mental status examination findings or review of systems at these visits with Dr. Pareek.

The claimant met with licensed social worker, Susan Exworthy, MSW, LCSW, for therapy visits on 2020 dates of 11/24, 12/09 and 12/14. The mental status exam findings were indicated to be anxious, depressed and talkative. The claimant reported that she feels like she could be suicidal later. The claimant reported that she wants to be voluntarily admitted to the psychiatric center and the therapist called triage to coordinate intake.

The claimant met with licensed social worker, Mary Beth King, MSW, LCSW, CSAC, for therapy visits on 2020 date of service 09/01 and 2021 dates of 05/11, 05/17, 05/25, and 06/01/2021. The diagnoses listed at these visits are post-traumatic stress disorder (F43.10) and generalized anxiety disorder (F41.1). The mental status exam at these visits with Ms. King were noted to be casual appearance, talkative, mood and affect congruent, client's mood agitated, irritable, aggressive, denied suicidal or homicidal ideation, plan, intent or method, and appeared oriented x3.

The claimant met with Ms. King for therapy visits on 2022 dates of 02/01 and 02/10. The mental status exam remained unchanged from previous visits. The claimant reported that she feels that she is doing better and that she has not used cocaine.

The remainder of the medical records in this case pertain to spine care clinic for lower back and knee pain and various medical diagnoses of asthma, hypertension, and pulmonary treatment.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Based on a comprehensive review of all available documentation, while the available records reflect the claimant is receiving treatment for the psychiatric condition of post-traumatic stress disorder, the records do not support the presence of symptoms associated with this condition that would be considered impairing during the time period in question.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The available medical records do not support the presence of any comorbid diagnoses that would be significant to impairment.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - present to - ongoing, and comment on the expected duration.**

Based on a comprehensive review of all available documentation, and taking into consideration the entire clinical picture including evidence based medicine and any medication or other treatment side effects, the available findings do not support the presence of symptoms associated with psychiatric conditions that would support a level of impairment that translates into restrictions and limitations for the time frame from - present to - ongoing. The documentation reflects the claimant has received outpatient medication management and therapy services for the primary diagnostic condition of post-traumatic stress disorder, as well as other psychiatric diagnoses that include generalized anxiety disorder and cocaine use disorder. However, during the time period in question, the available documentation does not demonstrate in the form of direct behavioral observations nor through examination findings or mental status impressions, symptoms associated with these conditions that would be considered functionally impairing. Dr. Pareek on 01/28/2022 notes the claimant reports having anxiety and restless leg syndrome. On 02/25/2022, the claimant reports experiencing poor sleep, restless leg, bronchitis and notes she has been sober for three weeks. Dr. Pareek's notes did not identify direct behavioral observations of impairing psychiatric symptoms. Furthermore, examination findings and mental status impressions were unremarkable and within normal limits. I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided. There was no objective medical evidence of any clinical findings that were of a severity that would support disability due to a mental health condition during the time period in question. Based on a review of all of the available data, the information does not support psychiatric disability.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes. The medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the level of severity for the reported condition. The available medical records do not demonstrate the presence of impairing psychiatric conditions and the provision of outpatient medication management, and therapy services are typical and consistent with individuals who are experiencing a low level of psychiatric symptomatology. Therefore, services provided to the claimant are consistent and clinically reasonable with respect to the claimant's non-impairing psychiatric condition.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No. There are no non-medical circumstances identified within the records that may adversely impact work.

**6. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information: Name: Dr. Yogesh Pareek**

I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided.

**7. When contacting the provider, please make two attempts for contact within 5 business days and if unsuccessful, please send a follow up letter due within 5 business days. Send the final report once the time has been allotted.**

I spoke to Dr. Yogesh Pareek on 3/22/22. The claimant has diagnoses of MDD and PTSD, as well as substance use history (cocaine/THC). Medications prescribed include prazosin 2mg, Cymbalta 60mg daily, and Topamax 100mg BID. No other clinical data was provided.

**8. Is the claimant capable of full-time, sustained work within the restrictions and limitations you identified (if any)? Please explain.**

Yes, the claimant is capable of full-time sustained work based on the available medical data. The available medical information does not support the presence of any symptoms that would support impairment and/or require medically necessary restrictions and/or limitations during the time period in question.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Brandon Z. Erdos, M.D.
Board Certified in Psychiatry
Board Certified in Psychosomatic Medicine
Expertise in Forensic Psychiatry
Licensed in State of CA #C-156002
Licensed in State of CT #62309
Licensed in State of IL #036145309
Licensed in State of MA #215913
Licensed in State of NJ #25MA10549500
Licensed in State of NY #306922

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**From:**scott.grasley@nmrexamworks.com
**Sent:**Mon, 28 Mar 2022 16:44:19 -0500
**To:**Nemeth, Kelsey;VendorReferrals
**Subject:**NMR report notification for case - Case #: 10970673 - NMR# 624402
**Attachments:**QA_TC Letter - Rev01 AP01_624402-1.doc_v1.doc, Report_NMR_Peer__LLAOBinv_624402-1_v1.pdf, Report_NMR_Peer__LTD-R01_624402-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #10970673 (NMR # 624402-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# Network Medical Review Company, LTD.

*An ExamWorks Company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: Nemeth, Kelsey
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 624402-1
Invoice Date: 3/28/2022
Account Number: 519193
File Number: 624402-1

Service Date: present to - ongoing
Claim Number: 10970673
Claimant Name: Serena L Hernandez

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$1050.00** |

**Comments**

**Please pay this amount:** **$1050.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

3/28/2022 4:35 PM

# Billing Statement:

ReleasePoint

**Invoice Date: 02/03/2022** **Invoice #: 715895-568**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jan 1 2022 and Jan 31 2022**

**L-CLTMJR** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8535471<br>10970673 | HERNANDEZ, SERENA<br>AURORA HEALTHCARE | Complete | 10/25/21 | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>266 | **$ 9.00** |
| 8420930<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA COMMUNITY HEALTH CENTER | Complete | 09/28/21<br>K NEMETH | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>14 | **$ 9.00** |
| 8429824<br>10970673 | HERNANDEZ, SERENA<br>BAYCARE CLINIC | Canceled | 09/29/21 | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 8530414<br>10970673 | HERNANDEZ, SERENA<br>ST. MARYS HOSPITAL | Canceled | 10/22/21 | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 8420931<br>10970673 | HERNANDEZ, SERENA<br>WILLOW CREEK BEHAVIORAL HEALTH | Canceled | 09/28/21<br>K NEMETH | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 8420932<br>10970673 | HERNANDEZ, SERENA<br>VANDORP, DR WILLIAM | Complete | 09/28/21<br>K NEMETH | $ 9.00 | $ 5.95 | $ 0.00 | $ 0.00<br>5 | **$ 14.95** |
| 8872107<br>10970673 | HERNANDEZ, SERENA L<br>ONEIDA BEHAVIORAL HEALTH | Complete | 01/26/22<br>K NEMETH | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>12 | **$ 9.00** |
| 8420929<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA BEHAVIORAL HEALTH | Complete | 09/28/21<br>K NEMETH | $ 9.00 | $ 26.00 | $ 0.00 | $ 0.00<br>18 | **$ 35.00** |
| 8420928<br>10970673 | HERNANDEZ, SERENA<br>BELLIN BEHAVORIAL HEALTH | Canceled | 09/28/21<br>K NEMETH | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**Total Amount Due:** **$ 96.95**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/Hernandez 202**

## Billing Statement:

**Invoice Date: 03/03/2022** **Invoice #: 716119-509**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Feb 1 2022 and Feb 28 2022**

**L-CLTMJR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8925015<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA COMMUNITY HEALTH CENTER | Complete | 02/09/22 | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>20 | **$ 9.00** |

**ReleasePoint**

**Total Amount Due:** **$ 9.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**From:**status@releasepoint.com
**Sent:**Tue, 8 Mar 2022 07:40:40 -0800
**To:**Nemeth, Kelsey
**Subject:**RP ID: 9008181 (L-CLTMJR) / Pol/Claim ID: 10970673 (HERNANDEZ, SERENA) Hearing Date -- Order Suspended
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: HERNANDEZ, SERENA
Policy/Claim/Cert: 10970673
RP ID: 9008181
Ins. Co: Lincoln Financial Group
Provider: ONEIDA COMMUNITY HEALTH CENTER
Original Provider: ONEIDA COMMUNITY HEALTH CENTER
TransID: 55833832
Identifier/Req by:
Identifier 2:
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

- CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: Be advised, per response, patient has no records within scope. We have called them back and per Sue, patient was last seen on 2/4/2022.

Please advise us on how to proceed.

Thank you,
Carl

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

-----------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended

recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

ReleasePoint

## Medical Record Overview

**Date:** **March 3, 2022**

**Patient Name:** HERNANDEZ, SERENA L

**Records From:** ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
GREEN BAY, WI
(920) 490-3790

**RP ID:** 9008178

**Client ID:** 10970673

**Source:** L-CLTMJR

**Request Scope:** From December 2, 2021 to Present

**Req By:**

**Chart Range:** 12/01/2021 - 02/25/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 1 2021 | Feb 25 2022 | 13 | 2 |
| Other Records | | | 1 | 15 |
| Request Corr. | | | 3 | 16 |
| | | **Total Page Count:** | 17 | |

**Notes From QC:**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*March 3, 2022*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**02/25/2022 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

CONFIDENTIAL

**Problems:**
Impaired circulation of right leg (ICD-459.89) (ICD10-I99.8)
Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder moderate (DSM 5-304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder Moderate (DSM 5-304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

COPY

**Medications:**
montelukast 10 mg tablet (montelukast) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---



**Serena L Hernandez** Home:
Female DOB: 12041 Ins: ForwardHealth Medical

- pantoprazole 40 mg tablet,delayed release (DR/EC) (pantoprazole) TAKE 1 TABLET BY MOUTH EVERY DAY
magnesium citrate solution (magnesium citrate) drink 1/2 bottle and follow with large amounts of water - repeat in 2 hours if no resulting BM
Minipress 2 mg capsule (prazosin) Take 2 capsule by mouth every night
OneTouch Delica Plus Lancet 33 gauge 33 gauge (lancets) TEST BLOOD SUGARS 2 TO FOUR TIMES PER DAY
Topamax 100 mg tablet (topiramate) Take 1/2 tablet by mouth twice a day
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning
acetaminophen 500 mg tablet (acetaminophen) TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed
* acapella flutter valve Use 1 device as directed three times a day
valacyclovir 1 gram tablet (valacyclovir) Take 1 tablet by mouth twice a day
ProAir HFA 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) Inhale 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
zinc gluconate 50 mg tablet (zinc gluconate) Take 1 tablet by mouth once a week
hydrocortisone 2.5% ointment (hydrocortisone) Apply to skin twice a day as needed
medroxyprogesterone 10 mg tablet (medroxyprogesterone) Take 1 tablet once a day
hydrocortisone acetate 25 mg suppository (hydrocortisone acetate) Insert 1 suppository rectally every eight hours as needed
loratadine 10 mg tablet (loratadine) Take 1 tablet by mouth once a day
polyethylene glycol 3350 17 gram/dose powder (polyethylene glycol 3350) 1 capsule four times a day
olopatadine 0.2% drops (olopatadine) Use 1 drop into both eyes once a day
Children's Saline Nasal Spray 0.65% aerosol,spray (sodium chloride) Use three times a day
Advair Diskus 500-50 mcg/dose blister with device (fluticasone propion-salmeterol) Inhale 1 puff using inhaler twice a day
Nexium 20 mg capsule,delayed release(DR/EC) (esomeprazole magnesium) Take 1 capsule by mouth once a day
lidocaine 5% adhesive patch,medicated (lidocaine) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
* METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) Take 1-2 tablet four times a day as needed
hydrocortisone 1% cream (hydrocortisone) Apply twice a day as needed
epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed
docusate sodium 100 mg capsule (docusate sodium) Take by mouth as needed
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization (albuterol sulfate) Administer every four to six hours as needed
diclofenac sodium 75 mg tablet,delayed release (DR/EC) (diclofenac sodium) Take 1 tablet by mouth twice a day
Spiriva with HandiHaler 18 mcg capsule, w/inhalation device (tiotropium bromide) Inhale 1 capsule using inhaler once a day
Lactobacillus acidophilus 1 billion cell tablet (lactobacillus acidophilus) 1 tablet by mouth
Vitamin D3 25 mcg (1,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet once a day
OneTouch Ultra Test strip (blood sugar diagnostic) TEST SUGARS 2 TO 4 TIMES PER DAY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take one to two every four hours as needed for anxiety

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*March 3, 2022*
Page 3
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041
Home: (
Ins: ForwardHealth Medical

METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

CONFIDENTIAL

**Patient Instructions**
**Chief Complaint for Today** Medication Check

**Psychiatric Medication Check Progress Note**
**Previous Session No.**
One (02/16/2021 4:02:38 PM)
**Session:** One

**SUBJECTIVE:** having restless legs

**OBJECTIVE:** seen via team
she has been having poor sleep
restless legs
also she has brochitis
sober for three weeks

**ASSESSMENT:** PTSD
substance use disorder

**PLAN:** add seroquel 50 mg po qhs
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 54 Years Old
**Home Phone#:**

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Medications:**
Added new medication of Seroquel 50 mg tablet (quetiapine); Stop Date: 02/25/2022 - Signed
Added new medication of Seroquel 50 mg tablet (quetiapine) Take 1 tablet by mouth every night ; Route: BY MOUTH - Signed
Rx of Seroquel 50 mg tablet (quetiapine) Take 1 tablet by mouth every night; #30 tablet x 2 Signed
Entered by: Yogesh C Pareek MD Authorized by: Yogesh C Pareek MD Method used: Electronically to WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387,

**Prescriptions:**
Seroquel 50 mg tablet (quetiapine) Take 1 tablet by mouth every night #30 tablet x 2
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 02/25/2022
Method used: Electronically to
WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387

RxID: 1961419725954410

**Electronically signed by Yogesh C Pareek MD on 02/25/2022 at 2:50 PM**

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*March 3, 2022*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**02/10/2022 - BH Progress Notes: Individual Session-MH**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was seen via telehealth per covid restrictions/precuations. Client assured provider of privacy and she was in her bedroom of her apartment.

"I am alright, I am doing better. This restless leg sydrome is taking over my life." Client expressing that she has not used but "that I wanted to, Ive wanting to use." Client discussing her interactions with providers that she thinks are "mad at me." Cleint discussing how she has managed to stay sober. She reported that she "is so tired, always tired, I cant stop being tired and I am not sleeping at night. Client stating that she is frustrated and doesnt feel that she is getting adequate
Client reports that she has hope. Restlessl leg is currently her main focus today and after some exploration she has medications that were recommened as well as homeopathic remedies to assist. She reported that her Recovery Coach recommened using marajuana."

**OBJECTIVE:** Client was on time for session. Ttechnical issues and cleint was over 10 minutes late. Client appeared tired and she was in her pajamas and in bed. Mood and affect were congruent. Clients mood appeared dysthymic/dysphoric. Toward the end of our session she was falling asleep and asked to be excused. Client denied any suicidal or homicidal idealion, intentions, plan or method. Client appeared orientated x3.

**ASSESSMENT:** Client is in an Action stage of change. She is open to consider other inpatient treatmetn facilities. She is willing to go as soon as she can. She had even contacted JNC herself. Client has an external locus of control. She is also still somewhat fixated on her exboyfriend but with lesser degree today. She was not in a state or place to be challenged today. Allowed her to discuss her concerns, encouraged her to take care of herself.

**PLAN:** Client will contact the front desk to schedule her next appointment with both myself and her AODA provider. She sees Dr. Kennard next week for the restless leg syndrom and to re-establish care.

## Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit

### Since Last Contact

1) Have you wished you were dead or wished you could go to sleep and not wake up? No
2) Have you actually had any thoughts of killing yourself? No
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? No

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041

Home: (
Ins: ForwardHealth Medical

**Current assessment of Homicide Risk:**
Ideation: No Intent: Yes Plan: No

**Mental Health Current Problem(s):**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)
**Results of LOCI:** Level III.I

**Psychological First Aid**

CONFIDENTIAL

**Age:** 53 Years Old
**Home Phone:**
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**INTAKE DOCUMENTS UPDATE FORM**

**Electronically signed by Mary Beth King MSW LCSW CSAC on 02/10/2022 at 7:47 AM**

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3863

*March 3, 2022*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**02/01/2022 - BH Progress Notes: Individual Session-MH**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was seen via MS teams due to Covid 19 restrictions/precautions. Client consented to telehealth and assured provider of privacy.

"I am crabby as shit. I didnt use yesterday. I wanted to but I didnt. I need to tell you what happened yesterday." Client reporting her experience with her mom. Her mom showed her texts from her sister denigrating and saying back things about client. Client processing how she did not use but wanted to. Client discussing lack of sleep and having restless leg syndrome. Client discussing how she feels judged and stygmitized by others. She feels judged and she feels that people are treating her like a child.

CONFIDENTIAL

**OBJECTIVE:** Client was on time for session. She took me with her on the phone on her way to the health care center. Allowed this because client needed the support - she was scared about what is going on with her foot. Did not want client to be late for this appointment. Had technical issues initially. Client appeared clean, well groomed, and stylishly attired. Mood and affect were congruent. Clients mood was irritable, agitated but as session progressed clelnts mood, affect and attitude appeared to improve. Client denied any suicidal or homicidal ideation, intentions, plan or method. Client appeared orientated x3. Clients connection ended abruptly. Attempted to call her but got voicemail. Left message stating that she should call and set up follow up appointment and to come to OBH to sign ROI for Jackie Nitschke.

**ASSESSMENT:** Client in a contemplative stage of change. She was extremely agitated. Client allowed to verbalize and discuss her feelings. Did so with little to no interruption as she would become agitated. She appears to be in withdrawl, or may be in wihtdrawl. Despite her agitation, she did appear calmer, less focused onher exboyfriend. She processed her hurt. Once she was allowed to express herself, she was open for feedback. Validated some things, encouraged others. did not attempt to dictate or direct the session. After this client appeared much calmer, more relaxed and she was even able to smile and joke. Client is open to going to Jackie Nitschke for AODA. She verbalized wanting sobriety. She did go to an online meeting and she was in contact with sober support.

**PLAN:** Contacted OBH and consulted with Rachel Seegers. Informing her that client is on edge and that she could go either way- to treatment or back out using. Invited her to asisst clientin getting inpatient.
Client to set up appointment with me
Recommended client see a doctor about her foot. She had described being pushed down by her exboyfriend and now she had 3 toes turning dark. Client has diabetes

COPY

## Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit

### Since Last Contact

1) Have you wished you were dead or wished you could go to sleep and not wake up? **No**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

2) Have you actually had any thoughts of killing yourself? **No**
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? **No**

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.1

CONFIDENTIAL

**Psychological First Aid**

**Age:** 53 Years Old
**Home Phone#:** (
**Cell Phone#:** (
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**INTAKE DOCUMENTS UPDATE FORM**

**Electronically signed by Mary Beth King MSW LCSW CSAC on 02/02/2022 at 7:45 AM**

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*March 3, 2022*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**01/28/2022 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Problems:**
Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder, moderate (DSM-5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder, Moderate (DSM-5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
OneTouch Delica Plus Lancet 33 gauge 33 gauge (lancets) TEST BLOOD SUGARS 2 TO FOUR TIMES PER DAY

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3683

*March 3, 2022*
Page 2
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

Topamax 100 mg tablet (topiramate) Take 1/2 tablet by mouth twice a day
clonidine HCl 0.1 mg tablet (clonidine hcl) Take 1 tablet by mouth twice a day
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning
acetaminophen 500 mg tablet (acetaminophen) TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
montelukast 10 mg tablet (montelukast) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed
* acapella flutter valve Use 1 device as directed three times a day
valacyclovir 1 gram tablet (valacyclovir) Take 1 tablet by mouth twice a day
* acetaminophen 500 mg capsule (acetaminophen) Take 1 capsule by mouth four times a day
Medrol (Pak) 4 mg tablets,dose pack (methylprednisolone) Take 1 tablet by mouth as directed Take as directed
Ivermectin 3 mg tablet (ivermectin) Take 7 tablet by mouth twice a week. Take 7 pills today and then in three days.
ProAir HFA 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) Inhale 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
zinc gluconate 50 mg tablet (zinc gluconate) Take 1 tablet by mouth once a week
hydrocortisone 2.5% ointment (hydrocortisone) Apply to skin twice a day as needed
medroxyprogesterone 10 mg tablet (medroxyprogesterone) Take 1 tablet once a day
hydrocortisone acetate 25 mg suppository (hydrocortisone acetate) Insert 1 suppository rectally every eight hours as needed
loratadine 10 mg tablet (loratadine) Take 1 tablet by mouth once a day
polyethylene glycol 3350 17 gram/dose powder (polyethylene glycol 3350) 1 capsule four times a day
olopatadine 0.2% drops (olopatadine) Use 1 drop into both eyes once a day
Children's Saline Nasal Spray 0.65% aerosol,spray (sodium chloride) Use three times a day
Advair Diskus 500-50 mcg/dose blister with device (fluticasone propion-salmeterol) Inhale 1 puff using inhaler twice a day
Nexium 20 mg capsule,delayed release(DR/EC) (esomeprazole magnesium) Take 1 capsule by mouth once a day
lidocaine 5% adhesive patch,medicated (lidocaine) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
* METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) Take 1-2 tablet four times a day as needed
Minipress 2 mg capsule (prazosin) Take 2 every night
hydrocortisone 1% cream (hydrocortisone) Apply twice a day as needed
epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed
docusate sodium 100 mg capsule (docusate sodium) Take by mouth as needed
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization (albuterol sulfate) Administer every four to six hours as needed
diclofenac sodium 75 mg tablet,delayed release (DR/EC) (diclofenac sodium) Take 1 tablet by mouth twice a day
Spiriva with HandiHaler 18 mcg capsule, w/inhalation device (tiotropium bromide) Inhale 1 capsule using inhaler once a day
fluconazole 150 mg tablet (fluconazole) Take 1 tablet today, may repeat in 3 days if needed
Lactobacillus acidophilus 1 billion cell tablet (lactobacillus acidophilus) 1 tablet by mouth
Xolair 75 mg/0.5 mL syringe (omalizumab) 2 once every two weeks
Vitamin D3 25 mcg (1,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet once a day
OneTouch Ultra Test strip (blood sugar diagnostic) TEST SUGARS 2 TO 4 TIMES PER DAY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take one to two every four hours as needed for anxiety

CONFIDENTIAL
COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (

*March 3, 2022*
Page 3
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

CONFIDENTIAL

**Patient Instructions**
**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

**Psychiatric Medication Check Progress Note**
**Previous Session No.**
One (02/16/2021 4:02:38 PM)
**Session:** One

**SUBJECTIVE:** doing well

**OBJECTIVE:** says she is sober
seen via teams
she reports having anxiety, restless legs
does not want to take clonidien as it does not do any thing
says she is on lonng term disability and has applied for SSI
wants to keepminipress, cymbalta, topamax
no SI

**ASSESSMENT:** PTSD
substance use disorder

**PLAN:** discont clonidine
cont topamax, minipress, cymbalta
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

---



**Psychological First Aid**

**Age:** 53 Years Old
**Home Phone#:**
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status:**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

CONFIDENTIAL

Electronically signed by Yogesh C Pareek MD on 01/28/2022 at 2:12 PM

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3863

*March 3, 2022*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**12/01/2021 - BH Progress Notes: Staffing Note-90 day**
**Provider: Rachel A Seegers BA CSAC NCAC I**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Staffing Note-ATODA**

**Primary Care Physician:** Crabb **Referral Source:** Self-referred
**Original Initial Treatment Plan Date:** 06/04/2021
**Type of Staffing Note:** 90 Day
**Diagnosis:**

Cocaine use disorder- moderate (DSM 5-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5-304.30) (ICD10-F12.20)
**Last Treatment Plan Date:** 06/04/2021

CONFIDENTIAL

**Results of LOCI: Level II.1**
**Individual's Progress:** Individual was transfered to Writer on 7/12/2021. Mental Health provider reached out to Writer expressing Individual's desire for residential treatment services, Writer followed up on 8/4/2021. Due to Indivdual not feeling well ROI were mailed to her home with a return envelope- these were never returned. On 8/5/2021 Individual reached out to Writer stating she is committed to residential treatment as she recently consumed alcohol. Writer informed ROI are needed to move forward with treatment services. Individual no showed her session on 10/13/2021. Individual reached out stating she is trying to get sober and discussed her ATODA counselor from the Darjune Project. Individual remains sick at this time and states her lungs are not well and talking hurts. Individual stated she would schedule a session when she is not so sick. Writer has not heard from Individual since 11/1/2021. A 10 day letter has been sent.
I have reviewed the Individuals current treatment plan and progress. I agree with the amendments noted. Signed by Treatment team members present.

COPY

**Electronically signed by Rachel A Seegers BA CSAC NCAC I on 12/01/2021 at 11:01 AM**
**Electronically signed by Scott Lalonde MSW CSAC on 12/14/2021 at 2:27 PM**
**Electronically signed by Yogesh C Pareek MD on 12/14/2021 at 2:27 PM**
**Electronically signed by Ernest Allard MS CSAC on 12/14/2021 at 2:28 PM**
**Electronically signed by Carmen D Collier MS LPC CSAC on 12/14/2021 at 2:29 PM**
**Electronically signed by Mari J Kriescher MS LPC CSAC ICS on 12/14/2021 at 2:30 PM**

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, **Kirsten Van Dyke**, records' technician for Oneida Nation Health Center - Behavioral Health located at 2640 West Point Road, Green Bay, WI 54304 certify the attached are the best possible, accurate, legible, duplicate health care provider records for this facility. The records being released consist of the following:

__X__ PSYCHIATRIC PROGRESS NOTES FROM **01/28/2022** TO **02/25/2022**

__X__ MENTAL HEALTH PROGRESS NOTES FROM **02/01/2022** TO **02/10/2022**

__1__ A.T.O.D.A. STAFFING NOTE(S)

THIS PACKET HAS 04 ORIGINAL PAGES
AND 13 PHOTOCOPIED RECORD PAGE(S)
WHICH EQUALS 17 TOTAL PAGES

Kirsten Van Dyke – Records' Technician

MARI KRIESCHER-MS, MAC, LPC, CSAC, ICS

3/3/2022
DATE

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-2780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: LINCOLN FINANCIAL GROUP** **ATTN: LEIZL OLANDA**

**FAX#: (213) 884 - 4921** **DATE:** 3/3/2022

**PERSON SENDING FAX: KIRSTEN/ RECORDS TECH.** **#OF PAGES:** 17
**INLCUDING COVER SHEET)**

**SUBJECT: S. HERNANDEZ/ DOB:**

**COMMENTS: CONFIDENTIAL RECORDS ATTACHED**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**
The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

0800155LFPESSD; 0001882

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5638
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ______

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

## Request Information

Report Date: March 3, 2022

**RP ID:** 9008178

Patient Name: HERNANDEZ, SERENA L

Provider Name: ONEIDA BEHAVIORAL HEALTH

## Quality Assurance Information

Scope Requested: **From December 2, 2021 to Present**

Special Request:

Please provide medical records within the time frame -
Seen By: ONEIDA BEHAVIORAL HEALTH

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MSAMS

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

March 3, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial Group. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

To date we have not received a response to our request. Please provide us proof of your application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative s contact information for future requests of information and/or updates.

You may forward this information to my attention at:

The address in the above letterhead
Fax Number: (603) 334-0380, or
Email: Kelsey.Nemeth@lfg.com

Should you have any questions regarding this matter, feel free to contact me at (844) 384-5858 Ext. 59560.

If you do not complete that application and provide proof of the application by (30 days), your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (603) 334-0380

ReleasePoint

## Medical Record Overview

**Date:** **February 21, 2022**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** ONEIDA COMMUNITY HEALTH CENTER
PO BOX 365
ONEIDA, WI
(920) 869-2711

**RP ID:** 8925015

**Client ID:** 10970673

**Source:** L-CLTMJR

**Request Scope:** From October 1, 2021 to Present

**Req By:**

**Chart Range:** 10/01/2021 - 02/04/2022

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 1 2021 | Feb 4 2022 | 17 | 2 |
| Request Corr. | | | 3 | 19 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

Polyethylene Glycol 3350 17 Gram/dose Powder (Polyethylene glycol 3350) ..... 1 capsule four times a day
Docusate Sodium 100 Mg Capsule (Docusate sodium) ..... Take by mouth as needed

Orders:
99213 Estab Level 3 20-29 Min (CPT-99213)
Total time spent today on this encounter, including pre-visit review of separately obtained history, face-to-face interaction performing medically appropriate exam, patient counseling/education, interpretation of diagnostic results, care coordination and documentation was 20 minutes.

**Medications Added to Medication List This Visit:**
1) Magnesium Citrate Solution (Magnesium citrate) .... Drink 1/2 bottle and follow with large amounts of water - repeat in 2 hours if no resulting bm

**Other Orders:**
Fluarix Quadrivalent Intramuscular Suspension Prefilled Syringe 0.5 ML (CPT-90686)
First Vx - Ix admin via ID IM or jet injects without counseling by physician (CPT-90471)

**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 8
Vaccination: Fluarix Quadrivalent Intramuscular Suspension Prefilled Syringe 0.5 ML
Mfr / Lot# / Exp.Date: GlaxoSmithKline / 379TF / 6/30/2022
Amt. Given / Route / Site: 0.5 mL / IM / Left Deltoid
NDC / CVX: 58160088752 / 150
Administered Date: 2/4/2022 13:51
VFC Eligibility: Not VFC eligible
Funding Source: Private Funds
VIS Date: 8/6/2021
VIS Given / VIS Given On: Yes / 2/4/2022
Comments:
Administered by: Johnson RN, Susan M

**TB Skin Test**
*Screening Information*

**Orders Added:**
1) 99213 Estab Level 3 20-29 Min [CPT-99213]
2) Fluarix Quadrivalent Intramuscular Suspension Prefilled Syringe 0.5 ML [CPT-90686]
3) First Vx - Ix admin via ID IM or jet injects without counseling by physician [CPT-90471]

**Patient Instructions:**
1) Schedule a follow up if symptoms worsen.

**Medications:**
Added new medication of magnesium citrate solution (magnesium citrate) drink 1/2 bottle and follow with

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

large amounts of water - repeat in 2 hours if no resulting BM - Signed
Rx of magnesium citrate solution (magnesium citrate) drink 1/2 bottle and follow with large amounts of water - repeat in 2 hours if no resulting BM; #1 each x 0; Signed; Entered by: Lori B Thiry APNP NP-C; Authorized by: Lori B Thiry APNP NP-C; Method used: Electronically to ONEIDA HLTH CTR PHARMACY 525 AIRPORT ROAD, ONEIDA, WI 54155, Ph: (920) 869-4826 Fax: (920) 869-1785,

**Prescriptions:**
magnesium citrate solution (magnesium citrate) drink 1/2 bottle and follow with large amounts of water - repeat in 2 hours if no resulting BM #1 each x 0
Entered and Authorized by: Lori B Thiry APNP NP-C
Electronically signed by: Lori B Thiry APNP NP-C on 02/04/2022
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY 525 AIRPORT ROAD, ONEIDA, WI 54155, Ph: (920) 869-4826 Fax: (920) 869-1785

RxID: 1959600317861840

**Electronically signed by Lori B Thiry APNP NP-C on 02/04/2022 at 1:58 PM**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 1
Office Visit

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

**02/01/2022 - Office Visit: circulatory concerns/multiple other-aggitation**
**Provider: Michele Ann Kreft APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

**Visit Type:** Call In
**Primary Provider:** Candice L Crabb APNP FNP-BC

**History of Present Illness:**
53 Y/O female Patient here today with c/o three purple toes on her right foot for an unknown amout of time. Patient was scheduled a few days ago, and arrived late, so was given this appt by Linda T- DON. Pateint states she had right knee surgery in June 2021 due to her "bursa exploding", after she ended up getting MRSA in that surgical site.She reports pain to her feet and restlessness, again unsure for how long. She states she doesnt know if she followed up with the doctor that did her surgery, "but I dont want to". She reports her rt 2nd, 3rd, and 4th toes turning purple after being on her feet all day long and smoking cigerettes. Also reports her feet feel cold however when she touches them they feel warm. Pt reports that she also just gave up cigerettes cold turkey. She goes on to report that she needs her lungs taking care of, also reports that she needs "rehab from having Covid back in August", and speaks about going to PT. Pt redirected back to reason for todays visit. She then states my legs are really bothering me, causing me difficulty walking, "so I would like a walker". I did examine her feet, and attempted to ask questions as it looks like she has a history of neuropathies and restless leg, however response from patient is "I do not know". I also attempted to explain that I did not think she needed a walker and why, when patient cuts me off stating "I am asking for your help I think you should give me what I want". Every time I tried to have a conversation patient would cut me off stating "I am trying to speak respectfully to you, please do the same to me". After several attempts to explain what I thought was going on with her feet and why I did not feel a walker was the appropriate treatment, patient states and why am I here if not going to give me what I want. She states she has a recovery team working on getting her into the Jackie Nitschke Center. when I inquired further, she states that was none of my business. I went on again multiple times trying to explain what I thought was going on with her feet and how I thought her recovery from crack should be her main focus, however patient continues to cut me off, not allowing me to talk to her about a plan of care. When I inquired about whether she is taking her medications for her lungs patient states "that is none of your business". Unsure when she is followed up with pulmonology last.

## Past Medical History:
Reviewed history from 05/10/2021 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 2
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

Eye exam 3/18/20- no DR

## Past Surgical History:

Reviewed history from 05/10/2021 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:

**Family History Reviewed:** 02/01/2022
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

**Legacy Family History Notes:** Father deceased age 65 MI

## Social History Summary:

states she is 1 week off crack and cig. States she has a recovery team working with her on

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 65.5 inches (166.37 cm) |
| Weight: | 263.38 pounds |
| BMI: | 43.16 |
| Temp: | 98.1 degrees F oral |
| Pulse rate: | 88 / minute |
| Pulse rhythm: | regular |
| Resp: | 22 per minute |
| O2 Sat: | 98 % on room air |
| BP sitting: | 144 / 98 (right arm) |
| Cuff size: | large |
| Pt. in pain? | yes |
| Location: | right knee |

Vitals Entered By: Lane L Bozeman CMA (February 1, 2022 11:04 AM)

96 (03/16/2015 2:06:15 PM)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 3
Office Visit

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

Do you feel safe with your caregiver? yes

**Problems:**
Problems were reviewed with the patient during this visit.
Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Medications were reviewed with the patient during this visit.
Minipress 2 mg capsule (prazosin) Take 2 capsule by mouth every night
OneTouch Delica Plus Lancet 33 gauge 33 gauge (lancets) TEST BLOOD SUGARS 2 TO FOUR TIMES PER DAY
Topamax 100 mg tablet (topiramate) Take 1/2 tablet by mouth twice a day
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning
acetaminophen 500 mg tablet (acetaminophen) TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
montelukast 10 mg tablet (montelukast) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 4
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed
* acapella flutter valve Use 1 device as directed three times a day
valacyclovir 1 gram tablet (valacyclovir) Take 1 tablet by mouth twice a day
* acetaminophen 500 mg capsule (acetaminophen) Take 1 capsule by mouth four times a day
Medrol (Pak) 4 mg tablets,dose pack (methylprednisolone) Take 1 tablet by mouth as directed Take as directed
ivermectin 3 mg tablet (ivermectin) Take 7 tablet by mouth twice a week Take 7 pills today and then in three days.
ProAir HFA 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) Inhale 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
zinc gluconate 50 mg tablet (zinc gluconate) Take 1 tablet by mouth once a week
hydrocortisone 2.5% ointment (hydrocortisone) Apply to skin twice a day as needed
medroxyprogesterone 10 mg tablet (medroxyprogesterone) Take 1 tablet once a day
hydrocortisone acetate 25 mg suppository (hydrocortisone acetate) Insert 1 suppository rectally every eight hours as needed
loratadine 10 mg tablet (loratadine) Take 1 tablet by mouth once a day
polyethylene glycol 3350 17 gram/dose powder (polyethylene glycol 3350) 1 capsule four times a day
olopatadine 0.2% drops (olopatadine) Use 1 drop into both eyes once a day
Children's Saline Nasal Spray 0.65% aerosol,spray (sodium chloride) Use three times a day
Advair Diskus 500-50 mcg/dose blister with device (fluticasone propion-salmeterol) Inhale 1 puff using inhaler twice a day
Nexium 20 mg capsule,delayed release(DR/EC) (esomeprazole magnesium) Take 1 capsule by mouth once a day
lidocaine 5% adhesive patch,medicated (lidocaine) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
* METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) Take 1-2 tablet four times a day as needed
hydrocortisone 1% cream (hydrocortisone) Apply twice a day as needed
epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed
docusate sodium 100 mg capsule (docusate sodium) Take by mouth as needed
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization (albuterol sulfate) Administer every four to six hours as needed
diclofenac sodium 75 mg tablet,delayed release (DR/EC) (diclofenac sodium) Take 1 tablet by mouth twice a day
Spiriva with HandiHaler 18 mcg capsule, w/inhalation device (tiotropium bromide) Inhale 1 capsule using inhaler once a day
fluconazole 150 mg tablet (fluconazole) Take 1 tablet today, may repeat in 3 days if needed
Lactobacillus acidophilus 1 billion cell tablet (lactobacillus acidophilus) 1 tablet by mouth
Xolair 75 mg/0.5 mL syringe (omalizumab) 2 once every two weeks
Vitamin D3 25 mcg (1,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet once a day
OneTouch Ultra Test strip (blood sugar diagnostic) TEST SUGARS 2 TO 4 TIMES PER DAY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take one to two every four hours as needed for anxiety

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 5
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

## Risk Factors-CCC with prev:

Smoked Tobacco Use: Former smoker
  Year Quit: 2014
  Years Since Last Quit: 8
  Year Started: 1986
Smokeless Tobacco Use: Former
  Year Quit: 2013
  Years Since Last Quit: 9
Counseled to Not Smoke: yes
Passive Smoke Exposure: no
HIV High Risk Behavior: no
Caffeine Use: 0 drinks per day
Exercise: yes
  Times/wk: 5
  Type of Exercise: walking
Seatbelt Use: 100 %
Sun Exposure: rarely

Dietary Counseling: yes

Alcohol Use: no

Drug Use: no

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 6
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

## Review of Systems

See HPI

## Physical Exam

**General:**
well developed, well nourished, in mild distress.feet are noted to be in constant motion
**Head:**
normocephalic and atraumatic.
**Msk:**
no deformity or scoliosis noted of thoracic or lumbar spine.
**Pulses:**
Normal posterior tibial pulses and dorsalis pedis pulses bilaterally
**Extremities:**
no clubbing, cyanosis, edema, or deformity noted with normal full range of motion of all joints. skin on rt foot noted to be pale, but warm and dry. tonenails thicked on rt foot, not left\
no cyanosis noted-unable to assess cap refill d/t thickened nails
**Neurologic:**
Attempted bilateral monofilament testing, patient states she can "feel some of it"
**Psych:**
alert and agitated, in constant physical motion, and freqently verbally interuptive.

**Blood Pressure:**
**Today's BP:** 144/98 mm Hg

## Impression & Recommendations:

**Problem # 1:** Impaired circulation of right leg (ICD-459.89) (ICD10-I99.8)
Today's exam shows no cyanosis however foot is pale and dry, nails are thickened on the right foot only. Looking back it appears she has a history of neuropathies as well as surgery on that right knee with complications. Patient's concern is more so when she is on her feet all day and smoking that her toes turn purple. I have no doubt she has circulatory compromise of the right leg given her right knee history and surgery as well as her extensive smoking history and history of COPD. Patient is also very restless and fidgety. It appears she has seen neurology in the past for possible neuropathies, she is also worked with Dr. Van Dorp regarding her back issues. It appears patient has been lost to follow-up after seeing these providers and she states she does not want to return to Dr. Dunker who did her knee surgery.Unforunatley we were able to continue discussion as pt become argumentative when I said I did not think she needed a walker, so the appointment was ended. Patient should follow-up as needed
Orders:
99213 Estab Level 3 20-29 Min (CPT-99213)

**Problem # 2:** Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)

Orders:
99213 Estab Level 3 20-29 Min (CPT-99213)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 7
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**TB Skin Test**
*Screening Information*

**Orders Added:**
1) 99213 Estab Level 3 20-29 Min [CPT-99213]

**Medications:**
Removed medication of * acetaminophen 500 mg capsule (acetaminophen) Take 1 capsule by mouth four times a day ; Route: BY MOUTH; Stop Date: 02/01/2022 - Signed
Removed medication of fluconazole 150 mg tablet (fluconazole) Take 1 tablet today, may repeat in 3 days if needed; Stop Date: 02/01/2022 - Signed
Removed medication of ivermectin 3 mg tablet (ivermectin) Take 7 tablet by mouth twice a week Take 7 pills today and then in three days.; Route: BY MOUTH; Stop Date: 02/01/2022 - Signed
Removed medication of Xolair 75 mg/0.5 mL syringe (omalizumab) 2 once every two weeks ; Stop Date: 02/01/2022 - Signed
Removed medication of Medrol (Pak) 4 mg tablets,dose pack (methylprednisolone) Take 1 tablet by mouth as directed Take as directed; Route: BY MOUTH; Stop Date: 02/01/2022 - Signed

**Electronically signed by Michele Ann Kreft APNP FNP-BC on 02/01/2022 at 12:33 PM**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page **1**
Phone Consult

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**10/01/2021 - Phone Consult**
**Provider: David Danby MD**
**Location of Care: Oneida Community Health Center**

**This visit was performed remotely with this patient.**

**Patient Details**
**Patient Phone #:** (920) 413-8560
**Patient Email Address:** shernandez068@yahoo.com
**Patient consented for audio or video type visit:** Yes

**Visit Details**
**Start Time:** 4:06 PM
**End Time:** 5:05 PM
**Primary Provider:** Candice L Crabb APNP FNP-BC
**Telemedicine Provider:** David Danby MD
**Location of Provider:** Primary Care Office
**Location of Patient:** Home
**Who Participated:** Patient and boyfriend,

**Visit Notes**
**Chief Complaints or Symptoms:**
Pt needs a letter for the center for Self sufficiency clarifying the recent illness, per her scheduling phone note..

**HPI/Subjective:**
the patient notes she no longer needs a letter , as they received her medical records and her certification is complete.
she has a number of other issues to address.
- she gets SOB with walking and would like a wheeled walker.
we discuss that DME requires a face to face visit specific to the mobility issues . subsequently, a review of the record shows one was dispensed in
January of 2020.
- there was an issue with a knee bursae, recently drained , that progressed on to a MRSA. infection. that is resolved now but she did not do well with the surgeon. She is not comfortable discussing a walker with him.
- she was on the xolair, a biologic asthma medication from the pulmonologist. it had been working well. she is not sure why , but now she is on Fasenra , which she feels is not working as well. we discuss that these are medications that pulmonologists use , but that we in family medicine do not . She will contact pulmonology to discuss the difference and see if she could go back on the Xolair
- reports headaches which she calls
' migraines". she never had them before the covid, but gets them 1-2 x weekly since.she will try the scheduled tylenol for a few days and could callin for an appointment for a therapeutic trial of oral sumatriptan,on site. the headaches only have photophobia, and phonophobia, in common with classical migraine. seem to have a an occipital neuralgia component.

**Objective:**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 2
Phone Consult

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

she sounds Manic Her thought is rapidly jumping from issue to issue . she and the boyfriend are both exuberant speech is pressured but clear , she is using long, run on sentences with well over 25 syllables , is not SOB at all, seems to be moving about while on the call, based on background noise.
She and the "boyfriend" sound as though they are having a pretty good time.
a urine drug screen is not done today.

**Other Notes:**
they need to leave as their ride is here, and her car is broken
we are unable to full y evaluate and resolve any of the concerns because she continues to add more and more
She may benefit from UDS and an MDQ with additional behavioral health screening for bipolar if the UDS is normal.

**High Risk Assessement**
Age >= 65 **No**
BMI >= 40 **Yes**
Chronic Lung Disease (e.g. COPD, asthma, emphysema) **Yes**
Diabetes **Yes**
Hypertension **Yes**
Smoker (previous or current) **Yes**

**Problems:**
Added new problem of Polypharmacy (ICD-V58.69) (ICD10-Z79.899)

## Past Medical History:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 3
Phone Consult

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Primary Provider:** Candice L Crabb APNP FNP-BC

## Impression & Recommendations:

**Problem # 1:** Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
manic, see Telemed basic.
will need to follow up individually and focus on one issue at a time : gait, fatigue following covid, headaches .
her asthma treatment actually seems like it is working very well.

Orders:
99215 Estab Level 5 40-54 Min (CPT-99215)

**Problem # 2:** Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
In list is reviewed there are over 40 items on it
We discussed some of the medications she may have been able to use for headache states she is not using Lyrica has not been on it for some time so that is removed from her list as it is a duplicate of the EpiPen.
Given the concerns for substance abuse in addition to the prescription medications she has on the rather extensive list she should start a process of weaning down. A good first step would be to contact pharmacy, and see which medication she is actually had filled has been using in recent months,and removing those that are not in active use

Total time of this visit was 45 minutes with greater than 1/2 in counseling on complications, risk reduction, and basic care components. Labs were reviewed. Patient has good understanding.

Orders:
99215 Estab Level 5 40-54 Min (CPT-99215)

## Medications:

Removed medication of Lyrica 50 mg capsule (pregabalin) Take 1 capsule three times a day ; Stop Date: 10/01/2021 - Signed
Removed medication of epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed ; Stop Date: 10/01/2021 - Signed

**Electronically signed by David Danby MD on 10/01/2021 at 5:28 PM**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 1
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**02/04/2022 - Office Visit: constipation concerns**
**Provider: Lori B Thiry APNP NP-C**
**Location of Care: Oneida Community Health Center**

**Primary Provider:** Candice L Crabb APNP FNP-BC

**History of Present Illness:**
Pt here with ongoing concerns with constipation. Pt given Bentyl which she says does help. Pt concerned abut bleeding with bowel movements so she's afraid to go now. She had enema in ER which helped only a tiny bit.

## Past Medical History:

Reviewed history from 02/01/2022 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:

Reviewed history from 02/01/2022 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

[Family History-CCC]

## Vital Signs:

Patient Profile: 53 Years Old Female
Height: 65.5 inches (166.37 cm)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 2
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

| | |
|---|---|
| Temp: | 97.3 degrees F oral |
| Pulse rate: | 80 / minute |
| Pulse rhythm: | regular |
| Resp: | 24 per minute |
| BP sitting: | 138 / 90 (right arm) |
| Cuff size: | large |

Pt. in pain? yes

Vitals Entered By: Susan M Johnson RN (February 4, 2022 1:01 PM)

96 (03/16/2015 2:06:15 PM)

**Problems:**
Problems were reviewed with the patient during this visit.
Impaired circulation of right leg (ICD-459.89) (ICD10-I99.8)
Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*
Page 3
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Medications were reviewed with the patient during this visit.
Minipress 2 mg capsule (prazosin) Take 2 capsule by mouth every night
OneTouch Delica Plus Lancet 33 gauge 33 gauge (lancets) TEST BLOOD SUGARS 2 TO FOUR TIMES PER DAY
Topamax 100 mg tablet (topiramate) Take 1/2 tablet by mouth twice a day
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning
acetaminophen 500 mg tablet (acetaminophen) TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY
montelukast 10 mg tablet (montelukast) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed
* acapella flutter valve Use 1 device as directed three times a day
valacyclovir 1 gram tablet (valacyclovir) Take 1 tablet by mouth twice a day
ProAir HFA 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) Inhale 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
zinc gluconate 50 mg tablet (zinc gluconate) Take 1 tablet by mouth once a week
hydrocortisone 2.5% ointment (hydrocortisone) Apply to skin twice a day as needed
medroxyprogesterone 10 mg tablet (medroxyprogesterone) Take 1 tablet once a day
hydrocortisone acetate 25 mg suppository (hydrocortisone acetate) Insert 1 suppository rectally every eight hours as needed
loratadine 10 mg tablet (loratadine) Take 1 tablet by mouth once a day
polyethylene glycol 3350 17 gram/dose powder (polyethylene glycol 3350) 1 capsule four times a day
olopatadine 0.2% drops (olopatadine) Use 1 drop into both eyes once a day
Children's Saline Nasal Spray 0.65% aerosol,spray (sodium chloride) Use three times a day
Advair Diskus 500-50 mcg/dose blister with device (fluticasone propion-salmeterol) Inhale 1 puff using inhaler twice a day
Nexium 20 mg capsule,delayed release(DR/EC) (esomeprazole magnesium) Take 1 capsule by mouth once a day
lidocaine 5% adhesive patch,medicated (lidocaine) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
* METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) Take 1-2 tablet four times a day as needed
hydrocortisone 1% cream (hydrocortisone) Apply twice a day as needed
epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed
docusate sodium 100 mg capsule (docusate sodium) Take by mouth as needed
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization (albuterol sulfate) Administer every four to six hours as needed
diclofenac sodium 75 mg tablet,delayed release (DR/EC) (diclofenac sodium) Take 1 tablet by mouth twice a day
Spiriva with HandiHaler 18 mcg capsule, w/inhalation device (tiotropium bromide) Inhale 1 capsule using inhaler once a day
Lactobacillus acidophilus 1 billion cell tablet (lactobacillus acidophilus) 1 tablet by mouth
Vitamin D3 25 mcg (1,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet once a day
OneTouch Ultra Test strip (blood sugar diagnostic) TEST SUGARS 2 TO 4 TIMES PER DAY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take one to two every four hours as needed for anxiety

**Allergies:**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

## Risk Factors-CCC with prev:

Smoked Tobacco Use: Former smoker
Year Quit: 2014
Years Since Last Quit: 8
Year Started: 1986
Smokeless Tobacco Use: Former
Year Quit: 2013
Years Since Last Quit: 9
Counseled to Not Smoke: yes
Passive Smoke Exposure: no
HIV High Risk Behavior: no
Exercise: yes

Alcohol Use: no

Drug Use: no

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*February 21, 2022*

Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

## Review of Systems

**General**

Denies fever, chills, sweats, anorexia, fatigue and weight loss.

**GI**

**Complains of abdominal pain, abdominal bloating and constipation.**
Denies nausea and vomiting.
Notes bright red blood when straining to have a bowel movement

**GU**

**Complains of inability to control bladder.**

## Physical Exam

**General:**
well developed, well nourished, in no acute distress.
**Lungs:**
Faint, few inspiratory wheezes otherwise no rales.
**Heart:**
regular rhythm.
**Abdomen:**
normal bowel sounds; no hepatosplenomegaly no ventral,umbilical hernias or masses noted.
**Rectal:**
external hemorrhoid.
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration.

**Blood Pressure:**
**Today's BP:** 138/90 mm Hg

## Impression & Recommendations:

**Problem # 1:** Constipation (ICD-564.00) (ICD10-K59.00)
53-year-old female patient presents for follow-up from 2 recent ER visits. Patient was seen on 2/2/2022 at Bellin emergency room. She presented there with complaints of constipation. Patient had an extensive work-up with multiple screening labs along with a CT scan of the abdomen. Final disposition was that of constipation. Please see hospital records in epic along with records from her ER visit yesterday to St. Vincent's. Patient again presented with complaints of constipation.
Patient is nontoxic-appearing. Physical exam is benign. With her complaints of rectal bleeding I did do a visual of her rectum and there is one hemorrhoid that is not inflamed or thrombosed.
Patient tells me she had a tooth pulled last week and was provided with either Tylenol 3 or hydrocodone. Shortly after that she found herself struggling with constipation. She is advised to avoid any further narcotic use. Patient should take magnesium citrate as directed
Patient verbalized understanding and is in agreement with treatment plan of taking the magnesium citrate at home.
Her updated medication list for this problem includes:
Magnesium Citrate Solution (Magnesium citrate) ..... Drink 1/2 bottle and follow with large amounts of water - repeat in 2 hours if no resulting bm

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**ONEIDA COMMUNITY HEALTH CENTER**
**PO BOX 365**
**MEDICAL RECORDS**
**ONEIDA, WI 54155**

Date: Feb 9, 2022

**Re: Long Term Disability Benefits**
Claim# 8925015 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ONE181

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From October 1, 2021 to Present**
- Seen By: ONEIDA COMMUNITY HEALTH CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1300
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Quality Assurance Report

## Request Information

Report Date: February 21, 2022

**RP ID:** 8925015

Patient Name: HERNANDEZ, SERENA

Provider Name: ONEIDA COMMUNITY HEALTH CENTER

## Quality Assurance Information

Scope Requested: **From October 1, 2021 to Present**

Special Request:
- Seen By: ONEIDA COMMUNITY HEALTH CENTER

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

February 10, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Please see the attached correspondence.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (603) 334-0380

Attachments: 10970673-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-01.26.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

January 27, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 26, 2022, we requested medical records from your providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2021 through present from Oneida Behavioral Health

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by March 11, 2022:

X Claimant Information Form
__ Other

On January 26, 2022, we attempted to contact you at (920) 413-8560. However, we were unable to reach you and unable to leave a message for you.

We need to speak with you about your disability claim. Please call us by March 11, 2022 at the

number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include, but are not limited to:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Integrated Benefits Incorporated (IBI), a Social Security claimant representative. IBI specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by IBI.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Charter Communication, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 75 days from the date of this letter, April 10, 2022.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 75-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same

amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by March 11, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by April 10, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 10, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047
Email: DisabilityDocuments@lfg.com

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return To:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ____________________________

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 556-3278 x59560
Fax No.: (260) 455-9047

## Social Security Assistance Program Vendor Referral

Vendor: Other

| | | | |
|---|---|---|---|
| Claim #: | 10970673 | Employer Name: | CHARTER COMMUNICATIONS, I NC |
| Claimant Name: | SERENA HERNANDEZ | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | |
| | | Claimant DOD: | 8/15/2020 |
| | | Claimant Tel. #: | |
| City: | | Marital Status: | D |
| State: | Zip: | | |
| Diagnosis: | Post-traumatic stress disorder, chronic | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Spouse DOB: | | Funding: | FI: | YES | ASO: | NO |
| Number of Children < 19: | | SS Offset: | Primary: | NO | Family: | NO |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | None | Claim Status: | AP |
| Date of Last Denial: | | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | NO | Voc/Rehab Review: | NO |
| TE&E: | NO | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | NO |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

Please contact claimant for initial filing.

Services Requested By: Kelsey Nemeth  Date: Wednesday, February 9, 2022

ReleasePoint

**Medical Record Overview**

**Date:** **January 27, 2022**

**Patient Name:** HERNANDEZ, SERENA L

**Records From:** ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
GREEN BAY, WI 54304
(920) 490-3790

**RP ID:** 8872107

**Client ID:** 10970673

**Source:** L-CLTMJR

**Request Scope:** From June 2, 2021 to Present

**Req By:** K NEMETH
04444809

**Chart Range:** 06/04/2021 - 10/26/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 4 2021 | Oct 26 2021 | 9 | 2 |
| Request Corr. | | | 3 | 11 |

**Total Page Count:** 12

**Notes From QC:**

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, **Kirsten Van Dyke**, records' technician for Oneida Nation Health Center - Behavioral Health located at 2640 West Point Road, Green Bay, WI 54304 certify the attached are the best possible, accurate, legible, duplicate health care provider records for this facility. The records being released consist of the following:

__2__ A.T.O.D.A. STAFFING NOTE(S)

__X__ MOST RECENT PSYCHIATRIC PROGRESS NOTE DATED **10/26/2021**

__1__ A.T.O.D.A. TREATMENT PLAN

THIS PACKET HAS __4__ ORIGINAL PAGES
AND __8__ PHOTOCOPIED RECORD PAGE(S)
WHICH EQUALS __12__ TOTAL PAGES

Kirsten Van Dyke – Records' Technician

MARI KRIESCHER-MS, MAC, LPC, CSAC, ICS

1/27/22
DATE

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*January 27, 2022*
Page 4
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 305-2598
Ins: ForwardHealth Medical

**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Medications:**
Added new medication of Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning ; Route: BY MOUTH - Signed
Removed medication of Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) 1 every morning ; Stop Date: 10/26/2021 - Signed
Rx of Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning ; #30 capsule x 3; Signed; Entered by: Yogesh C Pareek MD; Authorized by: Yogesh C Pareek MD; Method used: Electronically to WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387,

**Prescriptions:**
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning #30 capsule x 3
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 10/26/2021
Method used: Electronically to
WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387

RxID: 1950880938634310

**Electronically signed by Yogesh C Pareek MD on 10/26/2021 at 3:22 PM**

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**12/01/2021 - BH Progress Notes: Staffing Note-90 day**
**Provider: Rachel A Seegers BA CSAC NCAC I**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Staffing Note-ATODA**

**Primary Care Physician:** Crabb **Referral Source:** Self-referred
**Original Initial Treatment Plan Date:** 06/04/2021
**Type of Staffing Note:** 90 Day
**Diagnosis:**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)
**Last Treatment Plan Date:** 06/04/2021

**Results of LOCI: Level II.1**
**Individual's Progress:** Individual was transfered to Writer on 7/12/2021. Mental Health provider reached out to Writer expressing Individual's desire for residential treatment services, Writer followed up on 8/4/2021. Due to Indivdual not feeling well ROI were mailed to her home with a return envelope- these were never returned. On 8/5/2021 Individual reached out to Writer stating she is committed to residential treatment as she recently consumed alcohol. Writer informed ROI are needed to move forward with treatment services. Individual no showed her session on 10/13/2021. Individual reached out stating she is trying to get sober and discussed her ATODA counselor from the Darjune Project. Individual remains sick at this time and states her lungs are not well and talking hurts, Individual stated she would schedule a session when she is not so sick. Writer has not heard from Individual since 11/1/2021. A 10 day letter has been sent.
I have reviewed the individuals current treatment plan and progress. I agree with the amendments noted. Signed by Treatment team members present.

**Electronically signed by Rachel A Seegers BA CSAC NCAC I on 12/01/2021 at 11:01 AM**
**Electronically signed by Scott Lalonde MSW CSAC on 12/14/2021 at 2:27 PM**
**Electronically signed by Yogesh C Pareek MD on 12/14/2021 at 2:27 PM**
**Electronically signed by Ernest Allard MS CSAC on 12/14/2021 at 2:28 PM**
**Electronically signed by Carmen D Collier MS LPC CSAC on 12/14/2021 at 2:29 PM**
**Electronically signed by Mari J Kriescher MS LPC CSAC ICS on 12/14/2021 at 2:30 PM**

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041
Home: (
Ins: ForwardHealth Medical

**10/26/2021 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Problems:**
Polypharmacy (ICD-V58.69) (ICD10-Z79.899)
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01 419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Cymbalta 60 mg capsule,delayed release(DR/EC) (duloxetine) Take 1 capsule by mouth every morning
acetaminophen 500 mg tablet (acetaminophen) TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY

montelukast 10 mg tablet (montelukast) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed
* acapella flutter valve Use 1 device as directed three times a day
valacyclovir 1 gram tablet (valacyclovir) Take 1 tablet by mouth twice a day
* acetaminophen 500 mg capsule (acetaminophen) Take 1 capsule by mouth four times a day
Medrol (Pak) 4 mg tablets,dose pack (methylprednisolone) Take 1 tablet by mouth as directed Take as directed
ivermectin 3 mg tablet (ivermectin) Take 7 tablet by mouth twice a week Take 7 pills today and then in three days.
ProAir HFA 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) Inhale 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
zinc gluconate 50 mg tablet (zinc gluconate) Take 1 tablet by mouth once a week
hydrocortisone 2.5% ointment (hydrocortisone) Apply to skin twice a day as needed
medroxyprogesterone 10 mg tablet (medroxyprogesterone) Take 1 tablet once a day
hydrocortisone acetate 25 mg suppository (hydrocortisone acetate) Insert 1 suppository rectally every eight hours as needed
loratadine 10 mg tablet (loratadine) Take 1 tablet by mouth once a day
polyethylene glycol 3350 17 gram/dose powder (polyethylene glycol 3350) 1 capsule four times a day
olopatadine 0.2% drops (olopatadine) Use 1 drop into both eyes once a day
Children's Saline Nasal Spray 0.65% aerosol,spray (sodium chloride) Use three times a day
Advair Diskus 500-50 mcg/dose blister with device (fluticasone propion-salmeterol) Inhale 1 puff using inhaler twice a day
Nexium 20 mg capsule,delayed release(DR/EC) (esomeprazole magnesium) Take 1 capsule by mouth once a day
lidocaine 5% adhesive patch,medicated (lidocaine) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
* METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) Take 1-2 tablet four times a day as needed
Minipress 2 mg capsule (prazosin) Take 2 every night
Topamax 100 mg tablet (topiramate) take one half (50mg) twice daily
hydrocortisone 1% cream (hydrocortisone) Apply twice a day as needed
epinephrine 0.3 mg/0.3 mL auto-injector (epinephrine) Inject as needed
docusate sodium 100 mg capsule (docusate sodium) Take by mouth as needed
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization (albuterol sulfate) Administer every four to six hours as needed
diclofenac sodium 75 mg tablet,delayed release (DR/EC) (diclofenac sodium) Take 1 tablet by mouth twice a day
Spiriva with HandiHaler 18 mcg capsule, w/inhalation device (tiotropium bromide) Inhale 1 capsule using inhaler once a day
fluconazole 150 mg tablet (fluconazole) Take 1 tablet today, may repeat in 3 days if needed
Lactobacillus acidophilus 1 billion cell tablet (lactobacillus acidophilus) 1 tablet by mouth
Xolair 75 mg/0.5 mL syringe (omalizumab) 2 once every two weeks
Vitamin D3 25 mcg (1,000 unit) tablet (cholecalciferol (vitamin d3)) Take 2 tablet once a day
OneTouch Delica Plus Lancet 33 gauge 33 gauge (lancets) TEST BLOOD SUGARS 2 TO FOUR TIMES PER DAY
OneTouch Ultra Test strip (blood sugar diagnostic) TEST SUGARS 2 TO 4 TIMES PER DAY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take one to two every four hours as needed for anxiety
clonidine HCl 0.1 mg tablet (clonidine hcl) TAKE 1 TABLET BY MOUTH TWICE A DAY

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*January 27, 2022*
Page 3
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

## Patient Instructions

**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

## Psychiatric Medication Check Progress Note

**Previous Session No.**
One (02/16/2021 4:02:38 PM)
**Session:** One

**SUBJECTIVE:** had COVID pneumonia

**OBJECTIVE:** seen on Teams, she is recovering from COVID pneumonia, had it even thought she had vaccine. Had a relapse fr a day a fw weeks ago, sober now. no SI, no psychosis

**ASSESSMENT:** PTSD, SUD

**PLAN:** cont cymbalta
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

## Psychological First Aid

**Age:** 53 Years Old
**Home Phone#:** (920) 413-8560
**Cell Phone#:** (920) 413-8560

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**07/12/2021 - BH Progress Notes: Staffing Note - Transfer**
**Provider: Elizabeth A Kelley BS CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Staffing Note-ATODA**

**Primary Care Physician:** Crabb **Referral Source:** Self-referred
**Original Initial Treatment Plan Date:** 06/04/2021
**Type of Staffing Note:** Transfer **Transfer to:** ATODA **Completion of Aftercare Recommendations:** No

**Diagnosis:**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)
**Last Treatment Plan Date:** 06/04/2021

**Results of LOCI: Level II.1**
**Individual's Progress:** Ms. Hernandez case is being transferred to Rachel Seegers due to writer's last day of employment being 7/23/21. Ms. Hernandez recently relapsed for 11 days straight and ended up in the emergency room at St. Mary's. Based on Ms. Hernandez recent relapse she would benefit from engaging in residential treatment at a facility of her choice.
I have reviewed the individuals current treatment plan and progress. I agree with the amendments noted. Signed by Treatment team members present.

**Electronically signed by Elizabeth A Kelley BS CSAC on 07/12/2021 at 8:32 AM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 07/13/2021 at 1:34 PM**
**Electronically signed by Rachel A Seegers BA, CSAC NCACI I on 07/13/2021 at 1:34 PM**
**Electronically signed by Danilo Paul Artez BSW CSAC on 07/13/2021 at 1:34 PM**
**Electronically signed by Scott Lalonde MSW CSAC on 07/13/2021 at 1:34 PM**
**Electronically signed by Kirsten R Van Dyke on 10/13/2021 at 1:39 PM**

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**06/04/2021 - BH Treatment Plan: BH Treatment Plan**
**Provider: Elizabeth A Kelley BS CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## ATODA Treatment Plan

**Admission Date:** ekelley 04/06/2021
**Referral Information:** Self-referred

**Initial Treatment Plan Date:** 06/04/2021
**Today's Treatment Plan Date:** 06/04/2021

**ATODA Current Problem(s):**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)

**RESULTS of LOCI:** Level II.1

**Description of Problems:** Completed AODA intake/assessment via Mircrosoft Teams due to COVID 19 precautions/restrictions. Writer reviewed with Ms. Hernandez the Informed Consent. Ms. Hernandez verbally agreed to the Informed Consent and agreed to complete her intake via video. Writer reviewed with Ms. Hernandez: Informed Consent, Initial Service Plan, Behavioral Health Fees, and Individual Participation Contract. Writer will fill out and mail to individual releases of information for her emergency contact and OCHC. Writer will mail to Ms.
Hernandez: Initial Service Plan, Behavioral Health Fees, and Individual Participation Contract. Ms. Hernandez is a self-referral.
**Description of Strengths at Intake:** "Creator, Big Book, and self."
Resilient, open, and honest.

**Goal One:** Sobriety
**Stage of Change One:** Preparation
**Intervention One:** Ms. Hernandez will engage in Discovery Group every Tuesday, Wednesday, and Thursday from 3:00 p.m. till 6:00 p.m. for a total of 18 group sessions. Ms. Hernandez will engage in individual counseling sessions one to four times per month. During individual sessions Ms. Hernandez will engage in psychoeducation on: emotional management, relapse prevention, identifying healthy coping skills, and identify triggers. Ms. Hernandez will transition to Journey Group once she completes Discovery Group. Ms. Hernandez will engage in Journey group every Wednesday from 5:00 p.m. till 8:00 p.m. for a total of 18 group sessions. Ms. Hernandez will complete one two three urinary drug screens per month. Ms. Hernandez will continue meeting with her sponsor daily for a total of one hour. Ms. Hernandez will continue to meet with her peer recovery coach daily for a total of one hour.

**Criteria for Discharge:** Criteria for discharge will be based upon individual self-report, writer's observations, and urinary drug screen results.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Electronically signed by Elizabeth A Kelley BS, CSAC on 06/09/2021 at 6:03 PM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 06/11/2021 at 8:40 AM**
**Electronically signed by Yogesh C Pareek MD on 06/11/2021 at 10:43 AM**
**Electronically signed by Mari J Kriescher MS LPC CSAC ICS on 06/11/2021 at 2:17 PM**

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: LINCOLN FINANCIAL GROUP**

**ATTN: CLAIMS PROCESSING**

**FAX#: 213-884-4921**

**DATE:** 1/27/2022

**PERSON SENDING FAX: KIRSTEN/ RECORDS TECH.**

**#OF PAGES: 12 INLCUDING COVER SHEET)**

**SUBJECT: S. HERNANDEZ / DOB:**

**COMMENTS: CONFIDENTIAL RECORDS ATTACHED**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

OD300155 LFPEBSD; 00081662

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I **understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I **understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth ____ Claim Number: 10070673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5658
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ________

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

**Request Information**

Report Date: January 27, 2022

**RP ID:** 8872107

Patient Name: HERNANDEZ, SERENA L

Provider Name: ONEIDA BEHAVIORAL HEALTH

**Quality Assurance Information**

Scope Requested: **From June 2, 2021 to Present**

Special Request:
Medical records - Seen By: ONEIDA BEHAVIORAL HEALTH

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

January 27, 2022

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 26, 2022, we requested medical records from your providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2021 through present from Oneida Behavioral Health

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by March 11, 2022:

_X_ Claimant Information Form
___ Other

On January 26, 2022, we attempted to contact you at (920) 413-8560. However, we were unable to reach you and unable to leave a message for you.

We need to speak with you about your disability claim. Please call us by March 11, 2022 at the

number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include, but are not limited to:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Integrated Benefits Incorporated (IBI), a Social Security claimant representative. IBI specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by IBI.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Charter Communication, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 75 days from the date of this letter, April 10, 2022.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 75-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same

amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by March 11, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by April 10, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 10, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047
Email: DisabilityDocuments@lfg.com

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return To:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: _______________________________________ DATE: _____________________________________**

**Lincoln Financial Group**
Group Protection

Sarah South, M. Ed.., CRC.
Vocational Rehabilitation Consultant

# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Serena Hernandez |
| **Claim Number:** | 10970673 |
| **Claims Case Manager:** | Kelsey Nemeth |
| **Employer:** | Charter Communications Inc. |
| **Date of Report:** | 12/30/21 |

An Occupational Analysis was completed to compare the job title of Customer Relations Coordinator to the occupation in the national economy, of Customer Service Representative (239.362-014) performed at the sedentary level of physical demand.

**RESOURCES / DOCUMENTATION UTILIZED**:
- Job Description
- Dictionary of Occupational Titles (DOT) – 239.362-014
- Occupational Information Network (O*NET) – 43-4051.00
- Economic Research Institute (ERI) Occupational Assessor –239.362-014

**RESTRICTIONS / LIMITATIONS:**
Claims Case Manager requested mental/cognitive demands of occupation.

**JOB / OCCUPATION COMPARISON:**
Job Duties:
Provides basic customer service support related to Charter Services, including handling billing inquiries and payments. Employees in this role are responsible for establishing and maintaining professional and positive relationships with customers on behalf of Charter and ensuring issues are addressed consistently with company policies and practices. Works under general supervision.

Job Physical Demands: sedentary- Never lift up to 25 pounds, drive, climb, crawl. Rarely lift 5 pounds, bending, stooping, crouching, reaching at shoulder level, reaching at above shoulder level, walking, kneeling, twisting, balancing, using hands repetitively, grasping, gripping, and turning. Occasional standing, pulling, and pushing. Frequently seeing, sitting, speaking, reading, typing, and flexing neck.

Occupational Duties:
Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May Also Include: May solicit sale of

new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems.

Occupational Physical Demands: sedentary

- Constantly: talking, and hearing
- Frequent: fingering, talking, hearing, and accommodation
- Occasionally: reaching, handling, and near acuity

Mental & Stress Demands

| | |
|---|---|
| **Understanding & Memory** | |
| Memory* | Frequently |
| Short Instruction Memory* | Frequently |
| Detailed Instruction Memory* | Frequently |
| **Sustained Concentration & Persistence** | |
| Short Instruction Carrying Out* | Frequently |
| Detailed Instruction Carrying Out* | Constantly |
| Concentration & Attention* | Constantly |
| Work Schedule* | Occasionally |
| Work Routine* | Occasionally |
| Work Distractions* | Frequently |
| Work Decisions* | Frequently |
| Work Completion* | Frequently |
| **Social Interaction** | |
| Public Interaction* | Constantly |
| Assignment/Assistance* | Frequently |
| Work Review* | Frequently |
| Peer Interaction* | Occasionally |
| Work Behavior* | Constantly |
| **Adaptation** | |
| Adaptation to Change* | Occasionally |

** demand listed above verified through a review of physical demands from ERI, O*NET, and/or a review of material and substantial functions where data does not exist in the DOT or is considered out-of-date due to advancements in the occupation, technology, etc.*

**SUMMARY:**

The physical demand level of the job is equivalent to the physical demand level of the occupation. In the national economy, the occupation requires sedentary work. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

**Electronically Signed**

Sarah South, M.Ed., CRC.
Certified Rehabilitation Counselor
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group

**239.362-014 Customer Service Representative**

Interviews applicants and records interview information into computer for water, gas, electric, telephone, or cable television system service: Talks with customers by phone or in person and receives orders for installation, turn-on, discontinuance, or change in service. Fills out contract forms, determines charges for service requested, collects deposits, prepares change of address records, and issues discontinuance orders, using computer. May solicit sale of new or additional services. May adjust complaints concerning billing or service rendered, referring complaints of service failures, such as low voltage or low pressure, to designated departments for investigation. May visit customers at their place of residence to investigate conditions preventing completion of service-connection orders and to obtain contract and deposit when service is being used without contract. May discuss cable television equipment operation with customer over telephone to explain equipment usage and to troubleshoot equipment problems.
Alternate Titles: Adjustment Clerk; Application Clerk; Order Clerk; Outside Contact Clerk; Service Representative

DLU: 1988

---

## OCCUPATIONAL REQUIREMENTS

**Title:** Customer Service Representative **DOT Code:** 239.362-014
**Industry:** Utilities

**Specific Vocational Preparation:** Level 5 (6 months to 1 year)

**General Educational Development:** Reasoning Level 3
Mathematics Level 2
Language Level 3

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Constantly | Exposure to Radiation | Never |
| Hearing | Constantly | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Dealing with people.

**Data:** 3 Compiling
**People:** 6 Speaking-Signaling
**Things:** 2 Operating-Controlling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | SERENA HERNANDEZ | 10970673 |

| | | | |
|---|---|---|---|
| **Report Date:** | 12/25/2021 | | |
| **Referred By:** | Kelsey Nemeth | **Claimant DOB:** | |
| **Referral Date:** | 12/14/2021 | **Job Title:** | REP 1, CUST SVC VIDEO REPAIR |
| **Due Date:** | 12/29/2021 | **Medical/ Surgical Condition:** | Asthma |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/15/2020 |
| | | **DOD:** | 08/16/2020 |
| **Physical Demands:** | | **BBD:** | 02/14/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.**

The records document that the claimant's primary diagnosis is Asthma (J45.4).

**2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.**

The records document that the claimant has comorbid conditions of recent infection with COVID-19 virus (U07.1/Z86.16) with associated pneumonia (J12.82), chronic tobacco use (F17.200), Type II Diabetes Mellitus (E11.9), Morbid Obesity (E66.010), Hypertension (I10), Knee Osteoarthritis (M17), Obstructive Sleep Apnea (G47.33), Seizures (R56.9), Gastroesophageal Reflux disease (K21.9), Depression (F32.9), Post-Traumatic Stress Disorder (F43.10), Anxiety Disorder (F41.9) and history of cocaine and marijuana abuse.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from the present time and ongoing, and comment on the expected duration.**

Based on the documentation in the records provided to me and taking into account the entire clinical picture, the claimant has some modest ongoing impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing

strenuous physical exertion due to her Asthma, continued tobacco use, Morbid Obesity and possibly her psychiatric and substance abuse issues which interfere with her adherence to recommended treatments. She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk distances up to 100 yards occasionally, and continuously for up to 10 minutes at a time or up to a total of 1-1.5 hours in a typical 8-hour workday. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She cannot crouch, stoop, kneel, crawl or climb. These restrictions and limitations are present from the current time and going forward but the claimant has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and, in view of her morbid obesity, diabetes, hypertension and continued smoking, there is potential for her to develop other complications or end organ damage that could further diminish her functional capacity. Adherence to her diet and medication regimen to control her weight (or ideally to lose weight to get from her current BMI of 39 to approach the normal range of 25), blood pressure, blood sugar and cholesterol will be important in helping to decrease the chances and/or postpone the development of further complications or organ damage in the future. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

Yes.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

Yes.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No.

**7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:**
**Name: Kerri Schey, NP, Pulmonology**
**Phone Number: 920 288 8100 Fax Number: 920 288 8668**

It is not necessary to contact this nurse practitioner at this time.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The records document that the claimant is a 53 year-old female with a myriad of diagnoses listed in her records, the most significant of which are indicated above. Her most significant issue is moderate persistent asthma with her most recent visits with her treating pulmonary nurse practitioner being a telephone visit on November 5, 2021 and a face-to-face visit occurring on October 22, 2021. These records document that the claimant's asthma is generally stable and fairly well compensated with multiple oral and inhaled medications, but that the claimant continues to smoke and acknowledged using crack cocaine some time in October. Furthermore, the claimant has periodic exacerbations of her asthma related to intermittent infections and/or lack of medication adherence or her psychiatric and substance abuse issues. The claimant also tested positive for infection with he novel coronavirus COVID-19 in early August 2021 at which time a CTA (CT angiogram) study showed evidence of COVID pneumonia but no pulmonary embolus. She was not hospitalized at that time but was treated with steroid and other medications and there is no documentation in the records that the claimant has had significant complications or issues from COVID at this time. The claimant has multiple other comorbid conditions including morbid obesity, diabetes, hypertension and knee osteoarthritis that complicate her situation. Therefore, as stated above, the claimant has ongoing impairment in her ability to reliably perform her usual life and work activities with restrictions and limitations as described above but she has sustained capacity for full time work within these restrictions and limitations during this period. Her prognosis for improvement or recovery of functional capacity is limited and there is potential for her to develop other complications that could further diminish her functional capacity. Possible impairment related to any of the claimant's psychiatric diagnoses should be evaluated and determined by a reviewer other than myself and review of further records of care in 3-4 months may be advisable and possibly helpful in determining the nature and duration of future impairment.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

October 22, 2021 – face-to-face visit.
November 05, 2021 – telephone encounter.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**
**Board Certified, Internal Medicine**

ReleasePoint

## Medical Record Overview

**Date:** **December 6, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** Kerri Schey NP
2845 Greenbriar Rd, Ste 210
Green Bay, WI 54311
(920) 288-8100

**Request Scope:** From October 1, 2020 to Present

**Chart Range:** 04/05/2021 - 11/05/2021

**RP ID:** 8535471

**Client ID:** 10970673

**Source:** L-CLTMJR

**Req By:**

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 5 2021 | Nov 5 2021 | 216 | 2 |
| EKG/Cardiology | Aug 10 2021 | Aug 10 2021 | 8 | 218 |
| Labs/Diagnostics | Apr 23 2021 | Aug 10 2021 | 30 | 226 |
| Consultations | May 4 2021 | Aug 10 2021 | 6 | 256 |
| Request Corr. | | | 2 | 262 |
| Questionnaire | Apr 13 2021 | Aug 10 2021 | 4 | 264 |
| | | **Total Page Count:** | 266 | |

**Notes From QC:**

Aurora Health Care

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 11/5/2021

Sex: F

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Pulmonary Medicine-ABMC MOB | 2845 GREENBRIER RD<br>PO BOX 8900<br>Green Bay WI 54308-8900 | 920-288-8100 | 920-288-8145 |

**Level of Service**

| Level of Service | Modifiers |
|---|---|
| **TELEPHONE E&M BY PHYSICIAN EST PT NOT ORIG PREV 7 DAYS 11-20 MIN** | GT |

### Reason for Visit

**Chief Complaint**

- Telephonic Visit

**Visit Diagnosis**

- **Severe persistent asthma with exacerbation (primary)**

### Patient Summary as-of Visit

**Problem** List as of 11/5/2021

Problems last reviewed by Kerri L Schey, APNP on 10/22/2021 1706

**Acute frontal sinusitis**

| | | |
|---|---|---|
| Diagnosis: Acute frontal sinusitis<br>Chronic: No | Noted on: 09/25/2017 | Priority: Low |

**Adjustment disorder with mixed anxiety and depressed mood**

| | | |
|---|---|---|
| Diagnosis: Adjustment disorder with mixed anxiety and depressed mood<br>Chronic: No | Noted on: 04/24/2018 | Priority: Low |

**Allergic rhinitis**

| | | |
|---|---|---|
| Diagnosis: Allergic rhinitis<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |

**Arthritis of right knee**

| | | |
|---|---|---|
| Diagnosis: Arthritis of right knee<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Bipolar disorder, unspecified (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Bipolar disorder, unspecified (CMS/HCC)<br>Chronic: No | Noted on: 08/26/2020 | Priority: Low |

**Bitten by cat, subsequent encounter**

| | | |
|---|---|---|
| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

**Cellulitis and abscess of right leg**

| | | |
|---|---|---|
| Diagnosis: Cellulitis and abscess of right leg<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Cholelithiasis with acute cholecystitis**

| | | |
|---|---|---|
| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Conjunctivitis, allergic**

| | | |
|---|---|---|
| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**COPD (chronic obstructive pulmonary disease) (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: COPD (chronic obstructive pulmonary disease) (CMS/HCC)<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in premenopausal period<br>Chronic: No | Noted on: 06/20/2018 | Priority: Low |

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain<br>Chronic: No | Noted on: 05/29/2020 | Priority: Low |

**Gastroesophageal reflux disease**

| | | |
|---|---|---|
| Diagnosis: Gastroesophageal reflux disease<br>Chronic: No | Noted on: 04/17/2015 | Priority: Low |

**Hearing loss**

| | | |
|---|---|---|
| Diagnosis: Hearing loss<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Hematuria**

| | | |
|---|---|---|
| Diagnosis: Hematuria<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Hemorrhoids**

| | | |
|---|---|---|
| Diagnosis: Hemorrhoids<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Hypokalemia**

| | | |
|---|---|---|
| Diagnosis: Hypokalemia<br>Chronic: No | Noted on: 12/07/2020 | Priority: Low |

**Impaired glucose tolerance**

| | | |
|---|---|---|
| Diagnosis: Impaired glucose tolerance<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Insect bites**

| | | |
|---|---|---|
| Diagnosis: Insect bites<br>Chronic: No | Noted on: 08/31/2020 | Priority: Low |

**Irregular menstrual cycle**

| | | |
|---|---|---|
| Diagnosis: Irregular menstrual cycle<br>Chronic: No | Noted on: 02/02/2017 | Priority: Low |

**Jaw pain**

| | | |
|---|---|---|
| Diagnosis: Jaw pain<br>Chronic: No | Noted on: 07/28/2017 | Priority: Low |

**Leukocytosis**

| | | |
|---|---|---|
| Diagnosis: Leukocytosis<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Low back pain**

| | | |
|---|---|---|
| Diagnosis: Low back pain<br>Chronic: No | Noted on: 11/28/2016 | Priority: Low |

**Lumbar radiculopathy, right**

| | | |
|---|---|---|
| Diagnosis: Lumbar radiculopathy, right<br>Chronic: No | Noted on: 11/05/2018 | Priority: Low |

**Mixed anxiety depressive disorder**

| | | |
|---|---|---|
| Diagnosis: Mixed anxiety depressive disorder | Noted on: 05/09/2014 | Priority: Low |

Chronic: No

**Moderate persistent asthma without complication**

| | | |
|---|---|---|
| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |

**Obstructive sleep apnea, adult**

| | | |
|---|---|---|
| Diagnosis: Obstructive sleep apnea, adult<br>Chronic: No | Noted on: 11/17/2017 | Priority: Low |

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

| | | |
|---|---|---|
| Diagnosis: Other general symptoms and signs<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Other screening mammogram**

| | | |
|---|---|---|
| Diagnosis: Other screening mammogram<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Paresthesia of bilateral legs**

| | | |
|---|---|---|
| Diagnosis: Paresthesia of bilateral legs<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Patellofemoral pain syndrome**

| | | |
|---|---|---|
| Diagnosis: Patellofemoral pain syndrome<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Perimenopause**

| | | |
|---|---|---|
| Diagnosis: Perimenopause<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Peripheral nerve disease**

| | | |
|---|---|---|
| Diagnosis: Peripheral nerve disease<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Piriformis syndrome of right side**

| | | |
|---|---|---|
| Diagnosis: Piriformis syndrome of right side<br>Chronic: No | Noted on: 05/11/2018 | Priority: Low |

**S/P hernia repair**

| | | |
|---|---|---|
| Diagnosis: S/P hernia repair<br>Chronic: No | Noted on: 08/09/2012 | Priority: Low |

**Screening for cervical cancer**

| | | |
|---|---|---|
| Diagnosis: Screening for cervical cancer<br>Chronic: No | Noted on: 07/03/2019 | Priority: Low |

**Sinus headache**

| | | |
|---|---|---|
| Diagnosis: Sinus headache | Noted on: 12/09/2019 | Priority: Low |

Chronic: No

**Snoring**

| | | |
|---|---|---|
| Diagnosis: Snoring<br>Chronic: No | Noted on: 07/28/2017 | Priority: Low |

**Staphylococcal arthritis of right knee (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Staphylococcal arthritis of right knee (CMS/HCC)<br>Chronic: No | Noted on: 06/28/2021 | Priority: Low |

**Stress incontinence**

| | | |
|---|---|---|
| Diagnosis: Stress incontinence<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |

**Symptomatic cholelithiasis**

| | | |
|---|---|---|
| Diagnosis: Symptomatic cholelithiasis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Trochanteric bursitis of right hip**

| | | |
|---|---|---|
| Diagnosis: Trochanteric bursitis of right hip<br>Chronic: No | Noted on: 04/10/2018 | Priority: Low |

**Urinary frequency**

| | | |
|---|---|---|
| Diagnosis: Urinary frequency<br>Chronic: No | Noted on: 10/04/2017 | Priority: Low |

**Vitamin D deficiency**

| | | |
|---|---|---|
| Diagnosis: Vitamin D deficiency<br>Chronic: No | Noted on: 09/02/2016 | Priority: Low |

**Allergies** as of 11/5/2021

Allergies last reviewed by Kerri L Schey, APNP on 10/22/2021 1706

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

| | |
|---|---|
| Reactions: DIARRHEA<br>Noted on: 02/22/2017 | Severity: High<br>RxNorm: 19711 |

**ERYTHROMYCIN**

| | |
|---|---|
| Reactions: HIVES<br>Noted on: 02/22/2017 | Severity: High<br>RxNorm: 4053 |

**GABAPENTIN**

| | |
|---|---|
| Reactions: Other (See Comments)<br>Noted on: 01/03/2020<br>Comments: Feels like she is psychologically "disconnected"<br>RxNorm: 25480 | Severity: High |

**HYDROCOD POLST-CHLORPHEN POLST**

| | |
|---|---|
| Reactions: GI UPSET<br>Noted on: 02/22/2017 | Severity: Low |

**LATEX (ENVIRONMENTAL)**

| | |
|---|---|
| Reactions: HIVES<br>Noted on: 02/22/2017 | Severity: High |

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

**LORAZEPAM**

Reactions: Other (See Comments)
RxNorm: 6470
Noted on: 09/25/2020

**MELOXICAM**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493
Severity: Medium

**METFORMIN**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809
Severity: High

**MORPHINE**

Reactions: Other (See Comments)
Comments: Pt unaware of reaction
RxNorm: 7052
Noted on: 02/22/2017

**TEGRETOL**

Reactions: RASH
Noted on: 12/21/2018
Severity: High

**History** as of 11/5/2021

**Medical History** as of 11/5/2021

**Medical last reviewed by Kerri L Schey, APNP on 10/22/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 11/5/2021

**Surgical last reviewed by Kerri L Schey, APNP on 10/22/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

**Medication List (continued)**

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C — Ordered on: 6/17/2021
Start date: 6/17/2021 — Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021
Start date: 1/25/2019

## 11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA — Entered on: 7/6/2021

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 10 tablet
Refill: No refills remaining

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet**

Instructions: follow package directions
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 21 tablet
Refill: No refills remaining

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

**Medication List (continued)**

Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 60 each
Refill: 5 refills by 10/22/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 360 mL
Refill: 3 refills by 10/22/2022

**albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler**

Instructions: Inhale 1 puff into the lungs every 4 hours as needed for Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 4 g
Refill: 3 refills by 10/22/2022

**guaiFENesin (MUCINEX) 600 MG 12 hr tablet**

Instructions: Take 1 tablet by mouth 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/26/2021
Start date: 10/26/2021 — Quantity: 60 tablet
Refill: 3 refills by 10/26/2022

**Stopped in Visit**

**predniSONE (DELTASONE) 10 MG tablet**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 11/5/2021
Reason for discontinuation: Therapy Completed

**Clinical Notes**

**Progress Notes**

**Kerri L Schey, APNP at 11/5/2021 1500**

Author: Kerri L Schey, APNP — Service: — — Author Type: Nurse Practitioner
Filed: 11/5/2021 3:24 PM — Encounter Date: 11/5/2021 — Status: Signed
Editor: Kerri L Schey, APNP (Nurse Practitioner)

This visit is being performed virtually.
Clinician Location: clinic
Serena's Location: Home
Length of Visit: 12 minutes

**PULMONARY PROGRESS NOTE- OUTPATIENT**

**Chief Complaint:** No chief complaint on file.

**HPI:**
This is a 53 year-old female with a PMH for DM II, HTN, GERD, PTSD, seizures, anxiety and depression. Well known to our clinic for severe persistent asthma. Currently on Advair Diskus 500-50 mcg; Spiriva HandiHaler; albuterol inhaler/neb as needed and montelukast. Xolair (anti-IgE therapy) on hold since appropriate paperwork not completed by Serena. At there last visit she was recovering from a recent asthma exacerbation. Telephone follow up. Weak but breathing better. Breathing can wax and wane.

**11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)**

**Clinical Notes (continued)**

Finished prednisone. Wants a clean and sober life. No drug use in between visits.

**IMPRESSION AND PLAN:**

Diagnoses and all orders for this visit:

**Severe persistent asthma with exacerbation**

Asthma stable. Continue above mentioned therapies. She will call the clinic once she "gets her car returned" and set up a follow up visit to receive her vaccines and complete simple spirometry.

Kerri L Schey, APNP

Electronically signed by Kerri L Schey, APNP at 11/5/2021 3:24 PM

**11/05/2021 - Telephonic Visit in Aurora Pulmonary Medicine-ABMC MOB**
**Billing Report**

**Level of Service**

| Level of Service | Modifiers |
|---|---|
| **TELEPHONE E&M BY PHYSICIAN EST PT NOT ORIG PREV 7 DAYS 11-20 MIN [99442]** | Gt [GT] |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99442 | TELEPHONE E&M BY PHYSICIAN EST PT NOT ORIG PREV 7 DAYS 11-20 MIN | 11/5/2021 | Kerri L Schey, APNP | GT | 1 |

**Reviewed this Encounter**

| | Medications | Problems | Allergies | History |
|---|---|---|---|---|
| Kerri L Schey, APNP | ✔ | | | |

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 10/22/2021

Sex: F

## 10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
| --- | --- | --- |
| Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |

**Department**

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Aurora Pulmonary Medicine-ABMC MOB | 2845 GREENBRIER RD<br>PO BOX 8900<br>Green Bay WI 54308-8900 | 920-288-8100 | 920-288-8145 |

**Follow-up and Dispositions**

- Return in about 2 weeks (around 11/5/2021), or if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
| --- |
| **OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3** |

### Reason for Visit

**Chief Complaints**

- Follow-up (no testing)
- Breathing Problem
- Asthma

**Visit Diagnosis**

- Moderate persistent asthma without complication

### Patient Summary as-of Visit

**Problem List** as of 10/22/2021

Problems last reviewed by Kerri L Schey, APNP on 10/22/2021 1706

**Acute frontal sinusitis**

| | | |
| --- | --- | --- |
| Diagnosis: Acute frontal sinusitis<br>Chronic: No | Noted on: 09/25/2017 | Priority: Low |

**Adjustment disorder with mixed anxiety and depressed mood**

| | | |
| --- | --- | --- |
| Diagnosis: Adjustment disorder with mixed anxiety and depressed mood<br>Chronic: No | Noted on: 04/24/2018 | Priority: Low |

**Allergic rhinitis**

| | | |
| --- | --- | --- |
| Diagnosis: Allergic rhinitis<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |

**Arthritis of right knee**

| | | |
| --- | --- | --- |
| Diagnosis: Arthritis of right knee<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Bipolar disorder, unspecified (CMS/HCC)**

| | | |
| --- | --- | --- |
| Diagnosis: Bipolar disorder, unspecified (CMS/HCC)<br>Chronic: No | Noted on: 08/26/2020 | Priority: Low |

**Patient Summary as-of Visit (continued)**

**Bitten by cat, subsequent encounter**

| | | |
|---|---|---|
| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |

**Cellulitis and abscess of right leg**

| | | |
|---|---|---|
| Diagnosis: Cellulitis and abscess of right leg<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Cholelithiasis with acute cholecystitis**

| | | |
|---|---|---|
| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Conjunctivitis, allergic**

| | | |
|---|---|---|
| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**COPD (chronic obstructive pulmonary disease) (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: COPD (chronic obstructive pulmonary disease) (CMS/HCC)<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in premenopausal period<br>Chronic: No | Noted on: 06/20/2018 | Priority: Low |

**Patient Summary as-of Visit (continued)**

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain<br>Chronic: No | Noted on: 05/29/2020 | Priority: Low |

**Gastroesophageal reflux disease**

| | | |
|---|---|---|
| Diagnosis: Gastroesophageal reflux disease<br>Chronic: No | Noted on: 04/17/2015 | Priority: Low |

**Hearing loss**

| | | |
|---|---|---|
| Diagnosis: Hearing loss<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Hematuria**

| | | |
|---|---|---|
| Diagnosis: Hematuria<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Hemorrhoids**

| | | |
|---|---|---|
| Diagnosis: Hemorrhoids<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Hypokalemia**

| | | |
|---|---|---|
| Diagnosis: Hypokalemia<br>Chronic: No | Noted on: 12/07/2020 | Priority: Low |

**Impaired glucose tolerance**

| | | |
|---|---|---|
| Diagnosis: Impaired glucose tolerance<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Insect bites**

| | | |
|---|---|---|
| Diagnosis: Insect bites<br>Chronic: No | Noted on: 08/31/2020 | Priority: Low |

**Irregular menstrual cycle**

| | | |
|---|---|---|
| Diagnosis: Irregular menstrual cycle<br>Chronic: No | Noted on: 02/02/2017 | Priority: Low |

**Jaw pain**

| | | |
|---|---|---|
| Diagnosis: Jaw pain<br>Chronic: No | Noted on: 07/28/2017 | Priority: Low |

**Leukocytosis**

| | | |
|---|---|---|
| Diagnosis: Leukocytosis<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Low back pain**

| | | |
|---|---|---|
| Diagnosis: Low back pain<br>Chronic: No | Noted on: 11/28/2016 | Priority: Low |

**Lumbar radiculopathy, right**

| | | |
|---|---|---|
| Diagnosis: Lumbar radiculopathy, right | Noted on: 11/05/2018 | Priority: Low |

Chronic: No

**Mixed anxiety depressive disorder**

| | | |
|---|---|---|
| Diagnosis: Mixed anxiety depressive disorder<br>Chronic: No | Noted on: 05/09/2014 | Priority: Low |

**Moderate persistent asthma without complication**

| | | |
|---|---|---|
| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |

**Obstructive sleep apnea, adult**

| | | |
|---|---|---|
| Diagnosis: Obstructive sleep apnea, adult<br>Chronic: No | Noted on: 11/17/2017 | Priority: Low |

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

| | | |
|---|---|---|
| Diagnosis: Other general symptoms and signs<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Other screening mammogram**

| | | |
|---|---|---|
| Diagnosis: Other screening mammogram<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Paresthesia of bilateral legs**

| | | |
|---|---|---|
| Diagnosis: Paresthesia of bilateral legs<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Patellofemoral pain syndrome**

| | | |
|---|---|---|
| Diagnosis: Patellofemoral pain syndrome<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Perimenopause**

| | | |
|---|---|---|
| Diagnosis: Perimenopause<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Peripheral nerve disease**

| | | |
|---|---|---|
| Diagnosis: Peripheral nerve disease<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Piriformis syndrome of right side**

| | | |
|---|---|---|
| Diagnosis: Piriformis syndrome of right side<br>Chronic: No | Noted on: 05/11/2018 | Priority: Low |

**S/P hernia repair**

| | | |
|---|---|---|
| Diagnosis: S/P hernia repair<br>Chronic: No | Noted on: 08/09/2012 | Priority: Low |

**Screening for cervical cancer**

Diagnosis: Screening for cervical cancer | Noted on: 07/03/2019 | Priority: Low
Chronic: No

**Sinus headache**

Diagnosis: Sinus headache | Noted on: 12/09/2019 | Priority: Low
Chronic: No

**Snoring**

Diagnosis: Snoring | Noted on: 07/28/2017 | Priority: Low
Chronic: No

**Staphylococcal arthritis of right knee (CMS/HCC)**

Diagnosis: Staphylococcal arthritis of right knee (CMS/HCC) | Noted on: 06/28/2021 | Priority: Low
Chronic: No

**Stress incontinence**

Diagnosis: Stress incontinence | Noted on: 04/25/2014 | Priority: Low
Chronic: No

**Symptomatic cholelithiasis**

Diagnosis: Symptomatic cholelithiasis | Noted on: 01/27/2020 | Priority: Low
Chronic: No

**Trochanteric bursitis of right hip**

Diagnosis: Trochanteric bursitis of right hip | Noted on: 04/10/2018 | Priority: Low
Chronic: No

**Urinary frequency**

Diagnosis: Urinary frequency | Noted on: 10/04/2017 | Priority: Low
Chronic: No

**Vitamin D deficiency**

Diagnosis: Vitamin D deficiency | Noted on: 09/02/2016 | Priority: Low
Chronic: No

**Allergies** as of 10/22/2021

Allergies last reviewed by Kerri L Schey, APNP on 10/22/2021 1706

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA | Severity: High
Noted on: 02/22/2017 | RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017 | RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) | Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET | Severity: Low
Noted on: 02/22/2017

**Patient Summary as-of Visit (continued)**

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) | Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) | Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) | Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) | Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH | Severity: High
Noted on: 12/21/2018

**History** as of 10/22/2021

**Medical History** as of 10/22/2021

**Medical last reviewed by Kerri L Schey, APNP on 10/22/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 10/22/2021

**Surgical last reviewed by Kerri L Schey, APNP on 10/22/2021**

**Past Surgical History**

## 10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

## 10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C — Ordered on: 6/17/2021
Start date: 6/17/2021 — Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

## 10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021
Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**predniSONE (DELTASONE) 10 MG tablet**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 11/5/2021
Reason for discontinuation: Therapy Completed
Instructions: (Prior Auth: Rx Ref#:000007149615)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021
End date: 11/5/2021

**Fasenra 30 MG/ML Solution Prefilled Syringe**

Discontinued by: Briana Robinette, LPN — Discontinued on: 10/26/2021
Reason for discontinuation: Therapy Completed
Instructions: INJECT 30 MG (1 SYRINGE) UNDER THE SKIN AT WEEKS 0, 4, AND 8 FOLLOWED BY EVERY 8 WEEKS THEREAFTER
Authorized by: Kerri L Schey, APNP — Ordered on: 6/30/2021
Start date: 6/30/2021 — End date: 10/26/2021
Quantity: 1 Syringe — Refill: 8 refills by 6/30/2022

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA — Entered on: 7/6/2021

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**Medication List (continued)**

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 10 tablet
Refill: No refills remaining

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet**

Instructions: follow package directions
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 21 tablet
Refill: No refills remaining

**GuaiFENesin (MUCINEX) 600 MG 12 hr tablet**

Discontinued by: Briana Robinette, LPN — Discontinued on: 10/26/2021
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth 2 times daily.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2021
Start date: 8/11/2021 — End date: 10/26/2021
Quantity: 60 tablet

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 60 each
Refill: 5 refills by 10/22/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 360 mL
Refill: 3 refills by 10/22/2022

**albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler**

Instructions: Inhale 1 puff into the lungs every 4 hours as needed for Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 4 g
Refill: 3 refills by 10/22/2022

**Stopped in Visit**

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed

**Clinical Notes**

**Progress Notes**

**Kerri L Schey, APNP at 10/22/2021 1100**

Author: Kerri L Schey, APNP | Service: — | Author Type: Nurse Practitioner
Filed: 10/22/2021 5:17 PM | Encounter Date: 10/22/2021 | Status: Signed
Editor: Kerri L Schey, APNP (Nurse Practitioner)

## PULMONARY PROGRESS NOTE- OUTPATIENT

**Chief Complaint:** Follow-up (no testing), Breathing Problem, and Asthma

**HPI:**
This is a 53 year-old female with a PMH for DM II, HTN, GERD, PTSD, seizures, anxiety and depression. Well known to our clinic for severe persistent asthma. Currently on Advair Diskus 500-50 mcg; Spiriva HandiHaler; albuterol inhaler/neb as needed and montelukast. Xolair (anti-IgE therapy) on hold since appropriate paperwork not completed by Serena. Here in follow up. Positive COVID19 test 08/2021 prior to visit to the ED where she was treated for COVID19 pneumonia with IV casirivimab and imdevimab, solumedrol IV, zofran, IV fluids and dilaudid. Discharged home on oral methylprednisone and encouraged to use her duonebs. Ct-A of the chest was negative for PE; however, showed extensive bilateral pneumonia. Here in follow up, no testing. Complains of shortness of breath in clinic. For the last 1-1.5 weeks she presented to St Mary's ED "5" times for shortness of breath. Treated and remains on prednisone. Admits to smoking crack cocaine 2 weeks ago. Oxygen saturations on room air 96% or greater all during the visit.

Boyfriend, Philip, is here today.

MMRC dyspnea scale (Modified medical research council)
Patient responded that on a day that they feel their best, they are a:
Grade 3 - I stop for breath after walking about 100 yards or after a few minutes on level ground.

**PAST MEDICAL HISTORY:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic rhinitis | |
| • Anxiety | |
| • Asthma | 06/06/2014 |
| • Cannabis dependence (CMS/HCC) | |
| • Cocaine dependence (CMS/HCC) | |
| • Depression | |
| • Diabetes mellitus (CMS/HCC) | |
| • Essential hypertension | 12/03/2016 |
| • GERD (gastroesophageal reflux disease) | |
| • Hematuria | 12/05/2016 |
| • Leukocytosis | 12/05/2016 |
| • Obesity | 12/03/2016 |
| • PTSD (post-traumatic stress disorder) | |
| • Seizures (CMS/HCC) | |

*due to traumatic Brain injury in 6th grade*

**PAST SURGERY HISTORY:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • Carpal tunnel release | | 2006 |
| • Hernia repair | | 08/09/2012 |

**FAMILY HISTORY:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Alcohol Abuse | Mother | |
| • Depression | Mother | |
| • Heart disease | Mother | |
| • Hypertension | Mother | |
| • Alcohol Abuse | Father | |
| • Asthma | Father | |
| • Diabetes | Father | |
| • Heart disease | Father | |
| • High cholesterol | Father | |
| • Hypertension | Father | |
| • Alcohol Abuse | Sister | |
| • Arthritis | Sister | |
| • Asthma | Sister | |
| • Depression | Sister | |
| • Diabetes | Sister | |
| • Hypertension | Sister | |
| • Alcohol Abuse | Brother | |
| • Arthritis | Brother | |
| • Hypertension | Brother | |

**SOCIAL HISTORY:**
**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Current Every Day Smoker
  - Packs/day: 0.10
  - Years: 5.00
  - Pack years: 0.50

Types: Cigarettes
- Smokeless tobacco: Never Used
- Tobacco comment: Patient is back to smoking again, stated that she used cocaine this past year and she's currently in treatment/rehab

Vaping Use
- Vaping Use: never used

Substance and Sexual Activity
- Alcohol use: Not Currently
- Drug use: Yes
  Types: Cocaine
  *Comment: PT states last used "a few weeks ago"*
- Sexual activity: Never

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain:
- Social Determinants: Financial Resource Strain: Not on file

Food Insecurity:
- Social Determinants: Food Insecurity: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Social Determinants: Stress: Not on file

Social Connections:
- Social Determinants: Social Connections: Not on file

Intimate Partner Violence: Not At Risk
- Social Determinants: Intimate Partner Violence Past Fear: No
- Social Determinants: Intimate Partner Violence Current Fear: No

**ALLERGIES:**
**ALLERGIES:**

| Allergen | Reactions |
|---|---|
| • Augmentin [Amoxicillin-Pot Clavulanate] | DIARRHEA |
| • Erythromycin | HIVES |
| • Gabapentin | Other (See Comments) |
| *Feels like she is psychologically "disconnected"* | |
| • Latex (Environmental) | HIVES |
| • Metformin | Other (See Comments) |
| *Kidney Failure* | |

| | |
|---|---|
| • Tegretol | RASH |
| • Meloxicam<br>*Flu like symptoms* | Other (See Comments) |
| • Lorazepam | Other (See Comments) |
| • Morphine<br>*Pt unaware of reaction* | Other (See Comments) |
| • Hydrocod Polst-Chlorphen Polst | GI UPSET |

**CURRENT MEDICATIONS**
**Current Outpatient Medications**
Medication

- ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution
- GuaiFENesin (MUCINEX) 600 MG 12 hr tablet
- ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution
- methylPREDNISolone (MEDROL, PAK,) 4 MG tablet
- benzonatate (TESSALON PERLES) 200 MG capsule
- acetaminophen (TYLENOL) 500 MG tablet
- albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution
- ibuprofen (MOTRIN) 800 MG tablet
- ondansetron (Zofran ODT) 4 MG disintegrating tablet
- hydrOXYzine (VISTARIL) 25 MG capsule
- Fasenra 30 MG/ML Solution Prefilled Syringe
- traMADol (ULTRAM) 50 MG tablet
- benzonatate (TESSALON PERLES) 100 MG capsule
- diazePAM (Valium) 2 MG tablet
- doxycycline hyclate (VIBRAMYCIN) 100 MG capsule
- escitalopram (LEXAPRO) 10 MG tablet
- hydroCORTisone (ANUSOL-HC) 25 MG suppository
- pantoprazole (PROTONIX) 40 MG tablet
- predniSONE (DELTASONE) 10 MG tablet
- atomoxetine (STRATTERA) 25 MG capsule
- calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet
- cloNIDine (CATAPRES) 0.1 MG tablet
- Elastic Bandages & Supports (Neoprene Elbow Support) Misc
- Elastic Bandages & Supports (Neoprene Elbow Support) Misc
- esomeprazole (NexIUM) 20 MG capsule
- hydroCORTisone (CORTIZONE) 2.5 % ointment
- hydrOXYzine (ATARAX) 25 MG tablet
- loratadine (CLARITIN) 10 MG tablet
- polyethylene glycol (MIRALAX) 17 GM/SCOOP powder
- prazosin (MINIPRESS) 2 MG capsule
- topiramate (TOPAMAX) 50 MG tablet
- topiramate (TOPAMAX) 100 MG tablet
- valsartan (DIOVAN) 40 MG tablet
- clindamycin (CLEOCIN) 300 MG capsule

- fluconazole (Diflucan) 150 MG tablet
- fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler
- albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler
- fexofenadine (ALLEGRA) 180 MG tablet
- fluticasone (FLONASE) 50 MCG/ACT nasal spray
- tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler
- EPINEPHrine 0.3 MG/0.3ML auto-injector
- Peak Flow Meter Device
- DULoxetine (CYMBALTA) 30 MG capsule
- pregabalin (LYRICA) 100 MG capsule
- XOLAIR 150 MG injection
- Red Yeast Rice Extract (RED YEAST RICE PO)
- DICLOFENAC POTASSIUM PO
- montelukast (SINGULAIR) 10 MG tablet
- olopatadine (PATADAY) 0.2 % ophthalmic solution
- phenazopyridine (PYRIDIUM) 100 MG tablet
- telmisartan (MICARDIS) 20 MG tablet
- Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID-PRENATAL) 27-1 MG Tab
- zinc gluconate 50 MG tablet
- methocarbamol (ROBAXIN) 500 MG tablet
- LORazepam (ATIVAN) 0.5 MG tablet
- cholecalciferol (VITAMIN D3) 1000 UNITS tablet
- venlafaxine (EFFEXOR) 25 MG tablet

No current facility-administered medications for this visit.

**Review of systems:**

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
**Visit Vitals**

| | |
|---|---|
| BP | **(!) 152/94** |
| Pulse | 95 |
| Temp | 97.3 °F (36.3 °C) (Oral) |
| Resp | **(!) 24** |
| Ht | 5' 5" (1.651 m) |
| Wt | 108.9 kg (240 lb) |
| LMP | 07/14/2021 (Approximate) |
| SpO2 | 97% |
| BMI | 39.94 kg/m² |

,
**Weight**

| | 10/22/21 1056 |
|---|---|
| Weight: | 108.9 kg (240 lb) |

, Body mass index is 39.94 kg/m².
GENERAL: No acute distress, well-developed, well-nourished. Good eye contact. No clubbing or cyanosis noted.
HEENT: Normocephalic. Hearing is appropriate. Oral mucosa is moist. No oropharyngeal erythema, exudate.
NECK: no obvious JVD. ROM is appropriate.
RESPIRATORY: Anterior/posterior lung fields clear. No wheezes or other adventitious sounds. Symmetrical chest wall expansion without a prolonged expiratory phase. Speech is non labored. No cough during the visit.
CARDIOVASCULAR: Normal rate, regular rhythm. S1, S2. No murmurs or extra heart tones. No edema to the lower extremities.
GI: Soft, nontender to the touch, nondistended, with normal bowel sounds. Obese at the expense of adipose tissue.
MUSCULOSKELETAL: Normal range of motion, normal strength, no deformities. Normal gait. Independent with mobility.
SKIN: Warm, moist, and intact. No rashes noted.
NEUROLOGIC: Alert and oriented x3, cooperative, appropriate mood and affect. Normal judgment. No focal deficits noted.

**IMPRESSION AND PLAN:**

Serena was seen today for follow-up, breathing problem and asthma.

Diagnoses and all orders for this visit:

**Moderate persistent asthma without complication**

- fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler; Inhale 1 puff into the lungs 2 times daily.

**Other orders**

- ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution; Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
- albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler; Inhale 1 puff into the lungs every 4 hours as needed for Shortness of Breath.

Pulmonary exam stable in clinic with normal oxygen saturations. For asthma, continue above mentioned asthma therapies (I re-ordered them) and oral prednisone as prescribed by another provider. Telephone follow up in 2 weeks.

Kerri L Schey, APNP

Electronically signed by Kerri L Schey, APNP at 10/22/2021 5:17 PM

**Other Orders**

**Medications**

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler (Active)**

Electronically signed by: **Kerri L Schey, APNP on 10/22/21 1131** Status: **Active**
Ordering user: Kerri L Schey, APNP 10/22/21 1131 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine BID 10/22/21 - Until Discontinued Class: Eprescribe
Diagnoses
Moderate persistent asthma without complication [J45.40]
Reordered from: fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution (Active)**

Electronically signed by: **Kerri L Schey, APNP on 10/22/21 1137** Status: **Active**
Ordering user: Kerri L Schey, APNP 10/22/21 1137 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
PRN reasons: Wheezing Shortness of Breath
Frequency: Routine Q6H PRN 10/22/21 - Until Discontinued Class: Eprescribe
Reordered from: ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution

**albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler (Active)**

Electronically signed by: **Kerri L Schey, APNP on 10/22/21 1140** Status: **Active**
Ordering user: Kerri L Schey, APNP 10/22/21 1140 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
PRN reasons: Shortness of Breath
Frequency: Routine Q4H PRN 10/22/21 - Until Discontinued Class: Eprescribe

**Flowsheets**

**Custom Formula Data**

| Row Name | 10/22/21 1056 |
|---|---|
| Weight and Growth Recommendation | |
| IBW/kg (Calculated) FEMALE | 57 |
| IBW/kg (Calculated) Male | 61.5 |
| OTHER | |
| Low Range Vt 6cc/kg MALE | 369 |
| Adult Moderate Range Vt 8cc/kg MA | 492 |
| Adult High Range Vt 10cc/kg MALE | 615 |
| Low Range Vt 6cc/kg FEMALE | 342 |
| Adult Moderate Range vt 8cc/kg FEMALE | 456 |
| IBW/kg (Calculated) | 57 |
| Low Range Vt 6cc/kg | 342 |

**Flowsheets (continued)**

| | |
|---|---|
| Adult Moderate Range Vt 8cc/kg | 456 |
| Adult High Range Vt 10cc/kg | 570 |
| BSA (Calculated - sq m) | 2.23 |
| English Weight lbs | 240 lbs |
| English Weight oz | 0 oz |
| BSA (Calculated - m2) - DuBois & DuBois | 2.14 |
| BMI (Calculated) | 39.94 |
| BSA (Calculated - sq m) | 2.23 |
| BMI (Calculated) | 40.02 |
| BSA (Calculated - sq m) | 2.29 |
| BSA (Calculated - sq m) (oncology) | 2.23 |
| BMI (Calculated) | 39.94 |
| BMI (Calculated) | 39.938 |
| Percent Weight Change Since Birth | 0 |
| Shock Index (SI) | 0.6 |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 36.28 |

**ED Vital Signs**

| Row Name | 10/22/21 1056 |
|---|---|
| Vitals Timer | |
| Restart Vitals Timer | Yes |

**Encounter Vitals**

| Row Name | 10/22/21 1056 |
|---|---|
| Enc Vitals | |
| BP | **152/94** ! |
| Pulse | 95 |
| Resp | **24** ! |
| Temp | 97.3 °F (36.3 °C) |
| Temp src | Oral |
| SpO2 | 97 % |
| Weight | 108.9 kg (240 lb) Patient reported. |
| Height | 5' 5" (1.651 m) |

**10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB**
**Billing Report**

## 10/22/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3 [99213]** |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3 | 10/22/2021 | Kerri L Schey, APNP | | 1 |

**Reviewed this Encounter**

| | Medications | Problems | Allergies | History |
|---|---|---|---|---|
| Kerri L Schey, APNP | ✔ | ✔ | Reviewed | Family, Medical, Surgical |
| Jenifer L Orth, MA | ✔ | | Reviewed | Custom, Family, Medical, Surgical, Tobacco |

Aurora Health Care

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/10/2021 0818 | Admit Date/Time: | 08/10/2021 0818 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Amb-green Bay Ambulance | Primary Service: | Emergency Department | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC Emergency Services |
| Admit Provider: | | Attending Provider: | Ryan T Murphy, MD | Referring Provider: | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/10/2021 1418 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC Emergency Services |

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| ABMC Emergency Services | Emergency Medicine | | If symptoms worsen | 2845 Greenbrier Rd<br>Green Bay Wisconsin 54311<br>920-288-4060 |
| Paul H Sumnicht, MD | Family Practice | | As needed | 525 Airport Dr<br>Oneida WI 54155-9035<br>920-869-2711 |

### Coding Summary

#### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 207998774 - HERNANDEZ,SERENA L | WI MEDICAID [142] | None | None |

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/10/2021 0818 | Admit Date/Time: | 08/10/2021 0818 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Amb-green Bay Ambulance | Primary Service: | Emergency Department | Secondary Service: | |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC Emergency Services |
| Admit Provider: | | Attending Provider: | Ryan T Murphy, MD | Referring Provider: | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/10/2021 1418 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC Emergency Services |

#### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| R06.02 | Shortness of breath | |

#### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Coding Summary (continued)**

| | |
|---|---|
| U07.1 **[Principal]** | COVID-19 |
| J12.82 | Pneumonia due to coronavirus disease 2019 |
| F43.10 | Post-traumatic stress disorder, unspecified |
| F32.9 | Major depressive disorder, single episode, unspecified |
| J45.909 | Unspecified asthma, uncomplicated |
| K21.9 | Gastro-esophageal reflux disease without esophagitis |
| I10 | Essential (primary) hypertension |
| R56.9 | Unspecified convulsions (CMS/HCC) |
| E66.9 | Obesity, unspecified |
| Z68.41 | Body mass index (BMI)40.0-44.9, adult (CMS/HCC) |

**Reason for Visit**

**Chief Complaints**

- Suspected Coronavirus (Covid-19)
- Shortness of Breath

**Visit Diagnosis**

| Name | Is ED? |
|---|---|
| **Pneumonia due to COVID-19 virus (primary)** | Yes |

**Treatment Team**

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Ryan T Murphy, MD | Emergency Department | Attending Provider | Emergency Medicine | 08/10/21 1012 | 08/10/21 1418 |
| Caleb J Schulz | Emergency Department | Scribe | Emergency Medicine | 08/10/21 1012 | 08/10/21 1401 |
| Katie K Jacky, RN | Emergency Department | Registered Nurse | Emergency Medicine | 08/10/21 1001 | — |
| Samantha J Comiskey, RN | — | Registered Nurse | Registered Nurse | 08/10/21 0906 | — |
| Jeffrey A Long, PA-C | — | Physician Assistant | Physician Assistant | 08/10/21 0819 | — |

**Patient Summary as-of Visit**

**Problem List** as of 8/10/2021

Problems last reviewed by Steven M Kriescher, LPN on 6/8/2021 1434

**Acute frontal sinusitis**

Diagnosis: Acute frontal sinusitis — Noted on: 09/25/2017 — Priority: Low
Chronic: No

**Adjustment disorder with mixed anxiety and depressed mood**

Diagnosis: Adjustment disorder with mixed anxiety and depressed mood — Noted on: 04/24/2018 — Priority: Low
Chronic: No

**Allergic rhinitis**

Diagnosis: Allergic rhinitis — Noted on: 04/25/2014 — Priority: Low
Chronic: No

**Arthritis of right knee**

Diagnosis: Arthritis of right knee — Noted on: 10/22/2019 — Priority: Low
Chronic: No

**Bipolar disorder, unspecified (CMS/HCC)**

Diagnosis: Bipolar disorder, unspecified — Noted on: 08/26/2020 — Priority: Low

(CMS/HCC)
Chronic: No

**Bitten by cat, subsequent encounter**

| | | |
|---|---|---|
| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |

**Cellulitis and abscess of right leg**

| | | |
|---|---|---|
| Diagnosis: Cellulitis and abscess of right leg<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Cholelithiasis with acute cholecystitis**

| | | |
|---|---|---|
| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Conjunctivitis, allergic**

| | | |
|---|---|---|
| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**COPD (chronic obstructive pulmonary disease) (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: COPD (chronic obstructive pulmonary disease) (CMS/HCC)<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in | Noted on: 06/20/2018 | Priority: Low |

premenopausal period
Chronic: No

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain<br>Chronic: No | Noted on: 05/29/2020 | Priority: Low |

**Gastroesophageal reflux disease**

| | | |
|---|---|---|
| Diagnosis: Gastroesophageal reflux disease<br>Chronic: No | Noted on: 04/17/2015 | Priority: Low |

**Hearing loss**

| | | |
|---|---|---|
| Diagnosis: Hearing loss<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Hematuria**

| | | |
|---|---|---|
| Diagnosis: Hematuria<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Hemorrhoids**

| | | |
|---|---|---|
| Diagnosis: Hemorrhoids<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Hypokalemia**

| | | |
|---|---|---|
| Diagnosis: Hypokalemia<br>Chronic: No | Noted on: 12/07/2020 | Priority: Low |

**Impaired glucose tolerance**

| | | |
|---|---|---|
| Diagnosis: Impaired glucose tolerance<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Insect bites**

| | | |
|---|---|---|
| Diagnosis: Insect bites<br>Chronic: No | Noted on: 08/31/2020 | Priority: Low |

**Irregular menstrual cycle**

| | | |
|---|---|---|
| Diagnosis: Irregular menstrual cycle<br>Chronic: No | Noted on: 02/02/2017 | Priority: Low |

**Jaw pain**

| | | |
|---|---|---|
| Diagnosis: Jaw pain<br>Chronic: No | Noted on: 07/28/2017 | Priority: Low |

**Leukocytosis**

| | | |
|---|---|---|
| Diagnosis: Leukocytosis<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Low back pain**

| | | |
|---|---|---|
| Diagnosis: Low back pain<br>Chronic: No | Noted on: 11/28/2016 | Priority: Low |

**Lumbar radiculopathy, right**

| | | |
|---|---|---|
| Diagnosis: Lumbar radiculopathy, right<br>Chronic: No | Noted on: 11/05/2018 | Priority: Low |

**Mixed anxiety depressive disorder**

| | | |
|---|---|---|
| Diagnosis: Mixed anxiety depressive disorder<br>Chronic: No | Noted on: 05/09/2014 | Priority: Low |

**Moderate persistent asthma without complication**

| | | |
|---|---|---|
| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |

**Obstructive sleep apnea, adult**

| | | |
|---|---|---|
| Diagnosis: Obstructive sleep apnea, adult<br>Chronic: No | Noted on: 11/17/2017 | Priority: Low |

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

| | | |
|---|---|---|
| Diagnosis: Other general symptoms and signs<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Other screening mammogram**

| | | |
|---|---|---|
| Diagnosis: Other screening mammogram<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Paresthesia of bilateral legs**

| | | |
|---|---|---|
| Diagnosis: Paresthesia of bilateral legs<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Patellofemoral pain syndrome**

| | | |
|---|---|---|
| Diagnosis: Patellofemoral pain syndrome<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Perimenopause**

| | | |
|---|---|---|
| Diagnosis: Perimenopause<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Peripheral nerve disease**

| | | |
|---|---|---|
| Diagnosis: Peripheral nerve disease<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Piriformis syndrome of right side**

| | | |
|---|---|---|
| Diagnosis: Piriformis syndrome of right side<br>Chronic: No | Noted on: 05/11/2018 | Priority: Low |

**S/P hernia repair**

| | | |
|---|---|---|
| Diagnosis: S/P hernia repair<br>Chronic: No | Noted on: 08/09/2012 | Priority: Low |

**Screening for cervical cancer**

Diagnosis: Screening for cervical cancer Noted on: 07/03/2019 Priority: Low
Chronic: No

**Sinus headache**

Diagnosis: Sinus headache Noted on: 12/09/2019 Priority: Low
Chronic: No

**Snoring**

Diagnosis: Snoring Noted on: 07/28/2017 Priority: Low
Chronic: No

**Staphylococcal arthritis of right knee (CMS/HCC)**

Diagnosis: Staphylococcal arthritis of right knee (CMS/HCC) Noted on: 06/28/2021 Priority: Low
Chronic: No

**Stress incontinence**

Diagnosis: Stress incontinence Noted on: 04/25/2014 Priority: Low
Chronic: No

**Symptomatic cholelithiasis**

Diagnosis: Symptomatic cholelithiasis Noted on: 01/27/2020 Priority: Low
Chronic: No

**Trochanteric bursitis of right hip**

Diagnosis: Trochanteric bursitis of right hip Noted on: 04/10/2018 Priority: Low
Chronic: No

**Urinary frequency**

Diagnosis: Urinary frequency Noted on: 10/04/2017 Priority: Low
Chronic: No

**Vitamin D deficiency**

Diagnosis: Vitamin D deficiency Noted on: 09/02/2016 Priority: Low
Chronic: No

**Allergies** as of 8/10/2021

Allergies last reviewed by Mitchell J Tuscan on 8/10/2021 1014

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA Severity: High
Noted on: 02/22/2017 RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES Severity: High
Noted on: 02/22/2017 RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Patient Summary as-of Visit (continued)**

Reactions: GI UPSET — Severity: Low
Noted on: 02/22/2017

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) — Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) — Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) — Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH — Severity: High
Noted on: 12/21/2018

**History** as of 8/10/2021

**Medical History** as of 8/10/2021

**Medical last reviewed by Samantha J Comiskey, RN on 8/10/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 8/10/2021

**Surgical last reviewed by Samantha J Comiskey, RN on 8/10/2021**

**Medication List (continued)**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**Peak Flow Meter Device**

Instructions: As instructed per asthma action plan
Authorized by: Kerri L Schey, APNP — Ordered on: 9/28/2020
Start date: 9/28/2020 — Quantity: 1 Device
Refill: No refills remaining

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021

**Medication List (continued)**

Start date: 4/23/2021 Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO Ordered on: 5/4/2021
Start date: 5/4/2021 Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 4/5/2021

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/22/2017

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/22/2017

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 8/23/2018

**Medication List (continued)**

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C Ordered on: 6/17/2021
Start date: 6/17/2021 Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021
Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA Entered on: 7/6/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Medication List (continued)**

Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 10 tablet
Refill: No refills remaining

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 90 mL
Refill: No refills remaining

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet**

Instructions: follow package directions
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 21 tablet
Refill: No refills remaining

**Stopped in Visit**

None

**ED Provider Note**

**ED Provider Notes by Jeffrey A Long, PA-C at 8/10/2021 0907**

Author: Jeffrey A Long, PA-C — Service: Emergency Medicine — Author Type: Physician Assistant
Filed: 8/10/2021 2:27 PM — Date of Service: 8/10/2021 9:07 AM — Status: Signed
Editor: Jeffrey A Long, PA-C (Physician Assistant) — Cosigner: Ryan T Murphy, MD at 8/11/2021 8:30 AM

## CHIEF COMPLAINT

### Chief Complaint

Patient presents with

- Suspected Coronavirus (Covid-19)

- Shortness of Breath

## HPI

53-year-old female with a history of asthma, diabetes, HTN, seizures, cocaine and marijuana use, is here for evaluation of worsening shortness of breath. She was diagnosed with COVID-19 4 days ago. She also states that she has chills, nausea with 1 episode of vomiting, and hurts all over. She denies chest pain, hemoptysis, dizziness or lightheadedness, syncope, abdominal pain, back pain, or any other concerns or complaints.

## Allergies

**ALLERGIES:**

| Allergen | Reactions |
|---|---|
| • Augmentin [Amoxicillin-Pot Clavulanate] | DIARRHEA |
| • Erythromycin | HIVES |
| • Gabapentin<br>*Feels like she is psychologically "disconnected"* | Other (See Comments) |
| • Latex (Environmental) | HIVES |
| • Metformin<br>*Kidney Failure* | Other (See Comments) |
| • Tegretol | RASH |
| • Meloxicam<br>*Flu like symptoms* | Other (See Comments) |
| • Lorazepam | Other (See Comments) |
| • Morphine<br>*Pt unaware of reaction* | Other (See Comments) |
| • Hydrocod Polst-Chlorphen Polst | GI UPSET |

## Current Medications

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • sodium chloride 0.9 % flush bag 25 mL | 25 mL | Intravenous | PRN | Jeffrey A Long, PA-C | | |
| • sodium chloride (PF) 0.9 % injection 2 mL | 2 mL | Intracatheter | 2 times per day | Jeffrey A Long, PA-C | | |
| • benRALIzumab (FASENRA) injection 30 mg | 30 mg | Subcutaneous | Q28 Days | Kerri L Schey, APNP | | 30 mg at 06/02/21 1055 |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath. | 90 mL | 0 |
| • methylPREDNISolone (MEDROL, PAK,) 4 MG tablet | follow package directions | 21 tablet | 0 |
| • benzonatate (TESSALON PERLES) 200 MG capsule | Take 1 capsule by mouth 3 times daily as needed for Cough. | 20 capsule | 0 |
| • acetaminophen (TYLENOL) 500 MG tablet | Take 1 tablet by mouth every 4 hours as needed for Pain or Fever. | 30 tablet | 0 |
| • albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. | 375 mL | 12 |
| • ibuprofen (MOTRIN) 800 MG tablet | Take 1 tablet by mouth 3 times daily as needed for Pain. | 30 tablet | 0 |
| • ondansetron (Zofran ODT) 4 MG disintegrating tablet | Place 1 tablet onto the tongue every 6 hours. | 10 tablet | 0 |
| • hydrOXYzine (VISTARIL) 25 MG capsule | Take 25 mg by mouth 4 times daily as needed. | | |
| • Fasenra 30 MG/ML Solution Prefilled Syringe | INJECT 30 MG (1 SYRINGE) UNDER THE SKIN AT WEEKS 0, 4, AND 8 FOLLOWED BY EVERY 8 WEEKS THEREAFTER | 1 Syringe | 8 |
| • traMADol (ULTRAM) 50 MG tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 20 tablet | 0 |
| • benzonatate (TESSALON PERLES) 100 MG capsule | (Prior Auth: Rx Ref#:00000723313 | | |

| | |
|---|---|
| | 5) |
| • diazePAM (Valium) 2 MG tablet | every 24 hours. |
| • doxycycline hyclate (VIBRAMYCIN) 100 MG capsule | (Prior Auth: Rx Ref#:000007215626) |
| • escitalopram (LEXAPRO) 10 MG tablet | (Prior Auth: Rx Ref#:000007208437) |
| • hydroCORTisone (ANUSOL-HC) 25 MG suppository | (Prior Auth: Rx Ref#:000007213596) |
| • pantoprazole (PROTONIX) 40 MG tablet | (Prior Auth: Rx Ref#:000007192303) |
| • predniSONE (DELTASONE) 10 MG tablet | (Prior Auth: Rx Ref#:000007149615) |
| • atomoxetine (STRATTERA) 25 MG capsule | (Prior Auth: Rx Ref#:000007208436) |
| • calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet | Chew 1 tablet by mouth every 24 hours as needed. |
| • cloNIDine (CATAPRES) 0.1 MG tablet | Take 0.1 mg by mouth 2 times daily as needed. |
| • Elastic Bandages & Supports (Neoprene Elbow Support) Misc | Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33 |
| • Elastic Bandages & Supports (Neoprene Elbow Support) Misc | Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33 |

| | | | |
|---|---|---|---|
| • esomeprazole (NexIUM) 20 MG capsule | 1 capsule every 24 hours. | | |
| • hydroCORTisone (CORTIZONE) 2.5 % ointment | HYDROCORTISONE 2.5 % EXTERNAL OINTMENT | | |
| • hydrOXYzine (ATARAX) 25 MG tablet | Take 25-50 mg by mouth every 4 hours as needed. | | |
| • loratadine (CLARITIN) 10 MG tablet | every 24 hours. | | |
| • polyethylene glycol (MIRALAX) 17 GM/SCOOP powder | | | |
| • prazosin (MINIPRESS) 2 MG capsule | Take 4 mg by mouth. | | |
| • topiramate (TOPAMAX) 50 MG tablet | Take 50 mg by mouth. | | |
| • topiramate (TOPAMAX) 100 MG tablet | | | |
| • valsartan (DIOVAN) 40 MG tablet | | | |
| • clindamycin (CLEOCIN) 300 MG capsule | Take 1 capsule by mouth 3 times daily. | 30 capsule | 0 |
| • fluconazole (Diflucan) 150 MG tablet | Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary | 2 tablet | 0 |
| • fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler | Inhale 1 puff into the lungs 2 times daily. | 60 each | 5 |
| • ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. | 320 mL | 3 |
| • albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing. | 8.5 g | 3 |
| • fexofenadine (ALLEGRA) 180 MG tablet | Take 1 tablet by mouth daily. | 60 tablet | 2 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal spray | Spray 2 sprays in each nostril daily. | 16 g | 2 |

| | | | |
|---|---|---|---|
| • tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler | Place 1 capsule into inhaler and inhale daily. | 30 capsule | 5 |
| • EPINEPHrine 0.3 MG/0.3ML auto-injector | Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis. | 2 each | 1 |
| • Peak Flow Meter Device | As instructed per asthma action plan | 1 Device | 0 |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 90 mg by mouth daily. | | |
| • pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth. | | |
| • XOLAIR 150 MG injection | INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS | 4 each | 13 |
| • Red Yeast Rice Extract (RED YEAST RICE PO) | Take 1 capsule by mouth daily. OTC | | |
| • DICLOFENAC POTASSIUM PO | Take 1 tablet by mouth daily. | | |
| • montelukast (SINGULAIR) 10 MG tablet | Take 1 tablet by mouth nightly. | 60 tablet | 5 |
| • olopatadine (PATADAY) 0.2 % ophthalmic solution | Place 1 drop into both eyes daily. | | |
| • phenazopyridine (PYRIDIUM) 100 MG tablet | Take 100 mg by mouth 3 times daily as needed for Pain. | | |
| • telmisartan (MICARDIS) 20 MG tablet | Take 20 mg by mouth daily. | | |
| • Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID-PRENATAL) 27-1 MG Tab | Take 1 tablet by mouth daily. | | |
| • zinc gluconate 50 MG tablet | Take 50 mg by mouth once a week. | | |
| • methocarbamol (ROBAXIN) 500 MG tablet | Take 500 mg by mouth 4 times daily as needed. | | |
| • LORazepam (ATIVAN) 0.5 MG tablet | Take 0.5 mg by mouth every 6 hours as needed for Anxiety. | | |
| • cholecalciferol (VITAMIN D3) 1000 UNITS tablet | Take 2,000 Units by mouth daily. | | |

| | |
|---|---|
| • venlafaxine (EFFEXOR) 25 MG tablet | Take 75 mg by mouth nightly. |

## Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic rhinitis | |
| • Anxiety | |
| • Asthma | 06/06/2014 |
| • Cannabis dependence (CMS/HCC) | |
| • Cocaine dependence (CMS/HCC) | |
| • Depression | |
| • Diabetes mellitus (CMS/HCC) | |
| • Essential hypertension | 12/03/2016 |
| • GERD (gastroesophageal reflux disease) | |
| • Hematuria | 12/05/2016 |
| • Leukocytosis | 12/05/2016 |
| • Obesity | 12/03/2016 |
| • PTSD (post-traumatic stress disorder) | |
| • Seizures (CMS/HCC)<br>*due to traumatic Brain injury in 6th grade* | |

## Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • Carpal tunnel release | | 2006 |
| • Hernia repair | | 08/09/2012 |

## Social History

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 0.10 |
| Years: | 5.00 |
| Pack years: | 0.50 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |

- Tobacco comment: Patient is back to smoking again, stated that she used cocaine this past year and she's currently in treatment/rehab

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Yes |
| Types: | Cocaine |

*Comment: PT states last used "a few weeks ago"*

## Family History

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Alcohol Abuse | Mother | |
| • Depression | Mother | |
| • Heart disease | Mother | |
| • Hypertension | Mother | |
| • Alcohol Abuse | Father | |
| • Asthma | Father | |
| • Diabetes | Father | |
| • Heart disease | Father | |
| • High cholesterol | Father | |
| • Hypertension | Father | |
| • Alcohol Abuse | Sister | |
| • Arthritis | Sister | |
| • Asthma | Sister | |
| • Depression | Sister | |
| • Diabetes | Sister | |
| • Hypertension | Sister | |
| • Alcohol Abuse | Brother | |
| • Arthritis | Brother | |
| • Hypertension | Brother | |

## REVIEW OF SYSTEMS

ALL 13 SYSTEMS REVIEWED AND NEGATIVE OR NONCONTRIBUTORY UNLESS OTHERWISE NOTED IN HPI

## PHYSICAL EXAM

ED Triage Vitals

ED Triage Vitals Group

| | | |
|---|---|---|
| Temp | 08/10/21 0837 | **(!) 103 °F (39.4 °C)** |
| Heart Rate | 08/10/21 0825 | **(!) 121** |
| Resp | 08/10/21 0831 | **(!) 42** |
| BP | 08/10/21 0825 | **(!) 180/91** |
| SpO2 | 08/10/21 0821 | **97 %** |
| EtCO2 mmHg | -- | |
| Height | 08/10/21 0837 | **5' 5" (1.651 m)** |
| Weight | 08/10/21 0837 | **255 lb 4.7 oz (115.8 kg)** |
| Weight Scale | 08/10/21 0837 | **Scale in bed** |

Used
BMI (Calculated) 08/10/21 0837 **42.48**
IBW/kg (Calculated) 08/10/21 0837 **57**

Gen: AAOx3, **somewhat uncomfortable appearing**
Head: Normocephalic, without abnormal findings
HEENT:
PERRL, EOMI without Nystagmus. Sclera anicteric
Nose: Clear without blood or purulent mucous
Mouth: Patent without swelling. Moist well perfused mucous membranes
Neck: No masses, thyromegaly, posterior tenderness or meningeal signs
Resp: **Tachypneic. Diffuse expiratory wheezing.** No rhonchi or rales. No sign of respiratory distress.
CVS: **Tachycardic** rate and rhythm without significant murmur, rub or gallop
ABD: Normoactive BS, Nontender, No masses or organomegaly
Back: No CVA tenderness, deformities, swelling or ecchymosis
Ext: No clubbing, cyanosis, or significant edema. Equal UE/LE pulses. No joint swelling or erythema
Skin: Well perfused, no significant rashes. No jaundice.
Neuro: No focal Neuro deficits with equal UE/LE strength and sensation.
Lymph:No significant Lymphadenopathy
Psych:Alert and interactive with normal affect and interaction.

Procedures

**MDM**

Shortness of Breath DDx
Pneumonia, reactive airway disease, ACS, PE, CHF, bronchitis, PTX, anemia, metabolic derangement, anxiety attack, COPD, CHF, asthma, CF, emphysema, atelectasis, lung cancer, pulmonary edema

Patient here with COVID-19 infection. She arrived tachypneic, tachycardic. Will initiate full septic workup.

Patient is not hypoxic. Does not require oxygen therapy

CMP with mild transaminitis.

COVID-19 labs elevated.

D-dimer 1.01

CT scan negative for PE. Extensive bilateral pneumonia compatible with COVID-19 pneumonia. Bilateral hilar and mediastinal adenopathy. Cardiomegaly.

Patient given pain medication, IV steroids, albuterol inhaler. Patient states that she feels much better.

**casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB (0 mg Intravenous Completed 8/10/21 1240)**

**Diagnosis:**
**ED Diagnosis**

Final diagnosis
**Pneumonia due to COVID-19 virus**

**Summary of your Discharge Medications**

**Take these Medications**

| | Details |
|---|---|
| * **ipratropium-albuterol** 0.5-2.5 (3) MG/3ML nebulizer solution<br>Commonly known as: DUONEB | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. |
| * **ipratropium-albuterol** 0.5-2.5 (3) MG/3ML nebulizer solution<br>Commonly known as: DUONEB | Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath. |
| **methylPREDNISolone** 4 MG tablet<br>Commonly known as: MEDROL (PAK) | follow package directions |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**Follow Up:**
ABMC Emergency Services
2845 Greenbrier Rd
Green Bay Wisconsin 54311
920-288-4060

If symptoms worsen

Paul H Sumnicht, MD
525 Airport Dr
Oneida WI 54155-9035
920-869-2711

As needed

Patient was instructed to return to the ED immediately if symptoms worsen or any new unusual symptoms arise.

**Recheck on patient.** Discussed with patient ED findings and plan for discharge. Patient was given ED warnings, discharge instructions, and follow up information to go home with. Patient understands and agrees with plan for discharge. Any questions have been answered.

**Closure:**
The patient understands that this is a provisional diagnosis. Provisional diagnosis can and do change. The diagnosis that you are discharged with today is based on the symptoms with which you presented today. If any new symptoms occur or worsen, you should seek immediate attention for re-evaluation. Any symptoms that persist or fail to completely resolve require further evaluation by your other healthcare provider(s).

Diagnosis
The encounter diagnosis was Pneumonia due to COVID-19 virus.

Follow Up:
ABMC Emergency Services
2845 Greenbrier Rd
Green Bay Wisconsin 54311
920-288-4060

If symptoms worsen

Paul H Sumnicht, MD
525 Airport Dr
Oneida WI 54155-9035
920-869-2711

As needed

**Discharge Medication List as of 8/10/2021 2:00 PM**

## New Prescriptions

| | Details |
|---|---|
| **ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution** | Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.Eprescribe, Nebulization, EVERY 6 HOURS PRN, Disp-90 mL, R-0Each vial = 3 mL. Each box = 30 vials (90 mL). Enter dispense quantity of 90 mL per box. 360 mL = Quantity Sufficient for 30 days with every 6 hour dosing. |
| **methylPREDNISolone (MEDROL, PAK,) 4 MG tablet** | follow package directionsEprescribe, Disp-21 tablet, R-0 |

Disposition:
Discharge after Treatment 8/10/2021 12:42 PM
There is no comment

Jeffrey A Long, PA-C
08/10/21 1427

Electronically signed by Jeffrey A Long, PA-C at 8/10/2021 2:27 PM
Electronically signed by Ryan T Murphy, MD at 8/11/2021 8:30 AM

**ED Provider Notes by Ryan T Murphy, MD at 8/10/2021 1013**

Author: Ryan T Murphy, MD | Service: Emergency Medicine | Author Type: Physician
Filed: 8/11/2021 8:34 AM | Date of Service: 8/10/2021 10:13 AM | Status: Signed
Editor: Ryan T Murphy, MD (Physician)

I performed a History and Physical Exam of the patient and discussed management with the PA. Pt with history of COPD presents via EMS for evaluation of SOB and body aches which onset 5 days ago. Patient had a positive COVID-19 test 4 days ago. She is fully vaccinated against COVID-19.

Focused Exam showed: tachypnea, diffuse expiratory wheezing

I reviewed and agree with the PA's care plan.

**Vitals:**

| | 08/10/21 1315 | 08/10/21 1330 | 08/10/21 1345 | 08/10/21 1400 |
|---|---|---|---|---|
| BP: | **(!) 174/81** | **(!) 179/84** | **(!) 179/82** | **(!) 176/82** |
| Patient Position: | | | | |
| Pulse: | **(!) 103** | **(!) 101** | **(!) 104** | **(!) 101** |

**Final Result**
IMPRESSION:
1. Negative for PE.
2. Extensive bilateral pneumonia compatible with Covid 19 pneumonia.
3. Bilateral hilar and mediastinal adenopathy.
4. Cardiomegaly.

This chart was documented by Caleb Schulz, acting as a scribe for Ryan T Murphy, MD. 8/10/2021, 10:13 AM.

The documentation recorded by the scribe accurately and completely reflects the service(s) I personally performed and the decisions made by me.

Ryan T Murphy, MD
08/11/21 0834

Electronically signed by Ryan T Murphy, MD at 8/11/2021 8:34 AM

**ED Notes**

**ED Notes by Nicole E Gretz, HUC at 8/10/2021 0819**

| | | |
|---|---|---|
| Author: Nicole E Gretz, HUC | Service: — | Author Type: Unit Clerk |
| Filed: 8/10/2021 8:19 AM | Date of Service: 8/10/2021 8:19 AM | Status: Signed |
| Editor: Nicole E Gretz, HUC (Unit Clerk) | | |

Bed: 08
Expected date: 8/10/21
Expected time:
Means of arrival: Amb-Green Bay Ambulance
Comments:
Short of breath

Electronically signed by Nicole E Gretz, HUC at 8/10/2021 8:19 AM

**ED Triage Notes by Samantha J Comiskey, RN at 8/10/2021 0822**

| | | |
|---|---|---|
| Author: Samantha J Comiskey, RN | Service: — | Author Type: Registered Nurse |
| Filed: 8/10/2021 8:24 AM | Date of Service: 8/10/2021 8:22 AM | Status: Signed |
| Editor: Samantha J Comiskey, RN (Registered Nurse) | | |

Pt comes from home with a positive Covid 19 test 4 days ago. PT has increased SOB and is tympanic. HX of asthma.

Electronically signed by Samantha J Comiskey, RN at 8/10/2021 8:24 AM

**ED Notes by Samantha J Comiskey, RN at 8/10/2021 0900**

Author: Samantha J Comiskey, RN Service: — Author Type: Registered Nurse
Filed: 8/10/2021 9:25 AM Date of Service: 8/10/2021 9:00 AM Status: Signed
Editor: Samantha J Comiskey, RN (Registered Nurse)

Pt verbal aggressive to staff. Pt swearing, demanding and yelling at ED staff during triage and primary assessment.

Electronically signed by Samantha J Comiskey, RN at 8/10/2021 9:25 AM

**ED Notes by Samantha J Comiskey, RN at 8/10/2021 1034**

Author: Samantha J Comiskey, RN Service: — Author Type: Registered Nurse
Filed: 8/10/2021 10:35 AM Date of Service: 8/10/2021 10:34 AM Status: Signed
Editor: Samantha J Comiskey, RN (Registered Nurse)

Pt states she is feeling better after initial medications. Will continue to monitor.

Electronically signed by Samantha J Comiskey, RN at 8/10/2021 10:35 AM

**ED Notes by Samantha J Comiskey, RN at 8/10/2021 1053**

Author: Samantha J Comiskey, RN Service: — Author Type: Registered Nurse
Filed: 8/10/2021 10:53 AM Date of Service: 8/10/2021 10:53 AM Status: Signed
Editor: Samantha J Comiskey, RN (Registered Nurse)

Pharmacy called for Regeneron medication.

Electronically signed by Samantha J Comiskey, RN at 8/10/2021 10:53 AM

**ED Notes by Katie K Jacky, RN at 8/10/2021 1242**

Author: Katie K Jacky, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 8/10/2021 12:42 PM Date of Service: 8/10/2021 12:42 PM Status: Signed
Editor: Katie K Jacky, RN (Registered Nurse)

Patient given a sandwich to eat and water. Patient feeling much better. Respirations regular and non-labored. No further wheezing. States bodyaches are resolved.

Electronically signed by Katie K Jacky, RN at 8/10/2021 12:42 PM

**ED Notes by Katie K Jacky, RN at 8/10/2021 1315**

Author: Katie K Jacky, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 8/10/2021 1:23 PM Date of Service: 8/10/2021 1:15 PM Status: Signed
Editor: Katie K Jacky, RN (Registered Nurse)

Patient updated on treatment plan. No new complaints or needs at this time. Call light in reach.

Electronically signed by Katie K Jacky, RN at 8/10/2021 1:23 PM

**ED Care Timeline**

**Patient Care Timeline (8/10/2021 08:18 to 8/10/2021 14:18)**

| 8/10/2021 | Event | Details | User |
|---|---|---|---|

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Adm: 8/10/2021, D/C: 8/10/2021

Sex: F

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:18 | **Patient arrived in ED** | | Allison P Jobe |
| 08:18 | **Patient roomed in ED** | To room 08 | Allison P Jobe |
| 08:18:49 | **Emergency encounter created** | | Allison P Jobe |
| 08:19:02 | **Assign APP** | Jeffrey A Long, PA-C assigned as Physician Assistant | Jeffrey A Long, PA-C |
| 08:19:02 | **Provider Contact With Patient Start** | | Jeffrey A Long, PA-C |
| 08:19:11 | **ED Notes** | Bed: 08<br>Expected date: 8/10/21<br>Expected time:<br>Means of arrival: Amb-Green Bay Ambulance<br>Comments:<br>Short of breath | Nicole E Gretz, HUC |
| 08:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 08:21 | **Triage Started** | | Samantha J Comiskey, RN |
| 08:21 | **Arrival Documentation** | **Triage Start**<br>Triage Start: Start<br>Mode of Arrival: ALS<br>**Prehospital Care**<br>O2 Device: None/Room air<br>**Vitals**<br>Temp: 99.9 °F (37.7 °C)<br>Temp src: Temporal<br>SpO2: 97 % | Samantha J Comiskey, RN |
| 08:22:50 | **Chief Complaints Updated** | **Shortness of Breath** **Suspected Coronavirus (Covid-19)** | Samantha J Comiskey, RN |
| 08:22:52 | **ED Triage Notes** | Pt comes from home with a positive Covid 19 test 4 days ago. PT has increased SOB and is tympanic. HX of asthma. | Samantha J Comiskey, RN |
| 08:24 | **Travel Screening** | In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? **Yes** ; Have you had a COVID-19 viral test in the last 14 days? **Yes - Positive result** ; Do you have any of the following new or worsening symptoms? **Chills; Fever; Weakness; Shortness of breath; Muscle pain; Severe headache** ; Have you traveled internationally or domestically in the last month? **No** Travel Locations: **Travel history not shown for past encounters** | Samantha J Comiskey, RN |
| 08:25 | **TUBERCULOSIS SCREENING** | **Tuberculosis Screening**<br>Productive Cough Greater than 3 Weeks: No<br>Hemoptysis (Coughing Up Blood): No<br>Prior Exposure to Tuberculosis: No<br>Pre-Screen Score: 0 | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:25 | **Pain Assessment** | **Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10<br>**Pain Intensity**<br>Numeric Rating Scale 0-10: 10 (pt has taken Naproxen at home)<br>**Pain Assessment**<br>Pain Assessment Documented: Yes | Samantha J Comiskey, RN |
| 08:25 | **Columbia Suicide Severity Rating Scale (C-SSRS Short Version)** | **Columbia Suicide Severity Rating Scale (C-SSRS)**<br>1. Have you wished you were dead or wished you could go to sleep and not wake up? (past month): No<br>2. Have you actually had any thoughts of killing yourself? (past month): No<br>6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? (lifetime): No | Samantha J Comiskey, RN |
| 08:25 | **Custom Formula Data** | **Columbia Suicide Severity Rating Scale (C-SSRS)**<br>Suicide Evaluation: Negative Screen - White<br>**Other flowsheet entries**<br>Shock Index (SI): 0.7 | Samantha J Comiskey, RN |
| 08:25 | **Devices Data** | **Device Data**<br>Heart Rate: **121** ! (Device Time: 08:25:00)<br>SpO2: 98 % (Device Time: 08:25:00)<br>BP: **180/91** ! (Device Time: 08:25:00)<br>MAP (mmHg): **126** ! (Device Time: 08:25:00) | Samantha J Comiskey, RN |
| 08:25:34 | **Orders Placed** | Contact and special precautions isolation status ; Contact and special precautions isolation status | Jeffrey A Long, PA-C |
| 08:25:38 | **Orders Discontinued** | Contact and special precautions isolation status (08/10/21 0826) | Samantha J Comiskey, RN |
| 08:26 | **Primary Assessment** | **Airway**<br>Airway Assessment: No Abnormalities Noted<br>Obstructed?: Patent<br>**Breathing**<br>Respiratory Pattern: Tachypneic<br>O2 Device: None (Room air)<br>Trachea: Midline<br>**Circulation**<br>Circulation Assessment: No Abnormalities Noted<br>**Disability**<br>Disability Assessment: No Abnormalities Noted<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Samantha J Comiskey, RN |
| 08:27 | **Triage Plan** | **Triage Plan**<br>Patient Acuity: 2 | Samantha J Comiskey, RN |
| 08:27:49 | **Allergies Reviewed** | | Samantha J Comiskey, RN |
| 08:27:54 | **Triage Completed** | | Samantha J Comiskey, RN |
| 08:31 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:31 | **Devices Data** | **Device Data**<br>Heart Rate: **122** ! (Device Time: 08:31:00)<br>Resp: **42** ! (Device Time: 08:31:00)<br>BP: **192/91** ! (Device Time: 08:31:00)<br>MAP (mmHg): **121** ! (Device Time: 08:31:00) | Samantha J Comiskey, RN |
| 08:36 | **Abuse Indicators** | **Violence/Abuse Screen**<br>Violence/Abuse Screen: Complete assessment (alone or age 12 years or less with parents)<br>In the past, have you ever been physically hurt, threatened, controlled or made to feel afraid by someone close to you?: No<br>Currently, are you in a relationship where you are being physically hurt, threatened, controlled or made to feel afraid?: No | Samantha J Comiskey, RN |
| 08:36:36 | **History Reviewed** | Sections Reviewed: Medical, Surgical, Alcohol, Tobacco, Drug Use, Custom, Obstetric, Family | Samantha J Comiskey, RN |
| 08:37 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 08:37 | **ED Vital Signs** | **Vital Signs**<br>Temp: **103 °F (39.4 °C)** !<br>Temp src: Oral<br>Heart Rate: **115** !<br>Heart Rate Source: Monitor<br>Resp: **24** !<br>BP: **192/91** !<br>Patient Position: Sitting<br>SpO2: 98 %<br>O2 Device: None/Room air<br>**Height and Weight**<br>Height: 5' 5" (165.1 cm)<br>Weight: 115.8 kg (255 lb 4.7 oz)<br>Weight Scale Used: Scale in bed<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Samantha J Comiskey, RN |

| | | | |
|---|---|---|---|
| 08:37 | **Custom Formula Data** | **Weight and Growth Recommendation**<br>IBW/kg (Calculated) Male: 61.5<br>IBW/kg (Calculated) FEMALE: 57<br>**Relevant Labs and Vitals**<br>Temp (in Celsius): 39.44<br>**Other flowsheet entries**<br>BSA (Calculated - sq m): 2.3<br>English Weight lbs: 255 lbs<br>English Weight oz: 5 oz<br>BSA (Calculated - m2) - DuBois & DuBois: 2.19<br>BMI (Calculated): 42.48<br>BSA (Calculated - sq m): 2.3<br>BMI (Calculated): 42.57<br>Shock Index (SI): 0.6<br>BSA (Calculated - sq m): 2.37<br>BSA (Calculated - sq m) (oncology): 2.3<br>BMI (Calculated): 42.48<br>Low Range Vt 6cc/kg MALE: 369<br>Adult Moderate Range Vt 8cc/kg MA: 492<br>Adult High Range Vt 10cc/kg MALE: 615<br>Low Range Vt 6cc/kg FEMALE: 342<br>Adult Moderate Range vt 8cc/kg FEMALE: 456<br>BMI (Calculated): 42.483<br>Percent Weight Change Since Birth: 0<br>IBW/kg (Calculated): 57<br>Low Range Vt 6cc/kg: 342<br>Adult Moderate Range Vt 8cc/kg: 456<br>Adult High Range Vt 10cc/kg: 570 | Samantha J Comiskey, RN |
| 08:38:56 | **Orders Acknowledged** | New - Contact and special precautions isolation status | Samantha J Comiskey, RN |
| 08:38:58 | **Orders Acknowledged** | New - Contact and special precautions isolation status | Samantha J Comiskey, RN |
| 08:39 | **Neurological** | **Neurological**<br>Level of Consciousness: Hyper alert<br>Orientation: Oriented (person/place/time)<br>Cognition: Impulsive<br>Speech: Clear/understandable<br>**Neurological**<br>Speech: Clear/understandable<br>**Symptoms**<br>Neurological Additional Parameters: Headache (new onset)<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Samantha J Comiskey, RN |
| 08:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 11.6 | Batch, Clindoc Asap |
| 08:42 | **Respiratory** | **Respiratory**<br>Trachea Position: Midline<br>Breath Sound Assessment: All posterior; Bilateral breath sounds<br>All Posterior Breath Sounds: Expiratory wheeze<br>All Lobes Breath Sounds: Expiratory wheeze<br>Respiratory Pattern-Subjective: Verbalizes SOB at rest<br>Respiratory Pattern-Objective: Symmetrical; Regular<br>O2 Device: None/Room air<br>Cough: Strong; Productive | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:55 | **Send Blood Culture to Phlebotomy Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Katie K Jacky, RN |
| 08:55:26 | **Specimens Collected** | Ferritin - ID: **21BCH-222CH00368** Type: **Blood** | Samantha J Comiskey, RN |
| 08:55:32 | **Specimens Collected** | Blood Culture - ID: **21BCH-222MC00036** Type: **Blood** | Katie K Jacky, RN |
| 09:00 | **Medication Given** | ketorolac injection 15 mg - Dose: **15 mg** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **0843** | Samantha J Comiskey, RN |
| 09:00 | **ED Notes** | Pt verbal aggressive to staff. Pt swearing, demanding and yelling at ED staff during triage and primary assessment. | Samantha J Comiskey, RN |
| 09:00 | **Violent Behavior** | **Violent Behavior**<br>Verbally Aggressive: Cursing at caregiver/staff/physician/APP in threatening manner | Katie K Jacky, RN |
| 09:00 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 09:00 | **Pain Assessment** | **Pain Assessment**<br>Pain Assessment Documented: Yes | Samantha J Comiskey, RN |
| 09:00 | **Data** | **Numeric Rating Scale**<br>Numeric Rating Scale 0-10: 10<br>**Pain Evaluation**<br>Pain Evaluation: Pain level/behaviors unacceptable - administer scheduled/PRN intervention<br>**Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10 | Samantha J Comiskey, RN |
| 09:00 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |
| 09:00 | **Devices Data** | **Device Data**<br>Heart Rate: **111** ! (Device Time: 09:00:00)<br>Resp: **41** ! (Device Time: 09:00:00)<br>SpO2: 100 % (Device Time: 09:00:00)<br>BP: **182/82** ! (Device Time: 09:00:00)<br>MAP (mmHg): **119** ! (Device Time: 09:00:00) | Samantha J Comiskey, RN |
| 09:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 9.3 | Batch, Clindoc Asap |
| 09:03:38 | **Lab Resulted** | (Preliminary result) CBC WITH AUTOMATED DIFFERENTIAL (PERFORMABLE ONLY) | Lab, Background User |
| 09:03:44 | **Lab Resulted** | (Final result) CBC WITH DIFFERENTIAL | Lab, Background User |
| 09:03:44 | **Lab Resulted** | (Final result) CBC WITH AUTOMATED DIFFERENTIAL (PERFORMABLE ONLY) | Lab, Background User |
| 09:03:44 | **CBC with Automated Differential Resulted** | Collected: **8/10/2021 08:45** Last updated: **8/10/2021 09:03** Status: **Final result** | Lab, Background User |

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 09:34:29 | **Orders Acknowledged** | New - CT Chest PE Imaging | Samantha J Comiskey, RN |
| 09:34:31 | **Orders Acknowledged** | Discontinued - XR Chest AP or PA | Samantha J Comiskey, RN |
| 09:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 9.3 | Batch, Clindoc Asap |
| 10:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 9 | Batch, Clindoc Asap |
| 10:00:48 | **Patient Transport In Progress** | Transport to: ABMC Imaging - CT Scan | Sierra R Kohn |
| 10:01:16 | **Assign Nurse** | Katie K Jacky, RN assigned as Registered Nurse | Katie K Jacky, RN |
| 10:03:14 | **Lab Resulted** | (Final result) FERRITIN | Lab, Background User |
| 10:03:14 | **Ferritin Resulted** | Collected: **8/10/2021 08:55** Last updated: **8/10/2021 10:03** Status: **Final result** Ferritin: **67 ng/mL** [Ref Range: 8 - 252] | Lab, Background User |
| 10:04:29 | **Orders Placed** | acetaminophen (TYLENOL) tablet 1,000 mg | Jeffrey A Long, PA-C |
| 10:08 | **Time-Out** | **Time-Out**<br>Patient identified by at least 2 methods: Yes<br>Procedure Verified: Yes<br>Is patient pregnant?: No<br>Site Marking Verified: N/A<br>Laterality Confirmed: N/A | Mitchell J Tuscan |
| 10:08:37 | **Imaging Exam Started** | CT Chest PE Imaging | Mitchell J Tuscan |
| 10:11:03 | **Patient Transport In Progress** | Transport to: 08 | Sierra R Kohn |
| 10:12:52 | **Team Member Assigned** | Caleb J Schulz assigned as Scribe | Caleb J Schulz |
| 10:12:52 | **Assign Attending** | Ryan T Murphy, MD assigned as Attending | Caleb J Schulz |
| 10:12:52 | **Provider Contact With Patient Start** | | Caleb J Schulz |
| 10:14 | **Medication Given** | iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL - Dose: **75 mL** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1015** | Mitchell J Tuscan |
| 10:14 | **Medication Given** | sodium chloride 0.9 % injector flush 100 mL - Dose: **100 mL** ; Route: **Injection** ; Scheduled Time: **1015** | Mitchell J Tuscan |
| 10:14:03 | **Orders Placed** | iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL ; sodium chloride 0.9 % injector flush 100 mL | Ryan T Murphy, MD |
| 10:14:28 | **Allergies Reviewed** | | Mitchell J Tuscan |
| 10:14:42 | **Imaging Exam Ended** | CT Chest PE Imaging | Mitchell J Tuscan |
| 10:15:17 | **Orders Acknowledged** | New - acetaminophen (TYLENOL) tablet 1,000 mg ; iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL ; sodium chloride 0.9 % injector flush 100 mL | Samantha J Comiskey, RN |
| 10:16:20 | **Orders Placed** | albuterol inhaler 2 puff | Jeffrey A Long, PA-C |
| 10:16:28 | **Orders Placed** | methylPREDNISolone (SOLU-Medrol) PF injection 125 mg | Jeffrey A Long, PA-C |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 10:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.7 | Batch, Clindoc Asap |
| 10:23 | **Medication Given** | methylPREDNISolone (SOLU-Medrol) PF injection 125 mg - Dose: **125 mg** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1017** | Samantha J Comiskey, RN |
| 10:24 | **Medication Given** | acetaminophen (TYLENOL) tablet 1,000 mg - Dose: **1,000 mg** ; Route: **Oral** ; Scheduled Time: **1005** | Samantha J Comiskey, RN |
| 10:24 | **Pain Assessment** | **Pain Assessment**<br>Pain Assessment Documented: Yes | Samantha J Comiskey, RN |
| 10:24 | **Data** | **Numeric Rating Scale**<br>Numeric Rating Scale 0-10: 10<br>**Pain Evaluation**<br>Pain Evaluation: Pain level/behaviors unacceptable - administer scheduled/PRN intervention<br>**Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10 | Samantha J Comiskey, RN |
| 10:24:32 | **Orders Placed** | ondansetron (ZOFRAN) injection 4 mg | Jeffrey A Long, PA-C |
| 10:26 | **Medication Given** | albuterol inhaler 2 puff - Dose: **2 puff** ; Route: **Inhalation** ; Scheduled Time: **1017** | Samantha J Comiskey, RN |
| 10:26:06 | **Specimens Collected** | CT Chest PE Imaging - ID: **105306804080** | |
| 10:28:30 | **CT Chest PE Imaging Resulted** | Collected: **8/10/2021 10:26** Last updated: **8/10/2021 10:31** Status: **Final result** | Edi, Rad Results In |
| 10:29:30 | **Orders Acknowledged** | New - albuterol inhaler 2 puff ; methylPREDNISolone (SOLU-Medrol) PF injection 125 mg ; ondansetron (ZOFRAN) injection 4 mg | Samantha J Comiskey, RN |
| 10:31:41 | **Imaging Final Result** | CT Chest PE Imaging | Edi, Rad Results In |
| 10:31:41 | **CT Final Result** | (Final result) **CT** CHEST PE IMAGING | Edi, Rad Results In |
| 10:33 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 10:33 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.7 | Samantha J Comiskey, RN |
| 10:33 | **Devices Data** | **Device Data**<br>Heart Rate: **116** ! (Device Time: 10:33:00)<br>Resp: **37** ! (Device Time: 10:33:00)<br>SpO2: 96 % (Device Time: 10:33:00)<br>BP: **178/83** ! (Device Time: 10:33:00)<br>MAP (mmHg): **119** ! (Device Time: 10:33:00) | Samantha J Comiskey, RN |
| 10:34:58 | **ED Notes** | Pt states she is feeling better after initial medications. Will continue to monitor. | Samantha J Comiskey, RN |
| 10:35:25 | **Orders Placed** | HYDROmorphone (DILAUDID) injection 0.5 mg | Jeffrey A Long, PA-C |
| 10:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 10:43:21 | **Orders Placed** | Vital signs ; Blood pressure, heart rate, and respiratory rate ; Monitor patient for infusion-related reaction ; Notify: Treatment ; If signs and symptoms of a clinically significant hypersensitivity reaction or anaphylaxis occur, ; casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB | Jeffrey A Long, PA-C |
| 10:45 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 10:45 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |
| 10:45 | **Devices Data** | **Device Data**<br>Heart Rate: **115** ! (Device Time: 10:45:00)<br>Resp: **46** ! (Device Time: 10:45:00)<br>SpO2: 98 % (Device Time: 10:45:00)<br>BP: **178/86** ! (Device Time: 10:45:00)<br>MAP (mmHg): **122** ! (Device Time: 10:45:00) | Samantha J Comiskey, RN |
| 10:48:31 | **ED Extended Monitoring** | | Jeffrey A Long, PA-C |
| 10:53:37 | **ED Notes** | Pharmacy called for Regeneron medication. | Samantha J Comiskey, RN |
| 11:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 11:01:51 | **Lab Resulted** | (Preliminary result) BLOOD CULTURE | Lab, Background User |
| 11:01:51 | **Lab Resulted** | (Preliminary result) BLOOD CULTURE | Lab, Background User |
| 11:08:40 | **Orders Acknowledged** | New - HYDROmorphone (DILAUDID) injection 0.5 mg ; Vital signs ; Blood pressure, heart rate, and respiratory rate ; Monitor patient for infusion-related reaction ; Notify: Treatment ; If signs and symptoms of a clinically significant hypersensitivity reaction or anaphylaxis occur, ; casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB | Katie K Jacky, RN |
| 11:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 11:27:16 | **Orders Placed** | Recheck Vital Signs | Jeffrey A Long, PA-C |
| 11:30 | **Medication Given** | ondansetron (ZOFRAN) injection 4 mg - Dose: **4 mg** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1025** | Katie K Jacky, RN |
| 11:32 | **Medication Given** | HYDROmorphone (DILAUDID) injection 0.5 mg - Dose: **0.5 mg** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1036** | Katie K Jacky, RN |
| 11:32 | **Pain Assessment** | **Pain Assessment**<br>Pain Assessment Documented: Yes | Katie K Jacky, RN |
| 11:32 | **Data** | **Pasero Opioid Induced Sedation Scale**<br>Pasero Opioid-Induced Sedation Scale (POSS): Awake and alert<br>**Numeric Rating Scale**<br>Numeric Rating Scale 0-10: 8<br>**Respiratory**<br>Respiratory Pattern-Objective: Regular<br>**Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10 | Katie K Jacky, RN |

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 11:32 | **Respiratory** | **Respiratory**<br>Trachea Position: Midline<br>Breath Sound Assessment: Bilateral breath sounds<br>All Posterior Breath Sounds: Clear<br>All Lobes Breath Sounds: Clear<br>Respiratory Pattern-Subjective: Verbalizes SOB at rest<br>SpO2: 97 %<br>O2 Device: None/Room air<br>Cough: Productive; Strong | Katie K Jacky, RN |
| 11:34 | **Cardiovascular** | **CV**<br>Apical Heart Rhythm: Regular<br>Cardiac Rhythm: ST<br>Cardiac Symptoms: Denies symptoms<br>Telemetry: On | Katie K Jacky, RN |
| 11:34 | **Devices Data** | **Device Data**<br>Heart Rate: **114** ! (Device Time: 11:34:00)<br>Resp: **36** ! (Device Time: 11:34:00)<br>SpO2: 97 % (Device Time: 11:34:00) | Katie K Jacky, RN |
| 11:34 | **Gastrointestinal** | **Gastrointestinal**<br>General Assessment: Soft; Non-tender<br>GI Symptoms: No abnormal symptoms | Katie K Jacky, RN |
| 11:35 | **Genitourinary** | **Genitourinary**<br>GU Symptoms: Denies symptoms | Katie K Jacky, RN |
| 11:35 | **Integumentary** | **Integumentary**<br>Color: Appropriate for ethnicity<br>Temperature: Warm<br>Moisture: Dry | Katie K Jacky, RN |
| 11:35 | **ED Vital Signs** | **Vital Signs**<br>Temp: 98.9 °F (37.2 °C)<br>Temp src: Oral<br>Heart Rate: **117** !<br>Resp: **32** !<br>SpO2: 97 %<br>O2 Device: None/Room air<br>**Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 11:35 | **Neurological** | **Neurological**<br>Level of Consciousness: Alert<br>Orientation: Oriented (person/place/time)<br>Cognition: Appropriate judgement; Impulsive<br>Speech: Clear/understandable<br>Swallow: Asymptomatic without difficulty<br>**Neurological**<br>Speech: Clear/understandable<br>Swallow: Asymptomatic without difficulty<br>**Symptoms**<br>Neurological Additional Parameters: Headache (new onset)<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Katie K Jacky, RN |

| | | | |
|---|---|---|---|
| 11:35 | **Custom Formula Data** | **Relevant Labs and Vitals**<br>Temp (in Celsius): 37.17<br>**Other flowsheet entries**<br>Shock Index (SI): 0.7 | Katie K Jacky, RN |
| 11:35 | **Devices Data** | **Device Data**<br>BP: **177/84** ! (Device Time: 11:35:00)<br>MAP (mmHg): **119** ! (Device Time: 11:35:00) | Katie K Jacky, RN |
| 11:38 | **Medication Completed** | lactated ringers bolus 1,000 mL - Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1138** | Katie K Jacky, RN |
| 11:38:42 | **Orders Acknowledged** | New - Recheck Vital Signs | Katie K Jacky, RN |
| 11:38:46 | **Orders Completed** | Vital signs | Katie K Jacky, RN |
| 11:38:46 | **Vital signs Completed** | Vital signs | Katie K Jacky, RN |
| 11:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 11:45 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 11:45 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 11:45 | **Devices Data** | **Device Data**<br>Heart Rate: **109** ! (Device Time: 11:45:00)<br>Resp: **35** ! (Device Time: 11:45:00)<br>SpO2: 95 % (Device Time: 11:45:00)<br>BP: **181/84** ! (Device Time: 11:45:00)<br>MAP (mmHg): **122** ! (Device Time: 11:45:00) | Katie K Jacky, RN |
| 12:00 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 12:00 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 12:00 | **Devices Data** | **Device Data**<br>Heart Rate: **107** ! (Device Time: 12:00:00)<br>Resp: **30** ! (Device Time: 12:00:00)<br>SpO2: 95 % (Device Time: 12:00:00)<br>BP: **168/80** ! (Device Time: 12:00:00)<br>MAP (mmHg): **114** ! (Device Time: 12:00:00) | Katie K Jacky, RN |
| 12:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 12:15 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 12:15 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 12:15 | **Devices Data** | **Device Data**<br>Heart Rate: **106** ! (Device Time: 12:15:00)<br>Resp: **30** ! (Device Time: 12:15:00)<br>SpO2: 97 % (Device Time: 12:15:00)<br>BP: **172/83** ! (Device Time: 12:15:00)<br>MAP (mmHg): **119** ! (Device Time: 12:15:00) | Katie K Jacky, RN |
| 12:16 | **Medication New Bag** | casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB - Dose: **600 mg** ; Rate: **180 mL/hr** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1044** | Katie K Jacky, RN |
| 12:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 12:30 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 12:30 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 12:30 | **Devices Data** | **Device Data**<br>Heart Rate: **104** ! (Device Time: 12:30:00)<br>Resp: **48** ! (Device Time: 12:30:00)<br>SpO2: 97 % (Device Time: 12:30:00)<br>BP: **179/85** ! (Device Time: 12:30:00)<br>MAP (mmHg): **122** ! (Device Time: 12:30:00) | Katie K Jacky, RN |
| 12:40 | **Medication Completed** | casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB - Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **1240** | Katie K Jacky, RN |
| 12:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 12:42 | **Pain Assessment** | **Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10<br>**Pain Intensity**<br>Numeric Rating Scale 0-10: 3<br>**Pain Assessment**<br>Pain Assessment Documented: Yes | Katie K Jacky, RN |
| 12:42:15 | **ED Notes** | Patient given a sandwich to eat and water. Patient feeling much better. Respirations regular and non-labored. No further wheezing. States bodyaches are resolved. | Katie K Jacky, RN |
| 12:42:17 | **Discharge After Treatment Dispostion Selected** | ED Disposition set to Discharge after Treatment | Jeffrey A Long, PA-C |
| 12:42:17 | **Disposition Selected** | | Jeffrey A Long, PA-C |
| 12:43:10 | **Discharge Orders Placed** | ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution ; methylPREDNISolone (MEDROL, PAK,) 4 MG tablet | Jeffrey A Long, PA-C |
| 12:45 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 12:45 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 12:45 | **Devices Data** | **Device Data**<br>Heart Rate: **107** ! (Device Time: 12:45:00)<br>Resp: **30** ! (Device Time: 12:45:00)<br>SpO2: 96 % (Device Time: 12:45:00)<br>BP: **182/87** ! (Device Time: 12:45:00)<br>MAP (mmHg): **125** ! (Device Time: 12:45:00) | Katie K Jacky, RN |
| 13:00 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 13:00 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 13:00 | **Devices Data** | **Device Data**<br>Heart Rate: **101** ! (Device Time: 13:00:00)<br>Resp: **25** ! (Device Time: 13:00:00)<br>SpO2: 97 % (Device Time: 13:00:00)<br>BP: **180/83** ! (Device Time: 13:00:00)<br>MAP (mmHg): **120** ! (Device Time: 13:00:00) | Katie K Jacky, RN |
| 13:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 13:15 | **ED Notes** | Patient updated on treatment plan. No new complaints or needs at this time. Call light in reach. | Katie K Jacky, RN |
| 13:15 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Katie K Jacky, RN |
| 13:15 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Katie K Jacky, RN |
| 13:15 | **Devices Data** | **Device Data**<br>Heart Rate: **103** ! (Device Time: 13:15:00)<br>Resp: **55** ! (Device Time: 13:15:00)<br>SpO2: 95 % (Device Time: 13:15:00)<br>BP: **174/81** ! (Device Time: 13:15:00)<br>MAP (mmHg): **116** ! (Device Time: 13:15:00) | Katie K Jacky, RN |
| 13:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 13:28:17 | **Registration Completed** | | Allison P Jobe |
| 13:30 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 13:30 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 13:30 | **Devices Data** | **Device Data**<br>Heart Rate: **101** ↑ (Device Time: 13:30:00)<br>Resp: **39** ↑ (Device Time: 13:30:00)<br>SpO2: 96 % (Device Time: 13:30:00)<br>BP: **179/84** ↑ (Device Time: 13:30:00)<br>MAP (mmHg): **121** ↑ (Device Time: 13:30:00) | Samantha J Comiskey, RN |
| 13:40 | **Genitourinary** | **Genitourinary**<br>GU Symptoms: Denies symptoms<br>Urine Characteristics: Clear; Yellow | Samantha J Comiskey, RN |
| 13:40 | **Integumentary** | **Integumentary**<br>Color: Appropriate for ethnicity<br>Temperature: Warm<br>Moisture: Dry | Samantha J Comiskey, RN |
| 13:40 | **Cardiovascular** | **CV**<br>Apical Heart Rhythm: Regular<br>Cardiac Rhythm: ST<br>Heart Sounds: S1, S2<br>Telemetry: On | Samantha J Comiskey, RN |
| 13:40 | **Respiratory** | **Respiratory**<br>Trachea Position: Midline<br>Breath Sound Assessment: All posterior<br>All Posterior Breath Sounds: Clear<br>All Lobes Breath Sounds: Clear<br>Respiratory Pattern-Objective: Regular<br>O2 Device: None/Room air<br>Cough: Strong; Productive | Samantha J Comiskey, RN |
| 13:40 | **Neurological** | **Neurological**<br>Level of Consciousness: Alert<br>Cognition: Follows commands<br>Speech: Clear/understandable<br>Swallow: Asymptomatic without difficulty<br>**Neurological**<br>Speech: Clear/understandable<br>Swallow: Asymptomatic without difficulty<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Samantha J Comiskey, RN |
| 13:40 | **Gastrointestinal** | **Gastrointestinal**<br>General Assessment: Non-distended<br>GI Symptoms: No abnormal symptoms | Samantha J Comiskey, RN |
| 13:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 13:42:18 | **Orders Completed** | Blood pressure, heart rate, and respiratory rate | Samantha J Comiskey, RN |
| 13:42:18 | **Blood pressure, heart rate, and respiratory rate Completed** | Blood pressure, heart rate, and respiratory rate | Samantha J Comiskey, RN |
| 13:45 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 13:45 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |
| 13:45 | **Devices Data** | **Device Data**<br>Heart Rate: **104** ! (Device Time: 13:45:00)<br>Resp: **54** ! (Device Time: 13:45:00)<br>SpO2: 96 % (Device Time: 13:45:00)<br>BP: **179/82** ! (Device Time: 13:45:00)<br>MAP (mmHg): **118** ! (Device Time: 13:45:00) | Samantha J Comiskey, RN |
| 14:00 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 14:00 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |
| 14:00 | **Devices Data** | **Device Data**<br>Heart Rate: **101** ! (Device Time: 14:00:00)<br>Resp: **34** ! (Device Time: 14:00:00)<br>SpO2: 96 % (Device Time: 14:00:00)<br>BP: **176/82** ! (Device Time: 14:00:00)<br>MAP (mmHg): **118** ! (Device Time: 14:00:00) | Samantha J Comiskey, RN |
| 14:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 8.6 | Batch, Clindoc Asap |
| 14:00:41 | **AVS Printed** | Covid-19 AAH<br>ED After Visit Summary | Jeffrey A Long, PA-C |
| 14:01:28 | **Team Member Removed** | Caleb J Schulz removed as Scribe | Caleb J Schulz |
| 14:08 | **Peripheral IV 08/10/21 Right Hand 20 Removed** | Removal Date/Time: 08/10/21 1408 Placement Date/Time: 08/10/21 0845 Laterality: Right Location: Hand Size Gauge: 20 Securement: Transparent dressing Attempts: 1 | Samantha J Comiskey, RN |
| 14:17 | **Departure Condition** | **Departure Condition**<br>Mobility at Departure: Wheelchair<br>Patient Teaching: Discharge instructions reviewed; Follow-up care reviewed; Patient verbalized understanding<br>Departure Mode: By self<br>Urgent Care Patient: No<br>**Glasgow Coma Scale**<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15<br>**Pain Scales**<br>Pain Assessment Tool: Numeric Rating Scale 0-10<br>Numeric Rating Scale 0-10: 7 | Katie K Jacky, RN |
| 14:17 | **Pain Assessment** | **Pain Assessment**<br>Pain Assessment Documented: Yes | Katie K Jacky, RN |
| 14:18 | **Charting Complete** | | Katie K Jacky, RN |
| 14:18 | **Patient discharged** | | Katie K Jacky, RN |
| 14:18 | **RETIRED - D/C Transition Planning** | **LACE Readmission Risk Score**<br>LACE Score: 9 | Batch Scheduler |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Imaging (continued)**

### Screening Form

#### General Information

Patient Name: Hernandez, Serena L
Date of Birth:
Legal Sex: Female

MRN: 3096807
Home Phone: 000-000-0000
Mobile: **920-413-8560**

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| XR CHEST AP OR PA | Jeffrey A Long, PA-C<br>, 920-288-4060 | Jeffrey A Long, PA-C<br>, 920-288-4060 | |

#### Screening Form Questions

No questions have been answered for this form.

#### LMP/OB Status

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Having periods | Jul 14, 2021 | Approximate |

### CT Chest PE Imaging (Final result)

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0923** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeffrey A Long, PA-C 08/10/21 0923
Authorized by: Jeffrey A Long, PA-C
Frequency: STAT Once 08/10/21 0923 - 1 occurrence
Quantity: 1
Indications of use: PE suspected, low/intermediate prob, positive D-dimer
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Normal
Lab status: Final result
Indications comment: COVID-19, SOB; tachycardic, tachypneic, positive D-dimer
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 9:23 AM

### Screening Form

#### General Information

Patient Name: Hernandez, Serena L
Date of Birth:
Legal Sex: Female

MRN: 3096807
Home Phone: 000-000-0000
Mobile: **920-413-8560**

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST PE IMAGING | Jeffrey A Long, PA-C<br>, 920-288-4060 | Jeffrey A Long, PA-C<br>, 920-288-4060 | 8/10/2021 9:35 AM<br>ABM CT<br>ABM CT |

#### Screening Form Questions

No questions have been answered for this form.

#### LMP/OB Status

| OB Status | Last Menstrual Period | LMP Precision |
|---|---|---|
| Having periods | Jul 14, 2021 | Approximate |

#### Begin Exam Questions

| | Answer | Comment |
|---|---|---|
| Pertinent symptoms/ history per patient/chart: | sob | |
| Comment: | | |
| Weight? (Pounds) | 326 | |
| Are you pregnant? | No | |
| Are you currently breast feeding? | | |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Imaging (continued)**

| | | |
|---|---|---|
| Are you diabetic and wearing an insulin infusion pump? | | |
| Do you have thyroid cancer? | No | |
| Do you have myasthenia gravis? | No | |
| Do you have Multiple Myeloma? | No | |
| Do you have any allergies to medication or latex? | Yes | meds & latex |
| Do you have any allergies to iodine, x-ray dye, or contrast? | | |
| If you had a previous imaging exam with an injection, was there any reaction to the contrast? | | |
| Was the reaction mild? Symptoms include mild rash or hives, itching, headache or nausea. | | |
| Was the reaction moderate? Symptoms include severe skin rash or hives, difficulty breathing, a change in blood pressure or heart rate. | | |
| Was the reaction severe? Symptoms are considered life-threatening and include closing of throat, irregular heart beat, convulsions and unresponsiveness. | | |
| Do you have diabetes that is being treated with insulin or other medications prescribed by your doctor? | | |
| Do you take metformin or any other metformin-containing drug, including Glucophage, Glucovance, Metalglip, Avandamet, etc.? | | |
| Creatinine within 30 days of scheduled exam? | Yes | |
| Date of last Creatinine: | 8/10/2021 | |
| Creatinine: | | |
| eGFR: | | |
| Is the patient age 60 or older? | | |
| Do you have any history of kidney disease, including a solitary kidney, proteinuria, previous kidney surgery, kidney transplant, kidney tumor or dialysis? | | |
| Is there a family history of kidney failure or disease? | | |
| Do you have high blood pressure (hypertension) that is treated with medication prescribed by your doctor? | | |
| Do you have congestive heart failure (CHF)? | | |
| Have you had a heart, kidney, liver, lung or pancreas transplant? | | |
| Have you had recent chemotherapy? | | |
| Do you have a collagen vascular disease, such as scleroderma or lupus? | | |
| Do you have gout? | | |
| Have you taken any antibiotics, anti-inflammatory drugs like Alleve, ibuprofin, or water pills more than 3 times per week in the past month? | | |
| Have you had a CT or other imaging | | |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1023<br>Documented: 08/10/21 1024 | Given | 125 mg | Intravenous | Performed by: Samantha J Comiskey, RN<br>Scanned Package: 0009-0047-25 |

**ondansetron (ZOFRAN) injection 4 mg [15281407067]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1024
Dose (Remaining/Total): 4 mg (0/1)
Frequency: ONCE
Admin Instructions: If IV, give undiluted over 2 minutes.
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1025 - 08/10/21 1130
Route: Intravenous
Rate/Duration: — / —
If IV, give undiluted over 2-5 minutes.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 1130 by Katie K Jacky, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1130<br>Documented: 08/10/21 1130 | Given | 4 mg | Intravenous | Performed by: Katie K Jacky, RN<br>Scanned Package: 23155-547-31 |

**sodium chloride (PF) 0.9 % injection 2 mL [15280080964]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 0842
Dose (Remaining/Total): 2 mL (—/—)
Frequency: 2 times per day
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 08/10/21 1041 - 08/10/21 1618
Route: Intracatheter
Rate/Duration: — / —

(No admins scheduled or recorded for this medication in the specified date/time range)

**sodium chloride 0.9 % flush bag 25 mL [15280080963]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 0842
Dose (Remaining/Total): 25 mL (—/—)
Frequency: PRN
Admin Instructions: To flush tubing following intermittent infusions.
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 08/10/21 0840 - 08/10/21 1618
Route: Intravenous
Rate/Duration: — / —

(No admins scheduled or recorded for this medication in the specified date/time range)

**sodium chloride 0.9 % injector flush 100 mL [15281407064]**

Ordering Provider: Ryan T Murphy, MD
Ordered On: 08/10/21 1014
Dose (Remaining/Total): 100 mL (0/1)
Frequency: ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1014 - 08/10/21 1014
Route: Injection
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1014<br>Documented: 08/10/21 1014 | Given | 100 mL | Injection | Performed by: Mitchell J Tuscan |

**Medication Administrations (continued)**

**Other Orders (group 1 of 2)**

**Isolation**

**Contact and special precautions isolation status (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/13/21 2133** Status: **Discontinued**
Mode: Ordering in Verbal mode
Ordering user: Samantha J Comiskey, RN 08/10/21 0825
Authorized by: Jeffrey A Long, PA-C
Frequency: Routine Continuous 08/10/21 0826 - Until Specified
Quantity: 1
Instance released by: Samantha J Comiskey, RN (auto-released) 8/10/2021 8:25 AM
Communicated by: Samantha J Comiskey, RN
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Verbal
Class: Hospital Performed
Isolation: Contact & Special Precautions
Discontinued by: Samantha J Comiskey, RN 08/10/21 0825

**Contact and special precautions isolation status (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/13/21 2133** Status: **Discontinued**
Mode: Ordering in Verbal mode
Ordering user: Samantha J Comiskey, RN 08/10/21 0825
Authorized by: Jeffrey A Long, PA-C
Frequency: Routine Continuous 08/10/21 0826 - Until Specified
Quantity: 1
Instance released by: Samantha J Comiskey, RN (auto-released) 8/10/2021 8:25 AM
Communicated by: Samantha J Comiskey, RN
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Verbal
Class: Hospital Performed
Isolation: Contact & Special Precautions
Discontinued by: Jeny Shanoski, RN 08/10/21 0844

**Contact and droplet isolation status (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/13/21 2133** Status: **Discontinued**
Mode: Ordering in Verbal mode
Ordering user: Jeny Shanoski, RN 08/10/21 0844
Authorized by: Jeffrey A Long, PA-C
Frequency: Routine Continuous 08/10/21 0845 - Until Specified
Quantity: 1
Instance released by: Jeny Shanoski, RN (auto-released) 8/10/2021 8:44 AM
Communicated by: Jeny Shanoski, RN
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Verbal
Class: Hospital Performed
Isolation: Contact and Droplet
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]

**IV**

**Insert IV (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: Routine Continuous 08/10/21 0841 - Until Specified
Quantity: 1
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Preferred Size | Other (specify) |
| Other (specify) | Insert second IV |

**Medications**

**sodium chloride 0.9 % flush bag 25 mL (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
PRN reasons: Flush
Frequency: STAT PRN 08/10/21 0840 - 08/10/21 1618
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Normal

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (group 1 of 2) (continued)**

Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Admin instructions: To flush tubing following intermittent infusions.
Package: 0338-0049-11

**sodium chloride (PF) 0.9 % injection 2 mL (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT 2 times per day 08/10/21 1041 - 08/10/21 1618 Class: Normal
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Package: 0409-4888-10

**albuterol inhaler 2 puff (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT Once 08/10/21 0843 - 1 occurrence Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Admin instructions: Shake well before use.
Package: 68180-963-01

**ketorolac injection 15 mg (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT Once 08/10/21 0843 - 1 occurrence Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Admin instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.
* Protect from light *
Package: 0409-3793-19

**lactated ringers bolus 1,000 mL (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT Once 08/10/21 0843 - 1 occurrence Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Package: 0338-0117-04

**acetaminophen (TYLENOL) tablet 1,000 mg (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1004** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1004 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT Once 08/10/21 1005 - 1 occurrence Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1015 for Placing Order
Admin instructions: Maximum of 4,000 mg acetaminophen per 24 hours from ALL sources.
Package: 0904-6730-61

**iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL (Completed)**

Electronically signed by: **Ryan T Murphy, MD on 08/11/21 0839** Status: **Completed**
Mode: Ordering in Verbal mode Communicated by: Mitchell J Tuscan
Ordering user: Mitchell J Tuscan 08/10/21 1014 Ordering provider: Ryan T Murphy, MD
Authorized by: Ryan T Murphy, MD Ordering mode: Verbal
Frequency: Routine Once 08/10/21 1015 - 1 occurrence Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1015 for Placing Order
Package: 0407-1414-89

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (group 2 of 2)**

**Nursing**

**Routine Vital Signs (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine As Directed 08/10/21 0840 - Until Specified
Class: Hospital Performed
Quantity: 1
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order

**Blood pressure (sepsis) (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine As Directed 08/10/21 0840 - Until Specified
Class: Hospital Performed
Quantity: 1
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order
Order comments: Blood Pressure every 15 minutes x 2 within 1 hour of sepsis fluid bolus administration completion

**Notify: per Routine Standards (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Per Routine Standard 08/10/21 0840 - Until Specified
Class: Hospital Performed
Quantity: 1
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order

**Questionnaire**

| Question | Answer |
|---|---|
| Provider to Notify | Physician |
| Urine Output | is less than 0.5 mL/kg/hr consistently over **4** hours if inpatient and has indwelling urinary catheter<br>MAP is less than 65 mmHg |

**Intake and output (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Q Shift 08/10/21 0841 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]

**Vital signs (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine 1 Time 08/10/21 1043 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Order comments: prior to infusion including temperature

**Blood pressure, heart rate, and respiratory rate (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard

Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed
Quantity: 1 Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences Class: Hospital Performed

Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043**
Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Blood pressure, heart rate, and respiratory rate (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043**
Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Every 15 Min 08/10/21 1043 - 9 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: every 15 minutes for the duration of the infusion and for 1 hour post-infusion

**Monitor patient for infusion-related reaction (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043**
Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Until Discontinued 08/10/21 1043 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: during the infusion and for 1 hour post-infusion

**Notify: Treatment (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043**
Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Until Discontinued 08/10/21 1043 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 10:43 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Provider to Notify | Physician |
| Other | see comments |

Order comments: if signs and symptoms of a clinically significant hypersensitivity reaction or anaphylaxis occur, or any other any other infusion-related reactions

**If signs and symptoms of a clinically significant hypersensitivity reaction or anaphylaxis occur, (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043**
Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: Routine Until Discontinued 08/10/21 1043 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released)

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (group 2 of 2) (continued)**

8/10/2021 10:43 AM

Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Order comments: immediately discontinue administration and initiate appropriate medications and/or supportive care and notify the provider. If the patient experiences any other infusion-related reactions, stop the infusion and notify the provider. Only restart/slow the infusion if directed to do so by the provider and provide supportive care as directed by provider.

**Recheck Vital Signs (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1127** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1127
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT 1 Time 08/10/21 1128 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 11:27 AM
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]

### Flowsheets

**Abuse Indicators**

| Row Name | 08/10/21 0836 |
|---|---|
| Violence/Abuse Screen | |
| Violence/Abuse Screen | Complete assessment (alone or age 12 years or less with parents) |
| In the past, have you ever been physically hurt, threatened, controlled or made to feel afraid by someone close to you? | No |
| Currently, are you in a relationship where you are being physically hurt, threatened, controlled or made to feel afraid? | No |

**Arrival Documentation**

| Row Name | 08/10/21 0821 |
|---|---|
| Triage Start | |
| Triage Start | Start |
| Mode of Arrival | ALS |
| Prehospital Care | |
| O2 Device | None/Room air |
| Vitals | |
| Temp | 99.9 °F (37.7 °C) |
| Temp src | Temporal |
| SpO2 | 97 % |

[REMOVED] Peripheral IV 08/10/21 Right Hand 20

| | |
|---|---|
| IV Properties | Placement Date: 08/10/21 Placement Time: 0845 Laterality: Right Location: Hand Size (Gauge): 20 Securement: Transparent dressing Attempts: 1 Removal Date: 08/10/21 Removal Time: 1408 |

**Cardiovascular**

| Row Name | 08/10/21 1340 | 08/10/21 1134 | 08/10/21 0844 |
|---|---|---|---|
| CV | | | |
| Apical Heart Rhythm | Regular | Regular | Regular |
| Cardiac Rhythm | Sinus tachycardia | Sinus tachycardia | Sinus tachycardia |
| Heart Sounds | S1, S2 | — | S1, S2 |
| Cardiac Symptoms | — | Denies symptoms | Dizziness |
| Telemetry | On | On | On |

**Columbia Suicide Severity Rating Scale (C-SSRS Short Version)**

| Row Name | 08/10/21 0825 |
|---|---|
| Columbia Suicide Severity Rating Scale (C-SSRS) | |
| 1. Have you wished you were dead or wished you could go to sleep and not wake up? (past month) | No |
| 2. Have you actually had any thoughts of killing yourself? (past month) | No |
| 6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? (lifetime) | No |

**Custom Formula Data**

| Row Name | 08/10/21 1400 | 08/10/21 1345 | 08/10/21 1330 | 08/10/21 1315 | 08/10/21 1300 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Shock Index (SI) | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Row Name** | **08/10/21 1245** | **08/10/21 1230** | **08/10/21 1215** | **08/10/21 1200** | **08/10/21 1145** |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Shock Index (SI) | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Row Name** | **08/10/21 1135** | **08/10/21 1045** | **08/10/21 1033** | **08/10/21 0916** | **08/10/21 0900** |
| OTHER | | | | | |
| Shock Index (SI) | 0.7 | 0.6 | 0.7 | 0.6 | 0.6 |
| Relevant Labs and Vitals | | | | | |
| Temp (in Celsius) | 37.17 | — | — | — | — |

| **Row Name** | **08/10/21 0837** | **08/10/21 0831** | **08/10/21 0825** |
|---|---|---|---|
| Columbia Suicide Severity Rating Scale (C-SSRS) | | | |
| Suicide Evaluation | — | — | Negative Screen - White |
| OTHER | | | |
| BSA (Calculated - sq m) | 2.3 | — | — |
| English Weight lbs | 255 lbs | — | — |
| English Weight oz | 5 oz | — | — |
| BSA (Calculated - m2) - DuBois & DuBois | 2.19 | — | — |
| BMI (Calculated) | 42.48 | — | — |
| BSA (Calculated - sq m) | 2.3 | — | — |
| BMI (Calculated) | 42.57 | — | — |
| Shock Index (SI) | 0.6 | 0.6 | 0.7 |
| BSA (Calculated - sq m) | 2.37 | — | — |
| BSA (Calculated - sq m) (oncology) | 2.3 | — | — |
| BMI (Calculated) | 42.48 | — | — |
| Low Range Vt 6cc/kg MALE | 369 | — | — |
| Adult Moderate Range Vt 8cc/kg MA | 492 | — | — |
| Adult High Range Vt 10cc/kg MALE | 615 | — | — |
| Low Range Vt 6cc/kg FEMALE | 342 | — | — |
| Adult Moderate Range vt 8cc/kg FEMALE | 456 | — | — |
| BMI (Calculated) | 42.483 | — | — |
| Percent Weight Change Since Birth | 0 | — | — |
| IBW/kg (Calculated) | 57 | — | — |
| Low Range Vt 6cc/kg | 342 | — | — |
| Adult Moderate Range Vt 8cc/kg | 456 | — | — |
| Adult High Range Vt 10cc/kg | 570 | — | — |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| Weight and Growth Recommendation | | | |
|---|---|---|---|
| IBW/kg (Calculated) FEMALE | 57 | — | — |
| IBW/kg (Calculated) Male | 61.5 | — | — |

| Relevant Labs and Vitals | | | |
|---|---|---|---|
| Temp (in Celsius) | 39.44 | — | — |

**Data**

| Row Name | 08/10/21 1132 | 08/10/21 1024 | 08/10/21 0900 |
|---|---|---|---|
| **Pain Evaluation** | | | |
| Pain Evaluation | — | Pain level/behaviors unacceptable - administer scheduled/PRN intervention | Pain level/behaviors unacceptable - administer scheduled/PRN intervention |
| **Pain** | | | |
| Pain Assessment Tool | Numeric Rating Scale 0-10 | Numeric Rating Scale 0-10 | Numeric Rating Scale 0-10 |
| **Numeric Rating Scale** | | | |
| Numeric Rating Scale 0-10 | 8 | 10 | 10 |
| **Pasero Opioid Induced Sedation Scale** | | | |
| Pasero Opioid-Induced Sedation Scale (POSS) | Awake and alert | — | — |
| **Respiratory** | | | |
| Respiratory Pattern-Objective | Regular | — | — |

**Departure Condition**

| Row Name | 08/10/21 1417 |
|---|---|
| **Departure Condition** | |
| Mobility at Departure | Wheelchair |
| Patient Teaching | Discharge instructions reviewed;Follow-up care reviewed;Patient verbalized understanding |
| Departure Mode | By self |
| Urgent Care Patient | No |
| **Glasgow Coma Scale** | |
| Eye Opening | Spontaneous |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Verbal Response | Oriented and converses |
| Motor Response | Obeys verbal commands |
| GCS Score | 15 |

Pain Scales

| | |
|---|---|
| Pain Assessment Tool | Numeric Rating Scale 0-10 |
| Numeric Rating Scale 0-10 | 7 |

**Devices Data**

| **Row Name** | **08/10/21 1400** | **08/10/21 1345** | **08/10/21 1330** | **08/10/21 1315** | **08/10/21 1300** |
|---|---|---|---|---|---|
| Device Data | | | | | |
| Pulse | **101 !** | **104 !** | **101 !** | **103 !** | **101 !** |
| Resp | **34 !** | **54 !** | **39 !** | **55 !** | **25 !** |
| SpO2 | 96 % | 96 % | 96 % | 95 % | 97 % |
| BP | **176/82 !** | **179/82 !** | **179/84 !** | **174/81 !** | **180/83 !** |
| MAP (mmHg) | **118 !** | **118 !** | **121 !** | **116 !** | **120 !** |
| **Row Name** | **08/10/21 1245** | **08/10/21 1230** | **08/10/21 1215** | **08/10/21 1200** | **08/10/21 1145** |
| Device Data | | | | | |
| Pulse | **107 !** | **104 !** | **106 !** | **107 !** | **109 !** |
| Resp | **30 !** | **48 !** | **30 !** | **30 !** | **35 !** |
| SpO2 | 96 % | 97 % | 97 % | 95 % | 95 % |
| BP | **182/87 !** | **179/85 !** | **172/83 !** | **168/80 !** | **181/84 !** |
| MAP (mmHg) | **125 !** | **122 !** | **119 !** | **114 !** | **122 !** |
| **Row Name** | **08/10/21 1135** | **08/10/21 1134** | **08/10/21 1045** | **08/10/21 1033** | **08/10/21 0916** |
| Device Data | | | | | |
| Pulse | — | **114 !** | **115 !** | **116 !** | **110 !** |
| Resp | — | **36 !** | **46 !** | **37 !** | **36 !** |
| SpO2 | — | 97 % | 98 % | 96 % | 97 % |
| BP | **177/84 !** | — | **178/86 !** | **178/83 !** | **173/77 !** |
| MAP (mmHg) | **119 !** | — | **122 !** | **119 !** | **111 !** |
| **Row Name** | **08/10/21 0900** | **08/10/21 0831** | **08/10/21 0825** | | |
| Device Data | | | | | |
| Pulse | **111 !** | **122 !** | **121 !** | | |
| Resp | **41 !** | **42 !** | — | | |
| SpO2 | 100 % | — | 98 % | | |
| BP | **182/82 !** | **192/91 !** | **180/91 !** | | |
| MAP (mmHg) | **119 !** | **121 !** | **126 !** | | |

**ED Vital Signs**

| **Row Name** | **08/10/21 0837** |
|---|---|
| Vital Signs | |
| Temp | **103 °F (39.4 °C) !** |
| Temp src | Oral |
| Pulse | **115 !** |
| Heart Rate Source | Monitor |
| Resp | **24 !** |
| BP | **192/91 !** |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Patient Position | Sitting |
| SpO2 | 98 % |
| O2 Device | None/Room air |

Height and Weight

| | |
|---|---|
| Height | 5' 5" (1.651 m) |
| Weight | 115.8 kg (255 lb 4.7 oz) |
| Weight Scale Used | Scale in bed |

Glasgow Coma Scale

| | |
|---|---|
| Eye Opening | Spontaneous |
| Verbal Response | Oriented and converses |
| Motor Response | Obeys verbal commands |
| GCS Score | 15 |

**ED Vital Signs**

| **Row Name** | **08/10/21 1400** | **08/10/21 1345** | **08/10/21 1330** | **08/10/21 1315** | **08/10/21 1300** |
|---|---|---|---|---|---|
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |
| **Row Name** | **08/10/21 1245** | **08/10/21 1230** | **08/10/21 1215** | **08/10/21 1200** | **08/10/21 1145** |
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |
| **Row Name** | **08/10/21 1135** | **08/10/21 1045** | **08/10/21 1033** | **08/10/21 0916** | **08/10/21 0900** |
| Vital Signs | | | | | |
| Temp | 98.9 °F (37.2 °C) | — | — | — | — |
| Temp src | Oral | — | — | — | — |
| Pulse | **117 !** | — | — | — | — |
| Resp | **32 !** | — | — | — | — |
| SpO2 | 97 % | — | — | — | — |
| O2 Device | None/Room air | — | — | — | — |
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes | Yes | Yes | Yes | Yes |
| **Row Name** | **08/10/21 0837** | | | | |
| Vitals Timer | | | | | |
| Restart Vitals Timer | Yes | | | | |

**Facility Charges**

| **Row Name** | **ED from 8/10/2021 in ABMC Emergency Services** |
|---|---|
| LOS Charges | |
| Patient Type | Emergency |
| Nursing Notes | 1-2 notes |
| Disposition | Discharge |

### Gastrointestinal

| Row Name | 08/10/21 1340 | 08/10/21 1134 |
|---|---|---|
| Gastrointestinal | | |
| General Assessment | Non-distended | Soft;Non-tender |
| GI Symptoms | No abnormal symptoms | No abnormal symptoms |

### Genitourinary

| Row Name | 08/10/21 1340 | 08/10/21 1135 |
|---|---|---|
| Genitourinary | | |
| GU Symptoms | Denies symptoms | Denies symptoms |
| Urine Characteristics | Clear;Yellow | — |

### HELP

| Row Name | 08/10/21 1418 |
|---|---|
| HC2H Readmission Risk Score | |
| HC2H Score | 0 |

### Integumentary

| Row Name | 08/10/21 1340 | 08/10/21 1135 | 08/10/21 0844 |
|---|---|---|---|
| Integumentary | | | |
| Color | Appropriate for ethnicity | Appropriate for ethnicity | Appropriate for ethnicity |
| Temperature | Warm | Warm | Warm |
| Moisture | Dry | Dry | Dry |
| Skin/Nail Condition | — | — | No gross abnormalities |

### Neurological

| Row Name | 08/10/21 1340 | 08/10/21 1135 | 08/10/21 0839 |
|---|---|---|---|
| Neurological | | | |
| Level of Consciousness | Alert | Alert | Hyper alert |
| Orientation | — | Oriented (person/place/time) | Oriented (person/place/time) |
| Neurological | | | |
| Speech | Clear/understandable | Clear/understandable | Clear/understandable |
| Swallow | Asymptomatic without difficulty | Asymptomatic without difficulty | — |
| Symptoms | | | |
| Neurological Additional Parameters | — | Headache (new onset) | Headache (new onset) |
| Glasgow Coma Scale | | | |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | | | |
|---|---|---|---|
| Eye Opening | Spontaneous | Spontaneous | Spontaneous |
| Verbal Response | Oriented and converses | Oriented and converses | Oriented and converses |
| Motor Response | Obeys verbal commands | Obeys verbal commands | Obeys verbal commands |
| GCS Score | 15 | 15 | 15 |
| **Neurological** | | | |
| Cognition | Follows commands | Appropriate judgement;Impulsive | Impulsive |

**Pain Assessment**

| Row Name | 08/10/21 1417 | 08/10/21 1242 | 08/10/21 1132 | 08/10/21 1024 | 08/10/21 0900 |
|---|---|---|---|---|---|
| **Pain** | | | | | |
| Pain Assessment Tool | — | Numeric Rating Scale 0-10 | — | — | — |
| Numeric Rating Scale 0-10 | — | 3 | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment Documented | Yes | Yes | Yes | Yes | Yes |

| Row Name | 08/10/21 0825 |
|---|---|
| **Pain** | |
| Pain Assessment Tool | Numeric Rating Scale 0-10 |
| Numeric Rating Scale 0-10 | 10 pt has taken Naproxen at home |
| **Pain Assessment** | |
| Pain Assessment Documented | Yes |

**Primary Assessment**

| Row Name | 08/10/21 0826 |
|---|---|
| **Airway** | |
| Airway Assessment | No Abnormalities Noted |
| Obstructed? | Patent |
| **Breathing** | |
| Respiratory Pattern | Tachypneic |
| O2 Device | None (Room air) |
| Trachea | Midline |
| **Circulation** | |
| Circulation Assessment | No Abnormalities Noted |
| **Disability** | |
| Disability Assessment | No Abnormalities Noted |

| | |
|---|---|
| Eye Opening | Spontaneous |
| Verbal Response | Oriented and converses |
| Motor Response | Obeys verbal commands |
| GCS Score | 15 |

**Respiratory**

| Row Name | 08/10/21 1340 | 08/10/21 1132 | 08/10/21 0842 |
|---|---|---|---|
| Respiratory | | | |
| Trachea Position | Midline | Midline | Midline |
| Breath Sound Assessment | All posterior | Bilateral breath sounds | All posterior;Bilateral breath sounds |
| All Posterior Breath Sounds | Clear | Clear | Expiratory wheeze |
| All Lobes Breath Sounds | Clear | Clear | Expiratory wheeze |
| Respiratory Pattern-Subjective | — | Verbalizes SOB at rest | Verbalizes SOB at rest |
| Respiratory Pattern-Objective | Regular | — | Symmetrical;Regular |
| SpO2 | — | 97 % | — |
| O2 Device | None/Room air | None/Room air | None/Room air |
| Cough | Strong;Productive | Productive;Strong | Strong;Productive |

**RETIRED - D/C Transition Planning**

| Row Name | 08/10/21 1418 |
|---|---|
| LACE Readmission Risk Score | |
| LACE Score | 9 |

**Scoring**

| Row Name | 08/10/21 1418 | 08/10/21 1400 | 08/10/21 1340 | 08/10/21 1320 | 08/10/21 1300 |
|---|---|---|---|---|---|
| LACE+ Readmission Score | | | | | |
| LACE+ Score | 54 | — | — | — | — |
| Sepsis Score | | | | | |
| Sepsis Score | — | 8.6 | 8.6 | 8.6 | 8.6 |
| **Row Name** | **08/10/21 1240** | **08/10/21 1220** | **08/10/21 1200** | **08/10/21 1140** | **08/10/21 1120** |
| Sepsis Score | | | | | |
| Sepsis Score | 8.6 | 8.6 | 8.6 | 8.6 | 8.6 |
| **Row Name** | **08/10/21 1100** | **08/10/21 1040** | **08/10/21 1020** | **08/10/21 1000** | **08/10/21 0940** |
| Sepsis Score | | | | | |
| Sepsis Score | 8.6 | 8.6 | 8.7 | 9 | 9.3 |
| **Row Name** | **08/10/21 0920** | **08/10/21 0900** | **08/10/21 0840** | **08/10/21 0820** | |
| Sepsis Score | | | | | |
| Sepsis Score | 9.3 | 9.3 | 11.6 | 1.7 | |

**Time-Out**

| Row Name | 08/10/21 1008 |
|---|---|
| Time-Out | |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Patient identified by at least 2 methods | Yes |
| Procedure Verified | Yes |
| Is patient pregnant? | No |
| Site Marking Verified | N/A |
| Laterality Confirmed | N/A |

**Triage Plan**

| Row Name | 08/10/21 0827 |
|---|---|
| Triage Plan | |
| Patient Acuity | Emergent |

**TUBERCULOSIS SCREENING**

| Row Name | 08/10/21 0825 |
|---|---|
| Tuberculosis Screening | |
| Productive Cough Greater than 3 Weeks | No |
| Hemoptysis (Coughing Up Blood) | No |
| Prior Exposure to Tuberculosis | No |
| Pre-Screen Score | 0 |

**Violent Behavior**

| Row Name | 08/10/21 0900 |
|---|---|
| Violent Behavior | |
| Verbally Aggressive | Cursing at caregiver/staff/physician/APP in threatening manner |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Documents (continued)**

Aurora BayCare Medical Center

HERNANDEZ, SERENA L
DOB Female 53 Y
ATT: Ryan T Murphy, MD
MRN: 3096807
REG: 8/10/21

Aurora Health Care® BayCare Clinic

CSN:
10263084313

**Assignment of Insurance Benefits / Charges / Refunds**
I hereby authorize and assign payment directly to the hospital for such health expense insurance and other benefits and payments otherwise payable to me, but not to exceed the hospital's regular charge for the hospital services it renders. I understand that I am financially responsible to the hospital and the independent physicians who render services to me. I agree to pay the hospital the hospital's regular charges as set forth in its then current chargemaster and pay all charges of physicians and others, including co-insurance and deductibles, not covered by my insurance, subject to applicable Medicare and Medicaid advance notice requirements. To the fullest extent permitted by law, I authorize the hospital to transfer payments made by, or on my behalf, and otherwise refundable to me, to other Aurora Health Care accounts for which I am responsible. The assignment in this paragraph is valid until my accounts are paid in full.

**Notice of Privacy Practices, Payment Policy and Patient Rights**
I acknowledge that the hospital (an affiliate of Aurora Health Care, Inc.) has provided me a copy of its Notice of Privacy Practices, Payment Policy and Patient Rights. I understand the Notices describe the hospital's privacy practices regarding the use and/or disclosure of health information, the hospital's payment policy regarding charges for hospital services, collection, charity care and payment assistance programs, and other patient rights. I may not have elected to retain these brochures.

**Disclosure of Physician Ownership in Hospital**
I acknowledge that I have received the notice entitled "Disclosure of Physician Ownership in Aurora BayCare Medical Center" pursuant to 42 CFR 489.20 (u). I understand that certain physicians have an indirect ownership interest in Aurora BayCare Medical Center and that I may request a listing of such physicians.

**Intent to Donate Unclaimed Patient Refunds**
Occasionally a patient is owed a refund due to a patient's overpayment or the hospital's overcharge to a patient. It is the Hospital's policy to refund all amounts due to patients in these cases. However, if you are owed a refund and the Hospital is unable to locate you (or your estate) at your last-known address, the Hospital may ultimately be required to turn over the refund to the Treasurer of the State of Wisconsin pursuant to the laws governing unclaimed property. If the monies remain unclaimed, the State Treasurer will deposit them in the school fund. Alternatively, a patient may designate that refunds that are not claimed are donated as a gift to the Hospital, a nonprofit corporation. By signing below, I agree that if I am owed a refund and the Hospital is unable to locate me at my last-known address within one year of the discovery of the refund due, I hereby donate the refund to the Aurora Health Care Foundation, Inc.

**Home Health, Hospice and Durable Medical Equipment**
Even at the time of admission/registration, it is important to start considering and planning for post-discharge care. I understand that I have the freedom to choose and the right to select my provider/supplier for post-discharge care and equipment I may need. I am aware that for home health care and hospice services and durable medical equipment after discharge, the hospital will generally use Aurora Visiting Nurse Association (an affiliate of the hospital) or another affiliate of the hospital, unless I select a different provider/supplier. I understand that I will receive a list of other available home care agencies prior to my discharge from the hospital if it is determined that post hospital services are required for my care. My signature below certifies that I have read and understand this Treatment Agreement and I have provided the hospital accurate information to the best of my knowledge including, without limitation, information regarding financial assistance.

Verbal consent due to Pt. condition
Signature of Patient — Date — Time

Signature of Legally Authorized Agent(s) — Relationship to patient — Date — Time

*For Aurora Personnel Use Only*
Brochures Offered:

| | | | |
|---|---|---|---|
| Notice of Privacy Practices: | ☑ Accepted ☐ Declined | Patient Rights: | ☐ Accepted ☑ Declined |
| Payment Policy: | ☐ Accepted ☑ Declined | Disclosure of Physician Ownership: | ☐ Accepted ☑ Declined |

Signature [signature] Aurora Caregiver — Date 8/10/21 — Time 1415

TREATMENT AGREEMENT
(Consent)

Page 2 of 2
*102393* (Rev. 07/13)

**Inbound Care Document - Scan on 8/16/2021 3:01 PM: AMB RPT COMPLETE**

Scan (below)

**Patient Name:** Hernandez, Serena L
**Agency Name:** City of Green Bay Fire Department
**Destination Name:** Aurora Med Ctr-Baycare
**Unit Notified:** 08/10/2021 07:47:10
**Unit Call Sign:** MED461
**Incident Number:** 2109245
**Arrived at Destination:** 08/10/2021 08:16:28

## Prehospital Care Report

### Patient Information

**Name:** Hernandez, Serena L
**Address:**
**Age:** 53 Years
**Gender:** Female
**D.O.B.:**
**Race:** American Indian or Alaska Native
**Weight:** 136.1 kg
**Medical/Surgical History:** Other coronavirus as the cause of diseases classified elsewhere; Unspecified asthma with (acute) exacerbation
**Medical History Obtained From:** Patient

### Provider Impression

**Primary Impression:** GI/GU - Abdominal Pain - Generalized
**Secondary Impression:** Other fatigue; Infectious - Fever; GI/GU - Abdominal Pain - Generalized; Neuro - Headache; Neuro - Vertigo; Pain - Not Elsewhere Mentioned Sudden Onset; Shortness of breath

### Narrative

**Narrative:** Med 461 and Eng 461 dispatched to the above address for a 53 YOF having trouble breathing. Med 461 responded immediate and emergent with lights and sirens from station 6. Med 461 arrived on scene and found pt waiting with her husband at the door to the apartment complex. Pt was assisted to stretcher was seated and secured. Pt informed that she has Covid with a positive test 4 days prior. Pt has rapid shallow breathing, patent airway, and normal circulation. Pt secured on stretcher in seated position and moved into med unit and secured. Pt vitals assessed showing her heart rate to be rapid and regular, O2 sat was at 97% at RA, and pt refused blood pressure stating that cuff was too uncomfortable. Pt was very aggitated. Pt was productivly coughing up green flehm. Pt stated that she has been getting worse since Friday. Pt stated that she wanted to be transported to Aurora Baycare. Pt transport began immediate with no lights or sirens. Pt stated that she is fully vaccinated with the Johnson and Johnson vaccine. Pt stated that all she wanted was to sleep. Pt continued to ask for something to drink enroute to hospital. Pt refused to answer questions about past medical history and allergies to medication even though she had a medical allergy bracelet from the hospital. Pt stated that she had full body pain at a 12/10 and that she needs a shot of solumedrol. Pt stated that she doesn't have chest pain. Temp taken showing 99.9 with a temporal scan. Pt stated that she feels like she is going to die and started making statement to give to her family. Pt informed that she had died once before and was brought back but would not go into medical detail. Pt vitals remained stable enroute to hospital. Pt began coughing and spitting what she was coughing up onto herself. Mask was placed on pt. Aurora Baycare ER called enroute and given pt report and covid positive alert. Med 461 arrived at Aurora Baycare without incident. Pt vitals were within normal limits upon arrival to ER. Pt moved on stretcher to ER RM 8. Pt was able to stand and walk to hospital bed. Pt update given to ER RN. ER RN sign for pt due to pt being uncooperative. Pt care transferred to Aurora Baycare ER staff. Med 461 clear and available.Alexander J KastenMed 461 Paramedic3004808/10/2021 9:34:14 Alexander J Kasten

### Past Medical History

**Patient Medications**

| Medication | Dosage | Route |
|---|---|---|
| Refused | | |

**Documents (continued)**

**Patient Name:** Hernandez, Serena L
**Agency Name:** City of Green Bay Fire Department
**Destination Name:** Aurora Med Ctr-Baycare
**Unit Notified:** 08/10/2021 07:47:10
**Unit Call Sign:** MED461
**Incident Number:** 2109245
**Arrived at Destination:** 08/10/2021 08:16:28

**Medication Allergies**

| Medication Allergies |
| --- |
| Refused |

**Medical History:** Other coronavirus as the cause of diseases classified elsewhere; Unspecified asthma with (acute) exacerbation
**Pregnancy:** No
**Medical History Obtained From:** Patient
**Advance Directives:** None

**Assessment Exam**

| Time |
| --- |
| 08:03:11 |

**Assessment Summary**

**08/10/2021 08:03:11**

**Detailed Findings**

| Location | Description | Details |
| --- | --- | --- |
| **Skin** | Warm | |
| **Mental Status** | Agitation | |
| **Head** | Pain | |
| **Eye** | | |
| Bilateral: | Sluggish | |
| **Upper Leg** | | |
| Leg-Upper-Left: | Pain | |
| Leg-Upper-Right: | Pain | |
| **Upper Arm** | | |
| Arm-Upper-Left: | Pain | |
| Arm-Upper-Right: | Pain | |

**Normal Findings**

Neurological ; Face ; Neck ; Chest/Lungs ;

**Not Done**

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

### Documents (continued)

**Patient Name:** Hernandez, Serena L
**Agency Name:** City of Green Bay Fire Department
**Destination Name:** Aurora Med Ctr-Baycare
**Unit Notified:** 08/10/2021 07:47:10
**Unit Call Sign:** MED461
**Incident Number:** 2109245
**Arrived at Destination:** 08/10/2021 08:16:28

#### Patient Condition

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Covid Positive test 4 days prior Shortness of breath, headache, fever, pain | 4 Days |

**Alcohol/Drug Use:** None Reported
**Other Symptoms:** Headache/head pain; Dizziness/Light-headedness/Vertigo; Cough
**Primary Symptom:** Cough
**Trauma Center Criteria:** Not Recorded
**Date/Time Last Known Well:** 08/06/2021 07:00:00

#### Activities

**Medications**

| Time | Crew | Medication | Route | Dosage | Response | PTA |
|---|---|---|---|---|---|---|
| Not Recorded | Not Recorded | Not Recorded | | Not Recorded Not Recorded | Not Recorded | Not Recorded |

**Procedures**

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success |
|---|---|---|---|---|---|---|---|
| 08:03:33 | Kasten, Alexander | Misc - Monitor of Preexisting Devices/Interventions | Not Recorded | | 1 | Unchanged | Yes |
| 08:06:36 | Kasten, Alexander | Misc - Contact Medical Control | Not Recorded | | 1 | Unchanged | Yes |
| 08:09:34 | Kasten, Alexander | Continuous physical assessment (procedure) | Not Recorded | | 1 | Unchanged | Yes |

**Vitals**

| Time | BP | Limb | Pulse | Rhythm | Resp | Effort | SpO2 | Qual | Blood Glucose Level | CO2 | GCS | Pain | Stroke Scale | PTA | RTS | Pt. Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:01:58 | Refused / Refused | | 112 | Regular | 18 | Normal | 97 | | Not Recorded | Not Recorded | 15 | 10 | Not Recorded | No | | |

**GCS**

| Time | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|
| 08:01:58 | Opens Eyes spontaneously | Obeys commands; (2 or less)=Appropriate response to stimulation | Oriented; (2 or less)=Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |

**Hospital Team Activations**

| Destination Team Pre-Arrival Alert or Activation |
|---|
| Not Recorded |

#### Call Type/Location/Disposition

**Call Type:** Sick Person
**Resp. Mode:** Emergent (Immediate Response)
**Disposition:** Treated, Transported
**Transport Mode:** Emergent (Immediate Response)
**Destination:** Aurora Med Ctr-Baycare
2845 GREENBRIER RD
Green Bay, Wisconsin 54311
**Response:** 911 Response (Scene)
**Location:** Residence - Apartment or Townhouse
**Incident Address:**
**Dest. Determ.:** Patient's Choice
**Response Delay:** None/No Delay

**Patient Name:** Hernandez, Serena L
**Agency Name:** City of Green Bay Fire Department
**Destination Name:** Aurora Med Ctr-Baycare
**Unit Notified:** 08/10/2021 07:47:10
**Unit Call Sign:** MED461
**Incident Number:** 2109245
**Arrived at Destination:** 08/10/2021 08:16:28
**Transport Delay:** None/No Delay

## Patient Transport/Positioning

**Patient Moved to Ambulance:** Assisted/Walk
**Patient's Position in Transport:** Semi-Fowlers
**Patient Moved From Ambulance:** Stretcher

## Response Times and Mileage

**PSAP:** 08/10/2021 07:46:26
**Incident Number:** 2109245
**Call Sign:** MED461
**Unit Disp.:** 08/10/2021 07:47:10
**Enroute:** 08/10/2021 07:47:35
**Veh. #:** MED461
**At Scene:** 08/10/2021 07:50:27
**At Patient:** 08/10/2021 07:50:27
**Depart:** 08/10/2021 07:59:30
**Dest. Odom:** 13.41
**Arrive Dest.:** 08/10/2021 08:16:28
**In Service:** 08/10/2021 08:46:31

## Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| KUMBALEK, KEITH | Emergency Medical Technician (EMT) | Other Patient Caregiver-At Scene |
| VERSTOPPEN, NICHOLAS | Paramedic-Conditional | Other Patient Caregiver-At Scene ; Driver/Pilot |
| Kasten, Alexander | Paramedic-Conditional | Primary Patient Caregiver-At Scene ; Primary Patient Caregiver |
| Schultz, Daniel | Emergency Medical Technician (EMT) | Other Patient Caregiver-At Scene |
| Finnegan, Shane | Emergency Medical Technician (EMT) | Other Patient Caregiver-At Scene |
| Stone, Joel | Emergency Medical Technician (EMT) | Other Patient Caregiver-At Scene |

## Billing Information

**Payment:** Not Recorded
**Work Related?:** No

## Signatures

**Type of Person Signing:** Patient

**Signature Reason:** HIPAA acknowledgement/Release; Release for Billing; Permission to Transport; Permission to Treat

**Paragraph Text:**

**Status:** Not Signed - Due to Distress Level

**Printed Name:** Serena Hernandez

**Signature Date:** 08/10/2021 07:54:37

---

**Type of Person Signing:** Healthcare Provider

**Signature Reason:**

**Paragraph Text:**

**Status:** Signed-Not Patient



**Printed Name:** RN ER

**Signature Date:** 08/10/2021 08:22:21

---

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:**

**Paragraph Text:**

**Status:** Signed-Not Patient



**Printed Name:** Alexander Kasten

**Signature Date:** 08/10/2021 08:35:42

---

**Patient Name:** Hernandez, Serena L
**Agency Name:** City of Green Bay Fire Department
**Destination Name:** Aurora Med Ctr-Baycare
**Unit Notified:** 08/10/2021 07:47:10
**Unit Call Sign:** MED461
**Incident Number:** 2109245
**Arrived at Destination:** 08/10/2021 08:16:28

**Type of Person Signing:** EMS Crew Member (Other)

**Signature Reason:**

**Paragraph Text:**

**Status:** Signed-Not Patient



**Printed Name:** Nicholas Verstoppen

**Signature Date:** 08/10/2021 08:48:46

**Medication List (continued)**

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 10 tablet
Refill: No refills remaining

**Discharge Medication List**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

Entered by: Todd H Bruss, PA-C  Entered on: 6/17/2021

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA  Entered on: 7/6/2021

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C  Ordered on: 8/8/2021
Start date: 8/8/2021  Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C  Ordered on: 8/8/2021
Start date: 8/8/2021  Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**Discharge Medication List**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN  Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN  Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN  Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN  Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN  Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN  Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN  Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN  Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN  Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

**Medication List (continued)**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**Peak Flow Meter Device**

Instructions: As instructed per asthma action plan
Authorized by: Kerri L Schey, APNP — Ordered on: 9/28/2020
Start date: 9/28/2020 — Quantity: 1 Device
Refill: No refills remaining

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Reorder
Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 each
Refill: 6 refills by 4/23/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Breanna Tlachac, RN — Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Medication List (continued)**

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: 5 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 1 capsule by mouth 3 times daily.
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: No refills remaining

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Medication List (continued)**

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/22/2017

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/22/2017

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C — Ordered on: 6/17/2021

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Medication List (continued)**

Start date: 6/17/2021 Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021
Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**predniSONE (DELTASONE) 10 MG tablet**

Discontinued by: Kerri L Schey, APNP Discontinued on: 11/5/2021
Reason for discontinuation: Therapy Completed
Instructions: (Prior Auth: Rx Ref#:000007149615)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021
End date: 11/5/2021

**Fasenra 30 MG/ML Solution Prefilled Syringe**

Discontinued by: Briana Robinette, LPN Discontinued on: 10/26/2021
Reason for discontinuation: Therapy Completed
Instructions: INJECT 30 MG (1 SYRINGE) UNDER THE SKIN AT WEEKS 0, 4, AND 8 FOLLOWED BY EVERY 8 WEEKS THEREAFTER
Authorized by: Kerri L Schey, APNP Ordered on: 6/30/2021
Start date: 6/30/2021 End date: 10/26/2021
Quantity: 1 Syringe Refill: 8 refills by 6/30/2022

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA Entered on: 7/6/2021

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 30 tablet

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | understanding |
| Departure Mode | With spouse or significant other |

**ED Vital Signs**

| Row Name | 08/07/21 2157 |
|---|---|
| Vital Signs | |
| Temp | 98.6 °F (37 °C) |
| Temp src | Oral |
| Pulse | 87 |
| Heart Rate Source | Monitor |
| Resp | 20 |
| BP | **201/94 !** |
| MAP (mmHg) | **135 !** |
| BP Method | Automatic |
| Patient Position | Sitting |
| SpO2 | 100 % |
| O2 Device | None/Room air |
| Height and Weight | |
| Height | 5' 5" (1.651 m) |
| Weight | 108.9 kg (240 lb) |
| Weight Scale Used | Scale in bed |
| Glasgow Coma Scale | |
| Is Patient Receiving Medication to Decrease LOC? | No |
| Symptoms of Increased ICP | None |
| Eye Opening | Spontaneous |
| Verbal Response | Oriented and converses |
| Motor Response | Obeys verbal commands |
| GCS Score | 15 |

**ED Vital Signs**

| Row Name | 08/08/21 0013 | 08/08/21 0009 | 08/07/21 2157 |
|---|---|---|---|
| Vital Signs | | | |
| Temp | 98.6 °F (37 °C) | — | — |
| Temp src | Oral | — | — |
| Pulse | 84 | 82 | — |
| Heart Rate Source | Monitor | Monitor | — |
| Resp | 18 | 18 | — |
| BP | **164/70 !** | — | — |
| MAP (mmHg) | 100 | — | — |
| BP Location | RFA - Right forearm | — | — |
| BP Method | Automatic | — | — |
| Patient Position | Sitting | — | — |
| SpO2 | 98 % | — | — |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | | | |
|---|---|---|---|
| Pulse Ox Mode | Intermittent | — | — |
| O2 Device | None/Room air | — | — |
| **Vitals Timer** | | | |
| Restart Vitals Timer | Yes | — | Yes |

**Facility Charges**

| Row Name | ED from 8/7/2021 in ABMC Emergency Services |
|---|---|
| **LOS Charges** | |
| Patient Type | Emergency |
| Nursing Notes | 1-2 notes |
| Disposition | Discharge |

**HELP**

| Row Name | 08/08/21 0025 |
|---|---|
| **HC2H Readmission Risk Score** | |
| HC2H Score | 0 |

**Primary Assessment**

| Row Name | 08/07/21 2158 |
|---|---|
| **Airway** | |
| Obstructed? | Patent |
| Spine Precautions Maintained | N/A |
| **Breathing** | |
| Respiratory Pattern | Spontaneous |
| O2 Device | None (Room air) |
| Trachea | Midline |
| Chest Wall | WDL |
| **Circulation** | |
| Central Perfusion | Pink;Warm;Dry |
| **Disability** | |
| Responsiveness | Alert |

**RETIRED - D/C Transition Planning**

| Row Name | 08/08/21 0025 |
|---|---|
| **LACE Readmission Risk Score** | |
| LACE Score | 8 |

**Scoring**

| Row Name | 08/08/21 0025 | 08/08/21 0021 | 08/08/21 0000 | 08/07/21 2340 | 08/07/21 2320 |
|---|---|---|---|---|---|

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| LACE+ Readmission Score | | | | | |
| LACE+ Score | 51 | — | — | — | — |
| Sepsis Score | | | | | |
| Sepsis Score | — | 1.7 | 1.7 | 1.7 | 1.7 |

| **Row Name** | **08/07/21 2300** | **08/07/21 2240** | **08/07/21 2220** | **08/07/21 2200** |
|---|---|---|---|---|
| Sepsis Score | | | | |
| Sepsis Score | 1.7 | 1.7 | 1.7 | 1.7 |

**Triage Plan**

| **Row Name** | **08/07/21 2159** |
|---|---|
| Triage Plan | |
| Patient Acuity | Urgent |

**TUBERCULOSIS SCREENING**

| **Row Name** | **08/07/21 2159** |
|---|---|
| Tuberculosis Screening | |
| Productive Cough Greater than 3 Weeks | No |
| Hemoptysis (Coughing Up Blood) | No |
| Prior Exposure to Tuberculosis | No |
| Pre-Screen Score | 0 |

**Urgent Care**

| **Row Name** | **08/07/21 2159** |
|---|---|
| Urgent Care | |
| Urgent Care Patient | No |

**Letters**

**Letter by Ashley Heesacker, PA-C on 8/8/2021**

Status: Sent
Letter body:

# Aurora BayCare Medical Center

Aurora Health Care® BayCare Clinic
ABMC EMERGENCY SERVICES

8/8/2021
Serena L Hernandez
DOB:

## 08/07/2021 - ED in ABMC Emergency Services

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/07/2021 2141 | Admit Date/Time: | 08/07/2021 2205 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Self | Primary Service: | Emergency Department | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC Emergency Services |
| Admit Provider: | | Attending Provider: | | Referring Provider: | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/08/2021 0025 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC Emergency Services |

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Paul H Sumnicht, MD | Family Practice | | As needed, for follow up | 525 Airport Dr<br>Oneida WI 54155-9035<br>920-869-2711 |

### Coding Summary

#### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 207905873 - HERNANDEZ,SERENA L | WI MEDICAID [142] | None | None |

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/07/2021 2141 | Admit Date/Time: | 08/07/2021 2141 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Self | Primary Service: | Emergency Department | Secondary Service: | |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC Emergency Services |
| Admit Provider: | | Attending Provider: | Jane K Witman, MD | Referring Provider: | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/08/2021 0025 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC Emergency Services |

#### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| R05 | Cough | |

#### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| U07.1 **[Principal]** | COVID-19 | | | | |
| J45.51 | Severe persistent asthma with (acute) exacerbation | | | | |
| E11.9 | Type 2 diabetes mellitus without complications (CMS/HCC) | | | | |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

### Coding Summary (continued)

| | |
|---|---|
| I10 | Essential (primary) hypertension |
| M79.10 | Myalgia, unspecified site |
| R53.83 | Other fatigue |
| E66.9 | Obesity, unspecified |
| Z68.39 | Body mass index (BMI) 39.0-39.9, adult |

### Reason for Visit

**Chief Complaint**

- Exposure Coronavirus (Covid-19)

**Visit Diagnoses**

| Name | Is ED? |
|---|---|
| **COVID-19 virus infection (primary)** | Yes |
| Severe persistent asthma with exacerbation | No |

### Treatment Team

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Ashley Heesacker, PA-C | Emergency Department | Physician Assistant | Physician Assistant | 08/07/21 2224 | — |
| Princess Storme Vele V, RN | — | Registered Nurse | Registered Nurse | 08/07/21 2209 | — |

### Patient Summary as-of Visit

**Problem List** as of 8/8/2021

Problems last reviewed by Steven M Kriescher, LPN on 6/8/2021 1434

**Acute frontal sinusitis**

| | | |
|---|---|---|
| Diagnosis: Acute frontal sinusitis<br>Chronic: No | Noted on: 09/25/2017 | Priority: Low |

**Adjustment disorder with mixed anxiety and depressed mood**

| | | |
|---|---|---|
| Diagnosis: Adjustment disorder with mixed anxiety and depressed mood<br>Chronic: No | Noted on: 04/24/2018 | Priority: Low |

**Allergic rhinitis**

| | | |
|---|---|---|
| Diagnosis: Allergic rhinitis<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |

**Arthritis of right knee**

| | | |
|---|---|---|
| Diagnosis: Arthritis of right knee<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Bipolar disorder, unspecified (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Bipolar disorder, unspecified (CMS/HCC)<br>Chronic: No | Noted on: 08/26/2020 | Priority: Low |

**Bitten by cat, subsequent encounter**

| | | |
|---|---|---|
| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |

**Cellulitis and abscess of right leg**

| | | |
|---|---|---|
| Diagnosis: Cellulitis and abscess of right | Noted on: 06/24/2021 | Priority: Low |

leg
Chronic: No

**Cholelithiasis with acute cholecystitis**

| | | |
|---|---|---|
| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Conjunctivitis, allergic**

| | | |
|---|---|---|
| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**COPD (chronic obstructive pulmonary disease) (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: COPD (chronic obstructive pulmonary disease) (CMS/HCC)<br>Chronic: No | Noted on: 06/24/2021 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in premenopausal period<br>Chronic: No | Noted on: 06/20/2018 | Priority: Low |

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain | Noted on: 05/29/2020 | Priority: Low |

Chronic: No

**Gastroesophageal reflux disease**

Diagnosis: Gastroesophageal reflux disease
Chronic: No
Noted on: 04/17/2015
Priority: Low

**Hearing loss**

Diagnosis: Hearing loss
Chronic: No
Noted on: 02/19/2019
Priority: Low

**Hematuria**

Diagnosis: Hematuria
Chronic: No
Noted on: 12/05/2016
Priority: Low

**Hemorrhoids**

Diagnosis: Hemorrhoids
Chronic: No
Noted on: 10/11/2019
Priority: Low

**Hypokalemia**

Diagnosis: Hypokalemia
Chronic: No
Noted on: 12/07/2020
Priority: Low

**Impaired glucose tolerance**

Diagnosis: Impaired glucose tolerance
Chronic: No
Noted on: 02/19/2019
Priority: Low

**Insect bites**

Diagnosis: Insect bites
Chronic: No
Noted on: 08/31/2020
Priority: Low

**Irregular menstrual cycle**

Diagnosis: Irregular menstrual cycle
Chronic: No
Noted on: 02/02/2017
Priority: Low

**Jaw pain**

Diagnosis: Jaw pain
Chronic: No
Noted on: 07/28/2017
Priority: Low

**Leukocytosis**

Diagnosis: Leukocytosis
Chronic: No
Noted on: 12/05/2016
Priority: Low

**Low back pain**

Diagnosis: Low back pain
Chronic: No
Noted on: 11/28/2016
Priority: Low

**Lumbar radiculopathy, right**

Diagnosis: Lumbar radiculopathy, right
Chronic: No
Noted on: 11/05/2018
Priority: Low

**Mixed anxiety depressive disorder**

Diagnosis: Mixed anxiety depressive disorder
Chronic: No
Noted on: 05/09/2014
Priority: Low

**Moderate persistent asthma without complication**

**Patient Summary as-of Visit (continued)**

| | | |
|---|---|---|
| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |

**Obstructive sleep apnea, adult**

| | | |
|---|---|---|
| Diagnosis: Obstructive sleep apnea, adult<br>Chronic: No | Noted on: 11/17/2017 | Priority: Low |

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

| | | |
|---|---|---|
| Diagnosis: Other general symptoms and signs<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Other screening mammogram**

| | | |
|---|---|---|
| Diagnosis: Other screening mammogram<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Paresthesia of bilateral legs**

| | | |
|---|---|---|
| Diagnosis: Paresthesia of bilateral legs<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Patellofemoral pain syndrome**

| | | |
|---|---|---|
| Diagnosis: Patellofemoral pain syndrome<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Perimenopause**

| | | |
|---|---|---|
| Diagnosis: Perimenopause<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |

**Peripheral nerve disease**

| | | |
|---|---|---|
| Diagnosis: Peripheral nerve disease<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |

**Piriformis syndrome of right side**

| | | |
|---|---|---|
| Diagnosis: Piriformis syndrome of right side<br>Chronic: No | Noted on: 05/11/2018 | Priority: Low |

**S/P hernia repair**

| | | |
|---|---|---|
| Diagnosis: S/P hernia repair<br>Chronic: No | Noted on: 08/09/2012 | Priority: Low |

**Screening for cervical cancer**

| | | |
|---|---|---|
| Diagnosis: Screening for cervical cancer<br>Chronic: No | Noted on: 07/03/2019 | Priority: Low |

**Sinus headache**

| | | |
|---|---|---|
| Diagnosis: Sinus headache<br>Chronic: No | Noted on: 12/09/2019 | Priority: Low |

**Snoring**

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Patient Summary as-of Visit (continued)**

Diagnosis: Snoring | Noted on: 07/28/2017 | Priority: Low
Chronic: No

**Staphylococcal arthritis of right knee (CMS/HCC)**

Diagnosis: Staphylococcal arthritis of right knee (CMS/HCC) | Noted on: 06/28/2021 | Priority: Low
Chronic: No

**Stress incontinence**

Diagnosis: Stress incontinence | Noted on: 04/25/2014 | Priority: Low
Chronic: No

**Symptomatic cholelithiasis**

Diagnosis: Symptomatic cholelithiasis | Noted on: 01/27/2020 | Priority: Low
Chronic: No

**Trochanteric bursitis of right hip**

Diagnosis: Trochanteric bursitis of right hip | Noted on: 04/10/2018 | Priority: Low
Chronic: No

**Urinary frequency**

Diagnosis: Urinary frequency | Noted on: 10/04/2017 | Priority: Low
Chronic: No

**Vitamin D deficiency**

Diagnosis: Vitamin D deficiency | Noted on: 09/02/2016 | Priority: Low
Chronic: No

**Allergies** as of 8/8/2021

Allergies last reviewed by Analicia M Roberts, RN on 8/7/2021 2159

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA | Severity: High
Noted on: 02/22/2017 | RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017 | RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) | Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET | Severity: Low
Noted on: 02/22/2017

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) | Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH Severity: High
Noted on: 12/21/2018

**History** as of 8/8/2021

**Medical History** as of 8/8/2021

**Medical last reviewed by Analicia M Roberts, RN on 8/7/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 8/8/2021

**Surgical last reviewed by Analicia M Roberts, RN on 8/7/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Obstetric History** as of 8/8/2021

**Medication List (continued)**

Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**Peak Flow Meter Device**

Instructions: As instructed per asthma action plan
Authorized by: Kerri L Schey, APNP — Ordered on: 9/28/2020
Start date: 9/28/2020 — Quantity: 1 Device
Refill: No refills remaining

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g

**Medication List (continued)**

Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder — Entered by: Todd H Bruss, PA-C
Entered on: 5/14/2021 — Start date: 4/21/2020
End date: 8/8/2021

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/22/2017

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/22/2017

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C — Ordered on: 6/17/2021
Start date: 6/17/2021 — Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021
Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)

**Medication List (continued)**

Refill: No refills remaining

**Stopped in Visit**

None

**ED Provider Note**

**ED Provider Notes by Ashley Heesacker, PA-C at 8/7/2021 2343**

Author: Ashley Heesacker, PA-C
Service: Emergency Medicine
Author Type: Physician Assistant
Filed: 8/8/2021 12:22 AM
Date of Service: 8/7/2021 11:43 PM
Status: Signed
Editor: Ashley Heesacker, PA-C (Physician Assistant)
Cosigner: Jane K Witman, MD at 8/8/2021 12:48 AM

**Patient:** Serena L Hernandez **Age:** 53 year old **Sex:** female
**MRN:** 3096807 **Encounter Date:** 8/7/2021

## History

### Chief Complaint

Patient presents with
- Exposure Coronavirus (Covid-19)

HPI

Serena L Hernandez is a 53 year old female who presents today with concerns for COVID-19. Patient explains that she has had body aches, increased fatigue, a dry cough, subjective fevers, and increased shortness of breath for the past 3 days. Patient explains that multiple family members have recently tested positive and she was exposed to these individuals.

Patient is fully vaccinated for COVID-19.

Patient denies any chest pain, palpitations, abdominal pain, nausea, vomiting, diarrhea.

Patient also reports concern for increased urinary frequency. She denies any dysuria and hematuria.

**ALLERGIES:**

| Allergen | Reactions |
|---|---|
| • Augmentin [Amoxicillin-Pot Clavulanate] | DIARRHEA |
| • Erythromycin | HIVES |
| • Gabapentin | Other (See Comments) |
| *Feels like she is psychologically "disconnected"* | |
| • Latex (Environmental) | HIVES |
| • Metformin | Other (See Comments) |
| *Kidney Failure* | |
| • Tegretol | RASH |

| | |
|---|---|
| • Meloxicam<br>*Flu like symptoms* | Other (See Comments) |
| • Lorazepam | Other (See Comments) |
| • Morphine<br>*Pt unaware of reaction* | Other (See Comments) |
| • Hydrocod Polst-Chlorphen Polst | GI UPSET |

**Current Facility-Administered Medications**

Medication

- benRALIzumab (FASENRA) injection 30 mg

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • benzonatate (TESSALON PERLES) 200 MG capsule | Take 1 capsule by mouth 3 times daily as needed for Cough. |
| • acetaminophen (TYLENOL) 500 MG tablet | Take 1 tablet by mouth every 4 hours as needed for Pain or Fever. |
| • albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. |
| • ibuprofen (MOTRIN) 800 MG tablet | Take 1 tablet by mouth 3 times daily as needed for Pain. |
| • ondansetron (Zofran ODT) 4 MG disintegrating tablet | Place 1 tablet onto the tongue every 6 hours. |
| • hydrOXYzine (VISTARIL) 25 MG capsule | Take 25 mg by mouth 4 times daily as needed. |
| • Fasenra 30 MG/ML Solution Prefilled Syringe | INJECT 30 MG (1 SYRINGE) UNDER THE SKIN AT WEEKS 0, 4, AND 8 FOLLOWED BY EVERY 8 WEEKS THEREAFTER |
| • traMADol (ULTRAM) 50 MG tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. |
| • benzonatate (TESSALON PERLES) 100 MG capsule | (Prior Auth: Rx Ref#:000007233135) |
| • diazePAM (Valium) 2 MG tablet | every 24 hours. |
| • doxycycline hyclate (VIBRAMYCIN) 100 MG capsule | (Prior Auth: Rx Ref#:000007215626) |
| • escitalopram (LEXAPRO) 10 MG tablet | (Prior Auth: Rx Ref#:000007208437) |
| • hydroCORTisone (ANUSOL-HC) 25 MG suppository | (Prior Auth: Rx Ref#:000007213596) |
| • pantoprazole (PROTONIX) 40 MG tablet | (Prior Auth: Rx Ref#:000007192303) |

| | |
|---|---|
| • predniSONE (DELTASONE) 10 MG tablet | (Prior Auth: Rx Ref#:000007149615) |
| • atomoxetine (STRATTERA) 25 MG capsule | (Prior Auth: Rx Ref#:000007208436) |
| • calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet | Chew 1 tablet by mouth every 24 hours as needed. |
| • cloNIDine (CATAPRES) 0.1 MG tablet | Take 0.1 mg by mouth 2 times daily as needed. |
| • Elastic Bandages & Supports (Neoprene Elbow Support) Misc | Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33 |
| • Elastic Bandages & Supports (Neoprene Elbow Support) Misc | Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33 |
| • esomeprazole (NexIUM) 20 MG capsule | 1 capsule every 24 hours. |
| • hydroCORTisone (CORTIZONE) 2.5 % ointment | HYDROCORTISONE 2.5 % EXTERNAL OINTMENT |
| • hydrOXYzine (ATARAX) 25 MG tablet | Take 25-50 mg by mouth every 4 hours as needed. |
| • loratadine (CLARITIN) 10 MG tablet | every 24 hours. |
| • polyethylene glycol (MIRALAX) 17 GM/SCOOP powder | |
| • prazosin (MINIPRESS) 2 MG capsule | Take 4 mg by mouth. |
| • topiramate (TOPAMAX) 50 MG tablet | Take 50 mg by mouth. |
| • topiramate (TOPAMAX) 100 MG tablet | |
| • valsartan (DIOVAN) 40 MG tablet | |
| • clindamycin (CLEOCIN) 300 MG capsule | Take 1 capsule by mouth 3 times daily. |
| • fluconazole (Diflucan) 150 MG tablet | Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary |
| • fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler | Inhale 1 puff into the lungs 2 times daily. |
| • ipratropium-albuterol (DUONEB) 0.5-2.5 (3) | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. |

| | |
|---|---|
| MG/3ML nebulizer solution | |
| • albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing. |
| • fexofenadine (ALLEGRA) 180 MG tablet | Take 1 tablet by mouth daily. |
| • fluticasone (FLONASE) 50 MCG/ACT nasal spray | Spray 2 sprays in each nostril daily. |
| • tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler | Place 1 capsule into inhaler and inhale daily. |
| • EPINEPHrine 0.3 MG/0.3ML auto-injector | Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis. |
| • Peak Flow Meter Device | As instructed per asthma action plan |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 90 mg by mouth daily. |
| • pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth. |
| • XOLAIR 150 MG injection | INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS |
| • Red Yeast Rice Extract (RED YEAST RICE PO) | Take 1 capsule by mouth daily. OTC |
| • DICLOFENAC POTASSIUM PO | Take 1 tablet by mouth daily. |
| • montelukast (SINGULAIR) 10 MG tablet | Take 1 tablet by mouth nightly. |
| • olopatadine (PATADAY) 0.2 % ophthalmic solution | Place 1 drop into both eyes daily. |
| • phenazopyridine (PYRIDIUM) 100 MG tablet | Take 100 mg by mouth 3 times daily as needed for Pain. |
| • telmisartan (MICARDIS) 20 MG tablet | Take 20 mg by mouth daily. |
| • Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID-PRENATAL) 27-1 MG Tab | Take 1 tablet by mouth daily. |
| • zinc gluconate 50 MG tablet | Take 50 mg by mouth once a week. |
| • methocarbamol (ROBAXIN) 500 MG tablet | Take 500 mg by mouth 4 times daily as needed. |
| • LORazepam (ATIVAN) 0.5 MG tablet | Take 0.5 mg by mouth every 6 hours as needed for Anxiety. |
| • cholecalciferol (VITAMIN D3) 1000 UNITS tablet | Take 2,000 Units by mouth daily. |
| • venlafaxine (EFFEXOR) 25 MG tablet | Take 75 mg by mouth nightly. |

**Current Discharge Medication List**

**New Prescriptions**

| | Details |
|---|---|
| **benzonatate (TESSALON PERLES) 200 MG capsule** | Take 1 capsule by mouth 3 times daily as needed for Cough. *Qty:* 20 capsule, *Refills:* 0 |
| **ibuprofen (MOTRIN) 800 MG tablet** | Take 1 tablet by mouth 3 times daily as needed for Pain. *Qty:* 30 tablet, *Refills:* 0 |
| **ondansetron (Zofran ODT) 4 MG disintegrating tablet** | Place 1 tablet onto the tongue every 6 hours. *Qty:* 10 tablet, *Refills:* 0 |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic rhinitis | |
| • Anxiety | |
| • Asthma | 06/06/2014 |
| • Cannabis dependence (CMS/HCC) | |
| • Cocaine dependence (CMS/HCC) | |
| • Depression | |
| • Diabetes mellitus (CMS/HCC) | |
| • Essential hypertension | 12/03/2016 |
| • GERD (gastroesophageal reflux disease) | |
| • Hematuria | 12/05/2016 |
| • Leukocytosis | 12/05/2016 |
| • Obesity | 12/03/2016 |
| • PTSD (post-traumatic stress disorder) | |
| • Seizures (CMS/HCC) *due to traumatic Brain injury in 6th grade* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • Carpal tunnel release | | 2006 |
| • Hernia repair | | 08/09/2012 |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Alcohol Abuse | Mother | |
| • Depression | Mother | |
| • Heart disease | Mother | |

| | |
|---|---|
| • Hypertension | Mother |
| • Alcohol Abuse | Father |
| • Asthma | Father |
| • Diabetes | Father |
| • Heart disease | Father |
| • High cholesterol | Father |
| • Hypertension | Father |
| • Alcohol Abuse | Sister |
| • Arthritis | Sister |
| • Asthma | Sister |
| • Depression | Sister |
| • Diabetes | Sister |
| • Hypertension | Sister |
| • Alcohol Abuse | Brother |
| • Arthritis | Brother |
| • Hypertension | Brother |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 0.10 |
| Years: | 5.00 |
| Pack years: | 0.50 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |

• Tobacco comment: Patient is back to smoking again, stated that she used cocaine this past year and she's currently in treatment/rehab

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |
| *Comment: Maybe 1-2/month* | |
| • Drug use: | No |
| Types: | Marijuana |

*Patient's allergies, medications, past medical, surgical, family, and social history have been reviewed at length by myself, Ashley Heesacker, PA-C.*

Review of Systems
13 part review of systems negative, non pertinent or noncontributory unless listed in HPI.

**Physical Exam**

ED Triage Vitals [08/07/21 2157]

ED Triage Vitals Group

| | |
|---|---|
| Temp | **98.6 °F (37 °C)** |
| Heart Rate | **87** |
| Resp | **20** |
| BP | **(!) 201/94** |
| SpO2 | **100 %** |
| EtCO2 mmHg | |
| Height | **5' 5" (1.651 m)** |
| Weight | **240 lb (108.9 kg)** |
| Weight Scale Used | **Scale in bed** |
| BMI (Calculated) | **39.94** |
| IBW/kg (Calculated) | **57** |

Physical Exam

**Vital signs are reviewed per nursing notes**

**Constitutional:** Alert & Oriented X3 NAD. Well nourished, well developed
**HEENT:** Normal cephalic/atraumatic; Sclera anicteric; hearing grossly intact
**Neck**: Neck supple, full ROM, no lymphadenopathy.
**Cardiovascular:** Regular rate and rhythm and S1, S2 present
**Resp**: Speaking full sentences without difficulties. No respiratory distress. Lungs are Clear to auscultation bilaterally, no wheezes, rhonchi or rales; no use of accessory muscles.
**Ext/Skin**: No obvious lesions, rashes or wounds noted; no edema
**Lymph:** No significant lymphadenopathy
**Neurological**: Alert and Oriented x3.

**ED Course**

Procedures

**Lab Results**

**Results for orders placed or performed during the hospital encounter of 08/07/21**
**Urinalysis & Reflex Microscopy With Culture If Indicated**

| Result | Value |
|---|---|
| COLOR, URINALYSIS | Yellow |
| APPEARANCE, URINALYSIS | Cloudy |
| GLUCOSE, URINALYSIS | Negative |
| BILIRUBIN, | Negative |

| | |
|---|---|
| URINALYSIS | |
| KETONES, URINALYSIS | Negative |
| SPECIFIC GRAVITY, URINALYSIS | >1.030 (H) |
| OCCULT BLOOD, URINALYSIS | Negative |
| PH, URINALYSIS | 5.0 |
| PROTEIN, URINALYSIS | 30 (A) |
| UROBILINOGEN, URINALYSIS | 0.2 |
| NITRITE, URINALYSIS | Negative |
| LEUKOCYTE ESTERASE, URINALYSIS | Negative |
| SQUAMOUS EPITHELIAL, URINALYSIS | 11 to 25 (A) |
| ERYTHROCYTES, URINALYSIS | 26 to 100 (A) |
| LEUKOCYTES, URINALYSIS | 1 to 5 |
| BACTERIA, URINALYSIS | None Seen |
| HYALINE CASTS, URINALYSIS | None Seen |
| MUCUS | Present |

**Rapid SARS-CoV-2 by PCR**

Specimen: Nasopharyngeal; Swab

| Result | Value |
|---|---|
| Rapid SARS-COV-2 by PCR Procedural Comment | Detected (A) |
| Comment: | SARS-CoV-2 nucleic acid has been detected indicating the presence of COVID-19.<br><br>Testing was performed using the Cepheid Xpert Xpress SARS-CoV-2 RT-PCR assay that has been given Emergency |

**Intramuscular Given 8/7/21 2323)**

MDM
Otherwise healthy patient presenting in no respiratory distress, vitals within normal limits. Pt is otherwise relatively well appearing and nontoxic.

Pt updated on negative UA and positive COVID-19. Plan for symptomatic treatment. Pt states she needs more nebulizing solution and the tubing/mask. Discussed discarding the tubing/mask after she is done with quarantine. Did offer BAM infusion, Patient declined.

Will attempt to alleviate symptoms conservatively; no overt indications at this time for antibiotics. Patient will be sent home with a prescription for ibuprofen, tylenol, tessalon Perles, zofran.

Discussed self isolation and how to discontinue per CDC guidelines. Discussed follow up with PCP and return precautions. Patient agrees with this plan. All questions and concerns were addressed piror to discharge.

**Clinical Impression**

**ED Diagnosis**

Final diagnosis
**COVID-19 virus infection**

**Disposition**

Discharge

Clinical Impression:
1. **COVID-19 virus infection**
2. Severe persistent asthma with exacerbation

Follow Up:
Paul H Sumnicht, MD
525 Airport Dr
Oneida WI 54155-9035
920-869-2711

As needed, for follow up

Patient was instructed if anything changes or worsens patient is to return or follow up immediately.

**Summary of your Discharge Medications**

**Take these Medications**

| | Details |
|---|---|
| **acetaminophen** 500 MG tablet<br>Commonly known as: TYLENOL | Take 1 tablet by mouth every 4 hours as needed for Pain or Fever. |
| * **albuterol** 108 (90 Base) MCG/ACT inhaler<br>Commonly known as: ProAir HFA | Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing. |
| * **albuterol** (2.5 MG/3ML) 0.083% nebulizer solution<br>Commonly known as: VENTOLIN | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. |
| * **benzonatate** 100 MG capsule<br>Commonly known as: TESSALON PERLES | (Prior Auth: Rx Ref#:000007233135) |
| * **benzonatate** 200 MG capsule<br>Commonly known as: TESSALON PERLES | Take 1 capsule by mouth 3 times daily as needed for Cough. |
| **ibuprofen** 800 MG tablet<br>Commonly known as: MOTRIN | Take 1 tablet by mouth 3 times daily as needed for Pain. |
| **ondansetron** 4 MG disintegrating tablet<br>Commonly known as: Zofran ODT | Place 1 tablet onto the tongue every 6 hours. |

*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

If medications were recommended during this visit side effects and safe use of medication discussed.

Diagnosis, treatment, results and disposition was discussed with patient. Patient Instructed that diagnosis

and treatment may change as symptoms/disease progresses or changes. This is why return or follow up important. Signs and symptoms that warrant immediate return or re-evaluation discussed. Patient is comfortable with plan and will follow up as recommended. All questions answered.

Ashley Heesacker, PA-C
08/08/21 0022

Electronically signed by Ashley Heesacker, PA-C at 8/8/2021 12:22 AM
Electronically signed by Jane K Witman, MD at 8/8/2021 12:48 AM

**ED Notes**

**ED Triage Notes by Analicia M Roberts, RN at 8/7/2021 2156**

Author: Analicia M Roberts, RN
Service: —
Author Type: Registered Nurse
Filed: 8/7/2021 9:57 PM
Date of Service: 8/7/2021 9:56 PM
Status: Signed
Editor: Analicia M Roberts, RN (Registered Nurse)

Patient arrives with complains of body aches, fatigue, cough, shortness of breath. Had an exposure to covid 19.

Electronically signed by Analicia M Roberts, RN at 8/7/2021 9:57 PM

**ED Care Timeline**

**Patient Care Timeline (8/7/2021 21:41 to 8/8/2021 00:25)**

| 8/7/2021 | Event | Details | User |
|---|---|---|---|
| 21:41 | **Patient arrived in ED** | | Jaime L Thomson |
| 21:41:28 | **Emergency encounter created** | | Jaime L Thomson |
| 21:41:44 | **Arrival Complaint** | covid symptoms | |
| 21:56 | **Triage Started** | | Analicia M Roberts, RN |
| 21:56 | **Arrival Documentation** | **Triage Call**<br>Triage Call: Call 1x<br>**Triage Start**<br>Triage Start: Start | Analicia M Roberts, RN |
| 21:56:36 | **ED Triage Notes** | Patient arrives with complains of body aches, fatigue, cough, shortness of breath. Had an exposure to covid 19. | Analicia M Roberts, RN |
| 21:57 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Analicia M Roberts, RN |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 21:57 | **ED Vital Signs** | **Vital Signs**<br>Temp: 98.6 °F (37 °C)<br>Temp src: Oral<br>Heart Rate: 87<br>Heart Rate Source: Monitor<br>Resp: 20<br>BP: **201/94** !<br>MAP (mmHg): **135** !<br>BP Method: Automatic<br>Patient Position: Sitting<br>SpO2: 100 %<br>O2 Device: None/Room air<br>**Height and Weight**<br>Height: 5' 5" (165.1 cm)<br>Weight: 108.9 kg (240 lb)<br>Weight Scale Used: Scale in bed<br>**Glasgow Coma Scale**<br>Is Patient Receiving Medication to Decrease LOC?: No<br>Symptoms of Increased ICP: None<br>Eye Opening: Spontaneous<br>Verbal Response: Oriented and converses<br>Motor Response: Obeys verbal commands<br>GCS Score: 15 | Analicia M Roberts, RN |
| 21:57 | **Custom Formula Data** | **Weight and Growth Recommendation**<br>IBW/kg (Calculated) Male: 61.5<br>IBW/kg (Calculated) FEMALE: 57<br>**Relevant Labs and Vitals**<br>Temp (in Celsius): 37<br>**Other flowsheet entries**<br>BSA (Calculated - sq m): 2.23<br>English Weight lbs: 240 lbs<br>English Weight oz: 0 oz<br>BSA (Calculated - m2) - DuBois & DuBois: 2.14<br>BMI (Calculated): 39.94<br>BSA (Calculated - sq m): 2.23<br>BMI (Calculated): 40.02<br>Shock Index (SI): 0.4<br>BSA (Calculated - sq m): 2.29<br>BSA (Calculated - sq m) (oncology): 2.23<br>BMI (Calculated): 39.94<br>Low Range Vt 6cc/kg MALE: 369<br>Adult Moderate Range Vt 8cc/kg MA: 492<br>Adult High Range Vt 10cc/kg MALE: 615<br>Low Range Vt 6cc/kg FEMALE: 342<br>Adult Moderate Range vt 8cc/kg FEMALE: 456<br>BMI (Calculated): 39.938<br>Percent Weight Change Since Birth: 0<br>IBW/kg (Calculated): 57<br>Low Range Vt 6cc/kg: 342<br>Adult Moderate Range Vt 8cc/kg: 456<br>Adult High Range Vt 10cc/kg: 570 | Analicia M Roberts, RN |
| 21:57:32 | **Chief Complaints Updated** | **Exposure Coronavirus (Covid-19)** | Analicia M Roberts, RN |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 21:58 | **Primary Assessment** | **Airway**<br>Obstructed?: Patent<br>Spine Precautions Maintained: N/A<br>**Breathing**<br>Respiratory Pattern: Spontaneous<br>O2 Device: None (Room air)<br>Trachea: Midline<br>Chest Wall: WDL<br>**Circulation**<br>Central Perfusion: Pink; Warm; Dry<br>**Disability**<br>Responsiveness: Alert | Analicia M Roberts, RN |
| 21:59 | **Travel Screening** | In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? **Yes** ; Have you had a COVID-19 viral test in the last 14 days? **No** ; Do you have any of the following new or worsening symptoms? **Chills; Fever; Joint pain; Shortness of breath; Cough** ; Have you traveled internationally or domestically in the last month? **No** Travel Locations: **Travel history not shown for past encounters** | Analicia M Roberts, RN |
| 21:59 | **TUBERCULOSIS SCREENING** | **Tuberculosis Screening**<br>Productive Cough Greater than 3 Weeks: No<br>Hemoptysis (Coughing Up Blood): No<br>Prior Exposure to Tuberculosis: No<br>Pre-Screen Score: 0 | Analicia M Roberts, RN |
| 21:59 | **Triage Plan** | **Triage Plan**<br>Patient Acuity: 3 | Analicia M Roberts, RN |
| 21:59 | **Urgent Care** | **Urgent Care**<br>Urgent Care Patient: No | Analicia M Roberts, RN |
| 21:59:19 | **Triage Completed** | | Analicia M Roberts, RN |
| 21:59:25 | **Allergies Reviewed** | | Analicia M Roberts, RN |
| 22:00 | **Abuse Indicators** | **Violence/Abuse Screen**<br>Violence/Abuse Screen: Defer assessment for a time when patient (greater than 12 years) is alone | Analicia M Roberts, RN |
| 22:00 | **Columbia Suicide Severity Rating Scale (C-SSRS Short Version)** | **Columbia Suicide Severity Rating Scale (C-SSRS)**<br>1. Have you wished you were dead or wished you could go to sleep and not wake up? (past month): No<br>2. Have you actually had any thoughts of killing yourself? (past month): No<br>6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? (lifetime): No | Analicia M Roberts, RN |
| 22:00 | **Custom Formula Data** | **Columbia Suicide Severity Rating Scale (C-SSRS)**<br>Suicide Evaluation: Negative Screen - White | Analicia M Roberts, RN |
| 22:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 22:00:23 | **History Reviewed** | Sections Reviewed: Medical, Surgical, Alcohol, Tobacco, Drug Use, Custom, Obstetric, Family | Analicia M Roberts, RN |
| 22:05:35 | **Patient roomed in ED** | To room 04 | Analicia M Roberts, RN |
| 22:09:39 | **Assign Nurse** | Princess Storme Vele V, RN assigned as Registered Nurse | Princess Storme Vele V, RN |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 00:03:35 | **Rapid SARS-CoV-2 by PCR Resulted** | **Abnormal Result** Collected: **8/7/2021 23:04** Last updated: **8/8/2021 00:03** Status: **Final result** Rapid SARS-COV-2 by PCR: **Detected** ! [Ref Range: Not Detected / Detected / Presumptive Positive / Inhibitors present] Procedural Comment: (SARS-CoV-2 nucleic acid has been detected indicating the presence of COVID-19.<br><br>Testing was performed using the Cepheid Xpert Xpress SARS-CoV-2 RT-PCR assay that has been given Emergency Use Authorization (EUA) by the United States Food and Drug Administration (FDA). These results are considered definitive and do not need to be confirmed by another method.) SARS-CoV-2 Ct Value: **30.8** (The results of this test are interpreted as POSITIVE. The Cycle Threshold (CT) value is provided for informational purposes only. While Ct values in a positive SARS-CoV-2 test may indicate the relative amount of viral RNA (not intact virus) present in the sample at the time of the test, these values may change over the course of the illness and should NOT be used to predict intervention strategy, infectious potential or patient outcome. The Ct values in a positive specimen may range from 0 – 45.) | Marissa M Ziebarth, MLT |
| 00:03:35 | **Lab Resulted** | (Final result) RAPID SARS-COV-2 BY PCR | Lab, Background User |
| 00:04:16 | **Discharge Disposition Selected** | ED Disposition set to Discharge | Ashley Heesacker, PA-C |
| 00:04:16 | **Disposition Selected** | | Ashley Heesacker, PA-C |
| 00:05:42 | **Discharge Orders Modified** | Order Modified - acetaminophen (TYLENOL) 500 MG tablet (Comment: Modified from acetaminophen (TYLENOL) 500 MG tablet) | Ashley Heesacker, PA-C |
| 00:05:42 | **Discharge Orders Placed** | benzonatate (TESSALON PERLES) 200 MG capsule | Ashley Heesacker, PA-C |
| 00:06:44 | **AVS Printed** | Covid-19 AAH<br>COVID-19 CDC Recommendations<br>ED After Visit Summary | Ashley Heesacker, PA-C |
| 00:09 | **ED Vital Signs** | **Vital Signs**<br>Heart Rate: 82<br>Heart Rate Source: Monitor<br>Resp: 18 | Princess Storme Vele V, RN |
| 00:13 | **ED Vital Signs** | **Vital Signs**<br>Temp: 98.6 °F (37 °C)<br>Temp src: Oral<br>Heart Rate: 84<br>Heart Rate Source: Monitor<br>Resp: 18<br>BP: **164/70** !<br>MAP (mmHg): 100<br>BP Location: RFA - Right forearm<br>BP Method: Automatic<br>Patient Position: Sitting<br>SpO2: 98 %<br>Pulse Ox Mode: Intermittent<br>O2 Device: None/Room air<br>**Vitals Timer**<br>Restart Vitals Timer: Yes | Princess Storme Vele V, RN |
| 00:13 | **Custom Formula Data** | **Relevant Labs and Vitals**<br>Temp (in Celsius): 37<br>**Other flowsheet entries**<br>Shock Index (SI): 0.5 | Princess Storme Vele V, RN |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

### Medication Administrations (continued)

Dose (Remaining/Total): 4 mg (0/1) Route: Oral
Frequency: ONCE Rate/Duration: — / —
Admin Instructions: Do NOT remove from blister until use. Peel foil back, place on top of tongue where it will dissolve. Administration with liquid is not necessary. Do NOT break, crush or chew.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/07/21 2323<br>Documented: 08/07/21 2323 | Given | 4 mg | Oral | Performed by: Princess Storme Vele V, RN<br>Scanned Package: 65862-390-10 |

### Other Orders

#### Isolation

**Contact and droplet isolation status (Discontinued)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2300** Status: **Discontinued**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2300
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: Routine Continuous 08/07/21 2301 - Until Specified
Class: Hospital Performed
Quantity: 1
Isolation: Contact and Droplet
Instance released by: Ashley Heesacker, PA-C (auto-released) 8/7/2021 11:00 PM
Discontinued by: Discharge Provider, Automatic 08/08/21 0225 [Patient Discharge]

#### Medications

**ketorolac injection 15 mg (Discontinued)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2301** Status: **Discontinued**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2301
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: STAT Once 08/07/21 2302 - 1 occurrence
Class: Normal
Discontinued by: Ashley Heesacker, PA-C 08/07/21 2319
Acknowledged: Princess Storme Vele V, RN 08/07/21 2304 for Placing Order Princess Storme Vele V, RN 08/07/21 2326 for D/C Order
Admin instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.
* Protect from light *
Package: 9999-9997-19

**ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg (Completed)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2301** Status: **Completed**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2301
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: STAT Once 08/07/21 2302 - 1 occurrence
Class: Normal
Acknowledged: Princess Storme Vele V, RN 08/07/21 2304 for Placing Order
Admin instructions: Do NOT remove from blister until use. Peel foil back, place on top of tongue where it will dissolve. Administration with liquid is not necessary. Do NOT break, crush or chew.
Package: 65862-390-10

**ketorolac injection 15 mg (Completed)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2319** Status: **Completed**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2319
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: STAT Once 08/07/21 2320 - 1 occurrence
Class: Normal
Acknowledged: Princess Storme Vele V, RN 08/07/21 2326 for Placing Order
Admin instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.
* Protect from light *

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (continued)**

Package: 0409-3793-19
Modified from: ketorolac injection 15 mg

**benzonatate (TESSALON PERLES) 200 MG capsule (Active)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/08/21 0005** Status: **Active**
Ordering user: Ashley Heesacker, PA-C 08/08/21 0005
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
PRN reasons: Cough
Frequency: Routine TID PRN 08/08/21 - Until Discontinued
Class: Eprescribe

**acetaminophen (TYLENOL) 500 MG tablet (Active)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/08/21 0005** Status: **Active**
Ordering user: Ashley Heesacker, PA-C 08/08/21 0005
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
PRN reasons: Pain Fever
Frequency: Routine Q4H PRN 08/08/21 - Until Discontinued
Class: Eprescribe
Modified from: acetaminophen (TYLENOL) 500 MG tablet

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution (Active)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/08/21 0016** Status: **Active**
Ordering user: Ashley Heesacker, PA-C 08/08/21 0016
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
PRN reasons: Wheezing
Frequency: Routine Q6H PRN 08/08/21 - Until Discontinued
Class: Eprescribe
Diagnoses
Severe persistent asthma with exacerbation [J45.51]
Modified from: albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution

**Indications**

Severe persistent asthma with exacerbation [J45.51 (ICD-10-CM)]

**ibuprofen (MOTRIN) 800 MG tablet (Active)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/08/21 0016** Status: **Active**
Ordering user: Ashley Heesacker, PA-C 08/08/21 0016
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
PRN reasons: Pain
Frequency: Routine TID PRN 08/08/21 - Until Discontinued
Class: Eprescribe

**ondansetron (Zofran ODT) 4 MG disintegrating tablet (Active)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/08/21 0016** Status: **Active**
Ordering user: Ashley Heesacker, PA-C 08/08/21 0016
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: Routine Q6H 08/08/21 - Until Discontinued
Class: Eprescribe

**Flowsheets**

**Abuse Indicators**

| Row Name | 08/07/21 2200 |
|---|---|
| Violence/Abuse Screen | |
| Violence/Abuse Screen | Defer assessment for a time when patient (greater than 12 years) is alone |

**Arrival Documentation**

| Row Name | 08/07/21 2156 |
|---|---|

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Flowsheets (continued)**

| Triage Call | |
|---|---|
| Triage Call | Call 1x |

| Triage Start | |
|---|---|
| Triage Start | Start |

**Columbia Suicide Severity Rating Scale (C-SSRS Short Version)**

| Row Name | 08/07/21 2200 |
|---|---|
| Columbia Suicide Severity Rating Scale (C-SSRS) | |
| 1. Have you wished you were dead or wished you could go to sleep and not wake up? (past month) | No |
| 2. Have you actually had any thoughts of killing yourself? (past month) | No |
| 6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? (lifetime) | No |

**Custom Formula Data**

| Row Name | 08/08/21 0013 | 08/07/21 2200 | 08/07/21 2157 |
|---|---|---|---|
| OTHER | | | |
| BSA (Calculated - sq m) | — | — | 2.23 |
| English Weight lbs | — | — | 240 lbs |
| English Weight oz | — | — | 0 oz |
| BSA (Calculated - m2) - DuBois & DuBois | — | — | 2.14 |
| BMI (Calculated) | — | — | 39.94 |
| BSA (Calculated - sq m) | — | — | 2.23 |
| BMI (Calculated) | — | — | 40.02 |
| Shock Index (SI) | 0.5 | — | 0.4 |
| BSA (Calculated - sq m) | — | — | 2.29 |
| BSA (Calculated - sq m) (oncology) | — | — | 2.23 |
| BMI (Calculated) | — | — | 39.94 |
| Low Range Vt 6cc/kg MALE | — | — | 369 |
| Adult Moderate | — | — | 492 |

**Flowsheets (continued)**

| | | | |
|---|---|---|---|
| Range Vt 8cc/kg MA | | | |
| Adult High Range Vt 10cc/kg MALE | — | — | 615 |
| Low Range Vt 6cc/kg FEMALE | — | — | 342 |
| Adult Moderate Range vt 8cc/kg FEMALE | — | — | 456 |
| BMI (Calculated) | — | — | 39.938 |
| Percent Weight Change Since Birth | — | — | 0 |
| IBW/kg (Calculated) | — | — | 57 |
| Low Range Vt 6cc/kg | — | — | 342 |
| Adult Moderate Range Vt 8cc/kg | — | — | 456 |
| Adult High Range Vt 10cc/kg | — | — | 570 |

Weight and Growth Recommendation

| | | | |
|---|---|---|---|
| IBW/kg (Calculated) FEMALE | — | — | 57 |
| IBW/kg (Calculated) Male | — | — | 61.5 |

Relevant Labs and Vitals

| | | | |
|---|---|---|---|
| Temp (in Celsius) | 37 | — | 37 |

Columbia Suicide Severity Rating Scale (C-SSRS)

| | | | |
|---|---|---|---|
| Suicide Evaluation | — | Negative Screen - White | — |

**Data**

| Row Name | 08/07/21 2323 |
|---|---|
| Pain Evaluation | |
| Pain Evaluation | Pain level/behaviors unacceptable - administer scheduled/PRN intervention |

**Departure Condition**

| Row Name | 08/08/21 0024 |
|---|---|
| Departure Condition | |
| Mobility at Departure | Ambulatory |
| Patient Teaching | Discharge instructions reviewed;Pain management discussed;Patient verbalized |

To Whom It May Concern,

This is to certify that Serena L Hernandez was seen in the clinic on 8/7/2021.

We recommend that they self-quarantine following the guidelines below as there is community exposure of coronavirus in our area.

CDC guidelines to discontinue public isolation are as follows:

- At least 24 hours have passed since *last fever* without the use of fever reducing medication **and**
- Improvement in symptoms **and**
- **At least 10 days** have passed since symptoms first appeared

Regardless of the patient's test result, they should follow the quarantine criteria above. They do not need a negative test before returning to work/school as long as they follow the quarantine criteria above.

Obviously the Coronavirus is a rapidly evolving situation and recommendations are changing regularly to prevent spread of the disease and further loss of life.

Unfortunately, I cannot say when their symptoms will resolve. Please allow them the time off to meet the criteria listed above before returning to work/school.

SIGNATURE:________________________________________, 8/8/2021
Ashley Heesacker, PA-C

AURORA BAYCARE MEDICAL CENTER
ABMC EMERGENCY SERVICES
2845 GREENBRIER RD
GREEN BAY WI 54311
920-288-4060

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Documents (continued)**

Aurora BayCare Medical Center

Aurora Health Care BayCare Clinic

HERNANDEZ, SERENA L
DOB Female 53 Y
ATT:
MRN: 3096807
REG: 8/07/21

CSN:
10262666268

**Assignment of Insurance Benefits / Charges / Refunds**
I hereby authorize and assign payment directly to the hospital for such health expense insurance and other benefits and payments otherwise payable to me, but not to exceed the hospital's regular charge for the hospital services it renders. I understand that I am financially responsible to the hospital and the independent physicians who render services to me. I agree to pay the hospital the hospital's regular charges as set forth in its then current chargemaster and pay all charges of physicians and others, including co-insurance and deductibles, not covered by my insurance, subject to applicable Medicare and Medicaid advance notice requirements. To the fullest extent permitted by law, I authorize the hospital to transfer payments made by, or on my behalf, and otherwise refundable to me, to other Aurora Health Care accounts for which I am responsible. The assignment in this paragraph is valid until my accounts are paid in full.

**Notice of Privacy Practices, Payment Policy and Patient Rights**
I acknowledge that the hospital (an affiliate of Aurora Health Care, Inc.) has provided me a copy of its Notice of Privacy Practices, Payment Policy and Patient Rights. I understand the Notices describe the hospital's privacy practices regarding the use and/or disclosure of health information, the hospital's payment policy regarding charges for hospital services, collection, charity care and payment assistance programs, and other patient rights. I may not have elected to retain these brochures.

**Disclosure of Physician Ownership in Hospital**
I acknowledge that I have received the notice entitled "Disclosure of Physician Ownership in Aurora BayCare Medical Center" pursuant to 42 CFR 489.20 (u). I understand that certain physicians have an indirect ownership interest in Aurora BayCare Medical Center and that I may request a listing of such physicians.

**Intent to Donate Unclaimed Patient Refunds**
Occasionally a patient is owed a refund due to a patient's overpayment or the hospital's overcharge to a patient. It is the Hospital's policy to refund all amounts due to patients in these cases. However, if you are owed a refund and the Hospital is unable to locate you (or your estate) at your last-known address, the Hospital may ultimately be required to turn over the refund to the Treasurer of the State of Wisconsin pursuant to the laws governing unclaimed property. If the monies remain unclaimed, the State Treasurer will deposit them in the school fund. Alternatively, a patient may designate that refunds that are not claimed are donated as a gift to the Hospital, a nonprofit corporation. By signing below, I agree that if I am owed a refund and the Hospital is unable to locate me at my last-known address within one year of the discovery of the refund due, I hereby donate the refund to the Aurora Health Care Foundation, Inc.

**Home Health, Hospice and Durable Medical Equipment**
Even at the time of admission/registration, it is important to start considering and planning for post-discharge care. I understand that I have the freedom to choose and the right to select my provider/supplier for post-discharge care and equipment I may need. I am aware that for home health care and hospice services and durable medical equipment after discharge, the hospital will generally use Aurora Visiting Nurse Association (an affiliate of the hospital) or another affiliate of the hospital, unless I select a different provider/supplier. I understand that I will receive a list of other available home care agencies prior to my discharge from the hospital if it is determined that post hospital services are required for my care. My signature below certifies that I have read and understand this Treatment Agreement and I have provided the hospital accurate information to the best of my knowledge including, without limitation, information regarding financial assistance.

[signature] 8-7-21 10:28
Signature of Patient — Date — Time

Signature of Legally Authorized Agent(s) — Relationship to patient — Date — Time

*For Aurora Personnel Use Only*
Brochures Offered:

| | | | |
|---|---|---|---|
| Notice of Privacy Practices: | ☒ Accepted ☐ Declined | Patient Rights: | ☐ Accepted ☒ Declined |
| Payment Policy: | ☐ Accepted ☒ Declined | Disclosure of Physician Ownership: | ☐ Accepted ☒ Declined |

Signature [signature] *Aurora Caregiver* 8-7-21 *Date* 1028 *Time*

TREATMENT AGREEMENT
(Consent)

Page 2 of 2
*102393* (Rev. 07/13)

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 6/2/2021

Sex: F

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410

### Visit Information

**Provider Information**

**Referring Provider**

Raul Mendoza-Ayala, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Laboratory-ABMC MOB, Ste 410 | 2845 GREENBRIER RD<br>STE 410<br>Green Bay WI 54311-6519 | 920-288-8400 | 920-288-8552 |

### Reason for Visit

**Visit Diagnosis**

- Pre-procedural laboratory examination

### Patient Summary as-of Visit

**Problem List** as of 6/2/2021

Problems last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**Acute frontal sinusitis**

| Diagnosis: Acute frontal sinusitis<br>Chronic: No | Noted on: 09/25/2017 | Priority: Low |
|---|---|---|

**Adjustment disorder with mixed anxiety and depressed mood**

| Diagnosis: Adjustment disorder with mixed anxiety and depressed mood<br>Chronic: No | Noted on: 04/24/2018 | Priority: Low |
|---|---|---|

**Allergic rhinitis**

| Diagnosis: Allergic rhinitis<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |
|---|---|---|

**Arthritis of right knee**

| Diagnosis: Arthritis of right knee<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |
|---|---|---|

**Bipolar disorder, unspecified (CMS/HCC)**

| Diagnosis: Bipolar disorder, unspecified (CMS/HCC)<br>Chronic: No | Noted on: 08/26/2020 | Priority: Low |
|---|---|---|

**Bitten by cat, subsequent encounter**

| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |
|---|---|---|

**Cholelithiasis with acute cholecystitis**

| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |
|---|---|---|

**Conjunctivitis, allergic**

| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |
|---|---|---|

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in premenopausal period<br>Chronic: No | Noted on: 06/20/2018 | Priority: Low |

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain<br>Chronic: No | Noted on: 05/29/2020 | Priority: Low |

**Gastroesophageal reflux disease**

| | | |
|---|---|---|
| Diagnosis: Gastroesophageal reflux disease<br>Chronic: No | Noted on: 04/17/2015 | Priority: Low |

**Hearing loss**

| | | |
|---|---|---|
| Diagnosis: Hearing loss<br>Chronic: No | Noted on: 02/19/2019 | Priority: Low |

**Hematuria**

| | | |
|---|---|---|
| Diagnosis: Hematuria<br>Chronic: No | Noted on: 12/05/2016 | Priority: Low |

**Hemorrhoids**

| | | |
|---|---|---|
| Diagnosis: Hemorrhoids | Noted on: 10/11/2019 | Priority: Low |

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

Chronic: No

**Hypokalemia**

Diagnosis: Hypokalemia | Noted on: 12/07/2020 | Priority: Low
Chronic: No

**Impaired glucose tolerance**

Diagnosis: Impaired glucose tolerance | Noted on: 02/19/2019 | Priority: Low
Chronic: No

**Insect bites**

Diagnosis: Insect bites | Noted on: 08/31/2020 | Priority: Low
Chronic: No

**Irregular menstrual cycle**

Diagnosis: Irregular menstrual cycle | Noted on: 02/02/2017 | Priority: Low
Chronic: No

**Jaw pain**

Diagnosis: Jaw pain | Noted on: 07/28/2017 | Priority: Low
Chronic: No

**Leukocytosis**

Diagnosis: Leukocytosis | Noted on: 12/05/2016 | Priority: Low
Chronic: No

**Low back pain**

Diagnosis: Low back pain | Noted on: 11/28/2016 | Priority: Low
Chronic: No

**Lumbar radiculopathy, right**

Diagnosis: Lumbar radiculopathy, right | Noted on: 11/05/2018 | Priority: Low
Chronic: No

**Mixed anxiety depressive disorder**

Diagnosis: Mixed anxiety depressive disorder | Noted on: 05/09/2014 | Priority: Low
Chronic: No

**Moderate persistent asthma without complication**

Diagnosis: Moderate persistent asthma without complication | Noted on: 08/11/2017 | Priority: Low
Chronic: No

**Obstructive sleep apnea, adult**

Diagnosis: Obstructive sleep apnea, adult | Noted on: 11/17/2017 | Priority: Low
Chronic: No

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

Diagnosis: Other general symptoms and signs | Noted on: 10/24/2019 | Priority: Low

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

Chronic: No

**Other screening breast examination**

| Diagnosis: Other screening breast examination<br>Chronic: No | Noted on: 07/03/2019 | Priority: Low |
|---|---|---|

**Paresthesia of bilateral legs**

| Diagnosis: Paresthesia of bilateral legs<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |
|---|---|---|

**Patellofemoral pain syndrome**

| Diagnosis: Patellofemoral pain syndrome<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |
|---|---|---|

**Perimenopause**

| Diagnosis: Perimenopause<br>Chronic: No | Noted on: 10/11/2019 | Priority: Low |
|---|---|---|

**Peripheral nerve disease**

| Diagnosis: Peripheral nerve disease<br>Chronic: No | Noted on: 10/24/2019 | Priority: Low |
|---|---|---|

**Piriformis syndrome of right side**

| Diagnosis: Piriformis syndrome of right side<br>Chronic: No | Noted on: 05/11/2018 | Priority: Low |
|---|---|---|

**S/P hernia repair**

| Diagnosis: S/P hernia repair<br>Chronic: No | Noted on: 08/09/2012 | Priority: Low |
|---|---|---|

**Screening for cervical cancer**

| Diagnosis: Screening for cervical cancer<br>Chronic: No | Noted on: 07/03/2019 | Priority: Low |
|---|---|---|

**Sinus headache**

| Diagnosis: Sinus headache<br>Chronic: No | Noted on: 12/09/2019 | Priority: Low |
|---|---|---|

**Snoring**

| Diagnosis: Snoring<br>Chronic: No | Noted on: 07/28/2017 | Priority: Low |
|---|---|---|

**Stress incontinence**

| Diagnosis: Stress incontinence<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |
|---|---|---|

**Symptomatic cholelithiasis**

| Diagnosis: Symptomatic cholelithiasis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |
|---|---|---|

**Trochanteric bursitis of right hip**

| Diagnosis: Trochanteric bursitis of right hip<br>Chronic: No | Noted on: 04/10/2018 | Priority: Low |
|---|---|---|

**Urinary frequency**

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

Diagnosis: Urinary frequency — Noted on: 10/04/2017 — Priority: Low
Chronic: No

**Vitamin D deficiency**

Diagnosis: Vitamin D deficiency — Noted on: 09/02/2016 — Priority: Low
Chronic: No

**Allergies** as of 6/2/2021

Allergies last reviewed by Anna M Sharpe, MA on 5/20/2021 1039

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA — Severity: High
Noted on: 02/22/2017 — RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017 — RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET — Severity: Low
Noted on: 02/22/2017

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) — Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) — Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) — Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH — Severity: High
Noted on: 12/21/2018

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

**History** as of 6/2/2021

**Medical History** as of 6/2/2021

**Medical last reviewed by Anna M Sharpe, MA on 5/20/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 6/2/2021

**Surgical last reviewed by Anna M Sharpe, MA on 5/20/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Reorder
Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 each
Refill: 6 refills by 4/23/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Breanna Tlachac, RN — Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: 5 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 1 capsule by mouth 3 times daily.
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: No refills remaining

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**predniSONE (DELTASONE) 20 MG tablet**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/3/2021
Reason for discontinuation: Dose Adjustment
Instructions: Take 2 tablets by mouth once a day
Authorized by: Todd H Bruss, PA-C — Ordered on: 5/14/2021
Start date: 5/14/2021 — End date: 6/3/2021
Quantity: 12 tablet — Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder — Entered by: Todd H Bruss, PA-C
Entered on: 5/14/2021 — Start date: 4/21/2020
End date: 8/8/2021

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**Fasenra 30 MG/ML Solution Prefilled Syringe**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/30/2021
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 5/10/2021 — End date: 6/30/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**fluticasone-vilanterol (BREO ELLIPTA) 200-25 MCG/INH inhaler**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/3/2021
Reason for discontinuation: Alternate Therapy
Instructions: Inhale 1 puff into the lungs daily.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/14/2020 — End date: 6/3/2021

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**benRALIzumab (FASENRA) injection 30 mg**

Authorized by: Kerri L Schey, APNP — Ordered on: 6/2/2021
Start date: 6/2/2021 — End date: 8/25/2021

**Stopped in Visit**

None

**Labs**

**COVID DIAGNOSTIC TEST (Final result)**

Electronically signed by: **Jenifer L Orth, MA on 04/29/21 1513** — Status: **Completed**
Ordering user: Jenifer L Orth, MA 04/29/21 1513 — Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/30/21 1233 for Ordering
Frequency: Routine 04/29/21 - — Class: Lab Collect
Quantity: 1 — Lab status: Final result
Instance released by: Kasey A Malmberg 6/2/2021 10:49 AM
Diagnoses
Pre-procedural laboratory examination [Z01.812]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | No |
| Is the test being ordered pre-procedure or for inpatient admission? | No |

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 6/2/2021

Sex: F

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21WAL-153CM00492 | Swab | Nasal, Mid-turbinate | 06/02/21 1049 |

**COVID DIAGNOSTIC TESTING**

**2019 Novel Coronavirus (SARS-CoV-2)** Resulted: 06/03/21 1500, Result status: Final result

Order status: Completed
Collected by: Kasey A Malmberg 06/02/21 1049
Acknowledged by: Kerri L Schey, APNP on 06/03/21 1603

Filed by: Lab, Background User 06/03/21 1500
Resulting lab: AURORA WEST ALLIS MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 by PCR | Not Detected | Not Detected / Detected / Inhibitor Present | — | West Allis |
| Comment: Pooled sample | | | | |
| Isolation Guidelines | -- | — | — | West Allis |

Result: *Do not use this test result as the sole decision-maker for discontinuation of isolation. Clinical evaluation should be considered for other respiratory illness requiring transmission-based isolation.*

- No fever (≤99.0 F/37.2 C) for at least 24 hours without the use of fever-reducing medications
  **AND**
- Respiratory symptoms have improved or resolved (e.g. cough, shortness of breath)
  **AND**
- **COVID-19 negative test**

See *COVID-19 Deisolation Resource Guide*

| Procedural Notes | -- | — | — | West Allis |
|---|---|---|---|---|

Result: Negative for SARS-CoV-2 (2019-nCoV) nucleic acid in the specimen, consider other viruses.

A negative result does not preclude Coronavirus (COVID-19) infection and should not be used as sole basis for treatment or patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

This result was obtained by TMA based method and analysis by fluorescent probes designed for the qualitative detected of the SARS-CoV-2 (2019-nCoV) nucleic acid. Performance characteristics for the test has been determined by ACL and are incorporated as part of FDA Emergency Use Authorization (EUA).

This test was performed by ACL Laboratories using the FDA cleared Emergency Use Authorization (EUA) Aptima SARS-CoV-2 (2019-nCoV) from Hologic. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230126 - West Allis** | AURORA WEST | Mary J Reznicek, | 8901 West Lincoln | 03/04/20 1112 - 07/27/21 1049 |

observations, patient history, and epidemiological information.

This result was obtained by TMA based method and analysis by fluorescent probes designed for the qualitative detected of the SARS-CoV-2 (2019-nCoV) nucleic acid. Performance characteristics for the test has been determined by ACL and are incorporated as part of FDA Emergency Use Authorization (EUA).

This test was performed by ACL Laboratories using the FDA cleared Emergency Use Authorization (EUA) Aptima SARS-CoV-2 (2019-nCoV) from Hologic. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230126 - West Allis** | AURORA WEST ALLIS MEDICAL CENTER | Mary J Reznicek, MD | 8901 West Lincoln Avenue WEST ALLIS WI 53227 | 03/04/20 1112 - 07/27/21 1049 |

**Indications**

Pre-procedural laboratory examination [Z01.812 (ICD-10-CM)]

**All Reviewers List**

Kerri L Schey, APNP on 6/3/2021 16:04
Kerri L Schey, APNP on 6/3/2021 16:03

## 06/02/2021 - Nurse Only in Aurora Pulmonary Medicine-ABMC MOB

### Visit Information

#### Provider Information

| Authorizing Provider | Referring Provider |
|---|---|
| Kerri L Schey, APNP | Kerri L Schey, APNP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Pulmonary Medicine-ABMC MOB | 2845 GREENBRIER RD<br>PO BOX 8900<br>Green Bay WI 54308-8900 | 920-288-8100 | 920-288-8145 |

#### Follow-up and Dispositions

- Return in about 4 weeks (around 6/30/2021).

#### Level of Service

| Level of Service |
|---|
| **NO LEVEL OF SERVICE**<br>**Log History** |
| LOS History |

### Reason for Visit

#### Chief Complaint

- Imm/Inj

#### Visit Diagnosis

- **Severe persistent asthma with exacerbation (primary)**

### Patient Summary as-of Visit

#### Problem List as of 6/2/2021

Problems last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**Acute frontal sinusitis**

| | | |
|---|---|---|
| Diagnosis: Acute frontal sinusitis<br>Chronic: No | Noted on: 09/25/2017 | Priority: Low |

**Adjustment disorder with mixed anxiety and depressed mood**

| | | |
|---|---|---|
| Diagnosis: Adjustment disorder with mixed anxiety and depressed mood<br>Chronic: No | Noted on: 04/24/2018 | Priority: Low |

**Allergic rhinitis**

| | | |
|---|---|---|
| Diagnosis: Allergic rhinitis<br>Chronic: No | Noted on: 04/25/2014 | Priority: Low |

**Arthritis of right knee**

| | | |
|---|---|---|
| Diagnosis: Arthritis of right knee<br>Chronic: No | Noted on: 10/22/2019 | Priority: Low |

**Bipolar disorder, unspecified (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Bipolar disorder, unspecified (CMS/HCC)<br>Chronic: No | Noted on: 08/26/2020 | Priority: Low |

**Bitten by cat, subsequent encounter**

| | | |
|---|---|---|
| Diagnosis: Bitten by cat, subsequent encounter<br>Chronic: No | Noted on: 12/08/2020 | Priority: Low |

**Cholelithiasis with acute cholecystitis**

| | | |
|---|---|---|
| Diagnosis: Cholelithiasis with acute cholecystitis<br>Chronic: No | Noted on: 01/27/2020 | Priority: Low |

**Conjunctivitis, allergic**

| | | |
|---|---|---|
| Diagnosis: Conjunctivitis, allergic<br>Chronic: No | Noted on: 10/09/2017 | Priority: Low |

**Constipation**

| | | |
|---|---|---|
| Diagnosis: Constipation<br>Chronic: No | Noted on: 02/21/2020 | Priority: Low |

**Diabetes mellitus, type II (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Diabetes mellitus, type II (CMS/HCC)<br>Chronic: No | Noted on: 12/09/2016 | Priority: Low |

**Disorder of hemostasis (CMS/HCC)**

| | | |
|---|---|---|
| Diagnosis: Disorder of hemostasis (CMS/HCC)<br>Chronic: No | Noted on: 02/03/2020 | Priority: Low |

**Elevated rheumatoid factor**

| | | |
|---|---|---|
| Diagnosis: Elevated rheumatoid factor<br>Chronic: No | Noted on: 07/07/2020 | Priority: Low |

**Encounter for screening mammogram for malignant neoplasm of breast**

| | | |
|---|---|---|
| Diagnosis: Encounter for screening mammogram for malignant neoplasm of breast<br>Chronic: No | Noted on: 06/14/2019 | Priority: Low |

**Essential hypertension**

| | | |
|---|---|---|
| Diagnosis: Essential hypertension<br>Chronic: No | Noted on: 12/03/2016 | Priority: Low |

**Excessive bleeding in premenopausal period**

| | | |
|---|---|---|
| Diagnosis: Excessive bleeding in premenopausal period<br>Chronic: No | Noted on: 06/20/2018 | Priority: Low |

**Family history of bleeding disorder**

| | | |
|---|---|---|
| Diagnosis: Family history of bleeding disorder<br>Chronic: No | Noted on: 01/29/2020 | Priority: Low |

**Foot pain**

| | | |
|---|---|---|
| Diagnosis: Foot pain<br>Chronic: No | Noted on: 05/29/2020 | Priority: Low |

**Gastroesophageal reflux disease**

Diagnosis: Gastroesophageal reflux disease — Noted on: 04/17/2015 — Priority: Low
Chronic: No

**Hearing loss**

Diagnosis: Hearing loss — Noted on: 02/19/2019 — Priority: Low
Chronic: No

**Hematuria**

Diagnosis: Hematuria — Noted on: 12/05/2016 — Priority: Low
Chronic: No

**Hemorrhoids**

Diagnosis: Hemorrhoids — Noted on: 10/11/2019 — Priority: Low
Chronic: No

**Hypokalemia**

Diagnosis: Hypokalemia — Noted on: 12/07/2020 — Priority: Low
Chronic: No

**Impaired glucose tolerance**

Diagnosis: Impaired glucose tolerance — Noted on: 02/19/2019 — Priority: Low
Chronic: No

**Insect bites**

Diagnosis: Insect bites — Noted on: 08/31/2020 — Priority: Low
Chronic: No

**Irregular menstrual cycle**

Diagnosis: Irregular menstrual cycle — Noted on: 02/02/2017 — Priority: Low
Chronic: No

**Jaw pain**

Diagnosis: Jaw pain — Noted on: 07/28/2017 — Priority: Low
Chronic: No

**Leukocytosis**

Diagnosis: Leukocytosis — Noted on: 12/05/2016 — Priority: Low
Chronic: No

**Low back pain**

Diagnosis: Low back pain — Noted on: 11/28/2016 — Priority: Low
Chronic: No

**Lumbar radiculopathy, right**

Diagnosis: Lumbar radiculopathy, right — Noted on: 11/05/2018 — Priority: Low
Chronic: No

**Mixed anxiety depressive disorder**

Diagnosis: Mixed anxiety depressive disorder — Noted on: 05/09/2014 — Priority: Low
Chronic: No

**Moderate persistent asthma without complication**

Diagnosis: Moderate persistent asthma without complication — Noted on: 08/11/2017 — Priority: Low
Chronic: No

**Obstructive sleep apnea, adult**

Diagnosis: Obstructive sleep apnea, adult | Noted on: 11/17/2017 | Priority: Low
Chronic: No

**Overview Note**

Formatting of this note might be different from the original.
Severe by PSG

**Other general symptoms and signs**

Diagnosis: Other general symptoms and signs | Noted on: 10/24/2019 | Priority: Low
Chronic: No

**Other screening breast examination**

Diagnosis: Other screening breast examination | Noted on: 07/03/2019 | Priority: Low
Chronic: No

**Paresthesia of bilateral legs**

Diagnosis: Paresthesia of bilateral legs | Noted on: 10/22/2019 | Priority: Low
Chronic: No

**Patellofemoral pain syndrome**

Diagnosis: Patellofemoral pain syndrome | Noted on: 10/24/2019 | Priority: Low
Chronic: No

**Perimenopause**

Diagnosis: Perimenopause | Noted on: 10/11/2019 | Priority: Low
Chronic: No

**Peripheral nerve disease**

Diagnosis: Peripheral nerve disease | Noted on: 10/24/2019 | Priority: Low
Chronic: No

**Piriformis syndrome of right side**

Diagnosis: Piriformis syndrome of right side | Noted on: 05/11/2018 | Priority: Low
Chronic: No

**S/P hernia repair**

Diagnosis: S/P hernia repair | Noted on: 08/09/2012 | Priority: Low
Chronic: No

**Screening for cervical cancer**

Diagnosis: Screening for cervical cancer | Noted on: 07/03/2019 | Priority: Low
Chronic: No

**Sinus headache**

Diagnosis: Sinus headache | Noted on: 12/09/2019 | Priority: Low
Chronic: No

**Snoring**

Diagnosis: Snoring | Noted on: 07/28/2017 | Priority: Low
Chronic: No

**Stress incontinence**

Diagnosis: Stress incontinence | Noted on: 04/25/2014 | Priority: Low
Chronic: No

**Symptomatic cholelithiasis**

Diagnosis: Symptomatic cholelithiasis | Noted on: 01/27/2020 | Priority: Low
Chronic: No

**Trochanteric bursitis of right hip**

Diagnosis: Trochanteric bursitis of right hip | Noted on: 04/10/2018 | Priority: Low
Chronic: No

**Urinary frequency**

Diagnosis: Urinary frequency | Noted on: 10/04/2017 | Priority: Low
Chronic: No

**Vitamin D deficiency**

Diagnosis: Vitamin D deficiency | Noted on: 09/02/2016 | Priority: Low
Chronic: No

**Allergies** as of 6/2/2021

Allergies last reviewed by Anna M Sharpe, MA on 5/20/2021 1039

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA | Severity: High
Noted on: 02/22/2017 | RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017 | RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) | Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET | Severity: Low
Noted on: 02/22/2017

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES | Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) | Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) | Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**Patient Summary as-of Visit (continued)**

**METFORMIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) — Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH — Severity: High
Noted on: 12/21/2018

**History** as of 6/2/2021

**Medical History** as of 6/2/2021

**Medical last reviewed by Anna M Sharpe, MA on 5/20/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 6/2/2021

**Surgical last reviewed by Anna M Sharpe, MA on 5/20/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

## 06/02/2021 - Nurse Only in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Reorder
Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 each
Refill: 6 refills by 4/23/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Breanna Tlachac, RN — Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: 5 refills by 4/23/2022

**Medication List (continued)**

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 1 capsule by mouth 3 times daily.
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: No refills remaining

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**predniSONE (DELTASONE) 20 MG tablet**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/3/2021
Reason for discontinuation: Dose Adjustment
Instructions: Take 2 tablets by mouth once a day
Authorized by: Todd H Bruss, PA-C — Ordered on: 5/14/2021
Start date: 5/14/2021 — End date: 6/3/2021
Quantity: 12 tablet — Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder — Entered by: Todd H Bruss, PA-C
Entered on: 5/14/2021 — Start date: 4/21/2020
End date: 8/8/2021

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**Fasenra 30 MG/ML Solution Prefilled Syringe**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/30/2021
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 5/10/2021 — End date: 6/30/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/5/2021

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**fluticasone-vilanterol (BREO ELLIPTA) 200-25 MCG/INH inhaler**

## 06/02/2021 - Nurse Only in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

Discontinued by: Briana Robinette, LPN — Discontinued on: 6/3/2021
Reason for discontinuation: Alternate Therapy
Instructions: Inhale 1 puff into the lungs daily.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/14/2020 — End date: 6/3/2021

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**benRALIzumab (FASENRA) injection 30 mg**

Authorized by: Kerri L Schey, APNP — Ordered on: 6/2/2021
Start date: 6/2/2021 — End date: 8/25/2021

**Stopped in Visit**

None

**Medication Administrations**

**benRALIzumab (FASENRA) injection 30 mg [15236099799]**

Ordering Provider: Kerri L Schey, APNP — Status: Sent (Past End Date/Time)

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 6/2/2021

Sex: F

## 06/02/2021 - Nurse Only in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication Administrations (continued)**

Ordered On: 06/02/21 1055
Dose (Remaining/Total): 30 mg (2/3)
Frequency: EVERY 28 DAYS

Starts/Ends: 06/02/21 1100 - 08/25/21 0859
Route: Subcutaneous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 06/02/21 1055<br>Documented: 06/02/21 1056 | Given | 30 mg | Subcutaneous Arm, Left | Performed by: Briana Robinette, LPN<br>Comments: Injection recieved in the LUA, patient tolerated well<br>Scanned Package: 0310-1730-30 |

**Other Orders**

**Medications**

**benRALIzumab (FASENRA) injection 30 mg (Expired)**

Electronically signed by: **Briana Robinette, LPN on 06/02/21 1055** Status: **Expired**
Ordering user: Briana Robinette, LPN 06/02/21 1055 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 06/02/21 1239 for Ordering
Frequency: Routine Q28 Days 06/02/21 1100 - 3 occurrences Class: Normal
Diagnoses
Severe persistent asthma with exacerbation [J45.51]

**Indications**

Severe persistent asthma with exacerbation [J45.51 (ICD-10-CM)]

## 06/02/2021 - Nurse Only in Aurora Pulmonary Medicine-ABMC MOB
## Billing Report

**Level of Service**

**Level of Service**

**NO LEVEL OF SERVICE [100001]**
**Log History**

LOS History

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| J0517 | BENRALIZUMAB INJ 1 MG | 6/2/2021 | Kerri L Schey, APNP | PSM | 30 |
| 96372 | INJ IM SQ THERAPEUTIC PROPHYLACTIC DIAGNOS | 6/2/2021 | Kerri L Schey, APNP | | 1 |

**Reviewed this Encounter**

None

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Adm: 5/4/2021, D/C: 5/4/2021

Sex: F

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 05/04/2021 1114 | Admit Date/Time: | 05/04/2021 1114 | IP Adm. Date/Time: | |
| Admission Type: | Urgent | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Self | Primary Service: | Emergency Department | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC ABHC Mason Urgent Care |
| Admit Provider: | | Attending Provider: | Mark R Kroll, DO | Referring Provider: | Paul H Sumnicht, MD |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/04/2021 1213 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC ABHC Mason Urgent Care |

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Paul H Sumnicht, MD | Family Practice | In 1 week | As needed, If symptoms worsen | 525 Airport Dr<br>Oneida WI 54155-9035<br>920-869-2711 |

### Coding Summary

#### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 203596931 - HERNANDEZ,SERENA L | WI MEDICAID [142] | None | None |

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 05/04/2021 1114 | Admit Date/Time: | 05/04/2021 1114 | IP Adm. Date/Time: | |
| Admission Type: | Urgent | Point of Origin: | Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Self | Primary Service: | Emergency Department | Secondary Service: | |
| Transfer Source: | | Service Area: | AURORA HEALTH CARE | Unit: | ABMC ABHC Mason Urgent Care |
| Admit Provider: | | Attending Provider: | Mark R Kroll, DO | Referring Provider: | Paul H Sumnicht, MD |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/04/2021 1213 | Home Or Self Care | (Not Going To Other Hc Provider) | None | ABMC ABHC Mason Urgent Care |

#### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| M25.561 | Pain in right knee | |

#### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S80.01XA **[Principal]** | Contusion of right knee, initial encounter | | | | |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Coding Summary (continued)**

| | |
|---|---|
| M70.41 | Prepatellar bursitis, right knee |
| E66.9 | Obesity, unspecified |
| J45.909 | Unspecified asthma, uncomplicated |
| F32.9 | Major depressive disorder, single episode, unspecified |
| F41.9 | Anxiety disorder, unspecified |
| I10 | Essential (primary) hypertension |
| Z68.41 | Body mass index (BMI)40.0-44.9, adult (CMS/HCC) |

**External Causes of Injury (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| X58.XXXA | Exposure to other specified factors, initial encounter | | | | |

**Reason for Visit**

**Chief Complaint**

- Leg Pain

**Visit Diagnoses**

| Name | Is ED? |
|---|---|
| **Hematoma of right knee region (primary)** | Yes |
| Prepatellar bursitis of right knee | Yes |

**Treatment Team**

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Mark R Kroll, DO | Emergency Department | Attending Provider | Family Medicine | 05/04/21 1146 | 05/04/21 1213 |
| Iris Poppitz, RN | Emergency Department | Registered Nurse | Emergency Medicine | 05/04/21 1116 | — |

**Patient Summary as-of Visit**

**Problem List** as of 5/4/2021

Problems last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**Moderate persistent asthma without complication**

Diagnosis: Moderate persistent asthma without complication
Chronic: No
Noted on: 08/11/2017
Priority: Low

**Allergies** as of 5/4/2021

Allergies last reviewed by Iris Poppitz, RN on 5/4/2021 1127

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA
Noted on: 02/22/2017
Severity: High
RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES
Noted on: 02/22/2017
Severity: High
RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480
Severity: High

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Patient Summary as-of Visit (continued)**

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET — Severity: Low
Noted on: 02/22/2017

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) — Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) — Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) — Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH — Severity: High
Noted on: 12/21/2018

**History** as of 5/4/2021

**Medical History** as of 5/4/2021

**Medical last reviewed by Iris Poppitz, RN on 5/4/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**Peak Flow Meter Device**

Instructions: As instructed per asthma action plan
Authorized by: Kerri L Schey, APNP — Ordered on: 9/28/2020
Start date: 9/28/2020 — Quantity: 1 Device
Refill: No refills remaining

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**Discharge Medication List**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Medication List (continued)**

Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**Peak Flow Meter Device**

Instructions: As instructed per asthma action plan
Authorized by: Kerri L Schey, APNP — Ordered on: 9/28/2020
Start date: 9/28/2020 — Quantity: 1 Device
Refill: No refills remaining

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Reorder
Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 each
Refill: 6 refills by 4/23/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Breanna Tlachac, RN — Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**Medication List (continued)**

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: 5 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 1 capsule by mouth 3 times daily.
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: No refills remaining

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**Stopped in Visit**

None

**ED Provider Note**

**ED Provider Notes by Mark R Kroll, DO at 5/4/2021 1147**

Author: Mark R Kroll, DO — Service: Emergency Medicine — Author Type: Physician
Filed: 5/4/2021 12:02 PM — Date of Service: 5/4/2021 11:47 AM — Status: Signed
Editor: Mark R Kroll, DO (Physician)

## CHIEF COMPLAINT

### Chief Complaint

Patient presents with

- Leg Pain

## HPI

Patient is here with right knee pain she had x-rayed on Sunday which is 4 days ago she had a negative x-ray now she has increased swelling in the right knee she has some hematoma or bruising around her knee swelling of her ankle and she is concerned that she may have a clot in her leg she has had some clear fluid draining out of her right anterior knee she has a scab on her right knee and is concerned she may have something more serious going on does not offer any might need to get drained

No fever no red streaking patient is an alcohol treatment program right now is here with a counselor

**Allergies**

**ALLERGIES:**

| Allergen | Reactions |
|---|---|
| • Augmentin [Amoxicillin-Pot Clavulanate] | DIARRHEA |
| • Erythromycin | HIVES |
| • Gabapentin | Other (See Comments) |
| *Feels like she is psychologically "disconnected"* | |
| • Latex (Environmental) | HIVES |
| • Metformin | Other (See Comments) |
| *Kidney Failure* | |
| • Tegretol | RASH |
| • Meloxicam | Other (See Comments) |
| *Flu like symptoms* | |
| • Lorazepam | Other (See Comments) |
| • Morphine | Other (See Comments) |
| *Pt unaware of reaction* | |
| • Hydrocod Polst-Chlorphen Polst | GI UPSET |

**Current Medications**

No current facility-administered medications for this encounter.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing. | 8.5 g | 3 |
| • clindamycin (CLEOCIN) 300 MG capsule | Take 1 capsule by mouth 3 times daily. | 30 capsule | 0 |
| • fluconazole (Diflucan) 150 MG tablet | Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary | 2 tablet | 0 |
| • fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler | Inhale 1 puff into the lungs 2 times daily. | 60 each | 5 |
| • ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. | 320 mL | 3 |
| • fexofenadine (ALLEGRA) | Take 1 tablet by | 60 tablet | 2 |

| | | | |
|---|---|---|---|
| 180 MG tablet | mouth daily. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal spray | Spray 2 sprays in each nostril daily. | 16 g | 2 |
| • tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler | Place 1 capsule into inhaler and inhale daily. | 30 capsule | 5 |
| • EPINEPHrine 0.3 MG/0.3ML auto-injector | Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis. | 2 each | 1 |
| • Peak Flow Meter Device | As instructed per asthma action plan | 1 Device | 0 |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 90 mg by mouth daily. | | |
| • pregabalin (LYRICA) 100 MG capsule | Take 100 mg by mouth. | | |
| • albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution | Take 3 mLs by nebulization every 6 hours as needed for Wheezing. | 375 mL | 12 |
| • XOLAIR 150 MG injection | INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS | 4 each | 13 |
| • Red Yeast Rice Extract (RED YEAST RICE PO) | Take 1 capsule by mouth daily. OTC | | |
| • DICLOFENAC POTASSIUM PO | Take 1 tablet by mouth daily. | | |
| • montelukast (SINGULAIR) 10 MG tablet | Take 1 tablet by mouth nightly. | 60 tablet | 5 |
| • olopatadine (PATADAY) 0.2 % ophthalmic solution | Place 1 drop into both eyes daily. | | |
| • phenazopyridine (PYRIDIUM) 100 MG tablet | Take 100 mg by mouth 3 times daily as needed for Pain. | | |
| • telmisartan (MICARDIS) 20 MG tablet | Take 20 mg by mouth daily. | | |
| • Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID-PRENATAL) 27-1 MG Tab | Take 1 tablet by mouth daily. | | |
| • zinc gluconate 50 MG tablet | Take 50 mg by mouth once a week. | | |
| • methocarbamol (ROBAXIN) 500 MG tablet | Take 500 mg by mouth 4 times daily | | |

| | |
|---|---|
| | as needed. |
| • LORazepam (ATIVAN) 0.5 MG tablet | Take 0.5 mg by mouth every 6 hours as needed for Anxiety. |
| • cholecalciferol (VITAMIN D3) 1000 UNITS tablet | Take 2,000 Units by mouth daily. |
| • venlafaxine (EFFEXOR) 25 MG tablet | Take 75 mg by mouth nightly. |

**Past Medical History**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic rhinitis | |
| • Anxiety | |
| • Asthma | 06/06/2014 |
| • Cannabis dependence (CMS/HCC) | |
| • Cocaine dependence (CMS/HCC) | |
| • Depression | |
| • Diabetes mellitus (CMS/HCC) | |
| • Essential hypertension | 12/03/2016 |
| • GERD (gastroesophageal reflux disease) | |
| • Hematuria | 12/05/2016 |
| • Leukocytosis | 12/05/2016 |
| • Obesity | 12/03/2016 |
| • PTSD (post-traumatic stress disorder) | |
| • Seizures (CMS/HCC)<br>*due to traumatic Brain injury in 6th grade* | |

**Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • Carpal tunnel release | | 2006 |
| • Hernia repair | | 08/09/2012 |

**Social History**

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 0.10 |
| Years: | 5.00 |
| Pack years: | 0.50 |
| Types: | Cigarettes |

- Smokeless tobacco: Never Used
- Tobacco comment: Patient is back to smoking again, stated that she used cocaine this past year and she's currently in treatment/rehab

Substance Use Topics
- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: Maybe 1-2/month*
- Drug use: No
  - Types: Marijuana

## Family History

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Alcohol Abuse | Mother | |
| • Depression | Mother | |
| • Heart disease | Mother | |
| • Hypertension | Mother | |
| • Alcohol Abuse | Father | |
| • Asthma | Father | |
| • Diabetes | Father | |
| • Heart disease | Father | |
| • High cholesterol | Father | |
| • Hypertension | Father | |
| • Alcohol Abuse | Sister | |
| • Arthritis | Sister | |
| • Asthma | Sister | |
| • Depression | Sister | |
| • Diabetes | Sister | |
| • Hypertension | Sister | |
| • Alcohol Abuse | Brother | |
| • Arthritis | Brother | |
| • Hypertension | Brother | |

## REVIEW OF SYSTEMS

ALL 13 SYSTEMS REVIEWED AND NEGATIVE OR NONCONTRIBUTORY UNLESS OTHERWISE NOTED IN HPI

## PHYSICAL EXAM

ED Triage Vitals [05/04/21 1123]

| ED Triage Vitals Group | |
|---|---|
| Temp | **98.2 °F (36.8 °C)** |
| Heart Rate | **89** |
| Resp | **12** |

| | |
|---|---|
| BP | **135/65** |
| SpO2 | **99 %** |
| EtCO2 mmHg | |
| Height | **5' 5" (1.651 m)** |
| Weight | **266 lb 15.6 oz (121.1 kg)** |
| Weight Scale Used | **Standing scale** |
| BMI (Calculated) | **44.43** |
| IBW/kg (Calculated) | **57** |

Gen: AAOx3 in NAD
Head: Normocephalic, without abnormal findings

Ext: Right knee with anterior swelling she has an eschar that measures 2 cm by a cm it is teardrop shaped there is a single drop of serous fluid coming out of the scab but no deep abscess when it is probed her pushed she has fluid prepatellar she has no fluid in the joint that I can see she has got moderate tenderness above and below the patella she has no effusion posterior in the popliteal area I did not do full range of motion but she has no pain moving around on the table she has no significant redness she has significant edema 2+ pretibial 2 to 3+ ankle foot there is no red streaking the ecchymosis goes from the distal 3rd of the thigh to the almost to the ankle is mostly anterior it is purple in hue again no pus no warmth to touch
No posterior calf tenderness with palpation Homans sign is negative
Skin: Well perfused, no significant rashes. No jaundice
Neuro: No focal Neuro deficits with equal UE/LE strength and sensation.
Lymph:No significant Lymphadenopathy
Psych:Alert and interactive with normal affect and interaction.

Procedures

**MDM**
Patient has prepatellar treatment bursitis and peripheral edema secondary to the swelling all from trauma plan will be a cover for possible infection with clindamycin 3 times a day Diflucan in case she gets a vaginal yeast infection which she says by history is very common she needs to use heat elevate this up if it is worse in the next 48-72 hours she needs to be seen in the emergency room

**Labs**
No results found for this visit on 05/04/21.

**Radiology**
**No orders to display**

Medications - No data to display

## Rechecks

## Consults

## Diagnosis:

**ED Diagnoses**

Final diagnoses

**Hematoma of right knee region**

**Prepatellar bursitis of right knee**

**Summary of your Discharge Medications**

**Take these Medications**

| | Details |
|---|---|
| **clindamycin** 300 MG capsule<br>Commonly known as: CLEOCIN | Take 1 capsule by mouth 3 times daily. |
| **fluconazole** 150 MG tablet<br>Commonly known as: Diflucan | Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary |

## Follow Up:

Paul H Sumnicht, MD
525 Airport Dr
Oneida WI 54155-9035
920-869-2711

In 1 week
As needed, If symptoms worsen

Patient was instructed to return to the Urgent Care immediately if symptoms worsen or any new unusual symptoms arise.

**Recheck on patient.** Discussed with patient, findings and plan for discharge. Patient was given Urgent Care warnings, discharge instructions, and follow up information to go home with. Patient understands and agrees with plan for discharge. Any questions have been answered.

Mark R Kroll, DO
05/04/21 1202

Electronically signed by Mark R Kroll, DO at 5/4/2021 12:02 PM

**ED Notes**

**ED Triage Notes by Iris Poppitz, RN at 5/4/2021 1119**

Author: Iris Poppitz, RN | Service: Emergency Medicine | Author Type: Registered Nurse
Filed: 5/4/2021 11:22 AM | Date of Service: 5/4/2021 11:19 AM | Status: Signed
Editor: Iris Poppitz, RN (Registered Nurse)

Patient fell down steps on 5/2/21. She complains of right leg pain. There is a abrasion on the right knee. There is swelling and discoloration of the right leg.

Electronically signed by Iris Poppitz, RN at 5/4/2021 11:22 AM

**ED Notes by Iris Poppitz, RN at 5/4/2021 1210**

Author: Iris Poppitz, RN | Service: Emergency Medicine | Author Type: Registered Nurse
Filed: 5/4/2021 12:10 PM | Date of Service: 5/4/2021 12:10 PM | Status: Signed
Editor: Iris Poppitz, RN (Registered Nurse)

Pt/parent declined 48hr nurse callback upon discharge. Pt/parent verbalized understanding re: discharge instructions, medication, and f/u information. Urgent Care phone number provided to patient if questions arise.

Electronically signed by Iris Poppitz, RN at 5/4/2021 12:10 PM

**ED Care Timeline**

**Patient Care Timeline (5/4/2021 11:14 to 5/4/2021 12:13)**

| 5/4/2021 | Event | Details | User |
|---|---|---|---|
| 11:13:55 | **Emergency encounter created** | | Belinda S Foncree |
| 11:14 | **Patient arrived in ED** | | Belinda S Foncree |
| 11:14 | **Patient roomed in ED** | To room UWR | Belinda S Foncree |
| 11:14:36 | **ED Dummy Charge Trigger** | | Belinda S Foncree |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 11:14:36 | **Arrival Complaint** | RIGHT LEG PAIN | |
| 11:16:40 | **Assign Nurse** | Iris Poppitz, RN assigned as Registered Nurse | Iris Poppitz, RN |
| 11:16:44 | **Patient transferred** | From room UWR to room U01 | Iris Poppitz, RN |
| 11:18 | **Triage Started** | | Iris Poppitz, RN |
| 11:18 | **Patient class changed** | | Kelly A Lichon |
| 11:18 | **Arrival Documentation** | **Triage Start**<br>Triage Start: Start | Iris Poppitz, RN |
| 11:18:10 | **Registration Completed** | | Kelly A Lichon |
| 11:19:12 | **Chief Complaints Updated** | **Leg Pain** | Iris Poppitz, RN |
| 11:19:13 | **ED Triage Notes** | Patient fell down steps on 5/2/21. She complains of right leg pain. There is a abrasion on the right knee. There is swelling and discoloration of the right leg. | Iris Poppitz, RN |
| 11:22 | **Travel Screening** | In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? **No / Unsure** ; Have you had a COVID-19 viral test in the last 14 days? **Yes - Negative result** ; Do you have any of the following new or worsening symptoms? **None of these** ; Have you traveled internationally or domestically in the last month? **No** Travel Locations: **Travel history not shown for past encounters** | Iris Poppitz, RN |
| 11:23 | **TUBERCULOSIS SCREENING** | **Tuberculosis Screening**<br>Productive Cough Greater than 3 Weeks: No<br>Hemoptysis (Coughing Up Blood): No<br>Prior Exposure to Tuberculosis: No<br>Pre-Screen Score: 0 | Iris Poppitz, RN |
| 11:23 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Iris Poppitz, RN |
| 11:23 | **ED Vital Signs** | **Vital Signs**<br>Temp: 98.2 °F (36.8 °C)<br>Temp src: Temporal<br>Heart Rate: 89<br>Resp: 12<br>BP: 135/65<br>SpO2: 99 %<br>**Height and Weight**<br>Height: 5' 5" (165.1 cm)<br>Weight: 121.1 kg (266 lb 15.6 oz)<br>Weight Scale Used: Standing scale | Iris Poppitz, RN |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 11:23 | **Custom Formula Data** | **Weight and Growth Recommendation**<br>IBW/kg (Calculated) Male: 61.5<br>IBW/kg (Calculated) FEMALE: 57<br>**Relevant Labs and Vitals**<br>Temp (in Celsius): 36.78<br>**Other flowsheet entries**<br>BSA (Calculated - sq m): 2.36<br>English Weight lbs: 267 lbs<br>English Weight oz: 0 oz<br>BSA (Calculated - m2) - DuBois & DuBois: 2.24<br>BMI (Calculated): 44.43<br>BSA (Calculated - sq m): 2.36<br>BMI (Calculated): 44.52<br>Shock Index (SI): 0.7<br>BSA (Calculated - sq m): 2.42<br>BSA (Calculated - sq m) (oncology): 2.36<br>BMI (Calculated): 44.43<br>Low Range Vt 6cc/kg MALE: 369<br>Adult Moderate Range Vt 8cc/kg MA: 492<br>Adult High Range Vt 10cc/kg MALE: 615<br>Low Range Vt 6cc/kg FEMALE: 342<br>Adult Moderate Range vt 8cc/kg FEMALE: 456<br>BMI (Calculated): 44.427<br>Percent Weight Change Since Birth: 0<br>IBW/kg (Calculated): 57<br>Low Range Vt 6cc/kg: 342<br>Adult Moderate Range Vt 8cc/kg: 456<br>Adult High Range Vt 10cc/kg: 570 | Iris Poppitz, RN |
| 11:25 | **Acute Pain Right Leg Assessment** | Pain Quality: Burning; Sharp | Iris Poppitz, RN |
| 11:25 | **Pain Assessment** | **Pain**<br>Pain Assessment Tool: Numeric Rating Scale 0-10<br>**Pain Intensity**<br>Numeric Rating Scale 0-10: 7<br>**Pain Type**<br>Pain Type: Acute pain<br>**Pain Assessment**<br>Pain Assessment Documented: Yes | Iris Poppitz, RN |
| 11:27 | **Triage Plan** | **Triage Plan**<br>Patient Acuity: 3 | Iris Poppitz, RN |
| 11:27 | **Urgent Care** | **Urgent Care**<br>Urgent Care Patient: Yes | Iris Poppitz, RN |
| 11:27:10 | **Allergies Reviewed** | | Iris Poppitz, RN |
| 11:27:58 | **Triage Completed** | | Iris Poppitz, RN |
| 11:29 | **Abuse Indicators** | **Violence/Abuse Screen**<br>Violence/Abuse Screen: Complete assessment (alone or age 12 years or less with parents)<br>In the past, have you ever been physically hurt, threatened, controlled or made to feel afraid by someone close to you?: No<br>Currently, are you in a relationship where you are being physically hurt, threatened, controlled or made to feel afraid?: No<br>Would you like to talk with someone?: No | Iris Poppitz, RN |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 11:29 | **Musculoskeletal** | **Musculoskeletal**<br>Problem Type: Injury; Mobility/ROM<br>Injury location: Home<br>Ambulation/Gait: Stable gait<br>Musculoskeletal Location: RLE - Right Lower Extremity<br>**RLE Joint and Muscle**<br>Joint Location and Condition: Knee; Stiffness; Swelling | Iris Poppitz, RN |
| 11:29:09 | **Home Medications Reviewed** | | Iris Poppitz, RN |
| 11:29:14 | **History Reviewed** | Sections Reviewed: Medical | Iris Poppitz, RN |
| 11:29:16 | **History Reviewed** | Sections Reviewed: Surgical | Iris Poppitz, RN |
| 11:29:17 | **History Reviewed** | Sections Reviewed: Alcohol, Tobacco, Drug Use | Iris Poppitz, RN |
| 11:32 | **Integumentary** | **Integumentary**<br>Color: Appropriate for ethnicity<br>Temperature: Warm<br>Moisture: Dry<br>Skin/Nail Condition: Bruise(s)<br>Bruise Location(s): right leg.<br>Wound Documentation: Wound documentation<br>**Skin Color/Condition**<br>Wound Documentation: Wound documentation<br>**Wound**<br>Wound Location and Size: abrasion 1.5 x3 cm.<br>Wound Type: Abrasion | Iris Poppitz, RN |
| 11:33 | **ED Immunization Update** | **Tetanus up to date**<br>Tetanus up to date?: Yes | Iris Poppitz, RN |
| 11:46:59 | **Assign Attending** | Mark R Kroll, DO assigned as Attending | Mark R Kroll, DO |
| 11:46:59 | **Provider Contact With Patient Start** | | Mark R Kroll, DO |
| 11:57:39 | **Discharge Disposition Selected** | ED Disposition set to Discharge | Mark R Kroll, DO |
| 11:57:39 | **Disposition Selected** | | Mark R Kroll, DO |
| 11:58:36 | **Discharge Orders Placed** | clindamycin (CLEOCIN) 300 MG capsule | Mark R Kroll, DO |
| 11:58:37 | **Discharge Orders Placed** | fluconazole (Diflucan) 150 MG tablet | Mark R Kroll, DO |
| 11:59:28 | **AVS Printed** | ED After Visit Summary | Mark R Kroll, DO |
| 11:59:41 | **AVS Printed** | ED After Visit Summary | Mark R Kroll, DO |
| 12:00 | **Scoring** | **Mews Scoring Group**<br>MEWS Respiratory Score: 0<br>MEWS Pulse Score: 0<br>MEWS Systolic BP Score: 0<br>MEWS Temperature Score: 0<br>MEWS Level of Consciousness Score: 0<br>MEWS Score: 0 | Batch, Clindoc Asap |
| 12:02 | **Charting Complete** | | Mark R Kroll, DO |
| 12:02:41 | **ED Provider Notes** | Note filed at this time | Mark R Kroll, DO |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Other Orders (continued)**

Authorized by: Mark R Kroll, DO — Ordering mode: Standard
Frequency: Routine 05/04/21 - Until Discontinued — Class: Eprescribe
Admin instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Package: 16714-692-11

**Flowsheets**

**Abuse Indicators**

| Row Name | 05/04/21 1129 |
|---|---|
| Violence/Abuse Screen | |
| Violence/Abuse Screen | Complete assessment (alone or age 12 years or less with parents) |
| In the past, have you ever been physically hurt, threatened, controlled or made to feel afraid by someone close to you? | No |
| Currently, are you in a relationship where you are being physically hurt, threatened, controlled or made to feel afraid? | No |
| Would you like to talk with someone? | No |

**Arrival Documentation**

| Row Name | 05/04/21 1118 |
|---|---|
| Triage Start | |
| Triage Start | Start |

**Custom Formula Data**

| Row Name | 05/04/21 1123 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 2.36 |
| English Weight lbs | 267 lbs |
| English Weight oz | 0 oz |
| BSA (Calculated - m2) - DuBois & DuBois | 2.24 |
| BMI (Calculated) | 44.43 |
| BSA (Calculated | 2.36 |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| - sq m) | |
| BMI (Calculated) | 44.52 |
| Shock Index (SI) | 0.7 |
| BSA (Calculated - sq m) | 2.42 |
| BSA (Calculated - sq m) (oncology) | 2.36 |
| BMI (Calculated) | 44.43 |
| Low Range Vt 6cc/kg MALE | 369 |
| Adult Moderate Range Vt 8cc/kg MA | 492 |
| Adult High Range Vt 10cc/kg MALE | 615 |
| Low Range Vt 6cc/kg FEMALE | 342 |
| Adult Moderate Range vt 8cc/kg FEMALE | 456 |
| BMI (Calculated) | 44.427 |
| Percent Weight Change Since Birth | 0 |
| IBW/kg (Calculated) | 57 |
| Low Range Vt 6cc/kg | 342 |
| Adult Moderate Range Vt 8cc/kg | 456 |
| Adult High Range Vt 10cc/kg | 570 |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) FEMALE | 57 |
| IBW/kg (Calculated) Male | 61.5 |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 36.78 |

**Departure Condition**

| Row Name | 05/04/21 1210 |
|---|---|
| Departure Condition | |
| Mobility at Departure | Ambulatory |
| Patient Teaching | Discharge instructions reviewed;Follow-up care reviewed;Pain management discussed;Medications discussed;Patient verbalized |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | understanding;Patient education provided via teach back method |
| Departure Mode | By self |
| Urgent Care Patient | Yes |
| Urgent Care Only (BayCare Only) | Established Patient |
| Time Spent With Established Patient | 0 - 15 min |

Pain Scales

| | |
|---|---|
| Pain Assessment Tool | Numeric Rating Scale 0-10 |
| Numeric Rating Scale 0-10 | 7 |

[REMOVED] Acute Pain Right Leg

| | |
|---|---|
| Properties | Onset Date: 05/02/21 Descriptor(s): Right Pain Location: Leg Date Resolved: 05/04/21 Time Resolved: 1210 |

**ED Immunization Update**

| **Row Name** | **05/04/21 1133** |
|---|---|
| Tetanus up to date | |
| Tetanus up to date? | Yes |

**ED Vital Signs**

| **Row Name** | **05/04/21 1123** |
|---|---|
| Vital Signs | |
| Temp | 98.2 °F (36.8 °C) |
| Temp src | Temporal |
| Pulse | 89 |
| Resp | 12 |
| BP | 135/65 |
| SpO2 | 99 % |

| | |
|---|---|
| Height and Weight | |
| Height | 5' 5" (1.651 m) |
| Weight | 121.1 kg (266 lb 15.6 oz) |
| Weight Scale Used | Standing scale |

**ED Vital Signs**

| **Row Name** | **05/04/21 1123** |
|---|---|

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Vitals Timer | |
| Restart Vitals Timer | Yes |

**HELP**

| Row Name | 05/04/21 1213 |
|---|---|
| HC2H Readmission Risk Score | |
| HC2H Score | 0 |

**Integumentary**

| Row Name | 05/04/21 1132 |
|---|---|
| Integumentary | |
| Color | Appropriate for ethnicity |
| Temperature | Warm |
| Moisture | Dry |
| Skin/Nail Condition | Bruise(s) |
| Bruise Location(s) | right leg. |
| Wound Documentation | Wound documentation |
| Wound | |
| Wound Location and Size | abrasion 1.5 x3 cm. |
| Wound Type | Abrasion |

**Musculoskeletal**

| Row Name | 05/04/21 1129 |
|---|---|
| Musculoskeletal | |
| Problem Type | Injury;Mobility/ROM |
| Injury location | Home |
| Ambulation/Gait | Stable gait |
| Musculoskeletal Location | RLE - Right Lower Extremity |
| RLE Joint and Muscle | |
| Joint Location and Condition | Knee;Stiffness;Swelling |

**Pain Assessment**

| Row Name | 05/04/21 1210 | 05/04/21 1125 |
|---|---|---|
| Pain | | |
| Pain Assessment Tool | — | Numeric Rating Scale 0-10 |
| Pain Type | — | Acute pain |
| Numeric Rating Scale 0-10 | — | 7 |

[REMOVED] Acute Pain Right Leg

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Properties | Onset Date: 05/02/21 Descriptor(s): Right Pain Location: Leg Date Resolved: 05/04/21 Time Resolved: 1210 | |
| Pain Quality | — | Burning;Sharp |
| **Pain Assessment** | | |
| Pain Assessment Documented | Yes | Yes |

**RETIRED - D/C Transition Planning**

| Row Name | 05/04/21 1213 |
|---|---|
| **LACE Readmission Risk Score** | |
| LACE Score | 7 |

**Scoring**

| Row Name | 05/04/21 1213 | 05/04/21 1200 |
|---|---|---|
| **Mews Scoring Group** | | |
| MEWS Respiratory Score | — | 0 |
| MEWS Pulse Score | — | 0 |
| MEWS Systolic BP Score | — | 0 |
| MEWS Temperature Score | — | 0 |
| MEWS Level of Consciousness Score | — | 0 |
| MEWS Score | — | 0 |
| **LACE+ Readmission Score** | | |
| LACE+ Score | 51 | — |

**Triage Plan**

| Row Name | 05/04/21 1127 |
|---|---|
| **Triage Plan** | |
| Patient Acuity | Urgent |

**TUBERCULOSIS SCREENING**

| Row Name | 05/04/21 1123 |
|---|---|
| **Tuberculosis Screening** | |
| Productive Cough Greater than 3 Weeks | No |
| Hemoptysis (Coughing Up Blood) | No |
| Prior Exposure to Tuberculosis | No |
| Pre-Screen | 0 |

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Flowsheets (continued)**

Score

**Urgent Care**

| Row Name | 05/04/21 1127 |
|---|---|
| Urgent Care | |
| Urgent Care Patient | Yes |

**Wound Procedure**

| Row Name | 05/04/21 1205 |
|---|---|
| Wound | |
| Wound Type | Abrasion |
| Wound Interventions | Cleaned;Antibiotic ointment applied |
| Wound Dressing | Band-Aid |

**Aurora BayCare Medical Center**

Aurora Health Care  BayCare Clinic

HERNANDEZ, SERENA L
DOB
ATT:
Female 53 Y
MRN: 3096807
REG: 5/04/21

CSN:
10241771034

**Assignment of Insurance Benefits / Charges / Refunds**
I hereby authorize and assign payment directly to the hospital for such health expense insurance and other benefits and payments otherwise payable to me, but not to exceed the hospital's regular charge for the hospital services it renders. I understand that I am financially responsible to the hospital and the independent physicians who render services to me. I agree to pay the hospital the hospital's regular charges as set forth in its then current chargemaster and pay all charges of physicians and others, including co-insurance and deductibles, not covered by my insurance, subject to applicable Medicare and Medicaid advance notice requirements. To the fullest extent permitted by law, I authorize the hospital to transfer payments made by, or on my behalf, and otherwise refundable to me, to other Aurora Health Care accounts for which I am responsible. The assignment in this paragraph is valid until my accounts are paid in full.

**Notice of Privacy Practices, Payment Policy and Patient Rights**
I acknowledge that the hospital (an affiliate of Aurora Health Care, Inc.) has provided me a copy of its Notice of Privacy Practices, Payment Policy and Patient Rights. I understand the Notices describe the hospital's privacy practices regarding the use and/or disclosure of health information, the hospital's payment policy regarding charges for hospital services, collection, charity care and payment assistance programs, and other patient rights. I may not have elected to retain these brochures.

**Disclosure of Physician Ownership in Hospital**
I acknowledge that I have received the notice entitled "Disclosure of Physician Ownership in Aurora BayCare Medical Center" pursuant to 42 CFR 489.20 (u). I understand that certain physicians have an indirect ownership interest in Aurora BayCare Medical Center and that I may request a listing of such physicians.

**Intent to Donate Unclaimed Patient Refunds**
Occasionally a patient is owed a refund due to a patient's overpayment or the hospital's overcharge to a patient. It is the Hospital's policy to refund all amounts due to patients in these cases. However, if you are owed a refund and the Hospital is unable to locate you (or your estate) at your last-known address, the Hospital may ultimately be required to turn over the refund to the Treasurer of the State of Wisconsin pursuant to the laws governing unclaimed property. If the monies remain unclaimed, the State Treasurer will deposit them in the school fund. Alternatively, a patient may designate that refunds that are not claimed are donated as a gift to the Hospital, a nonprofit corporation. By signing below, I agree that if I am owed a refund and the Hospital is unable to locate me at my last-known address within one year of the discovery of the refund due, I hereby donate the refund to the Aurora Health Care Foundation, Inc.

**Home Health, Hospice and Durable Medical Equipment**
Even at the time of admission/registration, it is important to start considering and planning for post-discharge care. I understand that I have the freedom to choose and the right to select my provider/supplier for post-discharge care and equipment I may need. I am aware that for home health care and hospice services and durable medical equipment after discharge, the hospital will generally use Aurora Visiting Nurse Association (an affiliate of the hospital) or another affiliate of the hospital, unless I select a different provider/supplier. I understand that I will receive a list of other available home care agencies prior to my discharge from the hospital if it is determined that post hospital services are required for my care. My signature below certifies that I have read and understand this Treatment Agreement and I have provided the hospital accurate information to the best of my knowledge including, without limitation, information regarding financial assistance.

[signature] 5-4-21 11:21
Signature of Patient — Date — Time

Signature of Legally Authorized Agent(s) — Relationship to patient — Date — Time

*For Aurora Personnel Use Only*
Brochures Offered:

| | | | | | |
|---|---|---|---|---|---|
| Notice of Privacy Practices: | ☑ Accepted | ☐ Declined | Patient Rights: | ☐ Accepted | ☒ Declined |
| Payment Policy: | ☐ Accepted | ☒ Declined | Disclosure of Physician Ownership: | ☐ Accepted | ☒ Declined |

Signature Belinda [signature] 5-4-21 11:21
Aurora Caregiver — Date — Time

TREATMENT AGREEMENT
(Consent)

Page 2 of 2
"102393" (Rev. 07/13)

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

### ED Care Timeline (continued)

| | | | |
|---|---|---|---|
| 12:05 | **Wound Procedure** | **Wound**<br>Wound Type: Abrasion<br>Wound Interventions: Cleaned; Antibiotic ointment applied<br>Wound Dressing: Band-Aid | Iris Poppitz, RN |
| 12:10 | **Acute Pain Right Leg Removed** | Date Resolved/Time Resolved: 05/04/21 1210 Onset Date: 05/02/21<br>Descriptors: Right Pain Location: Leg | Iris Poppitz, RN |
| 12:10 | **Departure Condition** | **Departure Condition**<br>Mobility at Departure: Ambulatory<br>Patient Teaching: Discharge instructions reviewed; Follow-up care reviewed; Pain management discussed; Medications discussed; Patient verbalized understanding; Patient education provided via teach back method<br>Departure Mode: By self<br>Urgent Care Patient: Yes<br>Urgent Care Only (BayCare Only): Established Patient<br>Time Spent With Established Patient: 0 - 15 min<br>**Pain Scales**<br>Pain Assessment Tool: Numeric Rating Scale 0-10<br>Numeric Rating Scale 0-10: 7 | Iris Poppitz, RN |
| 12:10 | **Pain Assessment** | **Pain Assessment**<br>Pain Assessment Documented: Yes | Iris Poppitz, RN |
| 12:10:28 | **ED Notes** | Pt/parent declined 48hr nurse callback upon discharge. Pt/parent verbalized understanding re: discharge instructions, medication, and f/u information. Urgent Care phone number provided to patient if questions arise. | Iris Poppitz, RN |
| 12:11 | **Charting Complete** | | Iris Poppitz, RN |
| 12:13 | **Patient discharged** | | Iris Poppitz, RN |
| 12:13 | **RETIRED - D/C Transition Planning** | **LACE Readmission Risk Score**<br>LACE Score: 7 | Batch Scheduler |
| 12:13 | **HELP** | **HC2H Readmission Risk Score**<br>HC2H Score: 0 | Batch Scheduler |
| 12:13 | **Scoring** | **LACE+ Readmission Score**<br>LACE+ Score: 51 | Batch Scheduler |

### Other Orders

#### Medications

**clindamycin (CLEOCIN) 300 MG capsule (Discontinued)**

Electronically signed by: **Mark R Kroll, DO on 05/04/21 1158** — Status: **Discontinued**
Ordering user: Mark R Kroll, DO 05/04/21 1158 — Ordering provider: Mark R Kroll, DO
Authorized by: Mark R Kroll, DO — Ordering mode: Standard
Frequency: Routine TID 05/04/21 - 10/22/21 — Class: Eprescribe
Discontinued by: Jenifer L Orth, MA 10/22/21 1105 [Therapy Completed] — Package: 59762-5010-2

**fluconazole (Diflucan) 150 MG tablet (Active)**

Electronically signed by: **Mark R Kroll, DO on 05/04/21 1158** — Status: **Active**
Ordering user: Mark R Kroll, DO 05/04/21 1158 — Ordering provider: Mark R Kroll, DO

**Medication List (continued)**

Discontinued by: Breanna Tlachac, RN Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 16 g
Refill: 2 refills by 4/23/2022

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 End date: 10/22/2021
Quantity: 30 capsule Refill: 5 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP Ordered on: 4/23/2021
Start date: 4/23/2021 Quantity: 2 each
Refill: 1 refill by 4/23/2022

**clindamycin (CLEOCIN) 300 MG capsule**

Discontinued by: Jenifer L Orth, MA Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Take 1 capsule by mouth 3 times daily.
Authorized by: Mark R Kroll, DO Ordered on: 5/4/2021
Start date: 5/4/2021 End date: 10/22/2021
Quantity: 30 capsule Refill: No refills remaining

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO Ordered on: 5/4/2021
Start date: 5/4/2021 Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.

| Aurora Health Care® | AURORA MEDICAL GROUP<br>ABMC PROF OFFICE BLDG<br>2845 Greenbrier Rd<br>Green Bay WI 54311-6519 | Hernandez, Serena L<br>MRN: 3096807, DOB:<br>Visit date: 4/23/2021 | Sex: F |
|---|---|---|---|

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410

**Visit Information**

**Provider Information**

**Referring Provider**

Kerri L Schey, APNP

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Laboratory-ABMC MOB, Ste 410 | 2845 GREENBRIER RD<br>STE 410<br>Green Bay WI 54311-6519 | 920-288-8400 | 920-288-8552 |

**Reason for Visit**

**Visit Diagnoses**

- Pre-procedural laboratory examination
- Moderate persistent asthma without complication

**Patient Summary as-of Visit**

**Problem List** as of 4/23/2021

Problems last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**Moderate persistent asthma without complication**

| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |
|---|---|---|

**Allergies** as of 4/23/2021

Allergies last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA — Severity: High
Noted on: 02/22/2017 — RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017 — RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET — Severity: Low
Noted on: 02/22/2017

**LACTOSE (FOOD OR MED)**

**This allergy was on the patient's chart as of the date shown but was later marked as deleted.**

Reactions: Other (See Comments) — Severity: Low
Noted on: 02/22/2017 — RxNorm: 6211

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES
Noted on: 02/22/2017
Severity: High

**LORAZEPAM**

Reactions: Other (See Comments)
RxNorm: 6470
Noted on: 09/25/2020

**MELOXICAM**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493
Severity: Medium

**METFORMIN**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809
Severity: High

**MORPHINE**

Reactions: Other (See Comments)
Comments: Pt unaware of reaction
RxNorm: 7052
Noted on: 02/22/2017

**TEGRETOL**

Reactions: RASH
Noted on: 12/21/2018
Severity: High

**History** as of 4/23/2021

**Medical History** as of 4/23/2021

**Medical last reviewed by Kerri L Schey, APNP on 4/23/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 4/23/2021

**Surgical last reviewed by Kerri L Schey, APNP on 4/23/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 4/5/2021

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C    Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C    Ordered on: 6/17/2021
Start date: 6/17/2021    Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021
Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C Entered on: 6/17/2021

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA Entered on: 7/6/2021

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C Ordered on: 8/8/2021
Start date: 8/8/2021 Quantity: 10 tablet
Refill: No refills remaining

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet**

Instructions: follow package directions
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 21 tablet
Refill: No refills remaining

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 60 each
Refill: 5 refills by 10/22/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 360 mL
Refill: 3 refills by 10/22/2022

**albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler**

Instructions: Inhale 1 puff into the lungs every 4 hours as needed for Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 4 g
Refill: 3 refills by 10/22/2022

**guaiFENesin (MUCINEX) 600 MG 12 hr tablet**

Instructions: Take 1 tablet by mouth 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/26/2021
Start date: 10/26/2021 — Quantity: 60 tablet
Refill: 3 refills by 10/26/2022

**predniSONE (DELTASONE) 20 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/1/2021
Start date: 12/1/2021 — Quantity: 7 tablet
Refill: No refills remaining

**Stopped in Visit**

**NEXIUM 20 MG capsule**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 4/23/2021
Reason for discontinuation: Reorder

**Spiriva Respimat 2.5 MCG/ACT inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 4/23/2021
Reason for discontinuation: Reorder

**Labs**

**2019 NOVEL CORONAVIRUS (SARS-COV-2) (Discontinued)**

Electronically signed by: **Carlie Bradley, RN on 04/16/21 0928** — Status: **Discontinued**
Ordering user: Carlie Bradley, RN 04/16/21 0928 — Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/16/21 1039 for Ordering
Frequency: Routine 04/16/21 - — Class: Lab Collect
Quantity: 1 — Instance released by: Samantha Christiansen, MLS 4/23/2021 1:11

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| PLT | 270 | 140 - 450 K/mcL | — | BayCare Hosp |
| NRBC | 0 | <=0 /100 WBC | — | BayCare Hosp |
| Neutrophil, Percent | 67 | % | — | BayCare Hosp |
| Lymphocytes, Percent | 24 | % | — | BayCare Hosp |
| Mono, Percent | 7 | % | — | BayCare Hosp |
| Eosinophils, Percent | 2 | % | — | BayCare Hosp |
| Basophils, Percent | 0 | % | — | BayCare Hosp |
| Immature Granulocytes | 0 | % | — | BayCare Hosp |
| Absolute Neutrophils | 6.4 | 1.8 - 7.7 K/mcL | — | BayCare Hosp |
| Absolute Lymphocytes | 2.3 | 1.0 - 4.0 K/mcL | — | BayCare Hosp |
| Absolute Monocytes | 0.7 | 0.3 - 0.9 K/mcL | — | BayCare Hosp |
| Absolute Eosinophils | 0.2 | 0.0 - 0.5 K/mcL | — | BayCare Hosp |
| Absolute Basophils | 0.0 | 0.0 - 0.3 K/mcL | — | BayCare Hosp |
| Absolute Immmature Granulocytes | 0.0 | 0.0 - 0.2 K/mcL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Timothy L Chamberlain, MD | 2845 Greenbrier Road Green Bay WI 54311 | 10/31/18 1132 - 07/26/21 1544 |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**All Reviewers List**

Kerri L Schey, APNP on 4/25/2021 15:51
Kerri L Schey, APNP on 4/25/2021 12:53

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 4/23/2021

Sex: F

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Pulmonary Medicine-ABMC MOB | 2845 GREENBRIER RD<br>PO BOX 8900<br>Green Bay WI 54308-8900 | 920-288-8100 | 920-288-8145 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 6/4/2021).

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3** |

### Reason for Visit

#### Chief Complaint

- Follow-up (6 mo fuv)

#### Visit Diagnoses

- Severe persistent asthma with exacerbation
- Moderate persistent asthma without complication
- **Pre-procedural laboratory examination (primary)**

### Patient Summary as-of Visit

**Problem List** as of 4/23/2021

Problems last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**Moderate persistent asthma without complication**

| | | |
|---|---|---|
| Diagnosis: Moderate persistent asthma without complication<br>Chronic: No | Noted on: 08/11/2017 | Priority: Low |

**Allergies** as of 4/23/2021

Allergies last reviewed by Kerri L Schey, APNP on 4/23/2021 1908

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

| | |
|---|---|
| Reactions: DIARRHEA<br>Noted on: 02/22/2017 | Severity: High<br>RxNorm: 19711 |

**ERYTHROMYCIN**

| | |
|---|---|
| Reactions: HIVES<br>Noted on: 02/22/2017 | Severity: High<br>RxNorm: 4053 |

**GABAPENTIN**

| | |
|---|---|
| Reactions: Other (See Comments)<br>Noted on: 01/03/2020<br>Comments: Feels like she is psychologically "disconnected"<br>RxNorm: 25480 | Severity: High |

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET — Severity: Low
Noted on: 02/22/2017

**LACTOSE (FOOD OR MED)**

**This allergy was on the patient's chart as of the date shown but was later marked as deleted.**

Reactions: Other (See Comments) — Severity: Low
Noted on: 02/22/2017 — RxNorm: 6211

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES — Severity: High
Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments) — Noted on: 09/25/2020
RxNorm: 6470

**MELOXICAM**

Reactions: Other (See Comments) — Severity: Medium
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493

**METFORMIN**

Reactions: Other (See Comments) — Severity: High
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809

**MORPHINE**

Reactions: Other (See Comments) — Noted on: 02/22/2017
Comments: Pt unaware of reaction
RxNorm: 7052

**TEGRETOL**

Reactions: RASH — Severity: High
Noted on: 12/21/2018

**History** as of 4/23/2021

**Medical History** as of 4/23/2021

**Medical last reviewed by Kerri L Schey, APNP on 4/23/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Patient Summary as-of Visit (continued)**

| | | | | |
|---|---|---|---|---|
| Leukocytosis | 12/05/2016 | — | | Provider |
| Obesity | 12/03/2016 | — | | Provider |
| PTSD (post-traumatic stress disorder) | — | — | | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | | Provider |

**Surgical History** as of 4/23/2021

**Surgical last reviewed by Kerri L Schey, APNP on 4/23/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Medication List (continued)**

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Discontinued by: Ashley Heesacker, PA-C — Discontinued on: 8/8/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 6/29/2020
Start date: 6/29/2020 — Quantity: 375 mL
Refill: 12 refills by 6/29/2021

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Reorder
Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 each
Refill: 6 refills by 4/23/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Discontinued by: Breanna Tlachac, RN — Discontinued on: 8/11/2021
Reason for discontinuation: Reorder
Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 320 mL
Refill: 3+ refills by 4/23/2022

**04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)**

**Medication List (continued)**

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 10/22/2021
Reason for discontinuation: Therapy Completed
Instructions: Place 1 capsule into inhaler and inhale daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — End date: 10/22/2021
Quantity: 30 capsule — Refill: 5 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**Stopped in Visit**

**NEXIUM 20 MG capsule**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 4/23/2021
Reason for discontinuation: Reorder

**Spiriva Respimat 2.5 MCG/ACT inhaler**

Discontinued by: Kerri L Schey, APNP — Discontinued on: 4/23/2021
Reason for discontinuation: Reorder

**Clinical Notes**

**Progress Notes**

**Kerri L Schey, APNP at 4/23/2021 1200**

Author: Kerri L Schey, APNP — Service: — — Author Type: Nurse Practitioner
Filed: 4/23/2021 7:12 PM — Encounter Date: 4/23/2021 — Status: Signed
Editor: Kerri L Schey, APNP (Nurse Practitioner)

**Chief Complaint:** follow up

## HPI:

This is a 53 year-old female with a PMH for DM II, HTN, GERD, PTSD, seizures, anxiety and

depression. Well known to our clinic for severe persistent asthma. Currently on Advair Diskus 500-50; Spiriva HandiHaler; albuterol inhaler/neb as needed and montelukast. Xolair (anti-IgE therapy) on hold since appropriate paperwork not completed by Serena. Here in follow up. Using crack cocaine; however, in treatment for the last 20 days and stopped using drugs. Feels her asthma is not well controlled and started prednisone 40 mg she had "on hand" at home. Complains of frequent coughing, chest congestion/tightness and wheezing. Using albuterol inhaler multiple times. Asks to have all her scripts refilled.

**PAST MEDICAL HISTORY:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic rhinitis | |
| • Anxiety | |
| • Asthma | 06/06/2014 |
| • Cannabis dependence (CMS/HCC) | |
| • Cocaine dependence (CMS/HCC) | |
| • Depression | |
| • Diabetes mellitus (CMS/HCC) | |
| • Essential hypertension | 12/03/2016 |
| • GERD (gastroesophageal reflux disease) | |
| • Hematuria | 12/05/2016 |
| • Leukocytosis | 12/05/2016 |
| • Obesity | 12/03/2016 |
| • PTSD (post-traumatic stress disorder) | |
| • Seizures (CMS/HCC)<br>*due to traumatic Brain injury in 6th grade* | |

**PAST SURGERY HISTORY:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • Carpal tunnel release | | 2006 |
| • Hernia repair | | 08/09/2012 |

**FAMILY HISTORY:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Alcohol Abuse | Mother | |
| • Depression | Mother | |
| • Heart disease | Mother | |
| • Hypertension | Mother | |
| • Alcohol Abuse | Father | |
| • Asthma | Father | |
| • Diabetes | Father | |
| • Heart disease | Father | |
| • High cholesterol | Father | |
| • Hypertension | Father | |
| • Alcohol Abuse | Sister | |

| | |
|---|---|
| • Arthritis | Sister |
| • Asthma | Sister |
| • Depression | Sister |
| • Diabetes | Sister |
| • Hypertension | Sister |
| • Alcohol Abuse | Brother |
| • Arthritis | Brother |
| • Hypertension | Brother |

**SOCIAL HISTORY:**
**Social History**

Socioeconomic History
- Marital status: Single
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Current Every Day Smoker
  - Packs/day: 0.10
  - Years: 5.00
  - Pack years: 0.50
  - Types: Cigarettes
- Smokeless tobacco: Never Used
- Tobacco comment: Patient is back to smoking again, stated that she used cocaine this past year and she's currently in treatment/rehab

Substance and Sexual Activity
- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: Maybe 1-2/month*
- Drug use: No
  - Types: Marijuana
- Sexual activity: Never

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain:
- Social Determinants: Financial Resource Strain:

Food Insecurity:

- Social Determinants: Food Insecurity:

Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

Stress:
- Social Determinants: Stress:

Social Connections:
- Social Determinants: Social Connections:

Intimate Partner Violence:
- Social Determinants: Intimate Partner Violence Past Fear:
- Social Determinants: Intimate Partner Violence Current Fear:

**ALLERGIES:**
**ALLERGIES:**

| Allergen | Reactions |
|---|---|
| • Augmentin [Amoxicillin-Pot Clavulanate] | DIARRHEA |
| • Erythromycin | HIVES |
| • Gabapentin | Other (See Comments) |
| *Feels like she is psychologically "disconnected"* | |
| • Latex (Environmental) | HIVES |
| • Metformin | Other (See Comments) |
| *Kidney Failure* | |
| • Tegretol | RASH |
| • Meloxicam | Other (See Comments) |
| *Flu like symptoms* | |
| • Lorazepam | Other (See Comments) |
| • Morphine | Other (See Comments) |
| *Pt unaware of reaction* | |
| • Hydrocod Polst-Chlorphen Polst | GI UPSET |
| • Lactose (Food Or Med) | Other (See Comments) |

**CURRENT MEDICATIONS**
**Current Outpatient Medications**

Medication
- Advair Diskus 500-50 MCG/DOSE inhaler
- Spiriva Respimat 2.5 MCG/ACT inhaler
- Peak Flow Meter Device
- DULoxetine (CYMBALTA) 30 MG capsule
- pregabalin (LYRICA) 100 MG capsule
- albuterol (PROAIR HFA) 108 (90 Base) MCG/ACT inhaler
- albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution
- fexofenadine (ALLEGRA) 180 MG tablet
- NEXIUM 20 MG capsule

- XOLAIR 150 MG injection
- EPINEPHrine 0.3 MG/0.3ML auto-injector
- Red Yeast Rice Extract (RED YEAST RICE PO)
- fluticasone (FLONASE) 50 MCG/ACT nasal spray
- DICLOFENAC POTASSIUM PO
- montelukast (SINGULAIR) 10 MG tablet
- olopatadine (PATADAY) 0.2 % ophthalmic solution
- phenazopyridine (PYRIDIUM) 100 MG tablet
- telmisartan (MICARDIS) 20 MG tablet
- Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID-PRENATAL) 27-1 MG Tab
- zinc gluconate 50 MG tablet
- methocarbamol (ROBAXIN) 500 MG tablet
- LORazepam (ATIVAN) 0.5 MG tablet
- cholecalciferol (VITAMIN D3) 1000 UNITS tablet
- venlafaxine (EFFEXOR) 25 MG tablet

No current facility-administered medications for this visit.

**Review of systems:**
A 14 item ROS was preformed and all responses negative except as noted in the HPI.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:**
**Visit Vitals**

| | |
|---|---|
| BP | 132/86 (BP Location: LUE - Left upper extremity, Patient Position: Sitting, Cuff Size: Large Adult) |
| Pulse | 84 |
| Ht | 5' 5" (1.651 m) |
| Wt | 121.1 kg |
| SpO2 | 98% |
| BMI | 44.43 kg/m² |

,
**Weight**

| | |
|---|---|
| | 04/23/21 1204 |
| Weight: | 121.1 kg |

, Body mass index is 44.43 kg/m².
GENERAL: No acute distress, well-developed, well-nourished. Good eye contact. No clubbing/edema or cyanosis noted.
HEENT: Normocephalic. Hearing is appropriate. Oral mucosa is moist. No pharyngeal erythema. No tenderness with palpation over the sinuses, frontal or maxillary.
NECK: no obvious JVD. ROM is appropriate.
RESPIRATORY: Anterior/posterior lung fields clear. No wheezes or other adventitious sounds. Symmetrical chest wall expansion without prolonged expiratory phase. Speech is non labored.No cough noted during the

visit.
CARDIOVASCULAR: Reveals normal rate, regular rhythm, no murmurs or extra heart tones. No edema to the lower extremities.
GI: Soft, nontender to the touch, nondistended, with normal bowel sounds. Obese at the expense of adipose tissue.
MUSCULOSKELETAL: Normal range of motion, normal strength, no deformities. Normal gait. Independent with mobility.
SKIN: Warm, moist, and intact. No rashes noted.
NEUROLOGIC: Alert and oriented x3, cooperative, appropriate mood and affect. Normal judgment. No focal deficits noted.

**IMPRESSION AND PLAN:**

Serena was seen today for follow-up.

Diagnoses and all orders for this visit:

**Pre-procedural laboratory examination**
- COVID DIAGNOSTIC TEST; Future

**Severe persistent asthma with exacerbation**
- SERVICE TO PULMONARY TESTING; Future
- tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler; Place 1 capsule into inhaler and inhale daily.

**Moderate persistent asthma without complication**
- fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler; Inhale 1 puff into the lungs 2 times daily.
- Discontinue: tiotropium (Spiriva Respimat) 2.5 MCG/ACT inhaler; Inhale 1 puff into the lungs daily.
- albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler; Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
- Cancel: CBC WITH DIFFERENTIAL; Future
- CBC WITH DIFFERENTIAL; Future
- EPINEPHrine 0.3 MG/0.3ML auto-injector; Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.

**Other orders**
- ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution; Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
- fexofenadine (ALLEGRA) 180 MG tablet; Take 1 tablet by mouth daily.
- Discontinue: NexIUM 20 MG capsule; Take 1 capsule by mouth daily.
- fluticasone (FLONASE) 50 MCG/ACT nasal spray; Spray 2 sprays in each nostril daily.

During this visit, pulmonary exam normal. She will wean herself off the prednisone over the next 5 days. I re-ordered all her asthma medications. She will follow-up in 6 weeks with spirometry testing and a CBC. At that time if she has all her paperwork for facet under filled out, this could be started.

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Other Orders (continued)**

**tiotropium (Spiriva Respimat) 2.5 MCG/ACT inhaler (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1238 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
Frequency: Routine Daily 04/23/21 - 04/23/21 Class: Eprescribe
Discontinued by: Briana Robinette, LPN 04/23/21 1329 [Alternate Therapy]
Diagnoses
Moderate persistent asthma without complication [J45.40]
Package: 0597-0100-61
Reordered from: Spiriva Respimat 2.5 MCG/ACT inhaler

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1238 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
PRN reasons: Wheezing
Frequency: Routine Q6H PRN 04/23/21 - 08/11/21 Class: Eprescribe
Discontinued by: Breanna Tlachac, RN 08/11/21 0959 [Reorder]

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler (Active)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Active**
Ordering user: Kerri L Schey, APNP 04/23/21 1238 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
PRN reasons: Shortness of Breath Wheezing
Frequency: Routine Q4H PRN 04/23/21 - Until Discontinued Class: Eprescribe
Diagnoses
Moderate persistent asthma without complication [J45.40]
Package: 68180-963-01
Reordered from: albuterol (PROAIR HFA) 108 (90 Base) MCG/ACT inhaler

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**fexofenadine (ALLEGRA) 180 MG tablet (Active)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Active**
Ordering user: Kerri L Schey, APNP 04/23/21 1238 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
Frequency: Routine Daily 04/23/21 - Until Discontinued Class: Eprescribe
Reordered from: fexofenadine (ALLEGRA) 180 MG tablet

**Ordering & Authorizing Provider Audit Trail**

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Other Orders (continued)**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**NexIUM 20 MG capsule (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1238
Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine Daily 04/23/21 - 04/23/21
Class: Eprescribe
Discontinued by: Briana Robinette, LPN 04/23/21 1301 [Error]
Package: 0186-5020-31
Reordered from: NEXIUM 20 MG capsule

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**fluticasone (FLONASE) 50 MCG/ACT nasal spray (Active)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1238** Status: **Active**
Ordering user: Kerri L Schey, APNP 04/23/21 1238
Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine Daily 04/23/21 - Until Discontinued
Class: Eprescribe
Package: 60432-264-15
Reordered from: fluticasone (FLONASE) 50 MCG/ACT nasal spray

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1238 | Kerri L Schey, APNP | Kerri L Schey, APNP | Kerri L Schey, APNP |
| 04/23/21 1238 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**tiotropium (SPIRIVA HANDIHALER) 18 MCG capsule for inhaler (Discontinued)**

Electronically signed by: **Briana Robinette, LPN on 04/23/21 1330** Status: **Discontinued**
Ordering user: Briana Robinette, LPN 04/23/21 1330
Ordering provider: Briana Robinette, LPN
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine Daily 04/23/21 - 10/22/21
Class: Eprescribe
Discontinued by: Kerri L Schey, APNP 10/22/21 1134 [Therapy Completed]
Diagnoses
Severe persistent asthma with exacerbation [J45.51]

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1330 | Briana Robinette, LPN | Kerri L Schey, APNP | Briana Robinette, LPN |
| 04/23/21 1330 | — | Kerri L Schey, APNP | Briana Robinette, LPN |

**Indications**

Severe persistent asthma with exacerbation [J45.51 (ICD-10-CM)]

**EPINEPHrine 0.3 MG/0.3ML auto-injector (Active)**

Electronically signed by: **Briana Robinette, LPN on 04/23/21 1330** Status: **Active**
Ordering user: Briana Robinette, LPN 04/23/21 1330
Ordering provider: Briana Robinette, LPN
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
PRN reasons: Anaphylaxis
Frequency: Routine Once PRN 04/23/21 - Until Discontinued
Class: Eprescribe
Diagnoses
Moderate persistent asthma without complication [J45.40]
Medication comments: Patient on Xolair injections and needs to have EpiPen with her at all times.
Package: 49502-102-02

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Other Orders (continued)**

Reordered from: EPINEPHrine 0.3 MG/0.3ML auto-injector

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1330 | Briana Robinette, LPN | Kerri L Schey, APNP | Briana Robinette, LPN |
| 04/23/21 1330 | — | Kerri L Schey, APNP | Briana Robinette, LPN |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**Referral**

**SERVICE TO PULMONARY TESTING (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1241** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1241 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine 04/23/21 - Class: Ordered AH
Quantity: 1 Discontinued by: Carlie Bradley, RN 05/21/21 1536 [Duplicate]
Diagnoses
Severe persistent asthma with exacerbation [J45.51]
Order comments: Spirometry with pre and post bronchodilators This is to be coordinated with a follow up Office Visit. Please do not schedule - Ordering providers office will contact patient to schedule testing and Office visit.

**Referral Details**

| Referred By | | Referred To | Type | Priority |
|---|---|---|---|---|
| Kerri L Schey, APNP<br>2845 GREENBRIER RD<br>STE 210<br>GREEN BAY WI 54311<br>Phone: 920-288-8100<br>Fax: 920-288-8145 | Diagnoses: Severe persistent asthma with exacerbation | | Other | Routine |

Comment: Spirometry with pre and post bronchodilators

This is to be coordinated with a follow up Office Visit. Please do not schedule - Ordering providers office will contact patient to schedule testing and Office visit.

**Indications**

Severe persistent asthma with exacerbation [J45.51 (ICD-10-CM)]

**Flowsheets**

**Custom Formula Data**

| Row Name | 04/23/21 1204 |
|---|---|
| Weight and Growth Recommendation | |
| IBW/kg (Calculated) FEMALE | 57 |
| IBW/kg (Calculated) Male | 61.5 |
| OTHER | |
| Low Range Vt 6cc/kg MALE | 369 |
| Adult Moderate Range Vt 8cc/kg MA | 492 |

**Flowsheets (continued)**

| | |
|---|---|
| Adult High Range Vt 10cc/kg MALE | 615 |
| Low Range Vt 6cc/kg FEMALE | 342 |
| Adult Moderate Range vt 8cc/kg FEMALE | 456 |
| IBW/kg (Calculated) | 57 |
| Low Range Vt 6cc/kg | 342 |
| Adult Moderate Range Vt 8cc/kg | 456 |
| Adult High Range Vt 10cc/kg | 570 |
| BSA (Calculated - sq m) | 2.36 |
| English Weight lbs | 267 lbs |
| English Weight oz | 0 oz |
| BSA (Calculated - m2) - DuBois & DuBois | 2.24 |
| BMI (Calculated) | 44.43 |
| BSA (Calculated - sq m) | 2.36 |
| BMI (Calculated) | 44.52 |
| BSA (Calculated - sq m) | 2.42 |
| BSA (Calculated - sq m) (oncology) | 2.36 |
| BMI (Calculated) | 44.43 |
| BMI (Calculated) | 44.431 |
| Percent Weight Change Since Birth | 0 |
| Shock Index (SI) | 0.6 |

**Encounter Vitals**

| Row Name | 04/23/21 1204 |
|---|---|
| Enc Vitals | |
| BP | 132/86 |
| Pulse | 84 |
| SpO2 | 98 % |
| Weight | 121.1 kg (267 lb) |
| Height | 5' 5" (1.651 m) |
| Vital Signs | |
| BP Location | LUE - Left upper extremity |
| Patient Position | Sitting |
| OTHER | |
| Cuff Size | Large Adult |

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB
## Billing Report

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3 [99213]** |

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE OR OTHER OUTPT VISIT EST PT 20 TO 29 MINS LOW MDM LVL 3 | 4/23/2021 | Kerri L Schey, APNP | | 1 |

**Reviewed this Encounter**

| | Medications | Problems | Allergies | History |
|---|---|---|---|---|
| Kerri L Schey, APNP | ✔ | ✔ | Reviewed | Family, Medical, Surgical |
| Rejoice E Akakpo, LPN | ✔ | | Reviewed | Tobacco |

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410

### Visit Information

#### Provider Information

**Referring Provider**

Paul H Sumnicht, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Aurora Laboratory-ABMC MOB, Ste 410 | 2845 GREENBRIER RD<br>STE 410<br>Green Bay WI 54311-6519 | 920-288-8400 | 920-288-8552 |

### Reason for Visit

#### Visit Diagnosis

- Pre-procedural laboratory examination

### Patient Summary as-of Visit

#### **Problem List** as of 4/13/2021

Problems last reviewed by Kerri L Schey, APNP on 9/25/2020 1626

**Moderate persistent asthma without complication**

Diagnosis: Moderate persistent asthma without complication
Chronic: No
Noted on: 08/11/2017
Priority: Low

#### **Allergies** as of 4/13/2021

Allergies last reviewed by Kerri L Schey, APNP on 9/25/2020 1626

**AUGMENTIN [AMOXICILLIN-POT CLAVULANATE]**

Reactions: DIARRHEA
Noted on: 02/22/2017
Severity: High
RxNorm: 19711

**ERYTHROMYCIN**

Reactions: HIVES
Noted on: 02/22/2017
Severity: High
RxNorm: 4053

**GABAPENTIN**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Feels like she is psychologically "disconnected"
RxNorm: 25480
Severity: High

**HYDROCOD POLST-CHLORPHEN POLST**

Reactions: GI UPSET
Noted on: 02/22/2017
Severity: Low

**LACTOSE (FOOD OR MED)**

**This allergy was on the patient's chart as of the date shown but was later marked as deleted.**

Reactions: Other (See Comments)
Noted on: 02/22/2017
Severity: Low
RxNorm: 6211

**LATEX (ENVIRONMENTAL)**

Reactions: HIVES
Severity: High

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

Noted on: 02/22/2017

**LORAZEPAM**

Reactions: Other (See Comments)
RxNorm: 6470
Noted on: 09/25/2020

**MELOXICAM**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Flu like symptoms
RxNorm: 41493
Severity: Medium

**METFORMIN**

Reactions: Other (See Comments)
Noted on: 01/03/2020
Comments: Kidney Failure
RxNorm: 6809
Severity: High

**MORPHINE**

Reactions: Other (See Comments)
Comments: Pt unaware of reaction
RxNorm: 7052
Noted on: 02/22/2017

**TEGRETOL**

Reactions: RASH
Noted on: 12/21/2018
Severity: High

**History** as of 4/13/2021

**Medical History** as of 4/13/2021

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Allergic rhinitis | — | — | Provider |
| Anxiety | — | — | Provider |
| Asthma | 06/06/2014 | — | Provider |
| Cannabis dependence (CMS/HCC) | — | — | Provider |
| Cocaine dependence (CMS/HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Diabetes mellitus (CMS/HCC) | — | — | Provider |
| Essential hypertension | 12/03/2016 | — | Provider |
| GERD (gastroesophageal reflux disease) | — | — | Provider |
| Hematuria | 12/05/2016 | — | Provider |
| Leukocytosis | 12/05/2016 | — | Provider |
| Obesity | 12/03/2016 | — | Provider |
| PTSD (post-traumatic stress disorder) | — | — | Provider |
| Seizures (CMS/HCC) | — | due to traumatic Brain injury in 6th grade | Provider |

**Surgical History** as of 4/13/2021

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Patient Summary as-of Visit (continued)**

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/14/2017
Start date: 12/14/2017 — Quantity: 60 tablet
Refill: 5 refills by 12/14/2018

**DICLOFENAC POTASSIUM PO**

Instructions: Take 1 tablet by mouth daily.
Entered by: Nicole M Larson, CMA — Entered on: 5/31/2018

**Red Yeast Rice Extract (RED YEAST RICE PO)**

Instructions: Take 1 capsule by mouth daily. OTC
Entered by: Donna R Karadimos, LPN — Entered on: 12/7/2018

**XOLAIR 150 MG injection**

Instructions: INJECT 225 MG UNDER THE SKIN EVERY 2 WEEKS
Authorized by: Raul Mendoza-Ayala, MD — Ordered on: 9/25/2019
Start date: 9/25/2019 — Quantity: 4 each
Refill: 13 refills by 9/24/2020

**DULoxetine (CYMBALTA) 30 MG capsule**

Instructions: Take 90 mg by mouth daily.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**pregabalin (LYRICA) 100 MG capsule**

Instructions: Take 100 mg by mouth.
Entered by: Alyxis A Paiser, LPN — Entered on: 9/25/2020
Start date: 7/22/2020

**albuterol (ProAir HFA) 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs into the lungs every 4 hours as needed for Shortness of Breath or Wheezing.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 8.5 g
Refill: 3 refills by 4/23/2022

**fexofenadine (ALLEGRA) 180 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 60 tablet
Refill: 3 refills by 4/23/2022

**fluticasone (FLONASE) 50 MCG/ACT nasal spray**

Instructions: Spray 2 sprays in each nostril daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 16 g
Refill: 2 refills by 4/23/2022

**EPINEPHrine 0.3 MG/0.3ML auto-injector**

Instructions: Inject 0.3 mLs into the muscle 1 time as needed for Anaphylaxis.
Authorized by: Kerri L Schey, APNP — Ordered on: 4/23/2021
Start date: 4/23/2021 — Quantity: 2 each
Refill: 1 refill by 4/23/2022

**fluconazole (Diflucan) 150 MG tablet**

Instructions: Take 1 tablet with onset of yeast vaginitis repeat in 1 week if necessary
Authorized by: Mark R Kroll, DO — Ordered on: 5/4/2021
Start date: 5/4/2021 — Quantity: 2 tablet
Refill: No refills remaining

**atomoxetine (STRATTERA) 25 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007208436)
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**calcium carbonate (OS-CAL) 1250 (500 Ca) MG chewable tablet**

Instructions: Chew 1 tablet by mouth every 24 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Start date: 4/5/2021

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Entered by: Todd H Bruss, PA-C — Entered on: 5/14/2021
Start date: 1/27/2021

**traMADol (ULTRAM) 50 MG tablet**

Instructions: Take 1 tablet by mouth every 6 hours as needed for Pain.
Authorized by: Todd H Bruss, PA-C — Ordered on: 6/17/2021
Start date: 6/17/2021 — Quantity: 20 tablet
Refill: No refills remaining

**benzonatate (TESSALON PERLES) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007233135)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**diazePAM (Valium) 2 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

Start date: 1/25/2019

**doxycycline hyclate (VIBRAMYCIN) 100 MG capsule**

Instructions: (Prior Auth: Rx Ref#:000007215626)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**escitalopram (LEXAPRO) 10 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007208437)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydroCORTisone (ANUSOL-HC) 25 MG suppository**

Instructions: (Prior Auth: Rx Ref#:000007213596)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**pantoprazole (PROTONIX) 40 MG tablet**

Instructions: (Prior Auth: Rx Ref#:000007192303)
Entered by: Todd H Bruss, PA-C — Entered on: 6/17/2021

**hydrOXYzine (VISTARIL) 25 MG capsule**

Instructions: Take 25 mg by mouth 4 times daily as needed.
Entered by: Megan A Ryals, MA — Entered on: 7/6/2021

**benzonatate (TESSALON PERLES) 200 MG capsule**

Instructions: Take 1 capsule by mouth 3 times daily as needed for Cough.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 20 capsule
Refill: No refills remaining

**acetaminophen (TYLENOL) 500 MG tablet**

Instructions: Take 1 tablet by mouth every 4 hours as needed for Pain or Fever.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 375 mL
Refill: 12 refills by 8/8/2022

**ibuprofen (MOTRIN) 800 MG tablet**

Instructions: Take 1 tablet by mouth 3 times daily as needed for Pain.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 30 tablet
Refill: No refills remaining

**ondansetron (Zofran ODT) 4 MG disintegrating tablet**

Instructions: Place 1 tablet onto the tongue every 6 hours.
Authorized by: Ashley Heesacker, PA-C — Ordered on: 8/8/2021
Start date: 8/8/2021 — Quantity: 10 tablet
Refill: No refills remaining

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet**

Instructions: follow package directions
Authorized by: Jeffrey A Long, PA-C — Ordered on: 8/10/2021
Start date: 8/10/2021 — Quantity: 21 tablet
Refill: No refills remaining

Aurora Health Care®

AURORA MEDICAL GROUP
ABMC PROF OFFICE BLDG
2845 Greenbrier Rd
Green Bay WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Visit date: 4/13/2021

Sex: F

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

**2019 Novel Coronavirus (SARS-CoV-2)** Resulted: 04/14/21 0802, Result status: Final result

Order status: Completed
Collected by: Kasey A Malmberg 04/13/21 1331
Acknowledged by: Kerri L Schey, APNP on 04/14/21 1608

Filed by: Lab, Background User 04/14/21 0802
Resulting lab: AURORA WEST ALLIS MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 by PCR | Not Detected | Not Detected / Detected / Inhibitor Present | — | West Allis |
| Comment: Pooled sample | | | | |
| Isolation Guidelines | -- | — | — | West Allis |

Result: *Do not use this test result as the sole decision-maker for discontinuation of isolation. Clinical evaluation should be considered for other respiratory illness requiring transmission-based isolation.*

- No fever (<99.0 F/37.2 C) for at least 24 hours without the use of fever-reducing medications
  **AND**
- Respiratory symptoms have improved or resolved (e.g. cough, shortness of breath)
  **AND**
- **COVID-19 negative test**

See COVID-19 Deisolation Resource Guide

| Procedural Notes | -- | — | — | West Allis |
|---|---|---|---|---|

Result: Negative for SARS-CoV-2 (2019-nCoV) nucleic acid in the specimen, consider other viruses.

A negative result does not preclude Coronavirus (COVID-19) infection and should not be used as sole basis for treatment or patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

This result was obtained by TMA based method and analysis by fluorescent probes designed for the qualitative detected of the SARS-CoV-2 (2019-nCoV) nucleic acid. Performance characteristics for the test has been determined by ACL and are incorporated as part of FDA Emergency Use Authorization (EUA).

This test was performed by ACL Laboratories using the FDA cleared Emergency Use Authorization (EUA) Aptima SARS-CoV-2 (2019-nCoV) from Hologic. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230126 - West Allis** | AURORA WEST ALLIS MEDICAL CENTER | Mary J Reznicek, MD | 8901 West Lincoln Avenue WEST ALLIS WI 53227 | 03/04/20 1112 - 07/27/21 1049 |

**Indications**

Pre-procedural laboratory examination [Z01.812 (ICD-10-CM)]

**All Reviewers List**

Kerri L Schey, APNP on 4/14/2021 16:08
Kerri L Schey, APNP on 4/14/2021 16:08

**Medication List (continued)**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021

**cloNIDine (CATAPRES) 0.1 MG tablet**

Instructions: Take 0.1 mg by mouth 2 times daily as needed.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 4/5/2021

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/22/2017

**Elastic Bandages & Supports (Neoprene Elbow Support) Misc**

Instructions: Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/22/2017

**esomeprazole (NexIUM) 20 MG capsule**

Instructions: 1 capsule every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 4/28/2020

**hydroCORTisone (CORTIZONE) 2.5 % ointment**

Instructions: HYDROCORTISONE 2.5 % EXTERNAL OINTMENT
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 8/31/2020

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 25-50 mg by mouth every 4 hours as needed.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**loratadine (CLARITIN) 10 MG tablet**

Instructions: every 24 hours.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 8/23/2018

**polyethylene glycol (MIRALAX) 17 GM/SCOOP powder**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 2/21/2020

**prazosin (MINIPRESS) 2 MG capsule**

Instructions: Take 4 mg by mouth.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 50 MG tablet**

Instructions: Take 50 mg by mouth.
Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/13/2020

**topiramate (TOPAMAX) 100 MG tablet**

Entered by: Todd H Bruss, PA-C Entered on: 5/14/2021
Start date: 11/25/2020

**valsartan (DIOVAN) 40 MG tablet**

Aurora Health Care • Milwaukee, Wisconsin    RP #8535471

MRN / Chart #: ____________

1) **PATIENT INFORMATION:**

HERNANDEZ SERENA
Name    Address    City    State    Zip

Date of Birth    ( ) Daytime Phone    Previous Name

2) **AUTHORIZES:**

AURORA HEALTHCARE
Name of Health Care Provider / Plan / Other

PO BOX 090996    MILWAUKEE    WI 53209
Address

3) **TO DISCLOSE TO:** ☐ Self, Delivery Options: ☐ Pick up ☐ View on Site ☒ Mail to address above ☐ Electronic Format: ____

☐ To be picked up by, I hereby authorize ____________ to pick up my records. (Photo ID required.)

☒ Send to: Lincoln Financial Group (c/o ReleasePoint)
Name of Health Care Provider / Plan / Other

P O Box 1390    St. Peters    MO    63376    Or ____
Address    Health Care Provider FAX #

Recipient (Contact) Phone Number: ( ) ____________

4) **DATE(S) OF INFORMATION TO BE DISCLOSED:** From 10/1/2020 (month/year) to Present (month/year) **If left blank, only information from the past two (2) years will be disclosed.**

5) **INFORMATION TO BE DISCLOSED:** ☐ Verbal ☒ Written

☐ Billing Records related to (specify): ____________
☐ Emergency Department Reports
☐ Hospital Summary – *a general abstract will be sent which includes Discharge Summary, H&P, Consults, Operative Reports, Labs, Radiology Reports & ER.*
☐ Imaging Films (X-ray)
☐ Imaging Results
☐ Immunizations
☐ Lab Reports
☐ Procedure Op Reports
☐ Progress Notes/Updates
☒ Other: all PHI, excluding x-ray films

I understand that the information to be disclosed may include information regarding genetic testing, and mental illness, alcohol/drug abuse, HIV Test results, AIDS/AIDS related illness, and developmental disabilities. We will disclose such information, unless you indicate below that you do not want such information disclosed:

☐ Alcohol/Drug Abuse ☐ HIV Test Results ☐ Mental Health/Developmental Disabilities ☐ Genetic Testing

6) **EXPIRATION:** This Authorization is good until the following date / event: ____________
Note: If this item is left blank, the authorization will expire in one (1) year from the date signed.

7) **PURPOSE** (Check all that apply - **copy fees may apply**)

☐ Further Medical Care – no fee ☐ Insurance Eligibility/Benefits – fee $ ☐ Legal Investigation /Action – fee $
☐ Personal (at my request) - possible fee $ ☐ Forms Completion - possible fee $ ☒ Other: Claims - Disability insurance (specify)

8) **YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION:** I am aware that I have the right to inspect and receive a copy of the health information I have authorized to be used and/or disclosed by this Authorization. **I understand that I may be charged a fee for record copies.** In addition, I understand that I do not need to sign this Authorization in order to receive treatment. I also am aware that I may revoke this Authorization by notifying the disclosing medical records/health information department in writing. However, I understand that my revocation will not be effective as to uses and/or disclosures: (1) already made in reliance upon this Authorization; or (2) needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage. I realize that the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure and no longer protected by federal privacy law.

9) **SIGNATURE OF PATIENT / LEGAL REP:** [signature] **DATE:** 11-10-2021

**If signed by a person other than the patient, complete the following:**
1. Individual is: ☐ a minor ☐ legally incompetent or incapacitated ☐ deceased
2. Legal authority: ☐ parent* ☐ legal guardian ☐ next of kin / executor of deceased ☐ activated POA for Health Care

* By signing above, I hereby declare that I have not been denied physical placement of this child.

*For Office Use Only:* Signature/ID verified ☐ Yes ☐ No Completed by: ____________ (Name / Date) # of pages released ____

**AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION**
(HIM/ROI Authorization)

White – Medical Record
Yellow Patient

RPID: 8535471

| Result | Value |
|---|---|
| Ferritin | 67 |

**CBC with Automated Differential (performable only)**

| Result | Value |
|---|---|
| WBC | 8.5 |
| RBC | 4.85 |
| HGB | 13.2 |
| HCT | 41.9 |
| MCV | 86.4 |
| MCH | 27.2 |
| MCHC | 31.5 (L) |
| RDW-CV | 14.5 |
| RDW-SD | 46.3 |
| PLT | 184 |
| NRBC | 0 |
| Neutrophil, Percent | 84 |
| Lymphocytes, Percent | 10 |
| Mono, Percent | 6 |
| Eosinophils, Percent | 0 |
| Basophils, Percent | 0 |
| Immature Granulocytes | 0 |
| Absolute Neutrophils | 7.1 |
| Absolute Lymphocytes | 0.8 (L) |
| Absolute Monocytes | 0.5 |
| Absolute Eosinophils | 0.0 |
| Absolute Basophils | 0.0 |
| Absolute Immmature Granulocytes | 0.0 |

**Electrocardiogram 12-Lead**

| Result | Value |
|---|---|
| Systolic Blood Pressure | 192 |
| Diastolic Blood Pressure | 91 |
| Ventricular Rate EKG/Min (BPM) | 110 |
| Atrial Rate (BPM) | 110 |
| PR-Interval (MSEC) | 124 |
| QRS-Interval (MSEC) | 86 |
| QT-Interval (MSEC) | 356 |
| QTc | 482 |
| P Axis (Degrees) | 33 |
| T Axis (Degrees) | 30 |

REPORT TEXT

Sinus tachycardia
Possible
Left atrial enlargement
Borderline ECG
No previous ECGs available
Confirmed by MURPHY M.D., RYAN (9303), editor Gretz, Nicole (10131) on 8/10/2021 9:13:40 AM

**LACTIC ACID VENOUS POINT OF CARE**

| Result | Value |
|---|---|
| LACTIC ACID, VENOUS - POINT OF CARE | 1.9 |

**Radiology**
CT Chest PE Imaging
**Final Result**
IMPRESSION:
1. Negative for PE.
2. Extensive bilateral pneumonia compatible with Covid 19 pneumonia.
3. Bilateral hilar and mediastinal adenopathy.
4. Cardiomegaly.

Medications
**sodium chloride 0.9 % flush bag 25 mL (has no administration in time range)**
**sodium chloride (PF) 0.9 % injection 2 mL (has no administration in time range)**
**albuterol inhaler 2 puff (2 puffs Inhalation Given 8/10/21 0916)**
**ketorolac injection 15 mg (15 mg Intravenous Given 8/10/21 0900)**
**lactated ringers bolus 1,000 mL (0 mLs Intravenous Completed 8/10/21 1138)**
**acetaminophen (TYLENOL) tablet 1,000 mg (1,000 mg Oral Given 8/10/21 1024)**
**iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL (75 mLs Intravenous Given 8/10/21 1014)**
**sodium chloride 0.9 % injector flush 100 mL (100 mLs Injection Given 8/10/21 1014)**
**albuterol inhaler 2 puff (2 puffs Inhalation Given 8/10/21 1026)**
**methylPREDNISolone (SOLU-Medrol) PF injection 125 mg (125 mg Intravenous Given 8/10/21 1023)**
**ondansetron (ZOFRAN) injection 4 mg (4 mg Intravenous Given 8/10/21 1130)**
**HYDROmorphone (DILAUDID) injection 0.5 mg (0.5 mg Intravenous Given 8/10/21 1132)**

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:42:56 | **Orders Placed** | Routine Vital Signs ; Blood pressure (sepsis) ; Oxygen Therapy PRN 88% - 94% ; Electrocardiogram 12-Lead ; Intake and output ; Notify: per Routine Standards ; POCT Lactic Acid Venous With Reflex ; CBC with Automated Differential ; Comprehensive Metabolic Panel ; Blood Culture | Jeffrey A Long, PA-C |
| 08:42:57 | **Orders Placed** | XR Chest AP or PA ; Insert IV ; sodium chloride 0.9 % flush bag 25 mL ; sodium chloride (PF) 0.9 % injection 2 mL ; Troponin I Ultra Sensitive ; NT proBNP ; D Dimer, Quantitative ; Procalcitonin ; C Reactive Protein ; Lactate Dehydrogenase ; Ferritin ; albuterol inhaler 2 puff ; ketorolac injection 15 mg ; lactated ringers bolus 1,000 mL | Jeffrey A Long, PA-C |
| 08:42:58 | **Lab Ordered** | FERRITIN, LACTATE DEHYDROGENASE, C REACTIVE PROTEIN, PROCALCITONIN, D DIMER, QUANTITATIVE, NT PROBNP, TROPONIN I ULTRA SENSITIVE, BLOOD CULTURE, COMPREHENSIVE METABOLIC PANEL, CBC WITH DIFFERENTIAL | Jeffrey A Long, PA-C |
| 08:42:58 | **ECG Ordered** | ELECTROCARDIOGRAM 12-LEAD | Jeffrey A Long, PA-C |
| 08:42:58 | **XR Ordered** | XR CHEST AP OR PA | Jeffrey A Long, PA-C |
| 08:42:58 | **Imaging Exam Ordered** | | Jeffrey A Long, PA-C |
| 08:43:04 | **Lab Ordered** | CBC WITH AUTOMATED DIFFERENTIAL (PERFORMABLE ONLY) | Jeffrey A Long, PA-C |
| 08:44 | **Integumentary** | **Integumentary**<br>Color: Appropriate for ethnicity<br>Temperature: Warm<br>Moisture: Dry<br>Skin/Nail Condition: No gross abnormalities | Samantha J Comiskey, RN |
| 08:44 | **Cardiovascular** | **CV**<br>Apical Heart Rhythm: Regular<br>Cardiac Rhythm: ST<br>Heart Sounds: S1, S2<br>Cardiac Symptoms: Dizziness<br>Telemetry: On | Samantha J Comiskey, RN |
| 08:44:11 | **Orders Discontinued** | Contact and special precautions isolation status (08/10/21 0826) | Jeny Shanoski, RN |
| 08:44:11 | **Complete Contact and special precautions isolation status Discontinued** | Contact and special precautions isolation status | Jeny Shanoski, RN |
| 08:44:11 | **Orders Placed** | Contact and droplet isolation status | Jeffrey A Long, PA-C |
| 08:45 | **Peripheral IV 08/10/21 Right Hand 20 Placed** | Removal Date/Time: 08/10/21 1408 Placement Date/Time: 08/10/21 0845 Laterality: Right Location: Hand Size Gauge: 20 Securement: Transparent dressing Attempts: 1 | Samantha J Comiskey, RN |
| 08:45 | **Collect CBC with Automated Differential (performable only) Completed** | CBC with Automated Differential (performable only) - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45 | **Send CBC with Automated Differential (performable only) to Phlebotomy Completed** | CBC with Automated Differential (performable only) - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Procedures (continued)**

| | | | | |
|---|---|---|---|---|
| PR-Interval (MSEC) | 124 | — | — | MUSE |
| QRS-Interval (MSEC) | 86 | — | — | MUSE |
| QT-Interval (MSEC) | 356 | — | — | MUSE |
| QTc | 482 | — | — | MUSE |
| P Axis (Degrees) | 33 | — | — | MUSE |
| T Axis (Degrees) | 30 | — | — | MUSE |
| REPORT TEXT | -- | — | — | MUSE |

Result:
Sinus tachycardia
Possible
Left atrial enlargement
Borderline ECG
No previous ECGs available
Confirmed by MURPHY M.D., RYAN (9303), editor Gretz, Nicole (10131) on 8/10/2021 9:13:40 AM

View ECG (below)

HERNANDEZ, SERENA ID:3096807 10-AUG-2021 08:46:30 ADVOCATE AURORA HEALTHCARE-BCEDM ROUTINE RETRIEVAL

| | | | | |
|---|---|---|---|---|
| (53 yr) | | Vent. rate | 110 BPM | Sinus tachycardia |
| Female | American Indian | PR interval | 124 ms | Possible Left atrial enlargement |
| 0in | 0lb | QRS duration | 86 ms | Borderline ECG |
| Room:08 | | QT/QTc | 356/482 ms | No previous ECGs available |
| Loc:96 | | P-R-T axes | 33 -1 30 | Confirmed by MURPHY M.D., RYAN (9303), editor Gretz, Nicole (10131) on 8/10/2021 9:13:40 AM |
| | | BP | 192/91 mmHg | |

Technician:System System
Test ind:

Referred by: System System Confirmed By: RYAN MURPHY M.D.




25mm/s 10mm/mV 150Hz 9.0.7 12SL 241 CID: 0 EID:10131 EDT: 09:13 10-AUG-2021 ORDER:15280080975 ACCOUNT: 10263084313
Page 1 of 1

Add'l Images (below)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Procedures (continued)**

| | | | | |
|---|---|---|---|---|
| **999 - MUSE** | MUSE | Unknown | Unknown | 08/02/11 0706 - Present |

**Medication Administrations**

**acetaminophen (TYLENOL) tablet 1,000 mg [15281407062]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1004
Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1005 - 08/10/21 1024
Route: Oral
Rate/Duration: — / —
Admin Instructions: Maximum of 4,000 mg acetaminophen per 24 hours from ALL sources.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1024<br>Documented: 08/10/21 1026 | Given | 1,000 mg | Oral | Performed by: Samantha J Comiskey, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |

**albuterol inhaler 2 puff [15280080972]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 0842
Dose (Remaining/Total): 2 puff (0/1)
Frequency: ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 0843 - 08/10/21 0916
Route: Inhalation
Rate/Duration: — / —
Admin Instructions: Shake well before use.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 0916<br>Documented: 08/10/21 0916 | Given | 2 puff | Inhalation | Performed by: Samantha J Comiskey, RN<br>Comments: pt has HX of inhaler use.<br>Scanned Package: 68180-963-01 |

**albuterol inhaler 2 puff [15281407065]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1016
Dose (Remaining/Total): 2 puff (0/1)
Frequency: ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1017 - 08/10/21 1026
Route: Inhalation
Rate/Duration: — / —
Admin Instructions: Shake well before use.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1026<br>Documented: 08/10/21 1027 | Given | 2 puff | Inhalation | Performed by: Samantha J Comiskey, RN<br>Scanned Package: 68180-963-01 |

**casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB [15281407074]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1043
Dose (Remaining/Total): 600 mg (0/1)
Frequency: ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1043 - 08/10/21 1240
Route: Intravenous
Rate/Duration: 180 mL/hr / 20 Minutes
Admin Instructions: Monitor patient for infusion-related reactions during infusion and for one hour after. * Do NOT tube * * Do NOT Shake * Infuse using 0.2 or 0.22 micron in-line filter. * Protect from Light *

| Question | Answer | Comment |
|---|---|---|

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Medication Administrations (continued)**

| | | |
|---|---|---|
| Indication:: | Treatment | — |
| Patient has Mild to Moderate Disease, not requiring hospitalization or oxygen supplementation due to COVID?: | Yes | — |
| Does the patient meet all eligibility criteria and at least one High-risk indication:: | Yes | — |
| High-Risk Indication:: | Diabetes | — |
| Has the patient, or parent/caregiver, been given the "Fact Sheet for Patients, Parents and Caregivers", informed of alternatives to receiving authorized casirivimab/imdevimab, and informed that it is an unapproved drug authorized for this use?: | Yes | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 1216 by Katie K Jacky, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1240 Documented: 08/10/21 1242 | Completed | 0 mg 0 mL/hr 20 Minutes | Intravenous | Performed by: Katie K Jacky, RN |
| Performed 08/10/21 1216 Documented: 08/10/21 1217 | New Bag | 600 mg 180 mL/hr 20 Minutes | Intravenous | Performed by: Katie K Jacky, RN |

**HYDROmorphone (DILAUDID) injection 0.5 mg [15281407068]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1035
Dose (Remaining/Total): 0.5 mg (0/1)
Frequency: ONCE
Admin Instructions: This is NOT morphine.

Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1036 - 08/10/21 1132
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 1132 by Katie K Jacky, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1132 Documented: 08/10/21 1132 | Given | 0.5 mg | Intravenous | Performed by: Katie K Jacky, RN Scanned Package: 63323-852-03 |

**iohexol (OMNIPAQUE 350 INJECT) contrast solution 75 mL [15281407063]**

Ordering Provider: Ryan T Murphy, MD
Ordered On: 08/10/21 1014
Dose (Remaining/Total): 75 mL (0/1)
Frequency: ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1015 - 08/10/21 1014
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 1014 by Mitchell J Tuscan | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 08/10/21 1014<br>Documented: 08/10/21 1014 | Given | 75 mL | Intravenous | Performed by: Mitchell J Tuscan |

**ketorolac injection 15 mg [15280080973]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 0842
Dose (Remaining/Total): 15 mg (0/1)
Frequency: ONCE
Admin Instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.

Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 0843 - 08/10/21 0900
Route: Intravenous
Rate/Duration: — / —
* Protect from light *

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 0900 by Samantha J Comiskey, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 0900<br>Documented: 08/10/21 0903 | Given | 15 mg | Intravenous | Performed by: Samantha J Comiskey, RN<br>Scanned Package: 0409-3793-19 |

**lactated ringers bolus 1,000 mL [15280080974]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 0842
Dose (Remaining/Total): 1,000 mL (0/1)
Frequency: ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 0843 - 08/10/21 1138
Route: Intravenous
Rate/Duration: 999 mL/hr / 60 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 0916 by Samantha J Comiskey, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 08/10/21 1138<br>Documented: 08/10/21 1138 | Completed | 0 mL<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Katie K Jacky, RN |
| Performed 08/10/21 0916<br>Documented: 08/10/21 0916 | New Bag | 1,000 mL<br>999 mL/hr<br>60 Minutes | Intravenous | Performed by: Samantha J Comiskey, RN<br>Scanned Package: 0338-0117-04 |

**methylPREDNISolone (SOLU-Medrol) PF injection 125 mg [15281407066]**

Ordering Provider: Jeffrey A Long, PA-C
Ordered On: 08/10/21 1016
Dose (Remaining/Total): 125 mg (0/1)
Frequency: ONCE
Admin Instructions: * Protect from Light *

Status: Completed (Past End Date/Time)
Starts/Ends: 08/10/21 1017 - 08/10/21 1023
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 08/10/21 Right Hand 20 | 08/10/21 1023 by Samantha J Comiskey, RN | — |

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: , Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Documents**

**Diagnostic-Cardiology - Scan on 8/11/2021 10:25 AM**

Scan (below)




**Consent-Treatment - Scan on 8/11/2021 10:44 AM**

Scan (below)



Lincoln/Hernandez 511

Patient's vital signs improved. Lung sounds improved to faint expiratory wheezing. There is no accessory muscle use or signs of respiratory distress. Patient states that she would rather go home than be admitted. She is requesting a DuoNeb nebulization solution for prescription. Will also send her home with a Medrol Dosepak given her history of asthma and physical exam findings today. She also received the Regeneron infusion. No complications. Patient is afebrile, nontoxic appearing. Strict return precautions given.

I staffed the patient with Dr. Murphy and the physician physically evaluated the patient, agrees with plan, and placed a note in the chart.

EKG per ED Physician interpretation
Rate: 110
Rhythm: sinus tachycardia
Abnormality: no
EKG was review and interpreted by myself along with the ED physician

**Labs**

**Results for orders placed or performed during the hospital encounter of 08/10/21**

**Comprehensive Metabolic Panel**

| Result | Value |
|---|---|
| Fasting Status | |
| Sodium | 140 |
| Potassium | 3.8 |
| Chloride | 112 (H) |
| Carbon Dioxide | 24 |
| Anion Gap | 8 (L) |
| Glucose | 101 (H) |
| BUN | 12 |
| Creatinine | 0.96 (H) |
| Glomerular Filtration Rate | 68 (L) |
| Comment: | eGFR 60 - 89 mL/min/1.73m2 = Mild decrease in kidney function. |
| BUN/ Creatinine Ratio | 13 |
| Calcium | 8.1 (L) |
| Bilirubin, Total | 0.7 |
| GOT/AST | 125 (H) |
| GPT/ALT | 79 (H) |
| Alkaline Phosphatase | 182 (H) |
| Albumin | 3.3 (L) |
| Protein, Total | 6.9 |
| Globulin | 3.6 |
| A/G Ratio | 0.9 (L) |

**Troponin I Ultra Sensitive**

| Result | Value |
|---|---|
| Troponin I, Ultra Sensitive | <0.02 |

**NT proBNP**

| Result | Value |
|---|---|

| | |
|---|---|
| NT-proBNP | 1,460 (H) |
| **D Dimer, Quantitative** | |
| Result | Value |
| D Dimer, Quantitative | 1.01 (H) |
| **Procalcitonin** | |
| Result | Value |
| Procalcitonin | <0.05 |
| Comment: | |

Bacterial Sepsis:
<0.5 ng/mL: Sepsis not likely. Localized bacterial infection possible.
0.5 - 2 ng/mL: Sepsis or other conditions possible
>2.0 ng/mL: High risk of sepsis/septic shock

NOTE: If bacterial sepsis is of high clinical suspicion but PCT<2 ng/mL,
consider recheck PCT 6-24 hours after initial test.

Lower Respiratory Tract Infection (LRTI):
<0.1 ng/mL: Bacterial infection highly unlikely
0.1 - 0.25 ng/mL: Bacterial infection unlikely
0.26 - 0.5 ng/mL: Bacterial infection likely
> 0.5 ng/mL: Bacterial infection highly likely

NOTE: Patients with advanced CKD or medical/surgical trauma may have elevated baseline PCT (>0.5 ng/mL) in the absence of bacterial infection. If bacterial infection is suspected, consider repeat PCT in 2 to 4 days to guide de-escalation or discontinuation of antibiotic therapy.
Higher reference range cutoffs may be appropriate for patients <3 days old.

| | |
|---|---|
| **C Reactive Protein** | |
| Result | Value |
| C-Reactive Protein | 9.7 (H) |
| **Lactate Dehydrogenase** | |
| Result | Value |
| LD, Total | 260 (H) |
| **Ferritin** | |

| | | | | |
|---|---|---|---|---|
| Resp: | **(!) 55** | **(!) 39** | **(!) 54** | **(!) 34** |
| Temp: | | | | |
| TempSrc: | | | | |
| SpO2: | 95% | 96% | 96% | 96% |
| Weight: | | | | |
| Height: | | | | |

*LMP: 07/14/2021*

Labs Reviewed

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| Chloride | 112 (*) |
| Anion Gap | 8 (*) |
| Glucose | 101 (*) |
| Creatinine | 0.96 (*) |
| Glomerular Filtration Rate | 68 (*) |
| Calcium | 8.1 (*) |
| GOT/AST | 125 (*) |
| GPT/ALT | 79 (*) |
| Alkaline Phosphatase | 182 (*) |
| Albumin | 3.3 (*) |
| A/G Ratio | 0.9 (*) |

All other components within normal limits

**NT PROBNP - Abnormal; Notable for the following components:**

NT-proBNP 1,460 (*)

All other components within normal limits

**D DIMER, QUANTITATIVE - Abnormal; Notable for the following components:**

D Dimer, Quantitative 1.01 (*)

All other components within normal limits

*Narrative:*

*Values <0.50 mg/L (FEU) may be useful to help exclude DVT or PE in patients at low clinical risk for these disorders.*

**C REACTIVE PROTEIN - Abnormal; Notable for the following components:**

C-Reactive Protein 9.7 (*)

All other components within normal limits

**LACTATE DEHYDROGENASE - Abnormal; Notable for the following components:**

| | |
|---|---|
| LD, Total | 260 (*) |

All other components within normal limits

**CBC WITH AUTOMATED DIFFERENTIAL (PERFORMABLE ONLY) - Abnormal; Notable for the following components:**

| | |
|---|---|
| MCHC | 31.5 (*) |
| Absolute Lymphocytes | 0.8 (*) |

All other components within normal limits

*Narrative:*
*This is an appended report. These results have been appended to a previously verified report.*

**TROPONIN I ULTRA SENSITIVE - Normal**
**PROCALCITONIN - Normal**
**FERRITIN - Normal**
**LACTIC ACID, VENOUS - POINT OF CARE - Normal**
**CBC WITH DIFFERENTIAL**

*Narrative:*
*The following orders were created for panel order CBC with Automated Differential.*
*Procedure Abnormality Status*
*--------- ----------- ------*
*CBC with Automated Dif...[15281407055] Abnormal Final result*

*Please view results for these tests on the individual orders.*

**BLOOD CULTURE**

*Narrative:*
*Additional Comment from 2 different sites*

**BLOOD CULTURE**

*Narrative:*
*Additional Comment from 2 different sites*

*Received aerobic bottle only.*

**POCT LACTIC ACID VENOUS WITH REFLEX**

CT Chest PE Imaging

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:45 | **Specimens Collected** | CBC with Automated Differential - ID: **21BCH-222HE00206** Type: **Blood** | |
| 08:45:02 | **Orders Acknowledged** | New - Routine Vital Signs ; Blood pressure (sepsis) ; Oxygen Therapy PRN 88% - 94% ; Electrocardiogram 12-Lead ; Intake and output ; Notify: per Routine Standards ; POCT Lactic Acid Venous With Reflex ; CBC with Automated Differential ; Comprehensive Metabolic Panel ; Blood Culture ; XR Chest AP or PA ; Insert IV ; sodium chloride 0.9 % flush bag 25 mL ; sodium chloride (PF) 0.9 % injection 2 mL ; Troponin I Ultra Sensitive ; NT proBNP ; D Dimer, Quantitative ; Procalcitonin ; C Reactive Protein ; Lactate Dehydrogenase ; Ferritin ; albuterol inhaler 2 puff ; ketorolac injection 15 mg ; lactated ringers bolus 1,000 mL ; Contact and droplet isolation status | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Blood Culture Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for C Reactive Protein Completed** | C Reactive Protein - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for CBC with Automated Differential (performable only) Completed** | CBC with Automated Differential (performable only) - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Comprehensive Metabolic Panel Completed** | Comprehensive Metabolic Panel - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for D Dimer, Quantitative Completed** | D Dimer, Quantitative - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Ferritin Completed** | Ferritin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Lactate Dehydrogenase Completed** | Lactate Dehydrogenase - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for NT proBNP Completed** | NT proBNP - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Procalcitonin Completed** | Procalcitonin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:25 | **Print Label for Troponin I Ultra Sensitive Completed** | Troponin I Ultra Sensitive - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:45:58 | **Specimens Collected** | CBC with Automated Differential (performable only) - ID: **21BCH-222HE00206** Type: **Blood** | Samantha J Comiskey, RN |
| 08:46 | **Collect D Dimer, Quantitative Completed** | D Dimer, Quantitative - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:46 | **Send D Dimer, Quantitative to Phlebotomy Completed** | D Dimer, Quantitative - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:46 | **EKG COMPLETED** | Electrocardiogram 12-Lead - [15280080975] | Jeffrey A Long, PA-C |
| 08:46:26 | **Specimens Collected** | D Dimer, Quantitative - ID: **21BCH-222CG00046** Type: **Blood** | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 08:46:30 | **Complete Electrocardiogram 12-Lead Completed** | Electrocardiogram 12-Lead | Samantha J Comiskey, RN |
| 08:46:30 | **Specimens Collected** | Electrocardiogram 12-Lead - ID: **MUSEBCA3184277** | Samantha J Comiskey, RN |
| 08:47 | **Collect C Reactive Protein Completed** | C Reactive Protein - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Collect Comprehensive Metabolic Panel Completed** | Comprehensive Metabolic Panel - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Collect Lactate Dehydrogenase Completed** | Lactate Dehydrogenase - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Collect NT proBNP Completed** | NT proBNP - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Collect Procalcitonin Completed** | Procalcitonin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Collect Troponin I Ultra Sensitive Completed** | Troponin I Ultra Sensitive - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send C Reactive Protein to Phlebotomy Completed** | C Reactive Protein - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send Comprehensive Metabolic Panel to Phlebotomy Completed** | Comprehensive Metabolic Panel - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send Lactate Dehydrogenase to Phlebotomy Completed** | Lactate Dehydrogenase - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send NT proBNP to Phlebotomy Completed** | NT proBNP - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send Procalcitonin to Phlebotomy Completed** | Procalcitonin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47 | **Send Troponin I Ultra Sensitive to Phlebotomy Completed** | Troponin I Ultra Sensitive - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:47:36 | **Specimens Collected** | Comprehensive Metabolic Panel - ID: **21BCH-222CH00370** Type: **Blood** Troponin I Ultra Sensitive - ID: **21BCH-222CH00370** Type: **Blood** NT proBNP - ID: **21BCH-222CH00370** Type: **Blood** Procalcitonin - ID: **21BCH-222CH00370** Type: **Blood** C Reactive Protein - ID: **21BCH-222CH00370** Type: **Blood** Lactate Dehydrogenase - ID: **21BCH-222CH00370** Type: **Blood** | Samantha J Comiskey, RN |
| 08:53:46 | **Orders Completed** | Electrocardiogram 12-Lead | Samantha J Comiskey, RN |
| 08:55 | **Collect Ferritin Completed** | Ferritin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:55 | **Send Ferritin to Phlebotomy Completed** | Ferritin - Type: **Blood** ; Source: **Blood, Venous** | Samantha J Comiskey, RN |
| 08:55 | **Collect Blood Culture Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Katie K Jacky, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 09:03:44 | **CBC with Automated Differential (performable only) Resulted** | **Abnormal Result** Collected: **8/10/2021 08:45** Last updated: **8/10/2021 09:03** Status: **Final result** WBC: **8.5 K/mcL** [Ref Range: 4.2 - 11.0] RBC: **4.85 mil/mcL** [Ref Range: 4.00 - 5.20] HGB: **13.2 g/dL** [Ref Range: 12.0 - 15.5] HCT: **41.9 %** [Ref Range: 36.0 - 46.5] MCV: **86.4 fl** [Ref Range: 78.0 - 100.0] MCH: **27.2 pg** [Ref Range: 26.0 - 34.0] MCHC: **31.5 g/dL** ▾ [Ref Range: 32.0 - 36.5] RDW-CV: **14.5 %** [Ref Range: 11.0 - 15.0] RDW-SD: **46.3 fL** [Ref Range: 39.0 - 50.0] PLT: **184 K/mcL** [Ref Range: 140 - 450] NRBC: **0 /100 WBC** [Ref Range: <=0] Neutrophil, Percent: **84 %** Lymphocytes, Percent: **10 %** Mono, Percent: **6 %** Eosinophils, Percent: **0 %** Basophils, Percent: **0 %** Immature Granulocytes: **0 %** Absolute Neutrophils: **7.1 K/mcL** [Ref Range: 1.8 - 7.7] Absolute Lymphocytes: **0.8 K/mcL** ▾ [Ref Range: 1.0 - 4.0] Absolute Monocytes: **0.5 K/mcL** [Ref Range: 0.3 - 0.9] Absolute Eosinophils : **0.0 K/mcL** [Ref Range: 0.0 - 0.5] Absolute Basophils: **0.0 K/mcL** [Ref Range: 0.0 - 0.3] Absolute Immmature Granulocytes: **0.0 K/mcL** [Ref Range: 0.0 - 0.2] | Lab, Background User |
| 09:04:39 | **LACTIC ACID VENOUS POINT OF CARE Resulted** | Collected: **8/10/2021 09:04** Last updated: **8/10/2021 09:08** Status: **Final result** LACTIC ACID, VENOUS - POINT OF CARE: **1.9 mmol/L** [Ref Range: <2.0] | Lab, Background User |
| 09:04:39 | **Specimens Collected** | LACTIC ACID VENOUS POINT OF CARE - ID: **21BCH-222PC00091** Type: **Blood** | |
| 09:06:46 | **Assign Nurse** | Samantha J Comiskey, RN assigned as Registered Nurse | Samantha J Comiskey, RN |
| 09:08:17 | **Lab Ordered** | LACTIC ACID, VENOUS - POINT OF CARE | Edi, Incoming Instrument Results-Telcor |
| 09:08:17 | **Orders Placed** | LACTIC ACID VENOUS POINT OF CARE | Edi, Incoming Instrument Results-Telcor |
| 09:08:20 | **Lab Resulted** | (Final result) LACTIC ACID, VENOUS - POINT OF CARE | Lab, Background User |
| 09:11:57 | **Orders Completed** | POCT Lactic Acid Venous With Reflex | Samantha J Comiskey, RN |
| 09:11:57 | **POCT Lactic Acid Venous With Reflex Completed** | POCT Lactic Acid Venous With Reflex | Samantha J Comiskey, RN |
| 09:12:04 | **Print Label for Blood Culture Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Samantha J Comiskey, RN |
| 09:13:43 | **Electrocardiogram 12-Lead Resulted** | Collected: **8/10/2021 08:46** Last updated: **8/10/2021 09:13** Status: **Final result** Systolic Blood Pressure: **192** Diastolic Blood Pressure: **91** Ventricular Rate EKG/Min (BPM): **110** Atrial Rate (BPM): **110** PR-Interval (MSEC): **124** QRS-Interval (MSEC): **86** QT-Interval (MSEC): **356** QTc: **482** P Axis (Degrees): **33** T Axis (Degrees): **30** REPORT TEXT: **Sinus tachycardia**<br>**Possible**<br>**Left atrial enlargement**<br>**Borderline ECG**<br>**No previous ECGs available**<br>**Confirmed by MURPHY M.D., RYAN (9303), editor Gretz, Nicole (10131) on 8/10/2021 9:13:40 AM** | Edi, Incoming Results (Ekg) |
| 09:14 | **Collect Blood Culture Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Katie K Jacky, RN |
| 09:14 | **Send Blood Culture to Phlebotomy Completed** | Blood Culture - Type: **Blood** ; Source: **Blood** | Katie K Jacky, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 09:14:50 | **Specimens Collected** | Blood Culture - ID: **21BCH-222MC00044** Type: **Blood** | Katie K Jacky, RN |
| 09:16 | **Medication Given** | albuterol inhaler 2 puff - Dose: **2 puff** ; Route: **Inhalation** ; Scheduled Time: **0843** ; Comment: **pt has HX of inhaler use.** | Samantha J Comiskey, RN |
| 09:16 | **Medication New Bag** | lactated ringers bolus 1,000 mL - Dose: **1,000 mL** ; Rate: **999 mL/hr** ; Route: **Intravenous** ; Line: **Peripheral IV 08/10/21 Right Hand 20** ; Scheduled Time: **0843** | Samantha J Comiskey, RN |
| 09:16 | **ED Vital Signs** | **Vitals Timer**<br>Restart Vitals Timer: Yes | Samantha J Comiskey, RN |
| 09:16 | **Custom Formula Data** | **Other flowsheet entries**<br>Shock Index (SI): 0.6 | Samantha J Comiskey, RN |
| 09:16 | **Devices Data** | **Device Data**<br>Heart Rate: **110** ! (Device Time: 09:16:00)<br>Resp: **36** ! (Device Time: 09:16:00)<br>SpO2: 97 % (Device Time: 09:16:00)<br>BP: **173/77** ! (Device Time: 09:16:00)<br>MAP (mmHg): **111** ! (Device Time: 09:16:00) | Samantha J Comiskey, RN |
| 09:19:42 | **Lab Resulted** | (Final result) D DIMER, QUANTITATIVE | Lab, Background User |
| 09:19:42 | **D Dimer, Quantitative Resulted** | **Abnormal Result** Collected: **8/10/2021 08:46** Last updated: **8/10/2021 09:19** Status: **Final result** D Dimer, Quantitative: **1.01 mg/L (FEU)** ^ [Ref Range: <0.57] | Lab, Background User |
| 09:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 9.3 | Batch, Clindoc Asap |
| 09:23:28 | **CT Ordered** | CT CHEST PE IMAGING | Jeffrey A Long, PA-C |
| 09:23:28 | **Imaging Exam Ordered** | | Jeffrey A Long, PA-C |
| 09:23:28 | **Orders Placed** | CT Chest PE Imaging | Jeffrey A Long, PA-C |
| 09:25:27 | **Lab Resulted** | (Final result) NT PROBNP | Lab, Background User |
| 09:25:27 | **Lab Resulted** | (Final result) C REACTIVE PROTEIN | Lab, Background User |
| 09:25:27 | **Lab Resulted** | (Final result) COMPREHENSIVE METABOLIC PANEL | Lab, Background User |
| 09:25:27 | **Lab Resulted** | (Final result) LACTATE DEHYDROGENASE | Lab, Background User |
| 09:25:27 | **Lab Resulted** | (Final result) TROPONIN I ULTRA SENSITIVE | Lab, Background User |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 09:25:27 | **Comprehensive Metabolic Panel Resulted** | **Abnormal Result** Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:25** Status: **Final result** Sodium: **140 mmol/L** [Ref Range: 135 - 145] Potassium: **3.8 mmol/L** [Ref Range: 3.4 - 5.1] Chloride: **112 mmol/L** ^ [Ref Range: 98 - 107] Carbon Dioxide: **24 mmol/L** [Ref Range: 21 - 32] Anion Gap: **8 mmol/L** ˅ [Ref Range: 10 - 20] Glucose: **101 mg/dL** ^ [Ref Range: 65 - 99] BUN: **12 mg/dL** [Ref Range: 6 - 20] Creatinine: **0.96 mg/dL** ^ [Ref Range: 0.51 - 0.95] Glomerular Filtration Rate: **68 mL/min/1.73m2** ˅ [Ref Range: >90] (eGFR 60 - 89 mL/min/1.73m2 = Mild decrease in kidney function.) BUN/ Creatinine Ratio: **13** [Ref Range: 7 - 25] Calcium: **8.1 mg/dL** ˅ [Ref Range: 8.4 - 10.2] Bilirubin, Total: **0.7 mg/dL** [Ref Range: 0.2 - 1.0] GOT/AST: **125 Units/L** ^ [Ref Range: <=37] GPT/ALT: **79 Units/L** ^ [Ref Range: <64] Alkaline Phosphatase: **182 Units/L** ^ [Ref Range: 45 - 117] Albumin: **3.3 g/dL** ˅ [Ref Range: 3.6 - 5.1] Protein, Total: **6.9 g/dL** [Ref Range: 6.4 - 8.2] Globulin: **3.6 g/dL** [Ref Range: 2.0 - 4.0] A/G Ratio: **0.9** ˅ [Ref Range: 1.0 - 2.4] | Lab, Background User |
| 09:25:27 | **Troponin I Ultra Sensitive Resulted** | Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:25** Status: **Final result** Troponin I, Ultra Sensitive: **<0.02 ng/mL** [Ref Range: <=0.04] | Lab, Background User |
| 09:25:27 | **NT proBNP Resulted** | **Abnormal Result** Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:25** Status: **Final result** NT-proBNP: **1,460 pg/mL** ^ [Ref Range: <=125] | Lab, Background User |
| 09:25:27 | **C Reactive Protein Resulted** | **Abnormal Result** Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:25** Status: **Final result** C-Reactive Protein: **9.7 mg/dL** ^ [Ref Range: <=1.0] | Lab, Background User |
| 09:25:27 | **Lactate Dehydrogenase Resulted** | **Abnormal Result** Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:25** Status: **Final result** LD, Total: **260 Units/L** ^ [Ref Range: 82 - 240] | Lab, Background User |
| 09:27:08 | **Orders Discontinued** | XR Chest AP or PA (08/10/21 0841) | Jeffrey A Long, PA-C |
| 09:27:08 | **Patient Prep for XR Chest AP or PA Discontinued** | XR Chest AP or PA | Jeffrey A Long, PA-C |
| 09:33:46 | **Procalcitonin Resulted** | Collected: **8/10/2021 08:47** Last updated: **8/10/2021 09:33** Status: **Final result** Procalcitonin: **<0.05 ng/mL** [Ref Range: <=0.09] (<br>Bacterial Sepsis:<br><0.5 ng/mL: Sepsis not likely. Localized bacterial infection possible.<br>0.5 - 2 ng/mL: Sepsis or other conditions possible<br>>2.0 ng/mL: High risk of sepsis/septic shock<br><br>NOTE: If bacterial sepsis is of high clinical suspicion but PCT<2 ng/mL, consider recheck PCT 6-24 hours after initial test.<br><br>Lower Respiratory Tract Infection (LRTI):<br><0.1 ng/mL: Bacterial infection highly unlikely<br>0.1 - 0.25 ng/mL: Bacterial infection unlikely<br>0.26 - 0.5 ng/mL: Bacterial infection likely<br>> 0.5 ng/mL: Bacterial infection highly likely<br><br>NOTE: Patients with advanced CKD or medical/surgical trauma may have elevated baseline PCT (>0.5 ng/mL) in the absence of bacterial infection. If bacterial infection is suspected, consider repeat PCT in 2 to 4 days to guide de-escalation or discontinuation of antibiotic therapy.<br>Higher reference range cutoffs may be appropriate for patients <3 days old.<br>) | Jessica L Frey, MLS |
| 09:33:46 | **Lab Resulted** | (Final result) PROCALCITONIN | Lab, Background User |
| 09:34:07 | **Patient Prep for CT Chest PE Imaging Completed** | CT Chest PE Imaging | Samantha J Comiskey, RN |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 14:18 | **HELP** | **HC2H Readmission Risk Score**<br>HC2H Score: 0 | Batch Scheduler |
| 14:18 | **Scoring** | **LACE+ Readmission Score**<br>LACE+ Score: 54 | Batch Scheduler |

**Labs**

**POCT Lactic Acid Venous With Reflex (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: STAT 1 Time 08/10/21 0841 - 1 occurrence
Quantity: 1
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Point Of Care
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**CBC with Automated Differential (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: STAT STAT 08/10/21 0841 - 1 occurrence
Quantity: 1
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222HE00206 | Blood | Blood, Venous | 08/10/21 0845 |

**CBC with Automated Differential**

**CBC with Automated Differential (performable only) (Abnormal)** Resulted: 08/10/21 0903, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Filed by: Lab, Background User 08/10/21 0903
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
This is an appended report. These results have been appended to a previously verified report.
Order status: Completed
Collected by: Samantha J Comiskey, RN 08/10/21 0845

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.5 | 4.2 - 11.0 K/mcL | — | BayCare Hosp |
| RBC | 4.85 | 4.00 - 5.20 mil/mcL | — | BayCare Hosp |
| HGB | 13.2 | 12.0 - 15.5 g/dL | — | BayCare Hosp |
| HCT | 41.9 | 36.0 - 46.5 % | — | BayCare Hosp |
| MCV | 86.4 | 78.0 - 100.0 fl | — | BayCare Hosp |
| MCH | 27.2 | 26.0 - 34.0 pg | — | BayCare Hosp |
| MCHC | 31.5 | 32.0 - 36.5 g/dL | **L** ˅ | BayCare Hosp |
| RDW-CV | 14.5 | 11.0 - 15.0 % | — | BayCare Hosp |
| RDW-SD | 46.3 | 39.0 - 50.0 fL | — | BayCare Hosp |
| PLT | 184 | 140 - 450 K/mcL | — | BayCare Hosp |
| NRBC | 0 | <=0 /100 WBC | — | BayCare Hosp |
| Neutrophil, Percent | 84 | % | — | BayCare Hosp |
| Lymphocytes, Percent | 10 | % | — | BayCare Hosp |
| Mono, Percent | 6 | % | — | BayCare Hosp |
| Eosinophils, Percent | 0 | % | — | BayCare Hosp |
| Basophils, Percent | 0 | % | — | BayCare Hosp |
| Immature Granulocytes | 0 | % | — | BayCare Hosp |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Absolute Neutrophils | 7.1 | 1.8 - 7.7 K/mcL | — | BayCare Hosp |
| Absolute Lymphocytes | 0.8 | 1.0 - 4.0 K/mcL | L ˅ | BayCare Hosp |
| Absolute Monocytes | 0.5 | 0.3 - 0.9 K/mcL | — | BayCare Hosp |
| Absolute Eosinophils | 0.0 | 0.0 - 0.5 K/mcL | — | BayCare Hosp |
| Absolute Basophils | 0.0 | 0.0 - 0.3 K/mcL | — | BayCare Hosp |
| Absolute Immmature Granulocytes | 0.0 | 0.0 - 0.2 K/mcL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**CBC with Automated Differential (performable only) (Final result)**

Status: **Completed**

Order placed as a reflex to CBC with Automated Differential ordered on 08/10/21 at 0842
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 — Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C — Ordering mode: Standard
Frequency: Routine Once 08/10/21 0841 - 1 occurrence — Class: Unit Collect
Quantity: 1 — Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222HE00206 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0845 |

**CBC with Automated Differential (performable only) (Abnormal)** — Resulted: 08/10/21 0903, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843 — Order status: Completed
Filed by: Lab, Background User 08/10/21 0903 — Collected by: Samantha J Comiskey, RN 08/10/21 0845
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
This is an appended report. These results have been appended to a previously verified report.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.5 | 4.2 - 11.0 K/mcL | — | BayCare Hosp |
| RBC | 4.85 | 4.00 - 5.20 mil/mcL | — | BayCare Hosp |
| HGB | 13.2 | 12.0 - 15.5 g/dL | — | BayCare Hosp |
| HCT | 41.9 | 36.0 - 46.5 % | — | BayCare Hosp |
| MCV | 86.4 | 78.0 - 100.0 fl | — | BayCare Hosp |
| MCH | 27.2 | 26.0 - 34.0 pg | — | BayCare Hosp |
| MCHC | 31.5 | 32.0 - 36.5 g/dL | L ˅ | BayCare Hosp |
| RDW-CV | 14.5 | 11.0 - 15.0 % | — | BayCare Hosp |
| RDW-SD | 46.3 | 39.0 - 50.0 fL | — | BayCare Hosp |
| PLT | 184 | 140 - 450 K/mcL | — | BayCare Hosp |
| NRBC | 0 | <=0 /100 WBC | — | BayCare Hosp |
| Neutrophil, Percent | 84 | % | — | BayCare Hosp |
| Lymphocytes, Percent | 10 | % | — | BayCare Hosp |
| Mono, Percent | 6 | % | — | BayCare Hosp |
| Eosinophils, Percent | 0 | % | — | BayCare Hosp |
| Basophils, Percent | 0 | % | — | BayCare Hosp |
| Immature Granulocytes | 0 | % | — | BayCare Hosp |
| Absolute Neutrophils | 7.1 | 1.8 - 7.7 K/mcL | — | BayCare Hosp |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Absolute Lymphocytes | 0.8 | 1.0 - 4.0 K/mcL | L ˅ | BayCare Hosp |
| Absolute Monocytes | 0.5 | 0.3 - 0.9 K/mcL | — | BayCare Hosp |
| Absolute Eosinophils | 0.0 | 0.0 - 0.5 K/mcL | — | BayCare Hosp |
| Absolute Basophils | 0.0 | 0.0 - 0.3 K/mcL | — | BayCare Hosp |
| Absolute Immmature Granulocytes | 0.0 | 0.0 - 0.2 K/mcL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**D Dimer, Quantitative (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT STAT 08/10/21 0841 - 1 occurrence Class: Unit Collect
Quantity: 1 Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CG00046 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0846 |

**D Dimer, Quantitative (Abnormal)** Resulted: 08/10/21 0919, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843 Order status: Completed
Filed by: Lab, Background User 08/10/21 0919 Collected by: Samantha J Comiskey, RN 08/10/21 0846
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
Values <0.50 mg/L (FEU) may be useful to help exclude DVT or PE in patients at low clinical risk for these disorders.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| D Dimer, Quantitative | 1.01 | <0.57 mg/L (FEU) | H ˄ | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Comprehensive Metabolic Panel (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: STAT STAT 08/10/21 0841 - 1 occurrence Class: Unit Collect
Quantity: 1 Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**Comprehensive Metabolic Panel (Abnormal)** Resulted: 08/10/21 0925, Result status: Final result

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB: Sex: F
Adm: 8/10/2021, D/C: 8/10/2021

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Filed by: Lab, Background User 08/10/21 0925
Resulting lab: AURORA BAYCARE MEDICAL CENTER

Order status: Completed
Collected by: Samantha J Comiskey, RN 08/10/21 0847

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Fasting Status | — | — | — | BayCare Hosp |
| Sodium | 140 | 135 - 145 mmol/L | — | BayCare Hosp |
| Potassium | 3.8 | 3.4 - 5.1 mmol/L | — | BayCare Hosp |
| Chloride | 112 | 98 - 107 mmol/L | H ^ | BayCare Hosp |
| Carbon Dioxide | 24 | 21 - 32 mmol/L | — | BayCare Hosp |
| Anion Gap | 8 | 10 - 20 mmol/L | L ˅ | BayCare Hosp |
| Glucose | 101 | 65 - 99 mg/dL | H ^ | BayCare Hosp |
| BUN | 12 | 6 - 20 mg/dL | — | BayCare Hosp |
| Creatinine | 0.96 | 0.51 - 0.95 mg/dL | H ^ | BayCare Hosp |
| Glomerular Filtration Rate | 68 | >90 mL/min/1.73m2 | L ˅ | BayCare Hosp |
| Comment: eGFR 60 - 89 mL/min/1.73m2 = Mild decrease in kidney function. | | | | |
| BUN/ Creatinine Ratio | 13 | 7 - 25 | — | BayCare Hosp |
| Calcium | 8.1 | 8.4 - 10.2 mg/dL | L ˅ | BayCare Hosp |
| Bilirubin, Total | 0.7 | 0.2 - 1.0 mg/dL | — | BayCare Hosp |
| GOT/AST | 125 | <=37 Units/L | H ^ | BayCare Hosp |
| GPT/ALT | 79 | <64 Units/L | H ^ | BayCare Hosp |
| Alkaline Phosphatase | 182 | 45 - 117 Units/L | H ^ | BayCare Hosp |
| Albumin | 3.3 | 3.6 - 5.1 g/dL | L ˅ | BayCare Hosp |
| Protein, Total | 6.9 | 6.4 - 8.2 g/dL | — | BayCare Hosp |
| Globulin | 3.6 | 2.0 - 4.0 g/dL | — | BayCare Hosp |
| A/G Ratio | 0.9 | 1.0 - 2.4 | L ˅ | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Troponin I Ultra Sensitive (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: STAT STAT 08/10/21 0841 - 1 occurrence
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**Troponin I Ultra Sensitive (Normal)** Resulted: 08/10/21 0925, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Filed by: Lab, Background User 08/10/21 0925
Resulting lab: AURORA BAYCARE MEDICAL CENTER

Order status: Completed
Collected by: Samantha J Comiskey, RN 08/10/21 0847

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I, Ultra Sensitive | <0.02 | <=0.04 ng/mL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**NT proBNP (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT STAT 08/10/21 0841 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**NT proBNP (Abnormal)** Resulted: 08/10/21 0925, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/10/21 0925
Collected by: Samantha J Comiskey, RN 08/10/21 0847
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| NT-proBNP | 1,460 | <=125 pg/mL | **H ^** | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Procalcitonin (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT STAT 08/10/21 0842 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**Procalcitonin (Normal)** Resulted: 08/10/21 0933, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Jessica L Frey, MLS 08/10/21 0933
Collected by: Samantha J Comiskey, RN 08/10/21 0847
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | <0.05 | <=0.09 ng/mL | — | BayCare Hosp |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

Comment:

Bacterial Sepsis:
<0.5 ng/mL: Sepsis not likely. Localized bacterial infection possible.
0.5 - 2 ng/mL: Sepsis or other conditions possible
>2.0 ng/mL: High risk of sepsis/septic shock

NOTE: If bacterial sepsis is of high clinical suspicion but PCT<2 ng/mL,
consider recheck PCT 6-24 hours after initial test.

Lower Respiratory Tract Infection (LRTI):
<0.1 ng/mL: Bacterial infection highly unlikely
0.1 - 0.25 ng/mL: Bacterial infection unlikely
0.26 - 0.5 ng/mL: Bacterial infection likely
> 0.5 ng/mL: Bacterial infection highly likely

NOTE: Patients with advanced CKD or medical/surgical trauma may have
elevated baseline PCT (>0.5 ng/mL) in the absence of bacterial infection. If
bacterial infection is suspected, consider repeat PCT in 2 to 4 days to guide de-escalation or discontinuation of antibiotic therapy.
Higher reference range cutoffs may be appropriate for patients <3 days old.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**C Reactive Protein (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT STAT 08/10/21 0842 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**C Reactive Protein (Abnormal)** Resulted: 08/10/21 0925, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/10/21 0925
Collected by: Samantha J Comiskey, RN 08/10/21 0847
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein | 9.7 | <=1.0 mg/dL | **H ^** | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

### Lactate Dehydrogenase (Final result)

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT 1 Time 08/10/21 0842 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00370 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0847 |

**Lactate Dehydrogenase (Abnormal)** Resulted: 08/10/21 0925, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/10/21 0925
Collected by: Samantha J Comiskey, RN 08/10/21 0847
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD, Total | 260 | 82 - 240 Units/L | H ^ | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

### Blood Culture (Final result)

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT Q15 Min 08/10/21 0841 - 2 occurrences
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM
Order comments: from 2 different sites

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222MC00036 | Blood | Blood | Katie K Jacky, RN 08/10/21 0855 |

**Blood Culture** Resulted: 08/14/21 2203, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/14/21 2203
Collected by: Katie K Jacky, RN 08/10/21 0855
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
Additional Comment from 2 different sites

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture, Blood or Bone Marrow | No Growth 5 Days. | — | — | BayCare Hosp |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Ferritin (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT 1 Time 08/10/21 0842 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222CH00368 | Blood | Blood, Venous | Samantha J Comiskey, RN 08/10/21 0855 |

**Ferritin (Normal)** Resulted: 08/10/21 1003, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/10/21 1003
Collected by: Samantha J Comiskey, RN 08/10/21 0855
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 67 | 8 - 252 ng/mL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**LACTIC ACID VENOUS POINT OF CARE (Final result)**

Electronically signed by: **Edi, Incoming Instrument Results-Telcor on 08/10/21 0904** Status: **Completed**
Ordering user: Edi, Incoming Instrument Results-Telcor 08/10/21 0904
Authorized by: Provider Not In System
Ordering mode: Standard
Frequency: Routine 1 Time 08/10/21 0909 - 1 occurrence
Class: Point Of Care
Quantity: 1
Lab status: Final result
Instance released by: Edi, Incoming Instrument Results-Telcor (auto-released) 8/10/2021 9:08 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222PC00091 | Blood | Blood, Venous | 08/10/21 0904 |

**LACTIC ACID VENOUS POINT OF CARE (Normal)** Resulted: 08/10/21 0904, Result status: Final result

Order status: Completed
Filed by: Lab, Background User 08/10/21 0908
Collected by: 08/10/21 0904
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LACTIC ACID, VENOUS - POINT OF CARE | 1.9 | <2.0 mmol/L | — | BayCare Hosp |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Blood Culture (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT Q15 Min 08/10/21 0841 - 2 occurrences
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM
Order comments: from 2 different sites

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-222MC00044 | Blood | Blood | Katie K Jacky, RN 08/10/21 0914 |

**Blood Culture** Resulted: 08/14/21 2203, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Order status: Completed
Filed by: Lab, Background User 08/14/21 2203
Collected by: Katie K Jacky, RN 08/10/21 0914
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
Additional Comment from 2 different sites

Received aerobic bottle only.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture, Blood or Bone Marrow | No Growth 5 Days. | — | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Imaging**

**Imaging**

**XR Chest AP or PA (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C
Ordering mode: Standard
Frequency: STAT Once 08/10/21 0841 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM
Discontinued by: Jeffrey A Long, PA-C 08/10/21 0927

**Questionnaire**

| Question | Answer |
|---|---|
| Will the procedure be performed portably? | Yes |
| Reason for exam? | Fever |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Imaging (continued)**

| | | |
|---|---|---|
| exam with contrast in the last 30 days? | | |
| Chest abdomen and pelvis only: Have you had a test for barium (esophogram, UGI, small bowel, etc) in the past 5days? | | |
| Do you have a power port in your chest? | | |
| Is there anything we need to know in order to better prepare for your exam? For example: Are you deaf or hard of hearing?, Unable to stand without help?, Need an interpreter?, Use a wheelchair or an aid to walk? | No | |
| Comment - Limitations | | |
| Have you had any previous X-rays, CT, MRI, NM, US or PET of the same area as this test? | Yes | 2015 |
| Information reviewed by: | | |
| Date information was reviewed: | | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Destination Chart Station: | | |
| Please enter the CTDIvol (mGy) for this examination: | | |
| Please enter the DLP (mGy•cm) for this examination | | |
| Only answer if not dictating in PowerScribe: What system will be used for dictation? | Powerscribe | |

**CT Chest PE Imaging** Resulted: 08/10/21 1028, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0923
Resulted by: Paul Ho, MD
Performed: 08/10/21 1006 - 08/10/21 1013
Resulting lab: AURORA HEALTH CARE RADIOLOGY
Order status: Completed
Filed by: Edi, Rad Results In 08/10/21 1031
Accession number: 105306804080

Narrative:
CT ANGIOGRAM CHEST PE IMAGING- 3D

COMPARISON: 12/20/2017

HISTORY: Shortness of breath. Elevated d-dimer. Covid 19 positive.

PROCEDURE: 2 mm helical images were obtained through the chest after administration of IV contrast. 3D and multiplanar reconstructions were obtained on an independent workstation by the technologist.

FINDINGS: There is excellent opacification of the pulmonary arteries. There are no pulmonary arterial filling defects.

Extensive airspace opacities are seen in the upper lobes right greater than left right middle lobe and both lower lobes left greater than right. There are no pleural or pericardial effusions. There are enlarged mediastinal and hilar lymph nodes. There is no axillary adenopathy. There is a small hiatal hernia. There are no adrenal masses.

Impression:
IMPRESSION:
1. Negative for PE.
2. Extensive bilateral pneumonia compatible with Covid 19 pneumonia.
3. Bilateral hilar and mediastinal adenopathy.

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Imaging (continued)**

4. Cardiomegaly.

| Procedures Performed | Chargeables |
|---|---|
| CT ANGIOGRAM CHEST PE IMAGING- 3D [IMG1821] | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **737 - AHC Radiology** | AURORA HEALTH CARE RADIOLOGY | Unknown | Unknown | 10/27/10 1742 - Present |

**Signed**

Electronically signed by Paul Ho, MD on 8/10/21 at 1028 CDT

### Respiratory Care

**Oxygen Therapy PRN 88% - 94% (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: Routine PRN 08/10/21 0840 - Until Specified
Quantity: 1
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Hospital Performed
Discontinued by: Discharge Provider, Automatic 08/10/21 1618 [Patient Discharge]
Acknowledged: Samantha J Comiskey, RN 08/10/21 0845 for Placing Order

**Questionnaire**

| Question | Answer |
|---|---|
| To Keep SP02 Range | 88% - 94% |

Order comments: A physician should be notified when the following steps are necessary to maintain an SpO2 of > 90%: ; An oxygen flow rate increase of > 4 liters/min or, ; An FiO2 increase of 20% or, ; An FiO2 requirement of 90%

### Procedures

**Electrocardiogram 12-Lead (Final result)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 0842** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 0842
Authorized by: Jeffrey A Long, PA-C
Frequency: STAT 1 Time 08/10/21 0841 - 1 occurrence
Quantity: 1
Ordering provider: Jeffrey A Long, PA-C
Ordering mode: Standard
Class: Hospital Performed
Lab status: Final result
Instance released by: Jeffrey A Long, PA-C (auto-released) 8/10/2021 8:43 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| MUSEBCA3184277 | — | — | Samantha J Comiskey, RN 08/10/21 0846 |

**Electrocardiogram 12-Lead** Resulted: 08/10/21 0913, Result status: Final result

Ordering provider: Jeffrey A Long, PA-C 08/10/21 0843
Filed by: Edi, Incoming Results (Ekg) 08/10/21 0913
Resulting lab: MUSE
Order status: Completed
Collected by: Samantha J Comiskey, RN 08/10/21 0846

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Systolic Blood Pressure | 192 | — | — | MUSE |
| Diastolic Blood Pressure | 91 | — | — | MUSE |
| Ventricular Rate EKG/Min (BPM) | 110 | — | — | MUSE |
| Atrial Rate (BPM) | 110 | — | — | MUSE |

| | |
|---|---|
| | Use Authorization (EUA) by the United States Food and Drug Administration (FDA). These results are considered definitive and do not need to be confirmed by another method. |
| SARS-CoV-2 Ct Value | 30.8 |
| Comment: | The results of this test are interpreted as POSITIVE. The Cycle Threshold (CT) value is provided for informational purposes only. While Ct values in a positive SARS-CoV-2 test may indicate the relative amount of viral RNA (not intact virus) present in the sample at the time of the test, these values may change over the course of the illness and should NOT be used to predict intervention strategy, infectious potential or patient outcome. The Ct values in a positive specimen may range from 0 – 45. |

**Radiology Results**

**No orders to display**

Any images above were personally reviewed by me and discussed with supervising physician and with the corresponding radiologist.

Medications
**ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg (4 mg Oral Given 8/7/21 2323)**
**ketorolac injection 15 mg (15 mg**

Aurora Health Care®

AURORA BAYCARE MEDICAL CENTER
2845 GREENBRIER RD
GREEN BAY WI 54311-6519

Hernandez, Serena L
MRN: 3096807, DOB:
Adm: 8/7/2021, D/C: 8/8/2021

Sex: F

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 22:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 22:24:06 | **Assign APP** | Ashley Heesacker, PA-C assigned as Physician Assistant | Ashley Heesacker, PA-C |
| 22:24:06 | **Provider Contact With Patient Start** | | Ashley Heesacker, PA-C |
| 22:28:33 | **Registration Completed** | | Jaime L Thomson |
| 22:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 22:47:11 | **Lab Ordered** | RAPID SARS-COV-2 BY PCR | Ashley Heesacker, PA-C |
| 22:47:11 | **Orders Placed** | Rapid SARS-CoV-2 by PCR | Ashley Heesacker, PA-C |
| 22:59:57 | **Lab Ordered** | URINALYSIS & REFLEX MICROSCOPY WITH CULTURE IF INDICATED | Ashley Heesacker, PA-C |
| 22:59:57 | **Orders Placed** | Urinalysis & Reflex Microscopy With Culture If Indicated | Ashley Heesacker, PA-C |
| 23:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 23:00:07 | **Orders Placed** | Contact and droplet isolation status | Ashley Heesacker, PA-C |
| 23:01:23 | **Orders Placed** | ketorolac injection 15 mg ; ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg | Ashley Heesacker, PA-C |
| 23:04 | **Collect Rapid SARS-CoV-2 by PCR Completed** | Rapid SARS-CoV-2 by PCR - Type: **Swab** ; Source: **Nasopharyngeal** | Princess Storme Vele V, RN |
| 23:04:08 | **Orders Acknowledged** | New - Rapid SARS-CoV-2 by PCR ; Contact and droplet isolation status ; Urinalysis & Reflex Microscopy With Culture If Indicated ; ketorolac injection 15 mg ; ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg | Princess Storme Vele V, RN |
| 23:04:16 | **Print Label for Rapid SARS-CoV-2 by PCR Completed** | Rapid SARS-CoV-2 by PCR - Type: **Swab** ; Source: **Nasopharyngeal** | Princess Storme Vele V, RN |
| 23:04:28 | **Specimens Collected** | Rapid SARS-CoV-2 by PCR - ID: **21BCH-219MC00075** Type: **Swab** | Princess Storme Vele V, RN |
| 23:11 | **Collect Urinalysis & Reflex Microscopy With Culture If Indicated Completed** | Urinalysis & Reflex Microscopy With Culture If Indicated - Type: **Urine** ; Source: **Urine clean catch** | Princess Storme Vele V, RN |
| 23:11:14 | **Print Label for Urinalysis & Reflex Microscopy With Culture If Indicated Completed** | Urinalysis & Reflex Microscopy With Culture If Indicated - Type: **Urine** ; Source: **Urine clean catch** | Princess Storme Vele V, RN |
| 23:11:23 | **Specimens Collected** | Urinalysis & Reflex Microscopy With Culture If Indicated - ID: **21BCH-219UA00031** Type: **Urine** | Princess Storme Vele V, RN |
| 23:19:10 | **Orders Modified** | Order Modified - ketorolac injection 15 mg (Comment: Modified from ketorolac injection 15 mg) | Ashley Heesacker, PA-C |
| 23:20 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 23:23 | **Medication Not Given** | ketorolac injection 15 mg - Dose: **15 mg** ; Route: **Intravenous** ; Reason: **Order parameters not met** ; Scheduled Time: **2302** | Princess Storme Vele V, RN |
| 23:23 | **Medication Given** | ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg - Dose: **4 mg** ; Route: **Oral** ; Scheduled Time: **2302** | Princess Storme Vele V, RN |
| 23:23 | **Medication Given** | ketorolac injection 15 mg - Dose: **15 mg** ; Route: **Intramuscular** ; Site: **Arm, Right** ; Scheduled Time: **2320** | Princess Storme Vele V, RN |
| 23:23 | **Data** | **Pain Evaluation**<br>Pain Evaluation: Pain level/behaviors unacceptable - administer scheduled/PRN intervention | Princess Storme Vele V, RN |
| 23:24:05 | **Urinalysis & Reflex Microscopy With Culture If Indicated Resulted** | **Abnormal Result** Collected: **8/7/2021 23:11** Last updated: **8/7/2021 23:24** Status: **Final result** COLOR, URINALYSIS: **Yellow** APPEARANCE, URINALYSIS: **Cloudy** GLUCOSE, URINALYSIS: **Negative mg/dL** [Ref Range: Negative] BILIRUBIN, URINALYSIS: **Negative** [Ref Range: Negative] KETONES, URINALYSIS: **Negative mg/dL** [Ref Range: Negative] SPECIFIC GRAVITY, URINALYSIS: **>1.030** ^ [Ref Range: 1.005 - 1.030] OCCULT BLOOD, URINALYSIS: **Negative** [Ref Range: Negative] PH, URINALYSIS: **5.0** [Ref Range: 5.0 - 7.0] PROTEIN, URINALYSIS: **30 mg/dL** ! [Ref Range: Negative] UROBILINOGEN, URINALYSIS: **0.2 mg/dL** [Ref Range: 0.2, 1.0] NITRITE, URINALYSIS: **Negative** [Ref Range: Negative] LEUKOCYTE ESTERASE, URINALYSIS: **Negative** [Ref Range: Negative] SQUAMOUS EPITHELIAL, URINALYSIS: **11 to 25 /hpf** ! [Ref Range: None Seen, 1 to 5] ERYTHROCYTES, URINALYSIS: **26 to 100 /hpf** ! [Ref Range: None Seen, 1 to 2] LEUKOCYTES, URINALYSIS: **1 to 5 /hpf** [Ref Range: None Seen, 1 to 5] BACTERIA, URINALYSIS: **None Seen /hpf** [Ref Range: None Seen] HYALINE CASTS, URINALYSIS: **None Seen /lpf** [Ref Range: None Seen, 1 to 5] MUCUS: **Present** | Marissa M Ziebarth, MLT |
| 23:24:05 | **Lab Resulted** | (Final result) URINALYSIS & REFLEX MICROSCOPY WITH CULTURE IF INDICATED | Lab, Background User |
| 23:26:20 | **Orders Acknowledged** | Modified - ketorolac injection 15 mg (Comment: Modified from ketorolac injection 15 mg) | Princess Storme Vele V, RN |
| 23:40 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |

| **8/8/2021** | **Event** | **Details** | **User** |
|---|---|---|---|
| 00:00 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 00:16:51 | **Discharge Orders Modified** | Order Modified - albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution (Comment: Modified from albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution) | Ashley Heesacker, PA-C |
| 00:16:51 | **Discharge Orders Placed** | ibuprofen (MOTRIN) 800 MG tablet ; ondansetron (Zofran ODT) 4 MG disintegrating tablet | Ashley Heesacker, PA-C |
| 00:21 | **Scoring** | **Sepsis Score**<br>Sepsis Score: 1.7 | Batch, Clindoc Asap |
| 00:22:47 | **ED Provider Notes** | Note filed at this time | Ashley Heesacker, PA-C; Cosigned by Jane K Witman, MD |
| 00:24 | **Departure Condition** | **Departure Condition**<br>Mobility at Departure: Ambulatory<br>Patient Teaching: Discharge instructions reviewed; Pain management discussed; Patient verbalized understanding<br>Departure Mode: With spouse or significant other | Princess Storme Vele V, RN |
| 00:25 | **Charting Complete** | | Princess Storme Vele V, RN |
| 00:25 | **Patient discharged** | | Princess Storme Vele V, RN |
| 00:25 | **RETIRED - D/C Transition Planning** | **LACE Readmission Risk Score**<br>LACE Score: 8 | Batch Scheduler |
| 00:25 | **HELP** | **HC2H Readmission Risk Score**<br>HC2H Score: 0 | Batch Scheduler |
| 00:25 | **Scoring** | **LACE+ Readmission Score**<br>LACE+ Score: 51 | Batch Scheduler |

**Labs**

**Rapid SARS-CoV-2 by PCR (Final result)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2247** Status: **Completed**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2247
Ordering provider: Ashley Heesacker, PA-C
Authorized by: Ashley Heesacker, PA-C
Ordering mode: Standard
Frequency: STAT 1 Time 08/07/21 2248 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Ashley Heesacker, PA-C (auto-released) 8/7/2021 10:47 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | Yes |
| Days since symptom onset? | 5 or less |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-219MC00075 | Swab | Nasopharyngeal | Princess Storme Vele V, RN 08/07/21 2304 |

**Rapid SARS-CoV-2 by PCR (Abnormal)** Resulted: 08/08/21 0003, Result status: Final result

Ordering provider: Ashley Heesacker, PA-C 08/07/21 2247
Order status: Completed
Filed by: Marissa M Ziebarth, MLT 08/08/21 0003
Collected by: Princess Storme Vele V, RN 08/07/21 2304
Resulting lab: AURORA BAYCARE MEDICAL CENTER

**Components**

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rapid SARS-COV-2 by PCR | Detected | Not Detected / Detected / Presumptive Positive / Inhibitors present | A ! | BayCare Hosp |
| Procedural Comment | — | — | — | BayCare Hosp |

Comment:
SARS-CoV-2 nucleic acid has been detected indicating the presence of COVID-19.

Testing was performed using the Cepheid Xpert Xpress SARS-CoV-2 RT-PCR assay that has been given Emergency Use Authorization (EUA) by the United States Food and Drug Administration (FDA). These results are considered definitive and do not need to be confirmed by another method.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 Ct Value | 30.8 | — | — | BayCare Hosp |

Comment:
The results of this test are interpreted as POSITIVE. The Cycle Threshold (CT) value is provided for informational purposes only. While Ct values in a positive SARS-CoV-2 test may indicate the relative amount of viral RNA (not intact virus) present in the sample at the time of the test, these values may change over the course of the illness and should NOT be used to predict intervention strategy, infectious potential or patient outcome. The Ct values in a positive specimen may range from 0 – 45.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Urinalysis & Reflex Microscopy With Culture If Indicated (Final result)**

Electronically signed by: **Ashley Heesacker, PA-C on 08/07/21 2259** Status: **Completed**
Ordering user: Ashley Heesacker, PA-C 08/07/21 2259
Authorized by: Ashley Heesacker, PA-C
Frequency: STAT STAT 08/07/21 2300 - 1 occurrence
Quantity: 1
Ordering provider: Ashley Heesacker, PA-C
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result
Instance released by: Ashley Heesacker, PA-C (auto-released) 8/7/2021 10:59 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-219UA00031 | Urine | Urine clean catch | Princess Storme Vele V, RN 08/07/21 2311 |

**Urinalysis & Reflex Microscopy With Culture If Indicated (Abnormal)** Resulted: 08/07/21 2324, Result status: Final result

Ordering provider: Ashley Heesacker, PA-C 08/07/21 2259
Filed by: Marissa M Ziebarth, MLT 08/07/21 2324
Resulting lab: AURORA BAYCARE MEDICAL CENTER
Order status: Completed
Collected by: Princess Storme Vele V, RN 08/07/21 2311

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| COLOR, URINALYSIS | Yellow | — | — | BayCare Hosp |
| APPEARANCE, URINALYSIS | Cloudy | — | — | BayCare Hosp |
| GLUCOSE, URINALYSIS | Negative | Negative mg/dL | — | BayCare Hosp |
| BILIRUBIN, URINALYSIS | Negative | Negative | — | BayCare Hosp |
| KETONES, URINALYSIS | Negative | Negative mg/dL | — | BayCare Hosp |
| SPECIFIC GRAVITY, URINALYSIS | >1.030 | 1.005 - 1.030 | H ^ | BayCare Hosp |
| OCCULT BLOOD, URINALYSIS | Negative | Negative | — | BayCare Hosp |
| PH, URINALYSIS | 5.0 | 5.0 - 7.0 | — | BayCare Hosp |
| PROTEIN, URINALYSIS | 30 | Negative mg/dL | A ! | BayCare Hosp |
| UROBILINOGEN, URINALYSIS | 0.2 | 0.2, 1.0 mg/dL | — | BayCare Hosp |
| NITRITE, URINALYSIS | Negative | Negative | — | BayCare Hosp |
| LEUKOCYTE ESTERASE, URINALYSIS | Negative | Negative | — | BayCare Hosp |

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| SQUAMOUS EPITHELIAL, URINALYSIS | 11 to 25 | None Seen, 1 to 5 /hpf | A ! | BayCare Hosp |
| ERYTHROCYTES, URINALYSIS | 26 to 100 | None Seen, 1 to 2 /hpf | A ! | BayCare Hosp |
| LEUKOCYTES, URINALYSIS | 1 to 5 | None Seen, 1 to 5 /hpf | — | BayCare Hosp |
| BACTERIA, URINALYSIS | None Seen | None Seen /hpf | — | BayCare Hosp |
| HYALINE CASTS, URINALYSIS | None Seen | None Seen, 1 to 5 /lpf | — | BayCare Hosp |
| MUCUS | Present | — | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Unknown | 2845 Greenbrier Road Green Bay WI 54311 | 07/26/21 1544 - Present |

**Medication Administrations**

**ketorolac injection 15 mg [15254690845]**

Ordering Provider: Ashley Heesacker, PA-C
Ordered On: 08/07/21 2301
Dose (Remaining/Total): 15 mg (1/1)
Frequency: ONCE
Admin Instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 08/07/21 2302 - 08/07/21 2319
Route: Intravenous
Rate/Duration: — / —
* Protect from light *

| Timestamps | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/07/21 2323 Documented: 08/07/21 2324 | Not Given Order parameters not met | 15 mg | Intravenous | Performed by: Princess Storme Vele V, RN Scanned Package: 0409-3793-19 |

**ketorolac injection 15 mg [15280080941]**

Ordering Provider: Ashley Heesacker, PA-C
Ordered On: 08/07/21 2319
Dose (Remaining/Total): 15 mg (0/1)
Frequency: ONCE
Admin Instructions: Do not administer with other NSAIDs. If IV, give over at least 15 seconds. Ketorolac therapy has a 5 day stop date - no renewals allowed.

Status: Completed (Past End Date/Time)
Starts/Ends: 08/07/21 2320 - 08/07/21 2323
Route: Intramuscular
Rate/Duration: — / —
* Protect from light *

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 08/07/21 2323 Documented: 08/07/21 2323 | Given | 15 mg | Intramuscular Arm, Right | Performed by: Princess Storme Vele V, RN Scanned Package: 0409-3793-19 |

**ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg [15254690846]**

Ordering Provider: Ashley Heesacker, PA-C
Ordered On: 08/07/21 2301

Status: Completed (Past End Date/Time)
Starts/Ends: 08/07/21 2302 - 08/07/21 2323

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

PM
Discontinued by: Samantha Christiansen, MLS 04/23/21 1338 [Request credited: (test reordered)]
Diagnoses
Pre-procedural laboratory examination [Z01.812]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21WAL-113CM00997 | Swab | Nasal, Mid-turbinate | — |

**Indications**

Pre-procedural laboratory examination [Z01.812 (ICD-10-CM)]

### CBC WITH DIFFERENTIAL (Final result)

Electronically signed by: **Briana Robinette, LPN on 04/23/21 1302** Status: **Completed**
Ordering user: Briana Robinette, LPN 04/23/21 1302 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/23/21 1357 for Ordering
Frequency: STAT 04/23/21 - Class: Lab Collect
Quantity: 1 Lab status: Final result
Instance released by: Samantha Christiansen, MLS 4/23/2021 1:13 PM
Diagnoses
Moderate persistent asthma without complication [J45.40]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-113HE00288 | Blood | Blood, Venous | 04/23/21 1313 |

**CBC with Automated Differential**

**CBC with Automated Differential (performable only) (Abnormal)** Resulted: 04/23/21 1331, Result status: Final result

Order status: Completed Filed by: Lab, Background User 04/23/21 1331
Collected by: Samantha Christiansen, MLS 04/23/21 1313 Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
This is an appended report. These results have been appended to a previously verified report.
Acknowledged by: Kerri L Schey, APNP on 04/25/21 1253

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.7 | 4.2 - 11.0 K/mcL | — | BayCare Hosp |
| RBC | 3.94 | 4.00 - 5.20 mil/mcL | L ▾ | BayCare Hosp |
| HGB | 11.3 | 12.0 - 15.5 g/dL | L ▾ | BayCare Hosp |
| HCT | 34.8 | 36.0 - 46.5 % | L ▾ | BayCare Hosp |
| MCV | 88.3 | 78.0 - 100.0 fl | — | BayCare Hosp |
| MCH | 28.7 | 26.0 - 34.0 pg | — | BayCare Hosp |
| MCHC | 32.5 | 32.0 - 36.5 g/dL | — | BayCare Hosp |
| RDW-CV | 14.7 | 11.0 - 15.0 % | — | BayCare Hosp |
| RDW-SD | 47.8 | 39.0 - 50.0 fL | — | BayCare Hosp |
| PLT | 270 | 140 - 450 K/mcL | — | BayCare Hosp |
| NRBC | 0 | <=0 /100 WBC | — | BayCare Hosp |
| Neutrophil, Percent | 67 | % | — | BayCare Hosp |

## 04/23/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Lymphocytes, Percent | 24 | % | — | BayCare Hosp |
| Mono, Percent | 7 | % | — | BayCare Hosp |
| Eosinophils, Percent | 2 | % | — | BayCare Hosp |
| Basophils, Percent | 0 | % | — | BayCare Hosp |
| Immature Granulocytes | 0 | % | — | BayCare Hosp |
| Absolute Neutrophils | 6.4 | 1.8 - 7.7 K/mcL | — | BayCare Hosp |
| Absolute Lymphocytes | 2.3 | 1.0 - 4.0 K/mcL | — | BayCare Hosp |
| Absolute Monocytes | 0.7 | 0.3 - 0.9 K/mcL | — | BayCare Hosp |
| Absolute Eosinophils | 0.2 | 0.0 - 0.5 K/mcL | — | BayCare Hosp |
| Absolute Basophils | 0.0 | 0.0 - 0.3 K/mcL | — | BayCare Hosp |
| Absolute Immmature Granulocytes | 0.0 | 0.0 - 0.2 K/mcL | — | BayCare Hosp |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230028 - BayCare Hosp** | AURORA BAYCARE MEDICAL CENTER | Timothy L Chamberlain, MD | 2845 Greenbrier Road Green Bay WI 54311 | 10/31/18 1132 - 07/26/21 1544 |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

### CBC WITH AUTOMATED DIFFERENTIAL (PERFORMABLE ONLY) (Final result)

Status: **Completed**

Order placed as a reflex to CBC with Automated Differential ordered on 04/23/21 at 1302
Ordering user: Briana Robinette, LPN 04/23/21 1302 — Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: STAT 04/23/21 - — Class: Lab Collect
Quantity: 1 — Lab status: Final result
Diagnoses
Moderate persistent asthma without complication [J45.40]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21BCH-113HE00288 | Blood | Blood, Venous | Samantha Christiansen, MLS 04/23/21 1313 |

**CBC with Automated Differential (performable only) (Abnormal)** — Resulted: 04/23/21 1331, Result status: Final result

Order status: Completed — Filed by: Lab, Background User 04/23/21 1331
Collected by: Samantha Christiansen, MLS 04/23/21 1313 — Resulting lab: AURORA BAYCARE MEDICAL CENTER
Narrative:
This is an appended report. These results have been appended to a previously verified report.
Acknowledged by: Kerri L Schey, APNP on 04/25/21 1253

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.7 | 4.2 - 11.0 K/mcL | — | BayCare Hosp |
| RBC | 3.94 | 4.00 - 5.20 mil/mcL | L ▼ | BayCare Hosp |
| HGB | 11.3 | 12.0 - 15.5 g/dL | L ▼ | BayCare Hosp |
| HCT | 34.8 | 36.0 - 46.5 % | L ▼ | BayCare Hosp |
| MCV | 88.3 | 78.0 - 100.0 fl | — | BayCare Hosp |
| MCH | 28.7 | 26.0 - 34.0 pg | — | BayCare Hosp |
| MCHC | 32.5 | 32.0 - 36.5 g/dL | — | BayCare Hosp |
| RDW-CV | 14.7 | 11.0 - 15.0 % | — | BayCare Hosp |
| RDW-SD | 47.8 | 39.0 - 50.0 fL | — | BayCare Hosp |

**04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)**

**Clinical Notes (continued)**

Reviewed asthma pathophysiology, medical regimen, various treatment modalities and episodic therapy. "Rules of two" were discussed: using rescue inhaler more than twice a week, waking up more than twice a month or are coughing more than 2 days, patient then needs to contact the clinic for exacerbation management.

**Kerri L Schey, APNP**

Electronically signed by Kerri L Schey, APNP at 4/23/2021 7:12 PM

**Labs**

**CBC WITH DIFFERENTIAL (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1247** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1247
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine 04/23/21 -
Class: Lab Collect
Quantity: 1
Discontinued by: Briana Robinette, LPN 04/23/21 1302
Diagnoses
Moderate persistent asthma without complication [J45.40]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**CBC WITH DIFFERENTIAL (Completed)**

Electronically signed by: **Briana Robinette, LPN on 04/23/21 1302** Status: **Completed**
Ordering user: Briana Robinette, LPN 04/23/21 1302
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/23/21 1357 for Ordering
Frequency: STAT 04/23/21 -
Class: Lab Collect
Quantity: 1
Diagnoses
Moderate persistent asthma without complication [J45.40]
Modified from: CBC WITH DIFFERENTIAL

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | Blood, Venous | — |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

## 04/23/2021 - Office Visit in Aurora Pulmonary Medicine-ABMC MOB (continued)

**Labs (continued)**

**COVID DIAGNOSTIC TEST (Discontinued)**

Electronically signed by: **Briana Robinette, LPN on 04/23/21 1322** Status: **Discontinued**
Ordering user: Briana Robinette, LPN 04/23/21 1322 Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/23/21 1357 for Ordering
Frequency: Routine 04/23/21 - Class: Lab Collect
Quantity: 1 Discontinued by: Dennis J Vandenbush, LPN 11/22/21 0726 [Not Performed]

Diagnoses
Pre-procedural laboratory examination [Z01.812]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | No |
| Is the test being ordered pre-procedure or for inpatient admission? | Yes |
| Is this critical testing for an urgent admission or procedure within 24 hours? | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Swab | Nasal, Mid-turbinate | — |

**Indications**

Pre-procedural laboratory examination [Z01.812 (ICD-10-CM)]

**Other Orders**

**Medications**

**albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution (Cancel Pend)**

Electronically signed by: **Rejoice E Akakpo, LPN on 04/23/21 1213** Status: **Cancel Pend**
Ordering user: Rejoice E Akakpo, LPN 04/23/21 1213 Authorized by: Kerri L Schey, APNP
PRN reasons: Wheezing
Frequency: Routine Q6H PRN 04/23/21 - Until Discontinued Class: Eprescribe
Pended by: Rejoice E Akakpo, LPN 04/23/21 1213 Discontinued by: Rejoice E Akakpo, LPN 04/23/21 1213
Reordered from: albuterol (VENTOLIN) (2.5 MG/3ML) 0.083% nebulizer solution

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler (Discontinued)**

Electronically signed by: **Kerri L Schey, APNP on 04/23/21 1234** Status: **Discontinued**
Ordering user: Kerri L Schey, APNP 04/23/21 1234 Ordering provider: Kerri L Schey, APNP
Authorized by: Kerri L Schey, APNP Ordering mode: Standard
Frequency: Routine BID 04/23/21 - 10/22/21 Class: Eprescribe
Discontinued by: Kerri L Schey, APNP 10/22/21 1131 [Reorder]
Diagnoses
Moderate persistent asthma without complication [J45.40]
Reordered from: Advair Diskus 500-50 MCG/DOSE inhaler

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 04/23/21 1243 | Kerri L Schey, APNP | Kerri L Schey, APNP | Margaret J Resech |
| 04/23/21 1234 | — | Kerri L Schey, APNP | Kerri L Schey, APNP |

**Indications**

Moderate persistent asthma without complication [J45.40 (ICD-10-CM)]

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Obstetric History** as of 8/10/2021

**OB/Gyn Status**

| | |
|---|---|
| LMP: | 7/14/2021 (Approximate) |
| OB/Gyn Status: | Having periods |

**OB History as of 8/10/2021**

**OB History last reviewed by Samantha J Comiskey, RN on 8/10/2021**
No obstetric history on file.

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Aurora BayCare Medical Center

HERNANDEZ, SERENA L
DOB Female 53 Y
ATT: Ryan T Murphy, MD
MRN: 3096807
REG: 8/10/21

Aurora Health Care® BAYCARE CLINIC

CSN: 10263084313

***This Treatment Agreement cannot be revised. Any attempt to do so shall have no effect.***

**General Consent to Care**

I consent to medical care and treatment as ordered by my physician(s). My consent includes all hospital services, diagnostic procedures and medical treatment rendered including, without limitation, examinations, x-rays, laboratory procedures and other tests, treatments and medications, monitoring, electrocardiograms (EKGs), and all other procedures that do not require my specific informed consent. I understand that as a patient, I am under the direct and indirect care of licensed physicians that are on the medical staff of the hospital. I further understand that the physicians who provide treatment to me while I am here are not employees of the hospital. I realize that, in an effort to provide proper treatment for me, my physician may consult with other physicians on the medical staff that I may not meet, such as a radiologist, pathologist, anesthesiologist, etc. **I realize these physicians will likely produce a bill for services that is separate from the hospital's bill.** I agree and acknowledge that the hospital and its employees, agents and representatives are not liable for the actions or omissions of, or for carrying out the instructions given by, the physicians who treat me while I am in the hospital. **I am aware that some physicians may not participate in the health plan or payment program that pays for my care and, thus, I may be subject to additional or out-of-network charges.** In addition, I understand that the hospital has educational affiliations with medical schools and other education institutions, and I agree to medical resident and student participation in my care, under supervision as appropriate.

**Consent to Photographs / Videotapes / Recordings**

I authorize the hospital to obtain photographs, videotapes and/or recordings of me for identification, diagnosis, treatment, and internal health care operations. I understand I may revoke this consent up until a reasonable time before such images/recordings are used. Any further use and/or disclosure of these images/recordings is restricted to those purposes I consent to at a later time.

**Valuables**

I understand and agree that the hospital assumes no liability for any loss or damage to any money, jewelry, documents, furs, or other articles brought by or for me to the hospital. I understand the hospital maintains a safe for the storage of valuables and other articles during inpatient hospitalizations that I may utilize upon request. No employee or other person is authorized to suggest or recommend storage of such articles by any other means.

**Disclosure of Information for Payment and Health Care Operations**

I understand that the hospital is authorized by law to use and disclose my general patient health care records for payment and health care operations without my authorization. However, I recognize that the hospital needs my authorization to disclose, if applicable, my HIV test results and treatment records related to mental health, developmental disabilities or alcohol and drug abuse (collectively, "Sensitive Information") for payment and health care operations. Accordingly, I hereby authorize the hospital to disclose my Sensitive Information, as applicable, to Aurora Health Care billing personnel, my health plan and any other identified payers as necessary for the purpose of billing, collection or payment of claims. I further authorize the hospital to disclose my Sensitive Information to other Aurora Health Care affiliated entities for health care operations. This authorization will remain in effect for as long as my Sensitive Information is needed for these purposes. I am aware that I may revoke my authorization in writing at any time except to the extent the hospital has already acted in reliance upon the authorization. In addition, I understand that I have a right, upon request, to inspect and receive a copy of all such information being disclosed. **Please refer to the hospital's Notice of Privacy Practices for a detailed description of how the hospital may use and/or disclose your health information.**

05403860

**TREATMENT AGREEMENT**
(Consent)

Page 1 of 2
*102393* (Rev. 07/13)

**Patient Summary as-of Visit (continued)**

**OB/Gyn Status**

| | |
|---|---|
| LMP: | 7/14/2021 (Approximate) |
| OB/Gyn Status: | Having periods |

**OB History as of 8/8/2021**

**OB History last reviewed by Analicia M Roberts, RN on 8/7/2021**
No obstetric history on file.

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

Instructions: Take 1 tablet by mouth nightly.

## 08/07/2021 - ED in ABMC Emergency Services (continued)

**Documents**

**Consent-Treatment - Scan on 8/9/2021 10:29 AM**

Scan (below)

Aurora BayCare Medical Center

Aurora Health Care® BayCare Clinic

HERNANDEZ, SERENA L
DOB: Female 53 Y
ATT:
MRN: 3096807
REG: 8/07/21

CSN:
10262666268

***This Treatment Agreement cannot be revised. Any attempt to do so shall have no effect.***

**General Consent to Care**
I consent to medical care and treatment as ordered by my physician(s). My consent includes all hospital services, diagnostic procedures and medical treatment rendered including, without limitation, examinations, x-rays, laboratory procedures and other tests, treatments and medications, monitoring, electrocardiograms (EKGs), and all other procedures that do not require my specific informed consent. I understand that as a patient, I am under the direct and indirect care of licensed physicians that are on the medical staff of the hospital. I further understand that the physicians who provide treatment to me while I am here are not employees of the hospital. I realize that, in an effort to provide proper treatment for me, my physician may consult with other physicians on the medical staff that I may not meet, such as a radiologist, pathologist, anesthesiologist, etc. **I realize these physicians will likely produce a bill for services that is separate from the hospital's bill.** I agree and acknowledge that the hospital and its employees, agents and representatives are not liable for the actions or omissions of, or for carrying out the instructions given by, the physicians who treat me while I am in the hospital. **I am aware that some physicians may not participate in the health plan or payment program that pays for my care and, thus, I may be subject to additional or out-of-network charges.** In addition, I understand that the hospital has educational affiliations with medical schools and other education institutions, and I agree to medical resident and student participation in my care, under supervision as appropriate.

**Consent to Photographs / Videotapes / Recordings**
I authorize the hospital to obtain photographs, videotapes and/or recordings of me for identification, diagnosis, treatment, and internal health care operations. I understand I may revoke this consent up until a reasonable time before such images/recordings are used. Any further use and/or disclosure of these images/recordings is restricted to those purposes I consent to at a later time.

**Valuables**
I understand and agree that the hospital assumes no liability for any loss or damage to any money, jewelry, documents, furs, or other articles brought by or for me to the hospital. I understand the hospital maintains a safe for the storage of valuables and other articles during inpatient hospitalizations that I may utilize upon request. No employee or other person is authorized to suggest or recommend storage of such articles by any other means.

**Disclosure of Information for Payment and Health Care Operations**
I understand that the hospital is authorized by law to use and disclose my general patient health care records for payment and health care operations without my authorization. However, I recognize that the hospital needs my authorization to disclose, if applicable, my HIV test results and treatment records related to mental health, developmental disabilities or alcohol and drug abuse (collectively, "Sensitive Information") for payment and health care operations. Accordingly, I hereby authorize the hospital to disclose my Sensitive Information, as applicable, to Aurora Health Care billing personnel, my health plan and any other identified payers as necessary for the purpose of billing, collection or payment of claims. I further authorize the hospital to disclose my Sensitive Information to other Aurora Health Care affiliated entities for health care operations. This authorization will remain in effect for as long as my Sensitive Information is needed for these purposes. I am aware that I may revoke my authorization in writing at any time except to the extent the hospital has already acted in reliance upon the authorization. In addition, I understand that I have a right, upon request, to inspect and receive a copy of all such information being disclosed. **Please refer to the hospital's Notice of Privacy Practices for a detailed description of how the hospital may use and/or disclose your health information.**

05403860

**TREATMENT AGREEMENT**
(Consent)

Page 1 of 2
*102393* (Rev. 07/13)

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Patient Summary as-of Visit (continued)**

**Surgical History** as of 5/4/2021

**Surgical last reviewed by Iris Poppitz, RN on 5/4/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| HERNIA REPAIR | — | 08/09/2012 | — | Provider |
| CARPAL TUNNEL RELEASE | — | 2006 | — | Provider |

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

**cholecalciferol (VITAMIN D3) 1000 UNITS tablet**

Instructions: Take 2,000 Units by mouth daily.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**venlafaxine (EFFEXOR) 25 MG tablet**

Instructions: Take 75 mg by mouth nightly.
Entered by: Breanna Tlachac, RN — Entered on: 2/22/2017

**zinc gluconate 50 MG tablet**

Instructions: Take 50 mg by mouth once a week.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**methocarbamol (ROBAXIN) 500 MG tablet**

Instructions: Take 500 mg by mouth 4 times daily as needed.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**LORazepam (ATIVAN) 0.5 MG tablet**

Instructions: Take 0.5 mg by mouth every 6 hours as needed for Anxiety.
Entered by: Breanna Tlachac, RN — Entered on: 8/11/2017

**olopatadine (PATADAY) 0.2 % ophthalmic solution**

Instructions: Place 1 drop into both eyes daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**phenazopyridine (PYRIDIUM) 100 MG tablet**

Instructions: Take 100 mg by mouth 3 times daily as needed for Pain.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**telmisartan (MICARDIS) 20 MG tablet**

Instructions: Take 20 mg by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**Prenatal Vit-Fe Fumarate-FA (MULTIVITAMIN & MINERAL W/FOLIC ACID- PRENATAL) 27-1 MG Tab**

Instructions: Take 1 tablet by mouth daily.
Entered by: Carlie Bradley, RN — Entered on: 10/27/2017

**montelukast (SINGULAIR) 10 MG tablet**

## 05/04/2021 - ED in ABMC ABHC Mason Urgent Care (continued)

**Documents**

**Consent-Treatment - Scan on 5/6/2021 7:48 AM**

Scan (below)

Aurora BayCare Medical Center

Aurora Health Care® BAYCARE CLINIC

HERNANDEZ, SERENA L
DOB Female 53 Y
ATT:
MRN: 3096807
REG: 5/04/21

CSN:
10241771034

***This Treatment Agreement cannot be revised. Any attempt to do so shall have no effect.***

**General Consent to Care**
I consent to medical care and treatment as ordered by my physician(s). My consent includes all hospital services, diagnostic procedures and medical treatment rendered including, without limitation, examinations, x-rays, laboratory procedures and other tests, treatments and medications, monitoring, electrocardiograms (EKGs), and all other procedures that do not require my specific informed consent. I understand that as a patient, I am under the direct and indirect care of licensed physicians that are on the medical staff of the hospital. I further understand that the physicians who provide treatment to me while I am here are not employees of the hospital. I realize that, in an effort to provide proper treatment for me, my physician may consult with other physicians on the medical staff that I may not meet, such as a radiologist, pathologist, anesthesiologist, etc. **I realize these physicians will likely produce a bill for services that is separate from the hospital's bill.** I agree and acknowledge that the hospital and its employees, agents and representatives are not liable for the actions or omissions of, or for carrying out the instructions given by, the physicians who treat me while I am in the hospital. **I am aware that some physicians may not participate in the health plan or payment program that pays for my care and, thus, I may be subject to additional or out-of-network charges.** In addition, I understand that the hospital has educational affiliations with medical schools and other education institutions, and I agree to medical resident and student participation in my care, under supervision as appropriate.

**Consent to Photographs / Videotapes / Recordings**
I authorize the hospital to obtain photographs, videotapes and/or recordings of me for identification, diagnosis, treatment, and internal health care operations. I understand I may revoke this consent up until a reasonable time before such images/recordings are used. Any further use and/or disclosure of these images/recordings is restricted to those purposes I consent to at a later time.

**Valuables**
I understand and agree that the hospital assumes no liability for any loss or damage to any money, jewelry, documents, furs, or other articles brought by or for me to the hospital. I understand the hospital maintains a safe for the storage of valuables and other articles during inpatient hospitalizations that I may utilize upon request. No employee or other person is authorized to suggest or recommend storage of such articles by any other means.

**Disclosure of Information for Payment and Health Care Operations**
I understand that the hospital is authorized by law to use and disclose my general patient health care records for payment and health care operations without my authorization. However, I recognize that the hospital needs my authorization to disclose, if applicable, my HIV test results and treatment records related to mental health, developmental disabilities or alcohol and drug abuse (collectively, "Sensitive Information") for payment and health care operations. Accordingly, I hereby authorize the hospital to disclose my Sensitive Information, as applicable, to Aurora Health Care billing personnel, my health plan and any other identified payers as necessary for the purpose of billing, collection or payment of claims. I further authorize the hospital to disclose my Sensitive Information to other Aurora Health Care affiliated entities for health care operations. This authorization will remain in effect for as long as my Sensitive Information is needed for these purposes. I am aware that I may revoke my authorization in writing at any time except to the extent the hospital has already acted in reliance upon the authorization. In addition, I understand that I have a right, upon request, to inspect and receive a copy of all such information being disclosed. **Please refer to the hospital's Notice of Privacy Practices for a detailed description of how the hospital may use and/or disclose your health information.**

05403860

**TREATMENT AGREEMENT**
(Consent)

Page 1 of 2
*102393* (Rev. 07/13)

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**AURORA HEALTHCARE**
**PO BOX 090996**
**ATTN: RELEASE OF INFORMATION**
**MILWAUKEE, WI 53209**

Date: Nov 17, 2021

**Re: Long Term Disability Benefits**
Claim# 8535471 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ADHCAR

Dear x4,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From October 1, 2020 to Present**
**Seen by: Kerri Schey NP**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Anna Margarita Creer
Disability Information Specialist
Phone No.: (213) 269-4243
Fax No: (213) 884-4921

29645475

RPID: 8535471

**Hernandez, Serena L** **Scan on November 23, 2021 of RELEASEPOINT #8535471**



Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 8535471

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (group 1 of 2) (continued)**

**sodium chloride 0.9 % injector flush 100 mL (Completed)**

Electronically signed by: **Ryan T Murphy, MD on 08/11/21 0839** Status: **Completed**
Mode: Ordering in Verbal mode | Communicated by: Mitchell J Tuscan
Ordering user: Mitchell J Tuscan 08/10/21 1014 | Ordering provider: Ryan T Murphy, MD
Authorized by: Ryan T Murphy, MD | Ordering mode: Verbal
Frequency: Routine Once 08/10/21 1014 - 1 occurrence | Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1015 for Placing Order
Package: 0338-0049-18

**albuterol inhaler 2 puff (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1016** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1016 | Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C | Ordering mode: Standard
Frequency: STAT Once 08/10/21 1017 - 1 occurrence | Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1029 for Placing Order
Admin instructions: Shake well before use.
Package: 68180-963-01

**methylPREDNISolone (SOLU-Medrol) PF injection 125 mg (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1016** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1016 | Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C | Ordering mode: Standard
Frequency: STAT Once 08/10/21 1017 - 1 occurrence | Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1029 for Placing Order
Admin instructions: * Protect from Light *
Package: 0009-0047-25

**ondansetron (ZOFRAN) injection 4 mg (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1024** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1024 | Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C | Ordering mode: Standard
Frequency: STAT Once 08/10/21 1025 - 1 occurrence | Class: Normal
Acknowledged: Samantha J Comiskey, RN 08/10/21 1029 for Placing Order
Admin instructions: If IV, give undiluted over 2 minutes.
If IV, give undiluted over 2-5 minutes.
Package: 23155-547-31

**HYDROmorphone (DILAUDID) injection 0.5 mg (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1035** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1035 | Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C | Ordering mode: Standard
Frequency: STAT Once 08/10/21 1036 - 1 occurrence | Class: Normal
Acknowledged: Katie K Jacky, RN 08/10/21 1108 for Placing Order
Admin instructions: This is NOT morphine.
Package: 63323-852-03

**casirivimab 600 mg, imdevimab 600 mg in sodium chloride 0.9 % 60 mL total volume IVPB (Completed)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1043** Status: **Completed**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1043 | Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C | Ordering mode: Standard
Frequency: STAT Once 08/10/21 1043 - 1 occurrence | Class: Normal
Acknowledged: Katie K Jacky, RN 08/10/21 1108 for Placing Order

**Questionnaire**

| Question | Answer |
|---|---|
| Indication: | Treatment |
| Patient has Mild to Moderate Disease, not requiring hospitalization or oxygen supplementation due to COVID? | Yes |
| Does the patient meet all eligibility criteria and at least one High-risk indication: | Yes |

## 08/10/2021 - ED in ABMC Emergency Services (continued)

**Other Orders (group 1 of 2) (continued)**

| | |
|---|---|
| High-Risk Indication: | Diabetes |
| Has the patient, or parent/caregiver, been given the "Fact Sheet for Patients, Parents and Caregivers", informed of alternatives to receiving authorized casirivimab/imdevimab, and informed that it is an unapproved drug authorized for this use? | Yes |

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| casirivimab | 600 mg | 600 mg |
| imdevimab | 600 mg | 600 mg |
| sodium chloride 0.9 % | 50 mL | 50 mL |

Admin instructions: Monitor patient for infusion-related reactions during infusion and for one hour after.
* Do NOT tube * * Do NOT Shake * Infuse using 0.2 or 0.22 micron in-line filter. * Protect from Light *
Package: 61755-024-01, 61755-025-01, 0338-0049-11

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution (Discontinued)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1243** Status: **Discontinued**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1243 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
PRN reasons: Wheezing Shortness of Breath
Frequency: Routine Q6H PRN 08/10/21 - 10/22/21 Class: Eprescribe
Discontinued by: Kerri L Schey, APNP 10/22/21 1138 [Therapy Completed]

**methylPREDNISolone (MEDROL, PAK,) 4 MG tablet (Active)**

Electronically signed by: **Jeffrey A Long, PA-C on 08/10/21 1243** Status: **Active**
Ordering user: Jeffrey A Long, PA-C 08/10/21 1243 Ordering provider: Jeffrey A Long, PA-C
Authorized by: Jeffrey A Long, PA-C Ordering mode: Standard
Frequency: Routine 08/10/21 - Until Discontinued Class: Eprescribe
Admin instructions: follow package directions

## 06/02/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Labs (continued)**

| | | | |
|---|---|---|---|
| | ALLIS MEDICAL CENTER | MD | Avenue WEST ALLIS WI 53227 |

**Indications**

Pre-procedural laboratory examination [Z01.812 (ICD-10-CM)]

**2019 NOVEL CORONAVIRUS (SARS-COV-2) (Final result)**

Status: **Completed**

Order placed as a reflex to COVID DIAGNOSTIC TESTING ordered on 04/29/21 at 1513
Ordering user: Jenifer L Orth, MA 04/29/21 1513
Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Frequency: Routine 06/02/21 -
Class: Lab Collect
Quantity: 1
Lab status: Final result
Diagnoses
Pre-procedural laboratory examination [Z01.812]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | No |
| Is the test being ordered pre-procedure or for inpatient admission? | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21WAL-153CM00492 | Swab | Nasal, Mid-turbinate | Kasey A Malmberg 06/02/21 1049 |

**2019 Novel Coronavirus (SARS-CoV-2)** Resulted: 06/03/21 1500, Result status: Final result

Order status: Completed
Collected by: Kasey A Malmberg 06/02/21 1049
Acknowledged by: Kerri L Schey, APNP on 06/03/21 1603
Filed by: Lab, Background User 06/03/21 1500
Resulting lab: AURORA WEST ALLIS MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 by PCR | Not Detected | Not Detected / Detected / Inhibitor Present | — | West Allis |
| Comment: Pooled sample | | | | |
| Isolation Guidelines | -- | — | — | West Allis |

Result: *Do not use this test result as the sole decision-maker for discontinuation of isolation. Clinical evaluation should be considered for other respiratory illness requiring transmission-based isolation.*

- No fever (<99.0 F/37.2 C) for at least 24 hours without the use of fever-reducing medications
  **AND**
- Respiratory symptoms have improved or resolved (e.g. cough, shortness of breath)
  **AND**
- **COVID-19 negative test**

See *COVID-19 Deisolation Resource Guide*

| | | | | |
|---|---|---|---|---|
| Procedural Notes | -- | — | — | West Allis |

Result: Negative for SARS-CoV-2 (2019-nCoV) nucleic acid in the specimen, consider other viruses.

A negative result does not preclude Coronavirus (COVID-19) infection and should not be used as sole basis for treatment or patient management decisions. Negative results must be combined with clinical

## 04/13/2021 - Lab Services in Aurora Laboratory-ABMC MOB, Ste 410 (continued)

**Medication List (continued)**

**fluticasone-salmeterol (Advair Diskus) 500-50 MCG/DOSE inhaler**

Instructions: Inhale 1 puff into the lungs 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 60 each
Refill: 5 refills by 10/22/2022

**ipratropium-albuterol (DUONEB) 0.5-2.5 (3) MG/3ML nebulizer solution**

Instructions: Take 3 mLs by nebulization every 6 hours as needed for Wheezing or Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 360 mL
Refill: 3 refills by 10/22/2022

**albuterol-ipratropium (Combivent Respimat) 100-20 MCG/ACT inhaler**

Instructions: Inhale 1 puff into the lungs every 4 hours as needed for Shortness of Breath.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/22/2021
Start date: 10/22/2021 — Quantity: 4 g
Refill: 3 refills by 10/22/2022

**guaiFENesin (MUCINEX) 600 MG 12 hr tablet**

Instructions: Take 1 tablet by mouth 2 times daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 10/26/2021
Start date: 10/26/2021 — Quantity: 60 tablet
Refill: 3 refills by 10/26/2022

**predniSONE (DELTASONE) 20 MG tablet**

Instructions: Take 1 tablet by mouth daily.
Authorized by: Kerri L Schey, APNP — Ordered on: 12/1/2021
Start date: 12/1/2021 — Quantity: 7 tablet
Refill: No refills remaining

**Stopped in Visit**

None

**Labs**

**2019 NOVEL CORONAVIRUS (SARS-COV-2) (Final result)**

Electronically signed by: **Carlie Bradley, RN on 04/13/21 1252** — Status: **Completed**
Ordering user: Carlie Bradley, RN 04/13/21 1252 — Authorized by: Kerri L Schey, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Kerri L Schey, APNP 04/13/21 1651 for Ordering
Frequency: Routine 04/13/21 - — Class: Lab Collect
Quantity: 1 — Lab status: Final result
Instance released by: Kasey A Malmberg 4/13/2021 1:31 PM
Diagnoses
Pre-procedural laboratory examination [Z01.812]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic per CDC? | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21WAL-103CM01260 | Swab | Nasal, Mid-turbinate | Kasey A Malmberg 04/13/21 1331 |

# Quality Assurance Report

## Request Information

Report Date: December 6, 2021

**RP ID:** 8535471

Patient Name: HERNANDEZ, SERENA

Provider Name: AURORA HEALTHCARE

## Quality Assurance Information

Scope Requested: **From October 1, 2020 to Present**

Special Request:
Seen by: Kerri Schey NP

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

November 15, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

The attached authorization is needed in order for us to obtain records from St. Mary's. Please complete the form and return to me at your earliest convenience by using the provided envelope, faxing tot he number below, or emailing to DisabilityDocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: 10970673-MEDICAL-CORRESPONDENCE-11.14.2021

HSHS St.Vincent St.Mary's St.Nicholas St.Clare

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

1) PATIENT INFORMATION:

Name ______ Address ______ City ______ State ______ Zip ______

Date of Birth ______ Daytime Phone ______ Previous Name(s) ______

2) AUTHORIZES: ☐ HSHS St. Vincent; ☐ HSHS St. Mary's; ☐ HSHS St. Nicholas; ☐ HSHS St. Clare; Other (Specify below)

Name of Health Care Provider/Plan/Other ______

Address ______ Fax # of Health Care Provider ______

3) TO DISCLOSE TO: ☐ Self, Delivery Options: ☐ Pick up ☐ Mail to address above ☐ View on-site ☐ Electronic Format

☐ E-mail to: ______

*If the e-email address is shared with another person or the e-mail password is known to others, consider other methods of delivery.* HSHS will automatically send e-mail through encrypted/secured means unless otherwise directed. Unencrypted email poses some level of risk, e.g., a third party could see the information without consent. HSHS is not responsible for unauthorized access to unencrypted email containing confidential information or any risk (e.g., virus) potentially introduced to the computer/device utilized when receiving/viewing confidential information in unencrypted electronic format or e-mail. By selecting the unencrypted e-mail option I acknowledge the risks have been communicated and I accept these risks. ☐ Unencrypted Email

☐ To be picked up by, I hereby authorize ______ to pick up my records. (Photo ID required.)

Send To: ☐ ______
Name of Health Care Provider/Plan/Other

Address ______ Fax # of Health Care Provider ______

4) DATE(S) OF INFORMATION TO BE DISCLOSED: From ______ (Month/Year) to ______ (Month/Year) If left blank, only information from the past two (2) years will be disclosed. Note: Future dates will not be honored.

5) INFORMATION TO BE DISCLOSED:

| | | |
|---|---|---|
| ☐ Abstract of record/Pertinent records | ☐ History & physical | ☐ Discharge summary |
| ☐ Emergency Department report | ☐ Consultation reports | ☐ Operative reports |
| ☐ Radiology/Imaging reports | ☐ Laboratory/Pathology | ☐ EKG |
| ☐ Radiology/Imaging films/CD | ☐ Progress notes ______ | ☐Billing records ______ |

Specific records and/or information as follows: ______

I DO NOT WANT THE FOLLOWING INFORMATION DISCLOSED (as defined by applicable state and federal laws):
☐Alcohol/Drug/Substance Use Disorder (SUD) ☐HIV Test Results ☐Mental Health/Developmental Disabilities

6) EXPIRATION: This Authorization is good until the following date/event: ______
Or if this item is left blank, the authorization will expire in (1) year from the date signed.

7) PURPOSE (check all that apply – copy fees may apply): ☐ Patient Request ☐ Continuing Care
☐ Legal Investigation/Action ☐ Insurance Eligibility/Benefits ☐ Other: ______

8) YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION: I understand that I have the following rights: to inspect and/or receive a copy of the health information; to have information be used and/or disclosed by this Authorization; if I agree to sign this Authorization, I will be provided with a copy of it; I may be charged a fee for record copies; I am under no obligation to sign this form and treatment, payment, enrollment or eligibility for benefits may not be based upon my decision to sign this Authorization; Authorization may be needed to release information to payers for certain mental health services, SUD services and/or HIV testing, however, I can refuse to sign this Authorization form for such purposes but I may be responsible for paying the entire bill for such services; I may revoke this Authorization at any time by notifying the authorizing provider's health information department, as listed above, in writing and will not be effective as to uses and/or disclosures already made in reliance upon this Authorization, needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage, or to submit a claim to third party payers as provided in this Authorization after having provided treatment in reliance upon this Authorization; the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure by the Recipient and may no longer be protected by applicable federal privacy law, Wisconsin or Illinois Law. *Federal Regulation (42 CFR, Part 2)/SUD prohibits any further disclosure without specific written consent of the person to whom it pertains, or as otherwise permitted by regulations. However, I understand that any disclosure of information carries the potential for unauthorized re-disclosure and the information may not be protected by Federal privacy standards. I understand that if there is not an existing treatment provider relationship with the party to whom information is being sent, a general designation may be used. I understand that I may request a list of entities to which my information has been disclosed from the "Send To" entity listed above.*

9) SIGNATURE OF PATIENT: ______ Date: ______ and/or
SIGNATURE OF LEGAL REPRESENTATIVE: ______ Date: ______
WITNESS SIGNATURE (SUD/Mental Health Only): ______ Date: ______

If signed by a person other than the patient, complete the following:
1) Individual is: ☐ a minor (SUD exception) ☐ legally incompetent or incapacitated ☐ deceased
2) Legal authority: ☐ parent* ☐ legal guardian ☐ activated POA for Health Care ☐ next of kin/executor of deceased

*By signing above, I hereby declare that I have not been denied physical placement of this child.

OFFICE USE ONLY: Signature/ID verified: ☐ Yes ☐ No Date/Time Released: ______ Completed by: ______ Medical Record Number: ______
Original: Medical Record Copy: Patient A photocopy of this authorization will have the same force and effect as the original

HSHS

St.Vincent St.Mary's St.Nicholas St.Clare

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

1) PATIENT INFORMATION:

Name Address City State Zip

Date of Birth Daytime Phone Previous Name(s)

2) AUTHORIZES: ☐ HSHS St. Vincent; ☐ HSHS St. Mary's; ☐ HSHS St. Nicholas; ☐ HSHS St. Clare; Other (Specify below)

Name of Health Care Provider/Plan/Other

Address Fax # of Health Care Provider

3) TO DISCLOSE TO: ☐ Self, Delivery Options: ☐ Pick up ☐ Mail to address above ☐ View on-site ☐ Electronic Format ☐ E-mail to: ____

*If the e-email address is shared with another person or the e-mail password is known to others, consider other methods of delivery.* HSHS will automatically send e-mail through encrypted/secured means unless otherwise directed. Unencrypted email poses some level of risk, e.g., a third party could see the information without consent. HSHS is not responsible for unauthorized access to unencrypted email containing confidential information or any risk (e.g., virus) potentially introduced to the computer/device utilized when receiving/viewing confidential information in unencrypted electronic format or e-mail. By selecting the unencrypted e-mail option I acknowledge the risks have been communicated and I accept these risks. ☐ Unencrypted Email

☐ To be picked up by, I hereby authorize ____ to pick up my records. (Photo ID required.)

Send To: ☐ ____
Name of Health Care Provider/Plan/Other

Address Fax # of Health Care Provider

4) DATE(S) OF INFORMATION TO BE DISCLOSED: From ____ (Month/Year) to ____ (Month/Year) If left blank, only information from the past two (2) years will be disclosed. Note: Future dates will not be honored.

5) INFORMATION TO BE DISCLOSED:

☐ Abstract of record/Pertinent records ☐ History & physical ☐ Discharge summary
☐ Emergency Department report ☐ Consultation reports ☐ Operative reports
☐ Radiology/Imaging reports ☐ Laboratory/Pathology ☐ EKG
☐ Radiology/Imaging films/CD ☐ Progress notes ____ ☐ Billing records ____

Specific records and/or information as follows: ____

I DO NOT WANT THE FOLLOWING INFORMATION DISCLOSED (as defined by applicable state and federal laws):
☐ Alcohol/Drug/Substance Use Disorder (SUD) ☐ HIV Test Results ☐ Mental Health/Developmental Disabilities

6) EXPIRATION: This Authorization is good until the following date/event: ____
Or if this item is left blank, the authorization will expire in (1) year from the date signed.

7) PURPOSE (check all that apply – copy fees may apply): ☐ Patient Request ☐ Continuing Care
☐ Legal Investigation/Action ☐ Insurance Eligibility/Benefits ☐ Other: ____

8) YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION: I understand that I have the following rights: to inspect and/or receive a copy of the health information; to have information be used and/or disclosed by this Authorization; if I agree to sign this Authorization, I will be provided with a copy of it; I may be charged a fee for record copies; I am under no obligation to sign this form and treatment, payment, enrollment or eligibility for benefits may not be based upon my decision to sign this Authorization; Authorization may be needed to release information to payers for certain mental health services, SUD services and/or HIV testing, however, I can refuse to sign this Authorization form for such purposes but I may be responsible for paying the entire bill for such services; I may revoke this Authorization at any time by notifying the authorizing provider's health information department, as listed above, in writing and will not be effective as to uses and/or disclosures already made in reliance upon this Authorization, needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage, or to submit a claim to third party payers as provided in this Authorization after having provided treatment in reliance upon this Authorization; the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure by the Recipient and may no longer be protected by applicable federal privacy law, Wisconsin or Illinois Law. *Federal Regulation (42 CRF, Part 2)/SUD prohibits any further disclosure without specific written consent of the person to whom it pertains, or as otherwise permitted by regulations. However, I understand that any disclosure of information carries the potential for unauthorized re-disclosure and the information may not be protected by Federal privacy standards. I understand that if there is not an existing treatment provider relationship with the party to whom information is being sent, a general designation may be used. I understand that I may request a list of entities to which my information has been disclosed from the "Send To" entity listed above.*

9) SIGNATURE OF PATIENT: ____ Date: ____ and/or
SIGNATURE OF LEGAL REPRESENTATIVE: ____ Date: ____
WITNESS SIGNATURE (SUD/Mental Health Only): ____ Date: ____

If signed by a person other than the patient, complete the following:
1) Individual is: ☐ a minor (SUD exception) ☐ legally incompetent or incapacitated ☐ deceased
2) Legal authority: ☐ parent* ☐ legal guardian ☐ activated POA for Health Care ☐ next of kin/executor of deceased

*By signing above, I hereby declare that I have not been denied physical placement of this child.

OFFICE USE ONLY: Signature/ID verified: ☐ Yes ☐ No Date/Time Released: ____ Completed by: ____ Medical Record Number: ____

Original: Medical Record Copy: Patient A photocopy of this authorization will have the same force and effect as the original

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

November 6, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Please see the attached authorization form needed to obtain records from Dr. Schey. A copy has also been sent to you via email on November 5, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: 10970673-MEDICAL-CORRESPONDENCE-10.26.2021

Aurora Health Care® *Milwaukee, Wisconsin*   8535471

MRN / Chart #: ____________

1) **PATIENT INFORMATION:**
HERNANDEZ, SERENA

Name | Address | City | State | Zip

( ) 
Date of Birth | Daytime Phone | Previous Name

2) **AUTHORIZES:**
AURORA HEALTHCARE
Name of Health Care Provider / Plan / Other
PO BOX 090996 MILWAUKEE WI 53209
Address

3) **TO DISCLOSE TO:** ☐ Self, Delivery Options: ☐ Pick up ☐ View on Site ☒ Mail to address above ☐ Electronic Format: ________

☐ To be picked up by, I hereby authorize ____________ to pick up my records. (Photo ID required.)

☒ **Send to:** Lincoln Financial Group (c/o ReleasePoint)
Name of Health Care Provider / Plan / Other
PO Box 1390 St. Peters MO 63376
Address
Or ____________
Health Care Provider FAX #

Recipient (Contact) Phone Number: (________) ________

4) **DATE(S) OF INFORMATION TO BE DISCLOSED:** From 10/01/2020 (month/year) to Present (month/year) **If left blank, only information from the past two (2) years will be disclosed.**

5) **INFORMATION TO BE DISCLOSED:** ☐ Verbal ☒ Written

☐ Billing Records related to (specify): ____________
☐ Emergency Department Reports
☐ Hospital Summary – *a general abstract will be sent which includes Discharge Summary, H&P, Consults, Operative Reports, Labs, Radiology Reports & ER.*
☐ Imaging Films (X-ray)
☐ Imaging Results
☐ Immunizations
☐ Lab Reports
☐ Procedure Op Reports
☐ Progress Notes/Updates
☒ Other: all PHI, excluding x-ray films

I understand that the information to be disclosed may include information regarding genetic testing, and mental illness, alcohol/drug abuse, HIV Test results, AIDS/AIDS related illness, and developmental disabilities. We will disclose such information, unless you indicate below that you do not want such information disclosed:

☐ Alcohol/Drug Abuse ☐ HIV Test Results ☐ Mental Health/Developmental Disabilities ☐ Genetic Testing

6) **EXPIRATION:** This Authorization is good until the following date / event: ____________
**Note:** If this item is left blank, the authorization will expire in one (1) year from the date signed.

7) **PURPOSE** (Check all that apply - **copy fees may apply**)
☐ Further Medical Care – **no fee** ☐ Insurance Eligibility/Benefits – **fee $** ☐ Legal Investigation /Action – **fee $**
☐ Personal (at my request) - **possible fee $** ☐ Forms Completion - **possible fee $** ☒ Other: Claims - Disability Insurance *(specify)*

8) **YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION:** I am aware that I have the right to inspect and receive a copy of the health information I have authorized to be used and/or disclosed by this Authorization. **I understand that I may be charged a fee for record copies.** In addition, I understand that I do not need to sign this Authorization in order to receive treatment. I also am aware that I may revoke this Authorization by notifying the disclosing medical records/health information department in writing. However, I understand that my revocation will not be effective as to uses and/or disclosures: (1) already made in reliance upon this Authorization; or (2) needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage. I realize that the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure and no longer protected by federal privacy law.

9) **SIGNATURE OF PATIENT / LEGAL REP:** ____________ **DATE:** ________
**If signed by a person other than the patient, complete the following:**
1. Individual is: ☐ a minor ☐ legally incompetent or incapacitated ☐ deceased
2. Legal authority: ☐ parent* ☐ legal guardian ☐ next of kin / executor of deceased ☐ activated POA for Health Care

* By signing above, I hereby declare that I have not been denied physical placement of this child.

*For Office Use Only:* **Signature/ID verified** ☐ Yes ☐ No Completed by: ____________ *Name / Date* # of pages released ____

* 5 2 3 6 2 3 *

**AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION**
(HIM/ROI Authorization)

White – Medical Record
Yellow - Patient
© AHC S23623 (Rev. 10/15)

**From:**Nemeth, Kelsey
**Sent:**Fri, 5 Nov 2021 17:29:24 +0000
**To** .COM
**Subject:**LTD Claim 10970673
**Attachments:**autho31854277.pdf
**Importance:**High

Hi Serena,

As we discussed during our phone call, an Authorization is needed for Dr. Schey. You can click the blue link listed below and sign electronically. Otherwise, you can print the attached form, sign, and then mail or email back to me here.

If you have nay questions please let me know.

Thank you,


**Kelsey Nemeth**
LTD Claims Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

Phone: (844) 384-5858
Ext. *59560
Fax: (260) 455-9047

Kelsey.Nemeth@lfg.com
LincolnFinancial.com


**Follow us on:**

**Reference ID: 8535471**

**Medical Facility/Provider: AURORA HEALTHCARE**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

Please be advised, this facility require the patient to fill out their own authorization as they reject Lincoln Financial release form. Please have the patient completely fill out and sign the facility specific authorization we attached so we may proceed. Thank You, Carl

You can complete this request in one of FOUR ways:

1. Sign authorization electronically. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C02000000BBC4E6E67C50A5C679FDE8FB748B2E0735528B4976B68A00690065F6C34F91C4CDFD5B5D719ACFF23620DB5CF84A5BFC

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

4. Mail a copy of the authorization to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

HSHS St. Mary's Hospital Medical Center
Health Information/ROI
1726 Shawano Avenue
Green Bay, WI 54303

114943
Date: 10/27/2021

MARY GUEVARRA
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
P O BOX 2578
OMAHA, NE 68172-9688

SERENA LYNN HERNANDEZ Request Received: 10/25/2021 8:51:50 AM

Dear Requestor:

This is to acknowledge receipt of your recent inquiry. The information is not available because:

(X) Your request lacks a valid HIPAA compliant authorization. **As required by HSHS, a properly executed HIPAA compliant request is necessary**. It must:

- be addressed to HSHS St. Mary's Hospital Medical Center
- state the purpose of the request
- be signed, non-electronically, within 60 days by the patient or a properly authorized & documented agent (please include estate papers, next of kin documents, power of attorney for healthcare, death certificate etc.).
- have a signature dated after the time of treatment
- specify the type of information to be released and the date(s) of service
- include a revocation statement
- specify an expiration date on which the authorization will expire if not revoked before
- include a complete re-disclosure statement

( ) The record for this request contains sensitive information protected by Federal Regulations.
Your request must:

- specify the type of records needed (mental health, substance abuse, HIV/AIDS);
- be accompanied by a valid HIPAA compliant authorization signed, non-electronically, by the patient or a properly authorized and documented agent - including power of attorney papers (POA), estate papers, court orders, death certificates, certified next of kin, or letters of representation and include a witness signature.
- mental health patients between 12-17 years old must sign for their own records, counter signed by a parent or therapist or present a court order signed by a judge.

Sincerely,
Release of Information 920-433-8172

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**ST. MARYS HOSPITAL**
**1726 SHAWANO AVE**
**ATTN: MEDICAL RECORDS**
**GREEN BAY, WI 54303**

Date: Oct 22, 2021

**Re: Long Term Disability Benefits**
Claim# 8530414 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: WMSHEL

Dear 920-498-4586 opt 4,2,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2021 to Present**
**- Seen By: ST. MARY'S HOSPITAL**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Mary Guevarra
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 8530414

HSHS St.Vincent St.Mary's St.Nicholas St.Clare

=RI=

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

1) PATIENT INFORMATION:

Name _____ Address _____ City _____ State _____ Zip _____

Date of Birth _____ Daytime Phone _____ Previous Name(s) _____

2) AUTHORIZES: ☐ HSHS St. Vincent; ☐ HSHS St. Mary's; ☐ HSHS St. Nicholas; ☐ HSHS St. Clare; Other (Specify below)

Name of Health Care Provider/Plan/Other _____

Address _____ Fax # of Health Care Provider _____

3) TO DISCLOSE TO: ☐ Self, Delivery Options: ☐ Pick up ☐ Mail to address above ☐ View on-site ☐ Electronic Format ☐ E-mail to: _____

*If the e-email address is shared with another person or the e-mail password is known to others, consider other methods of delivery.* HSHS will automatically send e-mail through encrypted/secured means unless otherwise directed. Unencrypted email poses some level of risk, e.g., a third party could see the information without consent. HSHS is not responsible for unauthorized access to unencrypted email containing confidential information or any risk (e.g., virus) potentially introduced to the computer/device utilized when receiving/viewing confidential information in unencrypted electronic format or e-mail. By selecting the unencrypted e-mail option I acknowledge the risks have been communicated and I accept these risks. ☐ Unencrypted Email

☐ To be picked up by, I hereby authorize _____ to pick up my records. (Photo ID required.)

Send To: ☐ _____
Name of Health Care Provider/Plan/Other

Address _____ Fax # of Health Care Provider _____

4) DATE(S) OF INFORMATION TO BE DISCLOSED: From _____ (Month/Year) to _____ (Month/Year) If left blank, only information from the past two (2) years will be disclosed. Note: Future dates will not be honored.

5) INFORMATION TO BE DISCLOSED:

☐ Abstract of record/Pertinent records ☐ History & physical ☐ Discharge summary
☐ Emergency Department report ☐ Consultation reports ☐ Operative reports
☐ Radiology/Imaging reports ☐ Laboratory/Pathology ☐ EKG
☐ Radiology/Imaging films/CD ☐ Progress notes _____ ☐Billing records _____

Specific records and/or information as follows: _____

I DO NOT WANT THE FOLLOWING INFORMATION DISCLOSED (as defined by applicable state and federal laws):
☐Alcohol/Drug/Substance Use Disorder (SUD) ☐HIV Test Results ☐Mental Health/Developmental Disabilities

6) EXPIRATION: This Authorization is good until the following date/event: _____
Or if this item is left blank, the authorization will expire in (1) year from the date signed.

7) PURPOSE (check all that apply – copy fees may apply): ☐ Patient Request ☐ Continuing Care ☐ Legal Investigation/Action ☐ Insurance Eligibility/Benefits ☐ Other: _____

8) YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION: I understand that I have the following rights: to inspect and/or receive a copy of the health information; to have information be used and/or disclosed by this Authorization; if I agree to sign this Authorization, I will be provided with a copy of it; I may be charged a fee for record copies; I am under no obligation to sign this form and treatment, payment, enrollment or eligibility for benefits may not be based upon my decision to sign this Authorization; Authorization may be needed to release information to payers for certain mental health services, SUD services and/or HIV testing, however, I can refuse to sign this Authorization form for such purposes but I may be responsible for paying the entire bill for such services; I may revoke this Authorization at any time by notifying the authorizing provider's health information department, as listed above, in writing and will not be effective as to uses and/or disclosures already made in reliance upon this Authorization, needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage, or to submit a claim to third party payers as provided in this Authorization after having provided treatment in reliance upon this Authorization; the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure by the Recipient and may no longer be protected by applicable federal privacy law, Wisconsin or Illinois Law. *Federal Regulation (42 CRF, Part 2)/SUD prohibits any further disclosure without specific written consent of the person to whom it pertains, or as otherwise permitted by regulations. However, I understand that any disclosure of information carries the potential for unauthorized re-disclosure and the information may not be protected by Federal privacy standards. I understand that if there is not an existing treatment provider relationship with the party to whom information is being sent, a general designation may be used. I understand that I may request a list of entities to which my information has been disclosed from the "Send To" entity listed above.*

9) SIGNATURE OF PATIENT: _____ Date: _____ and/or
SIGNATURE OF LEGAL REPRESENTATIVE: _____ Date: _____
WITNESS SIGNATURE (SUD/Mental Health Only): _____ Date: _____

If signed by a person other than the patient, complete the following:
1) Individual is: ☐ a minor (SUD exception) ☐ legally incompetent or incapacitated ☐ deceased
2) Legal authority: ☐ parent* ☐ legal guardian ☐ activated POA for Health Care ☐ next of kin/executor of deceased

*By signing above, I hereby declare that I have not been denied physical placement of this child.

OFFICE USE ONLY: Signature/ID verified: ☐ Yes ☐ No Date/Time Released: _____ Completed by: _____ Medical Record Number: _____
Original: Medical Record Copy: Patient A photocopy of this authorization will have the same force and effect as the original

Aurora Health Care® *Milwaukee, Wisconsin*

MRN / Chart #: ____________________

1) **PATIENT INFORMATION:**

Name | Address | City | State | Zip

Date of Birth | ( ) Daytime Phone | Previous Name

2) **AUTHORIZES:**

Name of Health Care Provider / Plan / Other

Address

3) **TO DISCLOSE TO:** ☐ Self, Delivery Options: ☐ Pick up ☐ View on Site ☐ Mail to address above ☐ Electronic Format: __________

☐ To be picked up by, I hereby authorize ____________________ to pick up my records. (Photo ID required.)

☐ **Send to:**
Name of Health Care Provider / Plan / Other

PO Box 1390 St. Peters MO 63376 Or ____________________
Address | Health Care Provider FAX #

Recipient (Contact) Phone Number: (________) ______________

4) **DATE(S) OF INFORMATION TO BE DISCLOSED:** From 10/01/2020 (month/year) to Present (month/year) **If left blank, only information from the past two (2) years will be disclosed.**

5) **INFORMATION TO BE DISCLOSED:** ☐ Verbal ☒ Written

- ☐ Billing Records related to (specify): ____________________
- ☐ Emergency Department Reports
- ☐ Hospital Summary – *a general abstract will be sent which includes Discharge Summary, H&P, Consults, Operative Reports, Labs, Radiology Reports & ER.*
- ☐ Imaging Films (X-ray)
- ☐ Imaging Results
- ☐ Immunizations
- ☐ Lab Reports
- ☐ Procedure Op Reports
- ☐ Progress Notes/Updates
- ☒ Other: all PHI, excluding x-ray films

I understand that the information to be disclosed may include information regarding genetic testing, and mental illness, alcohol/drug abuse, HIV Test results, AIDS/AIDS related illness, and developmental disabilities. We will disclose such information, unless you indicate below that you do not want such information disclosed:

☐ Alcohol/Drug Abuse ☐ HIV Test Results ☐ Mental Health/Developmental Disabilities ☐ Genetic Testing

6) **EXPIRATION:** This Authorization is good until the following date / event: ____________________
**Note:** If this item is left blank, the authorization will expire in one (1) year from the date signed.

7) **PURPOSE** (Check all that apply - **copy fees may apply**)

☐ Further Medical Care – **no fee** ☐ Insurance Eligibility/Benefits – **fee $** ☐ Legal Investigation /Action – **fee $**
☐ Personal (at my request) - **possible fee $** ☐ Forms Completion - **possible fee $** ☒ Other: Claims - Disability Insurance *(specify)*

8) **YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION:** I am aware that I have the right to inspect and receive a copy of the health information I have authorized to be used and/or disclosed by this Authorization. **I understand that I may be charged a fee for record copies.** In addition, I understand that I do not need to sign this Authorization in order to receive treatment. I also am aware that I may revoke this Authorization by notifying the disclosing medical records/health information department in writing. However, I understand that my revocation will not be effective as to uses and/or disclosures: (1) already made in reliance upon this Authorization; or (2) needed for an insurer to contest a claim/policy as authorized by law if signing the Authorization was a condition to obtaining insurance coverage. I realize that the information used and/or disclosed pursuant to this Authorization may be subject to re-disclosure and no longer protected by federal privacy law.

9) **SIGNATURE OF PATIENT / LEGAL REP:** ____________________ **DATE:** __________

**If signed by a person other than the patient, complete the following:**

1. Individual is: ☐ a minor ☐ legally incompetent or incapacitated ☐ deceased
2. Legal authority: ☐ parent* ☐ legal guardian ☐ next of kin / executor of deceased ☐ activated POA for Health Care

* By signing above, I hereby declare that I have not been denied physical placement of this child.

*For Office Use Only:* **Signature/ID verified** ☐ Yes ☐ No Completed by: ____________________ *Name / Date* # of pages released _____

* S 2 3 6 2 3 *

**AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION**
(HIM/ROI Authorization)

**White – Medical Record**
**Yellow - Patient**

© AHC S23623 (Rev. 10/15)

**From:**status@releasepoint.com
**Sent:**Tue, 26 Oct 2021 09:07:12 -0700
**To:**Nemeth, Kelsey
**Subject:**HIPAA eSign Required: Claim:10970673 - HERNANDEZ, SERENA - CaseMgr:
**Attachments:**autho31854277.pdf
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Date: 10/26/2021**

**Reference ID: 8535471**

**Medical Facility/Provider: AURORA HEALTHCARE**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

Please be advised, this facility require the patient to fill out their own authorization as they reject Lincoln Financial release form. Please have the patient completely fill out and sign the facility specific authorization we attached so we may proceed. Thank You, Carl

You can complete this request in one of FOUR ways:

1. Sign authorization electronically. Electronic signatures are processed immediately through the secure signing environment of DocuSign. To sign electronically, click the following link:

https://esign.releasepoint.com/?fseq=00062319DB5AEBB81AE94D2F9BF7A76C02000000BBC4E6E67C50A5C679FDE8FB748B2E0735528B4976B68A00690065F6C34F91C4CDFD5B5D719ACFF23620DB5CF84A5BFC

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

4. Mail a copy of the authorization to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Please return this signed authorization at your earliest convenience to avoid delays in the

processing of your recent insurance application.

Your Lincoln Financial Group Information Retrieval Team

ReleasePoint

## Medical Record Overview

**Date:** **October 17, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
GREEN BAY, WI 54304
(920) 490-3790

**Request Scope:** From May 1, 2021 to Present

**Chart Range:** 05/11/2021 - 06/01/2021

**RP ID:** 8420929

**Client ID:** 10970673

**Source:** L-CLTMJR

**Req By:** K NEMETH
04444809

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 11 2021 | Jun 1 2021 | 13 | 2 |
| Other Records | | | 1 | 15 |
| Request Corr. | | | 4 | 16 |

**Total Page Count:** 18

**Notes From QC:**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*October 15, 2021*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**06/01/2021 - BH Progress Notes: Individual Session-MH**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was seen via MS teams due to Covid 19 restrictions/precautions. Client consented to telehealth and assured provider of privacy

Client reports that "I did get to take my meds yet, I am feeling depressed." Encouraged her to take medications as prescribed. Client talking excessively about her boyfriend. She is having urges to use. She did experience a "bad meeting" but isnt going to let that stop her from going to meetings. Although she admits that has "to get back to meetings." The bad meeting revolved aorund her talkign about her boyfriend and someone confronting her about tat.

**OBJECTIVE:** Client was a half an hour late for session, in part due to ttechnical issues but more about mix up about time. Client appeared tired, clean, casually dressed but sleepy Mood and affect were congruent. Clients mood euthymic for most of the session. She was extremely difficult to redirect She smoked quite a bit during session. Refused smoking cessation referal. .Client denied any suicidal or homicidal ideation, intentions, plan or method. Client appeared orientated x3.

**ASSESSMENT:** Clients stage of change vascillating between preparation and action. She is very focused out She would not let me interject. Cleint spoke her piece about her boyfriend and her "bad meeting " experience and then wanted to go back to bed. Did encourage client to healthy coping and cautioned about a potiential relapse. Encoruaged meetings and contacting her sober support

**PLAN:** Will seee cleint in 1 to 2 weeks. Cllient will be contacting the front desk to set up her own appointment. Will address clients fixation on her boyfrend and redirect her.

### Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit

### Since Last Contact

1) Have you wished you were dead or wished you could go to sleep and not wake up? No
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? No

C O P Y

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.1

**Psychological First Aid**

**Age:** 53 Years Old
**Home Phone#:** (920) 413-8560
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Mary Beth King MSW LCSW CSAC on 10/09/2021 at 11:10 AM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

October 15, 2021
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041
Home: (920) 413-8560
Ins: ForwardHealth Medical

**05/25/2021 - BH Progress Notes: Individual Session-MH**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was seen via MS teams due to Covid 19 restrictions/precautions. Client consented to telehealth and assured provider of privacy

"I will be starting a meeting in the communtiy. I am about 53 days sober. I had a melt down last week. I di cut and burn, my support system is not the best. I dont feel that way now ok? I think my steriods had me feeling like I was going crazy." Client tating that she has been dealing wiht physical issues that complicate her mental health, specifically her fall/injury." When asked to do a safety plan. "thats not what I need right now. I know how to get help if I need that., I have done it before."

**OBJECTIVE:** Client was on time for session. No technical issues. Client appearred a bit dishevled but clean and casually dressed. Mood and affect were congruent. Clients mood appeared sad. She was less pressured to speak. She denied homicidal ideation, intentions, plan or method.. Client reported suicidal thoughts but without intent, plan or method. Client denied any acts of furtherance and she indicated that the cutting and burning was coping not an attempt to harm herself. She denied sucidal thoughts today, Client appeared orientated x3.

**ASSESSMENT:** Clients stage of change appears to be movitated and in a preparaton stage of change. Did process her feelings of SI and discussed the options for care. Client did not meet criteria for a chapter 51 and she did nto want to go inpatient. She felt that the worst had past and she wanted to focus on other things. Did go through safety and resources verbally. She does have a safety plan from the past. Cleint was focused out on boyfriend again and was redirected back to her feelings, coping, and healing. Incoportating cultural and spirituality into session. Which client seemed to connect to

**PLAN:** Will follow up with client. Client reporting that if she is feeling actively suicidal she "will go into bellin I promise." Will see client next week.

### Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit

#### Since Last Contact

1) Have you wished you were dead or wished you could go to sleep and not wake up? **Yes**
2) Have you actually had any thoughts of killing yourself? **No**
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? **No**

**Suicidal Ideation** *(Check Most Severe in Past Month)*
Suicidal thoughts

**Clinical Status (Recent)**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041
Home: (920) 413-8560
Ins: ForwardHealth Medical

Major depressive episode
Substance abuse or dependence
Agitation or severe anxiety
Chronic physical pain or other acute medical problem (HIV/AIDS, COPD, cancer etc.)
Sexual abuse (lifetime)

**Activating Events (Recent)**

***Describe:*** break up with boyfriend

**Treatment History**
Previous psychiatric diagnosis and treatments

**Protective Factors (Recent)**
Identifies reasons for living

**Other Protective Factors**
Committment to treatment
doing well with sobriety - creating supports
sponsor support
Clients ability to advocate for herself - going to the hospital when she needs support

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.1

**Psychological First Aid**

**Age:** 53 Years Old
**Home Phone#:** (920) 413-8560
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Electronically signed by Mary Beth King MSW LCSW CSAC on 10/09/2021 at 10:58 AM**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790. Fax: (920) 490-3683

October 15, 2021
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**05/17/2021 - BH Progress Notes: Individual Session-MH video**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was contact via MS Teams due to Covid 19 restrictions/precautions. Client verified privacy and consent to telehealth.

"Im pregnant- hahahaha. Pregnant with emotions. I dont know if I am going to go to group anymore. I know its about me. I talked to Lou and he pointed that out and I agree, but I cant talk about that now. I have way more important things to talk about." Client going on to detail that her friends sister just died from covid. Client also expressing fear and worry related to what is going on with her knee/body. Client may need a proceedure (gong on an IV drip) or may need surgery. Client reports high levels of pain. Cleint also detailing that one of her Aunts is very Ill. Client discussing how she is "44 days clean and sober. I am taking my medicine everyday and I am loving my life." Client did discuss her exboyfriend.

**OBJECTIVE:** Client was on time for our session. Apologized for missing our last 7am session and apologized for "cutting you off but I got a lot to say." Client appeared clean, well groomed and casually dressed. Her mood was euthymic and mood and affect were congruent. She did crack a few jokes and make light of things before becoming more seriuos. Client did cry and express her grief. Client verbal but not as pressured as in the past. She has insight and self awareness. She was open to carefronting and challenges. Client denied any suicidal or homicidal ideation, intentions, plan or method. Client appeared orientated x3.

**ASSESSMENT:** Clients stage of change appears tobe in preparation. Although, emotionally she has difficulty connecting with what she knows cognitively but she is making progress. She is less defensive, more open and willing to look at her own behavior. In session, she discussed how she was in a Zoom HA meeting but got cut off. She has difficulty with realizing that she takes over meetings. A theme in session is that people are not letting her talk or not honoring her time to talk. She was encouraged to use "I feel statements" to those she has this issue with. She is going to consider it. Client was given pyscheducation on People, places, and things- related to someone who owes her money. Client was open to that. She expressed her feelings about past trauma related to her mom.
Client reporting less anxiety symptoms.

**PLAN:** Client to be seen on Tueday May 25th @ 730am. She is going to be seeing Liz on the 24th. Client encouraged to participate in IOP and continue working with her sponsor. She is moving to the 4th Step, which can be highly emotional
Client encouraged to continue using positive affirmations/ positive self talk- especially to the leg that has been injury = which Incidently is also the leg she had injured 3 years ago at work

**Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit**

CONFIDENTIAL

Since Last Contact

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



1) Have you wished you were dead or wished you could go to sleep and not wake up? **No**
2) Have you actually had any thoughts of killing yourself? **No**
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? **No**

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.1

**Psychological First Aid**

**Age:** 53 Years Old
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Mary Beth King MSW LCSW CSAC on 05/17/2021 at 11:49 AM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3863

*October 15, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**05/11/2021 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Problems:**
Swelling of right leg (ICD-729.81) (ICD10-M79.89)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
CLONIDINE HCL 0.1 MG ORAL TABLET (CLONIDINE HCL) Take one tablet twice daily
ACIDOPHILUS ORAL TABLET (LACTOBACILLUS) 1 tab by mouth daily to twice daily; Route: ORAL
HYDROXYZINE HCL 25 MG ORAL TABLET (HYDROXYZINE HCL) take one to two every four hours PRN anxiety; Route: ORAL

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

MINIPRESS 2 MG ORAL CAPSULE (PRAZOSIN HCL) Take TWO (total dose 4mg) every HS; Route: ORAL
TOPAMAX 100 MG ORAL TABLET (TOPIRAMATE) take one half (50mg) twice daily; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESP INH SPR (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed.
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY -

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the infomation to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*October 15, 2021*
Page 3
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Medications:**
Cancelled ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am #30[Tablet] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 05/11/2021
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
RxID: 1936368965396230

C O P Y

**Psychiatric Medication Check Progress Note**
**Previous Session No.**
One (02/16/2021 4:02:38 PM)
**Session:** One

**SUBJECTIVE:** doing well

**OBJECTIVE:** contacted via phone
she is attending IOP, sober now
she fell and injured knee but she is sober and mood is better
no SI
no psychosis

CONFIDENTIAL

ASSESSMENT: PTSD
SUD

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**PLAN:** cont cymbalta, clonidine, topamax,prazosin, hydroxyzine
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 53 Years Old
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 05/11/2021 at 4:18 PM**

C
O
P
Y

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883

*October 15, 2021*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**05/11/2021 - BH Progress Notes: Individual Session-MH**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Client was seen via MS teams due to Covid 19 restrictions/precautions. Client consented to telehealth and assured provider of privacy.

"I fell. I had a very terrible week last week." Client stating that her past is currently activating her. Client discussing her medical condition," no blood clots but my toes are turning black" Client reports that she has been to the doctor 3x in the last week or so. Client discussing a situation with her mom that rsulted in client feeling frustrated. Client become upset when asked clarifying questions. "I am getting angry because you keep asking me about it."

**OBJECTIVE:** Client was on time for session. No technical issues. Client appeared clean, a bit disheveled, and casually dressed. She was talkative but no hyperverbal. Client did show me her leg and she was black and blue. Mood and affect were congruent. Clients mood was agitated, irritable, and somewhat defensive and aggresive. She did calm by end of session. .Client denied any suicidal or homicidal ideation, intentions, plan or method. Client appeared orientated x3.

**ASSESSMENT:** Client still motivated to feel better. She did not like being redirected, she saw it as cutting her off. Client was upset when asked clarifying questions that are not unlike any thing we have done in the past. Did gently explore this. Client in pain and she isnt sleeping. She also is activated. Attempted to resource her but client was too focused out. She again is talkative a lot about her boyfiend, what he is doing and how she feels about him and how he is still actively using.

**PLAN:** Client to see been in 1-2 weeks. Encouaaged to continue participating in AODA. Cleint had mentioned something about wanting a new provider and she was encouraged to address this with a supervisor.

### Columbia Suicide Severity Rating Scale - Screening Version - Since Last Visit

### Since Last Contact

1) Have you wished you were dead or wished you could go to sleep and not wake up? **No**
2) Have you actually had any thoughts of killing yourself? **No**
6) Have you ever done anything, started to do anything, or prepared to do anything to end your life? **No**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
2640 West Point Road Green Bay, WI 54304
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041

Home: (920) 413-8560
Ins: ForwardHealth Medical

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.1

**Psychological First Aid**

**Age:** 53 Years Old
**Home Phone#:** (920) 413-8560
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Mary Beth King MSW LCSW CSAC on 10/09/2021 at 10:42 AM**

COPY

CONFIDENTIAL

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, Jalanna Adams, recordS' technician for Oneida Nation Health Center - Behavioral Health located at 2640 West Point Road, Green Bay, WI 54304 certify the attached are the best possible, accurate, legible, duplicate health care provider records for this facility. The records being released consist of the following.

X MENTAL HEALTH & PSYCHIATRIC PROGRESS NOTES FROM 05/11/2021 TO 06/01/2021

THIS PACKET HAS 6 ORIGINAL PAGES
AND 13 PHOTOCOPIED RECORD PAGE(S)
WHICH EQUALS 19 TOTAL PAGES

Jalanna Adams – Records' Technician

MARI KRIESCHER-MS, MAC, LPC, CSAC, ICS

October 15TH, 2021
DATE

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Lincoln Financial Group** **ATTN: Claims Processing**

**FAX#: (213) 884-4921** **DATE: 10/15/21**

**PERSON SENDING FAX: Jalanna- Behavioral Records** **#OF PAGES: 19**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez-D.O.B.**

**COMMENTS: Sending requested records and records retrieval invoice**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**
**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.
/
Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

#12041

ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
ATTN: MEDICAL RECORDS
GREEN BAY, WI 54304

Date: Sep 28, 2021

**Re: Long Term Disability Benefits**
Claim# 8420929 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ONE198

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 1, 2021 to Present**

**Please provide medical records within the time frame - Seen By:**
ONEIDA BEHAVIORAL HEALTH

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

8420929

RPID: 8420929

09/28/2021 9:24AM (GMT-05:00)

06000155 LFPE(SD1 00001862

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

0000156LFPE66D1 00001656

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ______

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

## Request Information

Report Date: October 17, 2021

**RP ID:** 8420929

Patient Name: HERNANDEZ, SERENA

Provider Name: ONEIDA BEHAVIORAL HEALTH

## Quality Assurance Information

Scope Requested: **From May 1, 2021 to Present**

Special Request:

Please provide medical records within the time frame
- Seen By: ONEIDA BEHAVIORAL HEALTH

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: AGVIV

ReleasePoint

## Medical Record Overview

**Date:** **September 29, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** THE ONEIDA COMPREHENSIVE HEALTH DIV
525 Airport Drive
Oneida, WI 54155
(920) 869-2711

**RP ID:** 8420930

**Client ID:** 10970673

**Source:** L-CLTMJR

**Request Scope:** From May 1, 2021 to Present

**Req By:** K NEMETH
04444809

**Chart Range:** 05/04/2021 - 09/08/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 4 2021 | Sep 8 2021 | 11 | 2 |
| Labs/Diagnostics | May 10 2021 | May 10 2021 | 1 | 13 |
| Consultations | Sep 8 2021 | Sep 8 2021 | 2 | 14 |

**Total Page Count:** 14

**Notes From QC:**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 1
Lab Report

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**05/10/2021 - Lab Report: DRUG SCREEN URINE ABUSE**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) DRUG SCREEN URINE ABUSE (7844)

| | | |
|---|---|---|
| CANNABINOIDS SCRN-THC | NEGATIVE | NEGATIVE |
| PHENCYCLIDINE SCRN-PCP | NEGATIVE | NEGATIVE |
| COCAINE SCRN-COC | NEGATIVE | NEGATIVE |
| ! METHAMPHETAMINES-MAMP | NEGATIVE | NEGATIVE |
| OPIATE SCRN-OPI | NEGATIVE | NEGATIVE |
| AMPHETAMINE SCRN-AMP | NEGATIVE | NEGATIVE |
| BENZODIAZEPINE SCRN-BZO | NEGATIVE | NEGATIVE |
| ! TRICYCLIC ANTIDEPRESANT | NEGATIVE | NEGATIVE |
| METHADONE SCRN-MTD | NEGATIVE | NEGATIVE |
| BARBITURATE SCRN-BAR | NEGATIVE | NEGATIVE |
| ! OXYCODONE SCRN-OXY | NEGATIVE | NEGATIVE |
| ! PROPOXYPHENE SCRN-PPX | NEGATIVE | NEGATIVE |
| ! BUPRENORPHINE SCRN-BUP | NEGATIVE | NEGATIVE |

DRUG SCREEN URINE ABUSE Result Interpretations:
CUTOFF CONCENTRATIONS FOR DRUG CLASSES ARE:

| | |
|---|---|
| Cannabinoids-THC | 50 ng/ml |
| Cocaine-COC | 150 ng/ml |
| Opiates-OPI | 100 ng/ml |
| Methamphetamine-MAMP | 500 ng/ml |
| Amphetamine-AMP | 500 ng/ml |
| Benzodiazepines-BZO | 150 ng/ml |
| Barbiturates-BAR | 200 ng/ml |
| Methadone-MTD | 200 ng/ml |
| Buprenorphine-BUP | 10 ng/ml |
| Tricyclics-TCA | 300 ng/ml |
| Oxycodone-OXY | 100 ng/ml |
| Phencyclidine-PCP | 25 ng/ml |
| Propoxyphene-PPX | 300 ng/ml |

Drug screening results should be used for clinical consideration only. Further confirmatory testing is recommended for positive screening results.

TEST PERFORMED BY:
ONEIDA COMMUNITY HEALTH CENTER
525 AIRPORT DRIVE
ONEIDA, WI 54155
Dr. Ravinder Vir, M.D.

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

September 29, 2021
Page 1
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**05/10/2021 - Office Visit: Follow Up-Persistent Right Knee Pain-Doppler/Neg UDS**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

**Visit Type:** Follow-up
**Primary Provider:** Candice L Crabb APNP FNP-BC

**CC:** Here for Right knee ER f/u.

**History of Present Illness:**
Serena is a 53-year-old female patient who presents for reevaluation of her right knee pain. Reports falling directly on her right knee on 5/1/2021, while trying to help her mother down the stairs in a wheelchair. Presented to Bellin ER the same day; x-ray was negative for a fracture, however demonstrated extensive soft tissue swelling to the anterior knee, severe arthrosis in the patellofemoral compartment, and moderate arthrosis in the medial/lateral compartments. Advised to treat conservatively, given an ACE wrap. Presented to urgent care 5/4/2021 for persistent right knee pain, swelling, and bruising, along with possible clear fluid drainage from the site. Diagnosed with prepatellar bursitis, hematoma, and peripheral edema. Given clindamycin for possible infection. Today, denies any significant improvement in her pain since she fell. Using Tylenol, naproxen, and diclofenac. Has not use an ACE bandage, ice, or heat. Reports she is elevating her leg "because all I do is lay and sleep. I have no energy." Very upset, requesting a repeat drug screen. Adamant she is 37 days sober from cocaine and marijuana, although had a recent positive drug screen on 4/27/2021 through Dr. Van Dorp's office at pain and spine. Mentions she is still working with AODA counselors, recently started working with a new sponsor "because my other sponser was racist."

Denies fever, chills, redness, warmth, or persistent drainage in the right knee. No changes in peripheral neuropathy, which is been a chronic problem for her. Denies chest pain, shortness of breath, or wheezing.

## Past Medical History:
Reviewed history from 04/30/2021 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:
Reviewed history from 04/30/2021 and no changes required:

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041
Home: (
Ins: ForwardHealth Medical

Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:

**Family History Reviewed:** 05/10/2021
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

[Social History-CCC]

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 65.5 inches (166.37 cm) |
| Weight: | 270.2 pounds |
| BMI: | 44.27 |
| Temp: | 98.3 degrees F temporal |
| Pulse rate: | 106 / minute |
| Resp: | 24 per minute |
| BP sitting: | 122 / 72 (left arm) |
| Cuff size: | large |
| Pt. in pain? | yes |
| Location: | knee |

96 (03/16/2015 2:06:15 PM)
Do you feel safe at home? yes
Do you feel safe with your caregiver? yes

**Problems:**
Problems were reviewed with the patient during this visit.
Screening for diabetes (ICD-V77.1) (ICD10-Z78.9)
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 3
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**

Medications were reviewed with the patient during this visit.
CLONIDINE HCL 0.1 MG ORAL TABLET (CLONIDINE HCL) Take one tablet twice daily
ACIDOPHILUS ORAL TABLET (LACTOBACILLUS) 1 tab by mouth daily to twice daily; Route: ORAL
HYDROXYZINE HCL 25 MG ORAL TABLET (HYDROXYZINE HCL) take one to two every four hours PRN anxiety; Route: ORAL
MINIPRESS 2 MG ORAL CAPSULE (PRAZOSIN HCL) Take TWO (total dose 4mg) every HS; Route: ORAL
TOPAMAX 100 MG ORAL TABLET (TOPIRAMATE) take one half (50mg) twice daily; Route: ORAL
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESP INH SPR (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 4
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 5
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home: (
Ins: ForwardHealth Medical

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

**Serial Vital Signs/Assessments:**

| Time | Position | BP | Pulse | Resp | Temp | By |
|---|---|---|---|---|---|---|
| | | | 100 | | | Candice L Crabb APNP FNP-BC |

## Review of Systems

See HPI

## Physical Exam

**General:**
well developed, well nourished, in no acute distress.
**Lungs:**
clear bilaterally to auscultation.
**Heart:**
regular rate and rhythm, S1, S2 without murmurs
**Extremities:**
RLE: Obvious right anterior knee swelling, 2 cm x 2 cm eschar scabbing appreciated over the medial aspect of the patella. Pain with palpation of the patella, obvious prepatellar bursitis and effusion. Limited knee ROM due to pain. No redness or warmth near the eschar, no drainage. Significant swelling, +2 from the knee to ankle. No erythematous streaking appreciated. Cap refill within normal limits. Mild calf tenderness with palpation. +2 radial pulses. Sensation intact.
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration. Fixated on previous positive drug screen, continues to revert back to completing another UDS today.

# ST VINCENT HOSPITAL GREEN BAY

835 S Van Buren St Green Bay, WI 54301-3526

## IMAGING SERVICES

| Patient Name: | Exam Date/Time: | Phone #: | MRN: |
|---|---|---|---|
| Hernandez, Serena Lynn | 05/10/2021 1629 | ( | 64275422 |
| DOB: | Legal Sex: Female | Account #: 29820189 | |
| Pt. Class: Outpatient | Accession #: SVG5041974 | Performing Department: SVG Vascular | |
| Primary Care Provider: Crabb, Candice L | Ordering Provider: Candice L Crabb | Authorizing Provider: Candice L Crabb | |

**Final - USV VEN DUPLEX LOW EXT RT [93971]**

**Reason for Exam:** r/o DVT

**Diagnosis:** Right leg swelling [M79.89 (ICD-10-CM)]
Right knee pain [M25.561 (ICD-10-CM)]

INTERPRETATION
INTERPRETATION LOCATION: St. Vincent Hospital

PROCEDURE. USV VEN DUPLEX LOW EXT RT

DATE: 5/10/2021 4:29 PM

COMPARISONS: None.

CLINICAL INDICATION: 53 years Female
Right lower extremity swelling and pain

FINDINGS: Evaluation was performed of the right lower extremity.

VEINS: The common femoral vein, proximal saphenous vein, proximal profunda femoris, superficial femoral vein and popliteal vein are freely compressible with good augmentation and no evidence of thrombus. The visualized calf veins are patent to Doppler interrogation as well.

POPLITEAL CYST:None visualized.

IMPRESSION: No sonographic evidence of lower extremity deep venous thrombosis.

Dictated By: Bielke MD,Dennis
Dictated On: 05/10/2021 22:03:59
Electronically Signed By: Bielke MD, Dennis
Electronically Signed on: 05/10/2021 22:04:51

Candice L Crabb
525 AIRPORT RD
ONEIDA WI 54155

920-869-2711

| Patient Name: | Exam Date/Time: | Phone #: | MRN: |
|---|---|---|---|
| Hernandez, Serena Lynn | 05/10/2021 1629 | | 64275422 |

Transcribed by:

Dictated by:
Dictated by: BIELKE, DENNIS on Mon May 10, 2021 10:04:52 PM CDT

Electronically Released by:
Bielke, Dennis J, MD on 5/10/2021 10:03 PM

CC:

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 6
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Blood Pressure:**
**Today's BP:** 122/72 mm Hg

**Labwork:**
Most Recent Lab Results:
**LDL:** 90. mg/dL 08/22/2018

## Impression & Recommendations:

**Problem # 1:** Knee pain, right (ICD-719.46) (ICD10-M25.561)
Recent fall on 5/1/2021, resulting in an ER visit the same day, followed by an urgent care visit 5/4/2021. Both notes reviewed, including negative x-ray. Discussed severe arthritic changes appreciated in the knee, which is likely contributing to the significant amount of swelling after her traumatic fall. Has not been using ice or compression. Obvious prepatellar effusion, lower extremity swelling, and calf tenderness on exam. Recommend same day venous Doppler to rule out a blood clot, with concurrent 1A referral to orthopedics for further evaluation, and possible aspiration. US scheduled for 3:45 PM this afternoon. Requesting refill of Tylenol, which is sent to pharmacy per her request. Will be given an ACE wrap and ice packs. Continue with clindamycin per previous orders, although there is no signs of acute infection today. Signs and symptoms warranting immediate reevaluation reviewed at length. Serena agreed with the plan of care and verbalized understanding.

At the end of the visit, requests iron studies be added to her labwork appointment on 6/1/2021 "because I feel like I have low iron."

Orders:
99213 Estab Level 3 20-29 Min (CPT-99213)

**Problem # 2:** Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Per above.
Orders:
99213 Estab Level 3 20-29 Min (CPT-99213)

**Problem # 3:** Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Per her request, UDS was completed, and was negative. Continue to work with AODA counselors.

Orders:
DRUG SCREEN,URINE,ABUSE (7844)
99213 Estab Level 3 20-29 Min (CPT-99213)

**Other Orders:**
Future Orders:
CBC + AUTO DIFF (9014) ... 06/01/2021
FERRITIN (4617) ... 06/01/2021
IRON and TIBC (1478) ... 06/01/2021

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 7
Office Visit

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**Orders Added:**
1) CBC + AUTO DIFF [9014]
2) FERRITIN [4617]
3) IRON and TIBC [1478]
4) DRUG SCREEN,URINE,ABUSE [7844]
5) 99213 Estab Level 3 20-29 Min [CPT-99213]

**Electronically signed by Candice L Crabb APNP FNP-BC on 05/10/2021 at 12:57 PM**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 1
Phone Consult

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

**09/08/2021 - Phone Consult: Refill, AMA from ED with elevated blood pressure. resp**
**Provider: David Danby MD**
**Location of Care: Oneida Community Health Center**

**This visit was performed remotely with this patient.**

## Patient Details

**Patient Phone #:** (920) 413-8560
**Patient Email Address:** shernandez068@yahoo.com
**Patient consented for audio or video type visit:** Yes

## Visit Details

**Start Time:** 2:15 PM
**Primary Provider:** Candice L Crabb APNP FNP-BC
**Telemedicine Provider:** David Danby MD
**Location of Provider:** Primary Care Office
**Location of Patient:** Home
**Who Participated:** Patient only

## Visit Notes

**Chief Complaints or Symptoms:**
Patient requesting refill on Combivent

**HPI/Subjective:**
She was seen in the St. Mary's hospital ED 09/06/2021 and left AMA prior to receiving her CT results chest x-ray showed an infiltrate in the right costophrenic angle a small right effusion was also noted.
She is about a month out from her initial infection with COVID-19 and Covid pneumonia. She developed shortness of breath that day. D-dimer was elevated but she was felt to be low probability and CT scan did not show a PE.

**Objective:**
She is using complete sentences and phrases speaking easily without wheezing short of breath. Her energy level sounds good.
She presented to the emergency department at St. Mary's Hospital on 9 6 of 2021 her respiratory rate was 45 her oxygen sat was 99 her pulse was 87 but her blood pressure was 206/90 it subsequently improved to about 180/100 lungs were clear moving good volume with no crackles rales wheezing or focal lung findings psychiatric was noted anxious
She left AMA and felt that she was doing better less anxious at home
Cardiac enzymes returned normal the CT scan to exclude PE showed just the right infiltrate versus atelectasis and small right pleural effusion.

**Other Notes:**
Okay for the refill Combivent fluticasone and guaifenesin
She will need to be seen in follow-up at her convenience
With the poor air quality she should use caution.
She declines a return to work slip stating she is no longer going into work.

**High Risk Assessement**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 2
Lab Report

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/10/2021 12:22 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/10/2021 11:58
Requested date-time: 05/10/2021 11:58:00
Receipt date-time: 05/10/2021 11:58:00
Reported date-time: 05/10/2021 12:22:00
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)
Specimen Source:
Source: CSI_lab
Filler Order Number: 708162
Lab site:

----------------

The following results were not dispersed to the flowsheet:

CANNABINOIDS SCRN-THC, NEGATIVE, (F)
PHENCYCLIDINE SCRN-PCP, NEGATIVE, (F)
COCAINE SCRN-COC, NEGATIVE, (F)
METHAMPHETAMINES-MAMP, NEGATIVE, (F)
OPIATE SCRN-OPI, NEGATIVE, (F)
AMPHETAMINE SCRN-AMP, NEGATIVE, (F)
BENZODIAZEPINE SCRN-BZO, NEGATIVE, (F)
TRICYCLIC ANTIDEPRESANT, NEGATIVE, (F)
METHADONE SCRN-MTD, NEGATIVE, (F)
BARBITURATE SCRN-BAR, NEGATIVE, (F)
OXYCODONE SCRN-OXY, NEGATIVE, (F)
PROPOXYPHENE SCRN-PPX, NEGATIVE, (F)
BUPRENORPHINE SCRN-BUP, NEGATIVE, (F)

**Electronically signed by Candice L Crabb APNP FNP-BC on 05/10/2021 at 12:31 PM**

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 4
Phone Consult

**Serena L Hernandez**
Female DOB: 12041

Home:
Ins: ForwardHealth Medical

Total time of this visit was 45 minutes with greater than 1/2 in counseling on complications, risk reduction, and basic care components. Labs were reviewed. Patient has good understanding.

Orders:
99215 Estab Level 5 40-54 Min (CPT-99215)

**Medications Added to Medication List This Visit:**
1) Combivent Respimat 20-100 Mcg/actuation Mist (ipratropium-albuterol) .... Inhale 1 puff four times daily replaces atrovent and spiriva
2) Guaifenesin 200 Mg Tablet (Guaifenesin) .... Take 2 tablet by mouth three times a day
3) Fluticasone Propionate 50 Mcg/actuation Spray,suspension (Fluticasone propionate) .... Spray 2 spray into both nostrils once a day as directed use 2 sprays each nostril daily x 4 days and wean as directed

**Medications:**
Added new medication of fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed; Route: INTO BOTH NOSTRILS - Signed
Removed medication of fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Use 2 sprays in each nostril daily for 4 days, then wean as directed; Stop Date: 09/08/2021 - Signed
Changed medication from guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day to guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day ; Route: BY MOUTH - Signed
Removed medication of acetaminophen 500 mg tablet (acetaminophen) 1-2 tablet every six to eight hours as needed ; Stop Date: 09/08/2021 - Signed
Changed medication from Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA to Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA - Signed
Rx of Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA; #4 gram x 0; Signed; Entered by: David Danby MD; Authorized by: David Danby MD; Method used: Electronically to WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387,
Rx of fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed; #1 ml x 3; Signed; Entered by: David Danby MD; Authorized by: David Danby MD; Method used: Electronically to WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387,
Rx of guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day ; #60 tablet x 0; Signed; Entered by: David Danby MD; Authorized by: David Danby MD; Method used: Electronically to WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387,

**Prescriptions:**
guaifenesin 200 mg tablet (guaifenesin) Take 2 tablet by mouth three times a day #60 tablet x 0
Entered and Authorized by: David Danby MD
Electronically signed by: David Danby MD on 09/08/2021
Method used: Electronically to
WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387

**Oneida Community Health Center**
525 Airport Drive Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*September 29, 2021*
Page 5
Phone Consult

**Serena L Hernandez**
Female DOB: 12041
Home:
Ins: ForwardHealth Medical

RxID: 1946730661126180
fluticasone propionate 50 mcg/actuation spray,suspension (fluticasone propionate) Spray 2 spray into both nostrils once a day as directed USE 2 sprays each nostril daily x 4 days and wean as directed #1 ml x 3
Entered and Authorized by: David Danby MD
Electronically signed by: David Danby MD on 09/08/2021
Method used: Electronically to
WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387

RxID: 1946730661126170
Combivent Respimat 20-100 mcg/actuation mist (ipratropium-albuterol) INHALE 1 PUFF FOUR TIMES DAILY REPLACES ATROVENT AND SPIRIVA #4 gram x 0
Entered and Authorized by: David Danby MD
Electronically signed by: David Danby MD on 09/08/2021
Method used: Electronically to
WALGREENS DRUG STORE #11339 116 N MILITARY AVE, GREEN BAY, WI 543033202, Ph: (920) 498-3247 Fax: (920) 498-3387

RxID: 1946730660125910

**Electronically signed by David Danby MD on 09/08/2021 at 7:24 PM**

# Quality Assurance Report

## Request Information

Report Date: September 29, 2021

**RP ID:** 8420930

Patient Name: HERNANDEZ, SERENA

Provider Name: ONEIDA COMMUNITY HEALTH CENTER

## Quality Assurance Information

Scope Requested: **From May 1, 2021 to Present**

Special Request:

- Seen By: THE ONEIDA COMPREHENSIVE HEALTH DIV

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**From:**status@releasepoint.com
**Sent:**Fri, 1 Oct 2021 11:26:59 -0700
**To:**Nemeth, Kelsey
**Subject:**RP ID: 8420928 (L-CLTMJR) / Pol/Claim ID: 10970673 (HERNANDEZ, SERENA) Hearing Date -- Order Suspended
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: HERNANDEZ, SERENA
Policy/Claim/Cert: 10970673
RP ID: 8420928
Ins. Co: Lincoln Financial Group
Provider: BELLIN BEHAVORIAL HEALTH
Original Provider: BELLIN BEHAVIOURAL HEALTH
TransID: 55455205
Identifier/Req by: K NEMETH
Identifier 2: 04444809
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

- CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: Please be advised, we called the facility and according to Patty, the patient was last seen on 11/13/2020. No records were found within the time frame requested. Please advise us on how to proceed.

Thank you,

Rainer

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended

recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

**From:**status@releasepoint.com
**Sent:**Fri, 1 Oct 2021 10:61:65 90- 00
**To:**7 emetN, helseK
**Subject:**yRP : D820461 (L9CLTMJy) / Rol/Claim P : 104- 03- 6 (HEy7A7I EZ, SEyE7A) Hearing I ate 99 Order Suspended
**Importance:**HigN

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: HERNANDEZ, SERENA
Policy/Claim/Cert: 10970673
RP ID: 8420931
Ins. Co: Lincoln Financial Group
Provider: WILLOW CREEK BEHAVIORAL HEALTH
Original Provider: WILLOW CREEK BEHAVIORAL HEALTH
TransID: 55455205
Identifier/Req by: K NEMETH
Identifier 2: 04444809
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

- CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: Please be advised, we called the facility and according to Annette, the patient was last seen on 05/06/2019. No records were found within the time frame requested. Please advise us on how to proceed. Thank you.

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to

"status@releasepoint.com", and delete the original message.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

September 30, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

Please complete the forms indicated below and return them to our office by November 11, 2021:

_X_ Claimant Information Form
__ Other

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 11, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 11, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 11, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return To:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

September 29, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 28, 2021, we requested medical records from your providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2021 through present from Bellin Psychiatric Center, Oneida Behavioral Health, Oneida Community Health, Willow Creek Behavioral Health, and Dr. Vandorp

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by November 11, 2021:

X Family Information Questionnaire
X Training Education Experience
X Reimbursement Agreement Form
___ Other

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include, but are not limited to:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we work with a Social Security claimant representative who can assist you in the filing process. They specialize in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by the representative.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Charter's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 75 days from the date of this letter, December 11, 2021.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 75 day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to

retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request. Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 11, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 11, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 11, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return to:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston (Lincoln Financial Group).

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**REIMBURSEMENT AGREEMENT**

**Claimant:** Serena Hernandez **Date of Birth:** ________

**Employer:** Charter Communications, Inc. **Policy/Plan Sponsor No.:** 04-444809

I agree to reimburse Lincoln Life Assurance Company of Boston (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**__________________________________ **DATE:** __________________________

**EMPLOYEE'S PRINTED NAME:** Serena Hernandez

***Please retain a copy for your records or one can be provided upon request.***

ReleasePoint

## Medical Record Overview

**Date:** **September 28, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** VANDORP, DR WILLIAM
1726 SHAWANO AVE
GREEN BAY, WI 54303
(920) 272-3333

**Request Scope:** From May 1, 2021 to Present

**Chart Range:** 05/21/2021 - 05/21/2021

**RP ID:** 8420932

**Client ID:** 10970673

**Source:** L-CLTMJR

**Req By:** K NEMETH
04444809

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 21 2021 | May 21 2021 | 5 | 2 |

**Total Page Count:** 5

**Notes From QC:**

**Hospital Sisters Health System**

Hernandez, Serena Lynn
MRN: 64275422, DOB: Sex: F

**05/21/2021 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE**

**Clinical Notes**

**Progress Notes**

**William L Vandorp, MD at 5/21/2021 1000**

| | | |
|---|---|---|
| Author: William L Vandorp, MD | Service: — | Author Type: Physician |
| Filed: 05/21/21 1056 | Encounter Date: 5/21/2021 | Status: Signed |
| Editor: William L Vandorp, MD (Physician) | | |

Serena Lynn Hernandez was scheduled today for a right-sided sacroiliac joint injection for both therapeutic and diagnostic. Risks and benefits discussed with the patient prior to procedure. Consent form was signed.

PREPROCEDURE VITAL SIGNS: Stable.

PROCEDURE NOTE: The skin was cleansed with Hibiclens and friction and alcohol. The patient was monitored with cardiac, blood pressure, and O2 saturation monitoring. Skin was anesthetized with a total of 3.5 mL of 1% Lidocaine. Fluoroscopy was used for needle guidance. A 6-inch, 22-gauge spinal injection was used. Aspiration showed no bloody return. Contrast showed an arthrogram of the right SI joint. Depo-Medrol 40 mg was injected. Needle was flushed with 0.25 mL of 1% Lidocaine. The patient tolerated the procedure well.

POSTPROCEDURE PERIOD: Discharge vital signs were stable. At time of discharge, the patient was alert and oriented x3. Preprocedure pain level was 7/10, postprocedure pain level 1/10. At time of discharge, the patient was able to ambulate at their baseline level. Serena Lynn Hernandez will follow up in the next several weeks. Written discharge instructions were provided to the patient with office number highlighted.

Electronically signed by William L Vandorp, MD at 05/21/21 1056

## 06/07/2021 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE

**Clinical Notes**

**Progress Notes**

**William L Vandorp, MD at 6/7/2021 1020**

Author: William L Vandorp, MD | Service: — | Author Type: Physician
Filed: 06/07/21 1122 | Encounter Date: 6/7/2021 | Status: Signed
Editor: William L Vandorp, MD (Physician)

Serena Lynn Hernandez returns today for a follow-up in the Prevea spine care clinic. The patient was last seen on 5/21/2021. At that time, the patient under went a right SI joint injection, which she feels has helped her pain at least 60%.

Patient as well as intermittent right buttock pain. Has occasional pain in her anterolateral thigh and calf. Again she has diffuse paresthesias in feet and nondermatomal pattern. Patient rates her pain today 2-3 out of 10. Patient reports prolonged sitting will exacerbate her pain.

Patient did have an EMG nerve conduction study of her lower extremities bilaterally by Dr. Kanneganti. There was no evidence of a large fiber peripheral polyneuropathy affecting her lower extremities.

Patient has been seen by Dr. Schick for persistent right knee pain. She is known to have severe right tricompartmental degenerative joint disease affecting her right knee. Patient has had Euflexxa injections in her right knee with questionable improvement of her symptoms. Patient did fall on her right knee several days ago. She is scheduled follow-up with orthopedics for further evaluation of this.

The patient does have a history of crack cocaine use. She is informed she is not used in over 64 days. She is in a rehab program. She also has a counselor. At this time she does not take a scheduled opioid. She continues on Lyrica 100 mg capsules 1 3 times daily. She reports this helps with her diffuse paresthesias in her lower extremities as well as her low back pain. At this time she denies suicidal ideation. She denies excessive somnolence or dizziness.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acute exacerbation of COPD with asthma (CMS/HCC) | |
| • Anxiety state | |
| • Asthma | |
| • Depression<br>*Since patient was 8 yo* | |
| • High cholesterol | |
| • Hypertension | |
| • Joint inflammation | |
| • Lumbago | |
| • OSA (obstructive sleep apnea)<br>*Severe by PSG* | 11/17/2017 |
| • Post-traumatic stress | |
| • Reflux esophagitis | |
| • Restless legs syndrome (RLS) | |
| • Seizures (CMS/HCC)<br>*due to traumatic brain injury in 6th grade* | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Amoxicillin-Pot Clavulanate | Diarrhea and GI Upset |
| • Carbamazepine | Rash |
| • Erythromycin | Hives |
| • Gabapentin | Other (see comment) |

*Feels like she is psychologically "disconnected"*

| | |
|---|---|
| • Latex | Hives |
| • Metformin<br>*Kidney failure*<br>*Kidney Failure* | Other (see comment) |
| • Meloxicam<br>*Flu like symptoms* | Other (see comment) |
| • Codeine | Hives |
| • Morphine<br>*Pt unaware of reaction* | Other (see comment) |
| • Morphine And Related | |
| • Hydrocod Polst-Cpm Polst Er | Hives and GI Upset |

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen 500 MG tablet | Take 1,000 mg by mouth every 6 (six) hours as needed for Pain. | | |
| • ADVAIR DISKUS 500-50 MCG/DOSE inhaler | 1 puff 2 (two) times daily. | | |
| • albuterol (2.5 MG/3ML) 0.083% nebulizer solution | Take 2.5 mg by nebulization 4 (four) times daily as needed. | | |
| • ALLERGY RELIEF 180 MG tablet | Take 180 mg by mouth daily. | | |
| • atomoxetine 25 MG capsule | (Prior Auth: Rx Ref#:000007208436) | | |
| • calcium carbonate 500 MG chewable tablet | Chew 1 tablet by mouth daily as needed for Heartburn. | | |
| • cloNIDine 0.1 MG tablet | Take 1 tablet (0.1 mg total) by mouth 2 (two) times daily as needed (Withdrawal symptoms). | 10 tablet | 0 |
| • CPAP MACHINE | Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33 | 1 Device | 12 |
| • CPAP SUPPLIES | Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33 | 1 Device | 12 |
| • diclofenac EC 75 MG tablet | Take 1 tablet (75 mg total) by mouth 2 (two) | 60 tablet | 5 |

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | times daily. | | |
| • DME COMPRESSION STOCKINGS | Light weight max 15-20 MM mercury compression stocking. Dispense one pair | 1 Container | 0 |
| • DULoxetine (CYMBALTA) 30 MG capsule | ONE DAILY FOR 7D AYS AND THEN 60MG DAILY WITH FOOD ONLY | 60 capsule | 6 |
| • EPINEPHrine 0.3 MG/0.3ML injection | Inject 0.3 mg into the muscle once as needed. | | |
| • fluticasone propionate 50 MCG/ACT nasal spray | 2 sprays by Each Nare route daily. | | |
| • ipratropium-albuterol (COMBIVENT RESPIMAT) 20-100 MCG/ACT inhaler | Inhale 1 puff into the lungs 4 (four) times daily as needed for Wheezing. | 1 Inhaler | 11 |
| • magnesium oxide 250 MG tablet | Take 250 mg by mouth daily. | | |
| • montelukast 10 MG tablet | Take 10 mg by mouth nightly at bedtime. | | |
| • Nebulizers Misc | Provide all necessary nebulizer supplies and refills. | 1 Device | 99 |
| • NEXIUM 20 MG capsule | Take 20 mg by mouth daily. | [illegible] | |
| • olopatadine (PATADAY) 0.2 % Solution | Place 1 drop into both eyes daily as needed. | | |
| • prazosin 2 MG capsule | Take 4 mg by mouth. | | |
| • predniSONE 10 MG (21) Tablet Therapy Pack | (Prior Auth: Rx Ref#:000007149615) | | |
| • PROAIR HFA 108 (90 BASE) MCG/ACT inhaler | Inhale 2 puffs into the lungs 4 (four) times daily. | | |
| • red yeast rice extract 600 MG Cap | Take 1 capsule by mouth daily. | | |
| • senna-docusate 8.6-50 MG tablet | Take 1 tablet by mouth 2 (two) times daily as needed for Constipation. | 7 tablet | 1 |
| • SPIRIVA HANDIHALER 18 MCG inhalation capsule | Place 18 mcg into inhaler and inhale daily. | | |
| • topiramate 100 MG tablet | | | |
| • vitamin D3, cholecalciferol, 1000 UNIT Tab tablet | Take 2,000 Units by mouth daily. | | |

No current facility-administered medications on file prior to visit.

**Review of systems:**
1. GI patient denies gastritis
2. GU patient denies incontinence
3. Mental health-the patient denies any suicidal ideation at this time.

**Hospital Sisters Health System**

Hernandez, Serena Lynn
MRN: 64275422, DOB: Sex: F

**06/07/2021 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE (continued)**

**Clinical Notes (continued)**

### Physical examination:
Gait is wide-based flexed posture obvious foot drop affect pleasant vital signs stable

### Imaging:
None

### Assessment:
Patient is a pleasant 53-year-old womanwho presents today with a complaint of persistent low back and right knee pain. Patient does have severe patellofemoral joint disease as well as severe tricompartmental degenerative joint disease affecting her right knee.

Patient's right buttock pain appears to be consistent with SI joint dysfunction.

Patient does have diffuse dysesthesias in her distal lower extremities of unclear etiology.

### Recommendations:
1. Patient's buttock pain worsens order repeat right SI joint injection.
2. Patient does have a recent history of illicit drug use including crack cocaine as well as marijuana. She is now on drug rehab per patient. Is not a candidate for opioid use at this time.
3. Patient does use Lyrica 100 mg 3 times daily which she feels helped with the pain in her lower extremity significantly. She feels that the Lyrica does not exacerbate her depression.
4. Patient can continue methocarbamol 500 mg tablets she uses 1 twice daily. She denies excessive somnolence.
5. Patient did discuss possibly being referred for gastric bypass surgery consultation with general surgery. To her recent addiction issues, we will hold on this referral for at least 4 more months.

Electronically signed by William L Vandorp, MD at 06/07/21 1122

# Quality Assurance Report

## Request Information

Report Date: September 28, 2021

**RP ID:** 8420932

Patient Name: HERNANDEZ, SERENA

Provider Name: VANDORP, DR WILLIAM

## Quality Assurance Information

Scope Requested: **From May 1, 2021 to Present**

Special Request:
- Seen By: VANDORP, DR WILLIAM

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, July 2, 2021 12:36:00 PM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | 9ciq0fmgor643ofelhlo_10772204.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

July 2, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

We are writing in regards to your claim for LTD benefits.

Your benefits are scheduled to issue out on the seventh of each month. Your monthly benefit amount is $1,951.04.

I have attached a copy of the full approval notice that was issued on May 18, 2021 for additional reference.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: 10970673-APPROVE-INITIAL-05.17.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

May 18, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>     i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>     ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>     ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 16, 2020 and your benefits begin on February 14, 2021. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, Lincoln Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by June 14, 2021.

X Direct Deposit Application

X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience
__ Advantages of Social Security Disability Benefits Form
X W-4S 2021
__ Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

***Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

***"Mental Illness"*** *means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***"Non-Verifiable Symptoms"*** *means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.*

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your

continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Advantages of Social Security Disability Benefits Form
W-4S 2021

# DIRECT DEPOSIT APPLICATION

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return To:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ________________
**ADDRESS:** ________________ **CITY:** ________ **STATE:** ____ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________________

**9 DIGIT ABA ROUTING NUMBER:** ________________ **BANK ADDRESS:** ________________

**YOUR ACCOUNT NUMBER:** ________________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________________ Date: ________________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return to:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ________________________ DOB: __________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____________________________________________ Date: ______________________

**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Serena Hernandez ______ **Date of Birth:** ______

**Employer:** Charter Communications, Inc. ______ **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance preminms and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________

**(Address)** ______________________

**(Date)** ______________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

4. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

5. Company: ________________ Department: ________________ From: ________ To: ______

Job Title(s): ________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________

________________________________

## Computer Utilization:

Computer Training/Courses, Certifications: ________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO:** ( ) ________________

# <u>Advantages of Social Security Disability Benefits</u>

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *<u>substantially higher</u>*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

.....................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ...........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | | |
|---|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . | 1 | | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| 4 | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | 4 | | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | 7 | | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $25,100* |
| Head of household . . . . . . . . . . . . . . . | $18,800* |
| Single or Married filing separately . . . . . . . . . . . | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

| | |
|---|---|
| **From:** | ESCLeaves |
| **To:** | Blair, Brendan |
| **Subject:** | RE: LTD Salary Verification - Serena Hernandez - LTD Claim 10970673 |
| **Date:** | Friday, May 21, 2021 1:11:33 PM |
| **Attachments:** | image002.png<br>image004.png<br>image006.png<br>image008.png<br>image010.png<br>image012.png<br>Serena Hernandez ltd 08.06.2020.PDF<br>Serena Hernandez ltd 2019.PDF |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Serena Hernandez with Emp ID 1190231 and DOB
CMN

Hello,
Please see the attached report(s) and replies below.
Have a great day.
Thank you,
Tony

**Tony Todisco** | Supervisor, Employee Service Center, Leave Administration | 704.206.2288
7800 Crescent Executive Drive | Charlotte, NC 28217

**From:** Blair, Brendan [mailto:Brendan.Blair@lfg.com]
**Sent:** Wednesday, May 19, 2021 10:02 AM
**To:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Subject:** [EXTERNAL] LTD Salary Verification - Serena Hernandez - LTD Claim 10970673

**CAUTION:** The e-mail below is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance.

Good morning,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Serena Hernandez with Emp ID 1190231 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 8/16/20. Prior pay period end date: 8/6/2020
- Confirm the employee's standard number of scheduled hours per week prior to disability.
  FT 40 hours/week

- If they are an employee who receives commissions, please provide a report of commissions

received from 1/1/19-12/31/19. YES

Please contact me with any questions.

Thank you,


**Brendan Blair**
Senior Service Processor
GP

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 ext. 16438
Office



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

## Initial Payment Set up Worksheet

**DOB** ___

**LTD Claim #** 10970673 **Work State:** WI

**Associated Claims** ___ Type ___ ___ Type ___

**Benefit End date of associated claims** ___ ___

**LTD Benefit begin date** 2/14/2021 **DOD** 8/16/2020 **AGE** 52

**Max Benefit date** 2/13/2023 Mental Nervous - 24 months

**Does policy include COLA provision** No

**Sources used to verify BME amount**
Salary info in doc list 8/6/20- $450.24 / 24 = $18.76 hourly * 40 * 52 / 12 = BME $3251.73

**BME amount** $3,251.73 **Benefit percentage** 60.00

**Gross modal benefit** $1,951.04

**Benefit Begin date** 2/14/2021

**Approved thru date** 2/13/2023 24 months own occupation

**Offset Entered**

| **Type** | **Amount** |
|---|---|
| n/a | |
| | |
| | |

**Deductions entered** **Effective:** ___ **Through** ___

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** ___ **State** ___

**Completed by:** **Brendan Blair** **Approved by:** ___

# Billing Statement:

**Invoice Date: 05/05/2021** **Invoice #: 714098-1136**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2021 and Apr 30 2021**

**L-CLTMJR** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7784016<br>10970673 | HERNANDEZ, SERENA<br>BELLIN BEHAVIOURAL HEALTH | Canceled | 04/15/21<br>K NEMETH | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |
| 7784017<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA BEHAVIORAL HEALTH | Complete | 04/15/21<br>K NEMETH | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>58 | **$ 9.00** |
| 7784019<br>10970673 | HERNANDEZ, SERENA<br>VANDORP, DR WILLIAM | Complete | 04/15/21<br>K NEMETH | $ 9.00 | $ 9.12 | $ 0.00 | $ 0.00<br>12 | **$ 18.12** |
| 7784018<br>10970673 | HERNANDEZ, SERENA<br>ONEIDA COMMUNITY HEALTH CENTER | Complete | 04/15/21<br>K NEMETH | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>47 | **$ 9.00** |

**ReleasePoint**

**Total Amount Due:** **$ 41.12**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

May 18, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>     i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>     ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>     ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 16, 2020 and your benefits begin on February 14, 2021. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, Lincoln Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by June 14, 2021.

X Direct Deposit Application

X Family Information Questionnaire
X SS Reimbursement Agreement
X Training Education Experience
__ Advantages of Social Security Disability Benefits Form
X W-4S 2021
__ Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

***Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

***"Mental Illness"*** *means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

***"Non-Verifiable Symptoms"*** *means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.*

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your

continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

Attachments: Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Advantages of Social Security Disability Benefits Form
W-4S 2021

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return To:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ________
**ADDRESS:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by Lincoln Life Assurance Company of Boston to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ________

**9 DIGIT ABA ROUTING NUMBER:** ________ **BANK ADDRESS:** ________

**YOUR ACCOUNT NUMBER:** ________ **CITY:** ________ **STATE:** ____ **ZIP:** ____

**BANK PHONE:** ( ) ________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to Lincoln Life Assurance Company of Boston or BANK. Any such notification to Lincoln Life Assurance Company of Boston shall be effective only with respect to entries initiated by Lincoln Life Assurance Company of Boston after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

# Family Information Questionnaire

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

**Return to:** Kelsey Nemeth

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

Lincoln Financial Group®

# LINCOLN FINANCIAL GROUP
# LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Serena Hernandez ____ **Date of Birth:** ____

**Employer:** Charter Communications, Inc. ____ **Policy/Plan Sponsor No.** 04 - 444809

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Life Assurance Company of Boston. In consideration of Lincoln Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Life Assurance Company of Boston until the amount of Lincoln Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Lincoln Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Life Assurance Company of Boston in full, I understand Lincoln Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____

**(Address)** ____

**(Date)** ____

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Serena Hernandez

CLAIM NO: 10970673

EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________________________________

   ____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ______________________

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

....................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | | |
|---|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . | **1** | | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**REFERRED BY:** ROSE RAINES WOODLEY
**CLIENT:** Lincoln Life Insurance
**NAME:** Serena Hernandez
**CLAIM #:** 10970673
**NMR #:** 478238
**DATE:** 5/13/2021

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | Oneida Community Health Center | 08/03/20 - 01/27/21 |
| PROGRESS NOTES | Hospital Sisters Health System | 08/14/20 - 11/20/20 |
| PROGRESS NOTES | Oneida Behavioral Health Services/Y. Pareek, MD | 09/01/20 - 04/13/21 & Undated |
| PROGRESS NOTES | S. Greenwald, MD | 09/11/20 |
| X-RAY | St Marys Hospital | 01/25/21 - 04/05/21 |
| ROI | | 09/04/20, 09/11/20, 04/09/21 |
| MISC | | 09/04/20 - 05/03/21 & Undated |

TELECONFERENCE

1) AP NAME: Yogesh Pareek MD
2) PHONE: 920-490-3790
3) DATE(S): 5/4/2021, 5/5/2021
4) TIME(S): 4:13 PM CDT, 10:41 AM CDT
5) PERSON(S) SPOKEN WITH: Nurse Voicemail, Nurse Voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Voicemail, Voicemail

SUMMARY OF DISCUSSION(S): 5/4/2021: I left a detailed message for the provider on the nursing line, including a call back number.

5/5/2021: I left a detailed message for the provider on the nursing line, including a call back number.

**ASSESSMENT:** All of the information submitted was reviewed, and information relative to this reviewer's specialty is noted below.

The claimant is a female, Date of Birth: . Date of Disability/Injury: August 16, 2020. Diagnosis: Other persistent mood [affective] disorders. Review Period: February 14, 2021 to the present.

Records from Oneida Community Health Center (David Danby, MD/Candice Crabb, APNP, FNP-BC) dated August 3, 2020 - January 27, 2021 are provided.
On August 3, 2020, she is seen for a visit for an asthma medication refill, return to work slip and paronychia is documented. She has missed work recently due to asthma and is ready to return. No psychiatric issues were noted.

On August 12, 2020, she was seen to address forms for short-term disability for the absence from July 27, 2020 to August 4, 2020, which was for asthma. She was not doing great last week but denies suicidal or homicidal ideations and stated she is planning to see her behavioral health team. Her recollection of events recently suggested a diagnosis of borderline personality disorder.

On August 31, 2020, she was seen for a Telemedicine visit for bed bugs and pregnancy concerns, as she has not had a period in roughly four months. There is a psychiatric update noted about a recent nine-day hospitalization after a suicide attempt via benzodiazepine overdose. She was thinking she might need to go back in. She is stressed about an eviction notice, money, and recent breakup. She burned herself to take away the pain before she was hospitalized. She has attempted to commit suicide three times in the last six weeks. She denied current suicidal ideations. She is on Ativan at bedtime and Effexor XR one capsule daily.

On December 8, 2020, the claimant was seen for thyroid concerns. Additionally, she was seen in the emergency room for a cat bite. She begins crying and states that she is doing horrible. She describes how she attempted to take scissors to her neck over the weekend, stating that she wanted to cut her jugular open and end it right there. Her boyfriend reportedly wrestled the scissors out of her hands and stopped her. She has cut and burned her left forearm all weekend "to avoid feeling pain." She made several comments related to suicidal ideations including that she does not want to be here anymore and just wants to die. Significant mental health history including anxiety, depression, and PTSD (post-traumatic stress disorder) from sexual abuse as a child was noted. She has a psychiatric appointment later this week. Her counselor is out on leave. She was hospitalized last month for one week for suicidal ideation. She admitted that she hears voices. Current history includes substance abuse. She mentioned that she tried to overdose on her medications in the past, however, her boyfriend has currently hidden her Cymbalta. The counselor has been encouraging another inpatient stay for medication management for several weeks. She is unwilling to go today because she needs to figure out who will take care of her cats and needs the gift card for tribal members. She intermittently was crying through the visit and has episodes of poor eye contact, anxiety, depression, and voicing self-harm and suicidal /homicidal ideations. She contracted for safety, and agreed to reach out to the counselor and go to inpatient after her cats are taken care of, she pays her rent and receives the festival foods gift card on December 10, 2020. She will follow up with the provider and counselor the next day and psychiatrist later this week if she is not already inpatient.

On January 27, 2021, the claimant was seen for emergency room follow-up, asthma exacerbation, pulmonary referral, and ARB change. Asthma is discussed. The diagnoses include asthma J 45.901 and hypertension I10.

Records from Hospital Sisters Health System (William Vandrop, MD) dated August 14, 2020 - November 20, 2020 are provided. The claimant received treatment in the spine care clinic, EMG, and sacroiliac joint injections.
On October 20, 2020, it is noted that since the last visit, the claimant had two suicide attempts, was seen at the Bellin psych unit, and works with a psychiatrist. She reports she is going to start outpatient therapy.

Records from Oneida Behavioral Health Services (Y. Pareek, MD/Lisa Hass RN/Susan Exworthy MSW, LCSW, CSAC/Elizabeth Kelly BS, CSAC/Joanne Torres, MA, LPC, CSAC, ICS/Mary King, MSW, LCSW, CSAC), dated September 1, 2020 - April 13, 2021 & Undated are provided.
On September 1, 2020, she was seen for a follow-up from the hospital via phone, and denied feeling suicidal; she was venting and discussing her relationship, initially was hostile, angry, and dismissive, and attempted to end the call. She sounded relieved after venting and denied hallucinations. A follow-up was scheduled.

Per an APS (attending physician statement) dated September 11, 2020, The claimant is off work from September 4, 2020 - November 1, 2020, and was hospitalized from August 17 through August 26, 2020. She is unable to manage current work stressors because of exacerbation of her mental health symptoms which include an increase in depression, anxiety, trauma symptoms, and insomnia. The claimant is diagnosed with PTSD, anxiety disorder, and major depressive disorder severe. Due to exacerbation of symptoms, she has low distress tolerance which makes socialization and customer service skills much more difficult until symptoms are stabilized with medications and IOP (intensive outpatient program) attendance. She needs support and redirection. She is prescribed Cymbalta and prazosin, and medications were adjusted during the inpatient stay.

Per a letter dated October 6, 2020, the start date of the claimant's disability was corrected to August 31, 2020.

On October 30, 2020, the claimant was seen for psychiatric follow-up. She reported that she decided to quit her job, her sister and nephew had covid, and her aunt had heart failure. She is in IOP. She does not want to take Ativan anymore. She is diagnosed with major depression, continued on Cymbalta 90 milligrams, and was to return to the clinic in 12 weeks.

On November 2, 2020, the claimant was seen for a therapy session, and she stated she wants to quit her job, she is pretty tired and frustrated, she is worried about her aunt who may be having open-heart surgery, and they discussed the relationship with her boyfriend as unhealthy; they use together. They discussed her job and how she is always under the cloud of losing her job. She became emotional when suggestions came that she consider inpatient. She declined that time there. She sounded label and frustrated at times, and euthymic at others. She was a little irritable, agitated and angry, and was interrupted by her boyfriend multiple times. Goodnight suicidal or homicidal ideation. She was referred to IOP and was willing to start next week.

On November 24, 2020, she was seen for a therapy session, and was in Berlin inpatient from November 5 to November 13, 2020, ended her relationship with her boyfriend, and was worried he is going to come back. She talked about his addiction. She did not accept Zyprexa. She wants to do the DBT group again. She did not care for the discovering group. She was anxious, depressed, talkative, admitted to having a few drinks last night and consuming an unknown amount of Benadryl. She denied current suicidal ideations. She appeared overwhelmed and her thought process was racing and scattered. She agreed to work with triage.

On December 9, 2020, she is seen for individual therapy and was feeling better after taking hydroxyzine, as she took one yesterday afternoon it helped her calm down. She admitted that she hears her own voice telling her to end it. She is really poor, she got fired from her job, and she was bit by her cat and taking antibiotics. She is having terrible nightmares from her stepdad molesting her and is not sure where she put the prazosin prescribed. She is reporting that she and her boyfriend are not using. She continues to have frequent daily thoughts to harm herself but denies plan. She did not meet the criteria for a higher level today. She is worried that she is schizophrenic. She states she will seek admission to the psychiatric center if her thoughts are increasing to a plan or more severe.

Per the letter dated December 11, 2020, the claimant has been on medical leave and the return date was going to be assessed on December 11, 2020, however she rescheduled her medical appointment until December 18, 2020.

On December 14, 2020, the claimant is seen for therapy, and was talkative, anxious, and admitted to suicidal thoughts, with no plan, but did not meet the criteria for a higher level of care although the writer supports a voluntary admission to assess for medications and symptoms. She is triggered for depression and impulsive thoughts when she fights with her boyfriend. She agreed to attend an appointment with the doctor on December 18th.

Per the updated APS, which seems to be completed after the appointment with the doctor on December 22, 2020; the claimant's period of incapacity is from August 31, 2020 - current, with the next evaluation being on February 16, 2021. She is unable to manage current work duties and stressors due to exacerbation of mental health symptoms which include chronic suicidal ideations, depression, anxiety, trauma symptoms, insomnia, and affect and mood instability. On December 22, 2020, the PHQ 9 score was 26, and medication adjustments were done. They may take up to four to six weeks for a full therapeutic effect. She is working on recovery on an outpatient basis, and the MD has recommended inpatient rehab treatment as a potential option. She is diagnosed with PTSD, anxiety disorder, major depressive disorder, cocaine use disorder, and cannabis use disorder. Decrease frustration tolerance, reduced ability to modulate emotions, and affective symptoms cause inability to process feelings. Medication adjustment was done on December 22, 2020 to decrease mental health symptoms and improve the ability to meet employment duties. During assessments, she was tearful, demonstrated irritability, and self-reported self-injury last month. She was working on recovery from cocaine, THC, and all mood-altering substances. Suicidal ideations with a safety plan were noted. She reports chronic safety concerns. She self recognizes heritability which could impede socialization. Anxiety and inability to cope and problem solve, as well as relationship issues are noted. She is continued on Cymbalta 90 milligrams daily, and Abilify 10 milligrams daily was added on December 22, 2020. The claimant has been receiving services since 1993 for this chronic mental health condition with various MDs and counselors.

Per psychiatric assessment dated December 22, 2020, the claimant is seen on teams, and she is feeling depressed, says she is chronically suicidal but denies plan to self-harm, says medications are not working, and still used cocaine but now twice a week instead of daily. Discussed rehab, but she thinks it's a medication issue, not a cocaine issue. The provider explained that adding medication is not going to work if she continues to use cocaine. She is diagnosed with depression, PTSD, and cocaine addiction. Abilify 10 milligrams was added, and she is recommended to talk to the counselor for rehab, continue Cymbalta, and follow up in 8 weeks.

On February 16, 2021, she was seen for a psychiatric assessment. She was seen on teams, and she reported that she stopped using cocaine two weeks ago, her boyfriend had kids and move in. Her mood is improving, and she has cravings but less, with no psychosis, and no suicidal or homicidal ideations. She is continued on Topamax, Cymbalta, and Abilify, and was to return to the clinic in 12 weeks.

On April 8, 2020, the claimant was seen for alcohol, tobacco, and other drug abuse assessment. She denied suicidal ideations, and her drug of choice was crack cocaine, which she was smoking every night. She reported a desire to stop. The last marijuana use was two weeks ago.

On April 9, 2021, she was seen for a psychiatric medication check. PHQ9 score is 21. She was sober for five days and was seen on teams. She was sober for five days from crack; she left her boyfriend; she feels better; she attends heroin anonymous and will start IOP. She has two sponsors; she is on Clonidine for withdrawal; she quit

taking Effexor as her PCP put her on Cymbalta; she denies suicidal ideations, and has no psychosis. She was to return to the clinic in 12 weeks.

Per an APS by S. Greenwald, MD dated September 11, 2020, the claimant was incapacitated from August 17, 2020 - August 26, 2020 due to hospital admission. She was severely depressed and anxious and required a hospital stay. She will require intensive outpatient follow-up. She was diagnosed with unspecified mood disorder F 34.81, generalized anxiety disorder F 41.1, and post-traumatic stress disorder F 43.10. She was referred to IOP from September 14 2020 through October 22, 2020, then weekly counseling and monthly medication management. She was prescribed Cymbalta, Minipress, and Topamax with an additional medication prescribed (Saphris) for an unspecified mood disorder, which was started on August 25, 2020.

Labs and X-Rays are included.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

The claimant is diagnosed with PTSD F43.12, anxiety disorder F41.9, major depressive disorder severe F33.2, cocaine use disorder F14.20, and cannabis use disorder F12.20.

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Asthma J 45.901 and hypertension I10.

**3.**
**Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - February 14, 2021 to - the present, and comment on the expected duration.**

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, from the perspective of psychiatry, the claimant has been unable to work in any capacity from February 14, 2021 to the present, as although she was doing better on her psychiatric follow up on February 16, 2021, she continued to use cocaine every night, had to be referred back to IOP on April 9, 2021, and had additional medication changes from the primary care provider. It was also noted that she was on clonidine for heroin withdrawal during the appointment. She will need to be reassessed in two months from the date of this report (July 13, 2021), to see if she has improved sufficiently to transition back to work.

**4.**
**Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There were non-medical circumstances identified in the medical records that may interfere with work-related activities, which include the history of severe sexual abuse in childhood and conflictual relationship with boyfriend.

**5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Yogesh Pareek MD**

**Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter**

5/4/2021: I left a detailed message for the provider on the nursing line, including a call back number.

5/5/2021: I left a detailed message for the provider on the nursing line, including a call back number.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Elena Dlugach, M.D.
Board Certified in Psychiatry
Board Certified in Child & Adolescent Psychiatry

Licensed in State of SC #31140

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**May 13, 2021**

**Attending Physician Confirmatory Letter**

Re: Serena Hernandez

Dear Dr. Yogesh Pareek MD,

I have completed a review on Serena Hernandez, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I tried to reach you on May 4, 2021 and May 5, 2021 with messages left on the nursing line.

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, from the perspective of psychiatry, the claimant has been unable to work in any capacity from February 14, 2021 to the present, as although she was doing better on her psychiatric follow up on February 16, 2021, she continued to use cocaine every night, had to be referred back to IOP on April 9, 2021, and had additional medication changes from the primary care provider. It was also noted that she was on clonidine for heroin withdrawal during the appointment. She will need to be reassessed in two months from the date of this report (July 13, 2021), to see if she has improved sufficiently to transition back to work.

Based on my review of the records, I believe the above-mentioned restrictions and limitations are supported. Do you agree? If you do not agree, why not? Are there any underlying barriers that I was not made aware of that would preclude the patient from working as described above? If so, please describe?

Please reply via fax within ten (10) business days to the fax number below. If you have any questions or would like to discuss this case further, please do not hesitate to contact me.

Sincerely,

Elena Dlugach, M.D.
Board Certified in Psychiatry
Board Certified in Child & Adolescent Psychiatry

________________________________ ____________

Name Date

Respectfully Yours,
Doris M Brenner
Client Coordinator

p.p.

Voice: 1-815-964-6334
Fax: 1-815-964-1162

**From:**sarah.jones@nmrexamworks.com
**Sent:**Thu, 13 May 2021 11:35:16 -0500
**To:**Raines Woodley, Rose;VendorReferrals
**Subject:**NMR report notification for case - Case : 10970673 - NMR 478238
**Attachments:**Report_NMR_Peer__LLAOBinv_478238-1_v1.doc, Report_NMR_Peer__LTD-R01_478238-1_v1.pdf, QA_TC Letter - Rev01 AP01_478238-1.doc_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #10970673 (NMR # 478238) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral,

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# Network Medical Review Company, LTD.

*An ExamWorks Company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn: RAINES WOODLEY, ROSE
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: 478238-1
Invoice Date: 5/13/2021
Account Number: 519193
File Number: 478238-1

Service Date: February 14, 2021 to -
Claim Number: 10970673
Claimant Name: Serena Hernandez

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$787.50** |

**Comments**

**Please pay this amount:** **$787.50**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

5/13/2021 11:34 AM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

00001024 LFPL0XD1 00002048 E

April 30, 2021

Paul Haasl
1018 SHAWANO ST
GREEN BAY, WI 54304

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673
Claimant: Serena Hernandez
Claimant D.O.B.:

Dear Paul Haasl:

We are the Disability Claim Administrator for your patient, Serena Hernandez.

To evaluate Ms. Hernandez's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through present

We ask that you provide this information by May 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shannon Hunter
Senior Claims Examiner, Claims
On Behalf Of: Kelsey Nemeth
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

*LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

001024 LFPL0XD1 000000

PAUL HAASL
1018 SHAWANO ST
GREEN BAY WI 54304

S 00001024 LFPL0XD1 00002047

Presorted First Class
U.S. Postage
Paid
Lincoln Financial Group

*Personal & Confidential*
*Open Immediately*

NIXIE 530 FE 1270 0005/08/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
68103>2578
19 DHT-IP1 54

BC: 68103257878 *0425-04306-08-16

002 20210511 001031349 005 0022

6X9STD-I 5/17

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

PAUL HAASL
1018 SHAWANO ST
GREEN BAY WI 54304

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

April 30, 2021

Paul Haasl
1018 SHAWANO ST
GREEN BAY, WI 54304

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673
Claimant: Serena Hernandez
Claimant D.O.B.:

Dear Paul Haasl:

We are the Disability Claim Administrator for your patient, Serena Hernandez.

To evaluate Ms. Hernandez's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through present

We ask that you provide this information by May 13, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Shannon Hunter
Senior Claims Examiner, Claims
On Behalf Of: Kelsey Nemeth
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (603) 334-0380

# FAX

**FROM**

Willow Creek Medical Records

**Phone** (901) 504-4759 * 120
**Fax Number** (901) 504-4759

**TO**

Rose Raines Woodley
Lincoln Financial Group

**Phone**
**Fax Number** +16034301748

**DATE** 04/28/2021

**NOTE**

NO RECORDS FOR DATE(S) REQUESTING.

CLAIM #: 10970673

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | April 27, 2021 |
| To: | WILLOW CREEK BEHAVIORAL HEALTH<br>1351 ONTARIO ROAD<br>GREEN BAY WI 54311 |
| Attn: | medical records |
| Fax: | (920) 469-7211 |
| From: | Rose Raines Woodley<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10970673<br>Claimant: Serena Hernandez<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

April 27, 2021

Willow Creek Behavioral Health
1351 ONTARIO ROAD
GREEN BAY, WI 54311

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673
Claimant: Serena Hernandez
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Serena Hernandez.

To evaluate Ms. Hernandez's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 15, 2021 through the present

We ask that you provide this information by April 30, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rose Raines Woodley
LTD Technical Specialist II

Phone No.: (844) 384-5858 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 10970673-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.13.2021
10970673-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.13.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00003155 LFPE0321 00001862

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organization.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ____

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ____ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

| | |
|---|---|
| Date: | April 27, 2021 |
| To: | WILLOW CREEK BEHAVIORAL HEALTH<br>1351 ONTARIO ROAD<br>GREEN BAY WI 54311 |
| Attn: | medical records |
| Fax: | (920) 469-7211 |
| From: | Rose Raines Woodley<br>LTD Technical Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 430-1748 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10970673<br>Claimant: Serena Hernandez<br><br>Charter Communications, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 430-1748

April 27, 2021

Willow Creek Behavioral Health
1351 ONTARIO ROAD
GREEN BAY, WI 54311

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673
Claimant: Serena Hernandez
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Serena Hernandez.

To evaluate Ms. Hernandez's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 15, 2021 through the present

We ask that you provide this information by April 30, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1748 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Rose Raines Woodley
LTD Technical Specialist II

Phone No.: (844) 384-5858 Ext. 18339
Secure Fax No.: (603) 430-1748

Attachments: 10970673-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.13.2021
10970673-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.13.2021

00000155 LFPE6SD1 00001862

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

00000155 LFPE6SD1 00001658

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ________

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

## Medical Record Overview

**Date:** **April 23, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
GREEN BAY, WI 54304
(920) 490-3790

**RP ID:** 7784017

**Client ID:** 10970673

**Source:** L-CLTMJR

**Request Scope:** From August 1, 2020 to Present

**Req By:** K NEMETH
04444809

**Chart Range:** 09/01/2020 - 04/09/2021

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 1 2020 | Apr 9 2021 | 49 | 2 |
| Request Correspondence | | | 9 | 51 |

**Total Page Count:** 58

**Notes From QC:**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**04/09/2021 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## Vital Signs
**Height:** 65.5 inches **Weight:** 258 pounds
**Pulse rate:** 96 /min **Pulse rhythm:** regular
**BMI:** 42.28 **Vital Signs Entered By:** Carol Lynn Albright (April 9, 2021 2:58 PM)

**Risk Factors**
Smoke Status: Former smoker (08/12/2020 3:36:42 PM)
HIV High Risk Behavior Status: no (07/20/2018 2:37:26 PM)
Alcohol Status:no (07/20/2018 2:37:26 PM)

**Problems:**
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 2
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
CLONIDINE HCL 0.1 MG ORAL TABLET (CLONIDINE HCL) Take one tablet twice daily
ACIDOPHILUS ORAL TABLET (LACTOBACILLUS) 1 tab by mouth daily to twice daily; Route: ORAL
VALSARTAN 40 MG ORAL TABLET (VALSARTAN) 1 tablet daily (replaces telmisartan); Route: ORAL
HYDROXYZINE HCL 25 MG ORAL TABLET (HYDROXYZINE HCL) take one to two every four hours PRN anxiety; Route: ORAL
MINIPRESS 2 MG ORAL CAPSULE (PRAZOSIN HCL) Take TWO (total dose 4mg) every HS; Route: ORAL
TOPAMAX 100 MG ORAL TABLET (TOPIRAMATE) take one half (50mg) twice daily; Route: ORAL
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS THEN STOP.
OLOPATADINE HCL 0.2% SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

COPY

**Patient Health Questionnaire**

**PHQ-2**

**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**Nearly every day**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score: 6**

CONFIDENTIAL

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
e. Poor appetite or overeating?...**Not at all**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family down?...**Not at all**

g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**

h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you were moving around a lot more than usual?...**Nearly every day**

i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**Nearly every day**

**Total PHQ-9 Score:** 21

**2. If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?** ...Extremely difficult

## Columbia Suicide Severity Rating Scale - Screener with Triage Points

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** No

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?** No

## Patient Instructions

**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 5
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

## Psychiatric Medication Check Progress Note

**Previous Session No.**
One (02/16/2021 4:02:38 PM)
**Session:** One

**SUBJECTIVE:** sober for 5 days

**OBJECTIVE:** seen on Teams due to COVID
says she is sober for 5 days from crack, left her BF. feels better, attends heroin anonymous, will start IOP. Has 2 sponsors. she is on clonidine for wihdrawal, quit taking effxor as her PCP put her on cymnbalta. denies SI
no psychosis

**ASSESSMENT:** Major depresion, PTSD, SUD

**PLAN:** plan dscont effexor, cont clonidine for withdrawal
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 53 Years Old
**Cell Phone#:** (920) 413-8560
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 04/09/2021 at 3:25 PM**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**04/08/2021 - BH Progress Notes: Staffing Note - Initial**
**Provider: Elizabeth A Kelley BS, CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Staffing Note-ATODA**

**Primary Care Physician:** Crabb **Referral Source:** Self-referred
**Type of Staffing Note:** Initial **Completion of Aftercare Recommendations:** No

**Diagnosis:**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)

No Treatment Plan completed.

**Results of LOCI: Level II.1**
**Individual's Progress:** Ms. Herdandez presents as a 53 year old Oneida female who reports being a self-referral. Ms. Hernandez denied SI/HI. ACE Score is 8. Ms. Hernandez reports her drug of choice as Crack/Cocaine. Ms. Hernandez shared her pattern of use was smoking every night and she would use an unknown amount. Ms. Hernandez reported the following symptoms: desire/attempts to stop, time spent using, craving or compulsion, hazardous use, and withdrawal. Ms. Hernandez reports she uses marijuana rarely and last use was two weeks ago. Ms. Hernandez shares she takes one to two puffs per occassion and she will do this weekly. Writer will monitor Ms. Hernandez for marijuana use disorder. Ms. Hernandez reports alcohol use. Ms. Hernandez denies knowing her pattern of use, sharing she is not a big drinker and she is unsure of that last time she used. Writer will monitor Ms. Hernandez for alcohol use disorder. LOCI Level 2.1.
I have reviewed the individuals current treatment plan and progress. I agree with the amendments noted. Signed by Treatment team members present.

C
O
P
Y

**Electronically signed by Elizabeth A Kelley BS, CSAC on 04/13/2021 at 10:25 AM**
**Electronically signed by Dale S Rasmussen BSW CSAC on 04/13/2021 at 12:51 PM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 04/13/2021 at 1:34 PM**
**Electronically signed by Heidi Jean Kleinschmidt BS, CSAC on 04/13/2021 at 1:34 PM**
**Electronically signed by Yogesh C Pareek MD on 04/13/2021 at 1:34 PM**
**Electronically signed by Scott Lalonde MSW CSAC on 04/13/2021 at 1:34 PM**
**Electronically signed by Jesslyn L. Geidel AS CSAC on 04/13/2021 at 1:35 PM**
**Electronically signed by Carmen D Collier MS LPC CSAC on 04/13/2021 at 1:36 PM**
**Electronically signed by Mari J Kriescher MS LPC CSAC ICS on 04/13/2021 at 2:17 PM**

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
BH Assessment

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**04/08/2021** - **BH Assessment: Alcohol, Tobacco and Other Drug Abuse Standard Assessment**
**Provider: Elizabeth A Kelley BS, CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## Oneida Behavioral Health ATODA Standard Assessment

Referral Source: Self-referred
Tribal Affiliation: Oneida Tribe of the Indians Enrollment#: 14430
Ethnicity: Not Hispanic or Latino
Hispanic or Latino
Marital Status: Divorced

**Client's Presenting Problems at initial contact:**
Client case transfer from Dr. O 'Neill

**Description of Problems at Intake:**
Completed AODA intake/assessment via Mircrosoft Teams due to COVID 19 precautions/restrictions. Writer reviewed with Ms. Hernandez the Informed Consent. Ms. Hernandez verbally agreed to the Informed Consent and agreed to complete her intake via video. Writer reviewed with Ms. Hernandez: Informed Consent, Initial Service Plan, Behavioral Health Fees, and Individual Participation Contract. Writer will fill out and mail to individual releases of information for her emergency contact and OCHC. Writer will mail to Ms.
Hernandez: Initial Service Plan, Behavioral Health Fees, and Individual Participation Contract. Ms. Hernandez is a self-referral.

### Past ATODA Treatment History

**ATODA History One**
**When:** May, 2012 **Modality:** Outpatient **Additional Comments:** Serena met with Eva Suquet, MA, CSAC for a number of sessions due to drug and alcohol use and a break up of a romantic relationship. Serena had been diagnosed by Ms Suquet as Alcohol Dependent, PTSD and MDD, Recurrent. Update 4/6/21 - No treatment experiences since this time reported.

### Past Mental Health Treatment History

**Mental Health History One**
**When:** August, 1993 **Where:** Oneida Behavioral Health **Reason for Admission:** Self-referred
**Modality:** Outpatient **Additional Comments:** From 1993 through 2000 Serena has been involved in individual counseling to address relationship issues, being an incest victim/survivor, etc. Serena worked with Tina House, Willow Wood, Tor Adkins.

**Mental Health History Two**
**Where:** OBH **Additional Comments:** Ms. Hernandez repors she currently meets with MaryBeth King and Dr. Pereck.

CONFIDENTIAL

### Past & Current Medications

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3683



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Current Medications:**
ACIDOPHILUS ORAL TABLET (LACTOBACILLUS) 1 tab by mouth daily to twice daily; Route: ORAL
VALSARTAN 40 MG ORAL TABLET (VALSARTAN) 1 tablet daily (replaces telmisartan); Route: ORAL
HYDROXYZINE HCL 25 MG ORAL TABLET (HYDROXYZINE HCL) take one to two every four hours PRN anxiety; Route: ORAL
MINIPRESS 2 MG ORAL CAPSULE (PRAZOSIN HCL) Take TWO (total dose 4mg) every HS; Route: ORAL
TOPAMAX 100 MG ORAL TABLET (TOPIRAMATE) take one half (50mg) twice daily; Route: ORAL
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on /-off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into

CONFIDENTIAL

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY

**Problems:**
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Client reported Medications**

Reported Medications: Talked with Psychiatrist nurse and she will begin taking her medication as prescribed.
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

Have you been compliant taking this medication? Very Compliant
Is taking your medications effective for you? Very effective
Are you taking any over the counter medications? No
Are you currently taking any pain medications? No

**Significant Medical History**

Does the patient have any significant Medical Information: (Include recent medical hospitalizations, surgeries and hx. child births, chronic conditions)?No

Do you have a primary care physician? Yes
Who: Crabb
Date of last physical: 4/7/21

Date of Last Physical: 8/14/2015

**Communicable Disease Risk Screen**

*The following questions relate to HIV (virus that causes AIDS), Hepatitis A, B, and/or C and Sexually Transmitted Infections (STIs), e.g. Herpes, Gonorrhea, Syphilis, Chlamydia:*
*1. Have you ever had unprotected sex (no condom) or engaged in sexual behaviors (oral, anal or genital) with a person whose HIV/AIDS, Hepatitis or Sexually Transmitted Infection (STI) status is unknown to you? (For example: sex while drunk or high with a person you do not know very well or sex with prostitutes.* No

CONFIDENTIAL

*2. Have you ever engaged in sexual behavior with anyone who has:*
*Injected Drugs:* **No**

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



*Traded sex for drugs:* **No**
*Many sexual partners:* **No**
*HIV/AIDS:* **No**
*Hepatitis:* **No**
*STIs:* **No**

*3. Have you ever shared needles or infecting works with other individuals including your spouse or significant other, even if just once or a long time ago?* **No**

*4. Have you experienced other forms of blood-to-blood or body fluid contact (for example, blood transfusions, hemophilia treatments, employment in medical field), and have concerns about your risk for HIV, Hepatitis or STIs?* **No**

***HIV Educational Information given:*** **Yes**

*Individuals who abuse substances are also at risk for contracting tuberculosis (TB). Please answer the following questions to determine if you may need health screening for TB.*
*1. Have you recently lived in a substance abuse treatment facility, homeless shelter, drug house, jail, mental hospital or in other close quarters with people you did not know well?* **No**

*2. Have you recently had close contact or ie with someone diagnosed with or being treated for TB?* **No**

*3. Have you had a nagging cough for more than three weeks along with any of the following symptoms?*
*Weight loss:* **No**
*Fever for 3 days or longer:* **No**
*Night sweats:* **No**
*Coughing up blood:* **No**

***TB Educational Information given:*** **Yes**

**Family History**
Name of Mother: Sharon Dodge Bond Living

Name of Father: Greg Deceased

Name & Age of Siblings: Bobbi, Todd and Jennifer

Name & age of children: Mathias - 32 y/o
Name & age of children: Meshan - 27 y/o Comments: She was pretty worried she stayed with my stepfather even though she knew he was abusing me from age 4 to age 12 ". Her maiden name was Waubanascum
Comments: "My father's name was asked and that. I was adopted by the Otradovec family ".
Comments: "My sister was abused by my stepfather also. "

CONFIDENTIAL

**Drug/Alcohol Screening**
Do you now or have you ever used any drugs or alcohol? Yes

~~In the past year have you ever drank or Used~~ drugs more than you meant? Yes
In the past year have you ever Neglected your usual responsibilities because of alcohol or drugs? Yes
In the past year have you ever felt you wanted or needed to cut down on your drug use? Yes

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



In the past year has anyone ever objected to your drinking or drug use? Yes Who: Family and friends
In the past year have you used alcohol or drugs to relieve emotional discomfort such as sadness, anger or boredom? Yes
In the past year have you ever found yourself preoccupied with wanting to use alcohol or drugs? Yes
In the past year have you been incarcerated? No Is a more extensive drug and alcohol evaluation recommended? Yes

### Substance Abuse History:

Presenting under the influence of alcohol/drugs? No
Presenting with withdrawal symptoms: No

Have you been in Detox? No
Was Naloxone used prior to going into Detox? No

Are you currently on Medically Assisted Treatment: Methadone No
Are you currently on Medically Assisted Treatment: Suboxone No
Are you currently on Medically Assisted Treatment: Vivitrol No

**Alcohol Use**
Age of First Use: 8 Age that Regular Use Took Place: 18 Age of Heaviest Use: 18
Withdrawal Symptoms: No
Alcohol Comments: "I might have a beer now and then but I am not abusing alcohol I know I probably should not drink at all ".
Update 4/8/21 - Ms. Hernandez denies knowing her pattern of use, sharing she is not a big drinker and she is unsure of that last time she used. Writer will monitor Ms. Hernandez for alcohol use disorder.

**Cocaine Use**
Age of First Use: 52 Age that Regular Use Took Place: 52 Age of Heaviest Use: 53
Method of Use: smoking Withdrawal Symptoms: No
Last Date of Use: April 2021
Cocaine Comments: Update 4/8/21 - Ms. Hernandez shared her pattern of use was smoking every night and she would use an unknown amount. Ms. Hernandez reported the following symptoms: desire/attempts to stop, time spent using, craving or compulsion, hazardous use, and withdrawal.

**Marijuana Use**
Age of First Use: 16 Marijuana Comments: File documents past use was very occassional. Serena stated today that she does smoke marijuana on a limited / rare basis.
Update 4/8/21 - Ms. Hernandez reports she uses marijuana rarely and last use was two weeks ago. Ms. Hernandez shares she takes one to two puffs per occassion and she will do this weekly. Writer will monitor Ms. Hernandez for marijuana use disorder.
Hallucinogen Comments: Update 4/8/21 - Denies use.
Stimulants Comments: Update 4/8/21 - Denies use.
Inhalants Comments: Update 4/8/21 - Denies use.
Opioids Comments: Update 4/8/21 - Denies use.
Sedatives Comments: Update 4/8/21 - Denies use.
Club Drugs Comments: Update 4/8/21 - Denies use.
Tranquilizers Comments: Update 4/8/21 - Denies use.
Nicotine Comments: Update 4/8/21 - Smokes two to three cigarettes per day.

CONFIDENTIAL

### Gambling History:

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



Have you ever gambled (casino, scratch or lottery tickets, sports betting, 50/50 raffle) No

### Legal/Criminal History

Are you seeking services today because of pressure from the legal system (judge, probation officer, or lawyer)? No
Are you currently on probation? No

Have you ever been arrested, charged or convicted of a crime? Yes

**Legal Charges#1:** battery When: 11/16/2001 Do you have any pending legal charges? No

Have you ever been arrested, charged or convicted for OWI? No

### Columbia Suicide Severity Rating Scale - Screener

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** No

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** No

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** Yes

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
No

COPY

CONFIDENTIAL

**Employment:**

Currently employed? NoAre you seeking employment? No
Job Status: Unemployed

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Why did you leave your most recent job? "Long term disability."

Have you experienced employment problems in the last year? No
Were these due to substance use? No
Were these due to mental health issues? No

Are you currently receiving Social Security benefits? No
Are you in the process of applying for benefits? No
Do you have a designated payee? No Do you have a guardian? No

## Finding your ACE Score

**While you were growing up, during the first 18 years of life:**

1. Did a parent or other adult in the household often or very often ... Swear at you, insult you, put you down, or humiliate you? OR Act in a way that made you afraid that you might be physically hurt? **Y**

2. Did a parent or other adult in the household OFTEN or VERY OFTEN... Push, grab, slap, or throw something at you? OR EVER hit you so hard that you had marks or were injured? **Y**

3. Did an adult or person at least 5 years older than you EVER... Touch or fondle you or have you touch their body in a sexual way? OR Attempt or actual have oral, anal, or vaginal intercourse with you? **Y**

4. Did you often or very often feel that.... No one in your family loved you or thought you were important or special? **Y**

5. Did you OFTEN OR VERY OFTEN feel that.... You didn't have enough to eat, had to wear dirty clothes, and had no one to protect you? Your parents were too drunk or high to take care of your or take you to the doctor if you needed it? **N**

6. Were your parents EVER separated or divorced? **Y**

7. Was your mother or stepmother: OFTEN or VERY OFTEN pushed, grabbed, slapped, or had something thrown at her? SOMETIMES, OFTEN or VERY OFTEN kicked, bitten, hit with a fist, or hit with something hard? EVER repeatedly hit at least a few minutes or threatened with a gun or knife? **Y**

8. Did you live with anyone who was a problem drinker or alcoholic or who used street drugs? **Y**

9. Was a household member depressed or mentally ill, or did a household member attempt suicide? **Y**

10. Did a household member go to prison? **N**

Total ACE Score: 8

CONFIDENTIAL

Trauma/Violence History
Date Completed: 04/08/2021

**Physical Abuse**

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Historical Physical Abuse**
From age: 4 to age: 14.
Patient reports:physical discipline and perpetrator in home
Historical Physical Abuse Comments:Sharon reports that she was physically and verbally abused by her stepfather and her mother during these years.

**Sexual Trauma**
**Historical Sexual Trauma**
From age: 4 to age: 14.
Patients reports:perpetrator known
Historical Sexual Trauma Comments:Sharon reports that her stepfather sexually abused her during these years of her life.
Historical Sexual Trauma Outcomes:none

**Intimate Partner Violence**
**Historical Intimate Partner Violence**
Have you ever been hurt or threatened by a partner or someone close to you? Yes
Explain: Serena reported that she was a victim of domestic violence in a past romantic relationship.
**Current Intimate Partner Violence**
Within the last year, have you been hit, kicked, slapped, punched,forced to have sex, or been otherwise physically harmed by anyone? No

**Military History**
Have you ever been in the military? No
**Financial/Housing/Education**

Housing Arrangements: rent
Does anyone contribute to your financial support? No
Are you receiving any other assistance? Yes Source of Assistance: FWD and Foodshare

Are you currently behind on any bills? No
Have you ever filed for bankruptcy? Yes
How many different residences have you had in the past 3 years? 1
Do others rely on you for financial support? No
Education: High School Diploma
Areas of study or degree(s): Has a degree in the Culinary Arts
Do you have any desire to return to school in the future? No

**Spiritual/Strength**

**Spiritual/cultural beliefs/religious denomination**

Do you have any spiritual and/or religious beliefs or practices? Yes
Explain: Sharon stated that she follows the cultural traditions of her tribe.
Do you utilize your faith in managing your life? Yes

Do you have any cultural beliefs or practices? Yes
Do you utilize these beliefs and/or practices in managing your life? Yes

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



Client's statement of personal strengths and assets: "Creator, Big Book, and self."
Strength Assessment: Resilient, open, and honest.

Living environment daily activities and enjoyed/hobbies: "Painting, praying, and meditation."

Do you engage in these activities as much as you have in the past? Yes
Do you have a support network? Yes
Name: SponsorName: CounselorName: Pete

**Symptoms to Support Diagnosis:**

**Substance Abuse or Dependence:**
Preoccupation in getting andusing, Withdrawal (use relieves withdrawal), Unable to cut down control use, and, Use where physically hazardous

## Diagnosis

**ATODA Current Problem(s):**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20)

**Results of LOCI:** Level II.1

**Treatment Recommendations:**
Services Recommended: Individual counseling, AODA IOP
Groups: Discovery Group (IOP) and Journey Group (Aftercare)
Random urinary drug screens

**Start Time** 10:03 AM
**End Time** 10:59 AM
**Time to Complete Standard Assessment:** 56 minutes Elizabeth A Kelley BS, CSAC

**Electronically signed by Elizabeth A Kelley BS, CSAC on 04/09/2021 at 8:55 AM**
**Electronically signed by Yogesh C Pareek MD on 04/09/2021 at 3:31 PM**
**Electronically signed by Yogesh C Pareek MD on 04/09/2021 at 3:32 PM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 04/11/2021 at 7:07 PM**
**Electronically signed by Mari J Kriescher MS LPC CSAC ICS on 04/13/2021 at 2:48 PM**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3863

*April 19, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**02/16/2021 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Vital Signs Entered By:** Carol Lynn Albright (February 16, 2021 4:03 PM)

**Problems:**
Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
VALSARTAN 40 MG ORAL TABLET (VALSARTAN) 1 tablet daily (replaces telmisartan); Route: ORAL
HYDROXYZINE HCL 25 MG ORAL TABLET (HYDROXYZINE HCL) take one to two every four hours PRN anxiety; Route: ORAL
MINIPRESS 2 MG ORAL CAPSULE (PRAZOSIN HCL) Take TWO (total dose 4mg) every HS; Route: ORAL
TOPAMAX 100 MG ORAL TABLET (TOPIRAMATE) take one half (50mg) twice daily; Route: ORAL
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two Injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays In each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

C
O
P
Y

**Patient Instructions**
**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

**Psychiatric Medication Check Progress Note**
**Previous Session No.**
2 (06/21/2016 12:25:48 PM)
**Session Date**

CONFIDENTIAL

**SUBJECTIVE:** doing better

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**OBJECTIVE:** seen on Teams due to COVID
she reports she stopped using ocaine 2 weeks ago as she says with her BF and he has kids move in and she does not want to use cocaine
mood is oinproving, hascravings but is less
deneis alcohol use, no psychosis
no SI/HI

**ASSESSMENT:** PTSD, depression

**PLAN:** cont topamax, cymbalta, abilify
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 53 Years Old
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 02/16/2021 at 4:13 PM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/22/2020 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Problems:**
Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*

Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one Iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap In 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat In 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4 - 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*R (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Patient Health Questionnaire**

**PHQ-2**
**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**Nearly every day**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score:** 6

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
e. Poor appetite or overeating?...**Nearly every day**
f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family
down?...**Nearly every day**
g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**
h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or
restless that you were moving around a lot more than usual?...**More than half the days**
i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**Nearly every day**

CONFIDENTIAL

**Total PHQ-9 Score:** 26

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2. If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?**
...Very difficult

## Columbia Suicide Severity Rating Scale - Screener with Triage Points

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** Yes

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes

**Disposition**
**Action taken:** did some self cutting and burning
**Action taken:** did self cutting and burning in last two weeks

### Medications:
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am #30[Tablet] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 12/22/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1765
Note to Pharmacy: Route: ORAL;
RxID: 1924272919826040

CONFIDENTIAL

Psychiatric Medication Check Progress Note

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3683

*April 19, 2021*
Page 5
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical.

**Previous Session No.**
2 (06/21/2016 12:25:48 PM)
**Session:** 2

**SUBJECTIVE:** depressed

**OBJECTIVE:** patoent seen onTeams
she is feeling depressed
sasys she is chronically suicidal but denies plan of self harm
says meds not working
still used cocaine but now twice a week instead of daily
discussed rehab but she thinks its med issue not cocaine issue
I disussed it may be true but cocaine also cause depression and adding medication is not goign to work if she cont to use cocaine

**ASSESSMENT:** depresion, PTSD
cocaine addition

**PLAN:** add abilify 10 qam
recommend to talk to counselor for rehab
RTC 8 weeks
cont cymbalta

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

~~Electronically signed by Yogesh C Pareek~~ MD on 12/22/2020 at 4:27 PM

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3683



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/14/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 13

**SUBJECTIVE:** Held session by video (Teams) due to COV ID 19 restrictions/precautions. Client confirmed that she was in a confidential location. Serena reported a "big fight" wth her boyfriend and talked about it extensively. She stated she loves him deeply but a couple shouldn't be together if they fight so much. His cousin lives downstairs and she stated she is a person who instigates the fights. The cousin is moving out at the end of the month. Serena did not attend the video session with Dr. Pareek on Friday, had the time wrong. She rescheduled to 12/18. Serena stated "I want to go into Bellin. Probably tomorrow." She talked about needing to learn how to deal with "stress". She offered that she completed the paperwork for rent assistance.

**OBJECTIVE:** Client was talkative, anxious. She admitted to suicidal thoughts and stated she has had no plans or attempts since the last session. She did not meet criteria for a higher level of care today although writer supports a voluntary admission to Bellin to assess her medication and symptoms.

**ASSESSMENT:** Serena is triggered to deeper depression and impulsive thoughts when she fights with her boyfriend. Writer continued to stress a focus on safety and meeting with Dr. Pareek and/or Bellin to assess her medication.

**PLAN:** She stated she would attend her appointment with Dr. Pareek on 12/18/20 and agreed that she would attend a 30 minute session with writer on 12/21/20 and notify writer if she seeks admission to Bellin.

C
O
P
Y

## Columbia Suicide Severity Rating Scale - Screener

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?** Yes
**How long ago did you do any of these?** Between 1 week and one year ago?

CONFIDENTIAL

**Disposition:**
**Routine - Action taken:** Scheduled with Clinical Provider

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20),
Adjustment disorder with mixed anxiety and depressed mood (ICD10-F43.23),
Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.5

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 12/16/2020 at 8:46 AM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/09/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 11

**SUBJECTIVE:** Held session by video (Teams) due to COV ID 19 restrictions/precautions. Client confirmed that she was in a confidential location. Session scheduled as an emergency session. Serena stated "I am feeling way better." She found the Hydroxyzone prescription that was prescribed during her last Bellin stay. She took one yesterday afternoon and it helped her sleep deeply, calm down. "It cut my anxiety in half." She admitted that she hears her own voice telling her to "end it." She has responsibilities to attend to including her winter gift card pickup, completing an Economic Support application for assistance. "I'm really poor. I was fired from job." She was bit by her cat, her hand is swollen, she is taking anti-biotics. She was given a few Percosets and broke out in hives. Things with her boyfriend are ok "for now." Serena is having terrible nightmares from her stepdad molesting her and isn't sure where she put the Prazosin prescribed. Serena reported that she and her boyfriend are not drinking or using drugs. "It doesn't help."

**OBJECTIVE:** Writer assessed for SI/HI. Serena continues to have frequent, daily thoughts to harm herself. She firmly denied any plans, stated she is feeling better today. She described her own voice tells her to die, "end it." She cut and burnt her arm last weekend. Her boyfriend is staying with her 24/7 and is keeping her medication until she needs to take a dose so she won't overdose. She did not meet criteria for a higher level today.

Writer emailed the BIA COV ID General Assistance flyer and encouraged Serena to ask for the grant application when she speaks with Economic Support.

**ASSESSMENT:** Serena was open and pleasant. She is worried that she is schizophrenic, writer stated that her past trauma and depression, anxiety can display symptoms and that is important to share this information with Dr. Pareek and Bellin so that they can help her.

**PLAN:** Serena stated she will seek admission to Bellin Psychiatric Center if she feels that her thoughts are increasing to a plan or more severe. She stated she would attend her appointment with Dr. Pareek on 12/11/20 and agreed that she would attend a 30 minute session with writer on 12/14/20 and notify writer if she seeks admission to Bellin.

As a note, Serena reported that she completed her residency proof for Purchased Referred Care while at OCHC yesterday.

**Columbia Suicide Severity Rating Scale - Screener**

CONFIDENTIAL

1) Wish to be Dead:
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?** Yes
**How long ago did you do any of these?** One week ago or less?

**Disposition**
**Routine - Action taken:** Scheduled with Clinical Provider Susan Exworthy MSW LCSW CSAC

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20),
Adjustment disorder with mixed anxiety and depressed mood (ICD10-F43.23)
**Results of LOCI:** Level II.5

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

CONFIDENTIAL

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 12/09/2020 at 1:41 PM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 12/09/2020 at 2:55 PM**

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Electronically signed by Yogesh C Pareek MD on 12/11/2020 at 1:46 PM**

C O P Y

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**11/24/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 10

**SUBJECTIVE:** Held session by video (Teams) due to COV ID 19 restrictions/precautions. Client confirmed that she was in a confidential location. Writer is meeting with client on behalf of Marybeth King who is out of the office. Serena reported that she was in Bellin inpatient from 11/5/20 to 11/13/20. She ended her relationship with Phil, who left last night. She hasn't slept much, worried he is going to come back. She talked about his addiction and how he is not good for her. Bellin was very helpful, they offered her a new medication which she didn't accept. Zyprexa has been a bad experience for her and she won't try that again. Serena wants to try DBT group with Lynn Metoxen again, the afternoon gropu. Writer supported that as a good idea. She did not care for Discovery group, "the counselors did all the talking." Her boyfriend wouldn't "follow me into recovery. I want recovery." She asked about going to an inpatient program. Writer offered several examples and she stated Casa Clare sounded like the one she would consider. Serena shared the many things that are on her mind, writer suggested to focus on her depression and safety, focus on herself for now, that the other things can be talked about after she has stabilized her depression.

**OBJECTIVE:** Client was anxious, depressed, talkative. She admitted to having a few drinks last night and then consuming an unknown amount of Benadryl. She denied wanting to harm herself during the session however she stated that she feels like she could be suicidal later, that Bellin is where she wants to be. Writer assessed her for SI/HI, agrees that a voluntary admission to Bellin for safety and for evaluation of her depression medication effectiveness is a good plan. Writer offered to call Dr. Pareek as he is working today and Serena stated she wanted to go to Bellin for medication help. Writer sent Serena an email with contact phone numbers for writer and Triage.

**ASSESSMENT:** Serena appeared overwhelmed and her thought process was racing and scattered. She responded well to focusing on safety and finding a solution to getting her depression under control. Writer provided solution focused, empathetic interactions.

**PLAN:** Henry from Triage will contact Bellin Psychiatric Center re: client wanting to be voluntarily admitted. Client agreed to work with Triage and communicate when contacted by them.

Client has an appointment scheduled with Dr. Pareek for 12/11/20 at 2 pm.

She provided a new phone number 391-8155.

COPY

**Columbia Suicide Severity Rating Scale - Screener**

CONFIDENTIAL

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes
**How long ago did you do any of these?** Between 1 week and one year ago?

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.5

**Treatment Recommendations:**
DBT group

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

CONFIDENTIAL

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 11/24/2020 at 4:52 PM**
**Electronically signed by Yogesh C Pareek MD on 11/24/2020 at 4:53 PM**

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Electronically signed by Joanne Torres MA LPC CSAC ICS on 11/25/2020 at 7:26 AM**

---

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**10/30/2020 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## Vital Signs

Client Refused Vitals
**Vital Signs Entered By:** Lisa G Haas (October 30, 2020 3:52 PM)

**Problems:**
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4-6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)
**Allergies were reviewed with the patient during this visit.**

**Patient Health Questionnaire**

**PHQ-2**
**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**Several days**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score:** 4

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family
down?...**Nearly every day**
g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**
h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or
restless that you were moving around a lot more than usual?...**Not at all**
i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**More than half the days**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2. If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?**
...Very difficult

## Columbia Suicide Severity Rating Scale - Screener with Triage Points

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** No

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** No

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes

### Medications:

CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 10/30/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1919892811162300

CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 10/30/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 5
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1919692811162270

## Patient Instructions

**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

## Psychiatric Medication Check Progress Note

**Previous Session No.**
2 (06/21/2016 12:25:48 PM)
**Session:** 2

**SUBJECTIVE:** doing

**OBJECTIVE:** seen on Teams due to COVID
reportd she decided to quit her job her sister and nephew had covid and her aunt had heart faiure
she is in IOP
deoes not want to take ativn anymore
deneis alcohol or drugs, no SIq

**ASSESSMENT:** Major depression

**PLAN:** cont cymbalta 90 mg a day
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

CONFIDENTIAL

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3863

*April 19, 2021*
Page 6
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 10/30/2020 at 4:05 PM**

C
O
P
Y

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*April 19, 2021*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**09/08/2020 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## Vital Signs

**Height:** 65.5 inches **Weight:** 260.0 pounds
**BMI:** 42.60 **Vital Signs Entered By:** Lisa G Haas (September 8, 2020 5:00 PM)

**Problems:**
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)

CONFIDENTIAL

COPY