This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA 108 (90 BASE) MCG/ACT INHALATION AEROSOL SOLUTION (ALBUTEROL SULFATE) 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.; Route: INHALATION
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
ESOMEPRAZOLE MAGNESIUM 20 MG ORAL CAPSULE DELAYED RELEASE (ESOMEPRAZOLE MAGNESIUM) 1 tablet daily- changed from Nexium d/t insurance; Route: ORAL
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPIPEN 2-PAK 0.3 MG/0.3ML INJECTION SOLUTION AUTO-INJECTOR (EPINEPHRINE) inject as needed; Route: INJECTION
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4 - 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*E (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY

CONFIDENTIAL

COPY

EXHIBIT
3, part 2

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Patient Health Questionnaire**

**PHQ-2**
**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**More than half the days**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score:** 5

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
e. Poor appetite or overeating?...**Not at all**
f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family
down?...**Nearly every day**
g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**
h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or
restless that you were moving around a lot more than usual?...**Several days**
i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**Nearly every day**

CONFIDENTIAL

**Total PHQ-9 Score:** 21

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2. If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?**
...Very difficult

## Columbia Suicide Severity Rating Scale - Screener with Triage Points

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** No

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** No

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes

**Disposition**
**Moderate Action taken:** PT DID GO INTO BELLIN IN THE LAST TWO WEEKS: PLANS TO ATTEND BELLIN IOP/DBT AS OF NEXT WEEK
**Action taken:** PT STATES WILL KEEP SELF SAFE AND/OR ASK FOR SUPPORT UNTIL STARTS IOP (BOYFRIEND) THE CREATOR WANTS ME HERE

**Medications:**
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time #30[Tablet] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 09/08/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1915205509906290
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



Electronically signed by: Yogesh C Pareek MD on 09/08/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1915205317904390

CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 09/08/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1915205317904330

Cancelled LORAZEPAM 1 MG ORAL TABLET (LORAZEPAM) two at bed time #60[Tablet] x 3
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 09/08/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
RxID: 1915205317904250

## Patient Instructions

**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

## Psychiatric Medication Check Progress Note

Previous Session No.
2 (06/21/2016 12:25:48 PM)
Session: 2

CONFIDENTIAL

SUBJECTIVE: I was at Bellin

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**OBJECTIVE:** patient seen on phone meeting due to COVID 19
she reports she was at Bellin psych for OD on lorazepam. about 1 1/2 weeks ago
she saw Dr Kalafate and she is now on cymbalta and topamax
reports she started using cocaine and stil uses every other day
will attend POP
ativan stopped
efexor discontinued

**ASSESSMENT:** PTSD
cocaine use disorder

**PLAN:** discont effexor, ativan
cont cymnalta 90 mg. prazosin 2 mg and topamax 25 mg
informed she should again be detoxed from cocaine as she cont touse it.
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 09/08/2020 at 5:42 PM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

April 19, 2021
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**09/01/2020 - BH Progress Notes: Individual Session-MH follow up from hospital/safety phone covid**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**SUBJECTIVE:** Had session with client via the telephone due to Covid 19 precautions/restrictions

"I am busy can you call me back. Dont take this the wrong way, I am not suicidal today and I am not going to kill myself. But I am tired of people not helping me. I have been asking for help. I am tired of being strong. I am tired of fighting for things. I am tired of telling doctors I am in physical pain. I am not going inpatient treatment and Im only smoking. I dont drink."
Client venting and discussing her relationship. "I am not breaking up with him. I dont care what people say. We love each other" Client going on to express that she had attempted suicided but didnt die, so she contacted Bellin. Client reporting that since then things have been up and down. Client stating that she believes that "there is something here that I am meant to do, I dont know what that is. And If I decide to break up wiht my boyfriend, I know I will be ok." Client expressing her frustration with "not getting better. Ive been trying to get better for a long time now and I am still not better."

**OBJECTIVE:** Client was contacted as part of outreach. Received clients discharge summary from Bellin but had no contact from the discharge planner and her discharge plan only read that she was to follow up with this provider. They did not set an appointment nor contact triage to assist with having her be seen sooner.
Initially, when client answered teh phone she was hostile, sounding angry and dismissive. She attempted to end the call but was encouraged to express herself. Client after venting, did sound relieved, calmer. apologetic and apologized for her response to the call. Client reporting today that she is not suicidal. Verbally reviewed safety plan and completed risk evaluation. Curently She denied thoughts, intentions, plan, or method. Client denying homicidal ideation, intentions, plan or method. Client sounding orientated x3. She denied command hallucinations and sound orientated x3. She denied acts of furtherance. Client aware that I will be out of the office. Did offer Triage services, she refusing them because she reported getting support though Bellin.

**ASSESSMENT:** Clients stage of change waivering between precontemplation toward contemplation. Client allowed to process her feelings. Client somewhat oppositional in that she "isnt going to do what people to tell me to do" - using motivational interviewing and a nonconfrontational approach best for this client. Once clients guard relaxed, she cried and expressed her frustation of fighting for a job that she could lose at any moment. Her chronic pain also complicates her mental health, exacerbating things. Client, by end of session, open to 'trying anything." meaning therapy. She was gently reminded that she has had times where her pain is managed and her mental health was stable. Client open to that discussion. She spoke in future orientated way. Explored her safety and while client is considered high risk, her wish to not focus on having to do another written form for safety was not because of she is not willing to be safe or stay safe but because it was repetitive. She did verbalize contacting crisis if she were in need. Client did not want to "fill out another plan. I know how to get help if I need it, besides I am starting that program with Bellin." Discussed clients spirituality and how her life is connected to her art. Client sounding thrilled and so expressive in a joyous way when she explained to me that she just taught herself to paint in acrylic oils. We discussed her using her art to channel her emotional and physical pain. Dicussed and supported client in encouraging her partner to get help for himself.
Also explored clients substance use. Client not forthcoming about her cocaine use. She also admits that

CONFIDENTIAL

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



she is not going to stop smoking annabis and she denied alcohol use. Discussed, briefly how cocaine can impact mood and did discuss with her inpatient rehab for her cocaine use. Cleint refusing at this time. "I just got out of the hospitial, I am not going back into a hospital."
Client needing a higher level of care.

**PLAN:** Sees this provider on 9/15/20. Client sees Dr. Pareek on 9/8/20 at 5pm. Client refusing triage check ins. Client will be participating in Bellin's Early Intervention program and has an appointment on 9/2/20. Client is reporting that she will be keeping that appointment. Client was emailed information about Dr. Pareek assisting with her request for leave/disability (short/long). Discussion with Lisa Haas Consulted with Kate Sayers about clients case. Concern that clients substance use, her chronic pain, and her mental health make client a high risk and that client needs a higher level of care. Unclear what program bellin is offering or if it meets that criteria. Discussed with supervisor that client might need a DBT provider and considering that Heidi Klienschmidt is and is an AODA provider that this may help in providing care. Will see if client is wiling to be assessed by AODA/ may backdoor it with combining itwith DBT
Did consult with Clinicial Supervisor Kate Sayers and client may be a candidate for our Safe Care pathway once it i finalized. Alsoconsulted with Dr. Sharyl Trail OBH psychologist regarding safety measures.

## Columbia Suicide Severity Rating Scale - Screener

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** No

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?** No

## Columbia Suicide Severity Rating Scale - Risk Assessment

*Instructions: Check all risk and protective factors that apply. To be completed following the patient interview, review of medical record(s) and/or consultation with family members and/or other professions.*

### Suicidal and Self-Injurious Behavior

**Past 3 Months**
Actual suicide attempt
Self-injurious behavior WITHOUT suicidal intent

**Lifetime**
Actual suicide attempt
Interrupted attempt
~~Self-Injurious behavior WITHOUT suicidal intent~~

**Suicidal Ideation** *(Check Most Severe in Past Month)*
~~Suicidal intent with specific plan~~

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Clinical Status (Recent)**
Hopelessness
Mixed affective episode (e.g. Bipolar)
Substance abuse or dependence
Agitation or severe anxiety
Chronic physical pain or other acute medical problem (HIV/AIDS, COPD, cancer etc.)
Method for suicide available (gun,pills, etc.)
Sexual abuse (lifetime)

**Activating Events (Recent)**
Recent loss(es) or other significant negative event(s) (legal, financial, relationship, etc.)
***Describe:*** discord in current romantic relationship
close to losing her job.

**Treatment History**
Previous psychiatric diagnosis and treatments
Hopeless or dissatisfied with treatment
Non-compliant with treatment

**Protective Factors (Recent)**
Identifies reasons for living
Responsibility to family or others; living with family
Supportive social network or family
Engaged in work or school

**Other Protective Factors**
The therapeutic alliance. Cleint has a strong spirituality.

**Other Risk Factors**
She isnt afraid to die

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** NA

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 471-5275
**Gender:** Female
**Referral Information**
**Contact Person:** Mary Beth King MSW-LCSW CSAC

CONFIDENTIAL

C
O
P
Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Mary Beth King MSW LCSW CSAC on 09/02/2020 at 10:36 AM**

C
O
P
Y

CONFIDENTIAL

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

TO: Lincoln Financial Group

ATTN: ReleasePoint

FAX#: (213) 884-4921

DATE: 4/22/21

SENDER: Reva-Behavioral Records Technician

#OF PAGES: 85
(INLCUDING COVER SHEET)

SUBJECT: S. Hernandez – D.O.B.

COMMENTS: Confidential records attached.

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, **Reva Danforth**, record custodian for the **Oneida Nation Behavioral Health Center** located at **2640 West Point Road, Green Bay, WI 54304** certify that the attached are the best, possible, accurate, legible, and duplicate health care provider records for this facility. The records being released consist of the following:

X PSYCHIATRIC PROGRESS NOTES FROM **04/09/2021** TO **01/10/2020**

X MENTAL HEALTH PROGRESS NOTES FROM **12/14/2020** TO **02/12/2020**

**PACKET 1 OF 2: MENTAL HEALTH & PYCHIATRIC RECORDS**

THIS PACKET HAS **05** ORIGINAL PAGES
AND **65** PHOTOCOPIED PAGE(S)
WHICH EQUALS **70** TOTAL PAGES

Reva Danforth – Records' Technician

MARI KRIESCHER- MS, CSAC, ICS, LPC

APRIL 20TH, 2021
**DATE**

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-1457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

ONEIDA BEHAVIORAL HEALTH
2640 W Point Rd
ATTN: MEDICAL RECORDS
GREEN BAY, WI 54304

Date: Apr 15, 2021

**Re: Long Term Disability Benefits**
Claim# 7784017 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ONE198

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2020 to Present**
medical rec - Seen By: ONEIDA BEHAVIORAL HEALTH

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

7784017

RPID: 7784017

04/15/2021 4:47PM (GMT-05:00)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5850
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000156LFFE6SD0001862

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ____ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship _____

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, Reva Danforth, record custodian for the **Oneida Nation Behavioral Health Center** located at **2640 West Point Road, Green Bay, WI 54304** certify that the attached are the best, possible, accurate, legible, and duplicate health care provider records for this facility. The records being released consist of the following:

_1_ A.T.O.D.A. STAFFING NOTE

_1_ A.T.O.D.A. STANDARD ASSESSMENT

**PACKET 2 OF 2: A.T.O.D.A. RECORDS**

THIS PACKET HAS _04_ ORIGINAL PAGES
AND _11_ PHOTOCOPIED PAGE(S)
WHICH EQUALS _15_ TOTAL PAGES

Reva Danforth – Records' Technician

MARI KRIESCHER- MS, CSAC, ICS, LPC

APRIL 20TH, 2021
**DATE**

Mailing Address: P.O. Box365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**ONEIDA BEHAVIORAL HEALTH**
**2640 W Point Rd**
**ATTN: MEDICAL RECORDS**
**GREEN BAY, WI 54304**

Date: Apr 15, 2021

**Re: Long Term Disability Benefits**
Claim# 7784017 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ONE198

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From August 1, 2020 to Present**
**medical rec - Seen By: ONEIDA BEHAVIORAL HEALTH**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266-5036
Fax No: (213) 884-4921

7784017

RPID: 7784017

04/15/2021 4:47PM (GMT-05:00)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5850
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000155 LFPE-85D1 00001862

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

A copy of this authorization will be considered as valid as the original

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

C0000155 LFPEBSOY D0801358

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ______

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970679

**A copy of this authorization will be considered as valid as the original.**

# Quality Assurance Report

## Request Information

Report Date: April 23, 2021

**RP ID:** 7784017

Patient Name: HERNANDEZ, SERENA

Provider Name: ONEIDA BEHAVIORAL HEALTH

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:
medical rec - Seen By: ONEIDA BEHAVIORAL HEALTH

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CPIAO

**Medical Record Overview**

ReleasePoint

**Date:** **April 20, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** VANDORP, DR WILLIAM
1726 SHAWANO AVE
GREEN BAY, WI 54303
(920) 272-3333

**Request Scope:** From August 1, 2020 to Present

**Chart Range:** 08/14/2020 - 11/20/2020

**RP ID:** 7784019

**Client ID:** 10970673

**Source:** L-CLTMJR

**Req By:** K NEMETH
04444809

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 14 2020 | Nov 20 2020 | 8 | 2 |
| Request Correspondence | | | 4 | 10 |
| | | **Total Page Count:** | 12 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Hospital Sisters Health System**

Hernandez, Serena Lynn
MRN: 64275422, DOB: Sex: F

## 11/20/2020 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE

**Clinical Notes**

**Progress Notes**

**Lynn Popp, RN at 11/20/2020 2:00 PM**

Author: Lynn Popp, RN
Filed: 11/20/20 1601
Editor: Lynn Popp, RN (Registered Nurse)
Service: —
Encounter Date: 11/20/2020
Author Type: Registered Nurse
Status: Signed

| PHYSICIAN MEDS | TIME Level R SIJ | TIME Level | TIME Level | TIME Level |
|---|---|---|---|---|
| Lidocaine(Local) | 2:05 | | | |
| Contrast Dye | 2:09 | | | |
| Lidocaine test Dose | | | | |
| Strength | | | | |
| Bupivacaine | | | | |
| Depo-Medrol | 2:13 | | | |
| Fluoro Time | 30 seconds | | | |

| Medication | Dose | Route | Time | Initials |
|---|---|---|---|---|
| (No Sedation) | | | | |
| | | | | |
| | | | | |
| | | | | |

| Time | BP | Pulse | O2 Sat | Consciousness* | Respirations | Comments |
|---|---|---|---|---|---|---|
| 2:00 | 181/92 | 89 | 99 | 3 | | |
| 2:05 | 191/110 | 86 | 98 | 3 | | |
| 2:10 | 187/95 | 88 | 98 | 3 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Consciousness Level Key: 3=Fully Awake; 2=Relaxed; 1=Arousal on calling 0=Not Responding

Electronically signed by Lynn Popp, RN at 11/20/20 1601

**William L Vandorp, MD at 11/20/2020 2:00 PM**

Author: William L Vandorp, MD
Filed: 11/20/20 1601
Editor: William L Vandorp, MD (Physician)
Service: —
Encounter Date: 11/20/2020
Author Type: Physician
Status: Signed

**Clinical Notes (continued)**

Serena Lynn Hernandez was scheduled today for a right-sided sacroiliac joint injection for both therapeutic and diagnostic. Risks and benefits discussed with the patient prior to procedure. Consent form was signed.

PREPROCEDURE VITAL SIGNS: Stable.

PROCEDURE NOTE: The skin was cleansed with Hibiclens and friction and chloraprep. The patient was monitored with cardiac, blood pressure, and O2 saturation monitoring. Skin was anesthetized with a total of 3.5 mL of 1% Lidocaine. Fluoroscopy was used for needle guidance. A 6-inch, 22-gauge spinal injection was used. Aspiration showed no bloody return. Contrast showed an arthrogram of the right SI joint. Depo-Medrol 40 mg was injected. Needle was flushed with 0.25 mL of 1% Lidocaine. The patient tolerated the procedure well.

POSTPROCEDURE PERIOD: Discharge vital signs were stable. At time of discharge, the patient was alert and oriented x3. Preprocedure pain level was 7/10, postprocedure pain level 5/10. At time of discharge, the patient was able to ambulate at their baseline level. Serena Lynn Hernandez will follow up in the next several weeks. Written discharge instructions were provided to the patient with office number highlighted.

Electronically signed by William L Vandorp, MD at 11/20/20 1601

**Hospital Sisters Health System**

Hernandez, Serena Lynn
MRN: 64275422, DOB: Sex: F

## 10/20/2020 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE

**Clinical Notes**

**Progress Notes**

**William L Vandorp, MD at 10/20/2020 11:40 AM**

| | | |
|---|---|---|
| Author: William L Vandorp, MD | Service: — | Author Type: Physician |
| Filed: 10/20/20 1223 | Encounter Date: 10/20/2020 | Status: Signed |
| Editor: William L Vandorp, MD (Physician) | | |

Serena Lynn Hernandez returns today for a follow-up in the Prevea spine care clinic. The patient was last seen on 8/14/2020. Patient has a history of chronic right knee pain. At her last visit she underwent a right SI joint injection which improved her pain by 60 to 70%. Patient now reports her low back and right buttock pain is returning. Is intermittent pain in her right anterior lateral thigh and calf. She continues to have chronic diffuse paresthesias in her feet. Patient has fatigue in her legs but denies gross weakness.

Patient did have an EMG nerve conduction study of her lower extremities bilaterally by Dr. Kanneganti. There was no evidence of a large fiber peripheral polyneuropathy affecting her lower extremities.

Patient has been seen by Dr. Schick for persistent right knee pain. She is known to have severe right tricompartmental degenerative joint disease affecting her right knee. Patient has had Euflexxa injections in her right knee with questionable improvement of her symptoms. She continues to lose weight. At this time, she does not wish to pursue a surgical option for her ongoing right knee pain.

Since the patient's last visit she has had 2 suicide attempts. She was seen at the Bellin psych unit. She does work with the Oneida tribe at Dr. Pareek, her treating psychiatrist. Patient reports she is going to start outpatient therapy. She is no longer on Lyrica Cymbalta. She is no longer on diclofenac. Patient does use Tylenol on a as needed basis. She is not involved in physical therapy at this time.

On 10/25/2019 the patient did undergo a right SI joint injection which improved her buttock pain by 70%. She also reports the pain she was experiencing in her anterolateral thigh had improved significantly.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acute exacerbation of COPD with asthma (CMS/HCC) | |
| • Anxiety state | |
| • Asthma | |
| • Depression<br>*Since patient was 8 yo* | |
| • High cholesterol | |
| • Hypertension | |
| • Joint inflammation | |
| • Lumbago | |
| • OSA (obstructive sleep apnea)<br>*Severe by PSG* | 11/17/2017 |
| • Post-traumatic stress | |
| • Reflux esophagitis | |
| • Seizures (CMS/HCC)<br>*due to traumatic brain injury in 6th grade* | |

Allergies

| Allergen | Reactions |
|---|---|
| • Amoxicillin-Pot Clavulanate | Diarrhea and GI Upset |
| • Carbamazepine | Rash |
| • Erythromycin | Hives |
| • Gabapentin<br>*Feels like she is psychologically "disconnected"* | Other (see comment) |

## 10/20/2020 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| • Latex | Hives |
| • Metformin<br>*Kidney failure*<br>*Kidney Failure* | Other (see comment) |
| • Meloxicam<br>*Flu like symptoms* | Other (see comment) |
| • Codeine | Hives |
| • Morphine<br>*Pt unaware of reaction* | Other (see comment) |
| • Morphine And Related | |
| • Hydrocod Polst-Cpm Polst Er | Hives and GI Upset |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ADVAIR DISKUS 500-50 MCG/DOSE inhaler | 1 puff 2 (two) times daily. | | |
| • ALLERGY RELIEF 180 MG tablet | Take 180 mg by mouth daily. | | |
| • fluticasone propionate 50 MCG/ACT nasal spray | 2 sprays by Each Nare route daily. | | |
| • ipratropium-albuterol (COMBIVENT RESPIMAT) 20-100 MCG/ACT inhaler | Inhale 1 puff into the lungs 4 (four) times daily as needed for Wheezing. | 1 Inhaler | 11 |
| • acetaminophen 500 MG tablet | Take 1,000 mg by mouth every 6 (six) hours as needed for Pain. | | |
| • albuterol (2.5 MG/3ML) 0.083% nebulizer solution | Take 2.5 mg by nebulization 4 (four) times daily as needed. | | |
| • calcium carbonate 500 MG chewable tablet | Chew 1 tablet by mouth daily as needed for Heartburn. | | |
| • CPAP MACHINE | Provide CPAP machine with heated humidifier. Pressure at 10cmH20. Diagnosis: G47.33 | 1 Device | 12 |
| • CPAP SUPPLIES | Dispense mask or other interface of the patient's choice, headgear, tubing, filters and any other supplies required for use with positive airway pressure machine and heated humidifier and use for all sleep. Dx: G47.33 | 1 Device | 12 |
| • diclofenac EC 75 MG tablet | Take 1 tablet (75 mg total) by mouth 2 (two) times daily. | 60 tablet | 5 |
| • DME COMPRESSION | Light weight max 15-20 | 1 Container | 0 |

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| STOCKINGS | MM mercury compression stocking. Dispense one pair | | |
| • DULoxetine (CYMBALTA) 30 MG capsule | ONE DAILY FOR 7D AYS AND THEN 60MG DAILY WITH FOOD ONLY | 60 capsule | 6 |
| • EPINEPHrine 0.3 MG/0.3ML injection | Inject 0.3 mg into the muscle once as needed. | | |
| • lorazepam 1 MG tablet | Take 2 mg by mouth nightly at bedtime. | | |
| • magnesium oxide 250 MG tablet | Take 250 mg by mouth daily. | | |
| • methocarbamol 500 MG tablet | Take 1 tablet (500 mg total) by mouth 4 (four) times daily as needed. | 60 tablet | 5 |
| • montelukast 10 MG tablet | Take 10 mg by mouth nightly at bedtime. | | |
| • Nebulizers Misc | Provide all necessary nebulizer supplies and refills. | 1 Device | 99 |
| • NEXIUM 20 MG capsule | Take 20 mg by mouth daily. | | |
| • olopatadine (PATADAY) 0.2 % Solution | Place 1 drop into both eyes daily as needed. | | |
| • omalizumab 150 MG injection | Inject 150 mg into the skin every 14 (fourteen) days. | | |
| • ondansetron 4 MG disintegrating tablet | Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 0 |
| • prazosin 2 MG capsule | | | |
| • pregabalin (LYRICA) 100 MG capsule | Take 1 capsule (100 mg total) by mouth daily AND 3 capsules (300 mg total) nightly at bedtime. 3 CAPSULES AT BEDTIME | 120 capsule | 5 |
| • PROAIR HFA 108 (90 BASE) MCG/ACT inhaler | Inhale 2 puffs into the lungs 4 (four) times daily. | | |
| • red yeast rice extract 600 MG Cap | Take 1 capsule by mouth daily. | | |
| • senna-docusate 8.6-50 MG tablet | Take 1 tablet by mouth 2 (two) times daily as needed for Constipation. | 7 tablet | 1 |
| • SPIRIVA HANDIHALER 18 MCG inhalation capsule | Place 18 mcg into inhaler and inhale daily. | | |
| • telmisartan 20 MG Tab | Take 20 mg by mouth daily. | | |
| • venlafaxine 24 hr 75 MG 24 hr | Take 75 mg by mouth | | |

| | |
|---|---|
| capsule | daily. |
| • vitamin D3, cholecalciferol, 1000 UNIT Tab tablet | Take 2,000 Units by mouth daily. |

No current facility-administered medications on file prior to visit.

**Review of systems:**
1. GI patient denies gastritis
2. GU patient denies incontinence
3. Mental health-the patient denies any suicidal ideation at this time.

**Physical examination:**
On exam today her gait is wide-based flexed posture is foot drop. She is tender to palp deep palpation over her right PSI. Sacral thrust and compression does reproduce her low back and buttock pain. As well as her leg symptoms. Her affect is pleasant vital signs are stable.

**Imaging:**
None

**Assessment:**
Patient is a pleasant 52-year-old woman who presents today with a complaint of persistent low back and right knee pain. Patient does have severe patellofemoral joint disease as well as severe tricompartmental degenerative joint disease affecting her right knee. The symptoms were severely exacerbated after a fall at work. Patient also has ongoing right buttock and leg pain which appears to be consistent with SI joint dysfunction.

Patient does have diffuse dysesthesias in her distal lower extremities of unclear etiology.

**Recommendations:**
1. At this time schedule patient for repeat right SI joint injection. Use 40 mg Depo-Medrol.
2. Due to patient's recent suicide attempts would not restart Cymbalta. Will defer this to her treating psychiatrist.
3. At this time patient is not on Lyrica. We will hold on restarting the medication.
4. Patient can continue Tylenol and appear basis for pain control.

Electronically signed by William L Vandorp, MD at 10/20/20 1223

**Hospital Sisters Health System**

Hernandez, Serena Lynn
MRN: 64275422, DOB: Sex: F

## 08/14/2020 - Office Visit in PREVEA HEALTH (ST MARY'S) PAIN AND SPINE CARE

**Clinical Notes**

**Progress Notes**

**Sue A Hansen, RN at 8/14/2020 10:30 AM**

Author: Sue A Hansen, RN Service: — Author Type: Registered Nurse
Filed: 08/14/20 1341 Encounter Date: 8/14/2020 Status: Signed
Editor: Sue A Hansen, RN (Registered Nurse)

| PHYSICIAN MEDS | TIME Level R SIJ | TIME Level | TIME Level | TIME Level |
|---|---|---|---|---|
| Lidocaine(Local) | 10:48am | | | |
| Contrast Dye | 10:51am | | | |
| Lidocaine test Dose | - | | | |
| Strength | - | | | |
| Bupivacaine | - | | | |
| Depo-Medrol | 10:53am | | | |
| Fluoro Time | - | | | |

| Medication | Dose | Route | Time | Initials |
|---|---|---|---|---|
| none | | | | |
| | | | | |
| | | | | |
| | | | | |

| Time | BP | Pulse | O2 Sat | Consciousness* | Respirations | Comments |
|---|---|---|---|---|---|---|
| 10:45am | 168/87 | 70 | 97 | 3 | reg | |
| 10:50am | 172/89 | 70 | 95 | 3 | reg | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Consciousness Level Key: 3=Fully Awake; 2=Relaxed; 1=Arousal on calling 0=Not Responding

Electronically signed by Sue A Hansen, RN at 08/14/20 1341

**Clinical Notes (continued)**

**William L Vandorp, MD at 8/14/2020 10:30 AM**

Author: William L Vandorp, MD
Service: —
Author Type: Physician
Filed: 08/14/20 1341
Encounter Date: 8/14/2020
Status: Signed
Editor: William L Vandorp, MD (Physician)

Serena Lynn Hernandez was scheduled today for a right-sided sacroiliac joint injection for both therapeutic and diagnostic. Risks and benefits discussed with the patient prior to procedure. Consent form was signed.

PREPROCEDURE VITAL SIGNS: Stable.

PROCEDURE NOTE: The skin was cleansed with Hibiclens and friction and chloraprep. The patient was monitored with cardiac, blood pressure, and O2 saturation monitoring. Skin was anesthetized with a total of 3.5 mL of 1% Lidocaine. Fluoroscopy was used for needle guidance. A 6-inch, 22-gauge spinal injection was used. Aspiration showed no bloody return. Contrast showed an arthrogram of the right SI joint. Depo-Medrol 40 mg was injected. Needle was flushed with 0.25 mL of 1% Lidocaine. The patient tolerated the procedure well.

POSTPROCEDURE PERIOD: Discharge vital signs were stable. At time of discharge, the patient was alert and oriented x3. Preprocedure pain level was 8/10, postprocedure pain level 7/10. At time of discharge, the patient was able to ambulate at their baseline level. Serena Lynn Hernandez will follow up in the next several weeks. Written discharge instructions were provided to the patient with office number highlighted.

Electronically signed by William L Vandorp, MD at 08/14/20 1341

Scan on 4/19/2021 0830 by Sherry Henrich (below)

From ReleasePoint 1.626.628.9628 Thu Apr 15 15:40:28 2021 MDT Page 1 of 5

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

RECEIVED
APR 16 2021
#5354336
BY: 64275422

**VANDORP, DR WILLIAM**
**1726 SHAWANO AVE**
**ATTN MEDICAL RECORDS**
**GREEN BAY, WI 54303**

Date: Apr 15, 2021

**Re: Long Term Disability Benefits**
Claim# 7784019 10970873
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: MSBLWB

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From August 1, 2020 to Present**
**medical rec - Seen By: VANDORP, DR WILLIAM**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibel
Disability Information Specialist
Phone No.: (213) 266-5036
Fax No: (213) 884-4921

RPID: 7784019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 364-5856
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer any claim, and/or for insurance related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ___ Claim Number: 10970673

A copy of this authorization will be considered as valid as the original

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 7578
Omaha, NE 68172-9688
Phone No.: (844) 784-5858
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ..........

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: [illegible] Claim Number: [illegible]

A copy of this authorization will be considered as valid as the original.

From ReleasePoint 1.626.628.9628 Thu Apr 15 15:40:28 2021 MDT Page 4 of 5

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

2/17/2021

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2018 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7784019

# Quality Assurance Report

## Request Information

Report Date: April 20, 2021

**RP ID:** 7784019

Patient Name: HERNANDEZ, SERENA

Provider Name: VANDORP, DR WILLIAM

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:
medical rec - Seen By: VANDORP, DR WILLIAM

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: LBOMB

ReleasePoint

## Medical Record Overview

**Date:** **April 22, 2021**

**Patient Name:** HERNANDEZ, SERENA

**Records From:** ONEIDA COMMUNITY HEALTH CENTER
PO BOX 365
ONEIDA, WI 54155
(920) 869-2711

**Request Scope:** From August 1, 2020 to Present

**Chart Range:** 08/03/2020 - 04/05/2021

**RP ID:** 7784018

**Client ID:** 10970673

**Source:** L-CLTMJR

**Req By:** K NEMETH
04444809

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 3 2020 | Jan 27 2021 | 32 | 2 |
| Labs/Diagnostics | Dec 8 2020 | Apr 5 2021 | 10 | 34 |
| Request Correspondence | | | 5 | 44 |

**Total Page Count:** 47

**Notes From QC:**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Phone Consult

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**01/27/2021 - Phone Consult: ER Follow Up/Asthma Exacerbation/Pulm Referral?/ARB Change**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

## Telemedicine Notes

**This visit was performed remotely with this patient.**
**Visit Type:** Audio Visit Only

## Patient Details

**Patient Phone #:** (920) 391-8155
**Patient Email Address:** shernandez068@yahoo.com
**Patient consented for audio or video type visit:** Yes

## Visit Details

**Start Time:** 12:06 PM
**End Time:** 12:15 PM
**Primary Provider:** Candice L Crabb APNP FNP-BC
**Telemedicine Provider:** Candice L Crabb APNP FNP-BC
**Location of Provider:** Primary Care Office
**Location of Patient:** Home
**Who Participated:** Patient only

## Visit Notes

**Chief Complaints or Symptoms:**
Respiratory Follow Up

**HPI/Subjective:**
Serena is a 52 year old female patient who consents to a phone consultation to discuss asthma. Recently seen in the ER 1/25/2021, note reviewed; CXR negative, treated for an asthma exacerbation with steroids. "I'm finally feeling better today, not 100% but getting there." Continues to use albuterol frequently, cannot quanitify the amount, but states "it's alot." Please review previous phone notes, needed an updated referral for her nebulizer machine and solution, both of which were entered yesterday. PRC did reach out ot Serena this morning and let her know HME did have all the correct information. Follows with Dr. Mendoza through Aurora, last visit 7/23/2020, advised to follow up in 2 months, but has not. Requests to see another pulmonologist; "I never get to see him, it's not working out there, I don't trust them." Reports compliance with all her respiratory medications, on Xolair, Combivent, Advair, and Spiriva inhalers, along with several allergy/asthma oral medications. COVID testing in the ER was negative. Non-productive cough, wheezing is fairly persistent.

Denies fever, chills, productive cough, runny nose, sore throat, nausea, vomiting, abdominal pain.

**Objective:**
Alert and orientated x 3, logical flow of ideas. Sporadic coughing heard through the phone, no wheeze, or obvious respiratory distress. Clear speech.

**High Risk Assessement**
Age >= 65 **No**
BMI >= 40 **Yes**
Chronic Lung Disease (e.g. COPD, asthma, emphysema) **Yes**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Diabetes **Yes**
Hypertension **Yes**
Smoker (previous or current) **Yes**

**Problems:**
Added new problem of Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901) - Signed

## Past Medical History:
Reviewed history from 12/08/2020 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:
Reviewed history from 12/08/2020 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:
**Family History Reviewed:** 01/27/2021
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015

## Family History Summary:
**Family History Reviewed:** 01/27/2021
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

## Impression & Recommendations:

**Problem # 1:** Asthma, with acute exacerbation (ICD-493.92) (ICD10-J45.901)
Recent ER visit 2 days ago, treated for an acute asthma exacerbation; please review notes and CXR for more details. Compliant with oral steroids, which seem to be helping. Referrals updated yesterday for nebulizer machine, solution prescription sent to pharmacy. Severe asthma, on a biologic, and several inhalers. Advised to fall up with pulmonology in early fall. Requesting to establish with a new pulmonologist. Will request most recent pulmonology records and update referral if appropriate. Signs and symptoms warranting immediate re-evaluation in the ER reviewed at length. Follow up as needed. Serena agreed with the plan of care and verbalized understanding.

Her updated medication list for this problem includes:
Combivent Respimat 20-100 Mcg/act Inhalation Aerosol Solution (Ipratropium-albuterol) ..... 1 puffs four times daily. replaces atrovent and spiriva
Proair Hfa Albuterol Inh (Albuterol sulfate) ..... Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
Xolair Solution Prefilled Syringe (Omalizumab sosy) ..... Two injections twice monthly
Advair 500/50 Disk (Fluticasone-salmeterol) ..... Inhale 1 puff into the lungs 2 times daily.
Albuterol Sulfate (2.5 Mg/3ml) 0.083% Nebu (Albuterol sulfate) ..... Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
Montelukast 10mg Tab*l (Montelukast sodium) ..... Take 1 tablet by mouth every night at bedtime
Spiriva 18mcg Cp Hndihalr (Tiotropium bromide monohydrate) ..... Place 1 capsule into inhaler and inhale daily.
Combivent Respimat 20-100 Mcg/act Aers (Ipratropium-albuterol) ..... Inhale 1 puff by mouth every 4 hours as needed for shortness of breath

Orders:
99212 Estab Level 2 10-19 Min (CPT-99212)

**Problem # 2:** HYPERTENSION (ICD-401.9) (ICD10-I10)
At the end of the phone consultation, discussed recent prior authorization received for telmisartan for treatment of hypertension. Insurance requesting she trial a preferred drug in the class. Had trialed losartan, last prescribed 3/10/2017, but complained of dizziness. Serena states "I almost passed out on that medication, I can't take that again." No other ARBs trialed, prescription for valsartan sent to pharmacy. Will follow-up in 3 months for a medication check, advised to call the clinic with any adverse side effects in the meantime. If she does not tolerate valsartan, will go back to telmisartan. Serena agreed with the plan of care and verbalized understanding.

The following medications were removed from the medication list:
Telmisartan 20 Mg Tabs (Telmisartan) ..... Take 1 tablet every day

Her updated medication list for this problem includes:
Valsartan 40 Mg Oral Tablet (Valsartan) ..... 1 tablet daily (replaces telmisartan)
Minipress 2 Mg Oral Capsule (Prazosin hcl) ..... Take two (total dose 4mg) every hs

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Orders:
99212 Estab Level 2 10-19 Min (CPT-99212)

**Medications Added to Medication List This Visit:**
1) Valsartan 40 Mg Oral Tablet (Valsartan) .... 1 tablet daily (replaces telmisartan)

**Electronically signed by Candice L Crabb APNP FNP-BC on 01/27/2021 at 1:37 PM**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Office Visit

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/08/2020 - Office Visit: Call In-Thyroid/ER Follow Up-Cat Bite/Psych-SI/Hallucinations**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

**Visit Type:** Call In
**Referring Provider:** Jay Kennard MD
**Primary Provider:** Candice L Crabb APNP FNP-BC

**CC:** thyroid concerns.

**History of Present Illness:**
Serena is a 52 year old female patient who presents for evaluation of thyroid concerns; "my family members said my neck or thyroid looks big, I want that checked." No known personal history of thyroid dysfunction, but states several family members have thyroid problems. Additionally, was seen in the ER 12/6/2020 after a cat bite to the right hand. Compliant with clindamycin and Bactrim, tolerating well. Swelling and redness have significantly improved, continues to have some pain in her hand. Afebrile. Noted to be hypokalemic, with a potassium of 2.8, started on potassium supplements for 3 days, taking these daily. White count was elevated as well. Has been afebrile since being seen in the ER.

After very brief discussion of the above, immediately begins crying and states " I'm doing horrible, my life is so fucked up right now." Describes how she attempted to take a scissors to her neck over the weekend, specifically states " I wanted to just cut my jugular open and end it right there." Her boyfriend Philip, who she has a very strained relationship with, reportedly wrestled the scissors out of her hands, and stopped her. Has cut and burned her left forearm all weekend " to avoid feeling pain." Makes several comments related to suicidal ideation, including " I just don't want to be here anymore," and " I just don't give a fuck about anything, I do not care, I just want to die." Significant mental health history including anxiety, depression, and PTSD from extensive sexual abuse as a child. Follows with Dr. Pareek, has an appointment scheduled later this week. Her normal counselor is currently out on leave, has been following with Susan through OBH.Was hospitalized last month at Bellin for roughly 1 week for suicidal ideations as well. In addition to depressive thoughts and suicidal ideation, admits she hears voices. Significant history of substance abuse in the past, which she adamantly declines right now. Has extensive chronic pain, follows with neurology, prescribed Cymbalta. Mentions she has tried to overdose on her medications in the past, however her boyfriend has currently hidden her Cymbalta. Her counselor has been encouraging another inpatient stay for medication management for several weeks. Serena admits she needs inpatient treatment, but is unwilling to go today "because I need to figure out who will take care of my cats and I need that gift card (referring to the festival foods gift cards tribal members are eligible to receive starting 12/10). I have 5 dollars to my name, I lost my job, I need that gift card."

## Past Medical History:

Reviewed history from 08/31/2020 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension

Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:

Reviewed history from 08/31/2020 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:

**Family History Reviewed:** 12/08/2020
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

## Family History Summary:

**Family History Reviewed:** 12/08/2020
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 65.5 inches (166.37 cm) |
| Weight: | 249.2 pounds |
| BMI: | 40.83 |
| Temp: | 97.1 degrees F temporal |
| Pulse rate: | 58 / minute |
| Pulse rhythm: | regular |

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

| | |
|---|---|
| Resp: | 18 per minute |
| O2 Sat: | 98 % on room air |
| BP sitting: | 148 / 84 (left arm) |
| Cuff size: | large |

Pt. in pain? no

Vitals Entered By: Joanna O Pagan-Valentino CMA (December 8, 2020 1:29 PM)

96 (03/16/2015 2:06:15 PM)
Do you feel safe at home? yes
Do you feel safe with your caregiver? yes

**Problems:**
Problems were reviewed with the patient during this visit.
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Medications were reviewed with the patient during this visit.
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*

Office Visit

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

## Review of Systems

See HPI

## Physical Exam

**General:**
well developed, well nourished, visibly distressed throughout the visit.
**Neck:**
no masses, thyromegaly, or abnormal cervical nodes.
**Lungs:**
clear bilaterally to auscultation.
**Heart:**
regular rate and rhythm, S1, S2 without murmurs
**Skin:**
Healing cat bite appreciated on the right hand. Purple skin marker from the ER appreciated on the right hand, extending up to the right forearm. Erythema is almost completely resolved, clearly not extending past the skin marker. Mild swelling appreciated over the dorsal aspect of the hand, no warmth or drainage appreciated. Several healed lacerations and burn marks appreciated over the left forearm from self-harm.
**Psych:**
Intermittently crying and shouting throughout the visit. Episodes of poor eye contact. Anxious, depressed. Voicing self-harm and suicidal/homicidal ideations.

**Blood Pressure:**
**Today's BP:** 148/84 mm Hg

**Labwork:**
Most Recent Lab Results:
**LDL:** 90. mg/dL 08/22/2018

## Impression & Recommendations:

**Problem # 1:** Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Thyroid unremarkable on physical exam. Labs per patient request, will call with results when available. If any abnormality, consider thyroid ultrasound.

Orders:
T3, FREE (2410)
TSH (5389)
T4, FREE (5314)
99215 Estab Level 5 40 Min (CPT-99215)

**Problem # 2:** Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Significant improvement in cat bite since her ER visit. Stressed the importance of compliance with her antibiotic regimen, will continue clindamycin and Bactrim per orders. Will recheck CBC today. Signs and symptoms warranting reevaluation reviewed at length.

Orders:
CBC + AUTO DIFF (9014)

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

99215 Estab Level 5 40 Min (CPT-99215)

**Problem # 3:** Hypokalemia (ICD-276.8) (ICD10-E87.6)
Will recheck potassium and call with results when available. Continue with supplementation if not normal.

Orders:
BMP (2251)
99215 Estab Level 5 40 Min (CPT-99215)

**Problem # 4:** Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Extensive conversation regarding her current psychological symptoms. Serena is clearly not doing well today, and has not been for quite some time. Recent suicide attempt 3 to 4 days ago, over the weekend. Has been cutting and burning her left forearm. Significant history of substance abuse in the past, unsure if she is still using, although she adamantly declines now. Discussed her symptoms for well over 30 minutes. Although she made several concerning statements as outlined in the HPI, she ultimately states "I know what I need to do; I need to get back in there (Bellin) and take care of myself. I can't keep doing this to myself." Contracts to safety with me today, agrees to reach out to her counselor immediately after our visit today. Agrees to go inpatient at Bellin psych after her cats are taking care of, she pays her rent, and she receives the festival foods gift card on 12/10/2020. I did attempt to obtain a card early for her today, to eliminate one of her barriers, however I was denied access to the cards. I did speak with OBH triage nurse Andrea to update her on the situation and did send a message to her counselor Susan alerting her of Serena's current state. Serena has agreed to contact OCHC by 2pm on 12/9/2020 with an update and is aware I will be calling the police if I do not hear from her. Again, contracts to safety today. Follow up tomorrow with myself and her counselor, Dr. Pareek later this week, if she is not already inpatient. Serena agreed with the plan of care and verbalized understanding.

Orders:
99215 Estab Level 5 40 Min (CPT-99215)

**Problem # 5:** Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Per above.

Orders:
99215 Estab Level 5 40 Min (CPT-99215)

**Orders Added:**
1) T3, FREE [2410]
2) BMP [2251]
3) CBC + AUTO DIFF [9014]
4) TSH [5389]
5) T4, FREE [5314]
6) 99215 Estab Level 5 40 Min [CPT-99215]

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/09/2020 at 9:21 AM**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**09/08/2020 - Office Visit**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**

**Electronically signed by Yogesh C Pareek MD on 09/08/2020 at 5:42 PM**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Phone Consult

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**08/31/2020 - Phone Consult: Bed Bugs/Psych/Perimenopausal**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

## Telemedicine Notes
**This visit was performed remotely with this patient.**
**Visit Type:** Audio Visit Only

## Patient Details
**Patient Phone #:**
**Patient Email Address:**
**Patient consented for audio or video type visit:** Yes

## Visit Details
**Start Time:** 10:09 AM
**End Time:** 10:35 AM
I spent 26 minutes with the patient counseling and treating the condition(s) listed below.
**Primary Provider:** Candice L Crabb APNP FNP-BC
**Telemedicine Provider:** Candice L Crabb APNP FNP-BC
**Location of Provider:** Primary Care Office
**Location of Patient:** Home
**Who Participated:** Patient only

## Visit Notes
**Chief Complaints or Symptoms:**
Possible Beg Bugs

**HPI/Subjective:**
Serena is a 52 year old female patient who consents to a phone consultation, has several complaints.

1. Bed bugs: Slept at her now ex-boyfriend's house over the weekend. Noticed bugs crawling on him and his bed. Slept on the couch, woke up "covered in bites." Has tried OTC benadryl and applying hand sanitizer on the lesions without improvement. Could not sleep last night due to itching.

2. Pregnancy concern: Continues to be concerned about the possibility of pregnancy. Having unprotected intercourse with her boyfriend. Likely perimenopausal. Please review EMR, this complaint has been reviewed at length over several recent phone calls and office visits. Has not had a period in roughly 4 months.

3. Psych update: Recent 9 day hospitalizaton at Bellin Psych after a suicide attempt via benzodiazepine overdose. Scheduled to see OBH early september. Mentions she was on the phone with a Bellin RN prior to our phone call "because I might need to go back in. I don't think I wanna kill myself, but I have so much going on." Describes coming home from the hospital with an eviction notice on her door. Stressed by money and recent breakup. Burned herself "to take away the pain" before she was hospitalized. Has attempted to commit suicide 3 times in the las 6 weeks. Continues to state today how "I don't wanna hurt myself right now, but I just think I need more time in there (Bellin)."

**Objective:**
Alert and orientated x 3. Rushed speech at times, intermittently tearful. Denies currently SI/HI or self harm.

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**High Risk Assessement**
Age >= 65 **No**
BMI >= 40 **Yes**
Chronic Lung Disease (e.g. COPD, asthma, emphysema) **Yes**
Diabetes **Yes**
Hypertension **Yes**
Smoker (previous or current) **Yes**

**Problems:**
Added new problem of Insect bite (ICD-E906.4) (ICD10-W57.xxxA)

## Past Medical History:
Reviewed history from 08/12/2020 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:
Reviewed history from 08/12/2020 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:
**Family History Reviewed:** 08/31/2020
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

## Social History Summary:

**Social History Reviewed:** 08/31/2020

## Impression & Recommendations:

**Problem # 1:** Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Reviewed transmission, symptom management, and eradication of bed bugs. Has not been taking her antihistamine, advised she restart this, refill sent in for her. Topical steroids also sent in, aware she should not apply this to her face. Stop applying hand sanitizer on body. Environmental cleaning measures reviewed. Aware itching may last several days to weeks. Signs and symptoms suggesting a possible secondary infection, requiring in-office follow up reviewed at length. Serena agreed with the plan of care and verbalized understanding.

I spent 25 minutes with the patient and 100% was spent in counseling and coordination of care.
Orders:
99214 Estab Level 4 25 Min (CPT-99214)

**Problem # 2:** Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Again, reviewed the importance of condom use to prevent STDs and pregnancy. Discussed how she is likely perimenopausal, but could theoretically still conceive. Offered to order a pregnancy test, but she declined stating "I don't wanna come into the clinic and have it done, then everyone will know my business." Plans to purchase an OTC test.
Orders:
99214 Estab Level 4 25 Min (CPT-99214)

**Problem # 3:** Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
**Assessment:** New
Recent Bellin inpatient hospitalization. Denies current SI/HI or self harm but mentions she was on the phone with a Bellin RN prior to this phone call, requesting to go inpatient again. Contracts to safety today. Plans to call Bellin back, will call the clinic with an update later this afternoon. Advised to call OBH as well, to see if her appointment could be moved.

Her updated medication list for this problem includes:
Lorazepam 1 Mg Oral Tablet (Lorazepam) ..... Two at bed time
Venlafaxine Er 75mg Cap (Venlafaxine hcl) ..... Take 1 capsule by mouth daily

Orders:
99214 Estab Level 4 25 Min (CPT-99214)

**Medications Added to Medication List This Visit:**
1) Hydrocortisone 2.5 % External Ointment (Hydrocortisone) .... Apply topically twice a day as needed. do no use any longer than 2 weeks consecutively.

**Electronically signed by Candice L Crabb APNP FNP-BC on 08/31/2020 at 3:05 PM**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**08/12/2020 - Office Visit: Call In,asthma, review return to work.anxiety**
**Provider: David Danby MD**
**Location of Care: Oneida Community Health Center**

**Visit Type:** Call In
**Referring Provider:** Jay Kennard MD
**Primary Provider:** Candice L Crabb APNP FNP-BC

**CC:** f/u.

**History of Present Illness:**
52 y/o
female is seen today to address forms for short term disability for the absence 07/27/2020 to08/04/2020. She
did not bring the paperwork, she did not have the paper work faxed. with her permission, a form similar to the FMLA form is used to
quantify expectations for her asthma. clinically the asthma is doing very well, as was noted when she was seen on 08/03/2020,
and released for 08/04/2020 return to work. She was given an excuse for 07/27/2020, and through 08/04/2020, because she reported she was seen and evaluated by her pulmonology team and started on steroid course, for treatment of a flare. there was an issue with the
work excuse from that office. 08/03/2020 She was noted to be breathing freely with no inhaler use for several days because they were lost or stolen at a family funeral.
following the office visit 08/03/2020, she states she did not return to work 08/04/2020,08/05, and 08/06/2020 . She requested and was not given a work excuse as again she was doing well, and not seen. She feels she will get a slip returning her to work, from her foot pain doctor.
she is frustrated with the process , and with her foot pain . she has a follow up plan with the neurologist in place ,
she reports she is also following up with her behavioral health shortly. She
denies current suicidal or homicidal ideation, but has numerous more than 50 , evenly spaced, superficial, parallel scratches on the left forearm from a few days ago . she verbalizes what to do if she should have suicidal thoughts in the future correctly.
pt states there is an issue with her Xolair recently, but she continues to do well.

**Problems:**
Removed problem of Paronychia, finger (ICD-681.02) (ICD10-L03.019)
Removed problem of Screening colon for malignant neoplasm (ICD-V76.51) (ICD10-Z12.11)

## Past Medical History:
Reviewed history from 08/03/2020 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium
Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:

Reviewed history from 08/03/2020 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

[Family History-CCC]

## Social History Summary:

**Social History Reviewed:** 08/12/2020
**Previous Social History:**
Patient is a former smoker.
Patient is a former smokeless tobacco user.
Passive Smoke: N
Alcohol Use: N
Drug Use: N
HIV/High Risk: N
Regular Exercise: Y
Hx Domestic Abuse: Y
Divorced, single.
2 boys (30, 27)
Work: Spectrum- customer service representative
Smoking: quit since 2013
Drug: Marijuana intermittently
ETOH: Rare
Exercise: Nothing regular

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 65.5 inches (166.37 cm) |
| Weight: | 264.4 pounds |
| BMI: | 43.32 |
| Temp: | 97.9 degrees F temporal |
| Pulse rate: | 86 / minute |

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

| | |
|---|---|
| Pulse rhythm: | regular |
| Resp: | 20 per minute |
| O2 Sat: | 98 % on room air |
| BP sitting: | 152 / 78 (left arm) |
| Cuff size: | large |

| | |
|---|---|
| Pt. in pain? | yes |
| Location: | feet |

Vitals Entered By: Lori L Turpeinen RN (August 12, 2020 3:37 PM)

96 (03/16/2015 2:06:15 PM)
Do you feel safe at home? yes
Do you feel safe with your caregiver? yes

**Problems:**
Problems were reviewed with the patient during this visit.
Paronychia, finger (ICD-681.02) (ICD10-L03.019)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Screening colon for malignant neoplasm (ICD-V76.51) (ICD10-Z12.11)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Medications were reviewed with the patient during this visit.
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA 108 (90 BASE) MCG/ACT INHALATION AEROSOL SOLUTION (ALBUTEROL SULFATE) 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.; Route: INHALATION
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
ESOMEPRAZOLE MAGNESIUM 20 MG ORAL CAPSULE DELAYED RELEASE (ESOMEPRAZOLE MAGNESIUM) 1 tablet daily- changed from Nexium d/t insurance; Route: ORAL
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
LORAZEPAM 1 MG ORAL TABLET (LORAZEPAM) two at bed time; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPIPEN 2-PAK 0.3 MG/0.3ML INJECTION SOLUTION AUTO-INJECTOR (EPINEPHRINE) inject as needed; Route: INJECTION
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
CEPHALEXIN 500 MG ORAL CAPSULE (CEPHALEXIN) Take one tablet 4 times daily x 1 week; Route: ORAL
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

## Risk Factors:
Smoked Tobacco Use: Former smoker
Years Since Last Quit: 6
Years Since Last Quit: 7

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Dietary Counseling: yes

**Previous Tobacco Use:** Signed On - 08/03/2020
Smoked Tobacco Use: Former smoker
Cigarettes: Yes -- 2/week pack(s) per day, Year Started: 1986
Year Quit: 2014
Years Since Last Quit: 6 years, 7 months, 12 days
Cigars: Yes -- 2 per week
Year Started: 1986
Smokeless Tobacco Use: Former
Year Quit: 2013
Counseled to Quit/Cut Down: yes
Passive Smoke Exposure: no
HIV High Risk Behavior: no
Caffeine Use: 0 drinks per day
Exercise: yes
Times/wk: 5
Type of Exercise: walking
Seatbelt Use: 100 %
Sun Exposure: rarely

Dietary Counseling: yes

## Review of Systems

**General**
Denies fever, chills, sweats, anorexia, fatigue, weakness, malaise, weight loss and sleep disorder.

**Psych**
**Complains of thoughts of suicide.**
not suicidal, but frustrated and afraid she will lose her job.

## Physical Exam

**General:**
well developed, well nourished, in no acute distress.
BMI 43, decreasing
**Head:**
normocephalic and atraumatic.
**Eyes:**
PERRL/EOM intact, conjunctiva and sclera clear with out nystagmus.
**Lungs:**
clear bilaterally to auscultation.
**Heart:**
chest non-tender; regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Skin:**
numerous superficial scratches on the left forearm,
no
**Psych:**
anxious and agitated. much better when she gets something on paper.

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Blood Pressure:**
**Today's BP:** 152/78 mm Hg

**Labwork:**
Most Recent Lab Results:
**LDL:** 90. mg/dL 08/22/2018

## Impression & Recommendations:

**Problem # 1:** Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
She remains well controlled .Pt stated she missed work 07/27/2020 to 08/04, due to a flare ,saw the pulmonology team but there is a problem with the paperwork on their end. her work needs her short term disability paperwork for those dates. as noted above, the proper forms are not available despite instructions to bring and fax the forms. see our form we discuss that work excuses will be given only by the treating provider, at the time of treatment in the future.if she feels she may be too sick to work , she should see the pulmonology team , rather than sit home and get sicker.Many people work with less than ideal lung function every day. with her reported 70+lb weight loss, her disease should be improving.A return to work slip from 08/3/2020 visit is reviewed and she was excused for those dates ,on that slip she did leave work 08/11 arrived too late to be seen and was rescheduled today 08/12
Her updated medication list for this problem includes:
Combivent Respimat 20-100 Mcg/act Inhalation Aerosol Solution (Ipratropium-albuterol) ..... 1 puffs four times daily. replaces atrovent and spiriva
Proair Hfa 108 (90 Base) Mcg/act Inhalation Aerosol Solution (Albuterol sulfate) ..... 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
Xolair Solution Prefilled Syringe (Omalizumab sosy) ..... Two injections twice monthly
Advair 500/50 Disk (Fluticasone-salmeterol) ..... Inhale 1 puff into the lungs 2 times daily.
Albuterol Sulfate (2.5 Mg/3ml) 0.083% Nebu (Albuterol sulfate) ..... Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
Montelukast 10mg Tab*l (Montelukast sodium) ..... Take 1 tablet every night at bedtime
Spiriva 18mcg Cp Hndihalr (Tiotropium bromide monohydrate) ..... Place 1 capsule into inhaler and inhale daily.
Combivent Respimat 20-100 Mcg/act Aers (Ipratropium-albuterol) ..... Inhale 1 puff by mouth every 4 hours as needed for shortness of breath

**Problem # 2:** Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
not doing great last week but denies suicidal or homicidal ideation and declines transportation to OBH, saying she is planning to see her behavioral health team.
her constellation of events recently suggests a diagnosis of borderline personality disorder should be considered as one component
of her psychiatric milieu
Her updated medication list for this problem includes:
Lorazepam 1 Mg Oral Tablet (Lorazepam) ..... Two at bed time
Venlafaxine Er 75mg Cap (Venlafaxine hcl) ..... Take 1 capsule by mouth daily

Orders:
99215 Estab Level 5 40 Min (CPT-99215)

**TB Skin Test**

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

*Screening Information*

**Orders Added:**
1) 99215 Estab Level 5 40 Min [CPT-99215]

**Electronically signed by David Danby MD on 08/13/2020 at 8:54 AM**

---

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**08/03/2020 - Office Visit: Call In asthma med refill, RTW slip, paronychia**
**Provider: David Danby MD**
**Location of Care: Oneida Community Health Center**

**Visit Type:** Call In
**Referring Provider:** Jay Kennard MD
**Primary Provider:** Candice L Crabb APNP FNP-BC

**CC:** breathing difficulties and and infected left index finger..

**History of Present Illness:**
52 y/o female with asthma, off the meds completely for several days as her inhalers were lost /stolen at a funeral. She had done well on xolair , but cost is an issue
Recently she saw pulmonology, had been on 20 mg prednisone x 5days. Usually , she feels good until 3 days after she is off the medicine
She needs a refill on the inhalers proair and combivent as the inhalers were lost
FMLA is discussed, she is on a short term leave , She is not eligible for FMLA, she missed ? 300 days last year ? (per pt )
there is a conflict with the pulmonologists office about the return to work.Carrie Schwey is Dr Mendoza's PA, who she works with most closely. she has missed work recently due to asthma and is ready to return . She
needs a slip as she has missed 4 days last week, and 2 this week and it is only Monday.
she will need to be at work, and wearing a mask her cough will be less of an issue for others . she can expect to cough from time to time, as she has the asthma.
she enjoys her work feels she is competent, is not ready to give up.
she sees pain clinic for SI and foot pain and has legal issues outstanding from the fall by her desk.
she feels everyone is wanting her to do the right thing. the pain is well controlled on lyrica and cymbalta, from pain clinic. she was placed on a short term leave, then had a covid exposure and was on quarantine . Covid test was negative for now.
she was steroid dependent for 2 years and did better on the xolair . options are discussed to help with medication costs which can exceed 4000/month but are covered with a program that helps with the privately insured. on disability she would not be likely to get that medicincovered by those programs no triggers for the hives , which are aso better on the xolair .she will keep a diet activity and symptom diary
She needs a note as missed work Mon,Tues,Wed,Thursday , last week, today and And Sunday , this week. due to the asthma.

**Problems:**
Removed problem of Screening for viral disease NOS (ICD-V73.99) (ICD10-Z11.59)
Added new problem of Paronychia, finger (ICD-681.02) (ICD10-L03.019)

## Past Medical History:
Reviewed history from 07/07/2020 and no changes required:
Asthma-spirometry June 2014 mild obstruction, positive reversibility. Pulmonology recommended she continue her current regimen use it regularly. Dr Mendoza for pulmonology at Aurora.
Xolair, a biologic for asthma. off the prednisone.
Gastroesophageal reflux disease-Nexium

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Allergic rhinitis
Depression - PTSD
Seborrheic dermatitis
Obesity
Tobacco dependence - Quit 10/2013. Smoked 1 pack per week for 15 years. none since 2014
Hypertension
Diabetes dx 12/2016- secondary to steroids
Predicted peak flow (49 years) = 470.
PTSD
Menorrhagia

Eye exam 3/18/20- no DR

## Past Surgical History:

Reviewed history from 07/07/2020 and no changes required:
Carpal tunnel release bilateral, no and October 2007 as well as 2006 for one of her wrist
Abdominal hernia repair of 8/2012
EMB - 7/13/18
D&C- late 90s
Denies any prior history of complications from anesthesia.
Denies any history of surgical complications.

## Family History Summary:

**Family History Reviewed:** 08/03/2020
Family History of Arthritis for Mother - Entered On: 2/20/2015
Family History of Hypertension for Mother - Entered On: 2/20/2015
Family History of Thyroid Disorder for Mother - Entered On: 2/20/2015
Family History of Alcoholism for Father - Entered On: 2/20/2015
Family History of Heart Disease for Father - Entered On: 2/20/2015
Family History of Arthritis for Sister - Entered On: 2/20/2015
Family History of Hypertension for Sister - Entered On: 2/20/2015

## Social History Summary:

**Social History Reviewed:** 08/03/2020
**Previous Social History:**
Patient is a former smoker.
Patient is a former smokeless tobacco user.
Passive Smoke: N
Alcohol Use: N
Drug Use: N
HIV/High Risk: N
Regular Exercise: Y
Hx Domestic Abuse: Y
Divorced, single.
2 boys (30, 27)
Work: Spectrum- customer service representative
Smoking: quit since 2013
Drug: Marijuana intermittently

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

ETOH: Rare
Exercise: Nothing regular

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 65.5 inches (166.37 cm) |
| Weight: | 264.6 pounds |
| BMI: | 43.36 |
| Temp: | 96.9 degrees F temporal |
| Pulse rate: | 64 / minute |
| Pulse rhythm: | regular |
| Resp: | 18 per minute |
| O2 Sat: | 98 % on room air |
| BP sitting: | 144 / 80 (left arm) |
| Cuff size: | regular |
| Pt. in pain? | no |

Vitals Entered By: Lori L Turpeinen RN (August 3, 2020 1:44 PM)

96 (03/16/2015 2:06:15 PM)
Do you feel safe at home? yes
Do you feel safe with your caregiver? yes

**Problems:**
Problems were reviewed with the patient during this visit.
Screening for viral disease NOS (ICD-V73.99) (ICD10-Z11.59)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Screening colon for malignant neoplasm (ICD-V76.51) (ICD10-Z12.11)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
Medications were reviewed with the patient during this visit.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
ESOMEPRAZOLE MAGNESIUM 20 MG ORAL CAPSULE DELAYED RELEASE (ESOMEPRAZOLE MAGNESIUM) 1 tablet daily- changed from Nexium d/t insurance; Route: ORAL
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
LORAZEPAM 1 MG ORAL TABLET (LORAZEPAM) two at bed time; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPIPEN 2-PAK 0.3 MG/0.3ML INJECTION SOLUTION AUTO-INJECTOR (EPINEPHRINE) inject as needed; Route: INJECTION
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY

SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
PROAIR HFA 108 (90 BASE) MCG/ACT AERS (ALBUTEROL SULFATE) INHALE 2 PUFFS EVERY 6 HOURS AS NEEDED FOR WHEEZING.
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Gravida:** 3 **Para:** 2 **Spont Ab:** 1 **Living Children:** 2

**Sexual History**
Are you sexually active? No
Do you ever have pain with intercourse? No
Sexual Preference: Males

**Date of DX of Diabetes:** 12/2016

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

## Risk Factors:

Smoked Tobacco Use: Former smoker
Years Since Last Quit: 6
Years Since Last Quit: 7

Dietary Counseling: yes

**Previous Tobacco Use:** Signed On - 11/05/2018
Smoked Tobacco Use: Former smoker
Cigarettes: Yes – 2/week pack(s) per day, Year Started: 1986
Year Quit: 2014
Years Since Last Quit: 6 years, 7 months, 3 days
Cigars: Yes -- 2 per week
Year Started: 1986
Smokeless Tobacco Use: Former
Year Quit: 2013
Counseled to Quit/Cut Down: yes
Passive Smoke Exposure: no
HIV High Risk Behavior: no
Caffeine Use: 0 drinks per day
Exercise: yes
Times/wk: 5
Type of Exercise: walking
Seatbelt Use: 100 %
Sun Exposure: rarely

Dietary Counseling: yes

## Review of Systems

**General**
**Complains of weight loss.**
70 lbs intentional weight loss trying for 30 plus more

**Resp**
**Complains of cough and shortness of breath.**
baseline with the asthma controlled following the recent short course of medrol

## Physical Exam

**General:**
well developed, well nourished, in no acute distress.
BMI 43. decreasing stands moves easily, breathing well
without retractions. peak flow not available here with covid.

**Head:**
normocephalic and atraumatic.
**Eyes:**
PERRL/EOM intact, conjunctiva and sclera clear with out nystagmus.
**Lungs:**
bilaterally to auscultation. wheezes on L and wheezes on R. moving fair volume uses 10 or more syllables in a phrase, off the meds.
**Heart:**
chest non-tender; regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration.

**Blood Pressure:**
**Today's BP:** 144/80 mm Hg

**Labwork:**
Most Recent Lab Results:
**LDL:** 90. mg/dL 08/22/2018

## Procedure Note

**Incision & Drainage:**
The patient complains of pain, redness, irritation and tenderness.
Date of onset: 07/29/2020
Indication: inflamed lesion

Procedure # 1: I & D
Size (in cm): 0.7 x 0.3
Comment: superficial paronychia left lateral index drained white material
Instrument used: 18 guage needle

Cleaned and prepped with: soap
Additional Instructions: return if worsens ,or fails to improve , symptoms requiring evaluation in the ED have been reviewed.

## Impression & Recommendations:

**Problem # 1:** Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
off inhalers doing ok, rescue inhaler , combivent refills given
recent course of steroids, obtaining RTW at the time of flare treatment, working a little sick at times to bring attendance numbers up,
if ok with pulmonology, so she can get back the xolair
ok for return to work.
Her updated medication list for this problem includes:
Combivent Respimat 20-100 Mcg/act Inhalation Aerosol Solution (Ipratropium-albuterol) ..... 1 puffs four times daily. replaces atrovent and spiriva
Proair Hfa 108 (90 Base) Mcg/act Inhalation Aerosol Solution (Albuterol sulfate) ..... 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
Xolair Solution Prefilled Syringe (Omalizumab sosy) ..... Two injections twice monthly

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

Advair 500/50 Disk (Fluticasone-salmeterol) ..... Inhale 1 puff into the lungs 2 times daily.
Albuterol Sulfate.(2.5 Mg/3ml) 0.083% Nebu (Albuterol sulfate) ..... Administer per nebulizer every 4- 6 hours as needed for cough, wheeze, shortness of breath.
Montelukast 10mg Tab*I (Montelukast sodium) ..... Take 1 tablet every night at bedtime
Spiriva 18mcg Cp Hndihalr (Tiotropium bromide monohydrate) ..... Place 1 capsule into inhaler and inhale daily.
Combivent Respimat 20-100 Mcg/act Aers (Ipratropium-albuterol) ..... Inhale 1 puff by mouth every 4 hours as needed for shortness of breath

return if worsens ,or fails to improve , symptoms requiring evaluation in the ED have been reviewed.

Orders:
99214 Estab Level 4 25 Min (CPT-99214)

**Problem # 2:** Paronychia, finger (ICD-681.02) (ICD10-L03.019)
I and D see procedure note
Her updated medication list for this problem includes:
Cephalexin 500 Mg Oral Capsule (Cephalexin) ..... Take one tablet 4 times daily x 1 week
return if worsens ,or fails to improve , symptoms requiring evaluation in the ED have been reviewed.

Total time of this visit was 30 minutes with greater than 1/2 in counseling on complications, risk reduction, and basic care components. Labs were reviewed. Patient has good understanding.
Orders:
99214 Estab Level 4 25 Min (CPT-99214)
I & D Simple (CPT-10060)

**Medications Added to Medication List This Visit:**
1) Combivent Respimat 20-100 Mcg/act Inhalation Aerosol Solution (Ipratropium-albuterol) .... 1 puffs four times daily. replaces atrovent and spiriva
2) Proair Hfa 108 (90 Base) Mcg/act Inhalation Aerosol Solution (Albuterol sulfate) .... 2 puffs every 4-6 hours as needed for shortness of breath/ wheezing.
3) Cephalexin 500 Mg Oral Capsule (Cephalexin) .... Take one tablet 4 times daily x 1 week

**TB Skin Test**
*Screening Information*

**Orders Added:**
1) 99214 Estab Level 4 25 Min [CPT-99214]
2) I & D Simple [CPT-10060]

**Electronically signed by David Danby MD on 08/04/2020 at 11:58 AM**

# ST MARYS HOSPITAL GREEN BAY

1726 Shawano Ave Green Bay, WI 54303-3216

## IMAGING SERVICES

| | | | |
|---|---|---|---|
| *Patient Name:* Hernandez, Serena Lynn | *Exam Date/Time:* 04/05/2021 1517 | *Phone #:* 920-413-8560 | *MRN:* 64275422 |
| *DOB:* | *Gender Identity:* Female | *Account #:* 29214874 | |
| *Pt. Class:* Emergency | *Accession #:* SMG4949600 | *Performing Department:* SMG Diagnostic Imaging | |
| *Primary Care Provider:* Crabb, Candice L | *Ordering Provider:* Emily Sandfort | *Authorizing Provider:* Emily Sandfort | |

**Final - XR CHEST PORTABLE [71045]**

**Reason for Exam:** Chest pain

**Diagnosis:**
INTERPRETATION
INTERPRETATION LOCATION: St. Mary's Hospital

PROCEDURE: XR CHEST PORTABLE

VIEW(S): AP

DATE: 4/5/2021 3:18 PM

COMPARISONS: Multiple most recently 25 2021

CLINICAL INDICATION: 53 years Female
Chest pain

FINDINGS:

The cardiomediastinal silhouette and pulmonary vasculature are within normal limits.

No pleural effusion or pneumothorax.

Interstitial prominence. No focal consolidation.

IMPRESSION: Mild interstitial prominence, not significantly changed from 01/25/2021. Possibly underlying chronic changes however mild superimposed interstitial edema is not excluded.

Dictated By: Joachim MD,Kristin

Emily Sandfort
111 E WISCONSIN AVE, STE 2100
MILWAUKEE WI 53202

414-290-6700

| *Patient Name:* | *Exam Date/Time:* | *Phone #:* | *MRN:* |
|---|---|---|---|
| Hernandez, Serena Lynn | 04/05/2021 1517 | 920-413-8560 | 64275422 |

Dictated On: 04/05/2021 15:20:15
Electronically Signed By: Joachim MD, Kristin
Electronically Signed on: 04/05/2021 15:21:36

Transcribed by:

Dictated by:
Dictated by: JOACHIM, KRISTIN E on Mon Apr 5, 2021 3:21:37 PM CDT

Electronically Released by:
Joachim, Kristin E, MD on 4/5/2021 3:20 PM

CC:

# ST MARYS HOSPITAL GREEN BAY

1726 Shawano Ave Green Bay, WI 54303-3216

## IMAGING SERVICES

| *Patient Name:* | *Exam Date/Time:* | *Phone #:* | *MRN:* |
|---|---|---|---|
| Hernandez, Serena Lynn | 01/25/2021 1800 | | 64275422 |
| *DOB:* | *Gender Identity:* Female | *Account #:* 27935491 | |
| *Pt. Class:* Emergency | *Accession #:* SMG4775229 | *Performing Department:* SMG Diagnostic Imaging | |
| *Primary Care Provider:* Crabb, Candice L | *Ordering Provider:* Samuel J Leaf | *Authorizing Provider:* Samuel J Leaf | |

**Final - XR CHEST PORTABLE [71045]**

**Reason for Exam:** cough wheezing, asthma, chest tightness

**Diagnosis:**
INTERPRETATION
INTERPRETATION LOCATION: St. Vincent Hospital

PROCEDURE: XR CHEST PORTABLE

VIEW(S): AP

DATE: 1/25/2021 18:01

COMPARISONS: Priors

CLINICAL INDICATION: 52 years Female
cough wheezing, asthma, chest tightness

FINDINGS:

The cardiomediastinal silhouette and pulmonary vasculature are within normal limits.

No pleural effusion or pneumothorax.

The visualized lungs are clear.

IMPRESSION: Chest radiograph is within normal limits.

Dictated By: Doshi MD,Mehul

Samuel J Leaf
111 E Wisconsin Ave
Ste 2100
MILWAUKEE WI 53202

414-290-6700

| Patient Name: | Exam Date/Time: | Phone #: | MRN: |
|---|---|---|---|
| Hernandez, Serena Lynn | 01/25/2021 1800 | | 64275422 |

Dictated On: 01/25/2021 18:07:50
Electronically Signed By: Doshi MD, Mehul
Electronically Signed on: 01/25/2021 18:08:21

Transcribed by:

Dictated by:
Dictated by: DOSHI, MEHUL on Mon Jan 25, 2021 6:08:22 PM CST

Electronically Released by:
Doshi, Mehul Mehendra, MD on 1/25/2021 6:07 PM

CC:

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Lab Report

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/08/2020 - Lab Report: T3, FREE**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

```
Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) T3, FREE (2410)
  T3, FREE                  3.2 PG/ML                     2.3-4.2

    TEST PERFORMED BY:
    PREVEA CLINIC
    1821 S. WEBSTER
    GREEN BAY, WI 54301
    DR. ROBERT CULTLAN MD

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/09/2020 10:41 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/08/2020 14:12
Requested date-time: 12/08/2020 14:12:00
Receipt date-time: 12/08/2020 14:12:00
Reported date-time: 12/09/2020 10:40:10
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)
Specimen Source:
Source: CSI_lab
Filler Order Number: 688087
Lab site:
```

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/09/2020 at 11:01 AM**

---

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Lab Report

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/08/2020 - Lab Report: T4, FREE**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

```
Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) T4, FREE (5314)
  T4, FREE                 1.22 NG/DL                   .78-2.19

    TEST PERFORMED BY:
    ONEIDA COMMUNITY HEALTH CENTER
    525 AIRPORT DRIVE
    ONEIDA, WI 54155
    Dr. Ravinder Vir, M.D.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/08/2020 3:40 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/08/2020 14:12
Requested date-time: 12/08/2020 14:12:00
Receipt date-time: 12/08/2020 14:12:00
Reported date-time: 12/08/2020 15:39:54
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)
Specimen Source:
Source: CSI_lab
Filler Order Number: 688088
Lab site:
```

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/08/2020 at 4:00 PM**

---

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Lab Report

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/08/2020 - Lab Report: TSH**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

```
Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) TSH (5389)
  TSH                    1.06 UIU/ML                 .47-4.68

    TEST PERFORMED BY:
    ONEIDA COMMUNITY HEALTH CENTER
    525 AIRPORT DRIVE
    ONEIDA, WI 54155
    Dr. Ravinder Vir, M.D.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 12/08/2020 3:40 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 12/08/2020 14:12
Requested date-time: 12/08/2020 14:12:00
Receipt date-time: 12/08/2020 14:12:00
Reported date-time: 12/08/2020 15:39:54
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)
Specimen Source:
Source: CSI_lab
Filler Order Number: 688089
Lab site:
```

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/08/2020 at 4:00 PM**

---

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
-Lab Report

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/08/2020 - Lab Report: BMP**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) BMP (2251)

| | | | |
|---|---|---|---|
| GLUCOSE | [H] | 123. MG/DL | 70.-100. |
| BUN | | 14. MG/DL | 7.-17. |
| CREATININE | | 0.9 MG/DL | .6-1.3 |
| GFR NON-AFRICAN AMER. | | >60. MLS/MIN. | >= 60. |
| GFR AFRICAN AMERICAN | | >60. MLS/MIN. | >= 60. |
| BUN/CREAT | | 14.6 | 12.0-20.0 |
| SODIUM | | 138. MMOL/L | 137.-145. |
| POTASSIUM | | 4.0 MMOL/L | 3.6-5.0 |
| CHLORIDE | [H] | 108. MMOL/L | 98.-107. |
| CARBON DIOXIDE | | 23. MMOL/L | 22.-30. |
| ANION GAP (K+) | | 11. MMOL/L | 9.-18. |
| CALCIUM | | 9.5 MG/DL | 8.4-10.2 |

BMP Result Interpretations:
The American Diabetes Association considers a fasting plasma glucose of greater than 100 and less than 126 to be classified as pre-diabetes.

NATIONAL KIDNEY FOUNDATION CLINICAL PRACTICE GUIDELINES FOR CHRONIC KIDNEY DISEASE:

| STAGE | GFR |
|---|---|
| 1. | >=90 |
| 2. | 60-89 |
| 3. | 30-59 |
| 4. | 15-29 |
| 5. | <15 |

TEST PERFORMED BY:
ONEIDA COMMUNITY HEALTH CENTER
525 AIRPORT DRIVE
ONEIDA, WI 54155
Dr. Ravinder Vir, M.D.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 12/08/2020 2:56 PM

---

(1) Order result status: Final
Collection or observation date-time: 12/08/2020 14:12
Requested date-time: 12/08/2020 14:12:00
Receipt date-time: 12/08/2020 14:12:00
Reported date-time: 12/08/2020 14:55:46
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

```
Specimen Source:
Source: CSI_lab
Filler Order Number: 688090
Lab site:
```

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/08/2020 at 3:04 PM**

**Oneida Community Health Center**
P.O. Box 365 Oneida, WI 54155
(920) 869-2711 Fax: (920) 869-1077

*April 16, 2021*
Page 1
Lab Report

**Serena L Hernandez**
Female DOB: - 12041 Ins: ForwardHealth Medical

**12/08/2020 - Lab Report: CBC + AUTO DIFF**
**Provider: Candice L Crabb APNP FNP-BC**
**Location of Care: Oneida Community Health Center**

Patient: SERENA L HERNANDEZ
ID: CSI_lab 12041
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC + AUTO DIFF (9014)

| | | | |
|---|---|---|---|
| WBC | | 9.53 10*3/UL | 3.80-10.70 |
| RBC | | 4.78 10*6/UL | 4.04-5.48 |
| HGB | | 13.8 G/DL | 12.0-16.0 |
| HCT | | 41.8 % | 37.0-47.0 |
| MCV | | 87.4 FL | 83.0-99.0 |
| MCH | | 28.9 PG | 27.0-32.0 |
| MCHC | | 33.0 G/DL | 32.0-36.0 |
| PLT CT | | 332. 10*3/UL | 150.-350. |
| RDW | [H] | 14.4 % | 10.0-14.0 |
| MPV | [H] | 11.2 FL | 7.4-10.4 |
| NE% | [H] | 80.4 % | 37.0-80.0 |
| NE# | [H] | 7.66 10*3/UL | 1.60-7.20 |
| LY% | | 10.5 % | 10.0-45.0 |
| LYMPH# | | 1.00 10*3/UL | .90-4.00 |
| MO% | | 6.0 % | 2.0-10.0 |
| MONO# | | 0.57 10*3/UL | .20-.90 |
| EO% | | 2.9 % | <= 6.0 |
| EO# | [H] | 0.28 10*3/UL | <= .20 |
| BA% | | 0.2 % | <= 2.0 |
| BASO# | | 0.02 10*3/UL | <= .20 |

TEST PERFORMED BY:
ONEIDA COMMUNITY HEALTH CENTER
525 AIRPORT DRIVE
ONEIDA, WI 54155
Dr. Ravinder Vir, M.D.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 12/08/2020 2:38 PM

---

(1) Order result status: Final
Collection or observation date-time: 12/08/2020 14:12
Requested date-time: 12/08/2020 14:12:00
Receipt date-time: 12/08/2020 14:12:00
Reported date-time: 12/08/2020 14:37:52
Referring Physician:
Ordering Physician: CANDICE CRABB APNP (CCRABB)
Specimen Source:
Source: CSI_lab
Filler Order Number: 688091
Lab site:

**Electronically signed by Candice L Crabb APNP FNP-BC on 12/08/2020 at 3:04 PM**

Lincoln Financial Group

RELEASEPOINT/WFI, INC
APR 21 2021
RECEIVED

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

ONEIDA COMMUNITY HEALTH CENTER
PO BOX 365
MEDICAL RECORDS
ONEIDA, WI 54155

Date: Apr 15, 2021

**Re: Long Term Disability Benefits**
Claim# 7784018 10970673
Claimant: HERNANDEZ, SERENA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: ONE181

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From August 1, 2020 to Present**
medicla rec - Seen By: ONEIDA COMMUNITY HEALTH CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Rona Sibal
Disability Information Specialist
Phone No.: (213) 266 6038
Fax No: (213) 884-4921

7784018

RPID: 7784018

04/15/2021 4:45PM (GMT-05:00)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000155 LFPESD 00001862

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

00000155 LFEBSD: 00701858

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ________

Signature of claimant or legal representative Serena L Hernandez Date: 04-09-2021

Date of Birth: ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

---

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | HERNANDEZ, SERENA |
| RP ID: | 7784018 |
| Access Code: | ONE181 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 7784018

04/15/2021 4:45PM (GMT-05:00)

# Quality Assurance Report

## Request Information

Report Date: April 22, 2021

**RP ID:** 7784018

Patient Name: HERNANDEZ, SERENA

Provider Name: ONEIDA COMMUNITY HEALTH CENTER

## Quality Assurance Information

Scope Requested: **From August 1, 2020 to Present**

Special Request:
medicla rec - Seen By: ONEIDA COMMUNITY HEALTH CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: MAIJU

**From:**status@releasepoint.com
**Sent:**Mon, 19 Apr 2021 14:38:04 -0700
**To:**Nemeth, Kelsey
**Subject:**RP ID: 7784016 (L-CLTMJR) / Pol/Claim ID: 10970673 (HERNANDEZ, SERENA) Hearing Date -- Order Suspended
**Importance:**High

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Name: HERNANDEZ, SERENA
Policy/Claim/Cert: 10970673
RP ID: 7784016
Ins. Co: Lincoln Financial Group
Provider: BELLIN BEHAVIOURAL HEALTH
Original Provider: BELLIN BEHAVIOURAL HEALTH
TransID: 55017158
Identifier/Req by: K NEMETH
Identifier 2: 04444809
Identifier 3:
Case Mgr/Supp email:

Please be advised that ReleasePoint has suspended this order for the following reason:

- CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: Please be advised, per facility the applicant has no records for the dates of service requested.

Thank you
Rev

If you are returning an authorization: Email PDF images ONLY to authos@releasepoint.com with the RP# in the subject line -- scanned in 2-color black & white (not grayscale or full color)

For any additional policy status information, please contact customer service at .

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 15, 2021 3:44:52 PM |
| To: | .COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | kfi7g5rrifjaky6hdejx_10298297.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-0380

April 15, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On April 15, 2021, we requested medical records from your providers. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2020 through present from Dr. Vandorp, Bellin Psychiatric Center, Oneida Behavioral Health, and Oneida Community Health

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Charter Communications, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than May 29, 2021 as required under the terms of the Policy.

Documents can be emailed to DisabilityDocuments@lfg.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kelsey Nemeth
LTD Claims Specialist
Phone No.: (844) 384-5858 Ext. 59560
Secure Fax No.: (260) 455-9047

**bellin**health | Psychiatric Center

301 E. Saint Joseph Street, PO Box 23725, Green Bay, WI 54305-3725 Tel (920) 433-3630 Fax (920) 437-0533

From: Serena Hernandez BPC Phone #: 

To: Charter Disability

Company: 

Fax Phone: 859-280-2880

Date: 9-15-2020

Total Number of Pages (including this cover page) 6

Notes:

**Employee Name:Serena L. Hernandez**
**Claim Number:30205957295-0001**

**CONCURRENT DISABILITY AND LEAVE STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**
**Behavioral Health**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center,
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

DR. Calofat or/and Dr. Metopolis

**Medical Due Date: 09/08/2020**

**Patient's Name: Serena L. Hernandez Date of Birth:**

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐
   If yes, estimate the beginning and ending dates for the period of incapacity: 8/17/2020 8/26/2020
2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☒ No ☐
   If yes, dates of admission: 8/17/2020 – 8/26/2020
3. Date(s) you treated the patient for condition: 8/17/2020 – 8/26/2020
4. When is the patient's next office visit? 9/2/2020
5. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐
6. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date:
7. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☐ No ☒
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
8. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT:
   Patient was severely depressed & anxious and required hospital stay. Will require intensive out-patient followup

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

The patient's current disability plan requires that medical information indicate an inability to perform the essential duties of his/her own job.

Patient's occupation:

Have you recommended to your patient to stay home from work? ☒ Yes ☒ No If yes, effective what date? 8/17/2020 – 8/26/2020

Please provide your rationale for recommending the patient stay home from work: Could not be at work while hospitalized. May need to be off for out-pt appointments

Can your patient return to work with accommodations? ☒ Yes ☐ No If Yes, effective what date?

Please describe accommodations: again may need off for out-pt appointments

Your patient will be released to work full duty on: 8/31/20

**Please support your opinion with the following information:**

**(Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant)**

**DIAGNOSIS**

| | | |
|---|---|---|
| Primary: | ICD Code: F34.81 | Description: Unspecified Mood Disorder |
| Secondary: | ICD Code: F41.1 | Description: Generalized Anxiety Disorder |
| | ICD Code: F43.10 | Description: Post Traumatic Stress Disorder |

**Employee Name:** Serena L. Hernandez
**Claim Number:** 30205957295-0001

## COGNITIVE FUNCTIONING EVALUATION

Applied focus and concentration in session for periods of:
☐ 30 to 50 minutes ☐ 15 to 30 minutes ☐ 5 to 10 minutes ☐ less than 5 minutes

Expressed his/her current circumstances and responded to direct questions appropriately: ☒ Yes ☐ No

If No, was redirection needed? ☐ Yes ☐ No Please describe:

Reasoning and/or Judgment: ☒ Within normal limits ☐ Impaired If Impaired, please describe:

Delusional ideations evident: ☐ Yes ☒ No If yes, please describe:

Hallucinations reported: ☐ Yes ☒ No If yes, please describe:

Memory functions: Four (4) unrelated words after five (5) minutes: Other testing results: intact based on conversation

Able to perform five operations of serial 7's or 3's: ☒ Yes ☐ No Exam findings:

Able to follow direction and verbalize directions given during exam? ☒ Yes ☐ No If no, please describe:

Able to read a narrative paragraph from a magazine or newspaper and report the main concept/idea of the passage: ☒ Yes ☐ No

## EMOTIONAL FUNCTION AND BEHAVIORAL OBSERVATIONS

Date of last exam: 9/21/20 Behavior(s) and emotional state observed during exam: Cooperative mood was good affect was mood congruent and slightly anxious

Able to spontaneously compose her/himself: ☒ Yes ☐ No If no, please explain:

Psychomotor activity and ability to apply effort: ☒ unremarkable ☐ Impaired If Impaired, describe:

Presented with appropriate dress and hygiene in session: ☒ Yes ☐ No If no, please describe:

Impulse control: ☐ Physical abusive behavior ☐ Verbal abusive behavior ☐ Substance abuse/addiction ☐ alcohol abuse/addiction ☐ Manic Behavior

Speech: ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive
☒ Other (please describe) Normal Rate c Volume & Tone, spontaneous speech

Risk to self/others:

**SUICIDAL IDEATIONS** ☐ Yes ☒ No Plan reported: ☐ Yes ☒ No If yes, please explain:

**HOMICIDAL IDEATIONS** ☐ Yes ☒ No Plan reported: ☐ Yes ☒ No If yes, please explain:

Able to report reasons for not harming self/others: ☒ Yes ☐ No If no, please explain:

Contracted for safety: ☒ Yes ☐ No If no, please explain:

## PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING

Is the patient currently performing any of the following?: ☐ Volunteer work ☐ Works at a lesser demanding job ☐ Attending school
☐ No work activities in any capacity ☐ Self-employment

Has the patient conceptualized the following areas as barriers in returning to work:
☐ Increase in work demands ☐ Conflicts with supervisor ☐ Anticipation of relapse
☐ Recent unfavorable work evaluation ☐ Dissatisfaction with the job ☐ Other (please specify)

Has the patient expressed or are you aware that she/he is experiencing any psychosocial stressors? ☐ Yes ☐ No If yes, please describe:

Significant weight changes: ☐ Yes ☒ No Current weight: Previous weight: Date of previous weight:

Significant appetite changes: ☐ Yes ☒ No If yes, please describe diet:

Significant sleep disturbance: ☒ wakes more than twice per night ☐ sleeps less 4 hours or less ☐ sleeps 12 hours or more

Are any of the above weight, appetite, or sleep disturbances related to medication side effects? ☐ Yes ☒ No If yes, please describe:

Panic attacks: ☐ Yes ☒ No Please specify below:

- Frequency of panic attacks:
- Duration of panic attacks:
- Symptoms experienced during panic attacks:

Socialization problems: ☐ Yes ☒ No If yes, please describe:

Is patient able to: Clean/maintain residence: ☒ Yes ☐ No Perform routine shopping: ☐ Yes ☐ No Pay bills: ☐ Yes ☐ No

Operate motor vehicle: ☐ Yes ☐ No If no to any of these, please explain: unable to assess

**Employee Name:** Serena L Hernandez
**Claim Number:** 30205957295-0001

**TREATMENT**

Date initiated care: 8/17/2020

Inpatient care: Date(s) of hospitalization: 8/17 - 8/24/2020 Partial hospitalization programs: Date(s) of care: ______

Intensive outpatient (IOP): Start date: 9/14/2020 End date: 10/22/2020

Days per weeks: 3 Hours per day: 3

Outpatient psychotherapy: Frequency: weekly Date of next visit: after IOP

Medication management: Frequency: 1x month Date of next visit: 9/8/2020

Current medications/changes in medication-list all medications and identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Medication | Date prescribed | Adjusted Medication | Date Adjusted |
|---|---|---|---|---|---|---|---|
| Cymbalta | 90mg | 1x/day | ongoing | Yes ☐ No ☒ | 8/26/20 | Yes ☒ No ☐ | 8/19/2020 |
| Minipress | 2mg | @ bedtime | ongoing | Yes ☐ No ☒ | 8/26/20 | Yes ☒ No ☐ | |
| Topomax | 25mg | bedtime | ongoing | Yes ☒ No ~~☒~~ | ~~8/26/20~~ 8/25/2020 SKG | Yes ☐ No ☐ | |

Medication side effects: ☐ Yes ☒ No If yes, please describe: SKG

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 920-433-6073 Physician/Provider Printed Name: Dr Sandra Groenewold ~~Dr Jared Metropulos~~

Fax Number: 920-431-5439 Physician/Provider Specialty: Psychiatry

Date Completed: 9/11/2020 Physician/Provider Signature: S Groenewold MD

Additional medication prescribed
Saphris for unspecified mood disorder
Started 8/25/2020 New medication

# VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)

Note: This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Serena L. Hernandez
Claim #: 30205957295-0001 Employer Name: Charter Communications
Last Day Worked: 08/13/2020 Disability Begin Date: 08/16/2020

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## IMPORTANT INFORMATION ABOUT YOUR RIGHTS

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and/Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

Serena Hernandez 9-4-2020
Employee's Signature Date Signed

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

*C0101769I-222-6112*

9-15-2020 302059572950001 5220200915024015

# Reimbursement Agreement for Short Term Disability Benefits

Sedgwick, Charter Communications Leave and Disability Administrator, P.O Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

In consideration of and as a precondition to payment to me of benefits under any company-sponsored Short Term Disability program, I hereby agree to reimburse the Short Term Disability plan to the extent any such benefits were paid to me under the Short Term Disability program erroneously, or which should be offset in accordance with the Short Term Disability program, by reason of my eligibility for benefits (1) under any federal Social Security law, (2) under any workers' compensation law, whether by formal award, redemption award, informal compromise, settlement or otherwise, or (3) from any other sources that Charter Communications or Sedgwick, the Short Term Disability program claim administrator, that are to be taken into account in determining the amount of Short Term Disability program benefits as described in the applicable program document. As a means to obtain reimbursement, I hereby give the Short Term Disability program and Sedgwick my full and free consent to offset against any benefits for which I am eligible under the Short Term Disability program or any compensation (excluding wage payments in states where it is prohibited) or other employee benefits payable to me by Charter Communications until reimbursement is complete.

I understand that if any monies or benefits listed in items 1, 2 and 3 above are awarded retroactively, they shall be treated as having been received during the entire time period for which Short Term Disability program benefits were payable and any overpayment of benefits shall be calculated accordingly. I understand that this Reimbursement Agreement must be signed by me and returned to Sedgwick Claims Management Services prior to the initial or further payment of any portion of the Short Term Program benefits to which I am entitled, in order to receive (or continue receiving) Short Term Disability program benefits.

I understand that in consideration of payments made to me I am required to file for any benefits to which I may be entitled under federal Social Security law, if any.

Claim Number: 30205957295-0001

Employee ID: E196328

Employee Name: Serena L. Hernandez

Employee Signature or
Legal Representative Signature: Serena Hernandez Date: 9-4-2020

Legal Representative Name: ______

*C07.017691-222-6112*

5220200928002595

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick Claims** **ATTN: Disability Svc Center**

**FAX#: (859) 280-2880** **DATE: 09/28/20**

**SENDER: Reva-Behavioral Records Technician** **#OF PAGES: 07**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez – D.O.B.**

**COMMENTS: Physician Statement attached.**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

ONEIDA BEHAVIORAL HEALTH SERVICES
Alcohol, Tobacco and Other Drug Abuse and Mental Health Services
*Mailing-* PO Box 365 Oneida WI, 54155 / *Physical-* 2640 West Point Road Green Bay, WI 54304
Main: (920) 490-3790 FAX: (920) 490-3883

ONEIDA
A good mind. A good heart. A strong fire.

**AUTHORIZATION FOR EXCHANGE OF PROTECTED HEALTH INFORMATION (PHI) MR#** 12041

| PATIENT INFORMATION: | LAST NAME | FIRST NAME | D.O.B. / | PHONE NUMBER |
|---|---|---|---|---|
| | Hernandez | Serena | | |

**PURPOSE OF DISCLOSURE: Choose all that apply**

| | | | | |
|---|---|---|---|---|
| _Continuation of Care | _Legal | _Personal | X Insurance Eligibility/Benefits Sedgwick Leave | X Verbal/Phone Communication AND Records |
| _Veteran/Military | | | X Other(Please specify): short-term and (possible) long term disability paperwork | |

*I voluntarily authorize and request disclosure of this health information (including oral, paper, and electronic interchange). I have the right to refuse to sign this form. OBH will not condition treatment, payment, enrollment or eligibility in a health care plan based on my decision to sign this disclosure. If I voluntarily refuse to sign this form, the information may NOT be released. A photocopy or facsimile (fax) of this Disclosure Form is as valid as the original.

**INFORMATION IS DISCLOSED BY:**

| Name/Facility | | | |
|---|---|---|---|
| Oneida Behavioral Health | | | |
| Address | City | State | Zip Code |
| 2640 W. Point Rd. | Green Bay | WI | 54304 |
| Phone #: | Fax #: | | |
| (920) 490-3790 | (920) 490-3883 | | |

**INFORMATION IS: (choose one)** X **EXCHANGED WITH OR** __ **DISCLOSED TO**

| Name/Facility | | | |
|---|---|---|---|
| Sedgwick | | | |
| Address | City | State | Zip Code |
| Charter Disability & Leave Center | | | |
| Phone #: | Fax #: | | |
| 877-892-6707 | 859-280-2880 | | |

___ **WRITTEN REVOCATION:** Signature of Patient__________ Date______
___ **VERBAL REVOCATION:** Communicated to Staff Member (PRINT NAME):__________ Date______

* Federal and Wisconsin Confidentiality laws protect this information. Such laws prohibit the re-disclosure of such information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by such laws.
*I understand that the information disclosed may potentially be re-disclosed by the recipient and may no longer be protected by the Federal Privacy and Confidentiality rules.
*I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so by submitting my revocation in writing to the Oneida Behavioral Health Medical Records Department. My revocation will not apply to confidential information that has already been released in response to this or another Disclosure form.

**TYPE OF PATIENT INFORMATION BEING DISCLOSED:** Check all that apply **TIMEFRAME: FROM**________ **TO**________

| | | | | |
|---|---|---|---|---|
| __ATODA and/or MENTAL HEALTH Assessment/Evaluation which may include HIV information | | | X ATODA and/or MENTAL HEALTH Treatment Plan | |
| X Psychiatric History and Evaluation | | | __Psychological Reports | X Diagnosis/Prognosis |
| X MENTAL HEALTH Progress Notes office visits | __ATODA Staffing Notes | | __ATODA and/or MENTAL HEALTH Discharge Summary which may include HIV information | |
| __Case Management Logs | X Recommendations | __Psycho Social History | __Legal History/Status | X Other (Please Specify) medication information |

__Psychotherapy Notes **(If this is checked then this Release can only be used for this purpose. A separate form must be used for the disclosure of any other information).**

**AUTHORIZED PERSON TO PICK UP OTHER THAN NAME LISTED ABOVE**

| Last Name | First Name | Relationship to Patient |
|---|---|---|
| | | |

**INFORMATION WILL BE RELEASED BY:**
X Fax __U.S. Mail __Pick-Up
***I authorize the use of a facsimile (fax) machine in disclosing this information.**

* All Oneida Behavioral Health employees and attending physicians are released from legal responsibility or liability for the release of information as indicated on this form. **If I have questions about the disclosure of my health information, I can contact Dave Larson, Privacy Official, at (920) 869-2711.**
* All of Oneida Behavioral Health Services respect the patient's right to privacy of confidential medical information. I have had an opportunity to review and understand the content of this Disclosure form. **I understand that I may inspect or receive a copy of the information to be used or disclosed.**

**EXPIRATION DATE:** This Authorization is good until the following date or event: 9-11-2022; If no date is listed, this authorization will expire in **ONE YEAR FROM the date signed below.**

In accordance with the conditions listed above, I understand the disclosure of my/the above person's patient health information.

| Signature | Date |
|---|---|
| [signature] | 9-11-2020 |

__**Parent/Legal Representative:** I declare that I am the above named minor child's parent and I represent I have not been denied access to this child by a court of law and/or denied periods of physical placement with the child.
___**Legal Guardian (Proof of Guardianship Received)** ___**Other (Please specify):**__________
**Witness**__________ **Date**__________ **Relationship**__________

**FOR OBH USE ONLY**
☐ **Date Faxed On:**___/___/_____ ☐ **Date Mailed-Out:**___/___/_____ **Date Picked-up:**___/___/_____
**ID Verified With:** ☐ **Driver's License** ☐ **Tribal ID** ☐ **Other(Please specify):**__________

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of Behavioral Health or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

Employee Name:Serena L. Hernandez
Claim Number:30205957295-0001

DOB

Hernandez, Serena

**CONCURRENT DISABILITY AND LEAVE STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**
**Behavioral Health**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center,
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

**Medical Due Date:** 09/08/2020
Patient's Name: Serena L. Hernandez Date of Birth: 02/12/1968

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐
   If yes, estimate the beginning and ending dates for the period of incapacity: 09/04/2020 11/01/2020
2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☒ No ☐
   If yes, dates of admission: Hospital (Bellin) 8/17/2020 – 8/26/2020
3. Date(s) you treated the patient for condition: OBH psychiatrist 9-08-2020 Last visit
4. When is the patient's next office visit? 9/15/2020 – counselor – OBH MD visit tbd
5. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐
6. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date:
7. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions) unable to manage current work stressors because of exacerbation of her mental health symptoms. which include increase in depression, anxiety trauma symptoms, insomnia

* Medical services provided since related to this diagnosis

8. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT: Pt will be attending IOP (intensive outpatient treatment) over the next six weeks to assist with management of symptoms

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

The patient's current disability plan requires that medical information indicate an inability to perform the essential duties of his/her own job.
Patient's occupation:
Have you recommended to your patient to stay home from work? ☒ Yes ☐ No If yes, effective what date? immediately, retroactive to 9/4/2020
Please provide your rationale for recommending the patient stay home from work: unable to perform duties due to symptoms.
Can your patient return to work with accommodations? ☐ Yes ☐ No If Yes, effective what date? to be determined
Please describe accommodations: allowances for tardiness time off allowed to participate in treatment, flex work hours so can attend appointments
Your patient will be released to work full duty on: to be determined, Pt is setting goal of working towards 11-01-2020 return
**Please support your opinion with the following information:**
**[Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant)**

**DIAGNOSIS**

| | | |
|---|---|---|
| Primary: | ICD Code: F43.12 | Description: PTSD (post traumatic stress disorder) |
| Secondary: | ICD Code: F41.9 | Description: Anxiety Disorder |
| | ICD Code: F33.2 | Description: Major depressive disorder, severe without psychotic features |

Due to exacerbation of symptoms related to above diagnosis, has ↓ distress tolerance which makes socialization (and customer service skills) much more difficult, until medical symptoms are stabilized with medications and IOP (educational) attendance

Employee Name: Serena L. Hernandez
Claim Number: 30205957295-0001

## COGNITIVE FUNCTIONING EVALUATION

Applied focus and concentration in session for periods of:
☐ 30 to 50 minutes ☐ 15 to 30 minutes ☐ 5 to 10 minutes ☐ less than 5 minutes

Expressed his/her current circumstances and responded to direct questions appropriately: ☑ Yes ☐ No

If No, was redirection needed? ☐ Yes ☐ No Please describe:

Reasoning and/or Judgment: ☐ Within normal limits ☑ Impaired If impaired, please describe: related to self safety, reduced ability to modulate emotions/affect, symptoms encumber ability to process feeling, tendency to become overwhelmed more easily than at baseline (regarding stress)

Delusional Ideations evident: ☐ Yes ☑ No If yes, please describe:

Hallucinations reported: ☐ Yes ☑ No If yes, please describe:

Memory functions: Four (4) unrelated words after five (5) minutes: Other testing results:

Able to perform five operations of serial 7's or 3's: ☐ Yes ☐ No Exam findings:

Able to follow direction and verbalize directions given during exam? ☐ Yes ☐ No If no, please describe:

Able to read a narrative paragraph from a magazine or newspaper and report the main concept/idea of the passage: ☐ Yes ☐ No

## EMOTIONAL FUNCTION AND BEHAVIORAL OBSERVATIONS

Date of last exam: Behavior(s) and emotional state observed during exam:

Able to spontaneously compose her/himself: ☐ Yes ☑ No If no, please explain: needed support, redirection education via TOP

Psychomotor activity and ability to apply effort: ☐ unremarkable ☐ Impaired If impaired, describe:

Presented with appropriate dress and hygiene in session: ☑ Yes ☐ No If no, please describe:

Impulse control: ☐ Physical abusive behavior ☐ Verbal abusive behavior ☐ Substance abuse/addiction ☐ alcohol abuse/addiction ☐ Manic Behavior

Speech: ☐ Slurred ☑ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive
☐ Other (please describe)

Risk to self/others:

**SUICIDAL IDEATIONS** ☑ Yes ☐ No Plan reported: ☐ Yes ☐ No If yes, please explain: required inpatient at Bellin

**HOMICIDAL IDEATIONS** ☐ Yes ☑ No Plan reported: ☐ Yes ☐ No If yes, please explain:

Able to report reasons for not harming self/others: ☑ Yes ☐ No If no, please explain: currently yes, when was overwhelmed, did engage in self harm (resolved now d/t inpatient stabilization)

Contracted for safety: ☑ Yes ☐ No If no, please explain:

## PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING

Is the patient currently performing any of the following?: ☐ Volunteer work ☐ Works at a lesser demanding job ☐ Attending school
☑ No work activities in any capacity ☐ Self-employment

Has the patient conceptualized the following areas as barriers in returning to work:
☐ Increase in work demands ☑ Conflicts with supervisor potential ☑ Anticipation of relapse – if returns to work too soon, before achieves stabilization and return to baseline, pt may further decompensate
☐ Recent unfavorable work evaluation ☐ Dissatisfaction with the job ☑ Other (please specify)

Has the patient expressed or are you aware that she/he is experiencing any psychosocial stressors? ☑ Yes ☐ No If yes, please describe:

Significant weight changes: ☐ Yes ☑ No Current weight: Previous weight: Date of previous weight:

Significant appetite changes: ☐ Yes ☐ No If yes, please describe diet:

Significant sleep disturbance: ☑ Wakes more than twice per night ☐ sleeps less 4 hours or less ☐ sleeps 12 hours or more

Are any of the above weight, appetite, or sleep disturbances related to medication side effects? ☐ Yes ☑ No If yes, please describe:

Panic attacks: ☐ Yes ☐ No Please specify below:

- Frequency of panic attacks: high levels of anxiety, disruptive to affect and mood
- Duration of panic attacks: chronic high level of anxiety c̄ variances
- Symptoms experienced during panic attacks: nervous, unable to function, reduction in ability to cope and problem solve

Socialization problems: ☑ Yes ☐ No If yes, please describe:

Is patient able to: Clean/maintain residence: ☐ Yes ☐ No Perform routine shopping: ☐ Yes ☐ No Pay bills: ☐ Yes ☐ No — able to but with difficulty d/t anxiety and low frustration tolerance (feels overwhelmed easily)

Operate motor vehicle: ☑ Yes ☐ No If no to any of these, please explain:

pt is aware to avoid driving when experiencing high levels of anxiety/symptom

**Employee Name:** Serena L. Hernandez
**Claim Number:** 30205957295-0001

**TREATMENT**

Date initiated care: 05-04-2018 Adult eval with Dr Y Pareek —— Treatment at OBH for this chronic medical condition since 1993 with psychiatrists and counselors at OBH

Inpatient care: Date(s) of hospitalization: ______ Partial hospitalization programs: Date(s) of care: ______

Intensive outpatient (IOP) (circled): Start date: ______ End date: ______

Days per weeks: 3 days Hours per day: starts week of, six weeks

Outpatient psychotherapy. Frequency: weekly Date of next visit:

Medication management: Frequency: monthly Date of next visit: 9-14-2020 for (at Bellin)

Current medications/changes in medication-list all medications and identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Medication | Date prescribed | Adjusted Medication | Date Adjusted |
|---|---|---|---|---|---|---|---|
| Cymbalta | 30mg | Q AM | | Yes ☐ No ☐ | Inpatient | Yes ☐ No ☐ | |
| Cymbalta | 60mg | Q AM | | Yes ☐ No ☐ | 8/17 | Yes ☐ No ☐ | 8/26/2020 |
| Topamax | 25mg | Q HS | | Yes ☐ No ☐ | | Yes ☐ No ☐ | |

total 90 mg

also Prazosin 2mg, pre at HS

Medication side effects: ☐ Yes ☑ No If yes, please describe: Tolerating currently

dose adjustments and medication changes done during inpatient stay

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 920-496-3790
Fax Number: 920 490-3883
Date Completed: 9-11-2020

Physician/Provider Printed Name: Dr Y Pareek
Physician/Provider Specialty: psychiatrist
Physician/Provider Signature:

* Effexor and ativan both discontinued during inpatient treatment

Note - Pt's PCP at Oneida Community Health Center prescribes other medications for asthma, arthritis, Lumbar radiculopathy, GERD, hypertension, vitamin D deficiency

**VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)**

**Note:** This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Serena L. Hernandez
Claim #: 30205957295-0001 Employer Name: Charter Communications
Last Day Worked: 08/13/2020 Disability Begin Date: 08/16/2020

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS**

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and/Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

[signature] 9-11-2020

Employee's Signature Date Signed

attached copy of ROI

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

9-28-2020 302059572950001 5220200928002595

Reimbursement Agreement for Short Term Disability Benefits

Sedgwick, Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

In consideration of and as a precondition to payment to me of benefits under any company-sponsored Short Term Disability program, I hereby agree to reimburse the Short Term Disability plan to the extent any such benefits were paid to me under the Short Term Disability program erroneously, or which should be offset in accordance with the Short Term Disability program, by reason of my eligibility for benefits (1) under any federal Social Security law, (2) under any workers' compensation law, whether by formal award, redemption award, informal compromise, settlement or otherwise, or (3) from any other sources that Charter Communications or Sedgwick, the Short Term Disability program claim administrator, that are to be taken into account in determining the amount of Short Term Disability program benefits as described in the applicable program document. As a means to obtain reimbursement, I hereby give the Short Term Disability program and Sedgwick my full and free consent to offset against any benefits for which I am eligible under the Short Term Disability program or any compensation (excluding wage payments in states where it is prohibited) or other employee benefits payable to me by Charter Communications until reimbursement is complete.

I understand that if any monies or benefits listed in items 1, 2 and 3 above are awarded retroactively, they shall be treated as having been received during the entire time period for which Short Term Disability program benefits were payable and any overpayment of benefits shall be calculated accordingly. I understand that this Reimbursement Agreement must be signed by me and returned to Sedgwick Claims Management Services prior to the initial or further payment of any portion of the Short Term Program benefits to which I am entitled, in order to receive (or continue receiving) Short Term Disability program benefits.

I understand that in consideration of payments made to me I am required to file for any benefits to which I may be entitled under Federal Social Security law, if any.

Claim Number: 30205957295-0001

Employee ID: E196328

Employee Name: Serena L. Hernandez

Employee Signature or Legal Representative Signature: ______________ Date: 9-11-2020

Legal Representative Name: ______________

5220201006005776

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO:** Sedgwick Claims **ATTN:** Disability Service Center

**FAX#:** 859-280-2880 **DATE:** 10/06/2020

**SENDER:** L Haas RN **#OF PAGES:** ~~02~~ 07
**(INLCUDING COVER SHEET)**

**SUBJECT:** S Hernandez DOB

**COMMENTS:** Physician Statement Beginning Date Correction (and letter re: same) attached

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**
**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

ONEIDA BEHAVIORAL HEALTH SERVICES
Alcohol, Tobacco and Other Drug Abuse and Mental Health Services
*Mailing*- PO Box 365 Oneida WI, 54155 / *Physical*- 2640 West Point Road Green Bay, WI 54304
Main: (920) 490-3790 FAX: (920) 490-3883

ONEIDA
A good mind. A good heart. A strong fire.

**AUTHORIZATION FOR EXCHANGE OF PROTECTED HEALTH INFORMATION (PHI) MR#** 12041-MBK

| PATIENT INFORMATION: | LAST NAME | FIRST NAME | DOB | PHONE NUMBER |
|---|---|---|---|---|
| | Hernandez | Serena | | |

**PURPOSE OF DISCLOSURE: Choose all that apply**

| | | | | |
|---|---|---|---|---|
| _Continuation of Care | _Legal | _Personal | X Insurance Eligibility/Benefits Sedgwick Leave | X Verbal/Phone Communication AND Records |
| _Veteran/Military | | | X Other(Please specify): short term and (possible) long term disability-paperwork | |

*I voluntarily authorize and request disclosure of this health information (including oral, paper, and electronic interchange). I have the right to refuse to sign this form. OBH will not condition treatment, payment, enrollment or eligibility in a health care plan based on my decision to sign this disclosure. If I voluntarily refuse to sign this form, the information may NOT be released. A photocopy or facsimile (fax) of this Disclosure Form is as valid as the original.

**INFORMATION IS DISCLOSED BY:** | **INFORMATION IS: (choose one)** X **EXCHANGED WITH OR** __ **DISCLOSED TO**

| Name/Facility | | | | Name/Facility | | | |
|---|---|---|---|---|---|---|---|
| Oneida Behavioral Health | | | | Sedgwick | | | |
| Address | City | State | Zip Code | Address | City | State | Zip Code |
| 2640 W. Point Rd. | Green Bay | WI | 54304 | Charter Disability & Leave Center | | | |
| Phone #: | Fax #: | | | Phone #: | Fax #: | | |
| (920) 490-3790 | (920) 490-3883 | | | 877-892-6707 | 859-280-2880 | | |

___ **WRITTEN REVOCATION:** Signature of Patient ______ Date ______
___ **VERBAL REVOCATION:** Communicated to Staff Member (PRINT NAME): ______ Date ______

* Federal and Wisconsin Confidentiality laws protect this information. Such laws prohibit the re-disclosure of such information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by such laws.
*I understand that the information disclosed may potentially be re-disclosed by the recipient and may no longer be protected by the Federal Privacy and Confidentiality rules.
*I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so by submitting my revocation in writing to the Oneida Behavioral Health Medical Records Department. My revocation will not apply to confidential information that has already been released in response to this or another Disclosure form.

**TYPE OF PATIENT INFORMATION BEING DISCLOSED:** Check all that apply **TIMEFRAME: FROM**______ **TO**______

| | | | | |
|---|---|---|---|---|
| __ATODA and/or MENTAL HEALTH Assessment/Evaluation which may include HIV information | | | X ATODA and/or MENTAL HEALTH Treatment Plan | |
| X Psychiatric History and Evaluation | | | __Psychological Reports | X Diagnosis/Prognosis |
| X MENTAL HEALTH Progress Notes office visits | __ATODA Staffing Notes | | __ATODA and/or MENTAL HEALTH Discharge Summary which may include HIV information | |
| __Case Management Logs | X Recommendations | __Psycho Social History | __Legal History/Status | X Other (Please Specify) medication information |
| __Psychotherapy Notes **(If this is checked then this Release can only be used for this purpose. A separate form must be used for the disclosure of any other information).** | | | | |

**AUTHORIZED PERSON TO PICK UP OTHER THAN NAME LISTED ABOVE**

| Last Name | First Name | Relationship to Patient |
|---|---|---|
| | | |

**INFORMATION WILL BE RELEASED BY:**
X Fax __U.S. Mail __Pick-Up
*I authorize the use of a facsimile (fax) machine in disclosing this information.

* All Oneida Behavioral Health employees and attending physicians are released from legal responsibility or liability for the release of information as indicated on this form. If I have questions about the disclosure of my health information, I can contact Dave Larson, Privacy Official, at (920) 869-2711.
* All of Oneida Behavioral Health Services respect the patient's right to privacy of confidential medical information. I have had an opportunity to review and understand the content of this Disclosure form. I understand that I may inspect or receive a copy of the information to be used or disclosed.

**EXPIRATION DATE:** This Authorization is good until the following date or event: 9-11-2022; If no date is listed, this authorization will expire in ONE YEAR FROM the date signed below.

In accordance with the conditions listed above, I understand the disclosure of my/the above person's patient health information.

Signature [signature] Date 9-11-2020

__**Parent/Legal Representative:** I declare that I am the above named minor child's parent and I represent I have not been denied access to this child by a court of law and/or denied periods of physical placement with the child.
___**Legal Guardian (Proof of Guardianship Received)** ___**Other (Please specify):** ______
**Witness**______ **Date**______ **Relationship**______

SCANNED
INITIAL & DATE

**FOR OBH USE ONLY**
□ **Date Faxed On:**___/___/___ □ **Date Mailed-Out:**___/___/___ **Date Picked-up:**___/___/___
**ID Verified With:** □ **Driver's License** □ **Tribal ID** □ **Other(Please specify):**______

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of Behavioral Health or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155, (920) 490-3790, Fax (920) 490-3883

Serena L Hernandez

10/06/2020

Re: Mental Health Treatment of Serena Hernandez DOB

Dear Sedgwick Charter Disability and Leave Center

Recently Dr Y Pareek (NPI 1093930067) faxed in Disability and leave statement papers for Serena. It has been called to our attention that the start date (09/4/2020 shown on page 1) needs to be corrected to 08/31/2020. (Pt had been inpatient 08/17/2020 to 08/26/2020). Please note the date correction.
Because this letter contains highly sensitive and confidential information, keep it secure and use discretion with whom it is shared. (attached is ROI signed by patient).
I am refaxing the entire packet but the adjustment is BEGINNING date for the period of incapacity to be 08/31/2020 (rather then 09/4/2020).

Sincerely, Lisa Haas RN

Lisa Haas RN, for Dr Y Pareek

Behavioral Health Services
2640 West Point Road
Green Bay WI 54304
920-490-3790

DOB

Employee Name: Serena L. Hernandez
Claim Number: 30205957295-0001

Hernandez, Serena

**CONCURRENT DISABILITY AND LEAVE STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT**
**Behavioral Health**

To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center,
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

Medical Due Date: 09/08/2020

Patient's Name: Serena L. Hernandez Date of Birth: 02/12/1968

** * date correction 8/31/2020 * * 10-6-2020 Lisa Haas RN

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐
   If yes, estimate the beginning and ending dates for the period of incapacity: 09/04/2020 11/01/2020
2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☒ No ☐
   If yes, dates of admission: Hospital (Bellin) 8/17/2020 – 8/26/2020
3. Date(s) you treated the patient for condition: OBH psychiatrist 9-08-2020 Last visit
4. When is the patient's next office visit? 9/18/2020 → counselor – OBH
5. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐ MD visit tbd
6. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: ______
7. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions) unable to manage current work stressors because of exacerbation of her mental health symptoms which include increase in depression, anxiety trauma symptoms, insomnia

* Medical services since provided related to this diagnosis

8. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT: Pt will be attending IOP (intensive outpatient treatment) over the next six weeks to assist with management of symptoms

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

The patient's current disability plan requires that medical information indicate an inability to perform the essential duties of his/her own job.

Patient's occupation: ______

Have you recommended to your patient to stay home from work? ☒ Yes ☐ No If yes, effective what date? immediately, retroactive to 9/4/2020

Please provide your rationale for recommending the patient stay home from work: unable to perform duties due to symptoms.

Can your patient return to work with accommodations? ☐ Yes ☐ No If Yes, effective what date? ~~to be determined~~

Please describe accommodations: ~~allowances for tardiness time off in treatment, flex work hours so can~~ allowed to participate attend appointments

Your patient will be released to work full duty on: ~~to be determined, Pt is setting~~ goal of working towards 11-01-2020 return

**Please support your opinion with the following information:**

**(Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant)**

**DIAGNOSIS**

| | ICD Code | Description |
|---|---|---|
| Primary: | F43.12 | PTSD (post traumatic stress disorder) |
| Secondary: | F41.9 | Anxiety Disorder |
| | F33.2 | Major depressive disorder, severe without psychotic features |

Due to exacerbation of symptoms related to above diagnosis, has ↓ distress tolerance which makes socialization (and customer service skills) much more difficult, until medical symptoms are stabilized with medications and IOP (educational) attendance

**Employee Name:** Serena L. Hernandez
**Claim Number:** 30205957295-0001

## COGNITIVE FUNCTIONING EVALUATION

Applied focus and concentration in session for periods of:
☐ 30 to 50 minutes ☐ 15 to 30 minutes ☐ 5 to 10 minutes ☐ less than 5 minutes

Expressed his/her current circumstances and responded to direct questions appropriately: ☑ Yes ☐ No

If No, was redirection needed? ☐ Yes ☐ No Please describe:

Reasoning and/or Judgment: ☐ Within normal limits ☑ Impaired If impaired, please describe: related to self safety, reduced ability to modulate emotions/affect, symptoms encumber ability to process feeling, tendency to become overwhelmed more easily then at baseline (regarding stress)

Delusional ideations evident: ☐ Yes ☑ No If yes, please describe:

Hallucinations reported: ☐ Yes ☑ No If yes, please describe:

Memory functions: Four (4) unrelated words after five (5) minutes: ______ Other testing results: ______

Able to perform five operations of serial 7's or 3's: ☐ Yes ☐ No Exam findings:

Able to follow direction and verbalize directions given during exam? ☐ Yes ☐ No If no, please describe:

Able to read a narrative paragraph from a magazine or newspaper and report the main concept/idea of the passage: ☐ Yes ☐ No

## EMOTIONAL FUNCTION AND BEHAVIORAL OBSERVATIONS

Date of last exam: ______ Behavior(s) and emotional state observed during exam: ______

Able to spontaneously compose her/himself: ☐ Yes ☑ No If no, please explain: needed support, redirection education via TOP

Psychomotor activity and ability to apply effort: ☐ unremarkable ☐ Impaired If impaired, describe:

Presented with appropriate dress and hygiene in session: ☑ Yes ☐ No If no, please describe:

Impulse control: ☐ Physical abusive behavior ☐ Verbal abusive behavior ☐ Substance abuse/addiction ☐ alcohol abuse/addiction ☐ Manic Behavior

Speech: ☐ Slurred ☑ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive
☐ Other (please describe)

Risk to self/others:
**SUICIDAL IDEATIONS** ☑ Yes ☐ No Plan reported: ☐ Yes ☐ No If yes, please explain: required inpatient at Bellin

**HOMICIDAL IDEATIONS** ☐ Yes ☑ No Plan reported: ☐ Yes ☐ No If yes, please explain:

Able to report reasons for not harming (self)/others: ☑ Yes ☐ No If no, please explain: currently yes, when was overwhelmed, did engage in self harm (resolved now d/t inpatient stabilization)

Contracted for safety: ☑ Yes ☐ No If no, please explain:

## PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING

Is the patient currently performing any of the following?: ☐ Volunteer work ☐ Works at a lesser demanding job ☐ Attending school ☑ No work activities in any capacity ☐ Self-employment

Has the patient conceptualized the following areas as barriers in returning to work:
☐ Increase in work demands ☑ Conflict with supervisor (potential) ☑ Anticipation of relapse – if returns to work too soon, before achieves stabilization and return to baseline, pt may further decompensate
☐ Recent unfavorable work evaluation ☐ Dissatisfaction with the job ☑ Other (please specify)

Has the patient expressed or are you aware that she/he is experiencing any psychosocial stressors? ☑ Yes ☐ No If yes, please describe:

Significant weight changes: ☐ Yes ☑ No Current weight: ______ Previous weight: ______ Date of previous weight: ______

Significant appetite changes: ☐ Yes ☐ No If yes, please describe diet:

Significant sleep disturbance: ☑ wakes more than twice per night ☐ sleeps less 4 hours or less ☐ sleeps 12 hours or more

Are any of the above weight, appetite, or sleep disturbances related to medication side effects? ☐ Yes ☑ No If yes, please describe:

Panic attacks: ☐ Yes ☐ No Please specify below:
- Frequency of panic attacks: high levels of anxiety, disruptive to affect and mood
- Duration of panic attacks: chronic high level of anxiety ē variances
- Symptoms experienced during panic attacks: nervous, unable to function, reduction in ability to cope and problem solve

Socialization problems: ☑ Yes ☐ No If yes, please describe:

Is patient able to: Clean/maintain residence: ☐ Yes ☐ No Perform routine shopping: ☐ Yes ☐ No Pay bills: ☐ Yes ☐ No — able to but with difficulty d/t anxiety and low frustration tolerance (feels overwhelmed easily)

Operate motor vehicle: ☑ Yes ☐ No If no to any of these, please explain: pt is aware to avoid driving when experiencing high levels of anxiety/symptom

**Employee Name:** Serena L. Hernandez
**Claim Number:** 30205957295-0001

**TREATMENT**

Date initiated care: 05-04-2018 Adult eval with Dr Y Pareek —— Treatment at OBH for this chronic medical condition since 1993 with psychiatrists and counselors at OBH

Inpatient care: Date(s) of hospitalization: ______ Partial hospitalization programs: Date(s) of care: ______

Intensive outpatient (IOP) [circled]: Start date: ______ End date: ______

Days per weeks: 3 days Hours per day: starts week of

Outpatient psychotherapy. Frequency: weekly Date of next visit: 9-14-2020 for six weeks (at Bellin)

Medication management: Frequency: monthly Date of next visit:

Current medications/changes in medication-list all medications and identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Medication | Date prescribed | Adjusted Medication | Date Adjusted |
|---|---|---|---|---|---|---|---|
| Cymbalta | 30mg | Q AM | | Yes ☐ No ☐ | Inpatient | Yes ☐ No ☐ | |
| Cymbalta | 60 mg | Q AM | | Yes ☐ No ☐ | | Yes ☐ No ☐ | 8/26/2020 |
| Topamax | 25mg | Q HS | | Yes ☐ No ☐ | 8/17 | Yes ☐ No ☐ | |

total 90 mg

dose adjustments and medication changes done during inpatient stay

also Prazosin 2mg; pre at HS

Medication side effects: ☐ Yes ☐ No If yes, please describe: tolerating currently

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 920-496-3790 Physician/Provider Printed Name: Dr Y Pareek

Fax Number: 920 490-3883 Physician/Provider Specialty: psychiatrist

Date Completed: 9-11-2020 Physician/Provider Signature: [signature]

* Effexor and ativan both discontinued during inpatient treatment

Note * Pt's PCP at Oneida Community Health Center prescribes other medications for asthma, arthritis, Lumbar radiculopathy, GERD, hypertension, vitamin D deficiency

**VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)**

Note: This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Serena L. Hernandez
Claim #: 30205957295-0001 Employer Name: Charter Communications
Last Day Worked: 08/13/2020 Disability Begin Date: 08/16/2020

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS**

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and/Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

[signature] 9-11-2020
Employee's Signature Date Signed

attached copy of ROI

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

5220201104024325

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick Charter Disability and Leave** **ATTN: N/A**

**FAX#: (859) 280-2880** **DATE: 11/04/20**

**SENDER: Reva-Behavioral Records Technician** **#OF PAGES: 02**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez – D.O.B.**

**COMMENTS: Sending "Request for Medical Information questionnaire" on behalf of Dr. Pareek and RN Lisa Haas.**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**
**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

COPY

11-04-2020 scanned & emailed to Dr Pareek

**Request for Medical Information**

Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com
Fax 859-280-2880

Note: Any charges for completion of forms or return of medical records is to be directed to the patient.

| | | | |
|---|---|---|---|
| Today's Date: | November 02, 2020 | Pages: | 1 |
| To: | Dr Pareek | From: | Shelly S. |
| Fax: | 920-490-3883 | Fax: | (859) 280-2880 |
| Patient: | Serena L. Hernandez | Telephone: | (877) 892-6707 |
| Patient DOB: | | Claim Number: | 30205957295-0001 |

**Medical Information Due Date:** **November 15, 2020**

The above named patient is currently being considered for disability benefits. We require objective clinical information that supports your patient's inability to return to work due. If the requested information is not received by the above date, it may result in denial of benefits.

## ACTION REQUIRED, we need the following checked item(s) returned:

☒ Office Visit Notes and Treatment Notes or Status Report describing the physical exam findings

Dates Requested: 10/01/2020-present. Please include treatment plan. three days per week, 3 hours each, for six weeks

☒ Is EE in IOP? Yes "Discovery Group" Discharge Date: IOP started 10/20/2020

☒ Date of next office visit: 12/11/2020 Estimated return to work date: TBD (six weeks)

* Pt saw MD 10/30/2020

Last MD visit 10/30/2020

☒ Would the patient be able to return to work with restrictions? If so, what restrictions and what dates would they be in effect?

*return to work anticipated to be determined, reevaluation at 12/11/2020 medical appointment

MD cosign Lisa Sflaas RN / for Dr Yogesh Pareek 11/04/2020 11/04/2020
NPI 1093930067

If medical information is requested due to mental illness, a Psychiatrist or Psychologist must supervise the employee's mental health treatment. The initial appointment with a Psychiatrist or Psychologist must occur within 30 days from the employee's first day absent from work.

**Mental Illness** means a psychiatric or psychological condition, regardless of cause, such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's

5220201105015739

Lincoln/Hernandez 848

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick Claim Management** **ATTN: Shelly S.**

**FAX#: (859) 280-2880** **DATE:** 11/05/20

**PERSON SENDING FAX: Jalanna- Behavioral Records** **#OF PAGES: 11**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez-D.O.B.**

**COMMENTS: Sending requested records**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

/

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

**Request for Medical Information**

Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

Note: Any charges for completion of forms or return of medical records is to be directed to the patient.

| | | | |
|---|---|---|---|
| Today's Date: | November 02, 2020 | Pages: | 1 |
| To: | Dr Pareek | From: | Shelly S. |
| Fax: | 920-490-3883 | Fax: | (859) 280-2880 |
| Patient: | **Serena L. Hernandez** | Telephone: | (877) 892-6707 |
| Patient DOB: | | Claim Number: | 30205957295-0001 |

**Medical Information Due Date: November 15, 2020**

The above named patient is currently being considered for disability benefits. We require objective clinical information that supports your patient's inability to return to work due. If the requested information is not received by the above date, it may result in denial of benefits.

## ACTION REQUIRED, we need the following checked item(s) returned:

☒ Office Visit Notes and Treatment Notes or Status Report describing the physical exam findings

Dates Requested: 10/01/2020-present. Please include treatment plan.

☒ Is EE in IOP?____________ Discharge Date:____________

☒ Date of next office visit: ____________ Estimated return to work date: ____________

☒ Would the patient be able to return to work with restrictions? If so, what restrictions and what dates would they be in effect?

THIS PART OF THE REQUEST WILL BE FAXED SEPARATELY

If medical information is requested due to mental illness, a Psychiatrist or Psychologist must supervise the employee's mental health treatment. The initial appointment with a Psychiatrist or Psychologist must occur within 30 days from the employee's first day absent from work.

**Mental Illness** means a psychiatric or psychological condition, regardless of cause, such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, **Jalanna Adams**, recordS' technician for Oneida Nation Health Center - Behavioral Health located at 2640 West Point Road, Green Bay, WI 54304 certify the attached are the best possible, accurate, legible, duplicate health care provider records for this facility. The records being released consist of the following:

X MENTAL HEALTH & PSYCHIATRIC PROGRESS NOTES FROM **10/14/2020** TO **10/30/2020**

THIS PACKET HAS 3 ORIGINAL PAGES
AND 8 PHOTOCOPIED RECORD PAGE(S)
WHICH EQUALS 11 TOTAL PAGES

Jalanna Adams – Records Technician

MARI KRIESCHER-MS, MAC, LPC, CSAC, ICS

November 5, 2020
DATE

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3863

*November 2, 2020*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB 12041 Ins: Anthem Blue Cross Blue Shield

**10/30/2020 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## Vital Signs
Client Refused Vitals
**Vital Signs Entered By:** Lisa G Haas (October 30, 2020 3:52 PM)

**Problems:**
Cocaine use disorder -moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)

CONFIDENTIAL

C O P Y

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 2
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)
URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4-6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*

Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY
SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into Inhaler and inhale daily.
FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day
ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY - MAY TAKE TWICE WEEKLY WITH COLDS
VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)
**Allergies were reviewed with the patient during this visit.**

**Patient Health Questionnaire**

**PHQ-2**
**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**Several days**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score: 4**

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family down?...**Nearly every day**
g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**
h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you were moving around a lot more than usual?...**Not at all**
i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**More than half the days**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 4
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

**2. If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?**
Very difficult

## Columbia Suicide Severity Rating Scale - Screener with Triage Points

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougthts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** No

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** No

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes

**Medications:**
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one iin morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 10/30/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1919692811162300
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning #30[Capsule] x 2
Route:ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 10/30/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 5
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

Ph: (920) 869-4826
Fax: (920) 869-1785
Note to Pharmacy: Route: ORAL;
RxID: 1919692811162270

**Patient Instructions**
**Chief Complaint for Today** Medication Check
Schedule follow-up in 3 months

**Psychiatric Medication Check Progress Note**
**Previous Session No.**
2 (06/21/2016 12:25:48 PM)
**Session:** 2

**SUBJECTIVE:** doing

**OBJECTIVE:** seen on Teams due to COVID
reportd she decided to quit her job her sister and nephew had covid and her aunt had heart falure
she is in IOP
deoes not want to take ativn anymore
denels alcohol or drugs, no SIq

**ASSESSMENT:** Major depression

**PLAN:** cont cymbalta 90 mg a day
RTC 12 weeks

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 6
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 10/30/2020 at 4:05 PM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

**10/14/2020 - BH Progress Notes. Individual Session-Co Occurring ref IOP**
**Provider: Mary Beth King MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**SUBJECTIVE:** Had session with client via technology /Microsfot teams due to Covid 19 restrictions precuations. We connected with MicroSoft Teams but the video would not connect.
"I want to quit my job I am pretty tired, pretty fustrated. I am worried about my Aunt Paula, she may be having open heart surgery. " Client discussing her relationship with her boyfriend as unhealthy and that they boy use together. Cleint stating that she wants to participate in "help. I need help I think I need IOP or some thing." Client discussing her job and how she is always "under the cloud of losing my job" She discussed the threat and how it felt. Client reporting that she has used and bought but would not give specifics about amounts, frequency, or duration of use. She would only say "Its a lot ok? I am not going to discuss this with you. All you need to know is that I have cravings and thats a bad sign.' Client became emotional when suggestion came that she consider Inpatient. "I told you this already, I am not going to go Inpatient. How many times do I have to tell you this. I dont usually get mad at yo u but youre frustrting me."

**OBJECTIVE:** Client was contacted per our scheduled time Could not see client. Client sounding labile but not inappropriately. Client sounding frustrated at times, euthymic at others. Clients voice got louder, at times irritable, agitated and sounding angry. She was interrupted by her boyfriend multiple times. so privacy was a bit of an issue. Client denied any suicidal ideation, intentions, plan or method-she stated 'oddly enough, i havent thought about that at all." Client denied any homicidal ideation, intentions plan or method. Client sounding orientated x3.

**ASSESSMENT:** Clients stage of change sounding as if she is moving into preparation. Client very emotional, she did admit to using the previous morning/night. Did provide her with psycheducation on why she was being assessed for frequency, amounts, duration of use but she still refused to discuss it. Client became extremely upset with the suggetion of inpatient/rehab. Did explain to her that she was being offered that as an option. Clients substance use meets criteria for tolerance, withdrawal, time spent using, more time to recover from use, it impacting her relationships (for cocaine). for cannabis, client reports using everyday- and using despite knowing that she has asthma and it impacting her health. She meets criteria for tolerance, increased use, time spent using, increasing amount, and using despite physical impact to health.
Clients emotional health impacted by her use.

**PLAN:** Referral to IOP. Continued meeting with this provider. Will discussconsult on this case. Client encouraged to go to HA /AA/NA support groups. Client willing to start IOP next week. Client will be seeing this provier Monday October 19th

C O P Y

## Columbia Suicide Severity Rating Scale - Screener

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** No

CONFIDENTIAL

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** No

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*November 2, 2020*
Page 2
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: Anthem Blue Cross Blue Shield

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
No

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No
**Co-Occur Current Problem(s):**
Cocaine use disorder -moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD10-F12.20),
Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)

**Results of LOCI:** Level II.5

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:**
**Gender:** Female

**Referral Information**
**Contact Person:** Mary Beth King MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

C O P Y

**Electronically signed by Mary Beth King MSW LCSW CSAC on 10/15/2020 at 8:48 AM**

CONFIDENTIAL

5220201211021868

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO:** Sedgwick Charter Disability

**ATTN:** Disability Service Center

**FAX#:** 859-280-2880

**DATE:** 12/11/2020

**SENDER:** Lisa - OBH

**#OF PAGES:** ~~02~~

**(INLCUDING COVER SHEET)**

**SUBJECT:** S Hernandez

**COMMENTS:** Return to work to be determined at 12/18/2020 reevaluation Claim # 30205957295-0001

Released Info active, per chart 2-1

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU.**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at (920) 490-3877.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155, (920) 490-3790, Fax (920) 490-3883

Serena L Hernandez claim # 302059572 95-0001

12/11/2020

To Whom it may concern;

Serena is currently under the care of Dr Yogest Pareek at Oneida Behaviroral Health. She has been on medical leave and the To Be Determined return date was going to be assessed at today's (12/11/2020) reevaluation. However, Serena rescheduled her medical appointment with Dr Pareek until 12/18/2020. Thus, her TBD return to work capability will not be able to be completed until the 12/18/2020 appointment. Thus, I am authorizing this patient to be excused from work until 12/18/2020.
Because this letter continues private and confidentail medical information, please use discretion with whom you share the letter with.

Thank You,

Lisa Haas,RN, For Dr Y Pareek
920-490-3790 Lisa Haas RN
Oneida Behavioral Health

522020122901944 8

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick** **ATTN: N/A**

**FAX#: (859) 280-2880** **DATE: 12/29/20**

**PERSON SENDING FAX: Jalanna-Behavioral Health** **#OF PAGES: 6**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez-D.O.B.**

**COMMENTS: Sending requested records**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

*ROI*

ONEIDA BEHAVIORAL HEALTH SERV. 3
Alcohol, Tobacco and Other Drug Abuse and Mental Health Services
*Mailing*- PO Box 365 Oneida WI, 54155 / *Physical*- 2640 West Point Road Green Bay, WI 54304
Main: (920) 490-3790 FAX: (920) 490-3883

ONEIDA
A good mind. A good heart. A strong fire.

**AUTHORIZATION FOR EXCHANGE OF PROTECTED HEALTH INFORMATION (PHI) MR#** 12041-MBK

| PATIENT INFORMATION: | LAST NAME | FIRST NAME | D.O.B. / / | PHONE NUMBER |
|---|---|---|---|---|
| | Hernandez | Serena | | |

**PURPOSE OF DISCLOSURE: Choose all that apply**

| | | | | |
|---|---|---|---|---|
| __Continuation of Care | __Legal | __Personal | X Insurance Eligibility/Benefits Sedgwick Leave | X Verbal/Phone Communication AND Records |
| __Veteran/Military | | | X Other(Please specify): short term and (possible) long term disability paperwork | |

*I voluntarily authorize and request disclosure of this health information (including oral, paper, and electronic interchange). I have the right to refuse to sign this form. OBH will not condition treatment, payment, enrollment or eligibility in a health care plan based on my decision to sign this disclosure. If I voluntarily refuse to sign this form, the information may NOT be released. A photocopy or facsimile (fax) of this Disclosure Form is as valid as the original.

**INFORMATION IS DISCLOSED BY:** **INFORMATION IS: (choose one)** X **EXCHANGED WITH OR** __ **DISCLOSED TO**

| INFORMATION IS DISCLOSED BY | | | | INFORMATION IS EXCHANGED WITH | |
|---|---|---|---|---|---|
| Name/Facility: Oneida Behavioral Health | | | | Name/Facility: Sedgwick | |
| Address: 2640 W. Point Rd. | City: Green Bay | State: WI | Zip Code: 54304 | Address / City / State / Zip Code: Charter Disability & Leave Center | |
| Phone #: (920) 490-3790 | Fax #: (920) 490-3883 | | | Phone #: 877-892-6707 | Fax #: 859-280-2880 |

____ **WRITTEN REVOCATION:** Signature of Patient ________________________________ Date__________
____ **VERBAL REVOCATION:** Communicated to Staff Member (PRINT NAME):________________________ Date__________

* Federal and Wisconsin Confidentiality laws protect this information. Such laws prohibit the re-disclosure of such information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by such laws.
*I understand that the information disclosed may potentially be re-disclosed by the recipient and may no longer be protected by the Federal Privacy and Confidentiality rules.
*I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so by submitting my revocation in writing to the Oneida Behavioral Health Medical Records Department. My revocation will not apply to confidential information that has already been released in response to this or another Disclosure form.

**TYPE OF PATIENT INFORMATION BEING DISCLOSED:** Check all that apply **TIMEFRAME: FROM**__________ **TO**__________

| | | | | |
|---|---|---|---|---|
| __ATODA and/or MENTAL HEALTH Assessment/Evaluation which may include HIV information | | X ATODA and/or MENTAL HEALTH Treatment Plan | | |
| X Psychiatric History and Evaluation | | __Psychological Reports | X Diagnosis/Prognosis | |
| X MENTAL HEALTH Progress Notes office visits | __ATODA Staffing Notes | __ATODA and/or MENTAL HEALTH Discharge Summary which may include HIV information | | |
| __Case Management Logs | X Recommendations | __Psycho Social History | __Legal History/Status | X Other (Please Specify) medication information |
| __Psychotherapy Notes **(If this is checked then this Release can only be used for this purpose. A separate form must be used for the disclosure of any other information).** | | | | |

**AUTHORIZED PERSON TO PICK UP OTHER THAN NAME LISTED ABOVE**

| Last Name | First Name | Relationship to Patient |
|---|---|---|
| | | |

**INFORMATION WILL BE RELEASED BY:**
X Fax __U.S. Mail __Pick-Up
***I authorize the use of a facsimile (fax) machine in disclosing this information.**

* All Oneida Behavioral Health employees and attending physicians are released from legal responsibility or liability for the release of information as indicated on this form. If I have questions about the disclosure of my health information, I can contact Dave Larson, Privacy Official, at (920) 869-2711.
* All of Oneida Behavioral Health Services respect the patient's right to privacy of confidential medical information. I have had an opportunity to review and understand the content of this Disclosure form. **I understand that I may inspect or receive a copy of the information to be used or disclosed.**

**EXPIRATION DATE:** This Authorization is good until the following date or event: 9-11-2022; If no date is listed, this authorization will expire **in ONE YEAR FROM the date signed below.**

In accordance with the conditions listed above, I understand the disclosure of my/the above person's patient health information.

| Signature: [signature] | X Date 9-11-2020 |
|---|---|

__**Parent/Legal Representative:** I declare that I am the above named minor child's parent and I represent I have not been denied access to this child by a court of law and/or denied periods of physical placement with the child.
__**Legal Guardian (Proof of Guardianship Received)** ___**Other (Please specify):**________________
**Witness**__________________ **Date**__________ **Relationship**__________________

**FOR OBH USE ONLY**
□ **Date Faxed On:**___/___/_____ □ **Date Mailed-Out:**___/___/_____ **Date Picked-up:**___/___/_____
**ID Verified With:** □ **Driver's License** □ **Tribal ID** □ **Other(Please specify):**__________

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of Behavioral Health or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

12-29-2020 3020595726300001 5220201229019448

Hernandez, Serena
DOB

Employee Name: Serena L. Hernandez
Claim Number: 30205957295-0001

ROI active (signed 09-11-2020)

CONCURRENT DISABILITY AND LEAVE STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT
Behavioral Health
To Be Completed by Physician (Please Type or Print)
Charter Disability and Leave Service Center,
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@sedgwickcms.com

CLaim # 30205957295-000

Medical Due Date: 09/08/2020
Patient's Name: Serena L Hernandez Date of Birth: 02/12/1988

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐
   If yes, estimate the beginning and ending dates for the period of incapacity: 08/31/2020 – current, last saw MD 12/22/2020 and next eval 02-16-21 with Dr Y Pareeh
2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☐
   If yes, dates of admission: Bellin Hospital 8/17/2020 – 8/26/2020
3. Date(s) you treated the patient for condition: 09-13-2019, 01-10-2020, 03-20-2020, 09-08-2020, 10-30-2020, 12/22/2020
4. When is the patient's next office visit? ~~12/11/2020~~ 02-16-2021 with Dr Y Pareeh; counseling appointments 01-06-2021
5. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐
6. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: ____
7. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions): unable to manage current work duties and stressors due to exacerbation of mental health symptoms which include chronic suicide ideation
8. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment)...DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT: depression, anxiety, trauma symptoms, insomnia, affect and mood instability
   working on recovery on outpatient basis, MD had recommended inpatient rehab treatment as potential option

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

The patient's current disability plan requires that medical information indicate an inability to perform the essential duties of his/her own job.

Patient's occupation: ____ 12-22-2020 PHQ 9 Score = 26

Have you recommended to your patient to stay home from work? ☒ Yes ☐ No If yes, effective what date? continue
Please provide your rationale for recommending the patient stay home from work: leave, retractive to 8/31/2020

Can your patient return to work with accommodations? ☐ Yes ☒ No If Yes, effective what date? ____
Please describe accommodations: ____

Medication adjustment(s) done 12/22/2020 may take up to 4-6 weeks for full therapeutic effect.

Your patient will be released to work full duty on: to be determined seeing MD
Please support your opinion with the following information: 02-16-2021, counselor 1/06/21
(Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant)

**DIAGNOSIS**

| | ICD Code | Description |
|---|---|---|
| Primary: | F43.10 | PTSD |
| Secondary: | F41.9 | Anxiety disorder |
| | F33.2 | Major depressive disorder |
| | F14.20 | Cocaine use disorder |
| | F12.20 | Cannabis use disorder |

* Please attach office notes from
* 12/22/2020 med check | Dr Paree
* 12/14/2020 Mental Health Counseling | Sue E
* 12/09/2020 Mental Heath Counse with Sue E
* ... 12/21/2020 *

Employee Name: Serena L. Hernandez
Claim Number: 30205957295-0001

## COGNITIVE FUNCTIONING EVALUATION

Applied focus and concentration in session for periods of:
☐ 30 to 50 minutes ☐ 15 to 30 minutes ☐ 5 to 10 minutes ☐ less than 5 minutes

Expressed his/her current circumstances and responded to direct questions appropriately: ☐ Yes ☐ No

If No, was redirection needed? ☐ Yes ☐ No Please describe:

Reasoning and/or Judgment: ☐ Within normal limits ☒ Impaired If impaired, please describe: Decreased frustration tolerance, reduced ability to modulate emotions/affe symptoms cause encumberness (ability to process feelings. 12/22/2020 medication adjustment was done to ↓ mental health symptoms and improve ability to meet employment duties

Delusional ideations evident: ☐ Yes ☒ No If yes, please describe:

Hallucinations reported: ☐ Yes ☒ No If yes, please describe:

Memory functions: Four (4) unrelated words after five (5) minutes: ______ Other testing results:

Able to perform five operations of serial 7's or 3's: ☐ Yes ☐ No Exam findings:

Able to follow direction and verbalize directions given during exam? ☐ Yes ☐ No If no, please describe:

Able to read a narrative paragraph from a magazine or newspaper and report the main concept/idea of the passage: ☐ Yes ☐ No

## EMOTIONAL FUNCTION AND BEHAVIORAL OBSERVATIONS

Date of last exam: 12/22/2020 Behavior(s) and emotional state observed during exam: tearful, irritability, self report of self injury in last month

Able to spontaneously compose her/himself: ☒ Yes ☐ No If no, please explain: variable, often needs support & redirection

Psychomotor activity and ability to apply efforts: ☒ Unremarkable ☐ Impaired If impaired, describe:

Presented with appropriate dress and hygiene in session: ☒ Yes ☐ No If no, please describe:

Impulse control: ☐ Physical abusive behavior ☐ Verbal abusive behavior ☒ Substance abuse/addiction ☐ Alcohol abuse/addiction ☐ Manic Behavior

Speech: ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive
☐ Other (please describe)

working on recovery to abstain from cocaine, THC, all mood altering substance

see MD 12/22/2020 office note

Risk to self/others: non suicidal self injury behaviors

SUICIDAL IDEATIONS ☒ Yes ☐ No Plan reported: ☐ Yes ☒ No If yes, please explain: chronic

HOMICIDAL IDEATIONS ☐ Yes ☒ No Plan reported: ☐ Yes ☐ No If yes, please explain:

Able to report reasons for not harming self/others: ☒ Yes ☐ No If no, please explain: has safety plan in place

Contracted for safety: ☒ Yes ☐ No If no, please explain:

pt reports chronic safety (suicide ideation) concern, 12/22/2020 MD note states pt would agree to not act on the chronic thoughts. Safety plan completed by patient and counselor

## PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING

Is the patient currently performing any of the following?: ☐ Volunteer work ☐ Works at a lesser demanding job ☐ Attending school
☒ No work activities in any capacity ☐ Self-employment

Has the patient conceptualized the following areas as barriers in returning to work:
☐ Increase in work demands ☒ Conflicts with supervisor (potential) ☐ Anticipation of relapse
☐ Recent unfavorable work evaluation ☐ Dissatisfaction with the job ☐ Other (please specify)

Has the patient expressed or are you aware that she/he is experiencing any psychosocial stressors? ☒ Yes ☐ No If yes, please describe: relationship issues. If returns to work before achieves stabilization may decompensate

Significant weight changes: ☐ Yes ☒ No Current weight: Previous weight: Date of previous weight:

Significant appetite changes: ☐ Yes ☒ No If yes, please describe diet:

Significant sleep disturbance: ☒ wakes more than twice per night ☐ sleeps less 4 hours or less ☐ sleeps 12 hours or more

Are any of the above weight, appetite, or sleep disturbances related to medication side effects? ☐ Yes ☒ No If yes, please describe:

Panic attacks: ☐ Yes ☐ No Please specify below:
- Frequency of panic attacks: Anxiety ↑ chance of lability of mood/affect
- Duration of panic attacks: Variable
- Symptoms experienced during panic attacks: c/o inability to cope, problem solve

Socialization problems: ☒ Yes ☐ No If yes, please describe:

Is patient able to: Clean/maintain residence: ☐ Yes ☐ No Perform routine shopping: ☐ Yes ☐ No Pay bills: ☐ Yes ☐ No

Operate motor vehicle: ☐ Yes ☐ No If no to any of these, please explain:

pt self recognizes ↑ irritability which could impede socialization

3 of 3

Hernandez, Serena

DOB

Employee Name: Serena L. Hernandez
Claim Number: 30205957295-0001

**TREATMENT**

Date initiated care: 05-04-2018 ō Dr Y Pareek
Inpatient care: Date(s) of hospitalization: 8/17-2020 — 8/26/2020 Partial hospitalization programs: Date(s) of care:
Intensive outpatient (IOP): Start date: End date:
Days per weeks: Hours per day:
Outpatient psychotherapy: Frequency: Date of next visit:
Medication management: Frequency: Date of next visit:

Current medications/changes in medication-list all medications and identify dates of new medications or dose adjustments: (attach list if necessary).

| Medication | Dose | Frequency | Duration | New Medication | Date prescribed | Adjusted Medication | Date Adjusted |
|---|---|---|---|---|---|---|---|
| Duloxetine | 90mg | daily | | Yes ☐ No ☒ | | Yes ☐ No ☐ | |
| Abilify | 10mg | one daily | | Yes ☒ No ☐ | 12-22-2020 | Yes ☐ No ☐ | |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | |

Medication side effects: ☐ Yes ☒ No If yes, please describe:

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 920-940-3790 Physician/Provider Printed Name: Yogesh Pareek MD
Fax Number: 920-940-3883 Physician/Provider Specialty: Psychiatry
Date Completed: Physician/Provider Signature: X [signature]

Patient has been receiving services since 1993 for these chronic mental health conditions with various MDs and counselors

Office notes to be included from 12/22/2020 Dr Pareek appointment and Sue Exworthy counselor notes of 12/14/2020 and 12/09/2020

**VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)**

**Note:** This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Serena L. Hernandez
Claim #: 30205957295-0001 Employer Name: Charter Communications
Last Day Worked: 08/13/2020 Disability Begin Date: 08/16/2020

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS**

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and/Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

Employee's Signature ____________ Date Signed ____________

Signature of Personal Representative who has the authority to Behalf of the Employee ____________

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority). ____________

attached ROI pt
signed Sept 2020 at
OBH medical records

5220201229024300

Lincoln/Hernandez 870

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick** **ATTN: Shelly S.**

**FAX#: (859) 280-2880** **DATE: 12/29/20**

**PERSON SENDING FAX: Jalanna- Behavioral Records** **#OF PAGES: 17**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez-D.O.B.**

**COMMENTS: Sending requested records**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.
If you do not receive all pages, please call the sender at the above number.

/

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

**Request for Medical Information**

Charter Communications Leave and Disability Administrator, PO Box 14667, Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880 Email: charterdocuments@sedgwickcms.com

Note: Any charges for completion of forms or return of medical records is to be directed to the patient.

| | | | |
|---|---|---|---|
| Today's Date: | December 11, 2020 | Pages: | 1 |
| To: | Dr Pareek | From: | Shelly S. |
| Fax: | 920-490-3883 | Fax: | (859) 280-2880 |
| Patient: | **Serena L. Hernandez** | Telephone: | (877) 892-6707 |
| Patient DOB: | | Claim Number: | 30205957295-0001 |

**Medical Information Due Date:** **December 26, 2020**

The above named patient is currently being considered for disability benefits. We require objective clinical information that supports your patient's inability to return to work due. If the requested information is not received by the above date, it may result in denial of benefits.

## ACTION REQUIRED, we need the following checked item(s) returned:

☒ Office Visit Notes and Treatment Notes or Status Report describing the physical exam findings

Dates Requested: 11/15/2020-present. Please include treatment plan.

☒ Date of next office visit: ________________ Estimated return to work date: ______________

☒ Would the patient be able to return to work with restrictions? If so, what restrictions and what dates would they be in effect?

If medical information is requested due to mental Illness, a Psychiatrist or Psychologist must supervise the employee's mental health treatment. The initial appointment with a Psychiatrist or Psychologist must occur within 30 days from the employee's first day absent from work.

**Mental Illness** means a psychiatric or psychological condition, regardless of cause, such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or

!C01017691.222-6112!

Oneida Comprehensive Health Division
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# CERTIFICATION

Patient Name: **HERNANDEZ, SERENA L.**

Date of Birth:

I, **Jalanna Adams**, recordS' technician for Oneida Nation Health Center - Behavioral Health located at 2640 West Point Road, Green Bay, WI 54304 certify the attached are the best possible, accurate, legible, duplicate health care provider records for this facility. The records being released consist of the following:

X MENTAL HEALTH & PSYCHIATRIC PROGRESS NOTES FROM **11/24/2020** TO **12/22/2020**

THIS PACKET HAS 3 ORIGINAL PAGES
AND 14 PHOTOCOPIED RECORD PAGE(S)
WHICH EQUALS 17 TOTAL PAGES

**Jalanna Adams – Records' Technician**

**YOGEESH PAREEK M.D.**

**December 29th, 2020**
**DATE**

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*December 29, 2020*
Page 1
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 1 12041 Ins: ForwardHealth Medical

**12/22/2020 - Office Visit Psychiatric Service: Psychiatric Medication Check**
**Provider: Yogesh C Pareek MD**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Problems:**
Bitten by cat, subsequent encounter (ICD-E906.3) (ICD10-W55.01xD)
Screening for thyroid disorder (ICD-V77.0) (ICD10-Z13.29)
Hypokalemia (ICD-276.8) (ICD10-E87.6)
Cocaine use disorder, moderate (DSM 5 304.20) (ICD-304.20) (ICD10-F14.20)
Cannabis use disorder- Moderate (DSM 5 304.30) (ICD-304.30) (ICD10-F12.20)
Insect bite (ICD-E906.4) (ICD10-W57.xxxA)
Positive rheumatoid factor (ICD-796.4) (ICD10-R76.8)
DIARRHEA (ICD-787.91) (ICD10-R19.7)
Foot pain (ICD-729.5) (ICD10-M79.673)
Constipation (ICD-564.00) (ICD10-K59.00)
Diathesis for bleeding (ICD-287.9) (ICD10-D69.9)
Cholelithiasis with acute cholecystitis (ICD-574.00) (ICD10-K80.00)
Sinus pain (ICD-478.19) (ICD10-R51)
Patello-femoral syndrome (ICD-719.46) (ICD10-M22.2x9)
Peripheral polyneuropathy (ICD-356.9) (ICD10-G64)
Abnormal findings, clinical NEC (ICD-796.4) (ICD10-R68.89)
Arthritis, right knee (ICD-716.96) (ICD10-M13.861)
Paresthesia of bilateral legs (ICD-782.0) (ICD10-R20.2)
Hemorrhoids (ICD-455.6) (ICD10-K64.9)
Perimenopausal state (ICD-627.2) (ICD10-Z78.0)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Screening for cervical cancer (ICD-V76.2) (ICD10-Z12.4)
Other screening breast examination (ICD-V76.19) (ICD10-Z12.39)
Routine gynecological examination (ICD-V72.31) (ICD10-Z01.419)
Mammogram,screening(all) (ICD-V76.12) (ICD10-Z12.31)
Hearing loss NOS (ICD-389.9) (ICD10-H91.90)
PREDIABETES (ICD-790.29) (ICD10-R73.09)
Lumbar radiculopathy, right (ICD-724.4) (ICD10-M54.16)
Knee pain, right, acute (ICD-719.46) (ICD10-M25.561)
Piriformis syndrome, right (ICD-355.0) (ICD10-G57.01)
Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)
Obstructive sleep apnea, adult (ICD-327.23) (ICD10-G47.33)
URINARY FREQUENCY (ICD-788.41) (ICD10-R35.0)
Asthma, moderate persistent (ICD-493.90) (ICD10-J45.40)
Jaw pain (ICD-784.92) (ICD10-R68.84)
Diabetes mellitus type II (ICD-250.00) (ICD10-E11.9)
Low back pain (ICD-724.2) (ICD10-M54.5)
Vitamin D deficiency (ICD-268.9) (ICD10-E55.9)
Posttraumatic Stress Disorder (DSM5 309.81) (ICD-309.81) (ICD10-F43.10)
Generalized Anxiety Disorder (DSM5 300.02) (ICD-300.02) (ICD10-F41.1)
GERD (ICD-530.81) (ICD10-K21.9)
OBESITY (ICD-278.00) (ICD10-E66.9)
ALLERGIC RHINITIS NOS (ICD-477.9) (ICD10-J30.9)

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3683

*December 29, 2020*
Page 2
Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

URINARY INCONTINENCE, STRESS (ICD-788.39) (ICD10-N39.3)
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:**
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am; Route: ORAL
TOPIRAMATE 25 MG ORAL TABLET (TOPIRAMATE) one at bed time; Route: ORAL
CYMBALTA 30 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) one in morning; Route: ORAL
HYDROCORTISONE 2.5 % EXTERNAL OINTMENT (HYDROCORTISONE) apply topically twice a day as needed. Do no use any longer than 2 weeks consecutively.; Route: EXTERNAL
COMBIVENT RESPIMAT 20-100 MCG/ACT INHALATION AEROSOL SOLUTION (IPRATROPIUM-ALBUTEROL) 1 puffs four times daily. Replaces atrovent and spiriva; Route: INHALATION
PROAIR HFA ALBUTEROL INH (ALBUTEROL SULFATE) Inhale 2 puffsevery 4-6 hours as needed for shortness of breath/ wheezing.
ACETAMINOPHEN 500 MG ORAL TABLET (ACETAMINOPHEN) 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed 3000 mg/24 hours); Route: ORAL
NEXIUM 20 MG CPDR (ESOMEPRAZOLE MAGNESIUM) TAKE 1 CAPSULE BY MOUTH DAILY
POLYETHYLENE GLYCOL 3350 ORAL POWDER (POLYETHYLENE GLYCOL 3350) 1 cap in 4-8 oz liquid daily or twice daily for constipation.; Route: ORAL
FLUCONAZOLE 150MG TAB (FLUCONAZOLE) Take 1 tablet today, may repeat in 3 days if needed
GUAIFENESIN 200 MG TABS (GUAIFENESIN) Take 2 tablets by mouth three times a day for sinus drainage.
PRAZOSIN 2MG CAP*R (PRAZOSIN HCL) TAKE 1 CAPSULE AT BEDTIME
LORATADINE 10 MG TABS (LORATADINE) TAKE 1 TABLET BY MOUTH EVERY DAY
METHOCARBAMOL 500 MG TABS (METHOCARBAMOL) TAKE 1 OR 2 TABLETS FOUR TIMES A DAY AS NEEDED
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
EPINEPHRINE 0.3MG AUTO-INJ (EPINEPHRINE) Inject as needed
XOLAIR SOLUTION PREFILLED SYRINGE (OMALIZUMAB SOSY) two injections twice monthly
MEDROXYPROGESTERONE ACETATE 10 MG TABS (MEDROXYPROGESTERONE ACETATE) TAKE 1 TABLET EVERY DAY FOR 10 DAYS, THEN STOP.
OLOPATADINE HCL 0.2 % SOLN (OLOPATADINE HCL) Use one drop each eye daily
HYDROCORTISONE 1 % EXTERNAL CREAM (HYDROCORTISONE) apply bid prn; Route: EXTERNAL
HYDROCORTISONE ACETATE 25 MG SUPP (HYDROCORTISONE ACETATE) INSERT 1 suppository per rectally every 8 hours as needed.
LIDOCAINE 5 % PTCH (LIDOCAINE) APPLY 1 TO 3 patches. 12hr on / off 12 - box 25
SM PAIN RELIEVER EX ST 500 MG TABS (ACETAMINOPHEN) Take 1 to 2 tablets every 6-8 hours as needed for pain (not to exceed3000mg/24 hours)
LYRICA 50 MG CAPS (PREGABALIN) TAKE 1 CAPSULE 3 TIMES A DAY
SALINE NASAL SPRAY 0.65 % SOLN (SALINE) Use TID for dry nose; Route: NASAL
DOCUSATE SODIUM 100 MG ORAL CAPSULE (DOCUSATE SODIUM) Take by mouth 1-2 times daily as needed for constipation.; Route: ORAL
DICLOFENAC SOD 75MG TAB*R (DICLOFENAC SODIUM) TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD/MILK
ADVAIR 500/50 DISK (FLUTICASONE-SALMETEROL) Inhale 1 puff into the lungs 2 times daily.
ALBUTEROL SULFATE (2.5 MG/3ML) 0.083% NEBU (ALBUTEROL SULFATE) Administer per nebulizer every 4-6 hours as needed for cough, wheeze, shortness of breath.
MONTELUKAST 10MG TAB*L (MONTELUKAST SODIUM) TAKE 1 TABLET EVERY NIGHT AT BEDTIME
TELMISARTAN 20 MG TABS (TELMISARTAN) TAKE 1 TABLET EVERY DAY

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*December 29, 2020*

Office Visit Psychiatric Service

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

SPIRIVA 18MCG CP HNDIHALR (TIOTROPIUM BROMIDE MONOHYDRATE) Place 1 capsule into inhaler and inhale daily
~~FLUTICASONE 50MCG NS SPRAY (FLUTICASONE PROPIONATE) Use 2 sprays in each nostril daily for 4 days, then wean as directed~~
ACCU-CHEK AVIVA PLUS STRP (GLUCOSE BLOOD) Check blood sugars 2-4 times per day
~~ACCU-CHEK SOFTCLIX LANCETS (LANCETS) Check blood sugar 2-4 times per day~~
~~ZINC GLUCONATE 50 MG TABS (ZINC GLUCONATE) TAKE 1 TABLET BY MOUTH ONCE WEEKLY.~~ MAY TAKE TWICE WEEKLY WITH COLDS
~~VITAMIN D3 1000 IU TAB (CHOLECALCIFEROL) TAKE 2 TABLETS EVERY DAY.~~
VENLAFAXINE ER 75MG CAP (VENLAFAXINE HCL) TAKE 1 CAPSULE BY MOUTH DAILY
COMBIVENT RESPIMAT 20-100 MCG/ACT AERS (IPRATROPIUM-ALBUTEROL) INHALE 1 PUFF BY MOUTH EVERY 4 HOURS AS NEEDED FOR SHORTNESS OF BREATH.

**Allergies:**
* TRAZODONE (Critical)
* SAPHRIS (Critical)
METFORMIN HCL (METFORMIN HCL TABS) (METFORMIN HCL TABS) (Severe)
ERYTHROMYCIN (Moderate)
CODEINE (Moderate)
AUGMENTIN (Moderate)
GABAPENTIN (GABAPENTIN) (Moderate)
TEGRETOL (Moderate)
MELOXICAM (Moderate)

**Patient Health Questionnaire**

**PHQ-2**
**1. Over the last 2 weeks how often have you been bothered by any of the following problems?**
a. Little interest or pleasure in doing things?...**Nearly every day**
b. Feeling down, depressed, irritable, or hopeless?...**Nearly every day**

**Total PHQ-2 Score:** 6

c. Trouble falling asleep, staying asleep, or sleeping too much?...**Nearly every day**
d. Feeling tired, or having little energy?...**Nearly every day**
e. Poor appetite or overeating?...**Nearly every day**
f. Feeling bad about yourself - or feeling that you are a failure, or that you have let yourself or your family down?...**Nearly every day**
g. Trouble concentrating on things such as reading the newspaper or watching television?...**Nearly every day**
h. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you were moving around a lot more than usual?...**More than half the days**
i. Thoughts that you would be better off dead, or of hurting yourself in some way?...**Nearly every day**

**Total PHQ-9 Score:** 26

COPY
CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Serena L Hernandez**
Female DOB: 8 12041 Ins: ForwardHealth Medical

**2: If you are experiencing any of the problems on this form, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?**
...Very difficult

**Columbia Suicide Severity Rating Scale - Screener with Triage Points**

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thoughts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**4) Suicidal Intent(without Specific Plan):**
**Have you had these thoughts and had some intention of acting on them?** Yes

**5) Suicidal Intent(with Specific Plan):**
**Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?** No

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes

**Disposition**
**Action taken:** did some self cutting and burning
**Action taken:** did self cutting and burning in last two weeks

**Medications:**
ABILIFY 10 MG ORAL TABLET (ARIPIPRAZOLE) one po q am #30[Tablet] x 2
Route: ORAL
Entered and Authorized by: Yogesh C Pareek MD
Electronically signed by: Yogesh C Pareek MD on 12/22/2020
Method used: Electronically to
ONEIDA HLTH CTR PHARMACY* (retail)
525 AIRPORT ROAD
ONEIDA, WI 54155
Ph: (920) 869-4826
Fax: (920) 869-1765
Note to Pharmacy: Route: ORAL
RxID: 1924272919826040

COPY

CONFIDENTIAL

**Psychiatric Medication Check Progress Note**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883



**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**Previous Session No.**
2 (06/21/2016 12:25:48 PM)
**Session:** 2

**SUBJECTIVE:** depressed

**OBJECTIVE:** patoent seen onTeams
she is feeling depressed
sasys she is chronically suicidal but denies plan of self harm
says meds not working
still used cocaine but now twice a week instead of daily
discussed rehab but she thinks its med issue not cocaine issue
i discussed it may be true but cocaine also cause depression and adding medication is not goign to work if she cont to use cocaine

**ASSESSMENT:** depresion, PTSD
cocaine addition

**PLAN:** add abilify 10 qam
recommend to talk to counselor for rehab
RTC 8 weeks
cont cymbalta

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Yogesh C Pareek MD
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Yogesh C Pareek MD on 12/22/2020 at 4:27 PM**

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3683



**Serena L Hernandez**
Female DOB

Ins: ForwardHealth Medical

**12/21/2020 - BH Progress Notes: BH No Show Note**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

**Reason for Note:** Patient No Showed
Patient No Showed: 12/21/2020
Addilonal Comments: Writer waited 15 minutes in scheduled video session (Teams) held due to COVID 19 restrictions/precautions. Client did not attend. As a note, writer sent a reminder email invite early this morning.

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 12/21/2020 at 12:47 PM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*December 29, 2020*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/14/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 13

**SUBJECTIVE:** Held session by video (Teams) due to COV-ID-19 restrictions/precautions. Client confirmed that she was in a confidential location. Serena reported a "big fight" wth her boyfriend and talked about it extensively. She stated she loves him deeply but a couple shouldn't be together if they fight so much. His cousin lives downstairs and she stated she is a person who instigates the fights. The cousin is moving out at the end of the month. Serena did not attend the video session with Dr. Pareek on Friday, had the time wrong. She rescheduled to 12/18. Serena stated "I want to go into Bellin. Probably tomorrow." She talked about needing to learn how to deal with "stress". She offered that she completed the paperwork for rent assistance.

**OBJECTIVE:** Client was talkative, anxious. She admitted to suicidal thoughts and stated she has had no plans or attempts since the last session. She did not meet criteria for a higher level of care today although writer supports a voluntary admission to Bellin to assess her medication and symptoms.

**ASSESSMENT:** Serena is triggered to deeper depression and impulsive thoughts when she fights with her boyfriend. Writer continued to stress a focus on safety and meeting with Dr. Pareek and/or Bellin to assess her medication.

**PLAN:** She stated she would attend her appointment with Dr. Pareek on 12/18/20 and agreed that she would attend a 30 minute session with writer on 12/21/20 and notify writer if she seeks admission to Bellin.

## Columbia Suicide Severity Rating Scale - Screener

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?** Yes
**How long ago did you do any of these?** Between 1 week and one year ago?

**Disposition**
**Routine - Action taken:** Scheduled with Clinical Provider

CONFIDENTIAL

COPY

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Cocaine use disorder - moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder - Moderate (DSM 5 304.30) (ICD10-F12.20),
Adjustment disorder with mixed anxiety and depressed mood (ICD10-F43.23),
Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II.5

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 12/16/2020 at 8:46 AM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax (920) 490-3883

*December 29, 2020*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**12/09/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 11

**SUBJECTIVE:** Held session by video (Teams) due to COV-ID 19 restrictions/precautions. Client confirmed that she was in a confidential location. Session scheduled as an emergency session. Serena stated "I am feeling way better." She found the Hydroxyzone prescription that was prescribed during her last Bellin stay. She took one yesterday afternoon and it helped her sleep deeply, calm down. "It cut my anxiety in half." She admitted that she hears her own voice telling her to "end it." She has responsibilities to attend to including her winter gift card pickup, completing an Economic Support application for assistance. "I'm really poor. I was fired from job." She was bit by her cat, her hand is swollen, she is taking anti-biotics. She was given a few Percosets and broke out in hives. Things with her boyfriend are ok "for now." Serena is having terrible nightmares from her stepdad molesting her and isn't sure where she put the Prazosin prescribed. Serena reported that she and her boyfriend are not drinking or using drugs. "It doesn't help."

**OBJECTIVE:** Writer assessed for SI/HI. Serena continues to have frequent, daily thoughts to harm herself. She firmly denied any plans, stated she is feeling better today. She described her own voice tells her to die, "end it." She cut and burnt her arm last weekend. Her boyfriend is staying with her 24/7 and is keeping her medication until she needs to take a dose so she won't overdose. She did not meet criteria for a higher level today.

Writer emailed the BIA COV-ID General Assistance flyer and encouraged Serena to ask for the grant application when she speaks with Economic Support.

**ASSESSMENT:** Serena was open and pleasant. She is worried that she is schizophrenic, writer stated that her past trauma and depression, anxiety can display symptoms and that is important to share this information with Dr. Pareek and Bellin so that they can help her.

**PLAN:** Serena stated she will seek admission to Bellin Psychiatric Center if she feels that her thoughts are increasing to a plan or more severe. She stated she would attend her appointment with Dr. Pareek on 12/11/20 and agreed that she would attend a 30 minute session with writer on 12/14/20 and notify writer if she seeks admission to Bellin.

As a note, Serena reported that she completed her residency proof for Purchased Referred Care while at OCHC yesterday.

C O P Y

CONFIDENTIAL

**Columbia Suicide Severity Rating Scale - Screener**

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thoughts with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes
**How long ago did you do any of these?** One week ago or less?

**Disposition**
**Routine - Action taken:** Scheduled with Clinical Provider Susan Exworthy MSW LCSW CSAC.

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Cocaine use disorder - moderate (DSM 5 304.20) (ICD10-F14.20),
Cannabis use disorder - Moderate (DSM 5 304.30) (ICD10-F12.20),
Adjustment disorder with mixed anxiety and depressed mood (ICD10-F43.23)
**Results of LOCI:** Level I .5

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

COPY

CONFIDENTIAL

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 12/09/2020 at 1:41 PM**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Electronically signed by Joanne Torres MA LPC CSAC ICS on 12/09/2020 at 2:55 PM**
**Electronically signed by Yogesh C Pareek MD on 12/11/2020 at 1:46 PM**

COPY

CONFIDENTIAL

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3863

*December 29, 2020*
Page 1
BH Progress Notes

**Serena L Hernandez**
Female DOB: 12041 Ins: ForwardHealth Medical

**11/24/2020 - BH Progress Notes: Individual Session-MH BY VIDEO**
**Provider: Susan M Exworthy MSW LCSW CSAC**
**Location of Care: Oneida Behavioral Health Services**
**This document contains confidential information**

## BH Mental Health Progress Note

**Session:** 10

**SUBJECTIVE:** Held session by video (Teams) due to COV-ID 19 restrictions/precautions. Client confirmed that she was in a confidential location. Writer is meeting with client on behalf of Marybeth King who is out of the office. Serena reported that she was in Bellin inpatient from 11/5/20 to 11/13/20. She ended her relationship with Phil, who left last night. She hasn't slept much, worried he is going to come back. She talked about his addiction and how he is not good for her. Bellin was very helpful, they offered her a new medication which she didn't accept. Zyprexa has been a bad experience for her and she won't try that again. Serena wants to try DBT group with Lynn Metoxen again, the afternoon gropu. Writer supported that as a good idea. She did not care for Discovery group; "the counselors did all the talking." Her boyfriend wouldn't "follow me into recovery. I want recovery." She asked about going to an inpatient program. Writer offered several examples and she stated Casa Clare sounded like the one she would consider. Serena shared the many things that are on her mind, writer suggested to focus on her depression and safety, focus on herself for now, that the other things can be talked about after she has stabilized her depression.

**OBJECTIVE:** Client was anxious, depressed, talkative. She admitted to having a few drinks last night and then consuming an unknown amount of Benadryl. She denied wanting to harm herself during the session however she stated that she feels like she could be suicidal later, that Bellin is where she wants to be. Writer assessed her for SI/HI, agrees that a voluntary admission to Bellin for safety and for evaluation of her depression medication effectiveness is a good plan. Writer offered to call Dr. Pareek as he is working today and Serena stated she wanted to go to Bellin for medication help. Writer sent Serena an email with contact phone numbers for writer and Triage.

**ASSESSMENT:** Serena appeared overwhelmed and her thought process was racing and scattered. She responded well to focusing on safety and finding a solution to getting her depression under control. Writer provided solution focused, empathetic interactions.

**PLAN:** Henry from Triage will contact Bellin Psychiatric Center re: client wanting to be voluntarily admitted. Client agreed to work with Triage and communicate when contacted by them.

Client has an appointment scheduled with Dr. Pareek for 12/11/20 at 2 pm.

She provided a new phone number 391-8155.

COPY

CONFIDENTIAL

**Columbia Suicide Severity Rating Scale - Screener**

**1) Wish to be Dead:**
**Have you wished you were dead or wished you could go to sleep and not wake up?** Yes

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.

**Oneida Behavioral Health Services**
P.O. Box 365 Oneida, WI 54155
(920) 490-3790 Fax: (920) 490-3883

*December 29, 2020*
Page 2
BH Progress Notes

**Serena L Hernandez**
Female DOB: 2/ 1 8 12041 Ins: ForwardHealth Medical

**2) Suicidal Thoughts:**
**Have you actually had any thoughts of killing yourself?** Yes

**3) Suicidal Thougths with Method (without Specific Plan or Intent to Act)**
**Have you been thinking about how you might do this?** Yes

**6) Suicide Behavior Question:**
**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**
Yes
**How long ago did you do any of these?** Between 1 week and one year ago?

**Current assessment of Homicide Risk:**
Ideation: No Intent: No Plan: No

**Mental Health Current Problem(s):**

Posttraumatic Stress Disorder (DSM5 309.81) (ICD10-F43.10),
Generalized Anxiety Disorder (DSM5 300.02) (ICD10-F41.1)
**Results of LOCI:** Level II 5

**Treatment Recommendations:**
DBT group

**Psychological First Aid**

**Age:** 52 Years Old
**Cell Phone#:** (920) 391-8155
**Gender:** Female

**Referral Information**
**Contact Person:** Susan M Exworthy MSW LCSW CSAC
**Contact Type:**
**Contact:** MaryBeth

**Eligibility Status**
**Tribal Affiliation:** Oneida Tribe of the Indians **Enrollment#:** 14430

CONFIDENTIAL

COPY

**Electronically signed by Susan M Exworthy MSW LCSW CSAC on 11/24/2020 at 4:52 PM**

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information for disclosure to a third party will not be provided without your written authorization.



**Electronically signed by Yogesh C Pareek MD on 11/24/2020 at 4:53 PM**
**Electronically signed by Joanne Torres MA LPC CSAC ICS on 11/25/2020 at 7:25 AM**

COPY

CONFIDENTIAL

5220201229026170

Lincoln/Hernandez 888

**Oneida Comprehensive Health Division**
Oneida Community Health Center
Behavioral Health Services
Anna John Resident Centered Care Community
Employee Health Nursing

ONEIDA

# FAX SHEET

**TO: Sedgwick** **ATTN: N/A**

**FAX#: (859) 280-2880** **DATE: 12/29/20**

**PERSON SENDING FAX: Jalanna-Behavioral Health** **#OF PAGES: 6**
**(INLCUDING COVER SHEET)**

**SUBJECT: S. Hernandez-D.O.B.**

**COMMENTS: Sending requested questionairre (second attempt)**

**IF YOU ARE FAXING ANY RECORDS BACK TO OUR FACILITY, PLEASE FAX THE INFORMATION TO 920-490-3883. THANK YOU☺**

**DISCLAIMER:**

The information contained in this facsimile message is intended for the sole confidential use of the designated recipients and may contain confidential information. If you have received this information in error, any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail or if electronic, reroute back to the sender. Thank you.

If you do not receive all pages, please call the sender at the above number.

Oneida Comprehensive Health Division will be implementing secure messaging beginning June 15, 2016. In order for us to be successful we need your help with obtaining all of your provider secure message email addresses. Please provide us with a list of direct address and sent to myhealthhelp@oneidanation.org or by including it in your release of information fax.

Mailing Address: P.O. Box 365, Oneida, WI 54155
https://oneida-nsn.gov/resources/health/

| | | | |
|---|---|---|---|
| Oneida Community Health Center | 525 Airport Rd., Oneida, WI 54155 | Phone: (920) 869-2711 or 1-866-869-2711 | Fax: (920) 869-1780 |
| Behavioral Health Services | 2640 West Point Rd., Green Bay, WI 54304 | Phone: (920) 490-3790 or 1-888-490-2457 | Fax: (920) 490-3883 |
| Anna John Resident Centered Care Community | 2901 S. Overland Rd., Oneida, WI 54155 | Phone: (920) 869-2797 | Fax: (920) 869-3238 |
| Employee Health Nursing | 701 Packerland Dr., Green Bay, WI 54303 | Phone: (920) 405-4492 | Fax: (920) 405-4494 |

* ROI *

ONEIDA BEHAVIORAL HEALTH S... 
Alcohol, Tobacco and Other Drug Abuse and Mental Health Services
*Mailing*- PO Box 365 Oneida WI, 54155 / *Physical*- 2640 West Point Road Green Bay, WI 54304
Main: (920) 490-3790 FAX: (920) 490-3883

ONEIDA
A good mind. A good heart. A strong fire.

**AUTHORIZATION FOR EXCHANGE OF PROTECTED HEALTH INFORMATION (PHI) MR#** 12041-MBK

| PATIENT INFORMATION: | LAST NAME Hernandez | FIRST NAME Serena | D.O.B. | PHONE NUMBER |
|---|---|---|---|---|

**PURPOSE OF DISCLOSURE: Choose all that apply**

| | | | | |
|---|---|---|---|---|
| _Continuation of Care | _Legal | _Personal | X Insurance Eligibility/Benefits Sedgwick Leave | X Verbal/Phone Communication AND Records |
| _Veteran/Military | | | X Other(Please specify): short term and (possible) long term disability paperwork | |

*I voluntarily authorize and request disclosure of this health information (including oral, paper, and electronic interchange). I have the right to refuse to sign this form. OBH will not condition treatment, payment, enrollment or eligibility in a health care plan based on my decision to sign this disclosure. If I voluntarily refuse to sign this form, the information may NOT be released. A photocopy or facsimile (fax) of this Disclosure Form is as valid as the original.

**INFORMATION IS DISCLOSED BY:** **INFORMATION IS: (choose one)** X **EXCHANGED WITH OR** __ **DISCLOSED TO**

| Name/Facility | | | | Name/Facility | | | |
|---|---|---|---|---|---|---|---|
| Oneida Behavioral Health | | | | Sedgwick | | | |
| Address 2640 W. Point Rd. | City Green Bay | State WI | Zip Code 54304 | Address Charter Disability & Leave Center | City | State | Zip Code |
| Phone #: (920) 490-3790 | Fax #: (920) 490-3883 | | | Phone #: 877-892-6707 | Fax #: 859-280-2880 | | |

____ **WRITTEN REVOCATION:** Signature of Patient ____ Date ____
____ **VERBAL REVOCATION:** Communicated to Staff Member (PRINT NAME): ____ Date ____

* Federal and Wisconsin Confidentiality laws protect this information. Such laws prohibit the re-disclosure of such information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by such laws.
*I understand that the information disclosed may potentially be re-disclosed by the recipient and may no longer be protected by the Federal Privacy and Confidentiality rules.
*I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so by submitting my revocation in writing to the Oneida Behavioral Health Medical Records Department. My revocation will not apply to confidential information that has already been released in response to this or another Disclosure form.

**TYPE OF PATIENT INFORMATION BEING DISCLOSED:** Check all that apply **TIMEFRAME: FROM**____ **TO**____

| | | | | |
|---|---|---|---|---|
| __ATODA and/or MENTAL HEALTH Assessment/Evaluation which may include HIV information | | | X ATODA and/or MENTAL HEALTH Treatment Plan | |
| X Psychiatric History and Evaluation | | | __Psychological Reports | X Diagnosis/Prognosis |
| X MENTAL HEALTH Progress Notes office visits | __ATODA Staffing Notes | | __ATODA and/or MENTAL HEALTH Discharge Summary which may include HIV information | |
| __Case Management Logs | X Recommendations | __Psycho Social History | __Legal History/Status | X Other (Please Specify): medication information |
| __Psychotherapy Notes **(If this is checked then this Release can only be used for this purpose. A separate form must be used for the disclosure of any other information).** | | | | |

**AUTHORIZED PERSON TO PICK UP OTHER THAN NAME LISTED ABOVE**

| Last Name | First Name | Relationship to Patient |
|---|---|---|
| | | |

**INFORMATION WILL BE RELEASED BY:**
X Fax __U.S. Mail __Pick-Up
***I authorize the use of a facsimile (fax) machine in disclosing this information.**

* All Oneida Behavioral Health employees and attending physicians are released from legal responsibility or liability for the release of information as indicated on this form. If I have questions about the disclosure of my health information, I can contact Dave Larson, Privacy Official, at (920) 869-2711.
* All of Oneida Behavioral Health Services respect the patient's right to privacy of confidential medical information. I have had an opportunity to review and understand the content of this Disclosure form. I understand that I may inspect or receive a copy of the information to be used or disclosed.

**EXPIRATION DATE:** This Authorization is good until the following date or event: 9-11-2022, if no date is listed, this authorization will expire in ONE YEAR FROM the date signed below.

In accordance with the conditions listed above, I understand the disclosure of my/the above person's patient health information.

Signature [signature] Date 9-11-2020

__Parent/Legal Representative: I declare that I am the above named minor child's parent and I represent I have not been denied access to this child by a court of law and/or denied periods of physical placement with the child.
__Legal Guardian (Proof of Guardianship Received) ___Other (Please specify): ____
Witness ____ Date ____ Relationship ____

**FOR OBH USE ONLY**
☐ Date Faxed On: ___/___/___ ☐ Date Mailed-Out: ___/___/___ Date Picked-up: ___/___/___
ID Verified With: ☐ Driver's License ☐ Tribal ID ☐ Other(Please specify): ____

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of Behavioral Health or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. * Provision of research-related treatment or treatment that is for the sole purpose of creating health information to a third party will not be provided without your written authorization.

Hei nandez, Serena
DOB
ROI active (signed 09-11-2020)
Claim # 30205957295-000

Employee Name:Serena L. Hernandez
Claim Number:30205957295-0001

CONCURRENT DISABILITY AND LEAVE STATEMENT OF INCAPACITY/ATTENDING PHYSICIAN STATEMENT

Behavioral Health

To Be Completed by Physician (Please Type or Print)

Charter Disability and Leave Service Center,
P.O. Box 14667
Lexington, KY 40512-4667
Telephone: (877) 892-6707 Facsimile: (859) 280-2880
Email: CharterDocuments@[illegible]

Medical Due Date: 09/08/2020

Patient's Name: Serena L. Hernandez Date of Birth: 02/12/1968

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐
   If yes, estimate the beginning and ending dates for the period of incapacity: 08/31/2020 – current, last saw MD 12/22/2020 and next eval 02-16-21 with Dr Y Pareek
2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☐
   If yes, dates of admission: Bellin Hospital 8/17/2020 – 8/26/2020
3. Date(s) you treated the patient for condition: 09-13-2019, 01-10-2020, 03-20-2020, 09-08-2020, 10-30-2020, 12/22/2020
4. When is the patient's next office visit? ~~12/14/2020~~ 02-16-2021 with Dr Y Pareek, counseling appointments 01-06-2021
5. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐
6. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date:
7. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐
   If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions) unable to manage current work duties and stressors due to exacerbation of mental health symptoms which include chronic suicide ideation
8. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment): DO NOT INCLUDE DIAGNOSIS IF PATIENT IS IN CA OR CT: depression, anxiety, trauma symptoms, insomnia, affect and mood instability
   working on recovery on outpatient basis, MD had recommended inpatient rehab treatment as potential option

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

The patient's current disability plan requires that medical information indicate an inability to perform the essential duties of his/her own job.

Patient's occupation:

Have you recommended to your patient to stay home from work? ☒ Yes ☐ No If yes, effective what date? continue leave, retractive to 8/31/2020

Please provide your rationale for recommending the patient stay home from work PHQ 9 Score = 26 Medication adjustment(s) done 12/22/2020 may take up to 4-6 weeks for full therapeutic effect.

Can your patient return to work with accommodations? ☐ Yes ☒ No If Yes, effective what date?

Please describe accommodations:

Your patient will be released to work full duty on: to be determined; seeing MD

**Please support your opinion with the following information:** 02-16-2021, counselor 1/06/21

**(Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant)**

**DIAGNOSIS**

| | | |
|---|---|---|
| Primary: | ICD Code: F43.10 | Description: PTSD |
| Secondary: | ICD Code: F41.9 | Description: Anxiety disorder |
| | ICD Code: F33.2 | Description: major depressive disorder |
| | F14.20 | Cocaine use disorder |
| | F12.20 | Cannabis use disorder |

* Please attach office notes from
* 12/22/2020 med check | Dr Pareek
* 12/14/2020 Mental Health Counseling | Sue E
* 12/09/2020 Mental Heath Counse with Sue E



* ... 12/21/2020 *

**Employee Name:** Serena L. Hernandez
**Claim Number:** 30205957295-0001

## COGNITIVE FUNCTIONING EVALUATION

Applied focus and concentration in session for periods of:
☐ 30 to 50 minutes ☐ 15 to 30 minutes ☐ 5 to 10 minutes ☐ less than 5 minutes

Expressed his/her current circumstances and responded to direct questions appropriately: ☐ Yes ☐ No

If No, was redirection needed? ☐ Yes ☐ No Please describe:

Reasoning and/or Judgment: ☐ Within normal limits ☒ Impaired If impaired, please describe: Decreased frustration tolerance, reduced ability to modulate emotions/affect symptoms cause encumberness (ability to process feelings. 12/22/2020 medication adjustment was done to ↓ mental health symptoms and improve ability to meet employment duties

Delusional ideations evident: ☐ Yes ☒ No If yes, please describe:

Hallucinations reported: ☐ Yes ☒ No If yes, please describe:

Memory functions: Four (4) unrelated words after five (5) minutes: ______ Other testing results:

Able to perform five operations of serial 7's or 3's: ☐ Yes ☐ No Exam findings:

Able to follow direction and verbalize directions given during exam? ☐ Yes ☐ No If no, please describe:

Able to read a narrative paragraph from a magazine or newspaper and report the main concept/idea of the passage: ☐ Yes ☐ No

## EMOTIONAL FUNCTION AND BEHAVIORAL OBSERVATIONS

Date of last exam: 12/22/2020 Behavior(s) and emotional state observed during exam: tearful, irritability, self-report of self-injury in last month

Able to spontaneously compose her/himself: ☒ Yes ☒ No If no, please explain: variable, often needs support & redirection

Psychomotor activity and ability to apply effort: ☒ Unremarkable ☐ Impaired If impaired, describe:

Presented with appropriate dress and hygiene in session: ☒ Yes ☐ No If no, please describe:

Impulse control: ☐ Physical abusive behavior ☐ Verbal abusive behavior ☒ Substance abuse/addiction ☐ alcohol abuse/addiction ☐ Manic Behavior

Speech: ☐ Slurred ☐ Pressured ☐ Stammering ☐ Loud ☐ Soft ☐ Over Productive ☐ Under Productive

☐ Other (please describe): working on recovery to abstain from cocaine, THC, all mood altering substance

Risk to (self)/others: non suicidal self-injury behaviors

**SUICIDAL IDEATIONS** ☒ Yes ☐ No Plan reported: ☒ Yes ☐ No If yes, please explain: chronic

**HOMICIDAL IDEATIONS** ☐ Yes ☒ No Plan reported: ☐ Yes ☐ No If yes, please explain:

Able to report reasons for not harming self/others: ☒ Yes ☐ No If no, please explain: has safety plan in place

Contracted for safety: ☒ Yes ☐ No If no, please explain:

see MD 12/22/2020 note

pt reports chronic safety (suicide ideation) concern, 12/22/2020 MD note states pt would agree to not act on the chronic thoughts. Safety plan completed by patient and counselor

## PATIENT SELF REPORT OF ACTIVITIES OF DAILY LIVING

Is the patient currently performing any of the following?: ☐ Volunteer work ☐ Works at a lesser demanding job ☐ Attending school ☒ No work activities in any capacity ☐ Self-employment

Has the patient conceptualized the following areas as barriers in returning to work:
☐ Increase in work demands ☒ Conflicts with supervisor (potential) ☐ Anticipation of relapse
☐ Recent unfavorable work evaluation ☐ Dissatisfaction with the job ☐ Other (please specify)

Has the patient expressed or are you aware that she/he is experiencing any psychosocial stressors? ☒ Yes ☐ No If yes, please describe: relationship issues. If returns to work before achieves stabilization may decompensate

Significant weight changes: ☐ Yes ☒ No Current weight: ______ Previous weight: ______ Date of previous weight:

Significant appetite changes: ☐ Yes ☒ No If yes, please describe:

Significant sleep disturbance: ☒ wakes more than twice per night ☐ sleeps less 4 hours or less ☐ sleeps 12 hours or more

Are any of the above weight, appetite, or sleep disturbances related to medication side effects? ☐ Yes ☒ No If yes, please describe:

Panic attacks: ☐ Yes ☐ No Please specify below:
- Frequency of panic attacks: Anxiety ↑ chance of lability of mood/affect
- Duration of panic attacks: Variable
- Symptoms experienced during panic attacks: c/o inability to cope, problem solve

Socialization problems: ☒ Yes ☐ No If yes, please describe:

Is patient able to: Clean/maintain residence: ☐ Yes ☐ No Perform routine shopping: ☐ Yes ☐ No Pay bills: ☐ Yes ☐ No

Operate motor vehicle: ☐ Yes ☐ No If no to any of these, please explain:

pt self recognizes ↑ irritability which could impede socialization

3 of 3

Hernandez, Serena

DOB

Employee Name: Serena L. Hernandez
Claim Number: 90205957295-0001

**TREATMENT**

Date initiated care: 05-04-2018 c Dr Y Pareek
Inpatient care: Date(s) of hospitalization: 8/17-2020 - 8/26/2020 Partial hospitalization programs: Date(s) of care:
Intensive outpatient (IOP): Start date: End date:
Days per weeks: Hours per day:
Outpatient psychotherapy. Frequency: Date of next visit:
Medication management: Frequency: Date of next visit:
Current medications/changes in medication-list all medications and identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Medication | Date prescribed | Adjusted Medication | Date Adjusted |
|---|---|---|---|---|---|---|---|
| Duloxetine | 90mg | daily | | Yes ☐ No ☒ | | Yes ☐ No ☐ | |
| 12-22-2020 Abilify | 10mg | once daily | | Yes ☒ No ☐ | | Yes ☐ No ☐ | |
| | | | | Yes ☐ No ☐ | | Yes ☐ No ☐ | |

Medication side effects: ☐ Yes ☒ No If yes, please describe:

Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.

Patients has been receiving services since 1993 for these chronic mental health conditions ~~with various MDs and~~ counselors

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Telephone Number: 920-940-3790 Physician/Provider Printed Name: Yogesh Pareek MD
Fax Number: 920-940-3883 Physician/Provider Specialty: Psychiatry
Date Completed: Physician/Provider Signature: X [signature]

Office notes to be included from 12/22/2020 Dr Pareek appointment and Sue Exworthy counselor notes of 12/14/2020 and 12/09/2020

**VOLUNTARY AUTHORIZATION FOR RELEASE OF INFORMATION (ROI)**

**Note:** This authorization is designed to comply with HIPAA and relates to information necessary to administer coverage, benefits and services made available to you by your Employer. You are not required to sign this authorization, but if you do not, the individuals and entities who administer the coverage and services may not be able to process your request for coverage, benefits or services.

Employee Name: Serena L. Hernandez
Claim #: 30205957295-0001 Employer Name: Charter Communications
Last Day Worked: 08/13/2020 Disability Begin Date: 08/16/2020

I authorize any health plan, physician, health care professional, medical practitioner, hospital, clinic, laboratory, pharmacy, medical or medically related facility, or other health care provider that has information about my health, health history, or insurance claims or benefits that relate to my health condition or disability status to provide access to or copies of this information to any individual or entity who administers absence, disability or return-to-work coverage, insurance, benefits or services on behalf of my Employer, including but not limited to Sedgwick Claims Management Services, Inc. (Sedgwick) or Liberty Life Assurance Company of Boston. Information about my health may relate to any disorder or the immune system including but not limited to HIV and AIDS; use of drugs or alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information obtained with this authorization will be used for evaluating and administering my request for absence, disability or return-to-work coverage, insurance, benefits or services offered by my Employer, including requests for reasonable accommodation(s), workers' compensation and/or disability benefits; or other leave. I understand that information disclosed under this authorization is subject to re-disclosure and may no longer be protected by certain federal regulations governing the privacy of health information, such as HIPAA, though it may continue to be protected by other applicable privacy laws and regulations.

For any claim for insurance benefits, this authorization is valid for the shorter of 24 months or the duration of my claim. For all other permitted disclosures, this authorization is valid for 12 months from the date below. I am entitled to a copy of this authorization and a photographic or electronic copy of it is as valid as the original. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

**I understand that I do not have to give this authorization.** If I choose not to give the authorization – or if I later revoke it – I understand that Sedgwick and/or Liberty Life Assurance of Boston may not be able to evaluate or administer my request for coverage, benefits or services and that my request for any such coverage benefits or services may be delayed or denied as a result.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS**

I may revoke this authorization at any time before its expiration date by notifying Sedgwick at (PO Box 14667, Lexington, KY 40512-4667) and/Liberty Life Assurance of Boston at (P.O. Box 7207, London, KY 40742-7207) in writing but, the revocation will not have any effect on any actions the party took before it received the revocation.

Employee's Signature Date Signed

Signature of Personal Representative who has the authority to Behalf of the Employee

Name of Personal Representative who has authority to Sign on Behalf of the Employee (Please attach copy of document conferring authority).

attached ROI pt
Signed Sept 2020 at
OBH medical records

5820180208008858

**Confidential**

Instructions
HR: Complete template by deleting or overwriting each section description and including specific information regarding the job. Scan completed documents and email to TWCADA@sedgwick.com

# ADA - JOB DESCRIPTION AND ESSENTIAL FUNCTIONS

| | | | | | |
|---|---|---|---|---|---|
| **PSID#:** (HR Use Only) | egrey | **EID#:** | 1530763 | **Date:** | 3/29/2017 |
| **Employee Name:** | | **Supervisor:** | | | |
| **Position Title:** | Customer Relations Coordinator | **Job Code:** | CBI180 | | |
| **FLSA Status:** | Non-Exempt | **Supervises:** | No | | |
| **Line of Business:** | Customer Operations | **Prepared by:** | Phillip Villa | | |

**Essential Job Function(s)** must meet at least one of the following criteria:

1. The reason the position exists is to perform this duty. Removing this function would fundamentally change this position.
2. A limited number of employees are available to do the function.
3. The person must have expertise to perform this duty.

**Position Summary:**

Provides basic customer support related to Charter services, including handling billing inquiries and payments. Employees in this role are responsible for establishing and maintaining professional and positive relationships with customers on behalf of Charter and ensuring issues are addressed consistently with company policies and practices. Works under general supervision.

**Essential Duties and Responsibilities:** _80_____%

Answer phones calls to talk with customers and use the computer to look up and enter information.

Process customer orders in a courteous, efficient and timely manner.

Effectively present and discuss Charter products and services.

Convey an image of quality, integrity and superior understanding regarding services.

Manage customer interactions professionally and efficiently.

Effectively address customer questions, complaints and concerns within the scope of responsibility.

Remain current and knowledgeable on every aspect of supported product.

Facilitate customer issue escalations to local management/support as required. Determine necessity for field visits.

Accurately document customer account records based on actions taken.

Time Warner Cable

| **Other Duties and Responsibilities:** | __20_____% |
|---|---|
| Fulfill work schedules as required.<br><br>Participate in quality coaching sessions to ensure efficient and effective interactions with customers.<br><br>Keep supervisor informed of any work-related concerns. | |
| **Job Related Qualification Standards:** | |
| *Ability to read, write, speak and understand English*<br>Ability to handle multiple tasks<br>Strong organization and time management skills<br>Excellent interpersonal skills<br>Proficiency with PCs, Microsoft Office Suite and general intranet navigation<br>Previous customer service representative experience | |

| Equipment Use and Frequency | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Telephone | | | | X |
| Computer | | | | X |
| Copier | X | | | |
| Fax Machine | X | | | |
| Use of Vibrating Machinery | X | | | |
| Operate Machinery | X | | | |
| Keyboard Right Hand | | | | X |
| Keyboard Left Hand | | | | X |
| Mouse | | | | X |
| Other (please add): | | | | |
| | | | | |
| | | | | |

| Physical Demands | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Bending/Stooping/Crouching | | X | | |
| Lifting up to ___5___ lbs ( min) | | X | | |
| Lifting up to ___25___ lbs (max) | X | | | |
| Performing Manual Tasks | X | | | |
| Reaching at Shoulder Level | | X | | |
| Reaching Above Shoulder Level | | X | | |
| Reading | | | | X |
| Seeing | | | | X |
| Sitting | | | | X |
| Speaking | | | | X |
| Standing | | | X | |
| Walking | | X | | |
| Pulling | | | X | |
| Driving (for work) | X | | | |
| Push/Pulling | | | X | |
| Typing | | | | X |
| Kneeling | | X | | |
| Climbing Ladders | X | | | |
| Climbing Poles | X | | | |
| Climbing Stairs | X | | | |

| Physical Demands | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Crawling | X | | | |
| Flexing/Extending Neck | | | | X |
| (listed in first line) | | | | |
| Twisting Upper Body | | X | | |
| Walking on Uneven Ground | | X | | |
| Balancing | | X | | |
| Using Hands Repetitively | | X | | |
| Hand Use: Power Grasping/Gripping/Turning | | X | | |
| Other: (please add) | | | | |
| | | | | |
| | | | | |

| Mental Demands | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Problem Solving | | | | X |
| Decision Making | | | | X |
| Supervising | X | | | |
| Interpreting Data | | | | X |
| Organizing | | | | X |
| Writing | | X | | |
| Planning | | | X | |
| Concentrating | | | | X |
| Other: (please add) | | | | |
| | | | | |
| | | | | |

| Working Conditions | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Indoor | | | | X |
| Outdoor | X | | | |
| Hot Temperatures | X | | | |
| Cold Temperatures | X | | | |
| Loud Noise | X | | | |
| Fumes | X | | | |
| Exposure to VDT Screens | X | | | |
| Working at Heights | X | | | |

| Working Conditions | Never | Rarely (1-15%) | Occasionally (16-45%) | Frequently (46-100%) |
|---|---|---|---|---|
| Other: (please add) | X | | | |
| | | | | |
| | | | | |

Management reserves the right to add or change job duties and requirements at any time.

The above information has been designed to indicate the general nature and level of work performed by employees within this classification. It is not designed to contain, or be interpreted as, a comprehensive inventory of all duties, responsibilities and qualifications required of employees assigned to this job.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00006155 LFPE6SD1 00001862

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001658

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ______

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**



PAGE 10/13 * RCVD AT 4/9/2021 5:03:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:8773536412 * CSID: * ANI:9204944500 * DURATION (mm-ss):04-46

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall



EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Charter Communications, Inc.

00000155 LFPE6SD1 00001855

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 45 min stand 5 min walk 2 min

How many hours a day do you:
sit 6 hours stand 15 min walk 15 min

Do you take a nap during the day?
Yes X No ______

If Yes, for how long? 2 hours At what time of the day? 4 PM

How many hours a day do you spend in bed? 8 hours

Do you require any assistive devices such as a:
cane No walker Sometimes crutches NO wheelchair NO other NO

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?
Yes ______ No X

If No, please explain: Revolked.

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Telephone

Do you have children?
Yes X No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? once daily
On the weekends? once daily

How often do you run errands? once weekly

Please describe what errands you most commonly run: Grocery Store + houshold Supplies

00000155 LFPE6SD1 00001856

How often do you get outdoors? once daily

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No ____ No garden

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours No Computer

How much time is spent weekly on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: No home Computer

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: None - N/A

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself | electronic cart |
| Carrying groceries into the house | friend | yes |
| Cooking meals | myself | NO |
| Cleaning after meals | friend | yes |
| Cleaning bathrooms | friend | yes |
| Vacuuming | friend | yes |
| Doing the laundry | friend | yes |
| Opening and responding to mail | friend | yes |
| Managing your finances | friend | yes |
| Balancing your checkbook | No checkbook | N/A |
| Bathing yourself | myself | No - Bathes every 3 days |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | myself | NO - takes some time to do |

Have you been confined to a hospital within the last 12 months? Yes X No ____

If Yes, please provide reason and hospital contact Information: Suicidal IDeation
twice @ Bellin Psychiatric Center
301 E Joseph St
Green Bay, WI 54301 920-433-3630

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001861

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Serena Hernandez **CLAIM #:** 10970673
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Hernandez, Serena Lynn | | | |
| Street Address | City | State | Zip Code |
| | | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | | Divorced | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |
| | | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Todd Otpadovec SR Relationship to you? Brother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ 0 | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ 0 | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ 0 | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ 0 | 09/2020 | 02/28/21 | 08/2020 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ 0 | | | |
| ☐ | ☒ | Workers' Compensation | $ 0 | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ 0 | | | |
| ☒ | ☐ | Other income/money/benefit (describe) tribal | $ 600 for Rent | 4/1/2021 | | 03/2021 |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Serena Lynn Hernandez

**DATE:** 04-09-2021 **EMPLOYEE'S SIGNATURE:** Serena Hernandez

DP 409

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

YOUR SPOUSE: N/A | YOUR DOMESTIC PARTNER: N/A

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN:** List ALL children. Use reverse side if necessary. Children are independant adults

| | |
|---|---|
| **Name:** Mathias Pickart | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| **Name:** Meshan Hernandez | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP:** For all children under age 18 listed above: N/A

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?** YES____ NO X **DO YOU HAVE A TRUST?** YES____ NO X

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:** N/A

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 04-09-2021 **EMPLOYEE'S PRINTED NAME:** Serena Lynn Hernandez

**EMPLOYEE'S SIGNATURE:** Serena Lynn Hernandez

00000155 LFPE6SD1 00001863 E


DRIVER LICENSE
REGULAR
WISCONSIN
USA
NOT FOR FEDERAL PURPOSES
4d
9 CLASS D
1 HERNANDEZ
2 SERENA L
8
15 SEX F
16 HGT 5'-06"
17 WGT 250 lb
18 EYES BRO
19 HAIR BLK
4a ISS 03/09/2018
3 DOB
4b EXP 02/12/2026
FEB 68
9a END NONE
5 DD OTJHD2018030913015175
Donor Sticker Here


57831-920-285
GB01 GJD JHD
01302 000902797 03
02121968
wisconsindmv.gov
Use Permanent Ink
Anatomical Gift Statement - Upon my death, I wish to donate:
All organs, tissues and eyes
I refuse to make an anatomical gift
Limitations:
Signature:
Date:

00000155 LFPE6SD1 00001857

How often do you travel or take vacation? Never

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ______

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? N/A

how many hours per week? N/A

for whom? N/A

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

I have pain in right leg radiating from buttocks down to feet.
I am bipolar

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Gets up @ 11:00AM - Try to read a Self help book, I pray. Counselor Comes to See me in my home. Attends Self-help meeting @ 8 PM
Eats 2 meals perday

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

)

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Pete Crowe 7

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Serena Hernandez Date: 04-09-2021

Signature: [signature]

00000155 LFPE6SD1 00001862

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: __ _______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001858

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ____________

Signature of claimant or legal representative ____________ Date: 04-09-2021

Date of Birth: __ _______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

Return To: Tiffany Hall



EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 45 min stand 5 min walk 2 min

How many hours a day do you:
sit 6 hours stand 15 min walk 15 min

Do you take a nap during the day?
Yes X No ______

If Yes, for how long? 2 hours At what time of the day? 4 PM

How many hours a day do you spend in bed? 8 hours

Do you require any assistive devices such as a:
cane NO walker Sometime crutches NO wheelchair NO other NO

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?
Yes ______ No X

If No, please explain: Revolked.

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Telephone

Do you have children?
Yes X No ______ If Yes, what are their dates of birth 7-24-88, 4-15-93

Do you need help caring for your children?
Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? once daily
On the weekends? once daily

How often do you run errands? once weekly

Please describe what errands you most commonly run: Grocery Store + housholdl Supplies

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? once daily

Are you left or right hand dominant? Left ______ Right X

Are you able to work in your garden? Yes ______ No ______ No garden

Are you able to work on your house? Yes ______ No X

Are you able to wash your car? Yes ______ No X

How much time is spent daily on your home computer?
X None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours No computer

How much time is spent weekly on your home computer?
X None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: No home Computer

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: None - N/A

Do you have a working home copy machine/fax machine? ______ Yes X No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | myself | Electronic cart |
| Carrying groceries into the house | friend | yes |
| Cooking meals | myself | NO |
| Cleaning after meals | friend | yes |
| Cleaning bathrooms | friend | yes |
| Vacuuming | friend | yes |
| Doing the laundry | friend | yes |
| Opening and responding to mail | friend | yes |
| Managing your finances | friend | yes |
| Balancing your checkbook | No checkbook | N/A |
| Bathing yourself | myself | No - Bathes every 3 days |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | myself | NO - takes some time to do |

Have you been confined to a hospital within the last 12 months? Yes X No ______

If Yes, please provide reason and hospital contact Information: Suicidal IDeation
twice @ Bellin Psychiatric Center
301 E Joseph St

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? Never

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? N/A

how many hours per week? N/A

for whom? N/A

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

I have pain in right leg radiating from buttocks down to feet.
I am bipolar

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Gets up @ 11:00AM - Try to read a Self help book, I pray. Counselor Comes to See me in my home. Attends Self help meeting @ 8 PM
Eats 2 meals perday

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Pete Crowe

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Serena Hernandez Date: 04-09-2021

00000155 LFPE6SD1 00001857

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001861

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Serena Hernandez **CLAIM #:** 10970673
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Hernandez, Serena Lynn | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Divorced |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Todd Otpadovce SR Relationship to you? Brother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ 0 | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ 0 | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ 0 | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ 0 | 09/2020 | 02/28/21 | 08/2020 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ 0 | | | |
| ☐ | ☒ | Workers' Compensation | $ 0 | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ 0 | | | |
| ☒ | ☐ | Other income/money/benefit (describe) tribal | $ 600 for Rent | 4/1/2021 | | 03/2021 |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Serena Lynn Hernandez

**DATE:** 04-09-2021 **EMPLOYEE'S SIGNATURE:** Serena Hernandez

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

00000155 LFPE6SD1 00001852

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001851

February 19, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Susan Harrington
Svc Rep, Client Services
On Behalf Of: Tiffany Hall
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: 10970673-ACKNOWLEDGE-FREEFORM-01.21.2021



PAGE 6/13 * RCVD AT 4/9/2021 5:03:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:8773536412 * CSID: * ANI:9204944500 * DURATION (mm-ss):04-46

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001853

January 22, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Sedgwick Claim Management Services, Inc. and Lincoln Financial Group are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Charter Communications, Inc.'s Group Disability Policy. The Policy provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2021, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends February 13, 2021, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on February 13, 2021, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603)-559-8608, mail them in the enclosed envelope, or email them to CLTCSUDocs@LFG.com by February 19, 2021:

- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before February 13, 2021, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact me at (844) 384-5858 Monday through Friday 8:00 AM – 4:00 PM.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001854

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Survivor / Estate Information Form



PAGE 8/13 * RCVD AT 4/9/2021 5:03:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:8773536412 * CSID: * ANI:9204944500 * DURATION (mm-ss):04-46

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD : 00001862

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Lynn Hernandez

Name of legal representative, if applicable (print) N/A Relationship Self

Signature of claimant or legal representative Serena Lynn Hernandez Date: 04-09-2021

Date of Birth: __ ____ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

00000155 LFPE6SD1 00001858

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Serena Hernandez

Name of legal representative, if applicable (print) N/A Relationship ______

Signature of claimant or legal representative [signature] Date: 04-09-2021

Date of Birth: ______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**



PAGE 10/13 * RCVD AT 4/9/2021 5:03:48 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:8773536412 * CSID: * ANI:9204944500 * DURATION (mm-ss):04-46

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:** N/A **YOUR DOMESTIC PARTNER:** N/A

| | |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.** Children are independant adults

| | |
|---|---|
| Name: Mathias Pickart | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: McShan Hernandez | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:** N/A

| |
|---|
| Name: |
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL? YES__ NO X** **DO YOU HAVE A TRUST? YES__ NO X**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:** N/A

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 04-09-2021 **EMPLOYEE'S PRINTED NAME:** Serena Lynn Hernandez

**EMPLOYEE'S SIGNATURE:** Serena Lynn Hernandez

00000155 LFPE6SD1 00001863 E





Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/16/2020 to 01/21/2021. *If additional space is needed, please use a separate sheet of paper.*

00000155 LFPE6SD1 00001859

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Oneida Behavioral Health
Specialty: Psychiatry + Therapy
Address: 2640 West point Rd
Green Bay, WI 54304
Telephone No.: (920) 490-3790 Fax No.: (920) 490-3883

Name: Willow Creek Beh. Health
Specialty: Psychiatric Care
Address: 1351 Ontario Rd
Green Bay WI 54311
Telephone No.: (920) 328-1220 Fax No.: ( )

Name: Oneida Community Health
Specialty: Medical
Address: 525 Airport Rd
Oneida, WI 54155
Telephone No.: (920) 869-2711 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Bellin Psychiatric
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Oneida Pharmacy
Specialty: Rx
Address: 525 Airport Rd
Oneida, WI 54155
Telephone No.: (900) 869-4826 Fax No.: ( )

Name: Walgreens
Specialty: Rx
Address: 116 No. Military
Green Bay WI 54303
Telephone No.: (920) 498-3247 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________ **DATE:** 04-09-2021

00000155 LFPE6SD1 00001860

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

March 12, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

We are writing to you about your Long Term Disability (LTD) benefits under the Charter Communications, Inc.'s Group Disability Policy. Sedgwick previously notified us that you have been out of work for greater than four months due to a medical disability. We have not received the information we sent to you to initiate your LTD claim and must assume you do not wish to pursue this claim. Therefore, your claim for LTD benefits has been denied.

If you have not returned to work and wish to pursue LTD benefits, please submit all forms previously sent to you. Additionally, please be sure to include all of the names and contact information for all medical providers from February 14, 2019, to present, on the Claimant Information Form, as well as any additional comments, documents, records, or other information which you would like considered.

**Upon the receipt of your completed forms, your claim for LTD benefits will be reviewed**.

If you have any questions about this determination please call me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 19, 2021 12:25:48 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 10970673 Serena Hernandez |
| Attachments: | 8fsftmgnqxjixiydhurs_9963462.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

February 19, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Please comlete the enclosed forms and return to our office as soon as possible.
If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Cameron Wooten
Ltd Specialist I
On Behalf Of: Tiffany Hall
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: 10970673-REQUEST-CLAIMANT OTHER-02.18.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

February 19, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Susan Harrington
Svc Rep, Client Services
On Behalf Of: Tiffany Hall
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: 10970673-ACKNOWLEDGE-FREEFORM-01.21.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

January 22, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Sedgwick Claim Management Services, Inc. and Lincoln Financial Group are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Charter Communications, Inc.'s Group Disability Policy. The Policy provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2021, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends February 13, 2021, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on February 13, 2021, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603)-559-8608, mail them in the enclosed envelope, or email them to CLTCSUDocs@LFG.com by February 19, 2021:

- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before February 13, 2021, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact me at (844) 384-5858 Monday through Friday 8:00 AM – 4:00 PM.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall ______



EMPLOYEE/CLAIMANT NAME: Serena Hernandez

CLAIM NO: 10970673 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes ______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? ______

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

How often do you get outdoors? ________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ________________________________

________________________________________________________________

________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative ______________________________________ Date: ______________________

Date of Birth: __ _______ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/16/2020 to 01/21/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

Lincoln Financial Group®

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Serena Hernandez **CLAIM #:** 10970673

**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: __ ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES____ NO ____ DO YOU HAVE A TRUST? YES____ NO____

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

DATE:____________________ EMPLOYEE'S PRINTED NAME:________________________________________

EMPLOYEE'S SIGNATURE:________________________________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

February 19, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 6, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Susan Harrington
Svc Rep, Client Services
On Behalf Of: Tiffany Hall
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: 10970673-ACKNOWLEDGE-FREEFORM-01.21.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

January 22, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Sedgwick Claim Management Services, Inc. and Lincoln Financial Group are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Charter Communications, Inc.'s Group Disability Policy. The Policy provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2021, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends February 13, 2021, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on February 13, 2021, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603)-559-8608, mail them in the enclosed envelope, or email them to CLTCSUDocs@LFG.com by February 19, 2021:

- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before February 13, 2021, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact me at (844) 384-5858 Monday through Friday 8:00 AM – 4:00 PM.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall



EMPLOYEE/CLAIMANT NAME: Serena Hernandez

CLAIM NO: 10970673 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Charter Communications, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Lincoln Financial Group®

How often do you travel or take vacation? ______________________________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________________________________________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________________________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________________________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ________________________________________________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________________________________________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________________________________________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: __ ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/16/2020 to 01/21/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ____________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Serena Hernandez **CLAIM #:** 10970673
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: ______________________________

DATE: ______________ EMPLOYEE'S SIGNATURE: ______________________________

DP 409

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understaud** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: __ ________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

GUARDIANSHIP: For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES____ NO ____ DO YOU HAVE A TRUST? YES____ NO____

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE:____________________ EMPLOYEE'S PRINTED NAME:________________________________________

EMPLOYEE'S SIGNATURE:________________________________________

**From:**Kanav.Chandra@lfg.com
**Sent:**Tue, 19 Jan 2021 20:06:25 +0000
**To:**CLTCSUDocs
**Cc:**Chandra, Kanav
**Subject:**Charter LTD Claim Creation Request for SERENA HERNANDEZ E196328 01-19-2021

Please create a new LTD Claim based on the information provided.
Triage Status: In-Process
SSN:
Last Name: HERNANDEZ
First Name: SERENA
EE ID: E196328
Gender: F
Date of Birth:
Date of Hire: 2013-10-14
Address:
Address:
City:
State:
Zip:
Phone: 5
Cell Phone:
LDW: NA
DOD: 2020-08-16
Approve Through Date: 2021-02-13
Work State: WI
Primary ICD Code: F34.81
Primary ICD Description:
Secondary ICD Code: F41.1
Secondary ICD Description:
Work Related: n
Job Description: Rep 1, Cust Svc Video Repair
Loc Code: TWC
Escalation Date: NA
Weeks of Benefits: 52
STD Plan:
LTD Effective Date: 2018-07-01
HR LTD Benefit Plan: 1091
STD Max Date: 2021-02-13
Salary: 39020.8
Note: NA
If you have further questions, please contact your Manager.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SERENA HERNANDEZ

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

January 22, 2021

Ms. Serena L. Hernandez

RE: Long Term Disability (LTD) Benefits
Charter Communications, Inc.
Claim #: 10970673

Dear Ms. Serena Hernandez:

Sedgwick Claim Management Services, Inc. and Lincoln Financial Group are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Charter Communications, Inc.'s Group Disability Policy. The Policy provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2021, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends February 13, 2021, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on February 13, 2021, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (603)-559-8608, mail them in the enclosed envelope, or email them to CLTCSUDocs@LFG.com by February 19, 2021:

- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before February 13, 2021, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact me at (844) 384-5858 Monday through Friday 8:00 AM – 4:00 PM.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tiffany Hall
Technical Assistant Ii, Ci
Phone No.: (844) 384-5858 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall ______



EMPLOYEE/CLAIMANT NAME: Serena Hernandez ______

CLAIM NO: 10970673 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Charter Communications, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Serena Hernandez
CLAIM NO: 10970673
EMPLOYER/SPONSOR: Charter Communications, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/16/2020 to 01/21/2021. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ________________________________________ DATE: ______________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Serena Hernandez **CLAIM #:** 10970673
**EMPLOYER:** Charter Communications, Inc. **DATE OF BIRTH:**_________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 384-5858
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________ Date: __________

Date of Birth: __________ Claim Number: 10970673

**A copy of this authorization will be considered as valid as the original**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

**Lincoln/Hernandez 971**