UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**SERENA L. HERNANDEZ,**

**Plaintiff,**

**CIVIL ACTION NO. 1:25-cv-00647-BBC**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Serena L. Hernandez and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of November, 2025.

Respectfully submitted,

*/s/ Brook E. Tylka*
Brook E. Tylka, WI State Bar No. 1126886
Jessa L. Victor, WI Bar No. 1099144
**HAWKS QUINDEL, S.C.**
409 E. Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236
Email: btylka@hq-law.com; jvictor@hq-law.com

ATTORNEY FOR PLAINTIFF

**- AND -**


*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEY FOR DEFENDANT